State Court of Fulton County
***EFILED***
LexisNexis Transaction ID: 33402111
Date: Sep 23 2010 11:08AM
Mark Harper, Clerk

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.*, | |
| Plaintiffs, | CIVIL ACTION FILE NO.: 2008-EV-004739-B |
| v. | |
| MORGAN STANLEY & CO., INC., *et al.*, | JURY TRIAL DEMANDED |
| Defendants. | |

## ACKNOWLEDGMENT OF SERVICE

The undersigned hereby acknowledges receipt and service of the Seventh Amended Complaint filed in the above-captioned case on behalf of Merrill Lynch Professional Clearing Corporation. Further service of process or objection to the adequacy of same is hereby waived. In accepting service of process, Merrill Lynch Professional Clearing Corporation has not waived, and expressly preserves, any and all defenses that may be available to it in this action, with the exception of any defense concerning the sufficiency of service or the sufficiency of process.

This 23rd day of September, 2010.

_____
Brad M. Elias

Attorney for Merrill Lynch
Professional Clearing Corporation

803360.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of September, 2010, a true and correct copy of the foregoing **ACKNOWLEDGMENT OF SERVICE** was electronically filed with the Clerk of Court using the Court's electronic filing system which will automatically send an email notification of such filing to the following attorneys of record who are registered participants in the Court's electronic notice and filing system:

**Attorneys for Defendants:**
Richard H. Sinkfield, Esq.
Rogers & Hardin
2700 International Tower, Peachtree Center
229 Peachtree Street, N.E.
Atlanta, GA  30303-1601

**Attorneys for Banc of America Securities, LLC;
Merrill Lynch, Pierce, Fenner & Smith, Inc.; and Merrill Lynch
Professional Clearing Corp.:**
Andrew J. Frackman, Esq.
O'Melveny & Myers LLP
7 Times Square
New York, NY  10036

**Attorneys for Morgan Stanley & Co. Incorporated:**
Robert F. Wise, Jr., Esq.
William J. Fenrich, Esq.
Melissa T. Aoyagi, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY  10017

803407.1

**Attorneys for Bear Stearns:**
Stephen L. Ratner, Esq.
Harry Frischer, Esq.
Brian L. Friedman, Esq.
Proskauer Rose LLP
1585 Broadway
New York, NY  10036

**Attorneys for The Goldman Sachs Group, Inc.:**
Richard C. Pepperman II, Esq.
Richard H. Klapper, Esq.
Tracy Richelle High, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY  10004

**Attorneys for Deutsche Bank Securities Inc.:**
Heather L. Fesnak, Esq.
Peter J. Isajiw, Esq.
Gregory A. Markel, Esq.
Martin L. Seidel, Esq.
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY  10281

**Attorneys for UBS Securities, LLC:**
Andrew B. Clubok, Esq.
Jeffrey G. Landis, Esq.
Daniel Gomez, Esq.
Kirkland & Ellis LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, DC  20005-5793

Maria Ginzburg, Esq.
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY  10022-4611

803407.1

**Attorneys for Credit Suisse USA, Inc.:**
Fraser L. Hunter, Jr., Esq.
Wilmer Cutler Pickering Hale & Dorr LLP
399 Park Avenue
New York, NY 10022

This 23rd day of September, 2010.

/s/ Michael A. Caplan
Michael A. Caplan
Georgia Bar No. 601039
Attorney for Plaintiffs

BONDURANT, MIXSON & ELMORE, LLP
3900 One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, GA 30309-3417
Telephone: (404) 881-4100
Facsimile: (404) 881-4111

803407.1