# ATTACHMENT A TO CIVIL COVER SHEET

TASER International Inc.

David Batchelor

Natalie Batchelor

Dr. Thomas Collentine

Judith Collentine

Charles Faires

Sandra Faires

Masaji Kelley

Kelly Kelley

Stephen Lisenby

Patricia Lisenby

Richard D. Almeroth

Constance L. Almeroth

James Baker, Jr.

Robert Baker

William Burnside

Donna C. Cash, as Personal Representative of the Estate of Dorothy A. Connelly

Southeast Eye Surgery Clinic, Inc. Employee PSP

James Dunagin, Jr.

Emily Dunagin

Richard C. Haskell

Susan Haskell

Richard C. Haskell, Jr.

Amy Haskell

Mary Richardson

Pamela Lewis

Jane Maj

Margaret Roche

Rosemary Scott, as Personal Representative of the Estate of Chet Scott

John Scott

Peter Scott

Michelle Scott

Mary Rose Stucker

Michael Boyer

Phillips Waller Smith

Patrick W. Smith

Thomas P. Smith

Deanna M. Smith

Bruce Culver

Donna T. Culver