# ATTACHMENT B TO CIVIL COVER SHEET

Morgan Stanley & Co., Incorporated

Goldman, Sachs & Co.

Goldman Sachs Execution & Clearing, L.P.

Bear Stearns & Co., Inc., N/K/A JP Morgan Securities LLC

Bear Stearns Securities Corp., N/K/A JP Morgan Clearing Corp.

Merrill Lynch, Pierce, Fenner & Smith Incorporated

Deutsche Bank Securities, Inc.

Credit Suisse Securities (USA) LLC

Banc of America Securities LLC

UBS Securities, LLC

Merrill Lynch Professional Clearing Corporation

JOHN DOES 2-10

# ATTACHMENT C TO CIVIL COVER SHEET

Steven J. Rosenwasser
Rosenwasser@bmelaw.com
John E. Floyd
Floyd@bmelaw.com
Nicole G. Iannarone
Iannarone@bmelaw.com
Bondurant, Mixson & Elmore, LLP
3900 One Atlantic Center,
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30303
(404) 881-4100


James W. Christian
jwc@csj-law.com
Christian, Smith, & Jewell, LLP
2302 Fannin, Suite 500
Houston, Texas 77002
(713) 659-7616

# **ATTACHMENT D TO CIVIL COVER SHEET**

**Attorneys for All Defendants**
Richard H. Sinkfield
rsinkfield@rh-law.com
Dan F. Laney, III
dlaney@rh-law.com
Rogers & Hardin, LLP
2700 International Tower, Peachtree Center
229 Peachtree Street, N.E.
Atlanta, GA 30303-1601
(404) 522-4700

**Attorneys for Morgan Stanley & Co., Incorporated**
Robert F. Wise, Jr.
robert.wise@davispolk.com
William J. Fenrich
william.fenrich@davispolk.com
Melissa T. Aoyagi
melissa.aoyagi@davispolk.com
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, N.Y. 10017
212-450-4000

**Attorneys for Goldman, Sachs & Co.;**
**Goldman Sachs Execution and Clearing, L.P.**
Richard H. Klapper
klapperr@sullcrom.com
Richard C. Pepperman, II
peppermanr@sullcrom.com
Tracy Rachelle High
hight@sullcrom.com
David M. J. Rein
reind@sullcrom.com
Justin J. DeCamp
decampj@sullcrom.com
Andrew H. Reynard
reynarda@sullcrom.com
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004-2498
(212) 558-4000

**Attorneys for Bear Stearns & Co., Inc.;**
**Bear Stearns Securities Corp.**
Harry Frischer
hfrischer@proskauer.com
Stephen L. Ratner
sratner@proskauer.com
Brian L. Friedman
bfriedman@proskauer.com
Proskauer Rose LLP
1585 Broadway
New York, NY 10036
(212) 969-3000

**Attorneys for Merrill Lynch, Pierce, Fenner & Smith Incorporated;
Banc of America Securities LLC;
Merrill Lynch Professional Clearing Corporation**
Andrew J. Frackman
afrackman@omm.com
Brad M. Elias, Esq.
belias@omm.com
Mia N. Gonzalez
mgonzalez@omm.com
Abby F. Rudzin
arudzin@omm.com
Allen W. Burton
aburton@omm.com
Jacqueline V. Roeder
jroeder@omm.com
Jeffrey A. Kopczynski
jkopczynski@omm.com
O'Melveny & Myers LLP
7 Times Square
New York, N.Y. 10036
(212) 326-2000

**Attorneys for Deutsche Bank Securities, Inc.**
Gregory A. Markel
gregory.markel@cwt.com
Jason M. Halper
Jason.halper@cwt.com
Peter J. Isajiw
peter.isajiw@cwt.com
Heather L. Fesnak
heather.fesnak@cwt.com
Israel Dahan
israel.dahan@cwt.com
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, N.Y. 10281
(212) 504-6000

**Attorneys for Credit Suisse Securities (USA) LLC**
Fraser L. Hunter
fraser.hunter@wilmerhale.com
Brad E. Konstandt
brad.konstandt@wilmerhale.com
Douglas Curtis
douglas.curtis@wilmerhale.com
David Zetlin-Jones
david.zetlin-jones@wilmerhale.com
Wilmer Cutler Pickering Hale & Dorr LLP
399 Park Avenue
New York, NY 10022
(212) 230-8800

**Attorneys for UBS Securities, LLC**
Andrew B. Clubok
andrewclubok@kirkland.com
Jeffrey G. Landis
jeffreylandis@kirkland.com
Jeffrey M. Gould, Esq.
jeffreygould@kirkland.com
Daniel J. Gomez
danielgomez@kirkland.com
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, DC 20005
(202) 879-5000