# ATTACHMENT E TO CIVIL COVER SHEET

COUNT ONE: Alleged Conspiracy and Endeavor to Violate § 16-14-4(a) of the Georgia Racketeer Influenced and Corrupt Organization Act, in Violation of O.C.G.A. § 16-14-4(c).

COUNT TWO: Alleged Violation of the Georgia Securities Act.

COUNT THREE: Alleged Violation of the Georgia Computer Systems Protection Act.

COUNT FOUR: Alleged Conversion.

COUNT FIVE: Alleged Money Had and Received.