ORIGINAL



FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

SEP 28 2010

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., DAVID BATCHELOR, NATALIE BATCHELOR, DR. THOMAS COLLENTINE, JUDITH COLLENTINE, CHARLES FAIRES, SANDRA FAIRES, MASAJI KELLY, KELLY KELLEY, STEPHEN LISENBY, PATRICIA LISENBY, RICHARD D. ALMEROTH, CONSTANCE L. ALMEROTH, JAMES BAKER, JR., ROBERT BAKER, WILLIAM BURNSIDE, DONNA C. CASH, as Personal Representative of the Estate of Dorothy A. Connelly, SOUTHEAST EYE SURGERY CLINIC, INC. EMPLOYEE PSP, JAMES DUNAGIN, JR., EMILY DUNAGIN, RICHARD C. HASKELL, SUSAN HASKELL, RICHARD C. HASKELL, JR., AMY HASKELL, MARY RICHARDSON, PAMELA LEWIS, JANE MAJ, MARGARET ROCHE, ROSEMARY SCOTT, as Personal Representative of the Estate of Chet Scott, JOHN SCOTT, PETER SCOTT, MICHELLE SCOTT, MARY ROSE STUCKER, MICHAEL BOYER, PHILLIPS WALLER SMITH, PATRICK W. SMITH, THOMAS P. SMITH, DEANNA M. SMITH, BRUCE CULVER, and DONNA T. CULVER, | CIVIL ACTION NO. _____ JOF 1:10-CV-3108 **DEFENDANTS' CONSENT TO REMOVAL** |
| Plaintiffs, | |
| v. | |
| MORGAN STANLEY & CO., INC., GOLDMAN, SACHS & CO., GOLDMAN SACHS EXECUTION & CLEARING, L.P., BEAR STEARNS & CO, INC., K/N/A JP MORGAN SECURITIES, INC., BEAR | |

| | |
|---|---|
| STEARNS SECURITIES CORP., K/N/A JP MORGAN CLEARING CORP., MERRILL LYNCH PRO, PIERCE, FENNER & SMITH, INC., DEUTSCHE BANK SECURITIES, INC., CREDIT SUISSE SECURITIES (USA) LLC, BANC OF AMERICA SECURITIES, LLC, UBS SECURITIES, LLC, MERRILL LYNCH PROFESSIONAL CLEARING CORPORATION, and JOHN DOES 2-10, | : : : : : : : : : : |
| Defendants. | : : |

Defendants Morgan Stanley & Co. Incorporated, Goldman, Sachs & Co., Goldman Sachs Execution & Clearing, L.P., Bear Stearns & Co. Inc. N/K/A J.P. Morgan Securities LLC, Bear Stearns Securities Corp., N/K/A J.P. Morgan Clearing Corp., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Deutsche Bank Securities Inc., Credit Suisse Securities (USA) LLC, Banc of America Securities LLC and UBS Securities, LLC, through undersigned counsel, hereby consent to the removal of this case by Defendant Merrill Lynch Professional Clearing Corp. from the State Court of Fulton County, State of Georgia, Civil Case No. 2008-EV-004739-B, to this Honorable Court, in the United States District Court for the Northern District of Georgia, Atlanta Division.

Atlanta, Georgia
Dated: September 28, 2010

/s/ Richard H. Sinkfield

Richard H. Sinkfield
Georgia Bar No. 649100
Dan F. Laney
Georgia Bar No. 435290

*Attorneys for Morgan Stanley & Co. Incorporated, Goldman, Sachs & Co., Goldman Sachs Execution & Clearing, L.P., Bear Stearns & Co. Inc. N/K/A J.P. Morgan Securities LLC, Bear Stearns Securities Corp., N/K/A J.P. Morgan Clearing Corp., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Deutsche Bank Securities Inc., Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, UBS Securities, LLC and Merrill Lynch Professional Clearing Corporation*

ROGERS & HARDIN LLP
2700 International Tower
Peachtree Center
229 Peachtree St., NE
Atlanta, Georgia 30303-1601
Phone: 404-522-4700
Fax: 404-525-2224

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., DAVID BATCHELOR, NATALIE BATCHELOR, DR. THOMAS COLLENTINE, JUDITH COLLENTINE, CHARLES FAIRES, SANDRA FAIRES, MASAJI KELLY, KELLY KELLEY, STEPHEN LISENBY, PATRICIA LISENBY, RICHARD D. ALMEROTH, CONSTANCE L. ALMEROTH, JAMES BAKER, JR., ROBERT BAKER, WILLIAM BURNSIDE, DONNA C. CASH, as Personal Representative of the Estate of Dorothy A. Connelly, SOUTHEAST EYE SURGERY CLINIC, INC. EMPLOYEE PSP, JAMES DUNAGIN, JR., EMILY DUNAGIN, RICHARD C. HASKELL, SUSAN HASKELL, RICHARD C. HASKELL, JR., AMY HASKELL, MARY RICHARDSON, PAMELA LEWIS, JANE MAJ, MARGARET ROCHE, ROSEMARY SCOTT, as Personal Representative of the Estate of Chet Scott, JOHN SCOTT, PETER SCOTT, MICHELLE SCOTT, MARY ROSE STUCKER, MICHAEL BOYER, PHILLIPS WALLER SMITH, PATRICK W. SMITH, THOMAS P. SMITH, DEANNA M. SMITH, BRUCE CULVER, and DONNA T. CULVER, <br><br>        Plaintiffs, <br><br>              v. <br><br> MORGAN STANLEY & CO., INC., GOLDMAN, SACHS & CO., GOLDMAN SACHS EXECUTION & CLEARING, L.P., BEAR STEARNS & CO, INC., K/N/A JP MORGAN SECURITIES, INC., BEAR | CIVIL ACTION NO. <br><br> _____ <br><br><br> **CERTIFICATE OF SERVICE** |

STEARNS SECURITIES CORP., K/N/A JP :
MORGAN CLEARING CORP., MERRILL :
LYNCH PRO, PIERCE, FENNER & SMITH, :
INC., DEUTSCHE BANK SECURITIES, INC.,:
CREDIT SUISSE SECURITIES (USA) LLC, :
BANC OF AMERICA SECURITIES, LLC, :
UBS SECURITIES, LLC, MERRILL LYNCH :
PROFESSIONAL CLEARING :
CORPORATION, and JOHN DOES 2-10, :
:
    Defendants. :

I hereby certify that I have this day served a true and correct copy of the foregoing DEFENDANTS' CONSENT TO REMOVAL on counsel of record in this action via hand delivery addressed to the following attorneys of record:

    John E. Floyd, Esq.
    Steven J. Rosenwasser, Esq.
    BONDURANT, MIXON & ELMORE LLP
    3900 One Atlantic Center
    1201 West Peachtree Street, N.W.
    Atlanta, GA 30309

And via U.S. Mail postage prepaid and addressed to the following attorneys of record:

    Robert F. Wise, Jr., Esq.
    William J. Fenrich, Esq.
    Melissa Aoyagi, Esq.
    DAVIS POLK & WARDWELL LLP
    450 Lexington Avenue
    New York, NY 10017

    Richard H. Klapper, Esq.
    Richard C. Pepperman, II, Esq.

Tracy Richelle High, Esq.
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498

Stephen L. Ratner, Esq.
Brian L. Friedman, Esq.
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036

Gregory A. Markel, Esq.
Martin L. Seidel, Esq.
Peter J. Isajiw, Esq.
Heather L. Fesnak, Esq.
CADWALADER, WICKERSHAM &
 TAFT LLP
One World Financial Center
New York, NY 10281

Fraser L. Hunter, Jr., Esq.
WILMER CUTLER PICKERING HALE
 AND DORR LLP
399 Park Avenue
New York, NY 10022

Andrew J. Frackman, Esq.
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY 10036

Andrew B. Clubok, Esq.
Jeffrey G. Landis, Esq.
Jeffrey M. Gould, Esq.
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC 20005

James W. Christian, Esq.
CHRISTIAN, SMITH & JEWELL LLP
2302 Fannin, Suite 500
Houston, TX 77002

This 28th day of September, 2010.

                                                Richard H. Sinkfield
                                                Georgia Bar No. 649100

ROGERS & HARDIN LLP
2700 International Tower
229 Peachtree Street, NE
Atlanta, GA 30303-1601
Tel.  (404) 522-4700
Fax  (404) 525-2224