# ORIGINAL

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

SEP 2 9 2010

JAMES N. HATTEN, Clerk
By:
Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

TASER INTERNATIONAL, INC.,
*et al.*

    Plaintiffs,

v.

MORGAN STANLEY & CO., INC.,
*et al.*

    Defendants.

Civil Action Number:  1:10-CV-3108



## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

1.    The undersigned counsel of record for Defendants Morgan Stanley &

Co. Incorporated; Goldman, Sachs & Co.; Goldman Sachs Execution & Clearing,

L.P.; Bear Stearns & Co., Inc., N/K/A JP Morgan Securities LLC; Bear Stearns

Securities Corp., N/K/A JP Morgan Clearing Corp.; Merrill Lynch, Pierce, Fenner

& Smith Incorporated; Deutsche Bank Securities Inc.; Credit Suisse Securities

(USA) LLC; Banc of America Securities LLC; UBS Securities, LLC; and Merrill

Lynch Professional Clearing Corporation (collectively "Defendants") certify that

the following is a full and complete list of all parties in this action, including any

parent corporation and any publicly held corporation that owns 10% or more of the stock of a party, of which they are aware:

|            |                                  |
|------------|----------------------------------|
| Plaintiffs: | TASER International, Inc.        |
|            | David Batchelor                  |
|            | Natalie Batchelor                |
|            | Dr. Thomas Collentine            |
|            | Judith Collentine                |
|            | Charles Faires                   |
|            | Sandra Faires                    |
|            | Masaji Kelly                     |
|            | Kelly Kelley                     |
|            | Stephen Lisenby                  |
|            | Patricia Lisenby                 |
|            | Richard D. Almeroth              |
|            | Constance L. Almeroth            |
|            | James Baker, Jr.                 |
|            | Robert Baker                     |
|            | William Burnside                 |
|            | Donna C. Cash, as Personal Representative of the Estate of Dorothy A. Connelly |

Southeast Eye Surgery Clinic, Inc.
Employee PSP

James Dunagin, Jr.

Emily Dunagin

Richard C. Haskell

Susan Haskell

Richard C. Haskell, Jr.

Amy Haskell

Mary Richardson

Pamela Lewis

Jane Maj

Margaret Roche

Rosemary Scott, as Personal
Representative of the Estate of Chet
Scott

John Scott

Peter Scott

Michelle Scott

Mary Rose Stucker

Michael Boyer

Phillips Waller Smith

Patrick W. Smith

Thomas P. Smith

3

Deanna M. Smith

Bruce Culver

Donna T. Culver

Defendants:        Morgan Stanley & Co. Incorporated

Goldman, Sachs & Co.

Goldman Sachs Execution &
Clearing, L.P.

Bear Stearns & Co., Inc., N/K/A JP
Morgan Securities LLC

Bear Stearns Securities Corp., N/K/A
JP Morgan Clearing Corp.

Merrill Lynch, Pierce, Fenner &
Smith Incorporated

Deutsche Bank Securities, Inc.

Credit Suisse Securities (USA) LLC

Banc of America Securities LLC

UBS Securities, LLC

Merrill Lynch Professional Clearing
Corporation

Other:        UBS Americas, Inc.

UBS AG

4

Credit Suisse (USA), Inc.

Credit Suisse Holdings (USA), Inc.

Credit Suisse Group AG

Credit Suisse

Goldman Sachs Group, Inc.

Bank of America Corporation

Deutsche Bank AG

Morgan Stanley

2.     The undersigned further certify that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations of which they are aware having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

| | |
|---|---|
| For Plaintiffs: | None at this time. |
| For Defendants: | None at this time. |

3.     The undersigned further certify that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding of which they are aware:

For Plaintiffs:        BONDURANT MIXSON & ELMORE, LLP
John Floyd, Esq.
Steven J. Rosenwasser, Esq.
Nicole G. Iannarone, Esq.

3900 One Atlantic Center
1201 W. Peachtree Street, N.W.
Atlanta, GA  30309-3417

CHRISTIAN, SMITH & JEWELL, LLP
James W. Christian, Esq.

2302 Fannin, Suite 500
Houston, TX  77002

For Defendants:      ROGERS & HARDIN LLP
Richard H. Sinkfield, Esq.
Dan F. Laney, III, Esq.

2700 International Tower, Peachtree Center
229 Peachtree Street, N.E.
Atlanta, GA  30303

DAVIS, POLK & WARDWELL LLP
Robert F. Wise, Jr., Esq.
William J. Fenrich, Esq.
Melissa Aoyagi, Esq.

450 Lexington Avenue
New York, NY  10017

SULLIVAN & CROMWELL LLP
Richard H. Klapper, Esq.
Richard C. Pepperman, II, Esq.
David M.J. Rein, Esq.
Tracy R. High, Esq.
Justin J. DeCamp, Esq.
Andrew H. Reynard, Esq.

125 Broad Street
New York, NY  10004-2498

PROSKAUER ROSE LLP
Harry Frischer, Esq.
Stephen L. Ratner, Esq.
Brian L. Friedman, Esq.

1585 Broadway
New York, NY  10036-8299

O'MELVENY & MYERS LLP
Andrew J. Frackman, Esq.
Brad M. Elias, Esq.
Mia N. Gonzalez, Esq.
Abby F. Rudzin, Esq.
Allen W. Burton, Esq.
Jacqueline V. Roeder, Esq.
Jeffrey A. Kopczynski, Esq.

Times Square Tower
7 Times Square
New York, NY  10036

CADWALADER, WICKERSHAM & TAFT LLP
Gregory A. Markel, Esq.
Jason M. Halper, Esq.
Peter Isajiw, Esq.
Heather L. Fesnak, Esq.
Israel Dahan, Esq.

One World Financial Center
New York, NY  10281


WILMER CUTLER PICKERING HALE AND
DORR LLP
Fraser L. Hunter, Jr., Esq.
Brad E. Konstandt, Esq.
Douglas Curtis, Esq.
David Zetlin-Jones, Esq.

399 Park Avenue
New York, NY  10022-4955


KIRKLAND & ELLIS LLP
Andrew B. Clubok, Esq.
Jeffrey G. Landis, Esq.
Jeffrey M Gould, Esq.
Daniel J. Gomez, Esq.

655 Fifteenth Street, N.W.
Washington DC  20005

This 28th day of September 2010.

_____
Richard H. Sinkfield
Georgia Bar No. 649100
Dan F. Laney III
Georgia Bar No. 435290

ROGERS & HARDIN LLP
2700 International Tower
229 Peachtree Street, N.E.
Atlanta, GA  30303-1601
404.522.4700  (telephone)
404.525.2224  (facsimile)

*Attorneys for Defendants Morgan
Stanley & Co. Incorporated;
Goldman, Sachs & Co.; Goldman
Sachs Execution & Clearing, L.P.;
Bear Stearns & Co., Inc., n/k/a JP
Morgan Securities LLC; Bear Stearns
Securities Corp., n/k/a JP Morgan
Clearing Corp.; Merrill Lynch,
Pierce, Fenner & Smith, Inc.;
Deutsche Bank Securities Inc.; Credit
Suisse Securities (USA) LLC; Banc of
America Securities, LLC; UBS
Securities, LLC; and Merrill Lynch
Professional Clearing Corporation*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

TASER INTERNATIONAL, INC.,
*et al.*

      Plaintiffs,

v.

                                       Civil Action Number:  1:10-CV-3108

MORGAN STANLEY & CO., INC.,
*et al.*

      Defendants.

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on September 28, 2010, I served a copy of the

***CERTIFICATE OF INTERESTED PERSONS AND CORPORATE***

***DISCLOSURE STATEMENT*** by U.S. Mail upon:

      John E. Floyd, Esq.
      Steven J. Rosenwasser, Esq.
      BONDURANT, MIXON & ELMORE LLP
      3900 One Atlantic Center
      1201 West Peachtree Street, N.W.
      Atlanta, GA  30309

      Robert F. Wise, Jr., Esq.
      William J. Fenrich, Esq.
      Melissa Aoyagi, Esq.
      DAVIS POLK & WARDWELL LLP

450 Lexington Avenue
New York, NY  10017

Richard H. Klapper, Esq.
Richard C. Pepperman, II, Esq.
Tracy Richelle High, Esq.
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY  10004-2498

Stephen L. Ratner, Esq.
Brian L. Friedman, Esq.
PROSKAUER ROSE LLP
1585 Broadway
New York, NY  10036

Gregory A. Markel, Esq.
Martin L. Seidel, Esq.
Peter J. Isajiw, Esq.
Heather L. Fesnak, Esq.
CADWALADER, WICKERSHAM  &
  TAFT LLP
One World Financial Center
New York, NY  10281

Fraser L. Hunter, Jr., Esq.
WILMER CUTLER PICKERING HALE
  AND DORR LLP
399 Park Avenue
New York, NY  10022

Andrew J. Frackman, Esq.
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY  10036

Andrew B. Clubok, Esq.

11

Jeffrey G. Landis, Esq.
Jeffrey M. Gould, Esq.
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC  20005

James W. Christian, Esq.
CHRISTIAN, SMITH & JEWELL LLP
2302 Fannin, Suite 500
Houston, TX  77002

Dan F. Laney III
Georgia Bar No. 435290
dfl@rh-law.com