IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.*, ) | |
| ) | Case No.: 1:10-CV-03108-JOF |
| Plaintiffs, ) | |
| ) | |
| v. ) | [On removal from the State |
| ) | Court of Fulton County, |
| MORGAN STANLEY & CO., INC., *et al.*, ) | Georgia Case No.: |
| ) | 2008-EV-004739-B] |
| Defendants. ) | |
| _____) | |

**PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, Plaintiffs state as follows:

**(1) The undersigned Counsel of Record for the Plaintiffs in this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of the party:**

**Plaintiffs:**

      TASER International, Inc.;

      David Batchelor;

      Natalie Batchelor;

      Dr. Thomas Collentine;

805542.1

Judith Collentine;

Charles Faires;

Sandra Faires;

Masaji Kelley;

Kelly Kelley;

Stephen Lisenby;

Patricia Lisenby;

Richard D. Almeroth, in his capacity as trustee of the Richard D. Almeroth and Constance L. Almeroth Living Trust;

Constance L. Almeroth, in her capacity as trustee of the Richard D. Almeroth and Constance L. Almeroth Living Trust;

James Baker, Jr.;

Robert Baker, in his capacity as trustee for the Robert M. Baker MD N. Broward Radiologists PA Employee Profit Sharing Plan and M/P Pension Plan;

William Burnside, in his individual capacity and in his capacity as trustee for the Kellie Len Burnside Irrevocable Trust and Helen C. Burnside Irrevocable Trust;

Donna C. Cash, as Personal Representative of the Estate of Dorothy A. Connelly;

Southeast Eye Surgery Clinic, Inc. Employee PSP;

James Dunagin, Jr, in his individual capacity and as trustee for the James L. Dunagin Jr. Trust, Emily B. Dunagin Trust, and Southeast Eye Surgery Clinic, Inc. PSP;

Emily Dunagin, in her individual capacity and as trustee for the James L. Dunagin Jr. Trust and Emily B. Dunagin Trust;

Richard C. Haskell;

Susan Haskell;

Richard C. Haskell, Jr.;

Amy Haskell;

Mary Richardson;

Pamela Lewis;

Jane Maj, in her capacity as the trustee for Jane S. Maj Trust;

Margaret Roche;

Rosemary Scott, as Personal Representative of the Estate of Chet Scott;

John Scott;

Peter Scott;

Michelle Scott;

Mary Rose Stucker;

Michael Boyer;

Phillips Waller Smith, in his capacity as trustee of the Phillips W. Smith Family Trust;

Patrick W. Smith;

Thomas P. Smith;

Deanna M. Smith;

Bruce Culver; and

Donna T. Culver

**Defendants:**

Morgan Stanley & Co., Inc.;

Goldman Sachs & Co.;

Goldman Sachs Execution & Clearing, LP;

Bear Stearns & Co., Inc. (k/n/a J.P. Morgan Securities, Inc.)

Bear Stearns Securities Corp. (k/n/a JP Morgan Clearing Corp.)

Merrill Lynch, Pierce, Fenner & Smith, Inc.

Merrill Lynch Professional Clearing Corporation

      Deutsche Bank Securities, Inc.

      Credit Suisse Securities (USA) LLC

      Banc of America Securities, LLC

      UBS Securities, LLC

**Others:**

      UBS Americas, Inc.

      UBS AG

      Credit Suisse (USA), Inc.

      Credit Suisse Holdings (USA), Inc.

      Credit Suisse Group AG

      Credit Suisse

      Goldman Sachs Group, Inc.

      Bank of America Corporation

      Deutsche Bank AG

      Morgan Stanley

**(2)** **The undersigned further certify that the following is a full and complete list of all other persons, associations of persons, firms, partnerships, or corporations (including those related to a party as a subsidiary, conglomerate, affiliate, or parent corporation) having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:**

The below-listed law firms representing the Plaintiffs.

The below-listed law firms representing the Defendants.

The O'Quinn Law Firm.

Parents, affiliates or subsidiaries of the Defendants listed in # 1 above.

**(3) The undersigned further certify that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:**

**For All Plaintiffs:**

Bondurant, Mixson & Elmore, LLP
John E. Floyd, Esq.
Steven J. Rosenwasser, Esq.
Nicole G. Iannarone, Esq.
Elizabeth G. Eager, Esq.
Michael A. Caplan, Esq.
Robert L. Ashe, III, Esq.
3900 One Atlanta Center
1201 W. Peachtree Street, N.W.
Atlanta, Georgia 30309-3417

Christian, Smith & Jewell, LLP
James W. Christian, Esq.
Gary Jewell, Esq.
Scott Link, Esq.
Katherine Morton-Gonyea, Esq.
2302 Fannin, Suite 500
Houston, Texas 77002

**For All Defendants:**

Rogers & Hardin, LLP
Richard H. Sinkfield, Esq.
Dan F. Laney, III, Esq.
Kristina M. Jones, Esq.

    James W. Cobb, Esq.
    2700 International Tower, Peachtree Center
    229 Peachtree Street, N.E.
    Atlanta, Georgia 30303

**For Defendant Morgan Stanley & Co., Inc.:**

    Davis Polk LLP
    Robert F. Wise, Jr., Esq.
    William J. Fenrich, Esq.
    Melissa Aoyagi, Esq.
    450 Lexington Avenue
    New York, NY 10017

**For Defendants Goldman Sachs & Co. and Goldman Sachs Execution & Clearing, LP:**

    Sullivan & Cromwell LLP
    Richard H. Klapper, Esq.
    Richard C. Pepperman, II, Esq.
    David M.J. Rein, Esq.
    Tracy R. High, Esq.
    Justin J. DeCamp, Esq.
    Andrew H. Reynard, Esq.
    125 Broad Street
    New York, NY  10004-2498

**For Defendants Bear Stearns & Co., Inc. (k/n/a J.P. Morgan Securities, Inc.) and Bear Stearns Securities Corp. (k/n/a JP Morgan Clearing Corp.):**

    Proskauer Rose LLP
    Harry Frischer, Esq.
    Stephen L. Ratner, Esq.
    Brian L. Friedman, Esq.
    1585 Broadway
    New York, NY  10036-8299

**For Defendants Merrill Lynch, Pierce, Fenner & Smith, Inc.; Merrill Lynch Professional Clearing Corporation; and Banc of America Securities, LLC:**

>O'Melveny & Myers LLP
>Andrew J. Frackman, Esq.
>Brad M. Elias, Esq.
>Mia N. Gonzalez, Esq.
>Abby F. Rudzin, Esq.
>Allen W. Burton, Esq.
>Jacqueline V. Roeder, Esq.
>Jeffrey A. Kopczynski, Esq.
>Time Square Tower
>7 Times Square
>New York, NY  10036

**For Defendant Deutsche Bank Securities, Inc.:**

>Cadwalader, Wickersham & Taft LLP
>Gregory A. Markel, Esq.
>Jason M. Halper, Esq.
>Peter Isajiw, Esq.
>Heather L. Fesnak, Esq.
>Israel Dahan, Esq.
>One World Financial Center
>New York, NY  10281

**For Defendant Credit Suisse Securities (USA) LLC:**

>Wilmer Cutler Pickering Hale and Dorr LLP
>Fraser L. Hunter, Jr., Esq.
>Brad E. Konstandt, Esq.
>Douglas Curtis, Esq.
>David Zetlin-Jones, Esq.
>399 Park Avenue
>New York, NY  10022-4955

**For Defendant UBS Securities LLC:**

    Kirkland & Ellis LLP
    Andrew B. Clubok, Esq.
    Jeffrey G. Landis, Esq.
    Jeffrey M. Gould, Esq.
    Daniel J. Gomez, Esq.
    655 Fifteenth Street, N.W.
    Washington, DC  20005

Respectfully submitted, this 6th day of October, 2010.

        /s/ Steven Rosenwasser
        John E. Floyd
        Georgia Bar No. 266413
        Steven J. Rosenwasser
        Georgia Bar No. 614908
        Nicole G. Iannarone
        Georgia Bar No. 382510
        BONDURANT, MIXSON & ELMORE, LLP
        1201 W. Peachtree Street
        3900 One Atlantic Center
        Atlanta, Georgia 30309
        floyd@bmelaw.com
        rosenwasser@bmelaw.com
        iannarone@bmelaw.com
        Phone: (404) 881-4100
        Facsimile:  (404) 881-4100
        Counsel for Plaintiffs

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1D of the Local Rules for the District Court for the Northern District of Georgia, I hereby certify that the foregoing pleading has been prepared in Times New Roman, 14 point font, as permitted by Local Rule 5.1B.

Respectfully submitted this 6th day of October, 2010.

                                         /s/ Steven Rosenwasser
                                         Steven J. Rosenwasser
                                         Georgia Bar No. 614908

## CERTIFICATE OF SERVICE

I hereby certify that on this day, a true and correct copy of the foregoing **PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** was electronically filed with the Clerk of Court using the Court's electronic filing system which will automatically send an email notification of such filing to the following attorneys of record who are registered participants in the Court's electronic notice and filing system:

>Richard H. Sinkfield, Esq.
>Dan F. Laney, III, Esq.
>Rogers & Hardin
>2700 International Tower, Peachtree Center
>229 Peachtree Street, N.E.
>Atlanta, GA  30303-1601
>rsinkfield@rh-law.com

Further, I hereby certify that on this day, I caused a true and correct copy of the foregoing **PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** to be served by U.S. Mail on:

>**Attorneys for Banc of America Securities, LLC and Merrill Lynch, Pierce, Fenner & Smith, Inc.:**
>Andrew J. Frackman, Esq.
>O'Melveny & Myers LLP
>7 Times Square
>New York, NY  10036

805542.1

**Attorneys for Morgan Stanley & Co. Incorporated:**
Robert F. Wise, Jr., Esq.
William J. Fenrich, Esq.
Melissa T. Aoyagi, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY  10017

**Attorneys for Bear Stearns:**
Stephen L. Ratner, Esq.
Harry Frischer, Esq.
Brian L. Friedman, Esq.
Proskauer Rose LLP
1585 Broadway
New York, NY  10036

**Attorneys for The Goldman Sachs Group, Inc.:**
Richard C. Pepperman II, Esq.
Richard H. Klapper, Esq.
Tracy Richelle High, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY  10004

**Attorneys for Deutsche Bank Securities Inc.:**
Heather L. Fesnak, Esq.
Peter J. Isajiw, Esq.
Gregory A. Markel, Esq.
Martin L. Seidel, Esq.
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY  10281

**Attorneys for UBS Securities, LLC:**
Andrew B. Clubok, Esq.
Jeffrey G. Landis, Esq.
Daniel Gomez, Esq.
Kirkland & Ellis LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, DC  20005-5793

Maria Ginzburg, Esq.
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY  10022-4611

**Attorneys for Credit Suisse USA, Inc.:**
Fraser L. Hunter, Jr., Esq.
Wilmer Cutler Pickering Hale & Dorr LLP
399 Park Avenue
New York, NY  10022

This the 6th day of October, 2010.

/s/ Steven J. Rosenwasser
Steven J. Rosenwasser
Georgia Bar No. 614908
