# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| TASER INTERNATIONAL, INC., *et al.*, | ) | |
| | ) | Case No.: 1:10-CV-03108-JOF |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | [On removal from the State |
| | ) | Court of Fulton County, |
| MORGAN STANLEY & CO., INC., *et al.*, | ) | Georgia Case No.: |
| | ) | 2008-EV-004739-B] |
| Defendants. | ) | |
| | ) | |

## PLAINTIFFS' MOTION FOR REMAND, FEES AND COSTS

Plaintiffs hereby move the Court, pursuant to 28 U.S.C. § 1447(c), to remand this action to the State Court of Fulton County because this federal court lacks subject matter jurisdiction over the action.  In support of this Motion, Plaintiffs rely on the Brief in Support of Plaintiffs' Motion for Remand, Fees and Costs, filed simultaneously herewith.  Plaintiffs request that, pursuant to 28 U.S.C. § 1447(c), the Court award Plaintiffs the attorneys' fees and costs they incur in connection with this improper removal.

Respectfully submitted, this 6th day of October, 2010.

/s/ Steven J. Rosenwasser
John E. Floyd
Georgia Bar No. 266413
Steven J. Rosenwasser
Georgia Bar No. 614908

807045.1

1

Nicole G. Iannarone
Georgia Bar No. 382510
BONDURANT, MIXSON &
ELMORE, LLP
1201 W. Peachtree Street
3900 One Atlantic Center
Atlanta, Georgia 30309
floyd@bmelaw.com
rosenwasser@bmelaw.com
iannarone@bmelaw.com
Phone: (404) 881-4100
Facsimile:  (404) 881-4100

*Attorneys for Plaintiffs*

807045.1

2

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1D of the Local Rules for the District Court for the

Northern District of Georgia, I hereby certify that the foregoing pleading and the

Brief in Support of Plaintiffs' Motion for Remand, Fees and Costs have been

prepared in Times New Roman, 14 point font, as permitted by Local Rule 5.1B.

Respectfully submitted this 6th day of October, 2010.

/s/ Steven J. Rosenwasser
Steven J. Rosenwasser
Georgia Bar No. 614908

807045.1

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this day, a true and correct copy of the foregoing

**PLAINTIFFS' MOTION FOR REMAND, FEES AND COSTS** was

electronically filed with the Clerk of Court using the Court's electronic filing

system which will automatically send an email notification of such filing to the

following attorneys of record who are registered participants in the Court's

electronic notice and filing system:

> **Attorneys for Defendants:**
> Richard H. Sinkfield, Esq.
> Dan F. Laney, III, Esq.
> Rogers & Hardin
> 2700 International Tower, Peachtree Center
> 229 Peachtree Street, N.E.
> Atlanta, GA 30303-1601
> rsinkfield@rh-law.com

Further, I hereby certify that on this day, I caused a true and correct copy of

the foregoing **PLAINTIFFS' MOTION FOR REMAND, FEES AND COSTS**

to be served by Email and U.S. Mail on:

> **Attorneys for Banc of America Securities, LLC and**
> **Merrill Lynch, Pierce, Fenner & Smith, Inc.:**
> Andrew J. Frackman, Esq.
> O'Melveny & Myers LLP
> 7 Times Square
> New York, NY 10036

807045.1

4

**Attorneys for Morgan Stanley & Co. Incorporated:**
Robert F. Wise, Jr., Esq.
William J. Fenrich, Esq.
Melissa T. Aoyagi, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY  10017

**Attorneys for Bear Stearns:**
Stephen L. Ratner, Esq.
Harry Frischer, Esq.
Brian L. Friedman, Esq.
Proskauer Rose LLP
1585 Broadway
New York, NY  10036

**Attorneys for The Goldman Sachs Group, Inc.:**
Richard C. Pepperman II, Esq.
Richard H. Klapper, Esq.
Tracy Richelle High, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY  10004

**Attorneys for Deutsche Bank Securities Inc.:**
Heather L. Fesnak, Esq.
Peter J. Isajiw, Esq.
Gregory A. Markel, Esq.
Martin L. Seidel, Esq.
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY  10281

807045.1

**Attorneys for UBS Securities, LLC:**
Andrew B. Clubok, Esq.
Jeffrey G. Landis, Esq.
Daniel Gomez, Esq.
Kirkland & Ellis LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, DC  20005-5793

Maria Ginzburg, Esq.
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY  10022-4611

**Attorneys for Credit Suisse USA, Inc.:**
Fraser L. Hunter, Jr., Esq.
Wilmer Cutler Pickering Hale & Dorr LLP
399 Park Avenue
New York, NY  10022

This the 6th day of October, 2010.

/s/ Steven J. Rosenwasser
Steven J. Rosenwasser
Georgia Bar No. 614908

807045.1