# EXHIBIT C



**DENIED**

State Court of Fulton County
***EFILED***
LexisNexis Transaction ID: 26274974
Date: Jul 24 2009 1:12PM
Mark Harper, Clerk

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

Taser International, Inc., *et. al.*,  )
                                         )   Civil Action File No.:
        Plaintiffs       )    2008EV004739
v.                                         )
                                         )
Morgan Stanley & Co., Inc., *et. al.*,  )
                                         )
        Defendants.    )

## ORDER

The above-styled case is before this Court on the <u>Defendants' Motion to Dismiss Plaintiff's Third Amended Complaint based on Federal Preemption.</u> Oral argument was heard on the motion on <u>May 12, 2009</u>.

Having read and considered the entire record of the case, and having heard from the parties, the Court finds that the Plaintiffs have alleged intentional market manipulation by the Defendants and that the Plaintiffs State law claims do not conflict with the Federal securities laws as Federal law allows State regulation of securities. Thus, the Plaintiffs claims as alleged in their third amended complaint are not preempted under the Federal law.

The Court therefore **DENIES** the Defendants' Motion to Dismiss the Plaintiff's Third-Amended Complaint based on Federal Preemption.

SO ORDERED, this 24 day of July, 2009.

_____
Judge Patsy Y. Porter
State Court of Fulton County

EXHIBIT C-1