# EXHIBIT E

## LIST OF PENDING MOTIONS

| NO. | DESCRIPTION | DATE |
|---|---|---|
| 1. | Plaintiffs' Motion for Relief Concerning Defendant UBS Securities' Violation of This Court's Order | 05/24/2010 |
| 2. | Plaintiffs' Motion to Compel Production of Documents Improperly Withheld as Privileged or Alternatively, to Appoint Special Master to Conduct an *In Camera* Review | 05/24/2010 |
| 3. | Plaintiffs' Motion for Relief Concerning Defendants' Violation of the Court's Protective Order | 05/24/2010 |
| 4. | Plaintiffs' Motion for Relief and Sanctions Against Defendants Bear Stearns, Credit Suisse Securities, Deutsche Bank Securities, Inc., Goldman Sachs, Merrill Lynch and Morgan Stanley for Violations of this Court's Discovery Orders | 06/02/2010 |
| 5. | Plaintiffs' Motion to Compel Defendants to Produce Documents Related to Their Affirmative Defense of Good-Faith Reliance or, in the Alternative, to Strike that Defense | 06/04/2010 |
| 6. | Defendants' Motion to Compel Plaintiffs to Answer Interrogatory Nos. 1, 2, and 4 in Defendants' Second Set of Interrogatories to Plaintiffs, and Memorandum of Law in Support Thereof | 06/10/2010 |
| 7. | Defendants' Cross-Motion and Supporting Memorandum of Law to Compel the Production of Documents Inappropriately Withheld Under the Accountant-Client Privilege and the Production of Supplemental Privilege Logs | 06/23/2010 |
| 8. | The Goldman Sachs Defendants' Motion for Sanctions Against Plaintiffs Pursuant to O.C.G.A. § 9-15-14(b) | 07/02/2010 |
| 9. | Merrill Lynch, Pierce, Fenner & Smith Incorporated's Motion for Sanctions Against Plaintiffs Pursuant to O.C.G.A. § 9-15-14(b) | 07/02/2010 |
| 10. | Defendants' Motion for Hearing on Additional Pending Motions | 07/08/2010 |
| 11. | Plaintiffs' Motion to Strike Defendants' Motion to Compel and for Fees and Memorandum in Support | 07/12/2010 |
| 12. | Plaintiffs' Motion to Compel Responses to Discovery Served on June 10, 2010 and Plaintiffs' Motion for Relief from Defendants' Violation of This Court's February 10, 2010 Order | 07/19/2010 |

806913.1

## LIST OF PENDING MOTIONS

| NO. | DESCRIPTION | DATE |
|-----|-------------|------|
| 13. | Defendants' Motion for Protective Order with Respect to Plaintiffs' June 10, 2010 Discovery and Memorandum in Support Thereof | 07/19/2010 |
| 14. | UBS Securities, LLC's Motion to Strike Part of Plaintiffs' Reply in Support of May 24, 2010 Omnibus Discovery Motion, or, in the Alternative for Leave to File the Incorporated Sur-Reply, Motion for Relief Pursuant to O.C.G.A. § 9-15-14, and Memorandum of Law in Support Thereof | 07/27/2010 |
| 15. | Plaintiffs' Motion to Compel Merrill Lynch, Pierce, Fenner & Smith to Produce Non-Privileged Document, or Alternatively, for *In Camera* Review | 07/29/2010 |
| 16. | Defendant Merrill Lynch, Pierce, Fenner & Smith Incorporated's Emergency Motion to Protect Privileged Communications by Striking Plaintiffs' Motion to Compel and for Sanctions Against Plaintiffs Pursuant to O.C.G.A. § 9-11-37 | 08/02/2010 |
| 17. | Plaintiffs' Motion to Set Hearing on Plaintiffs' Motion to Compel and Merrill Lynch's Related Motion to Strike | 08/03/2010 |
| 18. | Plaintiffs' Motion for Sanctions Against Deutsche Bank Securities, Inc. for Undisputed Violation of the Court's July 16, 2009 Scheduling Order | 08/23/2010 |
| 19. | Plaintiffs' Motion for Sanctions Against Banc of America Securities, LLC for Undisputed Violation of the Court's July 16, 2009 Scheduling Order | 08/30/2010 |
| 20. | Defendants' Motion to Compel Production of Presentation Notebook Improperly Taken From Defendants' Table, in Court (and Memorandum in Support) | 09/17/2010 |
| 21. | Plaintiffs' Motion to Compel Against Defendant Merrill Lynch | 09/21/2010 |