IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.*, ) | |
| ) | Case No.: 1:10-CV-03108-JOF |
| Plaintiffs, ) | |
| ) | |
| v. ) | [On removal from the State |
| ) | Court of Fulton County, |
| MORGAN STANLEY & CO., INC., *et al.*, ) | Georgia Case No.: |
| ) | 2008-EV-004739-B] |
| Defendants. ) | |
| _____ ) | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE OPPOSITION TO UBS SECURITIES, LLC'S MOTION TO STRIKE**

Plaintiffs respectfully move this Court for leave to file an opposition to UBS Securities, LLC's Motion to Strike (the "Motion"), which was filed on July 27, 2010. At the time that UBS Securities, LLC ("UBS"), filed its Motion, the case was pending in the State Court of Fulton County, and under the State Court rules in effect, Plaintiffs were not required to file an opposition to UBS's Motion in order to oppose it. *See* Uniform State Court Rules, Rule 6.2. In an effort to avoid "papering" the Court and because UBS's motion plainly lacks merit, Plaintiffs did not file an opposition.

807441.1

On September 28, 2010, another defendant removed this case to this Court.[1] If Plaintiffs did not file an opposition with this Court, this Court would deem the motion unopposed. *See* Local Rule 7.1(B). While more than fourteen days have passed since Plaintiffs were served with UBS's motion, Plaintiffs move this Court for leave to file an opposition to UBS's Motion. Plaintiffs note this motion is being filed within fourteen days of removal.

Plaintiffs respectfully request that this Court enter an order granting it leave to file a brief in opposition to UBS Securities, LLC's Motion to Strike. Plaintiffs have attached to this motion a brief in opposition to UBS Securities LLC's Motion to Strike and further request that the Court deem this response filed.

---

[1] On October 6, 2010, Plaintiffs filed a motion for remand because this Court lacks subject matter jurisdiction. The filing of this motion should in no way be considered a waiver or renunciation of the arguments raised by Plaintiffs in the brief in support of that motion.

807441.1

Respectfully submitted this 12th day of October, 2010.

                                            */s/ Elizabeth G. Eager*
                                            John E. Floyd
                                            Georgia Bar No. 266413
                                            Steven J. Rosenwasser
                                            Georgia Bar No. 614908
                                            Nicole G. Iannarone
                                            Georgia Bar No. 382510
                                            Elizabeth G. Eager
                                            Georgia Bar No. 644007
                                            BONDURANT, MIXSON & ELMORE, LLP
                                            3900 One Atlantic Center
                                            1201 West Peachtree Street, N.W.
                                            Atlanta, Georgia  30309
                                            floyd@bmelaw.com
                                            rosenwasser@bmelaw.com
                                            iannarone@bmelaw.com
                                            eager@bmelaw.com
                                            Telephone:  (404) 881-4100
                                            Facsimile:  (404) 881-4100

                                            ***Attorneys for Plaintiffs***

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1D of the Local Rules for the District Court for the Northern District of Georgia, I hereby certify that the foregoing pleading has been prepared in Times New Roman, 14 point font, as permitted by Local Rule 5.1B.

Respectfully submitted this 12th day of October, 2010.

>  */s/ Elizabeth G. Eager*
> Elizabeth G. Eager
> Georgia Bar No. 644007

807441.1

## CERTIFICATE OF SERVICE

I hereby certify that on this day, a true and correct copy of the foregoing **PLAINTIFFS' MOTION FOR LEAVE TO FILE OPPOSITION TO UBS SECURITIES, LLC'S MOTION TO STRIKE** was electronically filed with the Clerk of Court using the Court's electronic filing system which will automatically send an email notification of such filing to the following attorneys of record who are registered participants in the Court's electronic notice and filing system:

>**Attorneys for Defendants:**
>Richard H. Sinkfield, Esq.
>Dan F. Laney, III, Esq.
>Rogers & Hardin
>2700 International Tower, Peachtree Center
>229 Peachtree Street, N.E.
>Atlanta, GA  30303-1601
>rsinkfield@rh-law.com

Further, I hereby certify that on this day, I caused a true and correct copy of the foregoing to be served by Email and U.S. Mail on:

>**Attorneys for Banc of America Securities, LLC;**
>**Merrill Lynch, Pierce, Fenner & Smith, Inc.; and Merrill Lynch**
>**Professional Clearing Corporation:**
>Andrew J. Frackman, Esq.
>Brad Elias, Esq.
>O'Melveny & Myers LLP
>7 Times Square
>New York, NY  10036
>afrackman@omm.com

807441.1

**Attorneys for Morgan Stanley & Co. Incorporated:**
Robert F. Wise, Jr., Esq.
William J. Fenrich, Esq.
Melissa T. Aoyagi, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY  10017
robert.wise@davispolk.com

**Attorneys for Bear Stearns & Co., Inc. and Bear Stearns Securities Corp.:**
Stephen L. Ratner, Esq.
Harry Frischer, Esq.
Brian L. Friedman, Esq.
Proskauer Rose LLP
1585 Broadway
New York, NY  10036
blfriedman@proskauer.com

**Attorneys for Goldman, Sachs & Co. and Goldman Sachs Execution & Clearing, L.P.:**
Richard C. Pepperman II, Esq.
Richard H. Klapper, Esq.
Tracy Richelle High, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY  10004
peppermanr@sullcrom.com

**Attorneys for Deutsche Bank Securities Inc.:**
Heather L. Fesnak, Esq.
Peter J. Isajiw, Esq.
Gregory A. Markel, Esq.
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY  10281
peter.isajiw@cwt.com

**Attorneys for UBS Securities, LLC:**
Andrew B. Clubok, Esq.
Jeffrey G. Landis, Esq.
Daniel Gomez, Esq.
Kirkland & Ellis LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, DC  20005-5793
aclubok@kirkland.com

Maria Ginzburg, Esq.
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY  10022-4611

**Attorneys for Credit Suisse Securities (USA), LLC.:**
Fraser L. Hunter, Jr., Esq.
Wilmer Cutler Pickering Hale & Dorr LLP
399 Park Avenue
New York, NY  10022
fraser.hunter@wilmerhale.com

This 12th day of October, 2010.

*/s/ Elizabeth G. Eager*
Elizabeth G. Eager
Georgia Bar No. 644007

807441.1