# EXHIBIT B

138129.1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.*, ) | |
| ) | Case No.: 1:10-CV-03108-JOF |
| Plaintiffs, ) | |
| ) | |
| v. ) | [On removal from the State |
| ) | Court of Fulton County, |
| MORGAN STANLEY & CO., INC., *et al.*, ) | Georgia Case No.: |
| ) | 2008-EV-004739-B] |
| Defendants. ) | |
| ) | |

## AFFIDAVIT OF ELIZABETH G. EAGER

I, Elizabeth G. Eager, being first duly sworn, do depose and say:

1.

I am over the age of 18 and otherwise competent to give this affidavit. The following is filed in support of Plaintiffs' Motion for Leave to File Under Seal.

2.

I am an associate at the law firm of Bondurant, Mixson & Elmore, LLP, which represents Plaintiffs in the above-styled matter.

3.

Attached hereto as Exhibit 1 are true and correct copies of correspondence between myself or Steven Rosenwasser and counsel for Banc of America Securities, LLC, and Merrill Lynch, Pierce, Fenner & Smith.

808125.1

4.

Attached hereto as Exhibit 2 are true and correct copies of correspondence between myself and counsel for Bear Stearns & Co., Inc. and Bear Stearns Securities Corp. (collectively, "Bear Stearns").

5.

Attached hereto as Exhibit 3 are true and correct copies of correspondence between myself and counsel for Credit Suisse Securities (USA), LLC.

6.

Attached hereto as Exhibit 4 are true and correct copies of correspondence between myself and counsel for Deutsche Bank Securities, Inc.

7.

Attached hereto as Exhibit 5 are true and correct copies of correspondence between myself and counsel for Goldman, Sachs & Co. and Goldman Sachs Execution & Clearing, L.P. (collectively, "Goldman Sachs").

8.

Attached hereto as Exhibit 6 are true and correct copies of correspondence between myself and counsel for Morgan Stanley & Co.

808125.1

9.

Attached hereto as Exhibit 7 are true and correct copies of correspondence between myself and counsel for UBS Securities, LLC.

10.

As shown in Exhibits 1-7, I emailed defense counsel on October 10 and October 11 requesting they remove confidentiality designations from certain documents, which Plaintiffs intended to file with the Court.  No single defendant was asked to remove confidentiality designations from more than five documents.

11.

I initially requested Defendants provide a response by October 11, 2010, at 5:00 pm.  To give all Defendants adequate time to respond, on October 11, 2010, I notified each Defendant that they had until October 12, 2010, at 3:30 pm.

12.

Defendants Bear Stearns, Credit Suisse, Deutsche Bank, and Goldman Sachs consented to the request and removed confidentiality designations.

13.

Defendants Banc of America Securities and Merrill Lynch refused to remove the confidentiality designations from all of the documents, only agreeing to remove the designation from their privilege logs.

808125.1

3

14.

Defendants UBS Securities, LLC, refused to remove the confidentiality designations from all of the documents, only agreeing to remove the designation from its privilege log and from its brief.

FURTHER AFFIANT SAYETH NOT.

*Elizabeth G. Eager*
Elizabeth G. Eager

Sworn to and subscribed before me this 12th day of October, 2010.

*Tanya C. Reed*
Notary Public

My Commission Expires:

