# EXHIBIT 2

138129.1

# Elizabeth G. Eager

| | |
|---|---|
| **From:** | Friedman, Brian L. [BLFriedman@proskauer.com] |
| **Sent:** | Tuesday, October 12, 2010 3:56 PM |
| **To:** | Elizabeth G. Eager |
| **Subject:** | RE: TASER/ Bear Stearns Confidentiality Designation |

Liz:

We agree that you do not need to file the privilege log under seal. Also, I believe that your privilege log is also marked confidential, and we expect that you would not require us to file that under seal if the need arises at some later date.

Regards,

Brian


**Brian L. Friedman**
Attorney at Law

Proskauer
1585 Broadway
New York, NY 10036-8299
d 212.969.3256
f  212.969.2900
blfriedman@proskauer.com


greenspaces
Please consider the environment before printing this email.

---

**From:** Elizabeth G. Eager [mailto:eager@bmelaw.com]
**Sent:** Monday, October 11, 2010 3:23 PM
**To:** Elizabeth G. Eager; Friedman, Brian L.
**Cc:** Steven J. Rosenwasser
**Subject:** RE: TASER/ Bear Stearns Confidentiality Designation

Brian,

Thank you for your call earlier today regarding the below email. On that call, you indicated that you would likely permit the confidentiality designation to be removed. You indicated that you needed to receive client approval first. We are extending the deadline for Plaintiffs to respond to us until 3:30 PM tomorrow. So please let us know your position on dedesignation by that time.

Thanks,
Liz

---

**From:** Elizabeth G. Eager
**Sent:** Sunday, October 10, 2010 2:50 PM
**To:** Friedman, Brian L.
**Cc:** Steven J. Rosenwasser
**Subject:** TASER/ Bear Stearns Confidentiality Designation

1

Brian,

Plaintiffs request you remove your confidentiality designations from your privilege log.

Plaintiffs anticipate filing a pleading that may include the referenced document. As we explained at the 26(f) conference, we understand that Judge Forrester permits filings under seal in only the most narrow circumstances (e.g.., a social security number, account number, or trade secret). Please let us know by tomorrow at 5 PM if you agree to remove your confidentiality designations.

Thanks,
Liz

```
*************************************************************
To ensure compliance with requirements imposed by U.S.
Treasury Regulations, Proskauer Rose LLP informs you that
any U.S. tax advice contained in this communication
(including any attachments) was not intended or written to
be used, and cannot be used, for the purpose of (i)
avoiding penalties under the Internal Revenue Code or (ii)
promoting, marketing or recommending to another party any
transaction or matter addressed herein.

*************************************************************
This message and its attachments are sent from a law firm
and may contain information that is confidential and
protected by privilege from disclosure. If you are not the
intended recipient, you are prohibited from printing,
copying, forwarding or saving them. Please delete the
message and attachments without printing, copying,
forwarding or saving them, and notify the sender
immediately.
```

==============================================================================================

2