# EXHIBIT 3

138129.1

# Elizabeth G. Eager

| | |
|---|---|
| **From:** | Konstandt, Brad [Brad.Konstandt@wilmerhale.com] |
| **Sent:** | Tuesday, October 12, 2010 3:16 PM |
| **To:** | Elizabeth G. Eager |
| **Cc:** | Hunter, Fraser; Steven J. Rosenwasser |
| **Subject:** | FW: TASER/ Credit Suisse Confidentiality Designations |

Liz,

Credit Suisse agrees to remove the confidentiality designation from its privilege log, so long as plaintiffs likewise agree to remove the designation from all of their privilege logs.

Thanks.

Brad

---

**From:** Elizabeth G. Eager [mailto:eager@bmelaw.com]
**Sent:** Monday, October 11, 2010 3:21 PM
**To:** Elizabeth G. Eager; Hunter, Fraser; Konstandt, Brad
**Cc:** Steven J. Rosenwasser
**Subject:** RE: TASER/ Credit Suisse Confidentiality Designations

Fraser and Brad,

We can extend the deadline for you responding to us regarding the email below until 3:30 PM tomorrow.

For clarity, as to this and yesterday's communication, Plaintiffs continue to object to the removal and take the position that remand is proper. Plaintiffs are simply communicating now to avoid further delay, and this communication is not a waiver of our motion seeking remand.

Liz

---

**From:** Elizabeth G. Eager
**Sent:** Sunday, October 10, 2010 2:51 PM
**To:** Hunter, Fraser; 'Konstandt, Brad'
**Cc:** Steven J. Rosenwasser
**Subject:** TASER/ Credit Suisse Confidentiality Designations

Fraser and Brad,
Plaintiffs request you remove your confidentiality designations from your privilege log.

Plaintiffs anticipate filing a pleading that may include the referenced document. As we explained at the 26(f) conference, we understand that Judge Forrester permits filings under seal in only the most narrow circumstances (e.g.., a social security number, account number, or trade secret). Please let us know by tomorrow at 5 PM if you agree to remove your confidentiality designations.

Thanks,
Liz

1