# EXHIBIT  4

138129.1

## Elizabeth G. Eager

| | |
|---|---|
| **From:** | Isajiw, Peter [Peter.Isajiw@cwt.com] |
| **Sent:** | Tuesday, October 12, 2010 12:35 PM |
| **To:** | Elizabeth G. Eager; Markel, Gregory; Halper, Jason |
| **Cc:** | Steven J. Rosenwasser |
| **Subject:** | RE: TASER/ DBSI Confidentiality Designations |
| **Attachments:** | DBSI-T001811771 - DBSI-T001811787.pdf |

Liz,

As requested, attached is a copy of DBSI-T001811771-87 without the confidentiality designation.  If you intend to use this as an exhibit to a filing, we ask that you use this version, without the stamp.

Thanks,

---

Peter Isajiw
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
Tel:  +1 212.504.6579
Fax: +1 212.504.6666
peter.isajiw@cwt.com
www.cadwalader.com
please consider the environment before printing this email.

---

**From:** Elizabeth G. Eager [mailto:eager@bmelaw.com]
**Sent:** Monday, October 11, 2010 3:21 PM
**To:** Elizabeth G. Eager; Markel, Gregory; Isajiw, Peter; Halper, Jason
**Cc:** Steven J. Rosenwasser
**Subject:** RE: TASER/ DBSI Confidentiality Designations

Greg, Peter and Jason,

We can extend the deadline for you responding to us regarding the email below until 3:30 PM tomorrow.

For clarity, as to this and yesterday's communication, Plaintiffs continue to object to the removal and take the position that remand is proper.  Plaintiffs are simply communicating now to avoid further delay, and this communication is not a waiver of our motion seeking remand.

Liz

---

**From:** Elizabeth G. Eager
**Sent:** Sunday, October 10, 2010 2:53 PM
**To:** 'greg.markel@cwt.com'; 'Isajiw, Peter'; 'Jason.Halper@cwt.com'
**Subject:** TASER/ DBSI Confidentiality Designations

Greg, Peter, and Jason,

Plaintiffs request you remove your confidentiality designations from the DBSI-T00181772-73

Plaintiffs anticipate filing a pleading that may include the referenced document.  As we explained at the 26(f) conference, we understand that Judge Forrester permits filings under seal in only the most narrow circumstances (e.g.., a social security number, account number, or trade secret).  Please let us know by tomorrow at 5 PM if you agree to remove your confidentiality designations.

Thanks,
Liz

--------------------------------------------------------------------
IRS Circular 230 Legend: Any advice contained herein was not intended or written to be used, and cannot be used, for the purpose of avoiding U.S. federal, state, or local tax penalties. Unless otherwise specifically indicated above, you should assume that any statement in this email relating to any U.S. federal, state, or local tax matter was written in connection with the promotion or marketing by other parties of the transaction(s) or matter(s) addressed in this email. Each taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.

====================
NOTE: The information in this email is confidential and may be legally privileged. If you are not the intended recipient, you must not read, use or disseminate the information; please advise the sender immediately by reply email and delete this message and any attachments without retaining a copy. Although this email and any attachments are believed to be free of any virus or other defect that may affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Cadwalader, Wickersham & Taft LLP for any loss or damage arising in any way from its use.

--------------------------------------------------------------------------