# EXHIBIT 5

138129.1

## Elizabeth G. Eager

| | |
|---|---|
| **From:** | High, Tracy R. [Hight@sullcrom.com] |
| **Sent:** | Tuesday, October 12, 2010 3:03 PM |
| **To:** | Elizabeth G. Eager |
| **Cc:** | Pepperman, Richard; Rein, David M.J.; Reynard, Andrew H.; Steven J. Rosenwasser |
| **Subject:** | RE: TASER/ Goldman Confidentiality Designations |

Liz,

We agree to remove the confidentiality designation on the privilege logs we have produced to date.

Tracy

**From:** Elizabeth G. Eager [mailto:eager@bmelaw.com]
**Sent:** Monday, October 11, 2010 3:19 PM
**To:** Pepperman, Richard; High, Tracy R.; Reynard, Andrew H.
**Cc:** Steven J. Rosenwasser
**Subject:** TASER/ Goldman Confidentiality Designations

Rick, Tracy, and Randy

Plaintiffs request you remove your confidentiality designations from your privilege log.

Plaintiffs anticipate filing a pleading that may include the referenced document.  As we explained at the 26(f) conference, we understand that Judge Forrester permits filings under seal in only the most narrow circumstances (e.g., a social security number, account number, or trade secret).  Please let us know by tomorrow at 3:30 PM if you agree to remove your confidentiality designations.

Thanks,
Liz

This e-mail is sent by a law firm and contains information that may be privileged and confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately.