## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

TASER INTERNATIONAL, INC.,
*et al.*

     Plaintiffs,

v.

MORGAN STANLEY & CO., INC.,
*et al.*

     Defendants.

CIVIL ACTION NUMBER:
1:10-CV-03108-JOF

## <u>NOTICE OF APPEARANCE</u>

Stefanie H. Jackman of the law firm Rogers & Hardin LLP hereby enters her appearance as attorney of record for Defendants Morgan Stanley & Co. Incorporated, Goldman, Sachs & Co., Goldman Sachs Execution & Clearing, L.P., Bear Stearns & Co., Inc. K/N/A/ JP Morgan Securities, Inc., Bear Stearns Securities Corp., K/N/A JP Morgan Clearing Corp., Merrill Lynch, Pierce, Fenner & Smith, Inc., Deutsche Bank Securities, Inc., Credit Suisse Securities (USA) LLC, Banc of America Securities, LLC, UBS Securities, LLC, and Merrill Lynch Professional Clearing Corporation and asks to receive notice of all court filings via the CM/ECF system.

This 12th day of October 2010.

/s/ Stefanie H. Jackman
Stefanie H. Jackman
Georgia Bar No. 335652
sjackman@rh-law.com

*Attorneys for Defendants Morgan Stanley & Co. Incorporated, Goldman, Sachs & Co., Goldman Sachs Execution & Clearing, L.P., Bear Stearns & Co., Inc. K/N/A/ JP Morgan Securities, Inc., Bear Stearns Securities Corp., K/N/A JP Morgan Clearing Corp., Merrill Lynch, Pierce, Fenner & Smith, Inc., Deutsche Bank Securities, Inc., Credit Suisse Securities (USA) LLC, Banc of America Securities, LLC, UBS Securities, LLC, and Merrill Lynch Professional Clearing Corporation*

ROGERS & HARDIN LLP
2700 International Tower
Peachtree Center
229 Peachtree Street, N.E.
Atlanta, Georgia  30303-1601
Telephone: 404-522-4700
Facsimile: 404-525-2224

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

TASER INTERNATIONAL, INC.,
*et al.*

      Plaintiffs,

v.

MORGAN STANLEY & CO., INC.,
*et al.*

      Defendants.

CIVIL ACTION NUMBER:
1:10-CV-03108-JOF

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 12, 2010, I served a copy of the foregoing

***NOTICE OF APPEARANCE*** by U.S. Mail to the following counsel of record:

James W. Christian, Esq.
CHRISTIAN, SMITH & JEWELL LLP
2302 Fannin, Suite 500
Houston, TX  77002

Stephen L. Ratner, Esq.
Brian L. Friedman, Esq.
PROSKAUER ROSE LLP
1585 Broadway
New York, NY  10036

Robert F. Wise, Jr., Esq.
William J. Fenrich, Esq.
Melissa Aoyagi, Esq.
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY  10017

Richard H. Klapper, Esq.
Richard C. Pepperman, II, Esq.
Tracy Richelle High, Esq.
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY  10004-2498

Fraser L. Hunter, Jr., Esq.
WILMER CUTLER PICKERING HALE
AND DORR LLP
399 Park Avenue
New York, NY  10022

Andrew B. Clubok, Esq.
Jeffrey G. Landis, Esq.
Jeffrey M. Gould, Esq.
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC  20005

Andrew J. Frackman, Esq.
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY  10036

Gregory A. Markel, Esq.
Martin L. Seidel, Esq.
Peter J. Isajiw, Esq.
Heather L. Fesnak, Esq.
CADWALADER, WICKERSHAM &
TAFT LLP
One World Financial Center
New York, NY  10281

and electronically with the Clerk of Court using the CM/ECF system which will

automatically send e-mail notification to the following counsel of record:

John E. Floyd, Esq.
*floyd@bmelaw.com*
Steven J. Rosenwasser, Esq.
*rosenwasser@bmelaw.com*
BONDURANT, MIXON & ELMORE LLP
3900 One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, GA  30309

/s/ Stefanie H. Jackman
Stefanie H. Jackman
Georgia Bar No. 335652
sjackman@rh-law.com

*Attorneys for Defendants Morgan Stanley & Co. Incorporated, Goldman, Sachs & Co., Goldman Sachs Execution & Clearing, L.P., Bear Stearns & Co., Inc. K/N/A/ JP Morgan Securities, Inc., Bear Stearns Securities Corp., K/N/A JP Morgan Clearing Corp., Merrill Lynch, Pierce, Fenner & Smith, Inc., Deutsche Bank Securities, Inc., Credit Suisse Securities (USA) LLC, Banc of America Securities, LLC, UBS Securities, LLC, and Merrill Lynch Professional Clearing Corporation*

ROGERS & HARDIN LLP
2700 International Tower
Peachtree Center
229 Peachtree Street, N.E.
Atlanta, Georgia  30303-1601
Telephone: 404-522-4700
Facsimile: 404-525-2224