IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> MORGAN STANLEY & CO., INC., *et al.* <br><br> Defendants. | CIVIL ACTION NUMBER: <br> 1:10-CV-03108-JOF |

## NOTICE OF APPEARANCE

James W. Cobb of the law firm Rogers & Hardin LLP hereby enters his appearance as attorney of record for Defendants Morgan Stanley & Co. Incorporated, Goldman, Sachs & Co., Goldman Sachs Execution & Clearing, L.P., Bear Stearns & Co., Inc. K/N/A/ JP Morgan Securities, Inc., Bear Stearns Securities Corp., K/N/A JP Morgan Clearing Corp., Merrill Lynch, Pierce, Fenner & Smith, Inc., Deutsche Bank Securities, Inc., Credit Suisse Securities (USA) LLC, Banc of America Securities, LLC, UBS Securities, LLC, and Merrill Lynch Professional Clearing Corporation and asks to receive notice of all court filings via the CM/ECF system.

- 2 -

This 12th day of October 2010.

/s/ James W. Cobb
James W. Cobb
Georgia Bar No. 420133
jcobb@rh-law.com

*Attorneys for Defendants Morgan Stanley & Co. Incorporated, Goldman, Sachs & Co., Goldman Sachs Execution & Clearing, L.P., Bear Stearns & Co., Inc. K/N/A/ JP Morgan Securities, Inc., Bear Stearns Securities Corp., K/N/A JP Morgan Clearing Corp., Merrill Lynch, Pierce, Fenner & Smith, Inc., Deutsche Bank Securities, Inc., Credit Suisse Securities (USA) LLC, Banc of America Securities, LLC, UBS Securities, LLC, and Merrill Lynch Professional Clearing Corporation*

ROGERS & HARDIN LLP
2700 International Tower
Peachtree Center
229 Peachtree Street, N.E.
Atlanta, Georgia 30303-1601
Telephone: 404-522-4700
Facsimile: 404-525-2224

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> MORGAN STANLEY & CO., INC., *et al.* <br><br> Defendants. | CIVIL ACTION NUMBER: <br> 1:10-CV-03108-JOF |

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2010, I caused a copy of the foregoing *NOTICE OF APPEARANCE* to be served by U.S. Mail to the following counsel of record:

James W. Christian, Esq.
CHRISTIAN, SMITH & JEWELL LLP
2302 Fannin, Suite 500
Houston, TX  77002

Stephen L. Ratner, Esq.
Brian L. Friedman, Esq.
PROSKAUER ROSE LLP
1585 Broadway
New York, NY  10036

Robert F. Wise, Jr., Esq.
William J. Fenrich, Esq.
Melissa Aoyagi, Esq.
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY  10017

Richard H. Klapper, Esq.
Richard C. Pepperman, II, Esq.
Tracy Richelle High, Esq.
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY  10004-2498

- 4 -

| | |
|---|---|
| Fraser L. Hunter, Jr., Esq.<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>399 Park Avenue<br>New York, NY  10022 | Andrew B. Clubok, Esq.<br>Jeffrey G. Landis, Esq.<br>Jeffrey M. Gould, Esq.<br>KIRKLAND & ELLIS LLP<br>655 Fifteenth Street, N.W.<br>Washington, DC  20005 |
| Andrew J. Frackman, Esq.<br>O'MELVENY & MYERS LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY  10036 | Gregory A. Markel, Esq.<br>Martin L. Seidel, Esq.<br>Peter J. Isajiw, Esq.<br>Heather L. Fesnak, Esq.<br>CADWALADER, WICKERSHAM & TAFT LLP<br>One World Financial Center<br>New York, NY  10281 |

and to be electronically with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification to the following counsel of record:

John E. Floyd, Esq.
*floyd@bmelaw.com*
Steven J. Rosenwasser, Esq.
*rosenwasser@bmelaw.com*
BONDURANT, MIXON & ELMORE LLP
3900 One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, GA  30309

- 5 -

/s/ James W. Cobb
James W. Cobb
Georgia Bar No. 420133
jcobb@rh-law.com

*Attorneys for Defendants Morgan Stanley & Co. Incorporated, Goldman, Sachs & Co., Goldman Sachs Execution & Clearing, L.P., Bear Stearns & Co., Inc. K/N/A/ JP Morgan Securities, Inc., Bear Stearns Securities Corp., K/N/A JP Morgan Clearing Corp., Merrill Lynch, Pierce, Fenner & Smith, Inc., Deutsche Bank Securities, Inc., Credit Suisse Securities (USA) LLC, Banc of America Securities, LLC, UBS Securities, LLC, and Merrill Lynch Professional Clearing Corporation*

ROGERS & HARDIN LLP
2700 International Tower
Peachtree Center
229 Peachtree Street, N.E.
Atlanta, Georgia  30303-1601
Telephone: 404-522-4700
Facsimile: 404-525-2224