EXHIBIT D

State Court of Fulton County
\*\*\*EFILED\*\*\*
LexisNexis Transaction ID: 32280027
Date: Jul 22 2010 3:56PM
Mark Harper, Clerk

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| TASER INTERNATIONAL, INC., et al., | |
| Plaintiffs, | CIVIL ACTION FILE NO.: 2008-EV-004739-B |
| v. | |
| MORGAN STANLEY & CO., INC., et al., | JURY TRIAL DEMANDED |
| Defendants. | |

### PLAINTIFFS' NOTICE OF AMENDMENT TO PLAINTIFFS' REPLY IN SUPPORT OF MAY 24, 2010 OMNIBUS DISCOVERY MOTION

Plaintiffs hereby amend their Reply in Support of their May 24, 2010 Omnibus Discovery Motion, which was originally filed on July 12, 2010, by withdrawing the final paragraph beginning on page 5 and ending at the eighth line on page 6, and replacing it with the following:

> Despite admitting that potentially every TASER blue sheet UBS has produced is inaccurate, UBS argues that such inaccuracies are of no consequence because "no regulator has ever seen, let alone criticized the TASER blue sheets." *See* Response Br. at 3. UBS apparently believes that inaccurate information is not a problem unless it is caught by regulators. But the fact that this information is potentially inaccurate impacts Plaintiffs' ability to analyze UBS's trading records and to prosecute this case.

Plaintiffs have substituted this paragraph, notwithstanding that the original paragraph was submitted in good faith, in an effort to avoid unnecessary motions practice.

785169.1

Respectfully submitted, this 22nd day of July, 2010.

/s/ *Steven J. Rosenwasser*
John E. Floyd
Georgia Bar No. 266413
Steven J. Rosenwasser
Georgia Bar No. 614908
Nicole G. Iannarone
Georgia Bar No. 382510
Bondurant, Mixson & Elmore, LLP
3900 One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309-3417
(404) 881-4100 Tel.
(404) 881-4111 Fax

James W. Christian
State Bar No. 04228700
Gary M. Jewell
State Bar No. 10664800
Scott R. Link
State Bar No. 12390900
Christian, Smith, & Jewell, LLP
2302 Fannin, Suite 500
Houston, Texas 77002
(713) 659-7617 Tel.
(713) 659-7641 Fax
(admitted pro hac vice)

**ATTORNEYS FOR PLAINTIFFS**

785169.1

2

## CERTIFICATE OF SERVICE

I hereby certify that on this day, a true and correct copy of the foregoing **PLAINTIFFS' NOTICE OF AMENDMENT TO PLAINTIFFS' REPLY IN SUPPORT OF MAY 24, 2010 OMNIBUS DISCOVERY MOTION** was electronically filed with the Clerk of Court using the Court's electronic filing system which will send email notification of such filing to the following attorneys of record who are registered participants in the Court's electronic notice and filing system:

**Attorneys for Defendants:**
Richard H. Sinkfield, Esq.
Rogers & Hardin
2700 International Tower, Peachtree Center
229 Peachtree Street, N.E.
Atlanta, GA  30303-1601

**Attorneys for Banc of America Securities, LLC and Merrill Lynch, Pierce, Fenner & Smith, Inc.:**
Andrew J. Frackman, Esq.
O'Melveny & Myers LLP
7 Times Square
New York, NY  10036

**Attorneys for Morgan Stanley & Co. Incorporated:**
Robert F. Wise, Jr., Esq.
William J. Fenrich, Esq.
Melissa T. Aoyagi, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY  10017

785169.1

**Attorneys for Bear Stearns:**
Stephen L. Ratner, Esq.
Harry Frischer, Esq.
Brian L. Friedman, Esq.
Proskauer Rose LLP
1585 Broadway
New York, NY 10036

**Attorneys for The Goldman Sachs Group, Inc.:**
Richard C. Pepperman II, Esq.
Richard H. Klapper, Esq.
Tracy Richelle High, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

**Attorneys for Deutsche Bank Securities Inc.:**
Heather L. Fesnak, Esq.
Peter J. Isajiw, Esq.
Gregory A. Markel, Esq.
Martin L. Seidel, Esq.
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

**Attorneys for UBS Securities, LLC:**
Andrew B. Clubok, Esq.
Jeffrey G. Landis, Esq.
Daniel Gomez, Esq.
Kirkland & Ellis LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, DC 20005-5793

Maria Ginzburg, Esq.
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611

785169.1

**Attorneys for Goldman USA, Inc.:**
Fraser L. Hunter, Jr., Esq.
Wilmer Cutler Pickering Hale & Dorr LLP
399 Park Avenue
New York, NY  10022

This 22nd day of July, 2010.

                                               */s/ Steven J. Rosenwasser*
                                               Steven J. Rosenwasser