IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.*, ) | |
| ) | Case No.: 1:10-CV-03108-JOF |
| Plaintiffs, ) | |
| ) | |
| v. ) | [On removal from the State |
| ) | Court of Fulton County, |
| MORGAN STANLEY & CO., INC., *et al.*, ) | Georgia Case No.: |
| ) | 2008-EV-004739-B] |
| Defendants. ) | |
| _____) | |

## NOTICE OF SERVICE

Notice is hereby given that the Plaintiffs served the letters[1] dated September 17, 2010 and September 11, 2008, from the Office of the General Counsel of the State Bar of Georgia to the Honorable Patsy Y. Porter advising that the Office of the General Counsel has no objection to Gary M. Jewell, Scott R. Link, James W. Christian and Katherine Morton-Gonyea's applications for admission *pro hac vice*, upon counsel of record on October 11, 2010 by causing same to be delivered by United States mail to the following:

---

[1] Plaintiffs do not agree with or consent to the improper removal of this case. Plaintiffs provided these letters to Defendants and file the instant Notice of Service as the *pro hac vice* admissions will remain in effect in the event the case is remanded to the Fulton County State Court.

802988.1

**Attorneys for Defendants:**
Richard H. Sinkfield, Esq.
Rogers & Hardin
2700 International Tower, Peachtree Center
229 Peachtree Street, N.E.
Atlanta, GA  30303-1601

Respectfully submitted this 13th day of October, 2010.

/s/ Nicole G. Iannarone
John E. Floyd
Georgia Bar No. 266413
floyd@bmelaw.com
Steven J. Rosenwasser
Georgia Bar No. 614908
rosenwasser@bmelaw.com
Nicole G. Iannarone
Georgia Bar No. 382510
iannarone@bmelaw.com
Michael A. Caplan
Georgia Bar No. 601039
caplan@bmelaw.com
Elizabeth G. Eager
Georgia Bar No. 644007
eager@bmelaw.com
Robert L. Ashe
Georgia Bar No. 208077
ashe@bmelaw.com
Bondurant, Mixson & Elmore, LLP
3900 One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia  30309-3417
(404) 881-4100 Tel.
(404) 881-4111 Fax

        James W. Christian
        State Bar No. 04228700
        jchristian@csj-law.com
        Gary M. Jewell
        State Bar No. 10664800
        gjewell@csj-law.com
        Scott R. Link
        State Bar No. 12390900
        slink@csj-law.com
        Katherine Morton-Gonyea
        State Bar No. 24066701
        kgonyea@csj-law.com
        Christian, Smith, & Jewell, LLP
        2302 Fannin, Suite 500
        Houston, Texas  77002
        (713) 659-7617 Tel.
        (713) 659-7641 Fax
        (admitted *pro hac vice*)[2]

---

[2] The State Court Orders granting these attorneys' *pro hac vice* admissions remain in effect after removal pursuant to 28 U.S.C. § 1450.  In the event the Court believes that the *pro hac vice* admissions are not still in effect, Plaintiffs would be pleased to submit additional applications.

802988.1

## CERTIFICATE OF SERVICE

I hereby certify that on this day, a true and correct copy of the foregoing **NOTICE OF SERVICE** was electronically filed with the Clerk of Court using the Court's electronic filing system which will automatically send an email notification of such filing to the following attorneys of record who are registered participants in the Court's electronic notice and filing system:

>Richard H. Sinkfield, Esq.
>Dan F. Laney, III, Esq.
>Kristina M. Jones, Esq.
>Stefanie H. Jackman, Esq.
>James W. Cobb, Esq.
>Rogers & Hardin
>2700 International Tower, Peachtree Center
>229 Peachtree Street, N.E.
>Atlanta, GA  30303-1601

Further, I hereby certify that on this day, I caused a true and correct copy of the foregoing **NOTICE OF SERVICE** to be served by United States mail on:

>**Attorneys for Banc of America Securities, LLC and Merrill Lynch, Pierce, Fenner & Smith, Inc.:**
>Andrew J. Frackman, Esq.
>O'Melveny & Myers LLP
>7 Times Square
>New York, NY  10036

**Attorneys for Morgan Stanley & Co. Incorporated:**
Robert F. Wise, Jr., Esq.
William J. Fenrich, Esq.
Melissa T. Aoyagi, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY  10017

**Attorneys for Bear Stearns:**
Stephen L. Ratner, Esq.
Harry Frischer, Esq.
Brian L. Friedman, Esq.
Proskauer Rose LLP
1585 Broadway
New York, NY  10036

**Attorneys for The Goldman Sachs Group, Inc.:**
Richard C. Pepperman II, Esq.
Richard H. Klapper, Esq.
Tracy Richelle High, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY  10004

**Attorneys for Deutsche Bank Securities Inc.:**
Heather L. Fesnak, Esq.
Peter J. Isajiw, Esq.
Gregory A. Markel, Esq.
Martin L. Seidel, Esq.
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY  10281

802988.1

**Attorneys for UBS Securities, LLC:**
Andrew B. Clubok, Esq.
Jeffrey G. Landis, Esq.
Daniel Gomez, Esq.
Kirkland & Ellis LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, DC  20005-5793

Maria Ginzburg, Esq.
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY  10022-4611

**Attorneys for Credit Suisse USA, Inc.:**
Fraser L. Hunter, Jr., Esq.
Wilmer Cutler Pickering Hale & Dorr LLP
399 Park Avenue
New York, NY  10022

This the 13th day of October, 2010.

                                            /s/ Nicole G. Iannarone
                                            Nicole G. Iannarone
                                            Georgia Bar No. 382510