IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.*<br><br>       Plaintiffs,<br><br>v.<br><br>MORGAN STANLEY & CO., INC., *et al.*<br><br>       Defendants. | CIVIL ACTION NUMBER:<br>1:10-CV-03108-JOF |

### [PROPOSED] STIPULATION AND CONSENT ORDER EXTENDING TIME

Plaintiffs and Defendants Bear Stearns & Co., Inc., n/k/a JP Morgan Securities LLC, and Bear Stearns Securities Corp., n/k/a JP Morgan Clearing Corp., (collectively, the "Bear Stearns Defendants") have conferred and stipulated to extend the Bear Stearns Defendants' deadline to respond to Plaintiff Constance Almeroth's Sixth Set of Interrogatories to All Defendants and Seventh Set of Interrogatories to UBS in the above-captioned action, which was removed to this Court on September 28, 2010 from the State Court of Fulton County, Georgia.[1]

---

[1] Plaintiffs believe that the removal was improper, and have moved to remand this action to the State Court.  Consequently, Plaintiffs have agreed to this Proposed Stipulation and Consent Order Extending Time only because of the need to address a pending deadline, and this Stipulation and Consent

2

By agreement among Plaintiffs and the Bear Stearns Defendants, and for good cause shown, it is hereby ORDERED that the time for the Bear Stearns Defendants to respond to Plaintiff Constance Almeroth's Sixth Set of Interrogatories to All Defendants and Seventh Set of Interrogatories to UBS is extended through and including October 18, 2010.

So ORDERED this ___ day of October 2010.

_____<br>
J. Owen Forrester, Senior Judge<br>
United States District Court

---

Order should not be construed as Plaintiffs' agreement or consenting to the removal or the jurisdiction of this Court.

Jointly submitted this 15th day of October 2010.

/s/ Steven J. Rosenwasser
JOHN E. FLOYD
Georgia Bar No. 266413
Email: floyd@bmelaw.com

STEVEN J. ROSENWASSER
Georgia Bar No. 614908
Email: rosenwasser@bmelaw.com

NICOLE G. IANNARONE
Georgia Bar No. 382510
Email: iannarone@bmelaw.com

BONDURANT, MIXON & ELMORE LLP
3900 One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, GA 30309
Tel.: 404-881-4100
Fax: 404-881-4111

*Attorneys for Plaintiffs*

/s/ Richard H. Sinkfield
RICHARD H. SINKFIELD
Georgia Bar No. 649100
E-mail: rsinkfield@rh-law.com

Dan F. Laney III
Georgia Bar No. 435290
E-mail: dlaney@rh-law.com

ROGERS & HARDIN LLP
229 Peachtree Street, N.E.
2700 International Tower
Atlanta, Georgia 30303
Tel.: 404-522-4700
Fax: 404-525-2224

*Attorneys for Defendants Bear Stearns & Co., Inc., n/k/a JP Morgan Securities LLC, and Bear Stearns Securities Corp., n/k/a JP Morgan Clearing Corp.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.*<br><br>          Plaintiffs,<br><br>v.<br><br>MORGAN STANLEY & CO., INC., *et al.*<br><br>          Defendants. | CIVIL ACTION NUMBER:<br>1:10-CV-03108-JOF |

## CERTIFICATE OF SERVICE

This is to certify that I have this day caused a copy of the foregoing ***STIPULATION AND CONSENT ORDER EXTENDING TIME*** to be filed with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

>  John E. Floyd, Esq.
>  floyd@bmelaw.com
>
>  Steven J. Rosenwasser, Esq.
>  rosenwasser@bmelaw.com;

and have caused a copy of the foregoing to be served on the following attorneys of record by U.S. Mail:

James W. Christian, Esq.
CHRISTIAN, SMITH & JEWELL LLP
2302 Fannin, Suite 500
Houston, TX  77002

Robert F. Wise, Jr., Esq.
William J. Fenrich, Esq.
Melissa Aoyagi, Esq.
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY  10017

Richard H. Klapper, Esq.
Richard C. Pepperman, II, Esq.
Tracy Richelle High, Esq.
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY  10004-2498

Stephen L. Ratner, Esq.
Brian L. Friedman, Esq.
PROSKAUER ROSE LLP
1585 Broadway
New York, NY  10036

Gregory A. Markel, Esq.
Martin L. Seidel, Esq.
Peter J. Isajiw, Esq.
Heather L. Fesnak, Esq.
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, NY  10281

Fraser L. Hunter, Jr., Esq.
WILMER CUTLER PICKERING HALE AND
DORR LLP
399 Park Avenue
New York, NY  10022

Andrew J. Frackman, Esq.
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY  10036

Andrew B. Clubok, Esq.
Jeffrey G. Landis, Esq.
Jeffrey M. Gould, Esq.
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC  20005

/s/ James W. Cobb
———————————————

James W. Cobb
Georgia Bar No. 420133
jcobb@rh-law.com

*Attorney for Defendants Bear Stearns & Co., Inc., n/k/a JP Morgan Securities LLC, and Bear Stearns Securities Corp., n/k/a JP Morgan Clearing Corp.*

3