## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

TASER INTERNATIONAL, INC.,
*et al.*

       Plaintiffs,

v.

MORGAN STANLEY & CO., INC.,
*et al.*

       Defendants.

CIVIL ACTION NUMBER:
1:10-CV-03108-JOF

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 15, 2010, I caused a copy of the

***OBJECTIONS OF DEFENDANT DEUTSCHE BANK SECURITIES INC. TO***

***PLAINTIFF CONSTANCE ALMEROTH'S SIXTH SET OF***

***INTERROGATORIES TO ALL DEFENDANTS AND SEVENTH SET OF***

***INTERROGATORIES TO UBS*** to be served by U.S. Mail to:

        John E. Floyd, Esq.
        Steven J. Rosenwasser, Esq.
        BONDURANT, MIXON & ELMORE LLP
        3900 One Atlantic Center
        1201 West Peachtree Street, N.W.
        Atlanta, GA  30309

and, pursuant to Federal Rule of Civil Procedure 5(b)(2)(E), to be served by e-mail

to:

Robert F. Wise, Jr., Esq.
William J. Fenrich, Esq.
Melissa Aoyagi, Esq.
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY  10017

Richard H. Klapper, Esq.
Richard C. Pepperman, II, Esq.
Tracy Richelle High, Esq.
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY  10004-2498

Stephen L. Ratner, Esq.
Brian L. Friedman, Esq.
PROSKAUER ROSE LLP
1585 Broadway
New York, NY  10036

Fraser L. Hunter, Jr., Esq.
WILMER CUTLER PICKERING HALE AND
DORR LLP
399 Park Avenue
New York, NY  10022

Andrew J. Frackman, Esq.
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY  10036

Andrew B. Clubok, Esq.
Jeffrey G. Landis, Esq.
Jeffrey M. Gould, Esq.
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC  20005

James W. Cobb
Georgia Bar No. 420133
jcobb@rh-law.com

*Attorneys for Defendants Morgan
Stanley & Co. Incorporated;
Goldman, Sachs & Co.; Goldman
Sachs Execution & Clearing, L.P.;
Bear Stearns & Co., Inc., n/k/a JP
Morgan Securities LLC; Bear Stearns
Securities Corp., n/k/a JP Morgan
Clearing Corp.; Merrill Lynch,
Pierce, Fenner & Smith, Inc.;
Deutsche Bank Securities Inc.; Credit
Suisse Securities (USA) LLC; Banc of
America Securities, LLC; UBS
Securities, LLC; and Merrill Lynch
Professional Clearing Corporation*

ROGERS & HARDIN LLP
229 Peachtree Street, N.E.
2700 International Tower
Atlanta, Georgia  30303
Tel.:  404-522-4700

3

Fax:   404-525-2224