# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> MORGAN STANLEY & CO., INC., *et al.* <br><br> Defendants. | CIVIL ACTION NUMBER: <br> 1:10-CV-03108-JOF |

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2010, I caused a copy of the *OBJECTIONS OF CREDIT SUISSE SECURITIES (USA) LLC TO PLAINTIFF CONSTANCE ALMEROTH'S SIXTH SET OF INTERROGATORIES TO ALL DEFENDANTS AND SEVENTH SET OF INTERROGATORIES TO UBS* to be served by U.S. Mail to:

> John E. Floyd, Esq.
> Steven J. Rosenwasser, Esq.
> BONDURANT, MIXON & ELMORE LLP
> 3900 One Atlantic Center
> 1201 West Peachtree Street, N.W.
> Atlanta, GA  30309

and, pursuant to Federal Rule of Civil Procedure 5(b)(2)(E), to be served by e-mail to:

        Gregory A. Markel, Esq.
        Martin L. Seidel, Esq.
        Peter J. Isajiw, Esq.
        Heather L. Fesnak, Esq.
        CADWALADER, WICKERSHAM & TAFT LLP
        One World Financial Center
        New York, NY  10281

        Richard H. Klapper, Esq.
        Richard C. Pepperman, II, Esq.
        Tracy Richelle High, Esq.
        SULLIVAN & CROMWELL LLP
        125 Broad Street
        New York, NY  10004-2498

        Andrew B. Clubok, Esq.
        Jeffrey G. Landis, Esq.
        Jeffrey M. Gould, Esq.
        KIRKLAND & ELLIS LLP
        655 Fifteenth Street, N.W.
        Washington, DC  20005
        Stephen L. Ratner, Esq.
        Brian L. Friedman, Esq.
        PROSKAUER ROSE LLP
        1585 Broadway
        New York, NY  10036

Robert F. Wise, Jr., Esq.
William J. Fenrich, Esq.
Melissa Aoyagi, Esq.
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY  10017

Andrew J. Frackman, Esq.
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY  10036

_____
James W. Cobb
Georgia Bar No. 420133
jcobb@rh-law.com

*Attorneys for Defendants Morgan Stanley & Co. Incorporated; Goldman, Sachs & Co.; Goldman Sachs Execution & Clearing, L.P.; Bear Stearns & Co., Inc., n/k/a JP Morgan Securities LLC; Bear Stearns Securities Corp., n/k/a JP Morgan Clearing Corp.; Merrill Lynch, Pierce, Fenner & Smith, Inc.; Deutsche Bank Securities Inc.; Credit Suisse Securities (USA) LLC; Banc of America Securities, LLC; UBS Securities, LLC; and Merrill Lynch Professional Clearing Corporation*

ROGERS & HARDIN LLP
229 Peachtree Street, N.E.
2700 International Tower
Atlanta, Georgia  30303
Tel.:   404-522-4700
Fax:   404-525-2224