## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

TASER INTERNATIONAL, INC.,
*et al.*

      Plaintiffs,

v.

MORGAN STANLEY & CO., INC.,
*et al.*

      Defendants.

CIVIL ACTION NUMBER:
1:10-CV-03108-JOF

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2010, I caused a copy of the

***DEFENDANT MORGAN STANLEY & CO. INCORPORATED'S***

***OBJECTIONS  TO PLAINTIFF CONSTANCE ALMEROTH'S SIXTH SET***

***OF INTERROGATORIES TO ALL DEFENDANTS AND SEVENTH SET OF***

***INTERROGATORIES TO UBS*** to be served by U.S. Mail to:

      John E. Floyd, Esq.
      Steven J. Rosenwasser, Esq.
      BONDURANT, MIXON & ELMORE LLP
      3900 One Atlantic Center
      1201 West Peachtree Street, N.W.
      Atlanta, GA  30309

and, pursuant to Federal Rule of Civil Procedure 5(b)(2)(E), to be served by e-mail

to:

>
> Gregory A. Markel, Esq.
> Martin L. Seidel, Esq.
> Peter J. Isajiw, Esq.
> Heather L. Fesnak, Esq.
> CADWALADER, WICKERSHAM & TAFT LLP
> One World Financial Center
> New York, NY  10281
>
> Richard H. Klapper, Esq.
> Richard C. Pepperman, II, Esq.
> Tracy Richelle High, Esq.
> SULLIVAN & CROMWELL LLP
> 125 Broad Street
> New York, NY  10004-2498
>
> Stephen L. Ratner, Esq.
> Brian L. Friedman, Esq.
> PROSKAUER ROSE LLP
> 1585 Broadway
> New York, NY  10036
>
> Fraser L. Hunter, Jr., Esq.
> WILMER CUTLER PICKERING HALE AND
> DORR LLP
> 399 Park Avenue
> New York, NY  10022
>
> Andrew J. Frackman, Esq.
> O'MELVENY & MYERS LLP
> Times Square Tower
> 7 Times Square
> New York, NY  10036

Andrew B. Clubok, Esq.
Jeffrey G. Landis, Esq.
Jeffrey M. Gould, Esq.
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC  20005



James W. Cobb
Georgia Bar No. 420133
jcobb@rh-law.com

*Attorneys for Defendants Morgan*
*Stanley & Co. Incorporated;*
*Goldman, Sachs & Co.; Goldman*
*Sachs Execution & Clearing, L.P.;*
*Bear Stearns & Co., Inc., n/k/a JP*
*Morgan Securities LLC; Bear Stearns*
*Securities Corp., n/k/a JP Morgan*
*Clearing Corp.; Merrill Lynch,*
*Pierce, Fenner & Smith, Inc.;*
*Deutsche Bank Securities Inc.; Credit*
*Suisse Securities (USA) LLC; Banc of*
*America Securities, LLC; UBS*
*Securities, LLC; and Merrill Lynch*
*Professional Clearing Corporation*

ROGERS & HARDIN LLP
229 Peachtree Street, N.E.
2700 International Tower
Atlanta, Georgia  30303
Tel.:  404-522-4700

3

Fax:   404-525-2224