## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

TASER INTERNATIONAL, INC.,
*et al.*

      Plaintiffs,

v.

MORGAN STANLEY & CO., INC.,
*et al.*

      Defendants.

CIVIL ACTION NUMBER:
1:10-CV-03108-JOF

## JOINT MOTION REQUESTING CONFIRMATION OF
## PRO HAC ORDERS AND MEMORANDUM OF LAW IN SUPPORT

This action was removed from the State Court of Fulton County, Georgia

(the "State Court") on September 28, 2010. Prior to removal, the State Court

granted *pro hac vice* applications made by certain counsel representing Defendants

Morgan Stanley & Co. Incorporated; Goldman, Sachs & Co.; Goldman Sachs

Execution & Clearing, L.P.; Bear Stearns & Co., Inc., n/k/a JP Morgan Securities

LLC; Bear Stearns Securities Corp., n/k/a JP Morgan Clearing Corp.; Merrill

Lynch, Pierce, Fenner & Smith, Inc.; Deutsche Bank Securities Inc.; Credit Suisse

Securities (USA) LLC; Banc of America Securities, LLC; UBS Securities, LLC

(collectively, "Defendants") and certain counsel representing Plaintiffs.  Plaintiffs[1]

and Defendants respectfully request that the Court confirm the Orders for

Admission *Pro Hac Vice* of the State Court, which remain in effect pursuant to 28

U.S.C. § 1450 as orders previously entered in the State Court, so that counsel

admitted to appear in the State Court may appear in this Court without the need to

reapply for *pro hac vice* admission and so that counsel may receive notice of all

court filings via the CM/ECF system.

1.      All orders entered in a state-court action "prior to its removal" to a

District Court "shall remain in full force and effect until dissolved or modified by

the district court."  28 U.S.C. § 1450.  The attorneys who were admitted *pro hac*

*vice* by the State Court (including each attorney's firm, address, phone number, fax

number, e-mail address, and the party whom the attorney represents) are listed on

Exhibit A.  The orders of the State Court admitting counsel *pro hac vice* are

attached hereto as Exhibit B.

---

[1] Plaintiffs believe that the removal of this case was improper.  Plaintiffs'
agreement to this Joint Motion should not be construed as Plaintiffs' agreement or
consent to the removal or to the jurisdiction of this Court.

2.     The undersigned counsel of record will act as local counsel for these

counsel pursuant to L.R. 83.1B(2).

This 15th day of October, 2010.

/s/ Steven J. Rosenwasser                    /s/ Richard H. Sinkfield
JOHN E. FLOYD                                RICHARD H. SINKFIELD
Georgia Bar No. 266413                       Georgia Bar No. 649100
E-mail: floyd@bmelaw.com                     E-mail: rsinkfield@rh-law.com

Steven J. Rosenwasser                        Dan F. Laney III
Georgia Bar No. 614908                       Georgia Bar No. 435290
E-mail: rosenwasser@bmelaw.com               E-mail: dlaney@rh-law.com

Nicole G. Iannarone                          ROGERS & HARDIN LLP
Georgia Bar No. 382510                       229 Peachtree Street, N.E.
E-mail: iannarone@bmelaw.com                 2700 International Tower
                                             Atlanta, Georgia  30303
BONDURANT, MIXSON &                          Tel.:  404-522-4700
ELMORE, LLP                                  Fax:   404-525-2224
1201 W. Peachtree Street
3900 One Atlantic Center
Atlanta, Georgia 30309
Tel.:  404-881-4100
Fax:   404-881-4111

*Attorneys for Plaintiffs*                   *Attorneys for Defendants Morgan
                                             Stanley & Co. Incorporated; Goldman,
                                             Sachs & Co.; Goldman Sachs Execution
                                             & Clearing, L.P.; Bear Stearns & Co.,
                                             Inc., n/k/a JP Morgan Securities LLC;
                                             Bear Stearns Securities Corp., n/k/a JP
                                             Morgan Clearing Corp.; Merrill Lynch,
                                             Pierce, Fenner & Smith, Inc.; Deutsche
                                             Bank Securities Inc.; Credit Suisse*

*Securities (USA) LLC; Banc of America
Securities, LLC; UBS Securities, LLC*

## EXHIBIT A

**Counsel for Defendants:**

| | |
|---|---|
| 1. | Israel Dahan<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY 10281<br>Tel: 212-504-6000<br>Fax: 212-504-6666<br>israel.dahan@cwt.com<br>Attorneys for Deutsche Bank Securities Inc. |
| 2. | Heather L. Fesnak<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY 10281<br>Tel: 212-504-6617<br>Fax: 212-504-6666<br>heather.fesnak@cwt.com<br>Attorneys for Deutsche Bank Securities Inc. |
| 3. | Jason M. Halper<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY 10281<br>Tel: 212-504-6605<br>Fax: 212-504-6666<br>jason.halper@cwt.com<br>Attorneys for Deutsche Bank Securities Inc. |
| 4. | Peter Isajiw<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center |

| | |
|---|---|
| | New York, NY 10281<br>Tel: 212-504-6579<br>Fax: 212-504-6666<br>peter.isajiw@cwt.com<br>Attorneys for Deutsche Bank<br>Securities Inc. |
| 5. | Gregory A. Markel<br>Cadwalader, Wickersham & Taft<br>LLP<br>One World Financial Center<br>New York, NY 10281<br>Tel: 212-504-6112<br>Fax: 212-504-6666<br>greg.markel@cwt.com<br>Attorneys for Deutsche Bank<br>Securities Inc. |
| 6. | Melissa Aoyagi<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY  10017<br>Tel: 212-450-4729<br>Fax: 212-701-5729<br>melissa.aoyagi@davispolk.com<br>Attorneys for Morgan Stanley &<br>Co. Incorporated |
| 7. | William J. Fenrich<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017<br>Tel: 212-450-4549<br>Fax: 212-701-5549<br>william.fenrich@davispolk.com<br>Attorneys for Morgan Stanley &<br>Co. Incorporated |
| 8. | Robert F. Wise, Jr.<br>Davis Polk & Wardwell<br>450 Lexington Avenue |

| | |
|---|---|
| | New York, NY 10017<br>Tel: 212-450-4512<br>Fax: 212-701-5512<br>robert.wise@davispolk.com<br>Attorneys for Morgan Stanley &<br>Co. Incorporated |
| 9. | Andrew B. Clubok<br>Kirkland & Ellis LLP<br>655 Fifteenth Street, N.W.<br>Washington, DC 20005<br>Tel: 202-879-5000<br>Fax: 202-879-5200<br>andrew.clubok@kirkland.com<br>Attorneys for UBS Securities<br>LLC |
| 10. | Daniel J. Gomez<br>Kirkland & Ellis LLP<br>655 Fifteenth Street, N.W.<br>Washington, DC 20005<br>Tel: 202-879-5000<br>Fax: 202-879-5200<br>daniel.gomez@kirkland.com<br>Attorneys for UBS Securities,<br>LLC |
| 11. | Jeffrey M. Gould<br>Kirkland & Ellis LLP<br>655 Fifteenth Street, N.W.<br>Washington, DC 20005<br>Tel:  202-879-5138<br>Fax: 202-879-5200<br>jeffrey.gould@kirkland.com<br>Attorneys for UBS Securities,<br>LLC |
| 12. | Jeffrey G. Landis<br>Kirkland & Ellis LLP<br>655 Fifteenth Street, N.W.<br>Washington, DC 20005 |

|  | Tel:  202-879-5984<br>Fax: 202-879-5200<br>jeffrey.landis@kirkland.com<br>Attorneys for UBS Securities,<br>LLC |
|---|---|
| 13. | Allen W. Burton<br>O'Melveny & Myers LLP<br>Times Square Tower<br>7 Times Square<br>New York, New York 10036<br>Tel: 212-326-2000<br>Fax: 212-326-2061<br>aburton@omm.com<br>Attorneys for Banc of America<br>Securities, LLC and Merrill<br>Lynch, Pierce, Fenner & Smith,<br>Inc. |
| 14. | Brad M. Elias<br>O'Melveny & Myers LLP<br>Times Square Tower<br>7 Times Square<br>New York, New York 10036<br>Tel:  212-326-2248<br>Fax:  212-326-2061<br>belias@omm.com<br>Attorneys for Banc of America<br>Securities, LLC and Merrill<br>Lynch, Pierce, Fenner & Smith,<br>Inc. |
| 15. | Andrew J. Frackman<br>O'Melveny & Myers LLP<br>Times Square Tower<br>7 Times Square<br>New York, New York 10036<br>Tel: 212-326-2017<br>Fax: 212-326-2061<br>afrackman@omm.com |

| | |
|---|---|
| | Attorneys for Banc of America Securities, LLC and Merrill Lynch, Pierce, Fenner & Smith, Inc. |
| 16. | Mia N. Gonzalez<br>O'Melveny & Myers LLP<br>7 Times Square<br>New York, New York 10036<br>Phone: 212-326-2000<br>Fax: 212-326-2061<br>mgonzalez@omm.com<br>Attorneys for Banc of America Securities, LLC and Merrill Lynch, Pierce, Fenner & Smith, Inc. |
| 17. | Jeffrey A. Kopczynski<br>O'Melveny & Myers LLP<br>7 Times Square<br>New York, New York 10036<br>Tel: 212-326-2000<br>Fax: 212-326-2061<br>jkopczynski@omm.com<br>Attorneys for Banc of America Securities, LLC and Merrill Lynch, Pierce, Fenner & Smith, Inc. |
| 18. | Jacqueline V. Roeder<br>O'Melveny & Myers LLP<br>7 Times Square<br>New York, New York 10036<br>Tel: 212-326-2104<br>Fax: 212-326-2061<br>jroeder@omm.com<br>Attorneys for Banc of America Securities, LLC and Merrill Lynch, Pierce, Fenner & Smith, Inc. |

| 19. | Abby F. Rudzin<br>O'Melveny & Myers LLP<br>7 Times Square<br>New York, New York 10036<br>Tel: 212-326-2033<br>Fax: 212 326-2061<br>arudzin@omm.com<br>Attorneys for Banc of America Securities, LLC and Merrill Lynch, Pierce, Fenner & Smith, Inc. |
|---|---|
| 20. | Brian L. Friedman<br>Proskauer Rose LLP<br>1585 Broadway<br>New York, NY 10036<br>Tel: 212-969-3256<br>Fax: 212-969-2900<br>blfriedman@proskauer.com<br>Bear Stearns & Co., Inc., n/k/a JP Morgan Securities LLC; Bear Stearns Securities Corp., n/k/a JP Morgan Clearing Corp. |
| 21. | Harry Frischer<br>Proskauer Rose LLP<br>1585 Broadway<br>New York, NY 10036<br>Tel: 212-969-3680<br>Fax: 212-969-2900<br>hfrischer@proskauer.com<br>Bear Stearns & Co., Inc., n/k/a JP Morgan Securities LLC; Bear Stearns Securities Corp., n/k/a JP Morgan Clearing Corp. |
| 22. | Stephen L. Ratner<br>Proskauer Rose LLP<br>1585 Broadway<br>New York, NY 10036 |

| | |
|---|---|
| | Tel: 212-969-3290<br>Fax: 212-969-2900<br>sratner@proskauer.com<br>Bear Stearns & Co., Inc., n/k/a<br>JP Morgan Securities LLC; Bear<br>Stearns Securities Corp., n/k/a JP<br>Morgan Clearing Corp. |
| 23. | Justin J. DeCamp<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004<br>Tel: 212-558-4000<br>Fax: 212-558-3588<br>decampj@sullcrom.com<br>Attorneys for Goldman, Sachs<br>& Co. and Goldman Sachs<br>Execution & Clearing, L.P. |
| 24. | Tracy R. High<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004<br>Tel: 212-558-4728<br>Fax: 212-558-3356<br>hight@sullcrom.com<br>Attorneys for Goldman, Sachs<br>& Co. and Goldman Sachs<br>Execution & Clearing, L.P. |
| 25. | Richard H. Klapper<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004<br>Tel: 212-558-3555<br>Fax: 212-558-3588<br>klapperr@sullcrom.com<br>Attorneys for Goldman, Sachs<br>& Co. and Goldman Sachs<br>Execution & Clearing, L.P. |

| 26. | Richard C. Pepperman<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004<br>Tel: 212-558-3493<br>Fax: 212-558-3588<br>peppermanr@sullcrom.com<br>Attorneys for Goldman, Sachs<br>& Co. and Goldman Sachs<br>Execution & Clearing, L.P. |
|---|---|
| 27. | David M.J. Rein<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004<br>Tel: 212-558-4000<br>Fax: 212-558-3588<br>reind@sullcrom.com<br>Attorneys for Goldman, Sachs<br>& Co. and Goldman Sachs<br>Execution & Clearing, L.P. |
| 28. | Andrew H. Reynard<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004<br>Tel: 212-558-4104<br>Fax: 212-558-3588<br>reynarda@sullcrom.com<br>Attorneys for Goldman, Sachs<br>& Co. and Goldman Sachs<br>Execution & Clearing, L.P. |
| 29. | Douglas F. Curtis<br>Wilmer Cutler Pickering Hale<br>and Dorr LLP<br>399 Park Avenue<br>New York, NY 10022<br>Tel: 212-230-8800<br>Fax: 212-230-8888 |

|  | |
|---|---|
|  | douglas.curtis@wilmerhale.com<br>Attorneys for Credit Suisse<br>Securities (USA) LLC |
| 30. | Fraser L. Hunter<br>Wilmer Cutler Pickering Hale<br>and Dorr LLP<br>399 Park Avenue<br>New York, NY 10022<br>Tel: 202-663-6812<br>Fax: 202-663-6363<br>fraser.hunter@wilmerhale.com<br>Attorneys for Credit Suisse<br>Securities (USA) LLC |
| 31. | Brad E. Konstandt<br>Wilmer Cutler Pickering Hale<br>and Dorr LLP<br>399 Park Avenue<br>New York, NY 10022<br>Tel. 212 295 6428<br>Fax: 212 230 8888<br>brad.konstandt@wilmerhale.com<br>Attorneys for Credit Suisse<br>Securities (USA) LLC |
| 32. | J. David Zetlin-Jones<br>Wilmer Cutler Pickering Hale<br>and Dorr LLP<br>399 Park Avenue<br>New York, NY 10022<br>Tel: 212-230-8800<br>Fax: 212-230-8888<br>david.zetlin-jones@wilmerhale.com<br>Attorneys for Credit Suisse<br>Securities (USA) LLC |

**Counsel for Plaintiffs:**

| | |
|---|---|
| 33. | James W. Christian<br>Christian, Smith & Jewell<br>2302 Fannin, Suite 500<br>Houston, Texas  77002<br>Tel:  713-659-7617<br>Fax:  713-659-7641<br>jwc@csj-law.com |
| 34. | Gary M. Jewell<br>Christian, Smith & Jewell<br>2302 Fannin, Suite 500<br>Houston, Texas  77002<br>Tel:  713-659-7617<br>Fax:  713-659-7641<br>gjewell@csj-law.com |
| 35. | Scott R. Link<br>Christian, Smith & Jewell<br>2302 Fannin, Suite 500<br>Houston, Texas  77002<br>Tel:  713-659-7617<br>Fax:  713-659-7641<br>slink@csj-law.com |
| 36. | Katherine Morton-Gonyea<br>Christian, Smith & Jewell<br>2302 Fannin, Suite 500<br>Houston, Texas  77002<br>Tel:  713-659-7617<br>Fax:  713-659-7641<br>kgonyea@csj-law.com |

# EXHIBIT B

# PRO HAC VICE ORDERS FOR

# DEFENSE COUNSEL

**1**

08/30/2010  11:02     4042340575                    JUDGE PATSY PORTER

State Court of Fulton County
***EFILED***
PAGE   01
LexisNexis Transaction ID: 32928376
Date:  Aug 30 2010 11:50AM
State Court of Fulton County
***EFILED***
LexisNexis Transaction ID: 32687259
Date:  Aug 16 2010 3:30PM
Mark Harper, Clerk

## IN THE STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

TASER INTERNATIONAL, INC.,
*et al.*,

        Plaintiffs,

v.

MORGAN STANLEY & CO., INC.,
GOLDMAN, SACHS & CO.,
GOLDMAN SACHS EXECUTION &
CLEARING, L.P., BEAR STEARNS & CO,
INC., K/N/A/ JP MORGAN SECURITIES,
INC., BEAR STEARNS SECURITIES CORP.,
K/N/A JP MORGAN CLEARING CORP.,
MERRILL LYNCH, PIERCE, FENNER &
SMITH, INC., DEUTSCHE BANK
SECURITIES, INC., CREDIT SUISSE
SECURITIES (USA) LLC, BANC OF
AMERICA SECURITIES, LLC, UBS
SECURITIES, LLC and JOHN DOES 1-10

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CIVIL ACTION FILE NO.
2008-EV-004739-B

### ORDER FOR ADMISSION *PRO HAC VICE*

The Court, having read and considered the Application of Israel Dahan for admission

*pro hac vice* to represent Defendant Deutsche Bank Securities Inc., in the above-styled civil

action, hereby GRANTS the application.

SO ORDERED, this __30__ day of __August__, 2010.

_____
Judge, State Court of Fulton County

**2**

08/06/2008  12:49     4042340575          JUDGE PATSY PORTER   **State Court of Fulton County**
***EFILED***
LexisNexis Transaction ID: 20869307
**State Court of Fulton County**
***EFILED***   Date: Aug 06 2008  9:48AM
LexisNexis Transaction ID: 20849400   Mark Harper, Clerk
Date: Jul 15 2008 3:35PM
Mark Harper, Clerk

## STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

TASER INTERNATIONAL, INC., )
*et al.*, )
)
)
**Plaintiffs,** )
)
v. )
) **CIVIL ACTION FILE NO.**
) **2008-EV-004739-B**
MORGAN STANLEY & CO., INC., )
GOLDMAN SACHS GROUP, INC., )
BEAR STEARNS SECURITIES CORP., )
BEAR STEARNS CAPITAL )
MARKETS, INC., BEAR STEARNS & )
CO., INC.,  THE BEAR STEARNS )
COMPANIES, INC., MERRILL )
LYNCH, PIERCE, FENNER & SMITH, )
INC., DEUTSCHE BANK SECURITIES, )
INC., CREDIT SUISSE USA, INC., )
BANC OF AMERICA SECURITIES, )
LLC, and UBS SECURITIES, LLC, )
)
**Defendants.** )
_____ )

### ORDER FOR ADMISSION *PRO HAC VICE*

The Court, having read and considered the Application of Heather L. Fesnak

for admission *pro hac vice* to represent Defendant Deutsche Bank Securities, Inc.

in the above-styled civil action, hereby GRANTS the application.

SO ORDERED, this 6 day of August, 2008.

_____
Judge, State Court of Fulton County

**3**

08/30/2010  11:04    4042340575        JUDGE PATSY PORTER

State Court of Fulton County
***EFILED***
PAGE   01
LexisNexis Transaction ID: 32928320
Date:  Aug 30 2010 11:49AM
State Court of Fulton County
***EFILED***
LexisNexis Transaction ID: 32686776
Date:  Aug 16 2010  3:22PM
Mark Harper, Clerk

## IN THE STATE COURT OF FULTON COUNTY
### STATE OF GEORGIA

TASER INTERNATIONAL, INC.,            )
*et al.*,                             )
                                      )
            Plaintiffs,               )
                                      )
v.                                    )    CIVIL ACTION FILE NO.
                                      )    2008-EV-004739-B
MORGAN STANLEY & CO., INC.,           )
GOLDMAN, SACHS & CO.,                 )
GOLDMAN SACHS EXECUTION &             )
CLEARING, L.P., BEAR STEARNS & CO,    )
INC., K/N/A/ JP MORGAN SECURITIES,    )
INC., BEAR STEARNS SECURITIES CORP.,  )
K/N/A JP MORGAN CLEARING CORP.,       )
MERRILL LYNCH, PIERCE, FENNER &       )
SMITH, INC., DEUTSCHE BANK            )
SECURITIES, INC., CREDIT SUISSE       )
SECURITIES (USA) LLC, BANC OF         )
AMERICA SECURITIES, LLC, UBS          )
SECURITIES, LLC and JOHN DOES 1-10    )
                                      )
            Defendants.               )
――――――――――――――――――――――――――――――        )

## ORDER FOR ADMISSION *PRO HAC VICE*

The Court, having read and considered the Application of Jason M. Halper for

admission *pro hac vice* to represent Defendant Deutsche Bank Securities Inc., in the above-

styled civil action, hereby GRANTS the application.

SO ORDERED, this _30_ day of _August_, 2010.

_____
Judge, State Court of Fulton County

**4**

08/06/2008  12:48   4042340575

JUDGE PATSY PORTER   **State Court of Fulton County**
***EFILED***
LexisNexis Transaction ID: 20969307
Date: Aug 7 2008 9:48AM
Mark Harper, Clerk

**State Court of Fulton County**
***EFILED***
LexisNexis Transaction ID: 20649400
Date: Jul 15 2008 3:35PM
Mark Harper, Clerk

**STATE COURT OF FULTON COUNTY**
**STATE OF GEORGIA**

| | | |
|---|---|---|
| TASER INTERNATIONAL, INC., *et al.*, | ) )  ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | **CIVIL ACTION FILE NO.** |
| MORGAN STANLEY & CO., INC., GOLDMAN SACHS GROUP, INC., BEAR STEARNS SECURITIES CORP., BEAR STEARNS CAPITAL MARKETS, INC., BEAR STEARNS & CO., INC.,  THE BEAR STEARNS COMPANIES, INC., MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., DEUTSCHE BANK SECURITIES, INC., CREDIT SUISSE USA, INC., BANC OF AMERICA SECURITIES, LLC, and UBS SECURITIES, LLC, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **2008-EV-004739-B** |
| Defendants. | ) ) ) | |

**ORDER FOR ADMISSION *PRO HAC VICE***

The Court, having read and considered the Application of Peter J. Isajiw for

admission *pro hac vice* to represent Defendant Deutsche Bank Securities, Inc. in

the above-styled civil action, hereby GRANTS the application.

SO ORDERED, this 6 day of _August_, 2008.

_____
Judge, State Court of Fulton County

**5**

08/06/2008  12:46    4042340575          JUDGE PATSY PORTER

State Court of Fulton County
***EFILED***
State Court of Fulton County
LexisNexis Transaction ID: 20969307
Date: Aug  7 2008  9:48AM
Mark Harper, Clerk
***EFILED***
LexisNexis Transaction ID: 20649400
Date: Jul 15 2008  3:35PM
Mark Harper, Clerk

## STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.*, | ) ) ) |
| **Plaintiffs,** | ) ) ) |
| v. | ) ) |
| MORGAN STANLEY & CO., INC., GOLDMAN SACHS GROUP, INC., BEAR STEARNS SECURITIES CORP., BEAR STEARNS CAPITAL MARKETS, INC., BEAR STEARNS & CO., INC., THE BEAR STEARNS COMPANIES, INC., MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., DEUTSCHE BANK SECURITIES, INC., CREDIT SUISSE USA, INC., BANC OF AMERICA SECURITIES, LLC, and UBS SECURITIES, LLC, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| **Defendants.** | ) ) ) |

**CIVIL ACTION FILE NO. 2008-EV-004739-B**

### ORDER FOR ADMISSION *PRO HAC VICE*

The Court, having read and considered the Application of Gregory A.

Markel for admission *pro hac vice* to represent Defendant Deutsche Bank

Securities, Inc. in the above-styled civil action, hereby GRANTS the application.

SO ORDERED, this 6 day of August , 2008.

_____
Judge, State Court of Fulton County

**6**

08/06/2008  12:25   4042340575

JUDGE PATSY PORTER  **State Court of Fulton County**
**\*\*\*EFILED\*\*\***
LexisNexis Transaction ID: 20961030
**State Court of Fulton County**
**\*\*\*EFILED\*\*\***
LexisNexis Transaction ID: 20630473
Date: Jul 14 2008 4:27PM
Mark Harper, Clerk

## STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| TASER INTERNATIONAL, INC., *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | CIVIL ACTION FILE NO. 2008-EV-004739-B |
| MORGAN STANLEY & CO., INC., GOLDMAN SACHS GROUP, INC., BEAR STEARNS SECURITIES CORP., BEAR STEARNS CAPITAL MARKETS, INC., BEAR STEARNS & CO., INC., THE BEAR STEARNS COMPANIES, INC., MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., DEUTSCHE BANK SECURITIES, INC., CREDIT SUISSE USA, INC., BANC OF AMERICA SECURITIES, LLC, and UBS SECURITIES, LLC, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER FOR ADMISSION *PRO HAC VICE*

The Court, having read and considered the Application of Melissa T. Aoyagi

for admission *pro hac vice* to represent Defendant Morgan Stanley & Co.

Incorporated in the above-styled civil action, hereby GRANTS the application.

SO ORDERED, this 6 day of August, 2008.

_____
Judge, State Court of Fulton County

7

08/06/2008 12:27 4042340575      JUDGE PATSY PORTER   State Court of Fulton County

***EFILED***
LexisNexis Transaction ID: 20961030
State Court of Fulton County
***EFILED***
Mark Harper, Clerk
LexisNexis Transaction ID: 20630473
Date: Jul 14 2008 4:27PM
Mark Harper, Clerk

## STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.*, | ) ) ) |
| **Plaintiffs,** | ) ) ) |
| **v.** | ) ) **CIVIL ACTION FILE NO.** |
| MORGAN STANLEY & CO., INC., GOLDMAN SACHS GROUP, INC., BEAR STEARNS SECURITIES CORP., BEAR STEARNS CAPITAL MARKETS, INC., BEAR STEARNS & CO., INC., THE BEAR STEARNS COMPANIES, INC., MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., DEUTSCHE BANK SECURITIES, INC., CREDIT SUISSE USA, INC., BANC OF AMERICA SECURITIES, LLC, and UBS SECURITIES, LLC, | ) ) ) ) ) ) ) ) ) ) ) ) ) **2008-EV-004739-B** |
| **Defendants.** | ) ) ) |

### ORDER FOR ADMISSION *PRO HAC VICE*

The Court, having read and considered the Application of William J. Fenrich

for admission *pro hac vice* to represent Defendant Morgan Stanley & Co.

Incorporated in the above-styled civil action, hereby GRANTS the application.

SO ORDERED, this 6 day of August, 2008.

_____
Judge, State Court of Fulton County

**8**

08/06/2008  12:22    4042340575          JUDGE PATSY PORTER   **State Court of Fulton County**
***EFILED***
LexisNexis Transaction ID: 20961030
State Court of Fulton County
***EFILED***
Date: Jul 14 2008  4:36PM
Mark Harper, Clerk
LexisNexis Transaction ID: 20630473
Date: Jul 14 2008  4:27PM
Mark Harper, Clerk

**STATE COURT OF FULTON COUNTY**
**STATE OF GEORGIA**

TASER INTERNATIONAL, INC., )
*et al.*, )
)
Plaintiffs, )
)
v. )   CIVIL ACTION FILE NO.
)   2008-EV-004739-B
MORGAN STANLEY & CO., INC., )
GOLDMAN SACHS GROUP, INC., )
BEAR STEARNS SECURITIES CORP., )
BEAR STEARNS CAPITAL )
MARKETS, INC., BEAR STEARNS & )
CO., INC.,  THE BEAR STEARNS )
COMPANIES, INC., MERRILL )
LYNCH, PIERCE, FENNER & SMITH, )
INC., DEUTSCHE BANK SECURITIES, )
INC., CREDIT SUISSE USA, INC., )
BANC OF AMERICA SECURITIES, )
LLC, and UBS SECURITIES, LLC, )
)
Defendants. )

**ORDER FOR ADMISSION *PRO HAC VICE***

The Court, having read and considered the Application of Robert F. Wise for

admission *pro hac vice* to represent Defendant Morgan Stanley & Co. Incorporated

in the above-styled civil action, hereby GRANTS the application.

SO ORDERED, this 6 day of August, 2008.

_____
Judge, State Court of Fulton County

**9**

08/06/2008  12:43   4042340575 _ JUDGE PATSY PORTER   **State Court of Fulton County**
**\*\*\*EFILED\*\*\***
LexisNexis Transaction ID: 20969605

State Court of Fulton County
\*\*\*EFILED\*\*\*
LexisNexis Transaction ID: 20680376
Date: Jul 17 2008 10:14AM
Mark Harper, Clerk

Date: Aug 6 2008 10:20AM
Mark Harper, Clerk

## STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| TASER INTERNATIONAL, INC., *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | CIVIL ACTION FILE NO. 2008-EV-004739-B |
| MORGAN STANLEY & CO., INC., GOLDMAN SACHS GROUP, INC., BEAR STEARNS SECURITIES CORP., BEAR STEARNS CAPITAL MARKETS, INC., BEAR STEARNS & CO., INC.,  THE BEAR STEARNS COMPANIES, INC., MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., DEUTSCHE BANK SECURITIES, INC., CREDIT SUISSE USA, INC., BANC OF AMERICA SECURITIES, LLC, and UBS SECURITIES, LLC, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

### ORDER FOR ADMISSION *PRO HAC VICE*

The Court, having read and considered the Application of Andrew B.

Clubok for admission *pro hac vice* to represent Defendant UBS Securities, LLC in

the above-styled civil action, hereby GRANTS the application.

SO ORDERED, this 6 day of August , 2008.

*[signature]*

Judge, State Court of Fulton County

**10**

06/20/2009  09:50    4042340575                    JUDGE PATSY PORTER

State Court of Fulton County
***EFILED*** 01
LexisNexis Transaction ID: 25793900
Date: Jun 23 2009  5:17PM
State Court of Fulton County
***EFILED***
LexisNexis Transaction ID: 25540109
Date: Jun 8 2009  2:28PM
Mark Harper, Clerk

## IN THE STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

TASER INTERNATIONAL, INC.,  )
*et al.*,                    )
                            )
          Plaintiffs,       )
                            )       CIVIL ACTION FILE NO.
v.                          )
                            )       2008-EV-004739-B
                            )
MORGAN STANLEY & CO., INC.,  )
GOLDMAN, SACHS & CO.,        )
GOLDMAN SACHS EXECUTION &    )
CLEARING, L.P., BEAR STEARNS & CO,  )
INC., K/N/A/ JP MORGAN SECURITIES,  )
INC., BEAR STEARNS SECURITIES CORP.,  )
K/N/A JP MORGAN CLEARING CORP.,  )
MERRILL LYNCH, PIERCE, FENNER &  )
SMITH, INC., DEUTSCHE BANK        )
SECURITIES, INC., CREDIT SUISSE   )
SECURITIES (USA) LLC, BANC OF     )
AMERICA SECURITIES, LLC, UBS      )
SECURITIES, LLC and JOHN DOES 1-10  )
                            )
          Defendants.       )
_____  )

## ORDER FOR ADMISSION *PRO HAC VICE*

The Court, having read and considered the Application of Daniel J. Gomez

for admission *pro hac vice* to represent Defendant UBS Securities, LLC, in the

above-styled civil action, hereby GRANTS the application.

SO ORDERED, this **23** day of _____June_____, 2009.

_____
Judge, State Court of Fulton County

**11**

State Court of Fulton County
***EFILED***
LexisNexis Transaction ID: 29358526
Date: Feb 2 2010 5:21PM
Mark Harper, Clerk

01/30/2010  14:45     4042340575           JUDGE PATSY PORTER

State Court of Fulton County
***EFILED***
LexisNexis Transaction ID: 29026502
Date: Jan 14 2010 1:25PM
Mark Harper, Clerk

**IN THE STATE COURT OF FULTON COUNTY**
**STATE OF GEORGIA**

TASER INTERNATIONAL, INC.,          )
*et al.*,                           )
                                    )
            Plaintiffs,             )
                                    )
v.                                  )       CIVIL ACTION FILE NO.
                                    )       2008-EV-004739-B
MORGAN STANLEY & CO., INC.,         )
GOLDMAN, SACHS & CO.,               )
GOLDMAN SACHS EXECUTION &           )
CLEARING, L.P., BEAR STEARNS & CO,  )
INC., K/N/A/ JP MORGAN SECURITIES,  )
INC., BEAR STEARNS SECURITIES CORP.,)
K/N/A JP MORGAN CLEARING CORP.,     )
MERRILL LYNCH, PIERCE, FENNER &     )
SMITH, INC., DEUTSCHE BANK          )
SECURITIES, INC., CREDIT SUISSE     )
SECURITIES (USA) LLC, BANC OF       )
AMERICA SECURITIES, LLC, UBS        )
SECURITIES, LLC and JOHN DOES 1-10  )
                                    )
            Defendants.             )
                                    )

**ORDER FOR ADMISSION *PRO HAC VICE***

The Court, having read and considered the Application of Jeffrey M. Gould for

admission *pro hac vice* to represent Defendant UBS Securities, LLC, in the above-styled

civil action, hereby GRANTS the application.

SO ORDERED, this 2 day of February , 2010.

_____
Judge, State Court of Fulton County

**12**

09/12/2008  10:15    4042340575          JUDGE PATSY PORTER    **State Court of Fulton County**
***EFILED***
State Court of Fulton County
LexisNexis Transaction ID: 21480765
Date: Sep 12 2008 10:14AM
***EFILED***
Mark Harper, Clerk
LexisNexis Transaction ID: 21258707
Date: Aug 27 2008  4:14PM
Mark Harper, Clerk

## STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

|  |  |  |
|---|---|---|
| TASER INTERNATIONAL, INC., *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | CIVIL ACTION FILE NO. 2008-EV-004739-B |
| MORGAN STANLEY & CO., INC., GOLDMAN SACHS GROUP, INC., BEAR STEARNS SECURITIES CORP., BEAR STEARNS CAPITAL MARKETS, INC., BEAR STEARNS & CO., INC.,  THE BEAR STEARNS COMPANIES, INC., MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., DEUTSCHE BANK SECURITIES, INC., CREDIT SUISSE USA, INC., BANC OF AMERICA SECURITIES, LLC, and UBS SECURITIES, LLC, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

### ORDER FOR ADMISSION *PRO HAC VICE*

The Court, having read and considered the Application of Jeffrey G. Landis

for admission *pro hac vice* to represent Defendant UBS Securities, LLC, in the

above-styled civil action, hereby GRANTS the application.

SO ORDERED, this 12 day of September , 2008.

_____
Judge, State Court of Fulton County

**13**

09/27/2010  12:40   4042340575                    JUDGE PATSY PORTER

State Court of Fulton County
***EFILED***
LexisNexis Transaction ID: 33457676
Date: Sep 7 2010 1:02PM
LexisNexis Transaction ID: 33084896
Date: Sep 7 2010 5:55PM
Mark Harper, Clerk

## IN THE STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

TASER INTERNATIONAL, INC.,                )
*et al.,*                                  )
                                           )
        Plaintiffs,                     )
                                           )
                                           )
v.                                         )     CIVIL ACTION FILE NO.
                                           )     2008-EV-004739-B
MORGAN STANLEY & CO., INC.,                )
GOLDMAN, SACHS & CO.,                      )
GOLDMAN SACHS EXECUTION &                  )
CLEARING, L.P., BEAR STEARNS & CO,         )
INC., K/N/A/ JP MORGAN SECURITIES,         )
INC., BEAR STEARNS SECURITIES CORP.,       )
K/N/A JP MORGAN CLEARING CORP.,            )
MERRILL LYNCH, PIERCE, FENNER &            )
SMITH, INC., DEUTSCHE BANK                 )
SECURITIES, INC., CREDIT SUISSE            )
SECURITIES (USA) LLC, BANC OF              )
AMERICA SECURITIES, LLC, UBS               )
SECURITIES, LLC and JOHN DOES 1-10         )
                                           )
        Defendants.                     )
_____ )

## ORDER FOR ADMISSION *PRO HAC VICE*

    The Court, having read and considered the Application of Allen W. Burton for

admission *pro hac vice* to represent Defendants Banc of America Securities LLC and  Merrill

Lynch, Pierce, Fenner & Smith Inc., in the above-styled civil action, hereby GRANTS the

application.

    SO ORDERED, this 27 day of September , 2010.

                              Patsy Y. Porter

                         Judge, State Court of Fulton County

**14**

05/07/2010   17:13      4042340575                    JUDGE PATSY PORTER

State Court of Fulton County
***EFILED***
PAGE   01
LexisNexis Transaction ID: 31000316
Date: May 7 2010 5:33PM
State Court of Fulton County
***EFILED***
LexisNexis Transaction ID: 30650030
Date: Apr 19 2010 2:01PM
Mark Harper, Clerk

## IN THE STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

TASER INTERNATIONAL, INC.,
*et al.*,

      Plaintiffs,

v.

MORGAN STANLEY & CO., INC.,
GOLDMAN, SACHS & CO.,
GOLDMAN SACHS EXECUTION &
CLEARING, L.P., BEAR STEARNS & CO,
INC., K/N/A/ JP MORGAN SECURITIES,
INC., BEAR STEARNS SECURITIES CORP.,
K/N/A JP MORGAN CLEARING CORP.,
MERRILL LYNCH, PIERCE, FENNER &
SMITH, INC., DEUTSCHE BANK
SECURITIES, INC., CREDIT SUISSE
SECURITIES (USA) LLC, BANC OF
AMERICA SECURITIES, LLC, UBS
SECURITIES, LLC and JOHN DOES 1-10

      Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CIVIL ACTION FILE NO.
2008-EV-004739-B

## ORDER FOR ADMISSION *PRO HAC VICE*

    The Court, having read and considered the Application of Brad M. Elias for

admission *pro hac vice* to represent Defendant Banc of America Securities LLC, in the

above-styled civil action, hereby GRANTS the application.

    SO ORDERED, this ___ day of _May_ , 2010.

_____
Judge, State Court of Fulton County

**15**

08/06/2008  12:29   4042340575        JUDGE PATSY PORTER   **State Court of Fulton County**
                                                          ***EFILED***
                                              LexisNexis Transaction ID: 20960622
                                              **State Court of Fulton County**
                                                 ***EFILED*** 4:14PM
                                                    Mark Harper, Clerk
                                              LexisNexis Transaction ID: 20548081
                                                 Date: Jul 8 2008 2:03PM
                                                    Mark Harper, Clerk

## STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

TASER INTERNATIONAL, INC.,               )
*et al.*,                                )
                                         )
              **Plaintiffs,**            )
                                         )
v.                                       )   **CIVIL ACTION FILE NO.**
                                         )   **2008-EV-004739-B**
MORGAN STANLEY & CO., INC.,              )
GOLDMAN SACHS GROUP, INC.,               )
BEAR STEARNS SECURITIES CORP.,           )
BEAR STEARNS CAPITAL                     )
MARKETS, INC., BEAR STEARNS &            )
CO., INC.,  THE BEAR STEARNS             )
COMPANIES, INC., MERRILL                 )
LYNCH, PIERCE, FENNER & SMITH,           )
INC., DEUTSCHE BANK SECURITIES,          )
INC., CREDIT SUISSE USA, INC.,           )
BANC OF AMERICA SECURITIES,              )
LLC, and UBS SECURITIES, LLC,            )
                                         )
              **Defendants.**            )
                                         )

## ORDER FOR ADMISSION *PRO HAC VICE*

The Court, having read and considered the Application of Andrew J.

Frackman for admission *pro hac vice* to represent Defendant Banc of America

Securities, LLC in the above-styled civil action, hereby GRANTS the application.

SO ORDERED, this 6 day of August ,2008.

_____
Judge, State Court of Fulton County

**16**

05/07/2010  17:16   4042340575          JUDGE PATSY PORTER          State Court of Fulton County
***EFILED***
PAGE  01
LexisNexis Transaction ID: 31000316
Date:  May 7 2010 5:33PM
State Court of Fulton County
***EFILED***
LexisNexis Transaction ID: 30650030
Date:  Apr 19 2010 2:01PM
Mark Harper, Clerk

**IN THE STATE COURT OF FULTON COUNTY**
**STATE OF GEORGIA**

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.*, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) )  CIVIL ACTION FILE NO. |
| MORGAN STANLEY & CO., INC., GOLDMAN, SACHS & CO., GOLDMAN SACHS EXECUTION & CLEARING, L.P., BEAR STEARNS & CO, INC., K/N/A/ JP MORGAN SECURITIES, INC., BEAR STEARNS SECURITIES CORP., K/N/A JP MORGAN CLEARING CORP., MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., DEUTSCHE BANK SECURITIES, INC., CREDIT SUISSE SECURITIES (USA) LLC, BANC OF AMERICA SECURITIES, LLC, UBS SECURITIES, LLC and JOHN DOES 1-10 | ) 2008-EV-004739-B ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**ORDER FOR ADMISSION *PRO HAC VICE***

The Court, having read and considered the Application of Mia N. Gonzalez for admission *pro hac vice* to represent Defendant Banc of America Securities LLC, in the above-styled civil action, hereby GRANTS the application.

SO ORDERED, this 1 day of May, 2010.

Judge, State Court of Fulton County

**17**

05/07/2010  17:14    4042340575          JUDGE PATSY PORTER

State Court of Fulton County
***EFILED***
PAGE    01
LexisNexis Transaction ID: 31000316
Date:  May 7 2010  5:33PM
Mark Harper, Clerk

State Court of Fulton County
***EFILED***
LexisNexis Transaction ID: 30650030
Date:  Apr 19 2010  2:01PM
Mark Harper, Clerk

## IN THE STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.*,　　　　　　　　　　　) ) ) ) | |
| Plaintiffs,　　　　　　) ) ) | |
| v.　　　　　　　　　　) ) | CIVIL ACTION FILE NO. 2008-EV-004739-B |
| MORGAN STANLEY & CO., INC., GOLDMAN, SACHS & CO., GOLDMAN SACHS EXECUTION & CLEARING, L.P., BEAR STEARNS & CO, INC., K/N/A/ JP MORGAN SECURITIES, INC., BEAR STEARNS SECURITIES CORP., K/N/A JP MORGAN CLEARING CORP., MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., DEUTSCHE BANK SECURITIES, INC., CREDIT SUISSE SECURITIES (USA) LLC, BANC OF AMERICA SECURITIES, LLC, UBS SECURITIES, LLC and JOHN DOES 1-10,　) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants.　　　　) ) | |

## ORDER FOR ADMISSION *PRO HAC VICE*

The Court, having read and considered the Application of Jeffrey A. N. Kopczynski

for admission *pro hac vice* to represent Defendant Banc of America Securities LLC, in the

above-styled civil action, hereby GRANTS the application.

SO ORDERED, this ___ day of _____, 2010.

_____
Judge, State Court of Fulton County

**18**

09/27/2010  12:38    4042340575              JUDGE PATSY PORTER        State Court of Fulton County
                                                                      ***EFILED*** PAGE   01
                                                                      ***EFILED*** 1:02PM
                                                                      LexisNexis Transaction ID: 33457676
                                                                      Date: Sep 7 2010 5:55PM
                                                                      LexisNexis Transaction ID: 33084896
                                                                      Date: Sep 7 2010 5:55PM
                                                                      Mark Harper, Clerk

## IN THE STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| TASER INTERNATIONAL, INC., *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | CIVIL ACTION FILE NO. 2008-EV-004739-B |
| MORGAN STANLEY & CO., INC., GOLDMAN, SACHS & CO., GOLDMAN SACHS EXECUTION & CLEARING, L.P., BEAR STEARNS & CO, INC., K/N/A/ JP MORGAN SECURITIES, INC., BEAR STEARNS SECURITIES CORP., K/N/A JP MORGAN CLEARING CORP., MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., DEUTSCHE BANK SECURITIES, INC., CREDIT SUISSE SECURITIES (USA) LLC, BANC OF AMERICA SECURITIES, LLC, UBS SECURITIES, LLC and JOHN DOES 1-10 | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

### ORDER FOR ADMISSION *PRO HAC VICE*

The Court, having read and considered the Application of Jacqueline V. Roeder for

admission *pro hac vice* to represent Defendants Banc of America Securities LLC and Merrill

Lynch, Pierce, Fenner & Smith Inc., in the above-styled civil action, hereby GRANTS the

application.

SO ORDERED, this 27 day of September, 2010.

_____
Judge, State Court of Fulton County

**19**

09/27/2010  12:42    4042340575                    JUDGE PATSY PORTER

State Court of Fulton County
***EFILED*** PAGE 01
LexisNexis Transaction ID: 33457676
Date: Sep 27 2010 1:02PM
***EFILED***
LexisNexis Transaction ID: 33084896
Date: Sep  7 2010 5:55PM
Mark Harper, Clerk

## IN THE STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

TASER INTERNATIONAL, INC.,           )
*et al.*,                            )
                                     )
            Plaintiffs,              )
                                     )
v.                                   )      CIVIL ACTION FILE NO.
                                     )      2008-EV-004739-B
MORGAN STANLEY & CO., INC.,          )
GOLDMAN, SACHS & CO.,                )
GOLDMAN SACHS EXECUTION &            )
CLEARING, L.P., BEAR STEARNS & CO,   )
INC., K/N/A/ JP MORGAN SECURITIES,   )
INC., BEAR STEARNS SECURITIES CORP., )
K/N/A JP MORGAN CLEARING CORP.,      )
MERRILL LYNCH, PIERCE, FENNER &      )
SMITH, INC., DEUTSCHE BANK           )
SECURITIES, INC., CREDIT SUISSE      )
SECURITIES (USA) LLC, BANC OF        )
AMERICA SECURITIES, LLC, UBS         )
SECURITIES, LLC and JOHN DOES 1-10   )
                                     )
            Defendants.              )
                                     )

## ORDER FOR ADMISSION *PRO HAC VICE*

The Court, having read and considered the Application of Abby F. Rudzin for

admission *pro hac vice* to represent Defendants Banc of America Securities LLC and Merrill

Lynch, Pierce, Fenner & Smith Inc., in the above-styled civil action, hereby GRANTS the

application.

SO ORDERED, this 27 day of September, 2010.

_____
Judge, State Court of Fulton County

**20**

08/06/2008  12:39    4042340575

JUDGE PATSY PORTER   **State Court of Fulton County**
***EFILED***
LexisNexis Transaction ID: 20961982
**State Court of Fulton County**
Date: Aug 06 2008  4:43PM
***EFILED***
Mark Harper, Clerk
LexisNexis Transaction ID: 20633235
Date: Jul 14 2008 5:16PM
Mark Harper, Clerk

## STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| **TASER INTERNATIONAL, INC.,** *et al.,* | ) ) ) | |
| **Plaintiffs,** | ) ) ) | |
| **v.** | ) ) ) | **CIVIL ACTION FILE NO.** **2008-EV-004739-B** |
| **MORGAN STANLEY & CO., INC. , GOLDMAN SACHS GROUP, INC., BEAR STEARNS SECURITIES CORP., BEAR STEARNS CAPITAL MARKETS, INC., BEAR STEARNS & CO., INC.,  THE BEAR STEARNS COMPANIES, INC., MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., DEUTSCHE BANK SECURITIES, INC., CREDIT SUISSE  USA, INC., BANC OF AMERICA SECURITIES, LLC, and UBS SECURITIES, LLC,** | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| **Defendants.** | ) ) | |

## ORDER FOR ADMISSION *PRO HAC VICE*

The Court, having read and considered the Application of Brian L. Friedman

for admission *pro hac vice* to represent Defendants Bear Stearns Securities Corp.,

Bear Stearns Capital Markets, Inc., Bear Stearns & Co., Inc. and the Bear Stearns

Companies, Inc. in the above-styled civil action, hereby GRANTS the application.

SO ORDERED, this  6  day of _August_ , 2008.

_____
Judge, State Court of Fulton County

**21**

08/06/2008  12:38    4042340575                    JUDGE PATSY PORTER   **State Court of Fulton County**
                                                                                 ***EFILED***
                                                                    LexisNexis Transaction ID: 20961982
                                                              **State Court of Fulton County**
                                                                    ***EFILED***      Harper, Clerk
                                                                    Mark Harper, Clerk
                                                              LexisNexis Transaction ID: 20633235
                                                                    Date: Jul 14 2008 5:16PM
                                                                    Mark Harper, Clerk

### STATE COURT OF FULTON COUNTY
### STATE OF GEORGIA

TASER INTERNATIONAL, INC.,          )
*et al.*,                           )
                                    )
          **Plaintiffs,**           )
                                    )
v.                                  )          **CIVIL ACTION FILE NO.**
                                    )          **2008-EV-004739-B**
MORGAN STANLEY & CO., INC.  ,       )
GOLDMAN SACHS GROUP, INC.,          )
BEAR STEARNS SECURITIES CORP.,      )
BEAR STEARNS CAPITAL                )
MARKETS, INC., BEAR STEARNS &       )
CO., INC.,  THE BEAR STEARNS        )
COMPANIES, INC., MERRILL            )
LYNCH, PIERCE, FENNER & SMITH,      )
INC., DEUTSCHE BANK SECURITIES,     )
INC., CREDIT SUISSE  USA, INC.,     )
BANC OF AMERICA SECURITIES,         )
LLC, and UBS SECURITIES, LLC,       )
                                    )
          **Defendants.**           )

### ORDER FOR ADMISSION *PRO HAC VICE*

The Court, having read and considered the Application of Harry Frischer for

admission *pro hac vice* to represent Defendants Bear Stearns Securities Corp., Bear

Stearns Capital Markets, Inc., Bear Stearns & Co., Inc. and the Bear Stearns

Companies, Inc. in the above-styled civil action, hereby GRANTS the application.

SO ORDERED, this _6_ day of _August_ , 2008.

_____
Judge, State Court of Fulton County

**22**

08/15/2008   15:42    4042340575            JUDGE PATSY PORTER   **State Court of Fulton County**

***EFILED***
State Court of Fulton County
LexisNexis Transaction ID: 21095412
Date: Aug 12 2008 4:03PM
Mark Harper, Clerk

***EFILED***
LexisNexis Transaction ID: 20961982
Date: Aug 6 2008 4:43PM
Mark Harper, Clerk

## STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.*, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) |
| MORGAN STANLEY & CO., INC. , GOLDMAN SACHS GROUP, INC., BEAR STEARNS SECURITIES CORP., BEAR STEARNS CAPITAL MARKETS, INC., BEAR STEARNS & CO., INC.,  THE BEAR STEARNS COMPANIES, INC., MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., DEUTSCHE BANK SECURITIES, INC., CREDIT SUISSE  USA, INC., BANC OF AMERICA SECURITIES, LLC, and UBS SECURITIES, LLC, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) ) |

CIVIL ACTION FILE NO.
2008-EV-004739-B

## ORDER FOR ADMISSION *PRO HAC VICE*

The Court, having read and considered the Application of Stephen L. Ratner for

admission *pro hac vice* to represent Defendants Bear Stearns Securities Corp., Bear

Stearns Capital Markets, Inc., Bear Stearns & Co., Inc. and the Bear Stearns

Companies, Inc. in the above-styled civil action, hereby GRANTS the application.

SO ORDERED, this 14 day of August , 2008.

_____
Judge, State Court of Fulton County

**23**

08/05/2010  10:41    4042340575

JUDGE PATSY PORTER

State Court of Fulton County
***EFILED***01
LexisNexis Transaction ID: 32506752

State Court of Fulton County
***EFILED***
LexisNexis Transaction ID: 32254866
Date: Jul 21 2010 3:29PM
Mark Harper, Clerk

## IN THE STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

TASER INTERNATIONAL, INC.,
*et al.*,

    Plaintiffs,

v.

MORGAN STANLEY & CO., INC.,
GOLDMAN, SACHS & CO.,
GOLDMAN SACHS EXECUTION &
CLEARING, L.P., BEAR STEARNS & CO,
INC., K/N/A/ JP MORGAN SECURITIES,
INC., BEAR STEARNS SECURITIES CORP.,
K/N/A JP MORGAN CLEARING CORP.,
MERRILL LYNCH, PIERCE, FENNER &
SMITH, INC., DEUTSCHE BANK
SECURITIES, INC., CREDIT SUISSE
SECURITIES (USA) LLC, BANC OF
AMERICA SECURITIES, LLC, UBS
SECURITIES, LLC and JOHN DOES 1-10

    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CIVIL ACTION FILE NO.
2008-EV-004739-B

## ORDER FOR ADMISSION *PRO HAC VICE*

The Court, having read and considered the Application of Justin J. DeCamp for

admission *pro hac vice* to represent Defendants Goldman, Sachs & Co. and Goldman Sachs

Execution & Clearing, L.P., in the above-styled civil action, hereby GRANTS the

application.

SO ORDERED, this 4 day of August, 2010.

*Patsy Y. Porter*
Judge, State Court of Fulton County

**24**

08/08/2008  10:47    4042340575                JUDGE PATSY PORTER   **State Court of Fulton County**
                                                                      ***EFILED***
                                                       State Court of Fulton County
                                                          Date: Aug 8 2008 1:21PM
                                                             ***EFILED***
                                                          Mark Harper, Clerk
                                               LexisNexis Transaction ID: 20995805
                                               LexisNexis Transaction ID: 20632397
                                                          Date: Jul 14 2008 4:51PM
                                                          Mark Harper, Clerk

## STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| **TASER INTERNATIONAL, INC.,** *et al.,* | ) ) ) | |
| **Plaintiffs,** | ) ) ) | |
| **v.** | ) ) | **CIVIL ACTION FILE NO. 2008-EV-004739-B** |
| **MORGAN STANLEY & CO., INC., GOLDMAN SACHS GROUP, INC., BEAR STEARNS SECURITIES CORP., BEAR STEARNS CAPITAL MARKETS, INC., BEAR STEARNS & CO., INC.,  THE BEAR STEARNS COMPANIES, INC., MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., DEUTSCHE BANK SECURITIES, INC., CREDIT SUISSE USA, INC., BANC OF AMERICA SECURITIES, LLC, and UBS SECURITIES, LLC,** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| **Defendants.** | ) ) | |

## ORDER FOR ADMISSION *PRO HAC VICE*

The Court, having read and considered the Application of Tracy Richelle

High for admission *pro hac vice* to represent Defendant The Goldman Sachs

Group, Inc. in the above-styled civil action, hereby GRANTS the application.

SO ORDERED, this 7 day of August , 2008.

_____
Judge, State Court of Fulton County

**25**

08/06/2008  12:42    4042340575

JUDGE PATSY PORTER    **State Court of Fulton County**
**\*\*\*EFILED\*\*\***
LexisNexis Transaction ID: 20995805
Date: Aug 12 2008 1:21PM
**\*\*\*EFILED\*\*\***
Mark Harper, Clerk
LexisNexis Transaction ID: 20632397
Date: Jul 14 2008 4:51PM
Mark Harper, Clerk

## STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.*, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v, | ) ) **CIVIL ACTION FILE NO.** |
| MORGAN STANLEY & CO., INC., | ) **2008-EV-004739-B** |
| GOLDMAN SACHS GROUP, INC., | ) |
| BEAR STEARNS SECURITIES CORP., | ) |
| BEAR STEARNS CAPITAL | ) |
| MARKETS, INC., BEAR STEARNS & | ) |
| CO., INC.,  THE BEAR STEARNS | ) |
| COMPANIES, INC., MERRILL | ) |
| LYNCH, PIERCE, FENNER & SMITH, | ) |
| INC., DEUTSCHE BANK SECURITIES, | ) |
| INC., CREDIT SUISSE USA, INC., | ) |
| BANC OF AMERICA SECURITIES, | ) |
| LLC, and UBS SECURITIES, LLC, | ) |
| Defendants. | ) ) |

## ORDER FOR ADMISSION *PRO HAC VICE*

The Court, having read and considered the Application of Richard H.

Klapper for admission *pro hac vice* to represent Defendant The Goldman Sachs

Group, Inc. in the above-styled civil action, hereby GRANTS the application.

SO ORDERED, this __6__ day of __August__, 2008.

_____
Judge, State Court of Fulton County

**26**

08/06/2008  12:41    4042340575          JUDGE PATSY PORTER   **State Court of Fulton County**
                                                                    **\*\*\*EFILED\*\*\***
                                                    LexisNexis Transaction ID: 20995805
                                                        **State Court of Fulton County**
                                                        Date: Aug 13 2008  1:21PM
                                                           **\*\*\*EFILED\*\*\***
                                                            Mark Harper, Clerk
                                                    LexisNexis Transaction ID: 20632397
                                                        Date:  Jul 14 2008  4:51PM
                                                            Mark Harper, Clerk

## STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| TASER INTERNATIONAL, INC.,<br>*et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MORGAN STANLEY & CO., INC. ,<br>GOLDMAN SACHS GROUP, INC., )<br>BEAR STEARNS SECURITIES CORP.,<br>BEAR STEARNS CAPITAL<br>MARKETS, INC., BEAR STEARNS &<br>CO., INC.,  THE BEAR STEARNS<br>COMPANIES, INC., MERRILL<br>LYNCH, PIERCE, FENNER & SMITH,<br>INC., DEUTSCHE BANK SECURITIES,<br>INC., CREDIT SUISSE  USA, INC.,<br>BANC OF AMERICA SECURITIES,<br>LLC, and UBS SECURITIES, LLC, )<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>CIVIL ACTION FILE NO.<br>2008-EV-004739-B |

## ORDER FOR ADMISSION *PRO HAC VICE*

The Court, having read and considered the Application of Richard C.

Pepperman, II for admission *pro hac vice* to represent Defendant The Goldman Sachs

Group, Inc. in the above-styled civil action, hereby GRANTS the application.

SO ORDERED, this 6 day of *August*, 2008.

*[signature]*

Judge, State Court of Fulton County

27

State Court of Fulton County
***EFILED***
LexisNexis Transaction ID: 32506752
Date: Aug 5 2010 11:22AM
State Court of Fulton County
***EFILED***
LexisNexis Transaction ID: 32254866
Date: Jul 21 2010 3:29PM
Mark Harper, Clerk

08/05/2010  10:42    4042340575                JUDGE PATSY PORTER

# IN THE STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

TASER INTERNATIONAL, INC.,  )
*et al.*,                    )
                            )
          Plaintiffs,        )
                            )
v.                          )          CIVIL ACTION FILE NO.
                            )          2008-EV-004739-B
MORGAN STANLEY & CO., INC.,  )
GOLDMAN, SACHS & CO.,        )
GOLDMAN SACHS EXECUTION &     )
CLEARING, L.P., BEAR STEARNS & CO,  )
INC., K/N/A/ JP MORGAN SECURITIES,  )
INC., BEAR STEARNS SECURITIES CORP.,  )
K/N/A JP MORGAN CLEARING CORP.,  )
MERRILL LYNCH, PIERCE, FENNER &  )
SMITH, INC., DEUTSCHE BANK     )
SECURITIES, INC., CREDIT SUISSE  )
SECURITIES (USA) LLC, BANC OF   )
AMERICA SECURITIES, LLC, UBS    )
SECURITIES, LLC and JOHN DOES 1-10  )
                            )
          Defendants.        )
_____ )

## ORDER FOR ADMISSION *PRO HAC VICE*

The Court, having read and considered the Application of David M. J. Rein for

admission *pro hac vice* to represent Defendants Goldman, Sachs & Co. and Goldman Sachs

Execution & Clearing, L.P., in the above-styled civil action, hereby GRANTS the

application.

SO ORDERED, this 4 day of August , 2010.

_____
Judge, State Court of Fulton County

**28**

08/05/2010  10:38    4042340575        JUDGE PATSY PORTER

State Court of Fulton County
***EFILED***
PAGE  01
LexisNexis Transaction ID: 32506752
Date: Aug. 5 2010 11:22AM
Mark Harper, Clerk
State Court of Fulton County
***EFILED***
LexisNexis Transaction ID: 32254866
Date: Jul 21 2010 3:29PM
Mark Harper, Clerk

## IN THE STATE COURT OF FULTON COUNTY
### STATE OF GEORGIA

TASER INTERNATIONAL, INC.,
*et al.*,

        Plaintiffs,

v.

MORGAN STANLEY & CO., INC.,
GOLDMAN, SACHS & CO.,
GOLDMAN SACHS EXECUTION &
CLEARING, L.P., BEAR STEARNS & CO,
INC., K/N/A/ JP MORGAN SECURITIES,
INC., BEAR STEARNS SECURITIES CORP.,
K/N/A JP MORGAN CLEARING CORP.,
MERRILL LYNCH, PIERCE, FENNER &
SMITH, INC., DEUTSCHE BANK
SECURITIES, INC., CREDIT SUISSE
SECURITIES (USA) LLC, BANC OF
AMERICA SECURITIES, LLC, UBS
SECURITIES, LLC and JOHN DOES 1-10

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CIVIL ACTION FILE NO.
2008-EV-004739-B

### ORDER FOR ADMISSION *PRO HAC VICE*

    The Court, having read and considered the Application of Andrew H. Reynard for

admission *pro hac vice* to represent Defendants Goldman, Sachs & Co. and Goldman Sachs

Execution & Clearing, L.P., in the above-styled civil action, hereby GRANTS the

application.

    SO ORDERED, this 4 day of August , 2010.

                                    Judge, State Court of Fulton County

**29**

04/24/2010  11:14    4042340575                    JUDGE PATSY PORTER

State Court of Fulton County
***EFILED***
PAGE  01
LexisNexis Transaction ID: 30800527
Date:  Apr 27 2010  3:05PM
State Court of Fulton County
***EFILED***
LexisNexis Transaction ID: 30223768
Date:  Mar 25 2010  1:00PM
Mark Harper, Clerk

## IN THE STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.,*<br><br>　　　　Plaintiffs,<br><br>v.<br><br>MORGAN STANLEY & CO., INC., GOLDMAN, SACHS & CO., GOLDMAN SACHS EXECUTION & CLEARING, L.P., BEAR STEARNS & CO, INC., K/N/A/ JP MORGAN SECURITIES, INC., BEAR STEARNS SECURITIES CORP., K/N/A JP MORGAN CLEARING CORP., MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., DEUTSCHE BANK SECURITIES, INC., CREDIT SUISSE SECURITIES (USA) LLC, BANC OF AMERICA SECURITIES, LLC, UBS SECURITIES, LLC and JOHN DOES 1-10<br><br>　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )<br><br>CIVIL ACTION FILE NO.<br>2008-EV-004739-B |

### ORDER FOR ADMISSION *PRO HAC VICE*

The Court, having read and considered the Application of Douglas F. Curtis for

admission *pro hac vice* to represent Defendant Credit Suisse Securities (USA) LLC, in the

above-styled civil action, hereby GRANTS the application.

SO ORDERED, this ⟋7 day of _April_ , 2010.

_Patsy H Porter_
Judge, State Court of Fulton County

**30**

08/15/2008   15:41   4042340575          JUDGE PATSY PORTER   **State Court of Fulton County**
                                                              **\*\*\*EFILED\*\*\***

| GRANTED | LexisNexis Transaction ID: 21094152 |
| | Date:  Aug 15 2008  3:27PM |
| | Mark Harper, Clerk |
| | LexisNexis Transaction ID: 20823958 |
| | Date:  Jul 28 2008  3:29PM |
| | Mark Harper, Clerk |

## STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.,* | ) ) ) |
| Plaintiffs, | ) ) ) |
| .v. | ) ) ) |
| MORGAN STANLEY & CO., INC., GOLDMAN SACHS GROUP, INC., BEAR STEARNS SECURITIES CORP., BEAR STEARNS CAPITAL MARKETS, INC., BEAR STEARNS & CO., INC.,  THE BEAR STEARNS COMPANIES, INC., MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., DEUTSCHE BANK SECURITIES, INC., CREDIT SUISSE USA, INC., BANC OF AMERICA SECURITIES, LLC, and UBS SECURITIES, LLC, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

CIVIL ACTION FILE NO.
2008-EV-004739-B

### ORDER FOR ADMISSION *PRO HAC VICE*

The Court, having read and considered the Application of Fraser L. Hunter,

Jr. for admission *pro hac vice* to represent Defendant Credit Suisse USA, Inc. in

the above-styled civil action, hereby GRANTS the application.

SO ORDERED, this 28ᵗʰ day of July, 2008.

_____
Judge, State Court of Fulton County

**31**

05/08/2009  08:20   4042340575          JUDGE PATSY PORTER

State Court of Fulton County
***EFILED***
PAGE  01
LexisNexis Transaction ID: 25111725
Date:  May 11 2009 12:01PM
State Court of Fulton County
***EFILED***
LexisNexis Transaction ID: 24934084
Date:  Apr 29 2009  1:44PM
Mark Harper, Clerk

## IN THE STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

|  |  |  |
|---|---|---|
| TASER INTERNATIONAL, INC., *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | CIVIL ACTION FILE NO. |
| | ) ) | 2008-EV-004739-B |
| MORGAN STANLEY & CO., INC., GOLDMAN, SACHS & CO., GOLDMAN SACHS EXECUTION & CLEARING, L.P., BEAR STEARNS & CO, INC., K/N/A/ JP MORGAN SECURITIES, INC., BEAR STEARNS SECURITIES CORP., K/N/A JP MORGAN CLEARING CORP., MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., DEUTSCHE BANK SECURITIES, INC., CREDIT SUISSE SECURITIES (USA) LLC, BANC OF AMERICA SECURITIES, LLC, UBS SECURITIES, LLC and JOHN DOES 1-10 | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

## ORDER FOR ADMISSION *PRO HAC VICE*

The Court, having read and considered the Application of Brad E. Konstandt

for admission *pro hac vice* to represent Defendant Credit Suisse USA, Inc., in the

above-styled civil action, hereby GRANTS the application.

SO ORDERED, this 11 day of May, 2009.

_____
Judge, State Court of Fulton County

**32**

State Court of Fulton County
***EFILED***
PAGE    01
LexisNexis Transaction ID: 30800527
Date:  Apr 27 2010  3:05PM
State Court of Fulton County
***EFILED***
LexisNexis Transaction ID: 30223768
Date:  Mar 25 2010  1:00PM
Mark Harper, Clerk

04/24/2010  11:11    4042340575                    JUDGE PATSY PORTER

## IN THE STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.*,        Plaintiffs, <br><br> v. <br><br> MORGAN STANLEY & CO., INC., GOLDMAN, SACHS & CO., GOLDMAN SACHS EXECUTION & CLEARING, L.P., BEAR STEARNS & CO., INC., K/N/A/ JP MORGAN SECURITIES, INC., BEAR STEARNS SECURITIES CORP., K/N/A JP MORGAN CLEARING CORP., MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., DEUTSCHE BANK SECURITIES, INC., CREDIT SUISSE SECURITIES (USA) LLC, BANC OF AMERICA SECURITIES, LLC, UBS SECURITIES, LLC and JOHN DOES 1-10 <br><br>        Defendants. | CIVIL ACTION FILE NO. 2008-EV-004739-B |

## ORDER FOR ADMISSION *PRO HAC VICE*

The Court, having read and considered the Application of J. David Zetlin-Jones for

admission *pro hac vice* to represent Defendant Credit Suisse Securities (USA) LLC, in the

above-styled civil action, hereby GRANTS the application.

SO ORDERED, this 27 day of April , 2010.

_____
Judge, State Court of Fulton County

# PRO HAC VICE ORDERS FOR

# PLAINTIFFS' COUNSEL

**33**

09/29/2008  17:35   4042340575

JUDGE PATSY PORTER   **State Court of Fulton County**
***EFILED***
LexisNexis Transaction ID: 21752564
Date:  Sep 29 2008  5:34PM
Mark Harper, Clerk

## IN THE STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

TASER INTERNATIONAL, INC., et al.

       Plaintiffs,

v.

MORGAN STANLEY & CO., INC.,
GOLDMAN SACHS GROUP, INC., BEAR
STEARNS CAPITAL MARKETS, INC.,
BEAR STEARNS & CO, INC., THE BEAR
STEARNS COMPANIES, INC., MERRILL
LYNCH, PIERCE, FENNER & SMITH,
INC., DEUTSCHE BANK SECURITIES,
INC., CREDIT SUISSE USA, INC., BANC
OF AMERICA SECURITIES, LLC, and
UBS SECURITIES, LLC,

       Defendants.

JURY TRIAL DEMANDED

Civil Case No.
2008-EV-004739-B

### ORDER FOR ADMISSION *PRO HAC VICE*

The Court, having read and considered the Application of JAMES W.

CHRISTIAN for admission *pro hac vice* to represent Plaintiffs in the above-

styled civil action, hereby GRANTS the application.

SO ORDERED, this _29_ day of _September_, 2008.

The Honorable Patsy Porter
Judge, State Court of Fulton County

162934

**34**

09/29/2008  17:33    4042340575               JUDGE PATSY PORTER  **State Court of Fulton County**
                                                                   **\*\*\*EFILED\*\*\***
                                                                   LexisNexis Transaction ID: 21752564
                                                                   Date:  Sep 29 2008  5:34PM
                                                                   Mark Harper, Clerk

## IN THE STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

TASER INTERNATIONAL, INC., et al.

      Plaintiffs,               JURY TRIAL DEMANDED

v.

MORGAN STANLEY & CO., INC.,
GOLDMAN SACHS GROUP, INC., BEAR    Civil Case No.
STEARNS CAPITAL MARKETS, INC.,    2008-EV-004739-B
BEAR STEARNS & CO, INC., THE BEAR
STEARNS COMPANIES, INC., MERRILL
LYNCH, PIERCE, FENNER & SMITH,
INC., DEUTSCHE BANK SECURITIES,
INC., CREDIT SUISSE USA, INC., BANC
OF AMERICA SECURITIES, LLC, and
UBS SECURITIES, LLC,

      Defendants.

## ORDER FOR ADMISSION *PRO HAC VICE*

The Court, having read and considered the Application of GARY M.

JEWELL for admission *pro hac vice* to represent Plaintiffs in the above-

styled civil action, hereby GRANTS the application.

SO ORDERED, this _29_ day of _September_ 2008.

_____
The Honorable Patsy Porter
Judge, State Court of Fulton County

162933

**35**

09/29/2008  17:36   4042340575

JUDGE PATSY PORTER

State Court of Fulton County
***EFILED***
LexisNexis Transaction ID: 21752564
Date: Sep 29 2008 5:34PM
Mark Harper, Clerk

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

TASER INTERNATIONAL, INC., et al.

      Plaintiffs,

v.

MORGAN STANLEY & CO., INC.,
GOLDMAN SACHS GROUP, INC., BEAR
STEARNS CAPITAL MARKETS, INC.,
BEAR STEARNS & CO, INC., THE BEAR
STEARNS COMPANIES, INC., MERRILL
LYNCH, PIERCE, FENNER & SMITH,
INC., DEUTSCHE BANK SECURITIES,
INC., CREDIT SUISSE USA, INC., BANC
OF AMERICA SECURITIES, LLC, and
UBS SECURITIES, LLC,

      Defendants.

JURY TRIAL DEMANDED

Civil Case No.
2008-EV-004739-B

ORDER FOR ADMISSION *PRO HAC VICE*

The Court, having read and considered the Application of SCOTT R.

LINK for admission *pro hac vice* to represent Plaintiffs in the above-styled

civil action, hereby GRANTS the application.

SO ORDERED, this _29_ day of _September_, 2008.

_____
The Honorable Patsy Porter
Judge, State Court of Fulton County

160687

**36**

09/27/2010   12:35     4042340575          JUDGE PATSY PORTER

State Court of Fulton County
***EFILED***
PAGE   01
LexisNexis Transaction ID: 33457464
Date: ***EFILED***12:58PM
LexisNexis Transaction ID: 33038138
Date: Sep 3 2010 2:46PM
Mark Harper, Clerk

## IN THE STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| TASER INTERNATIONAL, INC., DAVID BATCHELOR, NATALIE BATCHELOR, DR. THOMAS COLLERTINE, JUDITH COLLENTINE, CHARLES FAIRES, SANDRA FAIRES, MASAJI KELLY, KELLY KELLEY, STEPHEN LISENBY, PATRICIA LISENBY, RICHARD D. ALMEROTH, CONSTANCE L. ALMEROTH, JAMES BAKER, JR., ROBERT BAKER, WILLIAM BURNSIDE, DONNA C. CASH, as Personal Representative of the Estate of Dorothy A. Connelly, SOUTHEAST EYE SURGERY CLINIC, INC. EMPLOYEE PSP, JAMES DUNAGIN, JR., EMILY DUNAGIN, RICHARD C. HASKELL, SUSAN HASKELL, RICHARD C. HASKELL, JR., AMY HASKELL, MARY RICHARDSON, PAMELA LEWIS, JANE MAJ, CRAIG W. MILLER, MARGARET ROCHE, ROSEMARY SCOTT, as Personal Representative of the Estate of Chet Scott, JOHN SCOTT, PAULA SCOTT, PETER SCOTT, MICHELLE SCOTT, MARY ROSE STUCKER, ANNE ZELTEN, MICHAEL BOYER, PHILLIPS WALLER SMITH, PATRICK W. SMITH, THOMAS P. SMITH, and DEANNA M. SMITH, | JURY TRIAL DEMANDED<br><br>Civil Case No.<br>2008-EV-004739-B<br><br><br><br>**PROPOSED ORDER** |
| Plaintiffs, | |
| v. | |
| MORGAN STANLEY & CO., INC., GOLDMAN, SACHS & CO., GOLDMAN SACHS EXECUTION & CLEARING, L.P., BEAR STEARNS & CO, INC., K/N/A/ JP MORGAN SECURITIES, INC., BEAR STEARNS SECURITIES CORP., K/N/A JP MORGAN CLEARING CORP., MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., DEUTSCHE BANK SECURITIES, INC., CREDIT SUISSE SECURITIES (USA) LLC, BANC OF AMERICA SECURITIES, LLC, UBS SECURITIES, LLC and JOHN DOES 1-10, | |
| Defendants. | |

### PROPOSED ORDER

797740.1

This cause coming before the Court on the motion for admission *pro hac vice of* KATHERINE MORTON-GONYEA in the above-styled action, and the Court being so advised, does hereby, pursuant to Uniform State Court Rule 4.4, grant the motion for admission *pro hac vice* of KATHERINE MORTON-GONYEA to practice as counsel of record for Plaintiffs in the above-styled action.

This 27 day of September , 2010.

The Honorable Patsy Porter
Chief Judge, State Court of Fulton County

**PREPARED BY:**

John E. Floyd
Georgia Bar No. 266413
Robert L. Ashe, III
Georgia Bar No. 208077
BONDURANT, MIXSON & ELMORE, LLP
3900 One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, GA 30309-3417
Telephone (404) 881-4100
Facsimile (404) 881-4111

*Attorneys for the Plaintiffs*

797740.1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

TASER INTERNATIONAL, INC.,
*et al.*

       Plaintiffs,

v.

MORGAN STANLEY & CO., INC.,
*et al.*

       Defendants.

CIVIL ACTION NUMBER:
1:10-CV-03108-JOF

## **CERTIFICATE OF SERVICE**

This is to certify that I have this date caused a copy of the foregoing

**MOTION REQUESTING CONFIRMATION OF PRO HAC ORDERS** to be

filed with the Clerk of Court using the CM/ECF system, which will automatically

send e-mail notification of such filing to the following attorneys of record:

       John E. Floyd, Esq.
       floyd@bmelaw.com

       Steven J. Rosenwasser, Esq.
       rosenwasser@bmelaw.com;

and have caused a copy of the foregoing to be served on the following attorneys of

record by U.S. Mail:

James W. Christian, Esq.
CHRISTIAN, SMITH & JEWELL LLP
2302 Fannin, Suite 500
Houston, TX  77002

Robert F. Wise, Jr., Esq.
William J. Fenrich, Esq.
Melissa Aoyagi, Esq.
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY  10017

Richard H. Klapper, Esq.
Richard C. Pepperman, II, Esq.
Tracy Richelle High, Esq.
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY  10004-2498

Stephen L. Ratner, Esq.
Brian L. Friedman, Esq.
PROSKAUER ROSE LLP
1585 Broadway
New York, NY  10036

Gregory A. Markel, Esq.
Martin L. Seidel, Esq.
Peter J. Isajiw, Esq.
Heather L. Fesnak, Esq.
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, NY  10281

Fraser L. Hunter, Jr., Esq.
WILMER CUTLER PICKERING HALE AND
DORR LLP
399 Park Avenue
New York, NY  10022

Andrew J. Frackman, Esq.
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY  10036

Andrew B. Clubok, Esq.
Jeffrey G. Landis, Esq.
Jeffrey M. Gould, Esq.
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC  20005


/s/ James W. Cobb
_____
James W. Cobb
Georgia Bar No. 420133
jcobb@rh-law.com