## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

TASER INTERNATIONAL, INC.,
*et al.*

      Plaintiffs,

v.

MORGAN STANLEY & CO., INC.,
*et al.*

      Defendants.

CIVIL ACTION NUMBER:
1:10-CV-03108-JOF

## [PROPOSED] ORDER GRANTING
## MOTION REQUESTING CONFIRMATION OF PRO HAC ORDERS

It is hereby ordered that:

1.      the attached Orders for Admission *Pro Hac Vice* entered by the State Court of Fulton County, Georgia in this action prior to its removal remain in effect pursuant to 28 U.S.C. § 1450; and

2.      the Clerk is directed to provide all counsel identified on Exhibit A with notice of all court filings via the CM/ECF system.

So ORDERED this ___ day of October 2010.


                              _____

                              J. Owen Forrester, Senior Judge
                              United States District Court

## EXHIBIT A

**Counsel for Defendants:**

| | |
|---|---|
| 1. | Israel Dahan<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY 10281<br>Tel: 212-504-6000<br>Fax: 212-504-6666<br>israel.dahan@cwt.com<br>Attorneys for Deutsche Bank Securities Inc. |
| 2. | Heather L. Fesnak<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY 10281<br>Tel: 212-504-6617<br>Fax: 212-504-6666<br>heather.fesnak@cwt.com<br>Attorneys for Deutsche Bank Securities Inc. |
| 3. | Jason M. Halper<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY 10281<br>Tel: 212-504-6605<br>Fax: 212-504-6666<br>jason.halper@cwt.com<br>Attorneys for Deutsche Bank Securities Inc. |
| 4. | Peter Isajiw<br>Cadwalader, Wickersham & Taft LLP |

|   | |
|---|---|
|   | One World Financial Center<br>New York, NY 10281<br>Tel: 212-504-6579<br>Fax: 212-504-6666<br>peter.isajiw@cwt.com<br>Attorneys for Deutsche Bank<br>Securities Inc. |
| 5. | Gregory A. Markel<br>Cadwalader, Wickersham & Taft<br>LLP<br>One World Financial Center<br>New York, NY 10281<br>Tel: 212-504-6112<br>Fax: 212-504-6666<br>greg.markel@cwt.com<br>Attorneys for Deutsche Bank<br>Securities Inc. |
| 6. | Melissa Aoyagi<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY  10017<br>Tel: 212-450-4729<br>Fax: 212-701-5729<br>melissa.aoyagi@davispolk.com<br>Attorneys for Morgan Stanley &<br>Co. Incorporated |
| 7. | William J. Fenrich<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017<br>Tel: 212-450-4549<br>Fax: 212-701-5549<br>william.fenrich@davispolk.com<br>Attorneys for Morgan Stanley &<br>Co. Incorporated |
| 8. | Robert F. Wise, Jr.<br>Davis Polk & Wardwell |

| | |
|---|---|
| | 450 Lexington Avenue<br>New York, NY 10017<br>Tel: 212-450-4512<br>Fax: 212-701-5512<br>robert.wise@davispolk.com<br>Attorneys for Morgan Stanley &<br>Co. Incorporated |
| 9. | Andrew B. Clubok<br>Kirkland & Ellis LLP<br>655 Fifteenth Street, N.W.<br>Washington, DC 20005<br>Tel: 202-879-5000<br>Fax: 202-879-5200<br>andrew.clubok@kirkland.com<br>Attorneys for UBS Securities<br>LLC |
| 10. | Daniel J. Gomez<br>Kirkland & Ellis LLP<br>655 Fifteenth Street, N.W.<br>Washington, DC 20005<br>Tel: 202-879-5000<br>Fax: 202-879-5200<br>daniel.gomez@kirkland.com<br>Attorneys for UBS Securities,<br>LLC |
| 11. | Jeffrey M. Gould<br>Kirkland & Ellis LLP<br>655 Fifteenth Street, N.W.<br>Washington, DC 20005<br>Tel:  202-879-5138<br>Fax: 202-879-5200<br>jeffrey.gould@kirkland.com<br>Attorneys for UBS Securities,<br>LLC |
| 12. | Jeffrey G. Landis<br>Kirkland & Ellis LLP<br>655 Fifteenth Street, N.W. |

| | |
|---|---|
| | Washington, DC 20005<br>Tel: 202-879-5984<br>Fax: 202-879-5200<br>jeffrey.landis@kirkland.com<br>Attorneys for UBS Securities,<br>LLC |
| 13. | Allen W. Burton<br>O'Melveny & Myers LLP<br>Times Square Tower<br>7 Times Square<br>New York, New York 10036<br>Tel: 212-326-2000<br>Fax: 212-326-2061<br>aburton@omm.com<br>Attorneys for Banc of America<br>Securities, LLC and Merrill<br>Lynch, Pierce, Fenner & Smith,<br>Inc. |
| 14. | Brad M. Elias<br>O'Melveny & Myers LLP<br>Times Square Tower<br>7 Times Square<br>New York, New York 10036<br>Tel: 212-326-2248<br>Fax: 212-326-2061<br>belias@omm.com<br>Attorneys for Banc of America<br>Securities, LLC and Merrill<br>Lynch, Pierce, Fenner & Smith,<br>Inc. |
| 15. | Andrew J. Frackman<br>O'Melveny & Myers LLP<br>Times Square Tower<br>7 Times Square<br>New York, New York 10036<br>Tel: 212-326-2017<br>Fax: 212-326-2061 |

| | |
|---|---|
| | afrackman@omm.com<br>Attorneys for Banc of America Securities, LLC and Merrill Lynch, Pierce, Fenner & Smith, Inc. |
| 16. | Mia N. Gonzalez<br>O'Melveny & Myers LLP<br>7 Times Square<br>New York, New York 10036<br>Phone: 212-326-2000<br>Fax: 212-326-2061<br>mgonzalez@omm.com<br>Attorneys for Banc of America Securities, LLC and Merrill Lynch, Pierce, Fenner & Smith, Inc. |
| 17. | Jeffrey A. Kopczynski<br>O'Melveny & Myers LLP<br>7 Times Square<br>New York, New York 10036<br>Tel: 212-326-2000<br>Fax: 212-326-2061<br>jkopczynski@omm.com<br>Attorneys for Banc of America Securities, LLC and Merrill Lynch, Pierce, Fenner & Smith, Inc. |
| 18. | Jacqueline V. Roeder<br>O'Melveny & Myers LLP<br>7 Times Square<br>New York, New York 10036<br>Tel: 212-326-2104<br>Fax: 212-326-2061<br>jroeder@omm.com<br>Attorneys for Banc of America Securities, LLC and Merrill Lynch, Pierce, Fenner & Smith, |

| | |
|---|---|
| | Inc. |
| 19. | Abby F. Rudzin<br>O'Melveny & Myers LLP<br>7 Times Square<br>New York, New York 10036<br>Tel: 212-326-2033<br>Fax: 212 326-2061<br>arudzin@omm.com<br>Attorneys for Banc of America<br>Securities, LLC and Merrill<br>Lynch, Pierce, Fenner & Smith,<br>Inc. |
| 20. | Brian L. Friedman<br>Proskauer Rose LLP<br>1585 Broadway<br>New York, NY 10036<br>Tel: 212-969-3256<br>Fax: 212-969-2900<br>blfriedman@proskauer.com<br>Bear Stearns & Co., Inc., n/k/a<br>JP Morgan Securities LLC; Bear<br>Stearns Securities Corp., n/k/a JP<br>Morgan Clearing Corp. |
| 21. | Harry Frischer<br>Proskauer Rose LLP<br>1585 Broadway<br>New York, NY 10036<br>Tel: 212-969-3680<br>Fax: 212-969-2900<br>hfrischer@proskauer.com<br>Bear Stearns & Co., Inc., n/k/a<br>JP Morgan Securities LLC; Bear<br>Stearns Securities Corp., n/k/a JP<br>Morgan Clearing Corp. |
| 22. | Stephen L. Ratner<br>Proskauer Rose LLP<br>1585 Broadway |

| | |
|---|---|
| | New York, NY 10036<br>Tel: 212-969-3290<br>Fax: 212-969-2900<br>sratner@proskauer.com<br>Bear Stearns & Co., Inc., n/k/a<br>JP Morgan Securities LLC; Bear<br>Stearns Securities Corp., n/k/a JP<br>Morgan Clearing Corp. |
| 23. | Justin J. DeCamp<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004<br>Tel: 212-558-4000<br>Fax: 212-558-3588<br>decampj@sullcrom.com<br>Attorneys for Goldman, Sachs<br>& Co. and Goldman Sachs<br>Execution & Clearing, L.P. |
| 24. | Tracy R. High<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004<br>Tel: 212-558-4728<br>Fax: 212-558-3356<br>hight@sullcrom.com<br>Attorneys for Goldman, Sachs<br>& Co. and Goldman Sachs<br>Execution & Clearing, L.P. |
| 25. | Richard H. Klapper<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004<br>Tel: 212-558-3555<br>Fax: 212-558-3588<br>klapperr@sullcrom.com<br>Attorneys for Goldman, Sachs<br>& Co. and Goldman Sachs |

| | |
|---|---|
| | Execution & Clearing, L.P. |
| 26. | Richard C. Pepperman<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004<br>Tel: 212-558-3493<br>Fax: 212-558-3588<br>peppermanr@sullcrom.com<br>Attorneys for Goldman, Sachs<br>& Co. and Goldman Sachs<br>Execution & Clearing, L.P. |
| 27. | David M.J. Rein<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004<br>Tel: 212-558-4000<br>Fax: 212-558-3588<br>reind@sullcrom.com<br>Attorneys for Goldman, Sachs<br>& Co. and Goldman Sachs<br>Execution & Clearing, L.P. |
| 28. | Andrew H. Reynard<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004<br>Tel: 212-558-4104<br>Fax: 212-558-3588<br>reynarda@sullcrom.com<br>Attorneys for Goldman, Sachs<br>& Co. and Goldman Sachs<br>Execution & Clearing, L.P. |
| 29. | Douglas F. Curtis<br>Wilmer Cutler Pickering Hale<br>and Dorr LLP<br>399 Park Avenue<br>New York, NY 10022<br>Tel: 212-230-8800 |

|     |                                                                                                                                                                                             |
| --- | ------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
|     | Fax: 212-230-8888<br>douglas.curtis@wilmerhale.com<br>Attorneys for Credit Suisse<br>Securities (USA) LLC                                                                                   |
| 30. | Fraser L. Hunter<br>Wilmer Cutler Pickering Hale<br>and Dorr LLP<br>399 Park Avenue<br>New York, NY 10022<br>Tel: 202-663-6812<br>Fax: 202-663-6363<br>fraser.hunter@wilmerhale.com<br>Attorneys for Credit Suisse<br>Securities (USA) LLC |
| 31. | Brad E. Konstandt<br>Wilmer Cutler Pickering Hale<br>and Dorr LLP<br>399 Park Avenue<br>New York, NY 10022<br>Tel. 212 295 6428<br>Fax: 212 230 8888<br>brad.konstandt@wilmerhale.com<br>Attorneys for Credit Suisse<br>Securities (USA) LLC |
| 32. | J. David Zetlin-Jones<br>Wilmer Cutler Pickering Hale<br>and Dorr LLP<br>399 Park Avenue<br>New York, NY 10022<br>Tel: 212-230-8800<br>Fax: 212-230-8888<br>david.zetlin-jones@wilmerhale.com<br>Attorneys for Credit Suisse<br>Securities (USA) LLC |

**Counsel for Plaintiffs:**

| | |
|---|---|
| 33. | James W. Christian<br>Christian, Smith & Jewell<br>2302 Fannin, Suite 500<br>Houston, Texas  77002<br>Tel:  713-659-7617<br>Fax:  713-659-7641<br>jwc@csj-law.com |
| 34. | Gary M. Jewell<br>Christian, Smith & Jewell<br>2302 Fannin, Suite 500<br>Houston, Texas  77002<br>Tel:  713-659-7617<br>Fax:  713-659-7641<br>gjewell@csj-law.com |
| 35. | Scott R. Link<br>Christian, Smith & Jewell<br>2302 Fannin, Suite 500<br>Houston, Texas  77002<br>Tel:  713-659-7617<br>Fax:  713-659-7641<br>slink@csj-law.com |
| 36. | Katherine Morton-Gonyea<br>Christian, Smith & Jewell<br>2302 Fannin, Suite 500<br>Houston, Texas  77002<br>Tel:  713-659-7617<br>Fax:  713-659-7641<br>kgonyea@csj-law.com |