IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.*<br><br>    Plaintiffs,<br><br>v.<br><br>MORGAN STANLEY & CO., INC., *et al.*<br><br>    Defendants. | CIVIL ACTION NUMBER:<br>1:10-CV-03108-JOF |

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2010, I caused a copy of the **OBJECTIONS OF DEFENDANT MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED TO PLAINTIFF CONSTANCE ALMEROTH'S SIXTH SET OF INTERROGATORIES TO ALL DEFENDANTS AND SEVENTH SET OF INTERROGATORIES TO UBS** to be served by U.S. Mail to:

> John E. Floyd, Esq.
> Steven J. Rosenwasser, Esq.
> BONDURANT, MIXON & ELMORE LLP
> 3900 One Atlantic Center
> 1201 West Peachtree Street, N.W.
> Atlanta, GA  30309

and, pursuant to Federal Rule of Civil Procedure 5(b)(2)(E), to be served by e-mail to:

>Gregory A. Markel, Esq.
>Martin L. Seidel, Esq.
>Peter J. Isajiw, Esq.
>Heather L. Fesnak, Esq.
>CADWALADER, WICKERSHAM & TAFT LLP
>One World Financial Center
>New York, NY  10281
>
>Richard H. Klapper, Esq.
>Richard C. Pepperman, II, Esq.
>Tracy Richelle High, Esq.
>SULLIVAN & CROMWELL LLP
>125 Broad Street
>New York, NY  10004-2498
>
>Stephen L. Ratner, Esq.
>Brian L. Friedman, Esq.
>PROSKAUER ROSE LLP
>1585 Broadway
>New York, NY  10036
>
>Fraser L. Hunter, Jr., Esq.
>WILMER CUTLER PICKERING HALE AND DORR LLP
>399 Park Avenue
>New York, NY  10022

Robert F. Wise, Jr., Esq.
William J. Fenrich, Esq.
Melissa Aoyagi, Esq.
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017

Andrew B. Clubok, Esq.
Jeffrey G. Landis, Esq.
Jeffrey M. Gould, Esq.
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC 20005

/s/ James W. Cobb
_____
James W. Cobb
Georgia Bar No. 420133
jcobb@rh-law.com

*Attorneys for Defendants Morgan Stanley & Co. Incorporated; Goldman, Sachs & Co.; Goldman Sachs Execution & Clearing, L.P.; Bear Stearns & Co., Inc., n/k/a JP Morgan Securities LLC; Bear Stearns Securities Corp., n/k/a JP Morgan Clearing Corp.; Merrill Lynch, Pierce, Fenner & Smith, Inc.; Deutsche Bank Securities Inc.; Credit Suisse Securities (USA) LLC; Banc of America Securities, LLC; UBS Securities, LLC; and Merrill Lynch Professional Clearing Corporation*

ROGERS & HARDIN LLP
229 Peachtree Street, N.E.
2700 International Tower
Atlanta, Georgia  30303
Tel.:  404-522-4700
Fax:  404-525-2224