IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> MORGAN STANLEY & CO., INC., *et al.* <br><br> Defendants. | CIVIL ACTION NUMBER: <br> 1:10-CV-03108-JOF |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 18, 2010, I caused a copy of the

**RESPONSES AND OBJECTIONS OF DEFENDANT MERRILL LYNCH,**

**PIERCE, FENNER & SMITH INCORPORATED TO PLAINTIFFS'**

**AMENDED EIGHTH REQUESTS FOR THE PRODUCTION OF**

**DOCUMENTS TO DEFENDANT MERRILL LYNCH, PIERCE, FENNER**

**& SMITH, INC.; PLAINTIFFS' EIGHTH REQUESTS FOR THE**

**PRODUCTION OF DOCUMENTS TO DEFENDANTS GOLDMAN, SACHS**

**& CO. AND GOLDMAN SACHS EXECUTION & CLEARING, L.P.;**

**PLAINTIFF RICHARD D. ALMEROTH'S AMENDED SEVENTH**

INTERROGATORIES TO DEFENDANT MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.; PLAINTIFF RICHARD D. ALMEROTH'S SEVENTH INTERROGATORIES TO DEFENDANTS GOLDMAN, SACHS & CO. AND GOLDMAN SACHS EXECUTION & CLEARING, L.P. to be served by U.S. Mail on:

> John E. Floyd, Esq.
> Steven J. Rosenwasser, Esq.
> BONDURANT, MIXON & ELMORE LLP
> 3900 One Atlantic Center
> 1201 West Peachtree Street, N.W.
> Atlanta, GA  30309
>
> James W. Christian, Esq.
> CHRISTIAN, SMITH & JEWELL LLP
> 2302 Fannin, Suite 500
> Houston, TX  77002
>
> Robert F. Wise, Jr., Esq.
> William J. Fenrich, Esq.
> Melissa Aoyagi, Esq.
> DAVIS POLK & WARDWELL LLP
> 450 Lexington Avenue
> New York, NY  10017
>
> Richard H. Klapper, Esq.
> Richard C. Pepperman, II, Esq.
> Tracy Richelle High, Esq.
> SULLIVAN & CROMWELL LLP
> 125 Broad Street
> New York, NY  10004-2498

Stephen L. Ratner, Esq.
Brian L. Friedman, Esq.
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036

Gregory A. Markel, Esq.
Martin L. Seidel, Esq.
Peter J. Isajiw, Esq.
Heather L. Fesnak, Esq.
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, NY 10281

Fraser L. Hunter, Jr., Esq.
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY 10022

Andrew J. Frackman, Esq.
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY 10036

Andrew B. Clubok, Esq.
Jeffrey G. Landis, Esq.
Jeffrey M. Gould, Esq.
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC 20005


/s/ Kristina M. Jones
Kristina M. Jones
Georgia Bar No. 435145
kjones@rh-law.com

ROGERS & HARDIN LLP
229 Peachtree Street, N.E.
2700 International Tower
Atlanta, Georgia 30303
Tel.: 404-522-4700
Fax: 404-525-2224