IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.*<br><br>    Plaintiffs,<br><br>v.<br><br>MORGAN STANLEY & CO., INC., *et al.*<br><br>    Defendants. | CIVIL ACTION NUMBER:<br>1:10-CV-03108-JOF |

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2010, I caused a copy of the *RESPONSES AND OBJECTIONS OF DEFENDANTS GOLDMAN, SACHS & CO. AND GOLDMAN SACHS EXECUTION & CLEARING, L.P. TO PLAINTIFFS' AMENDED EIGHTH REQUESTS FOR THE PRODUCTION OF DOCUMENTS TO DEFENDANT MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.; PLAINTIFFS' EIGHTH REQUESTS FOR THE PRODUCTION OF DOCUMENTS TO DEFENDANT GOLDMAN, SACHS & CO. AND GOLDMAN SACHS EXECUTION & CLEARING, L.P.; PLAINTIFF RICHARD D. ALMEROTH'S AMENDED SEVENTH INTERROGATORIES TO DEFENDANT MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.;*

***PLAINTIFF RICHARD D. ALMEROTH'S SEVENTH INTERROGATORIES TO DEFENDANT GOLDMAN, SACHS & CO. AND GOLDMAN SACHS EXECUTION AND CLEARING, L.P.*** to be served by U.S. Mail to:

John E. Floyd, Esq.
Steven J. Rosenwasser, Esq.
BONDURANT, MIXON & ELMORE LLP
3900 One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, GA  30309

James W. Christian, Esq.
CHRISTIAN, SMITH & JEWELL LLP
2302 Fannin, Suite 500
Houston, Texas 77002

Robert F. Wise, Jr., Esq.
William J. Fenrich, Esq.
Melissa Aoyagi, Esq.
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY  10017

Stephen L. Ratner, Esq.
Brian L. Friedman, Esq.
PROSKAUER ROSE LLP
1585 Broadway
New York, NY  10036

Gregory A. Markel, Esq.
Martin L. Seidel, Esq.
Peter J. Isajiw, Esq.
Heather L. Fesnak, Esq.
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, NY  10281

Fraser L. Hunter, Jr., Esq.
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY  10022

Andrew J. Frackman, Esq.
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY  10036

Andrew B. Clubok, Esq.
Jeffrey G. Landis, Esq.
Jeffrey M. Gould, Esq.
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC  20005

*[signature]*

Kristina M. Jones
Georgia Bar No. 435135
kjones@rh-law.com

*Attorneys for Defendants Goldman, Sachs & Co. and Goldman Sachs Execution & Clearing, L.P.*

ROGERS & HARDIN LLP
229 Peachtree Street, N.E.
2700 International Tower
Atlanta, Georgia  30303
Tel.:  404-522-4700
Fax:  404-525-2224