# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> MORGAN STANLEY & CO., INC., *et al.* <br><br> Defendants. | Civil Action Number: 1:10-CV-3108 |

## AMENDED CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

1.  The undersigned counsel of record for Defendants Morgan Stanley & Co. Incorporated; Goldman, Sachs & Co.; Goldman Sachs Execution & Clearing, L.P.; Bear Stearns & Co., Inc., N/K/A J.P. Morgan Securities LLC; Bear Stearns Securities Corp., N/K/A J.P. Morgan Clearing Corp.; Merrill Lynch, Pierce, Fenner & Smith Incorporated; Deutsche Bank Securities Inc.; Credit Suisse Securities (USA) LLC; Banc of America Securities LLC; UBS Securities, LLC; and Merrill Lynch Professional Clearing Corporation (collectively "Defendants") certify that the following is a full and complete list of all parties in this action, including any

parent corporation and any publicly held corporation that owns 10% or more of the stock of a party, of which they are aware:

    Plaintiffs:    TASER International, Inc.

    David Batchelor

    Natalie Batchelor

    Dr. Thomas Collentine

    Judith Collentine

    Charles Faires

    Sandra Faires

    Masaji Kelly

    Kelly Kelley

    Stephen Lisenby

    Patricia Lisenby

    Richard D. Almeroth

    Constance L. Almeroth

    James Baker, Jr.

    Robert Baker

    William Burnside

    Donna C. Cash, as Personal Representative of the Estate of Dorothy A. Connelly

Southeast Eye Surgery Clinic, Inc. Employee PSP

James Dunagin, Jr.

Emily Dunagin

Richard C. Haskell

Susan Haskell

Richard C. Haskell, Jr.

Amy Haskell

Mary Richardson

Pamela Lewis

Jane Maj

Margaret Roche

Rosemary Scott, as Personal Representative of the Estate of Chet Scott

John Scott

Peter Scott

Michelle Scott

Mary Rose Stucker

Michael Boyer

Phillips Waller Smith

Patrick W. Smith

Thomas P. Smith

|  |  |
|---|---|
|  | Deanna M. Smith |
|  | Bruce Culver |
|  | Donna T. Culver |
| Defendants: | Morgan Stanley & Co. Incorporated |
|  | Goldman, Sachs & Co. |
|  | Goldman Sachs Execution & Clearing, L.P. |
|  | Bear Stearns & Co., Inc., N/K/A J.P. Morgan Securities LLC |
|  | Bear Stearns Securities Corp., N/K/A J.P. Morgan Clearing Corp. |
|  | Merrill Lynch, Pierce, Fenner & Smith Incorporated |
|  | Deutsche Bank Securities Inc. |
|  | Credit Suisse Securities (USA) LLC |
|  | Banc of America Securities LLC |
|  | UBS Securities, LLC |
|  | Merrill Lynch Professional Clearing Corporation |
| Other: | UBS Americas, Inc. |
|  | UBS AG |

      Credit Suisse (USA), Inc.

      Credit Suisse Holdings (USA), Inc.

      Credit Suisse Group AG

      Credit Suisse

      The Goldman Sachs Group, Inc.

      Bank of America Corporation

      Deutsche Bank AG

      Morgan Stanley

      J.P. Morgan Broker – Dealer Holdings, Inc.

      JPMorgan Chase & Co.

2. The undersigned further certify that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations of which they are aware having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

  For Plaintiffs:  None at this time.

  For Defendants: None at this time.

3. The undersigned further certify that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding of which they are aware:

|  |  |
|---|---|
| For Plaintiffs: | BONDURANT MIXSON & ELMORE, LLP<br>John Floyd, Esq.<br>Steven J. Rosenwasser, Esq.<br>Nicole G. Iannarone, Esq. |
|  | 3900 One Atlantic Center<br>1201 W. Peachtree Street, N.W.<br>Atlanta, GA  30309-3417 |
|  | CHRISTIAN, SMITH & JEWELL, LLP<br>James W. Christian, Esq. |
|  | 2302 Fannin, Suite 500<br>Houston, TX  77002 |
| For Defendants: | ROGERS & HARDIN LLP<br>Richard H. Sinkfield, Esq.<br>Dan F. Laney, III, Esq. |
|  | 2700 International Tower, Peachtree Center<br>229 Peachtree Street, N.E.<br>Atlanta, GA  30303 |
|  | DAVIS, POLK & WARDWELL LLP<br>Robert F. Wise, Jr., Esq.<br>William J. Fenrich, Esq.<br>Melissa Aoyagi, Esq. |
|  | 450 Lexington Avenue<br>New York, NY  10017 |

SULLIVAN & CROMWELL LLP
Richard H. Klapper, Esq.
Richard C. Pepperman, II, Esq.
David M.J. Rein, Esq.
Tracy R. High, Esq.
Justin J. DeCamp, Esq.
Andrew H. Reynard, Esq.

125 Broad Street
New York, NY  10004-2498

PROSKAUER ROSE LLP
Harry Frischer, Esq.
Stephen L. Ratner, Esq.
Brian L. Friedman, Esq.

1585 Broadway
New York, NY  10036-8299

O'MELVENY & MYERS LLP
Andrew J. Frackman, Esq.
Brad M. Elias, Esq.
Mia N. Gonzalez, Esq.
Abby F. Rudzin, Esq.
Allen W. Burton, Esq.
Jacqueline V. Roeder, Esq.
Jeffrey A. Kopczynski, Esq.

Times Square Tower
7 Times Square
New York, NY  10036

CADWALADER, WICKERSHAM & TAFT LLP
Gregory A. Markel, Esq.
Jason M. Halper, Esq.
Peter Isajiw, Esq.
Heather L. Fesnak, Esq.
Israel Dahan, Esq.

One World Financial Center
New York, NY  10281


WILMER CUTLER PICKERING HALE AND DORR LLP
Fraser L. Hunter, Jr., Esq.
Brad E. Konstandt, Esq.
Douglas Curtis, Esq.
David Zetlin-Jones, Esq.

399 Park Avenue
New York, NY  10022-4955

KIRKLAND & ELLIS LLP
Andrew B. Clubok, Esq.
Jeffrey G. Landis, Esq.
Jeffrey M Gould, Esq.
Daniel J. Gomez, Esq.

655 Fifteenth Street, N.W.
Washington DC  20005

This 19th day of October 2010.

/s/ Richard H. Sinkfield
Richard H. Sinkfield
Georgia Bar No. 649100
Dan F. Laney III
Georgia Bar No. 435290

ROGERS & HARDIN LLP
2700 International Tower
229 Peachtree Street, N.E.
Atlanta, GA 30303-1601
404.522.4700 (telephone)
404.525.2224 (facsimile)

*Attorneys for Defendants Morgan Stanley & Co. Incorporated; Goldman, Sachs & Co.; Goldman Sachs Execution & Clearing, L.P.; Bear Stearns & Co., Inc., n/k/a J.P. Morgan Securities LLC; Bear Stearns Securities Corp., n/k/a J.P. Morgan Clearing Corp.; Merrill Lynch, Pierce, Fenner & Smith, Inc.; Deutsche Bank Securities Inc.; Credit Suisse Securities (USA) LLC; Banc of America Securities, LLC; UBS Securities, LLC; and Merrill Lynch Professional Clearing Corporation*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> MORGAN STANLEY & CO., INC., *et al.* <br><br> Defendants. | Civil Action Number: 1:10-CV-3108 |

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2010, I have electronically filed the *AMENDED CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT* with the Clerk of Court using the CM/ECF system and served a copy of such filing upon the following attorneys of record by U.S. Mail:

John E. Floyd, Esq.
Steven J. Rosenwasser, Esq.
BONDURANT, MIXON & ELMORE LLP
3900 One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, GA  30309

Robert F. Wise, Jr., Esq.
William J. Fenrich, Esq.
Melissa Aoyagi, Esq.
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY  10017

Richard H. Klapper, Esq.
Richard C. Pepperman, II, Esq.
Tracy Richelle High, Esq.
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY  10004-2498

Stephen L. Ratner, Esq.
Brian L. Friedman, Esq.
PROSKAUER ROSE LLP
1585 Broadway
New York, NY  10036

Gregory A. Markel, Esq.
Martin L. Seidel, Esq.
Peter J. Isajiw, Esq.
Heather L. Fesnak, Esq.
CADWALADER, WICKERSHAM &
  TAFT LLP
One World Financial Center
New York, NY  10281

Fraser L. Hunter, Jr., Esq.
WILMER CUTLER PICKERING HALE
  AND DORR LLP
399 Park Avenue
New York, NY  10022

Andrew J. Frackman, Esq.
O'MELVENY & MYERS LLP
Times Square Tower

7 Times Square
New York, NY  10036

Andrew B. Clubok, Esq.
Jeffrey G. Landis, Esq.
Jeffrey M. Gould, Esq.
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC  20005

James W. Christian, Esq.
CHRISTIAN, SMITH & JEWELL LLP
2302 Fannin, Suite 500
Houston, TX  77002

/s/ Richard H. Sinkfield

Richard H. Sinkfield
Georgia Bar No. 649100
rhs@rh-law.com