IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> MORGAN STANLEY & CO., INC., *et al.* <br><br> Defendants. | CIVIL ACTION NUMBER: <br> 1:10-CV-03108-JOF |

### NOTICE OF PRESENTATION TO CHAMBERS
### OF MOTION TO FILE DOCUMENTS UNDER SEAL

Pursuant to the Revised Case Instructions entered by the Court on October 13, 2010, Defendant Merrill Lynch, Pierce, Fenner & Smith Incorporated hereby gives notice that it has this day presented to the Court, in chambers, a motion for leave to file documents under seal.[1]

---

[1] The motion for leave to file documents under seal requests leave to file under seal two briefs that relate to Plaintiffs' use of an inadvertently produced document that is protected by the attorney-client privilege. To preserve the confidentiality of the privileged document, Merrill Lynch has served the other Defendants in this action with versions of the briefs from which the privileged information has been redacted. Copies of the redacted versions of the briefs are attached to this Notice as Exhibits A and B.

This 19th day of October, 2010.

        /s/ Richard H. Sinkfield
        RICHARD H. SINKFIELD
        Georgia Bar No. 649100
        E-mail: rsinkfield@rh-law.com

        Dan F. Laney III
        Georgia Bar No. 435290
        E-mail: dlaney@rh-law.com

        ROGERS & HARDIN LLP
        229 Peachtree Street, N.E.
        2700 International Tower
        Atlanta, Georgia  30303
        Tel.:  404-522-4700
        Fax:  404-525-2224

        *Attorneys for Defendant Merrill Lynch, Pierce, Fenner & Smith, Incorporated*

## CERTIFICATE OF SERVICE

This is to certify that I have this date caused a true and correct copy of the foregoing **NOTICE OF PRESENTATION TO CHAMBERS OF MOTION TO FILE DOCUMENTS UNDER SEAL** to be filed with the Clerk of Court using the CM/ECF system, which will automatically send an e-mail notification of such filing to the following attorneys of record:

>John E. Floyd, Esq.
>floyd@bmelaw.com
>
>Steven J. Rosenwasser, Esq.
>rosenwasser@bmelaw.com
>
>Nicole G. Iannarone, Esq.
>iannarone@bmelaw.com
>
>Elizabeth G. Eager, Esq.
>eager@bmelaw.com;

to be served on the following attorney of record by U.S. Mail:

>James W. Christian, Esq.
>CHRISTIAN, SMITH & JEWELL LLP
>2302 Fannin, Suite 500
>Houston, TX  77002;

and, pursuant to Federal Rule of Civil Procedure 5(b)(2)(E), to be served on the following attorneys by e-mail:

Robert F. Wise, Jr., Esq.
William J. Fenrich, Esq.
Melissa Aoyagi, Esq.
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY  10017

Richard H. Klapper, Esq.
Richard C. Pepperman, II, Esq.
Tracy Richelle High, Esq.
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY  10004-2498

Stephen L. Ratner, Esq.
Brian L. Friedman, Esq.
PROSKAUER ROSE LLP
1585 Broadway
New York, NY  10036

Gregory A. Markel, Esq.
Martin L. Seidel, Esq.
Peter J. Isajiw, Esq.
Heather L. Fesnak, Esq.
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, NY  10281

Fraser L. Hunter, Jr., Esq.
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY  10022

Andrew J. Frackman, Esq.
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY  10036

Andrew B. Clubok, Esq.
Jeffrey G. Landis, Esq.
Jeffrey M. Gould, Esq.
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC  20005


Dated:  October 19, 2010

/s/ James W. Cobb
James W. Cobb
Georgia Bar No. 420133
jcobb@rh-law.com

ROGERS & HARDIN LLP
229 Peachtree Street, N.E.
2700 International Tower
Atlanta, Georgia  30303
Tel.:  404-522-4700
Fax:  404-525-2224