# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.*<br><br>    Plaintiffs,<br><br>v.<br><br>MORGAN STANLEY & CO., INC., *et al.*<br><br>    Defendants. | CIVIL ACTION NUMBER:<br>1:10-CV-03108-JOF |

## [PROPOSED] STIPULATED CONSENT ORDER EXTENDING TIME

The parties have stipulated to extend certain pending deadlines in the above-captioned action, which was removed to this Court on September 28, 2010 from the State Court of Fulton County, Georgia.[1]

By agreement among the parties, and for good cause shown, it is hereby ORDERED that the time for Defendants Morgan Stanley & Co. Incorporated; Goldman, Sachs & Co.; Goldman Sachs Execution & Clearing, L.P.; Bear Stearns & Co., Inc., n/k/a JP Morgan Securities LLC; Bear Stearns Securities Corp., n/k/a

---

[1]   Plaintiffs believe that the removal of this case was improper. Plaintiffs' agreement to this Proposed Stipulated Consent Order Extending Time should not be construed as Plaintiffs' agreement or consent to the removal or to the jurisdiction of this Court.

2

JP Morgan Clearing Corp.; Merrill Lynch, Pierce, Fenner & Smith, Incorporated; Deutsche Bank Securities Inc.; Credit Suisse Securities (USA) LLC; Banc of America Securities LLC; and UBS Securities, LLC to answer or otherwise move in response[2] to the Seventh Amended Complaint is extended through and including October 20, 2010.

So ORDERED this ___ day of October 2010.

>                               _____
>                               J. Owen Forrester, Senior Judge
>                               United States District Court

---

[2] Plaintiffs do not believe that these Defendants have the ability to file a responsive pleading other than an answer. By entering into this stipulation, Plaintiffs do not agree that any response other than an answer is permitted.

Jointly submitted this 19th day of October 2010.

/s/ Nicole G. Iannarone
JOHN E. FLOYD
Georgia Bar No. 266413
Email: floyd@bmelaw.com

STEVEN J. ROSENWASSER
Georgia Bar No. 614908
Email: rosenwasser@bmelaw.com

NICOLE G. IANNARONE
Georgia Bar No. 382510
Email: iannarone@bmelaw.com

BONDURANT, MIXON & ELMORE LLP
3900 One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, GA  30309
Tel.:   404-881-4100
Fax:   404-881-4111

*Attorneys for Plaintiffs*

/s/ Richard H. Sinkfield
RICHARD H. SINKFIELD
Georgia Bar No. 649100
E-mail: rsinkfield@rh-law.com

Dan F. Laney III
Georgia Bar No. 435290
E-mail: dlaney@rh-law.com

ROGERS & HARDIN LLP
229 Peachtree Street, N.E.
2700 International Tower
Atlanta, Georgia  30303
Tel.:   404-522-4700
Fax:   404-525-2224

*Attorneys for Defendants Morgan Stanley & Co. Incorporated; Goldman, Sachs & Co.; Goldman Sachs Execution & Clearing, L.P.; Bear Stearns & Co., Inc., n/k/a JP Morgan Securities LLC; Bear Stearns Securities Corp., n/k/a JP Morgan Clearing Corp.; Merrill Lynch, Pierce, Fenner & Smith, Incorporated; Deutsche Bank Securities Inc.; Credit Suisse Securities (USA) LLC; Banc of America Securities LLC; and UBS Securities, LLC*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> MORGAN STANLEY & CO., INC., *et al.* <br><br> Defendants. | CIVIL ACTION NUMBER: <br> 1:10-CV-03108-JOF |

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 19th, 2010, I served a copy of the foregoing

**[PROPOSED] STIPULATED CONSENT ORDER EXTENDING TIME** with

the Clerk of Court using the CM/ECF system which will automatically send e-mail

notification of such filing to the following attorneys of record:

> John E. Floyd, Esq.
> floyd@bmelaw.com
>
> Steven J. Rosenwasser, Esq.
> rosenwasser@bmelaw.com
>
> Nicole G. Iannarone
> iannarone@bmelaw.com
>
> Elizabeth G. Eager
> eager@bmelaw.com

and that I have caused a copy to be served by U.S. Mail on the following attorneys of record:

  James W. Christian, Esq.
  CHRISTIAN, SMITH & JEWELL LLP
  2302 Fannin, Suite 500
  Houston, TX  77002

  Robert F. Wise, Jr., Esq.
  William J. Fenrich, Esq.
  Melissa Aoyagi, Esq.
  DAVIS POLK & WARDWELL LLP
  450 Lexington Avenue
  New York, NY  10017

  Richard H. Klapper, Esq.
  Richard C. Pepperman, II, Esq.
  Tracy Richelle High, Esq.
  SULLIVAN & CROMWELL LLP
  125 Broad Street
  New York, NY  10004-2498

  Stephen L. Ratner, Esq.
  Brian L. Friedman, Esq.
  PROSKAUER ROSE LLP
  1585 Broadway
  New York, NY  10036

  Gregory A. Markel, Esq.
  Martin L. Seidel, Esq.
  Peter J. Isajiw, Esq.
  Heather L. Fesnak, Esq.
  CADWALADER, WICKERSHAM & TAFT LLP
  One World Financial Center
  New York, NY  10281

Fraser L. Hunter, Jr., Esq.
WILMER CUTLER PICKERING HALE AND
DORR LLP
399 Park Avenue
New York, NY  10022

Andrew J. Frackman, Esq.
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY  10036

Andrew B. Clubok, Esq.
Jeffrey G. Landis, Esq.
Jeffrey M. Gould, Esq.
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC  20005

/*s*/ Richard H. Sinkfield
_____

Richard H. Sinkfield
Georgia Bar No. 649100
rsinkfield@rh-law.com

3