EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.*, ) | |
| ) | Case No.: 1:10-CV-03108-JOF |
| Plaintiffs, ) | |
| ) | |
| v. ) | [On removal from the State |
| ) | Court of Fulton County, |
| MORGAN STANLEY & CO., INC., *et al.*, ) | Georgia Case No.: |
| ) | 2008-EV-004739-B] |
| Defendants. ) | |

## PLAINTIFFS' RESPONSE TO DEFENDANTS' FIFTH REQUEST TO THE PLAINTIFFS FOR PRODUCTION OF DOCUMENTS

Plaintiffs hereby submit their Response To Defendants' Fifth Request To The Plaintiffs For Production Of Documents as follows:[1]

### REQUEST FOR PRODUCTION OF DOCUMENTS AND RESPONSE

1.  That certain notebook or binder (including all of its contents) delivered to and served on counsel for the Defendants (and also delivered to the Court) by counsel for the Plaintiffs in open court at the time of the hearing before the Court on August 17, 2010, reviewed by Defendants' counsel, and thereafter removed by Plaintiffs' counsel from Defendants' counsel's table at some time after the conclusion of the hearing.

The Defendants request that the Plaintiffs expedite their response to this request. Absent a response and production of the notebook or binder within five (5) calendar days of service of this request, the Defendants will seek an order from the Court directing an expedited response and production.

---

[1] Plaintiffs believe that the removal of this case was improper. Consequently, Plaintiffs do not agree or consent to the removal or the jurisdiction of this Court.

800106.1

**RESPONSE:**

Plaintiffs object to this Request on the ground that it seeks to require Plaintiffs to respond in a timeframe inconsistent with the Georgia Civil Practice Act or the Federal Rules of Civil Procedure. Plaintiffs will only provide a response as is required by law and object to Defendants seeking to circumvent the Civil Practice Act or the Federal Rules of Civil Procedure in order to obtain a strategic advantage in litigation. Plaintiffs object to this Request on the grounds that there are no responsive documents to the extent that the Defendants seek the return of a notebook that was "served on counsel" and no such notebook was formally served upon counsel. Plaintiffs further object to this Request because it is harassing, oppressive and prejudicial because it seeks the production of documents intended to be used with an argument before that argument has taken place. Plaintiffs note that they have provided to Defendants the portion of the notebook presented at the August 17, 2010 hearing that were actually used and formally presented to the Court. Plaintiffs also object to this Request on the ground that it misstates the facts regarding the notebook.

Plaintiffs request a meet and confer with Defendants regarding this Request to determine whether they can work out this dispute without the Court's intervention.

Respectfully submitted, this 15th day of October, 2010.

John E. Floyd
Georgia Bar No. 266413
Steven J. Rosenwasser
Georgia Bar No. 614908
Nicole G. Iannarone
Georgia Bar No. 382510
Bondurant, Mixson & Elmore, LLP
3900 One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309
(404) 881-4100

James W. Christian
State Bar No. 04228700
Gary M. Jewell
State Bar No. 10664800
Scott R. Link
State Bar No. 12390900
Christian, Smith & Jewell, LLP
2302 Fannin, Suite 500
Houston, Texas 77002
(713) 659-7617
(admitted *pro hac vice*)

***ATTORNEYS FOR PLAINTIFFS***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this day, a true and correct copy of the foregoing **PLAINTIFFS' RESPONSE TO DEFENDANTS' FIFTH REQUEST TO THE PLAINTIFFS FOR PRODUCTION OF DOCUMENTS** was served via email and United States mail to the following:

**Attorneys for Defendants:**
Richard H. Sinkfield, Esq.
Dan F. Laney, III, Esq.
Kristina M. Jones, Esq.
Stefanie H. Jackman, Esq.
James W. Cobb, Esq.
Rogers & Hardin
2700 International Tower, Peachtree Center
229 Peachtree Street, N.E.
Atlanta, GA  30303-1601
rsinkfield@rh-law.com

**Attorneys for Banc of America Securities, LLC;
Merrill Lynch, Pierce, Fenner & Smith, Inc.; and Merrill Lynch
Professional Clearing Corporation:**
Andrew J. Frackman, Esq.
Brad Elias, Esq.
O'Melveny & Myers LLP
7 Times Square
New York, NY  10036
afrackman@omm.com

**Attorneys for Morgan Stanley & Co. Incorporated:**
Robert F. Wise, Jr., Esq.
William J. Fenrich, Esq.
Melissa T. Aoyagi, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue

New York, NY 10017
robert.wise@davispolk.com

**Attorneys for Bear Stearns & Co., Inc. and Bear Stearns Securities Corp.:**
Stephen L. Ratner, Esq.
Harry Frischer, Esq.
Brian L. Friedman, Esq.
Proskauer Rose LLP
1585 Broadway
New York, NY 10036
blfriedman@proskauer.com

**Attorneys for Goldman, Sachs & Co. and Goldman Sachs Execution & Clearing, L.P.:**
Richard C. Pepperman II, Esq.
Richard H. Klapper, Esq.
Tracy Richelle High, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
peppermanr@sullcrom.com

**Attorneys for Deutsche Bank Securities Inc.:**
Heather L. Fesnak, Esq.
Peter J. Isajiw, Esq.
Gregory A. Markel, Esq.
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
peter.isajiw@cwt.com

**Attorneys for UBS Securities, LLC:**
Andrew B. Clubok, Esq.
Jeffrey G. Landis, Esq.
Daniel Gomez, Esq.
Kirkland & Ellis LLP
655 Fifteenth Street, N.W., Suite 1200

Washington, DC  20005-5793
aclubok@kirkland.com

Maria Ginzburg, Esq.
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY  10022-4611

**Attorneys for Credit Suisse Securities (USA), LLC.:**
Fraser L. Hunter, Jr., Esq.
Wilmer Cutler Pickering Hale & Dorr LLP
399 Park Avenue
New York, NY  10022
fraser.hunter@wilmerhale.com

This 15th day of October, 2010.

Nicole G. Iannarone
Georgia Bar No. 382510

BONDURANT, MIXSON & ELMORE, LLP
3900 One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, GA  30309-3417
Tel.: (404) 881-4100
Fax: (404) 881-4111