# EXHIBIT B

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

TASER INTERNATIONAL, INC., *et al.*,

    Plaintiffs,

v.

MORGAN STANLEY & CO., INC., *et al.*,

    Defendants.

CIVIL ACTION
FILE NO. 2008-EV-004739-B

## AFFIDAVIT OF BILL KERR IN SUPPORT OF BANC OF AMERICA SECURITIES LLC'S OPPOSITION TO PLAINTIFFS' MOTION FOR SANCTIONS FOR VIOLATION OF THE COURT'S JULY 16, 2009 SCHEDULING ORDER

STATE OF TEXAS
COUNTY OF DALLAS

    Bill Kerr personally appeared before the undersigned Notary Public, who is duly authorized to administer oaths in this state, and after first being duly sworn, deposes and states as follows:

    1.    I am a Vice President in the Global Content Archive at Bank of America Corporation. I am over 18 years of age and have personal knowledge of the matters set forth in this affidavit. I submit this affidavit in support of Banc of America Securities LLC's Opposition to Plaintiffs' Motion for Sanctions for Violation of the Court's July 16, 2009 Scheduling Order, dated September 29, 2010.

    2.    On the afternoon of June 24, 2009, members of the Global Content Archive ("GCA") and the regulatory compliance team met to determine how to fulfill a discovery request in the above-captioned litigation. Specifically, we discussed how to retrieve the daily stock record reports from our ViewDirect repository for the period January 1, 2003 through May 31,

2009, and how to isolate the portions of those reports that relate to TASER International, Inc. ("TASER").

3. After the meeting, I wrote a prototype DocumentDirect script for the daily stock record report. This script was designed to open each daily report and search for the text string "TASER." It was then designed to export the page on which "TASER" appeared and the following three pages. I provided a sample of the prototype script and the data gathered by the prototype script to the GCR team members who were going to execute the script.

4. While we initially believed that this script would capture all relevant data for a given date, we decided to expand the number of exported pages from four to six after executing the prototype script on some sample daily stock record reports from 2009. The script was then executed on the daily stock record reports for the relevant period. At that time, I believed that the script captured all data contained in the daily stock record reports relating to TASER.

5. I did not learn that the script did not capture all relevant data until August 2010.

Executed on this ___ day of September 2010.

_____
Bill Kerr

Sworn to and subscribed
before me this 20 day of September 2010.

_____
Notary Public

My commission expires
11/06/13

RUFUS J GUIDRY
Notary Public
STATE OF TEXAS
My Comm. Exp. 11-06-13

2