# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TASER INTERNATIONAL, INC., *et al.*,

    Plaintiffs,

        v.

MORGAN STANLEY & CO., INC., *et al.*,

    Defendants.

Case No. 1:10-CV-03108-JOF

## DECLARATION OF BRAD M. ELIAS

I, Brad M. Elias, declare as follows:

1.    I am an associate at the law firm of O'Melveny & Myers LLP ("OMM") and am one of the attorneys representing Defendant Banc of America Securities LLC ("BAS") in this action. I make this declaration in support of BAS's Opposition to Plaintiffs' Motion for Sanctions for Violation of the Court's July 16, 2009 Scheduling Order. I have personal knowledge of the facts recited herein, and if called to testify concerning them under oath, I could and would competently testify thereto.

2.    On September 14, 2009 and November 13, 2009, BAS produced to Plaintiffs excerpts of the Daily Stock Record reflecting stock position movements

in TASER International, Inc. ("TASER") during the period January 1, 2003 through May 31, 2009.

3.      On July 20, 2010, Plaintiffs' counsel informed me for the first time that they believed that the Daily Stock Record excerpts were incomplete on certain dates.  Prior to that time, I had no knowledge that any responsive data was missing from those records.

4.      On or about August 27, 2010, I received several DVDs from BAS containing the complete Daily Stock Record for the period January 1, 2003 through May 31, 2009.  OMM sent this data to a vendor in New York for processing. Upon information and belief, the vendor in turn sent the data overseas, where the TASER-specific entries were manually extracted by a team of contractors in India.

5.      On September 20, 2010, BAS produced to Plaintiffs an updated version of the Daily Stock Record containing the previously excluded data.

6.      Prior to filing their Motion for Sanctions Against Banc of America Securities LLC for Undisputed Violation of the Court's July 16, 2009 Scheduling Order, Plaintiffs did not request a discovery extension from BAS as a result of the delayed production of the Daily Stock Record.

2

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 19th day of October, 2010 in New York, New York.

Brad M. Elias