# EXHIBIT 3

02/07/2010 13:08   4042340575   JUDGE PATSY PORTER   PAGE 01

State Court of Fulton County
***EFILED***
LexisNexis Transaction ID: 29500257
Date: Feb 10 2010 3:40PM
Mark Harper, Clerk

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| TASER INTERNATIONAL, INC., et. al ) | |
| ) | |
| Plaintiffs ) | Civil Action File No.: |
| ) | 2008EV004739 |
| v. ) | |
| ) | |
| MORGAN STANLEY & CO., INC., et. al. ) | |
| ) | |
| Defendants ) | |

## ORDER

The above styled case is before the Court on the <u>Plaintiff's Motion to Compel Production of Documents.</u>

The Court having read and reviewed the entire record in the case, hereby **GRANTS** the <u>Plaintiff's Motion to Compel</u> as it pertains to the scope of responsive documents involving "same or similar conduct" as it relates to specific securities other than TASER and other agency, regulatory or other investigations not specifically related to the TASER securities.

The Court hereby **ORDERS**, the Defendants, UBS Securities, LLC to produce all documents referring, relating to or showing conduct that is the same or similar to the conduct at issue in this case, including stocks other than TASER. This includes documents relating to any agency, regulatory or other investigation not specifically related to TASER securities.

**SO ORDERED**, this /0 day of February, 2010.

Judge Patsy Y. Porter
State Court of Fulton County