**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> MORGAN STANLEY & CO., INC., *et al.* <br><br> Defendants. | CIVIL ACTION NUMBER: <br> 1:10-CV-03108-JOF |

### [PROPOSED] STIPULATED CONSENT ORDER EXTENDING TIME

The parties have stipulated to extend certain pending deadlines in the above-captioned action, which was removed to this Court on September 28, 2010 from the State Court of Fulton County, Georgia.[1]

By agreement among the parties, and for good cause shown, it is hereby ORDERED that the time for Defendants Morgan Stanley & Co. Incorporated; Goldman, Sachs & Co.; Goldman Sachs Execution & Clearing, L.P.; Bear Stearns & Co., Inc., n/k/a JP Morgan Securities LLC; Bear Stearns Securities Corp., n/k/a

---

[1] Plaintiffs believe that the removal of this case was improper. Plaintiffs' agreement to this Proposed Stipulated Consent Order Extending Time should not be construed as Plaintiffs' agreement or consent to the removal or to the jurisdiction of this Court.

JP Morgan Clearing Corp.; Merrill Lynch, Pierce, Fenner & Smith, Incorporated; Deutsche Bank Securities Inc.; Credit Suisse Securities (USA) LLC; Banc of America Securities LLC; and UBS Securities, LLC to answer or otherwise move in response to the Seventh Amended Complaint is extended through and including 10 calendar days after the entry of the Court's order granting or denying the pending Plaintiffs' Motion for Remand, Fees and Costs [Docket No. 7].[2]

So ORDERED this ___ day of October 2010.

                                                  _____
                                                  J. Owen Forrester, Senior Judge
                                                  United States District Court

---

[2] Plaintiffs do not believe that these Defendants have the ability to file a pleading other than an answer in response to the Seventh Amended Complaint. By entering into this stipulation, Plaintiffs do not agree that any response other than an answer is permitted and do not waive the argument that a filing other than an answer is impermissible.

Jointly submitted this 20th day of October 2010.

| | |
|---|---|
| /s/ Nicole G. Iannarone | /s/ Richard H. Sinkfield |
| JOHN E. FLOYD | RICHARD H. SINKFIELD |
| Georgia Bar No. 266413 | Georgia Bar No. 649100 |
| Email: floyd@bmelaw.com | E-mail: rsinkfield@rh-law.com |
| | |
| STEVEN J. ROSENWASSER | Dan F. Laney III |
| Georgia Bar No. 614908 | Georgia Bar No. 435290 |
| Email: rosenwasser@bmelaw.com | E-mail: dlaney@rh-law.com |
| | |
| NICOLE G. IANNARONE | ROGERS & HARDIN LLP |
| Georgia Bar No. 382510 | 229 Peachtree Street, N.E. |
| Email: iannarone@bmelaw.com | 2700 International Tower |
| | Atlanta, Georgia  30303 |
| BONDURANT, MIXON & ELMORE LLP | Tel.:   404-522-4700 |
| 3900 One Atlantic Center | Fax:   404-525-2224 |
| 1201 West Peachtree Street, N.W. | |
| Atlanta, GA  30309 | *Attorneys for Defendants Morgan Stanley & Co. Incorporated; Goldman, Sachs & Co.; Goldman Sachs Execution & Clearing, L.P.; Bear Stearns & Co., Inc., n/k/a JP Morgan Securities LLC; Bear Stearns Securities Corp., n/k/a JP Morgan Clearing Corp.; Merrill Lynch, Pierce, Fenner & Smith, Incorporated; Deutsche Bank Securities Inc.; Credit Suisse Securities (USA) LLC; Banc of America Securities LLC; and UBS Securities, LLC* |
| Tel.:   404-881-4100 | |
| Fax:   404-881-4111 | |
| | |
| *Attorneys for Plaintiffs* | |

3

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> MORGAN STANLEY & CO., INC., *et al.* <br><br> Defendants. | CIVIL ACTION NUMBER: <br> 1:10-CV-03108-JOF |

## CERTIFICATE OF SERVICE

I hereby certify that on October 20th, 2010, I served a copy of the foregoing

**[PROPOSED] STIPULATED CONSENT ORDER EXTENDING TIME** with

the Clerk of Court using the CM/ECF system which will automatically send e-mail

notification of such filing to the following attorneys of record:

> John E. Floyd, Esq.
> floyd@bmelaw.com
>
> Steven J. Rosenwasser, Esq.
> rosenwasser@bmelaw.com
>
> Nicole G. Iannarone
> iannarone@bmelaw.com
>
> Elizabeth G. Eager
> eager@bmelaw.com

and that I have caused a copy to be served by U.S. Mail on the following attorneys of record:

>James W. Christian, Esq.
>CHRISTIAN, SMITH & JEWELL LLP
>2302 Fannin, Suite 500
>Houston, TX  77002
>
>Robert F. Wise, Jr., Esq.
>William J. Fenrich, Esq.
>Melissa Aoyagi, Esq.
>DAVIS POLK & WARDWELL LLP
>450 Lexington Avenue
>New York, NY  10017
>
>Richard H. Klapper, Esq.
>Richard C. Pepperman, II, Esq.
>Tracy Richelle High, Esq.
>SULLIVAN & CROMWELL LLP
>125 Broad Street
>New York, NY  10004-2498
>
>Stephen L. Ratner, Esq.
>Brian L. Friedman, Esq.
>PROSKAUER ROSE LLP
>1585 Broadway
>New York, NY  10036
>
>Gregory A. Markel, Esq.
>Martin L. Seidel, Esq.
>Peter J. Isajiw, Esq.
>Heather L. Fesnak, Esq.
>CADWALADER, WICKERSHAM & TAFT LLP
>One World Financial Center
>New York, NY  10281

Fraser L. Hunter, Jr., Esq.
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY  10022

Andrew J. Frackman, Esq.
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY  10036

Andrew B. Clubok, Esq.
Jeffrey G. Landis, Esq.
Jeffrey M. Gould, Esq.
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC  20005

/*s*/ Richard H. Sinkfield
───────────────────────────
Richard H. Sinkfield
Georgia Bar No. 649100
rsinkfield@rh-law.com

3