# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> MORGAN STANLEY & CO., INC., *et al.* <br><br> Defendants. | CIVIL ACTION NUMBER: <br> 1:10-CV-03108-JOF |

## [PROPOSED] STIPULATION AND CONSENT ORDER EXTENDING TIME

Plaintiffs and Defendant Merrill Lynch, Pierce, Fenner & Smith, Incorporated ("Merrill Lynch") have conferred and stipulated to extend Merrill Lynch's time to file a response to Plaintiffs' Motion to Compel Against Defendant Merrill Lynch, filed on September 21, 2010 in the State Court of Fulton County, Georgia (the "Motion to Compel").[1]  This action was removed to this Court on September 28, 2010, from the State Court of Fulton County, Georgia.[2]

---

[1]  By entering into this Stipulation, Plaintiffs reserve their right to assert that the deadline for Merrill Lynch to file a response to the Motion to Compel has passed and that Merrill Lynch therefore is deemed not to have opposed the motion.

[2]  Plaintiffs believe that the removal was improper, and have moved to remand this action to the State Court.  Consequently, Plaintiffs have agreed to this Proposed Stipulation and Consent Order Extending Time only because of

By agreement among Plaintiffs and Merrill Lynch, and for good cause shown, it is hereby ORDERED that the time for the Merrill Lynch to file a response to the Motion to Compel is extended through and including October 28, 2010.  By entering this Order the Court takes no position on whether Merrill Lynch has missed the deadline for responding to the Motion to Compel, and does not limit Plaintiffs' ability to argue that point and for this Court to so find.

So ORDERED this ___ day of October 2010.

_____
J. Owen Forrester, Senior Judge
United States District Court

---

the need to address a pending deadline, and this Stipulation and Consent Order should not be construed as Plaintiffs' agreement or consenting to the removal or the jurisdiction of this Court.

Jointly submitted this 21st day of October 2010.

| | |
|---|---|
| */s/* Steven J. Rosenwasser | */s/* Richard H. Sinkfield |
| JOHN E. FLOYD | RICHARD H. SINKFIELD |
| Georgia Bar No. 266413 | Georgia Bar No. 649100 |
| Email: floyd@bmelaw.com | E-mail: rsinkfield@rh-law.com |
| | |
| STEVEN J. ROSENWASSER | Dan F. Laney III |
| Georgia Bar No. 614908 | Georgia Bar No. 435290 |
| Email: rosenwasser@bmelaw.com | E-mail: dlaney@rh-law.com |
| | |
| NICOLE G. IANNARONE | ROGERS & HARDIN LLP |
| Georgia Bar No. 382510 | 229 Peachtree Street, N.E. |
| Email: iannarone@bmelaw.com | 2700 International Tower |
| | Atlanta, Georgia 30303 |
| BONDURANT, MIXON & ELMORE LLP | Tel.: 404-522-4700 |
| 3900 One Atlantic Center | Fax: 404-525-2224 |
| 1201 West Peachtree Street, N.W. | *Attorneys for Defendant Merrill Lynch, Pierce, Fenner & Smith, Incorporated* |
| Atlanta, GA 30309 | |
| Tel.: 404-881-4100 | |
| Fax: 404-881-4111 | |
| | |
| *Attorneys for Plaintiffs* | |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> MORGAN STANLEY & CO., INC., *et al.* <br><br> Defendants. | CIVIL ACTION NUMBER: <br> 1:10-CV-03108-JOF |

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day caused a copy of the foregoing

***[PROPOSED] STIPULATION AND CONSENT ORDER EXTENDING TIME***

to be filed with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

>John E. Floyd, Esq.
>floyd@bmelaw.com

>Steven J. Rosenwasser, Esq.
>rosenwasser@bmelaw.com

and have caused a copy of the foregoing to be served on the following attorneys of record by U.S. Mail:

James W. Christian, Esq.
CHRISTIAN, SMITH & JEWELL LLP
2302 Fannin, Suite 500
Houston, TX  77002

Robert F. Wise, Jr., Esq.
William J. Fenrich, Esq.
Melissa Aoyagi, Esq.
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY  10017

Richard H. Klapper, Esq.
Richard C. Pepperman, II, Esq.
Tracy Richelle High, Esq.
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY  10004-2498

Stephen L. Ratner, Esq.
Brian L. Friedman, Esq.
PROSKAUER ROSE LLP
1585 Broadway
New York, NY  10036

Gregory A. Markel, Esq.
Martin L. Seidel, Esq.
Peter J. Isajiw, Esq.
Heather L. Fesnak, Esq.
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, NY  10281

Fraser L. Hunter, Jr., Esq.
WILMER CUTLER PICKERING HALE AND
DORR LLP
399 Park Avenue
New York, NY  10022

Andrew J. Frackman, Esq.
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY  10036

Andrew B. Clubok, Esq.
Jeffrey G. Landis, Esq.
Jeffrey M. Gould, Esq.
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC  20005


Dated:  October 21, 2010

/*s*/ Richard H. Sinkfield
_____
RICHARD H. SINKFIELD
Georgia Bar No. 649100
E-mail: rsinkfield@rh-law.com

*Attorneys for Defendant Merrill Lynch, Pierce, Fenner & Smith, Incorporated*