IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.*, | CIVIL ACTION NO. 1:10-CV-03108-JOF |
| Plaintiffs, | |
| v. | |
| MORGAN STANLEY & CO., INC., *et al.*, | |
| Defendants. | |

### MOTION FOR EXTENSION OF TIME FOR DEFENDANTS OTHER THAN MERRILL LYNCH PROFESSIONAL CLEARING CORP. TO RESPOND TO PLAINTIFFS' MOTION TO REMAND (AND MEMORANDUM IN SUPPORT)

Defendants Morgan Stanley & Co. Incorporated; Goldman, Sachs & Co.; Goldman Sachs Execution & Clearing, L.P.; Bear Stearns & Co., Inc., n/k/a JP Morgan Securities LLC; Bear Stearns Securities Corp., n/k/a JP Morgan Clearing Corp.; Merrill Lynch, Pierce, Fenner & Smith, Incorporated; Deutsche Bank Securities Inc.; Credit Suisse Securities (USA) LLC; Banc of America Securities LLC; and UBS Securities, LLC (collectively, "these Defendants") respectfully move the Court to extend the period within which they may respond to the

Plaintiffs' Motion for Remand, Fees and Costs [Docket No. 7] for an additional two days.

Responses to the Plaintiffs' motion to remand are presently due to be filed on Monday, October 25, 2010. These Defendants understand that Defendant Merrill Lynch Professional Clearing Corp. (the party filing the notice of removal in this action) expects to file its response on that date. These Defendants request that the Court grant to them an additional two days to file their response in order to lessen or avoid duplication and thereby lessen the briefing before the Court.

Plaintiffs' counsel have advised these Defendants' counsel that they neither consent to nor oppose this request.

These Defendants submit herewith a proposed Order for the Court's consideration.

This 22nd day of October 2010.

/s/
Richard H. Sinkfield
rsinkfield@rh-law.com
Georgia Bar No. 649100

Dan F. Laney III
dlaney@rh-law.com

Georgia Bar No. 435290

*Attorneys for Defendants Morgan Stanley & Co. Incorporated; Goldman, Sachs & Co.; Goldman Sachs Execution & Clearing, L.P.; Bear Stearns & Co., Inc., n/k/a JP Morgan Securities LLC; Bear Stearns Securities Corp., n/k/a JP Morgan Clearing Corp.; Merrill Lynch, Pierce, Fenner & Smith, Incorporated; Deutsche Bank Securities Inc.; Credit Suisse Securities (USA) LLC; Banc of America Securities LLC; and UBS Securities, LLC*

ROGERS & HARDIN LLP
2700 International Tower
229 Peachtree Street, N.E.
Atlanta, Georgia 30303
Tel: 404-522-4700
Fax: 404-525-2224

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MORGAN STANLEY & CO., INC., *et al.*, <br><br> Defendants. | CIVIL ACTION NO. <br> 1:10-CV-03108-JOF |

## [PROPOSED] ORDER EXTENDING TIME

It is hereby ORDERED that the time for Defendants Morgan Stanley & Co. Incorporated; Goldman, Sachs & Co.; Goldman Sachs Execution & Clearing, L.P.; Bear Stearns & Co., Inc., n/k/a JP Morgan Securities LLC; Bear Stearns Securities Corp., n/k/a JP Morgan Clearing Corp.; Merrill Lynch, Pierce, Fenner & Smith, Incorporated; Deutsche Bank Securities Inc.; Credit Suisse Securities (USA) LLC; Banc of America Securities LLC; and UBS Securities, LLC to respond to the

Plaintiffs' Motion for Remand, Fees and Costs [Docket No. 7] is extended through and including Wednesday, October 27, 2010.

So ORDERED this ___ day of October 2010.

_____
J. Owen Forrester, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.*, | CIVIL ACTION NO. 1:10-CV-03108-JOF |
| Plaintiffs, | |
| v. | |
| MORGAN STANLEY & CO., INC., *et al.*, | |
| Defendants. | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2010, I caused to be served a copy of the foregoing **MOTION FOR EXTENSION OF TIME FOR DEFENDANTS OTHER THAN MERRILL LYNCH PROFESSIONAL CLEARING CORP. TO RESPOND TO PLAINTIFFS' MOTION TO REMAND (AND MEMORANDUM IN SUPPORT)** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

> John E. Floyd, Esq.
> floyd@bmelaw.com
>
> Steven J. Rosenwasser, Esq.

rosenwasser@bmelaw.com

Nicole G. Iannarone
iannarone@bmelaw.com

Elizabeth G. Eager
eager@bmelaw.com

and that I have caused a copy to be served by U.S. Mail on the following attorneys:

James W. Christian, Esq.
CHRISTIAN, SMITH & JEWELL LLP
2302 Fannin, Suite 500
Houston, TX  77002

Robert F. Wise, Jr., Esq.
William J. Fenrich, Esq.
Melissa Aoyagi, Esq.
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY  10017

Richard H. Klapper, Esq.
Richard C. Pepperman, II, Esq.
Tracy Richelle High, Esq.
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY  10004-2498

Stephen L. Ratner, Esq.
Brian L. Friedman, Esq.
PROSKAUER ROSE LLP
1585 Broadway
New York, NY  10036

Gregory A. Markel, Esq.
Martin L. Seidel, Esq.
Peter J. Isajiw, Esq.
Heather L. Fesnak, Esq.
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, NY 10281

Fraser L. Hunter, Jr., Esq.
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY 10022

Andrew J. Frackman, Esq.
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY 10036

Andrew B. Clubok, Esq.
Jeffrey G. Landis, Esq.
Jeffrey M. Gould, Esq.
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC 20005

/s/
Richard H. Sinkfield
Georgia Bar No. 649100
rsinkfield@rh-law.com

ROGERS & HARDIN LLP
229 Peachtree Street, N.E.
2700 International Tower
Atlanta, Georgia 30303

3

Tel.:  404-522-4700
Fax:  404-525-2224

4