IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TASER INTERNATIONAL, INC., *et al.*,    )
                                        )      Case No.:
                                        )      1:10-CV-03108-JOF
           Plaintiffs,          )
                                          )
                                          )
v.                                        )
                                          )
MORGAN STANLEY & CO., INC., *et al.*,    )
                                          )
          Defendants.         )
_____)

## <u>ORDER</u>

WHEREAS, Plaintiffs filed a motion to compel Defendant Merrill Lynch, Pierce, Fenner & Smith Incorporated ("Merrill Lynch") to produce documents relating to the Certain Threshold Securities Investigation (the "Investigation").[1]

WHEREAS, Merrill Lynch has agreed to produce by no later than November 8, 2010, all documents, e-mail, data, correspondence, and other materials ("Documents") sent to or received from the Securities Exchange Commission, AMEX, the Department of Justice or the United State Attorney

---

[1]  Plaintiffs believe that the removal of this action was improper, and have moved to remand this action to the State Court.  This Order shall not be construed as Plaintiffs' agreement or consent to the removal or the jurisdiction of this Court.

(hereafter, the "Agencies") in connection with the Investigation, with the exception of transcripts and audio recordings (together the "Recordings") of telephone calls in the State of Illinois.  Merrill Lynch has also agreed to produce all Documents sent or received by Merrill Lynch Professional Clearing Corp. and Merrill Lynch PAX to or from the Agencies in connection with the Investigation.

WHEREAS, Merrill Lynch has agreed to produce transcripts of any testimony or interviews given by any current or former employee of Merrill Lynch, Merrill Lynch Professional Clearing Corp., or Merrill Lynch PAX in connection with the Investigation.

WHEREAS, Merrill Lynch cannot identify the participants on many of the Recordings that were provided to the Agencies and cannot confirm at this time that all parties consented to the extent required by Illinois's two-party consent statute, 720 Ill. Comp. Stat. 5/14-2, and/or other applicable privacy and electronic communication privacy statutes.

WHEREAS, Merrill Lynch has refused to produce the Recordings absent a court order.

WHEREFORE, having heard from the parties, the Court hereby ORDERS that Merrill Lynch shall produce to Plaintiffs on or before November 8, 2010, all Recordings produced to or by the Agencies in

connection with the Investigation.  Nothing in this Order shall be construed as a finding that the Recordings or any other documents relating to the Investigation are relevant to the claims and/or defenses in this action or that these Recordings were made without consent.  Nothing in this Order shall be construed as deciding whether Plaintiffs are entitled to obtain a copy of any Recordings that were not produced to or by an Agency, and Plaintiffs shall be entitled to move to compel a copy of any such Recordings.  Merrill Lynch maintains all objections and defenses to any such motion.

Plaintiffs' Motion to Compel Against Defendant Merrill Lynch, filed September 21, 2010, is DENIED as moot, and Plaintiffs' request for attorney's fees and costs is also DENIED.

So ORDERED this _____ day of October, 2010.


_____
J. Owen Forrester, Senior Judge
United States District Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

TASER INTERNATIONAL, INC.,
*et al.*

      Plaintiffs,

v.

MORGAN STANLEY & CO., INC.,
*et al.*

      Defendants.

CIVIL ACTION NUMBER:
1:10-CV-03108-JOF

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day caused a copy of the foregoing

proposed ***ORDER*** to be filed with the Clerk of Court using the CM/ECF system,

which will automatically send e-mail notification of such filing to the following

attorneys of record:

        John E. Floyd, Esq.
        floyd@bmelaw.com

        Steven J. Rosenwasser, Esq.
        rosenwasser@bmelaw.com

        Nicole G. Iannarone, Esq.
        iannarone@bmelaw.com

        Elizabeth G. Eager, Esq.
        eager@bmelaw.com

        Robert L. Ashe, III, Esq.

ashe@bmelaw.com

Michael A. Caplan, Esq.
caplan@bmelaw.com

and have caused a copy of the foregoing to be served on the following attorneys of

record by U.S. Mail:

James W. Christian, Esq.
CHRISTIAN, SMITH & JEWELL LLP
2302 Fannin, Suite 500
Houston, TX  77002

Robert F. Wise, Jr., Esq.
William J. Fenrich, Esq.
Melissa Aoyagi, Esq.
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY  10017

Richard H. Klapper, Esq.
Richard C. Pepperman, II, Esq.
Tracy Richelle High, Esq.
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY  10004-2498

Stephen L. Ratner, Esq.
Brian L. Friedman, Esq.
PROSKAUER ROSE LLP
1585 Broadway
New York, NY  10036

Gregory A. Markel, Esq.
Martin L. Seidel, Esq.
Peter J. Isajiw, Esq.
Heather L. Fesnak, Esq.
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, NY  10281

Fraser L. Hunter, Jr., Esq.
WILMER CUTLER PICKERING HALE AND
DORR LLP
399 Park Avenue
New York, NY  10022

Andrew J. Frackman, Esq.
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY  10036

Andrew B. Clubok, Esq.
Jeffrey G. Landis, Esq.
Jeffrey M. Gould, Esq.
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC  20005


Dated:  October 25, 2010

                                        /s/ James W. Cobb
                                        _____
                                        James W. Cobb
                                        ROGERS & HARDIN LLP
                                        Georgia Bar No. 420133
                                        E-mail: jcobb@rh-law.com

                                        Attorneys for Defendants