IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.*<br><br>    Plaintiffs,<br><br>v.<br><br>MORGAN STANLEY & CO., INC., *et al.*<br><br>    Defendants. | CIVIL ACTION NUMBER:<br>1:10-CV-03108-JOF |

### [PROPOSED] STIPULATION AND CONSENT ORDER EXTENDING TIME

Plaintiffs and Defendants have stipulated to extend pending deadlines in the above-captioned action, which was removed to this Court on September 28, 2010 from the State Court of Fulton County, Georgia.[1]

By agreement among the parties, and for good cause shown, it is hereby ORDERED that:

1.  The time for reply briefs to filed for the following motions is extended through and including 7 calendar days after the entry of the Court's order granting

---

[1] Plaintiffs believe that the removal of this case was improper. Plaintiffs' agreement to this Proposed Stipulated Consent Order Extending Time should not be construed as Plaintiffs' agreement or consent to the removal or to the jurisdiction of this Court.

or denying the pending Plaintiffs' Motion for Remand, Fees and Costs [Docket No. 7]:

- UBS Securities, LLC's Motion to Strike;

- Plaintiffs' Request to Hold Motion in Abeyance;

- Deutsche Bank Securities, Inc.'s Motion for a Protective Order Regarding 30(b)(6) Depositions;

- Goldman Sachs Defendants' Motion for a Protective Order Regarding 30(b)(6) Depositions;

- Defendants' Motion to Compel Production of Plaintiffs' Hearing Presentation Notebook;

- Plaintiffs' Motion for Sanctions Against BAS; and

- Plaintiffs' Motion to Compel Against Merrill Lynch.

So ORDERED this ___ day of October 2010.

                                                            J. Owen Forrester, Senior Judge
                                                            United States District Court

Jointly submitted this 25th day of October 2010.

/s/ Elizabeth G. Eager
JOHN E. FLOYD
Georgia Bar No. 266413
Email: floyd@bmelaw.com

STEVEN J. ROSENWASSER
Georgia Bar No. 614908
Email: rosenwasser@bmelaw.com

NICOLE G. IANNARONE
Georgia Bar No. 382510
Email: iannarone@bmelaw.com

ELIZABETH G. EAGER
Georgia Bar No. 644007
Email:  eager@bmelaw.com

BONDURANT, MIXSON &
ELMORE LLP
3900 One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, GA  30309
Tel.:  404-881-4100
Fax:  404-881-4111

*Attorneys for Plaintiffs*

/s/ Richard H. Sinkfield
RICHARD H. SINKFIELD
Georgia Bar No. 649100
E-mail: rsinkfield@rh-law.com

Dan F. Laney III
Georgia Bar No. 435290
E-mail: dlaney@rh-law.com

ROGERS & HARDIN LLP
229 Peachtree Street, N.E.
2700 International Tower
Atlanta, Georgia  30303
Tel.:   404-522-4700
Fax:   404-525-2224

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> MORGAN STANLEY & CO., INC., *et al.* <br><br> Defendants. | CIVIL ACTION NUMBER: <br> 1:10-CV-03108-JOF |

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day caused a copy of the foregoing

***[PROPOSED] STIPULATION AND CONSENT ORDER EXTENDING TIME***

to be filed with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

> John E. Floyd, Esq.
> floyd@bmelaw.com
>
> Steven J. Rosenwasser, Esq.
> rosenwasser@bmelaw.com
>
> Nicole G. Iannarone, Esq.
> iannarone@bmelaw.com
>
> Elizabeth G. Eager, Esq.
> eager@bmelaw.com

      Robert L. Ashe, III, Esq.
      ashe@bmelaw.com

      Michael A. Caplan, Esq.
      caplan@bmelaw.com

and have caused a copy of the foregoing to be served on the following attorneys of record by U.S. Mail:

      James W. Christian, Esq.
      CHRISTIAN, SMITH & JEWELL LLP
      2302 Fannin, Suite 500
      Houston, TX  77002

      Robert F. Wise, Jr., Esq.
      William J. Fenrich, Esq.
      Melissa Aoyagi, Esq.
      DAVIS POLK & WARDWELL LLP
      450 Lexington Avenue
      New York, NY  10017

      Richard H. Klapper, Esq.
      Richard C. Pepperman, II, Esq.
      Tracy Richelle High, Esq.
      SULLIVAN & CROMWELL LLP
      125 Broad Street
      New York, NY  10004-2498

      Stephen L. Ratner, Esq.
      Brian L. Friedman, Esq.
      PROSKAUER ROSE LLP
      1585 Broadway
      New York, NY  10036

Gregory A. Markel, Esq.
Martin L. Seidel, Esq.
Peter J. Isajiw, Esq.
Heather L. Fesnak, Esq.
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, NY  10281

Fraser L. Hunter, Jr., Esq.
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY  10022

Andrew J. Frackman, Esq.
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY  10036

Andrew B. Clubok, Esq.
Jeffrey G. Landis, Esq.
Jeffrey M. Gould, Esq.
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC  20005

Dated:  October 25, 2010

/*s*/ James W. Cobb
───────────────────────
James W. Cobb
ROGERS & HARDIN LLP
Georgia Bar No. 420133
E-mail: jcobb@rh-law.com

*Attorneys for Defendants*

3