IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.*, ) | |
| ) | Case No.: |
| ) | 1:10-CV-03108-JOF |
| Plaintiffs, ) | |
| ) | |
| ) | |
| v. ) | |
| ) | |
| MORGAN STANLEY & CO., INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## **STIPULATION**

Plaintiffs and Defendant Merrill Lynch, Pierce, Fenner & Smith Incorporated ("Merrill Lynch") do hereby stipulate and agree, by and among themselves, as follows:[1]

WHEREAS, Plaintiffs filed a motion to compel Merrill Lynch to produce documents, emails, data, correspondence, transcripts and other materials ("Documents") relating to the Certain Threshold Securities Investigation (the "Investigation").

---

[1] Plaintiffs believe that the removal was improper, and have moved to remand this action to the State Court. Consequently, Plaintiffs have agreed to this Stipulation only because of the need to address a pending deadline, and this Stipulation should not be construed as Plaintiffs' agreement or consent to the removal or the jurisdiction of this Court.

WHEREAS, Merrill Lynch objected to producing Documents relating to the Investigation on the ground that, among other things, the Documents are irrelevant to the claims and defenses in this action.

IT IS, THEREFORE, STIPULATED AND AGREED BY AND AMONG THE UNDERSIGNED PARTIES THAT:

Merrill Lynch will produce by no later than November 8, 2010, all documents, e-mail, data, correspondence, and other materials (the "Documents") sent to or received from the Securities Exchange Commission, AMEX, the Department of Justice or the United State Attorney (hereafter, the "Agencies") in connection with the Investigation, with the exception of transcripts and audio recordings (together the "Recordings") unless otherwise ordered by the Court. Merrill Lynch will also produce all Documents sent or received by Merrill Lynch Professional Clearing Corp. and Merrill Lynch PAX to or from the Agencies in connection with the Investigation, with the exception of the Recordings unless otherwise ordered by the Court.

Plaintiffs will withdraw their Motion to Compel against Defendant Merrill Lynch, dated September 21, 2010 (the "Motion"), by no later than October 28, 2010.

Plaintiffs will not seek sanctions or other relief against Merrill Lynch on the ground that it was required to produce the Documents sent to or received from the

Agencies at an earlier date. Plaintiffs reserve the right to seek sanctions or other relief on the ground that the Documents should have been produced for some reason other than they were sent to the Agencies, and Merrill Lynch reserves the right to object to any such request for relief.

Plaintiffs reserve the right to seek additional discovery based upon information identified, located or ascertained from the Documents. Merrill Lynch reserves the right to object to any additional discovery requests relating to the Investigation on any and all grounds, including but not limited to burden and relevance.

Plaintiffs will not take the position that by producing this data, Merrill Lynch has conceded or suggested that Merrill Lynch Professional Clearing Corp. or Merrill Lynch PAX are subject to general discovery in this case or that their conduct is relevant to the claims and defenses in this action.

Dated:  October 25, 2010

| | |
|---|---|
| */s/* John E. Floyd | */s/* Richard H. Sinkfield |
| JOHN E. FLOYD | RICHARD H. SINKFIELD |
| Georgia Bar No. 266413 | Georgia Bar No. 649100 |
| Email: floyd@bmelaw.com | E-mail: rsinkfield@rh-law.com |
| | |
| STEVEN J. ROSENWASSER | Dan F. Laney III |
| Georgia Bar No. 614908 | Georgia Bar No. 435290 |
| Email: rosenwasser@bmelaw.com | E-mail: dlaney@rh-law.com |
| | |
| NICOLE G. IANNARONE | ROGERS & HARDIN LLP |
| Georgia Bar No. 382510 | 229 Peachtree Street, N.E. |
| Email: iannarone@bmelaw.com | 2700 International Tower |
| | Atlanta, Georgia  30303 |
| BONDURANT, MIXSON & | Tel.:  404-522-4700 |
| ELMORE LLP | Fax:  404-525-2224 |
| 3900 One Atlantic Center | |
| 1201 West Peachtree Street, N.W. | *Attorneys for Defendant Merrill* |
| Atlanta, GA  30309 | *Lynch, Pierce, Fenner & Smith,* |
| Tel.:  404-881-4100 | *Incorporated* |
| Fax:  404-881-4111 | |

*Attorneys for Plaintiffs*

4

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> MORGAN STANLEY & CO., INC., *et al.* <br><br> Defendants. | CIVIL ACTION NUMBER: <br> 1:10-CV-03108-JOF |

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day caused a copy of the foregoing

***STIPULATION*** to be filed with the Clerk of Court using the CM/ECF system,

which will automatically send e-mail notification of such filing to the following

attorneys of record:

      John E. Floyd, Esq.
      floyd@bmelaw.com

      Steven J. Rosenwasser, Esq.
      rosenwasser@bmelaw.com

      Nicole G. Iannarone, Esq.
      iannarone@bmelaw.com

      Elizabeth G. Eager, Esq.
      eager@bmelaw.com

   Robert L. Ashe, III, Esq.
   ashe@bmelaw.com

   Michael A. Caplan, Esq.
   caplan@bmelaw.com

and have caused a copy of the foregoing to be served on the following attorneys of record by U.S. Mail:

   James W. Christian, Esq.
   CHRISTIAN, SMITH & JEWELL LLP
   2302 Fannin, Suite 500
   Houston, TX  77002

   Robert F. Wise, Jr., Esq.
   William J. Fenrich, Esq.
   Melissa Aoyagi, Esq.
   DAVIS POLK & WARDWELL LLP
   450 Lexington Avenue
   New York, NY  10017

   Richard H. Klapper, Esq.
   Richard C. Pepperman, II, Esq.
   Tracy Richelle High, Esq.
   SULLIVAN & CROMWELL LLP
   125 Broad Street
   New York, NY  10004-2498

   Stephen L. Ratner, Esq.
   Brian L. Friedman, Esq.
   PROSKAUER ROSE LLP
   1585 Broadway
   New York, NY  10036

Gregory A. Markel, Esq.
Martin L. Seidel, Esq.
Peter J. Isajiw, Esq.
Heather L. Fesnak, Esq.
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, NY  10281

Fraser L. Hunter, Jr., Esq.
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY  10022

Andrew J. Frackman, Esq.
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY  10036

Andrew B. Clubok, Esq.
Jeffrey G. Landis, Esq.
Jeffrey M. Gould, Esq.
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC  20005

Dated:  October 25, 2010

/*s*/ James W. Cobb
_____

James W. Cobb
ROGERS & HARDIN LLP
Georgia Bar No. 420133
E-mail: jcobb@rh-law.com

Attorneys for Defendant