# EXHIBIT L

WK_ NYSE 2440C Rule 440C Deliveries Against Short Sales.pdf

# 2004 NYSE Rule Archives, Regulation, NYSE, ¶2440C, Rule 440C. Deliveries Against Short Sales

http://prod.resource.cch.com/resource/scion/document/default/20100113T1047182780600d3e125307?cfu=Legal

[Archive rulebook — NYSE APR 2004]

## Rule 440C.  Deliveries Against Short Sales

• • • *SupplementaryMaterial:* ................................................................................................................

**.10 Failure to deliver.** —No member or member organization should "fail to deliver" against a short sale of a security on a national securities exchange until a diligent effort has been made by such member or organization to borrow the necessary securities to make delivery.

................................................................................................................................................

(a) Copyright 2004 The New York Stock Exchange, Inc. All rights reserved.

(b) The NYSE Content is reproduced by permission of the New York Stock Exchange, Inc., under a non-exclusive license agreement. NYSE accepts no responsibility for the accuracy or currentness or otherwise of the reproduction of the NYSE Content contained herein.