EXHIBIT Q

1  MORGAN, LEWIS & BOCKIUS LLP
   JOSEPH E. FLOREN, State Bar No. 168292
2  JAMI WINTZ MCKEON, State Bar No. 237923
   CHRISTOPHER J. BANKS, State Bar No. 218779
3  MATTHEW S. WEILER, State Bar No. 236052
   One Market, Spear Street Tower
4  San Francisco, CA  94105-1126
   Tel: 415.442.1000
5  Fax: 415.442.1001

6  Attorneys for Defendant
   THE GOLDMAN SACHS GROUP, INC.

7

**FILED**
Superior Court of California
County of Los Angeles

Ч MAY 28 2010

John A. Clarke, Executive Officer/ Clerk
By _M. Rodriguez_, Deputy
    M. RODRIGUEZ

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                      COUNTY OF LOS ANGELES

10

11  SIGNALIFE, INC., A Delaware
    Corporation, dba HEARTTRONICS

12              Plaintiff,

13         vs.

14  WILLIAM McMAHAN, an individual, et
    al.,

15

16              Defendants.

17

18

19

20

21

22

23

24

Case No. BC 397448

**NOTICE OF RULING ON DEMURRER TO
PLAINTIFF'S THIRD AMENDED
COMPLAINT BY DEFENDANTS BANC OF
AMERICA SECURITIES LLC; THE BANK
OF NEW YORK MELLON; CITIGROUP,
INC.; CHARLES SCHWAB & CO., INC.;
DEUTSCHE BANK SECURITIES INC.;
E*TRADE SECURITIES, LLC; THE
GOLDMAN SACHS GROUP, INC.; JP
MORGAN CLEARING CORP.; MORGAN
STANLEY & CO. INCORPORATED;
MERRILL LYNCH, PIERCE, FENNER &
SMITH INCORPORATED; SCOTTRADE,
INC.; AND UBS SECURITIES LLC**

ASSIGNED FOR ALL PURPOSES TO
DEPARTMENT 309, CENTRAL CIVIL WEST
COURTHOUSE

Date:    May 27, 2010
Time:    10:00 a.m.
Dep't:   309
Judge:   Hon. Anthony J. Mohr

25  **TO ALL PARTIES AND COUNSEL OF RECORD:**

26       **PLEASE TAKE NOTICE** that on May 27, 2010 the Court heard argument on the

27  Demurrer to Plaintiff's Third Amended Complaint of Defendants Banc of America Securities

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21721301.1

1

NOTICE OF RULING

1  LLC, The Bank of New York Mellon, Citigroup, Inc., Charles Schwab & Co., Inc., Deutsche

2  Bank Securities Inc., E*TRADE Securities, LLC, The Goldman Sachs Group, Inc., JP Morgan

3  Clearing Corp., Morgan Stanley & Co. Incorporated, Merrill Lynch, Pierce, Fenner & Smith

4  Incorporated, Scottrade, Inc., and UBS Securities LLC ("Financial Defendants"), and ruled as

5  follows:

6      1.     The Financial Defendants' Demurrer to the Third Amended Complaint is

7  SUSTAINED.

8      2.     Plaintiff's request for leave to amend is GRANTED.  Plaintiff shall file a Fourth

9  Amended Complaint within 30 days.

10     3.     The Financial Defendants shall file their answers, demurrers, motions, or other

11  responses to Plaintiff's Fourth Amended Complaint within 30 days after service thereof.

12

13  Dated: May 28, 2010                    MORGAN, LEWIS & BOCKIUS LLP

14

15                                        By _Joseph E. Floren /DMM_
                                             Joseph E. Floren
16                                           Attorneys for Defendant
                                             THE GOLDMAN SACHS GROUP, INC.
17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21721301.1                                2

NOTICE OF RULING

1

| | | |
|---|---|---|
| 1 | CASE NUMBER: | BC397448 |
| 2 | CASE NAME: | SIGNALIFE INC. VS. |
| 3 | | KENNETH VIANALE, ET AL. |
| 4 | LOS ANGELES, CALIFORNIA | THURSDAY, MAY 27 2010 |
| 5 | DEPARTMENT 309 | HON. ANTHONY J. MOHR, JUDGE |
| 6 | APPEARANCES: | (AS HERETOFORE NOTED.) |
| 7 | REPORTER: | CLAUDIA VECCHI-CORTEZ, |
| 8 | | CSR NO. 11630 |
| 9 | TIME: | A.M. SESSION |

10

11

12                  (THE FOLLOWING PROCEEDINGS

13                  WERE HELD IN OPEN COURT.)

14

15

16        THE COURT:  OKAY.  SIGNALIFE, COME ON FORWARD.

17        MR. FIRESTEIN:  GOOD MORNING, YOUR HONOR.

18 MICHAEL FIRESTEIN OF PROSKAUER ON BEHALF OF JP MORGAN

19 CLEARING.

20        MR. FLOREN:  GOOD MORNING, YOUR HONOR.

21 JOSEPH FLOREN WITH MORGAN LEWIS ON BEHALF OF GOLDMAN

22 SACHS GROUP INC.

23        MR. MARCUS:  GOOD MORNING, YOUR HONOR.

24 DAVID MARCUS FROM WILMER HALE ON BEHALF OF THE CITIGROUP

25 INC.

26        MS. BRETAN:  JENNIFER BRETAN OF FENWICK & WEST ON

27 BEHALF OF DEUTSCHE BANK SECURITIES, INC.

28        MR. HOROWITZ:  DAVID HOROWITZ OF KIRKLAND ELLIS ON

1  SEVERAL EXAMPLES WHERE THIS IS NOT ONLY PERMITTED, BUT

2  GOOD.   AND WE JUST DON'T SEE ANYTHING IN THE COMPLAINT

3  TO SAY -- TO ADD.   WE SEE AN ARGUMENT BY PLAINTIFF THAT

4  NAKED SHORT SELLING IS, PER SE, MANIPULATIVE.   THAT'S

5  WHAT THEIR PAPERS SAY.   I THINK COUNSEL HAS CHANGED HIS

6  TUNE HERE TODAY.   BUT THAT'S WHAT HIS OPPOSITION SAID.

7  AND THAT'S NOT THE CASE ON --

8       THE COURT:   WELL, LET ME STOP YOU.   I TEND TO

9  THINK YOU ARE RIGHT AND I TEND TO THINK YOU ARE GOING TO

10  WIN THIS CASE.   BUT I THINK YOU ARE GOING TO WIN THIS

11  CASE THE NEXT TIME.   I AM GOING TO LET HIM AMEND.   AND

12  THIS IS REALLY IT.   OKAY?   SO DO YOUR VERY, VERY BEST

13  BECAUSE IF THERE ARE PROBLEMS THE NEXT TIME WITH THIS

14  CAUSE OF ACTION, THEN I WILL SUSTAIN WITHOUT LEAVE TO

15  AMEND.   BUT I REALLY WANT TO INDULGE YOU AS MUCH AS I

16  CAN.   I KNOW THERE ARE CASES OUT THERE, IN FACT, WHERE

17  LITERALLY AT ORAL ARGUMENT AT THE COURT OF APPEAL THERE

18  HAVE BEEN SITUATIONS WHERE COUNSEL SAYS "AND BY THE WAY,

19  IF YOU LET ME AMEND, HERE IS ANOTHER IDEA THAT I JUST

20  CAME UP WITH; ANOTHER CLAIM," AND THE COURT HAS REVERSED

21  BASED ON THAT.   SO I THINK WE'LL LET YOU GO ONE MORE

22  ROUND.   BUT REALLY MAKE THIS YOUR VERY BEST.

23       MR. SPIVAK:   YOUR HONOR, I'VE HEARD EVERYTHING

24  YOU'VE SAID.   THANK YOU FOR ALLOWING ME TO AMEND, BUT

25  I'VE HEARD THE REST OF WHAT YOU SAID AS WELL.

26       THE COURT:   OKAY.   HOW MUCH TIME DO YOU NEED TO

27  AMEND?   30 DAYS?

28       MR. SPIVAK:   30 DAYS WOULD BE SUFFICIENT.

1          THE COURT:  3O DAYS.  THEREAFTER 3O DAYS TO

2    ANSWER, MOVE, OR OTHERWISE PLEAD.  AND YOU ARE GOING TO

3    HAVE TO DO IT WITH WHAT YOU KNOW.  I'M JUST NOT GOING TO

4    START OPENING THE FLOODGATES OF DISCOVERY.  YOUR

5    PREDECESSORS DID SAY THEY COULD GO TO TRIAL WITH WHAT

6    THEY'VE GOT.  SO WE'LL SEE WHERE WE GO.

7          MR. SPIVAK:  ALL RIGHT.  I'LL CONTINUE NOT TO

8    COMMENT ON MY PREDECESSORS.

9          THE COURT:  OKAY.  WILL YOU GIVE NOTICE, PLEASE.

10         MR. FLOREN:  WE SHALL, YOUR HONOR.

11         THE COURT:  ALL RIGHT.

12         IN UNISON:  THANK YOU VERY MUCH.

13         THE COURT:  ALL RIGHT.

14

15              (THE PROCEEDINGS WERE CONCLUDED.)

16                      -OOO-

17

18

19

20

21

22

23

24

25

26

27

28