IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.*<br><br>        Plaintiffs,<br><br>v.<br><br>MORGAN STANLEY & CO., INC., *et al.*<br><br>        Defendants. | CIVIL ACTION NUMBER:<br>1:10-CV-03108-JOF |

## STIPULATION TO EXTEND TIME TO SERVE INITIAL DISCLOSURES

This case was removed to this Court from the State Court of Fulton County, Georgia on September 28, 2010.[1] Pursuant to L.R. 26.1(B)(4), the deadline for the parties to exchange initial disclosures under Rule 26(a)(1)(A) of the Federal Rules of Civil Procedure is October 28, 2010. The parties hereby stipulate, pursuant to Rule 26(a)(1)(C) of the Federal Rules of Civil Procedure, to extend the deadline to exchange initial disclosures through and including November 4, 2010.

---

[1] Plaintiffs believe that the removal of this case was improper. Plaintiffs' agreement to this Stipulation to Extend Time to Serve Initial Disclosures should not be construed as Plaintiffs' agreement or consent to the removal or to the jurisdiction of this Court.

Jointly submitted this 28th day of October, 2010.

| | |
|---|---|
| /s/ Nicole G. Iannarone | /s/ Richard H. Sinkfield |
| JOHN E. FLOYD | RICHARD H. SINKFIELD |
| Georgia Bar No. 266413 | Georgia Bar No. 649100 |
| Email: floyd@bmelaw.com | E-mail: rsinkfield@rh-law.com |
| | |
| STEVEN J. ROSENWASSER | Dan F. Laney III |
| Georgia Bar No. 614908 | Georgia Bar No. 435290 |
| Email: rosenwasser@bmelaw.com | E-mail: dlaney@rh-law.com |
| | |
| NICOLE G. IANNARONE | ROGERS & HARDIN LLP |
| Georgia Bar No. 382510 | 229 Peachtree Street, N.E. |
| Email: iannarone@bmelaw.com | 2700 International Tower |
| | Atlanta, Georgia  30303 |
| BONDURANT, MIXON & ELMORE LLP | Tel.:   404-522-4700 |
| 3900 One Atlantic Center | Fax:   404-525-2224 |
| 1201 West Peachtree Street, N.W. | |
| Atlanta, GA  30309 | *Attorneys for Defendants Morgan Stanley & Co. Incorporated; Goldman, Sachs & Co.; Goldman Sachs Execution & Clearing, L.P.; Bear Stearns & Co., Inc., n/k/a JP Morgan Securities LLC; Bear Stearns Securities Corp., n/k/a JP Morgan Clearing Corp.; Merrill Lynch, Pierce, Fenner & Smith, Incorporated; Deutsche Bank Securities Inc.; Credit Suisse Securities (USA) LLC; Banc of America Securities LLC; UBS Securities, LLC; and Merrill Lynch Professional Clearing Corporation* |
| Tel.:   404-881-4100 | |
| Fax:   404-881-4111 | |
| | |
| *Attorneys for Plaintiffs* | |

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> MORGAN STANLEY & CO., INC., *et al.* <br><br> Defendants. | CIVIL ACTION NUMBER: <br> 1:10-CV-03108-JOF |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2010, I caused a copy of the foregoing

**STIPULATION TO EXTEND TIME TO SERVE INITIAL DISCLOSURES**

to be filed with the Clerk of Court using the CM/ECF system, which will

automatically send e-mail notification of such filing to the following attorneys of

record:

>John E. Floyd, Esq.
>floyd@bmelaw.com
>
>Steven J. Rosenwasser, Esq.
>rosenwasser@bmelaw.com
>
>Nicole G. Iannarone
>iannarone@bmelaw.com
>
>Elizabeth G. Eager
>eager@bmelaw.com

      Robert L. Ashe, III, Esq.
      ashe@bmelaw.com

      Michael A. Caplan, Esq.
      caplan@bmelaw.com

and that I have caused a copy to be served by U.S. Mail on the following attorneys of record:

      James W. Christian, Esq.
      CHRISTIAN, SMITH & JEWELL LLP
      2302 Fannin, Suite 500
      Houston, TX  77002

      Robert F. Wise, Jr., Esq.
      William J. Fenrich, Esq.
      Melissa Aoyagi, Esq.
      DAVIS POLK & WARDWELL LLP
      450 Lexington Avenue
      New York, NY  10017

      Richard H. Klapper, Esq.
      Richard C. Pepperman, II, Esq.
      Tracy Richelle High, Esq.
      SULLIVAN & CROMWELL LLP
      125 Broad Street
      New York, NY  10004-2498

      Stephen L. Ratner, Esq.
      Brian L. Friedman, Esq.
      PROSKAUER ROSE LLP
      1585 Broadway
      New York, NY  10036

Gregory A. Markel, Esq.
Martin L. Seidel, Esq.
Peter J. Isajiw, Esq.
Heather L. Fesnak, Esq.
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, NY  10281

Fraser L. Hunter, Jr., Esq.
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY  10022

Andrew J. Frackman, Esq.
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY  10036

Andrew B. Clubok, Esq.
Jeffrey G. Landis, Esq.
Jeffrey M. Gould, Esq.
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC  20005

                                /*s*/ James W. Cobb
                                James W. Cobb
Georgia Bar No. 420133
ROGERS & HARDIN LLP
229 Peachtree Street, N.E.
2700 International Tower
Peachtree Center
Atlanta, Georgia 30303
(404) 420-4602
(404) 230-0991 (facsimile)
jcobb@rh-law.com

*Attorneys for Defendants*