**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| Taser International, Inc., et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:10-cv-03108-JOF |
| Morgan Stanley & Co., Inc., et al. | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

The assignment of the above-captioned case is DECLINED. The case is hereby returned to the Clerk for reassignment.

**IT IS SO ORDERED** this 2nd day of November 2010.

                                          /s   J. Owen Forrester
                                            J. OWEN FORRESTER
                                  SENIOR UNITED STATES DISTRICT JUDGE