UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Taser International, Inc. et al,

            Plaintiffs,

vs.

Morgan Stanley & Co., Inc. et al,

           Defendants.

CIVIL ACTION FILE

NO. 1:10-cv-3108-JOF

## NOTICE TO ALL COUNSEL OF RECORD

The above styled case was reassigned to the Honorable Willis B. Hunt, Jr. from the Honorable J. Owen Forrester pursuant to the court's order of November 3, 2010. The civil action number assigned to this case has been changed to **1:10-cv-3108-WBH** (emphasis added to indicate change). Please make note of this change in order to facilitate the docketing of pleadings in this case.

Dated at Atlanta, Georgia this 3rd day of November, 2010.

           JAMES N. HATTEN
           DISTRICT COURT EXECUTIVE
           and CLERK OF COURT

      By:  s/ B. Graves
           Deputy Clerk

cc:    Honorable Willis B. Hunt, Jr.