# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.*, ) | ) |
| ) | Case No: 1:10-CV-03108-WBH |
| Plaintiffs, ) | [On removal from the State |
| ) | Court of Fulton County, |
| v. ) | Georgia Case No.: |
| ) | 2008-EV-004739-B] |
| MORGAN STANLEY & CO., INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## NOTICE TO TAKE VIDEOTAPED DEPOSITION OF
## JUDY CHOW

**TO:** **GOLDMAN SACHS & CO., AND GOLDMAN SACHS EXECUTION & CLEARING, L.P.**
   c/o Richard Pepperman
   Sullivan & Cromwell LLP
   125 Broad Street
   New York, New York  10004

**PLEASE TAKE NOTICE** that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Plaintiffs will take the deposition of JUDY CHOW on December 9, 2010, beginning at 9:00 a.m. at the offices of Rogers & Hardin, 2700 International Tower, Peachtree Center, 229 Peachtree Street, N.E., Atlanta, Georgia, 30303, or at such other time and place as may be mutually agreed upon by the parties.  The deposition will take place before an authorized officer and

814959.1

pursuant to the Federal Rules of Civil Procedure. The deposition will be recorded by sound, videotape and/or stenographic means.

This 3rd day of November, 2010.

                               */s/ Elizabeth G. Eager*
                               John E. Floyd
                               Georgia Bar No. 266413
                               floyd@bmelaw.com
                               Steven J. Rosenwasser
                               Georgia Bar No. 614908
                               rosenwasser@bmelaw.com
                               Nicole G. Iannarone
                               Georgia Bar No. 382510
                               iannarone@bmelaw.com
                               Elizabeth G. Eager
                               Georgia Bar No. 644007
                               eager@bmelaw.com
                               Michael A. Caplan
                               Georgia Bar No. 601039
                               caplan@bmelaw.com
                               Robert L. Ashe
                               Georgia Bar No. 208077
                               ashe@bmelaw.com
                               Bondurant, Mixson & Elmore, LLP
                               3900 One Atlantic Center
                               1201 West Peachtree Street, N.W.
                               Atlanta, Georgia  30309-3417
                               (404) 881-4100 Tel.
                               (404) 881-4111 Fax

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, a true and correct copy of the foregoing **NOTICE TO TAKE VIDEOTAPED DEPOSITION OF JUDY CHOW** was electronically filed with the Clerk of Court using the Court's electronic filing system which will automatically send an email notification of such filing to the following attorneys of record who are registered participants in the Court's electronic notice and filing system:

> **Attorneys for Defendants:**
> Richard H. Sinkfield, Esq.
> Dan F. Laney, III, Esq.
> Kristina M. Jones, Esq.
> Stefanie H. Jackman, Esq.
> James W. Cobb, Esq.
> Rogers & Hardin
> 2700 International Tower, Peachtree Center
> 229 Peachtree Street, N.E.
> Atlanta, GA  30303-1601
> rsinkfield@rh-law.com

Further, I hereby certify that on this day, I caused to be served a true and correct copy of the foregoing via United States mail on:

> **Attorneys for Banc of America Securities, LLC;**
> **Merrill Lynch, Pierce, Fenner & Smith, Inc.; and Merrill Lynch**
> **Professional Clearing Corporation:**
> Andrew J. Frackman, Esq.
> Brad Elias, Esq.
> O'Melveny & Myers LLP
> 7 Times Square
> New York, NY  10036

814959.1

3

**Attorneys for Morgan Stanley & Co. Incorporated:**
Robert F. Wise, Jr., Esq.
William J. Fenrich, Esq.
Melissa T. Aoyagi, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY  10017

**Attorneys for Bear Stearns & Co., Inc. and Bear Stearns Securities Corp.:**
Stephen L. Ratner, Esq.
Harry Frischer, Esq.
Brian L. Friedman, Esq.
Proskauer Rose LLP
1585 Broadway
New York, NY  10036

**Attorneys for Goldman, Sachs & Co. and Goldman Sachs Execution & Clearing, L.P.:**
Richard C. Pepperman II, Esq.
Richard H. Klapper, Esq.
Tracy Richelle High, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY  10004

**Attorneys for Deutsche Bank Securities Inc.:**
Heather L. Fesnak, Esq.
Peter J. Isajiw, Esq.
Gregory A. Markel, Esq.
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY  10281

**Attorneys for UBS Securities, LLC:**
Andrew B. Clubok, Esq.
Jeffrey G. Landis, Esq.
Daniel Gomez, Esq.
Kirkland & Ellis LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, DC  20005-5793

Maria Ginzburg, Esq.
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY  10022-4611

**Attorneys for Credit Suisse Securities (USA), LLC.:**
Fraser L. Hunter, Jr., Esq.
Wilmer Cutler Pickering Hale & Dorr LLP
399 Park Avenue
New York, NY  10022

This 3rd day of November, 2010.

*/s/ Elizabeth G. Eager*
Elizabeth G. Eager
Georgia Bar No. 644007

814959.1