IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.*, ) | |
| ) | Case No.: 1:10-CV-03108-JOF |
| Plaintiffs, ) | |
| ) | |
| v. ) | [On removal from the State |
| ) | Court of Fulton County, |
| MORGAN STANLEY & CO., INC., *et al.*, ) | Georgia Case No.: |
| ) | 2008-EV-004739-B] |
| Defendants. ) | |
| _____) | |

## STIPULATION BETWEEN PLAINTIFFS AND MERRILL LYNCH REGARDING PRODUCTION OF "SAGE" DATA

Plaintiffs and Defendant Merrill Lynch, Pierce, Fenner & Smith Incorporated ("Merrill Lynch") hereby stipulate as follows:

On October 26, 2010, Merrill Lynch informed Plaintiffs that it is in the process of restoring certain trading data from its SAGE affiliate covering the period April 2004 through May 2005.  ML will agree to produce SAGE trade blotters[1] and stock records reflecting trading in TASER securities or options (including, if available, conversions, reverse conversions and flex options) on or before November 12, 2010 on the condition that (i) Plaintiffs agree not to seek

---

[1] Merrill Lynch represents to Plaintiffs that the trade blotters will include the columns identified in Brad Elias's October 27, 2010 3:32 PM email to Steven Rosenwasser.

sanctions, attorneys' fees, costs, or other relief in connection with the production, provided, however, that Plaintiffs may seek a discovery extension (but not attorneys' fees or costs incurred in bringing such a motion) based on the fact that the documents were not produced at an earlier date; and (ii) Plaintiffs agree that by producing these records Merrill Lynch does not concede that SAGE is subject to general discovery or that its conduct is relevant to this action.

Jointly submitted this 4th day of November, 2010.

| | |
|---|---|
| /s/ John E. Floyd | /s/ Richard H. Sinkfield |
| JOHN E. FLOYD | RICHARD H. SINKFIELD |
| Georgia Bar No. 266413 | Georgia Bar No. 649100 |
| Email: floyd@bmelaw.com | E-mail: rsinkfield@rh-law.com |
| | |
| STEVEN J. ROSENWASSER | DAN F. LANEY III |
| Georgia Bar No. 614908 | Georgia Bar No. 435290 |
| Email: rosenwasser@bmelaw.com | E-mail: dlaney@rh-law.com |
| | |
| NICOLE G. IANNARONE | ROGERS & HARDIN LLP |
| Georgia Bar No. 382510 | 229 Peachtree Street, N.E. |
| Email: iannarone@bmelaw.com | 2700 International Tower |
| | Atlanta, Georgia  30303 |
| BONDURANT, MIXSON & | Tel.:  404-522-4700 |
| ELMORE LLP | Fax:  404-525-2224 |
| 3900 One Atlantic Center | |
| 1201 West Peachtree Street, N.W. | *Attorneys for Defendant Merrill* |
| Atlanta, GA  30309 | *Lynch, Pierce, Fenner & Smith* |
| Tel.:  404-881-4100 | *Incorporated* |
| Fax:  404-881-4111 | |
| | |
| *Attorneys for Plaintiffs* | |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> MORGAN STANLEY & CO., INC., *et al.* <br><br> Defendants. | CIVIL ACTION NUMBER: <br> 1:10-CV-03108-JOF |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2010, I caused a copy of the foregoing STIPULATION to be filed with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

> John E. Floyd, Esq.
> floyd@bmelaw.com
>
> Steven J. Rosenwasser, Esq.
> rosenwasser@bmelaw.com
>
> Nicole G. Iannarone
> iannarone@bmelaw.com
>
> Elizabeth G. Eager
> eager@bmelaw.com

        Michael A. Caplan
        caplan@bmelaw.com

        Robert L. Ashe, III
        ashe@bmelaw.com

and that I have caused a copy to be served by U.S. Mail on the following attorneys of record:

    James W. Christian, Esq.
    CHRISTIAN, SMITH & JEWELL LLP
    2302 Fannin, Suite 500
    Houston, TX  77002

    Robert F. Wise, Jr., Esq.
    William J. Fenrich, Esq.
    Melissa Aoyagi, Esq.
    DAVIS POLK & WARDWELL LLP
    450 Lexington Avenue
    New York, NY  10017

    Richard H. Klapper, Esq.
    Richard C. Pepperman, II, Esq.
    Tracy Richelle High, Esq.
    SULLIVAN & CROMWELL LLP
    125 Broad Street
    New York, NY  10004-2498

    Stephen L. Ratner, Esq.
    Brian L. Friedman, Esq.
    PROSKAUER ROSE LLP
    1585 Broadway
    New York, NY  10036

Gregory A. Markel, Esq.
Martin L. Seidel, Esq.
Peter J. Isajiw, Esq.
Heather L. Fesnak, Esq.
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, NY  10281

Fraser L. Hunter, Jr., Esq.
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY  10022

Andrew J. Frackman, Esq.
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY  10036

Andrew B. Clubok, Esq.
Jeffrey G. Landis, Esq.
Jeffrey M. Gould, Esq.
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC  20005


/*s*/ James W. Cobb
_____

James W. Cobb
Georgia Bar No. 649100
rsinkfield@rh-law.com