# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.*,   ) | |
| ) | Case No.: 1:10-CV-03108-WBH |
| Plaintiffs,   ) | |
| ) | [On removal from the State |
| v.   ) | Court of Fulton County, |
| ) | Georgia Case No.: |
| MORGAN STANLEY & CO., INC., *et al.*,   ) | 2008-EV-004739-B] |
| ) | |
| Defendants.   ) | |
| _____) | |

**STIPULATION TO EXTEND TIME TO SERVE INITIAL DISCLOSURES**

This case was removed to this Court from the State Court of Fulton County, Georgia on September 28, 2010.[1] Pursuant to the parties' stipulation [Dkt. 62], the deadline for the parties to exchange initial disclosures under Rule 26(a)(1)(A) of the Federal Rules of Civil Procedure is November 4, 2010. The parties hereby stipulate, pursuant to Rule 26(a)(1)(C) of the Federal Rules of Civil Procedure, to extend the deadline to exchange initial disclosures through and including November 8, 2010 unless separately agreed to by the parties.

---

[1]   Plaintiffs believe that the removal of this case was improper. Plaintiffs' agreement to this Stipulation to Extend Time to Serve Initial Disclosures should not be construed as Plaintiffs' agreement or consent to the removal or to the jurisdiction of this Court.

Jointly submitted this 4th day of November 2010.

| | |
|---|---|
| /s/ Nicole G. Iannarone | /s/ Dan F. Laney III (by NGI with express permission) |
| JOHN E. FLOYD | RICHARD H. SINKFIELD |
| Georgia Bar No. 266413 | Georgia Bar No. 649100 |
| Email: floyd@bmelaw.com | E-mail: rsinkfield@rh-law.com |
| | |
| STEVEN J. ROSENWASSER | Dan F. Laney III |
| Georgia Bar No. 614908 | Georgia Bar No. 435290 |
| Email: rosenwasser@bmelaw.com | E-mail: dlaney@rh-law.com |
| | |
| NICOLE G. IANNARONE | ROGERS & HARDIN LLP |
| Georgia Bar No. 382510 | 229 Peachtree Street, N.E. |
| Email: iannarone@bmelaw.com | 2700 International Tower |
| | Atlanta, Georgia  30303 |
| BONDURANT, MIXON & ELMORE LLP | Tel.:   404-522-4700 |
| 3900 One Atlantic Center | Fax:   404-525-2224 |
| 1201 West Peachtree Street, N.W. | |
| Atlanta, GA  30309 | *Attorneys for Defendants Morgan Stanley & Co. Incorporated; Goldman, Sachs & Co.; Goldman Sachs Execution & Clearing, L.P.; Bear Stearns & Co., Inc., n/k/a JP Morgan Securities LLC; Bear Stearns Securities Corp., n/k/a JP Morgan Clearing Corp.; Merrill Lynch, Pierce, Fenner & Smith, Incorporated; Deutsche Bank Securities Inc.; Credit Suisse Securities (USA) LLC; Banc of America Securities LLC; UBS Securities, LLC; and Merrill Lynch Professional Clearing Corporation* |
| Tel.:   404-881-4100 | |
| Fax:   404-881-4111 | |
| | |
| *Attorneys for Plaintiffs* | |

815294.1

2

## CERTIFICATE OF SERVICE

I hereby certify that on this day, a true and correct copy of the foregoing **STIPULATION TO EXTEND TIME TO SERVE INITIAL DISCLOSURES** was electronically filed with the Clerk of Court using the Court's electronic filing system which will automatically send an email notification of such filing to the following attorneys of record who are registered participants in the Court's electronic notice and filing system:

> **Attorneys for Defendants:**
> Richard H. Sinkfield, Esq.
> Dan F. Laney, III, Esq.
> Kristina M. Jones, Esq.
> Stefanie H. Jackman, Esq.
> James W. Cobb, Esq.
> Rogers & Hardin
> 2700 International Tower, Peachtree Center
> 229 Peachtree Street, N.E.
> Atlanta, GA  30303-1601
> rsinkfield@rh-law.com

Further, I hereby certify that on this day, I caused to be served a true and correct copy of the foregoing via United States mail on:

815294.1

3

**Attorneys for Banc of America Securities, LLC; Merrill Lynch, Pierce, Fenner & Smith, Inc.; and Merrill Lynch Professional Clearing Corporation:**
Andrew J. Frackman, Esq.
Brad Elias, Esq.
O'Melveny & Myers LLP
7 Times Square
New York, NY  10036

**Attorneys for Morgan Stanley & Co. Incorporated:**
Robert F. Wise, Jr., Esq.
William J. Fenrich, Esq.
Melissa T. Aoyagi, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY  10017

**Attorneys for Bear Stearns & Co., Inc. and Bear Stearns Securities Corp.:**
Stephen L. Ratner, Esq.
Harry Frischer, Esq.
Brian L. Friedman, Esq.
Proskauer Rose LLP
1585 Broadway
New York, NY  10036

**Attorneys for Goldman, Sachs & Co. and Goldman Sachs Execution & Clearing, L.P.:**
Richard C. Pepperman II, Esq.
Richard H. Klapper, Esq.
Tracy Richelle High, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY  10004

**Attorneys for Deutsche Bank Securities Inc.:**
Heather L. Fesnak, Esq.
Peter J. Isajiw, Esq.
Gregory A. Markel, Esq.
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY  10281

**Attorneys for UBS Securities, LLC:**
Andrew B. Clubok, Esq.
Jeffrey G. Landis, Esq.
Daniel Gomez, Esq.
Kirkland & Ellis LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, DC  20005-5793

Maria Ginzburg, Esq.
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY  10022-4611

**Attorneys for Credit Suisse Securities (USA), LLC.:**
Fraser L. Hunter, Jr., Esq.
Wilmer Cutler Pickering Hale & Dorr LLP
399 Park Avenue
New York, NY  10022

This 4th day of November, 2010.

/s/ Nicole G. Iannarone
Nicole G. Iannarone
Georgia Bar No. 382510