**EXHIBIT A-1**

<u>PLAINTIFFS AND THEIR KNOWLEDGE</u>

<u>Plaintiffs</u>:

| Name | Knowledge | Contact information |
|---|---|---|
| David Batchelor | Mr. Batchelor has knowledge regarding his transactions in TASER stock and may have knowledge of some of the claims alleged in this lawsuit. | c/o Bondurant Mixson & Elmore, LLP 1201 W. Peachtree St. Suite 3900 Atlanta, GA 30309 404.881.4100 |
| Natalie Batchelor | Ms. Batchelor may have knowledge of her transactions in TASER stock and may have knowledge of some of the claims alleged in this lawsuit | c/o Bondurant Mixson & Elmore, LLP 1201 W. Peachtree St. Suite 3900 Atlanta, GA 30309 404.881.4100 |
| Dr. Thomas Collentine | Dr. Collentine has knowledge regarding his transactions in TASER stock and may have knowledge of some of the claims alleged in this lawsuit | c/o Bondurant Mixson & Elmore, LLP 1201 W. Peachtree St. Suite 3900 Atlanta, GA 30309 404.881.4100 |

815061.1

| | | |
|---|---|---|
| Judith Collentine | Ms. Collentine may have knowledge of transactions in TASER stock and may have knowledge of some of the claims alleged in this lawsuit | c/o Bondurant Mixson & Elmore, LLP 1201 W. Peachtree St. Suite 3900 Atlanta, GA 30309 404.881.4100 |
| Charles Faires | Mr. Faires has knowledge regarding his transactions in TASER stock and may have knowledge of some of the claims alleged in this lawsuit. | c/o Bondurant Mixson & Elmore, LLP 1201 W. Peachtree St. Suite 3900 Atlanta, GA 30309 404.881.4100 |
| Sandra Faires | Ms. Faires may have knowledge of transactions in TASER stock and may have knowledge of some of the claims alleged in this lawsuit | c/o Bondurant Mixson & Elmore, LLP 1201 W. Peachtree St. Suite 3900 Atlanta, GA 30309 404.881.4100 |
| Masaji Kelley | Mr. Kelley may have knowledge of transactions in TASER stock and may have knowledge of some of the claims alleged in this lawsuit | c/o Bondurant Mixson & Elmore, LLP 1201 W. Peachtree St. Suite 3900 Atlanta, GA 30309 404.881.4100 |

EXHIBIT A-1-2

| Kelly Kelley | Ms. Kelley has knowledge regarding her transactions in TASER stock and may have knowledge of some of the claims alleged in this lawsuit. | c/o Bondurant Mixson & Elmore, LLP 1201 W. Peachtree St. Suite 3900 Atlanta, GA 30309 404.881.4100 |
| Stephen Lisenby | Mr. Lisenby has knowledge regarding his transactions in TASER stock and may have knowledge of some of the claims alleged in this lawsuit. | c/o Bondurant Mixson & Elmore, LLP 1201 W. Peachtree St. Suite 3900 Atlanta, GA 30309 404.881.4100 |
| Patricia Lisenby | Ms. Lisenby may have knowledge of transactions in TASER stock and may have knowledge of some of the claims alleged in this lawsuit | c/o Bondurant Mixson & Elmore, LLP 1201 W. Peachtree St. Suite 3900 Atlanta, GA 30309 404.881.4100 |
| Richard D. Almeroth | Mr. Almeroth has knowledge regarding the Richard D. Almeroth and Constance L. Almeroth Living Trust's transactions in TASER stock and may have knowledge of some of the claims alleged in this lawsuit. | c/o Bondurant Mixson & Elmore, LLP 1201 W. Peachtree St. Suite 3900 Atlanta, GA 30309 404.881.4100 |

| | | |
|---|---|---|
| Constance L. Almeroth | Ms. Almeroth may have knowledge of transactions in TASER stock in the accounts of the Richard D. Almeroth and Constance L. Almeroth Living Trust and may have knowledge of some of the claims alleged in this lawsuit | c/o Bondurant Mixson & Elmore, LLP 1201 W. Peachtree St. Suite 3900 Atlanta, GA 30309 404.881.4100 |
| James Baker, Jr. | Mr. Baker has knowledge regarding his transactions in TASER stock and may have knowledge of some of the claims alleged in this lawsuit. | c/o Bondurant Mixson & Elmore, LLP 1201 W. Peachtree St. Suite 3900 Atlanta, GA 30309 404.881.4100 |
| Robert Baker | Mr. Baker has knowledge regarding the Robert M. Baker M D N. Broward Radiologists PA Employee Profit Sharing Plan and M/P Pension Plan's transactions in TASER stock and may have knowledge of some of the claims alleged in this lawsuit. | c/o Bondurant Mixson & Elmore, LLP 1201 W. Peachtree St. Suite 3900 Atlanta, GA 30309 404.881.4100 |
| William Burnside | Mr. Burnside has knowledge regarding the Kellie Len Burnside Irrevocable Trust, the Helen C. Burnside Irrevocable Trust and his own transactions in TASER stock and may have knowledge of some of the claims alleged in this lawsuit. | c/o Bondurant Mixson & Elmore, LLP 1201 W. Peachtree St. Suite 3900 Atlanta, GA 30309 404.881.4100 |

815061.1

4

EXHIBIT A-1-4

| Donna C. Cash | Ms. Cash, as the personal representative of the Estate of Dorothy Connelly, has knowledge of the estate, which has also assumed the interests of the Estate of James Connelly. | c/o Bondurant Mixson & Elmore, LLP 1201 W. Peachtree St. Suite 3900 Atlanta, GA 30309 404.881.4100 |
|---|---|---|
| James Dunagin, Jr. | Mr. Dunagin has knowledge regarding the Southeast Eye Surgery Clinic, Inc. PSP, the James L. Dunagin Jr. Trust and the Emily B. Dunagin Trust's transactions in TASER stock and may have knowledge of some of the claims alleged in this lawsuit. | c/o Bondurant Mixson & Elmore, LLP 1201 W. Peachtree St. Suite 3900 Atlanta, GA 30309 404.881.4100 |
| Emily Dunagin | Ms. Dunagin may have knowledge of the James L. Dunagin Jr. Trust and the Emily B. Dunagin Trust's transactions in TASER stock and may have knowledge of some of the claims alleged in this lawsuit | c/o Bondurant Mixson & Elmore, LLP 1201 W. Peachtree St. Suite 3900 Atlanta, GA 30309 404.881.4100 |
| Richard C. Haskell | Mr. Haskell has knowledge regarding his transactions TASER stock and has knowledge of some of the claims alleged in this lawsuit. | c/o Bondurant Mixson & Elmore, LLP 1201 W. Peachtree St. Suite 3900 Atlanta, GA 30309 404.881.4100 |

815061.1

5
EXHIBIT A-1-5

| Susan Haskell | Ms. Haskell may have knowledge of transactions in TASER and may have knowledge of some of the claims alleged in this lawsuit | c/o Bondurant Mixson & Elmore, LLP 1201 W. Peachtree St. Suite 3900 Atlanta, GA 30309 404.881.4100 |
|---|---|---|
| Richard C. Haskell, Jr. | Mr. Haskell has knowledge regarding his transactions in TASER stock and may have knowledge of some of the claims alleged in this lawsuit. | c/o Bondurant Mixson & Elmore, LLP 1201 W. Peachtree St. Suite 3900 Atlanta, GA 30309 404.881.4100 |
| Amy Haskell | Ms. Haskell may have knowledge of transactions in TASER and may have knowledge of some of the claims alleged in this lawsuit | c/o Bondurant Mixson & Elmore, LLP 1201 W. Peachtree St. Suite 3900 Atlanta, GA 30309 404.881.4100 |
| Mary Richardson | Ms. Richardson may have knowledge regarding transactions in TASER stock and may have knowledge of some of the claims alleged in this lawsuit. | c/o Bondurant Mixson & Elmore, LLP 1201 W. Peachtree St. Suite 3900 Atlanta, GA 30309 404.881.4100 |

EXHIBIT A-1-6

| Pamela Lewis | Ms. Lewis has knowledge regarding her transactions in TASER stock and may have knowledge of some of the claims alleged in this lawsuit. | c/o Bondurant Mixson & Elmore, LLP 1201 W. Peachtree St. Suite 3900 Atlanta, GA 30309 404.881.4100 |
| --- | --- | --- |
| Jane Maj | Ms. Maj has knowledge regarding the Jane S. Maj Trust's transactions in TASER stock and may have knowledge of some of the claims alleged in this lawsuit. | c/o Bondurant Mixson & Elmore, LLP 1201 W. Peachtree St. Suite 3900 Atlanta, GA 30309 404.881.4100 |
| Margaret Roche | Ms. Rouche has knowledge regarding her transactions in TASER stock and may have knowledge of some of the claims alleged in this lawsuit. | c/o Bondurant Mixson & Elmore, LLP 1201 W. Peachtree St. Suite 3900 Atlanta, GA 30309 404.881.4100 |
| Rosemary Scott | Ms. Scott, as the personal representative of the estate of Chester Scott, has knowledge concerning the estate. | c/o Bondurant Mixson & Elmore, LLP 1201 W. Peachtree St. Suite 3900 Atlanta, GA 30309 404.881.4100 |

815061.1

EXHIBIT A-1-7

| John Scott | Mr. Scott has knowledge regarding his transactions in TASER stock and may have knowledge of some of the claims alleged in this lawsuit. | c/o Bondurant Mixson & Elmore, LLP 1201 W. Peachtree St. Suite 3900 Atlanta, GA 30309 404.881.4100 |
| Peter Scott | Mr. Scott has knowledge regarding his transactions in TASER stock and may have knowledge of some of the claims alleged in this lawsuit. | c/o Bondurant Mixson & Elmore, LLP 1201 W. Peachtree St. Suite 3900 Atlanta, GA 30309 404.881.4100 |
| Michelle Scott | Ms. Scott may have knowledge of transactions in TASER stock and may have knowledge of some of the claims alleged in this lawsuit | c/o Bondurant Mixson & Elmore, LLP 1201 W. Peachtree St. Suite 3900 Atlanta, GA 30309 404.881.4100 |
| Mary Rose Stucker | Ms. Stucker has knowledge regarding her transactions in TASER stock and may have knowledge of some of the claims alleged in this lawsuit. | c/o Bondurant Mixson & Elmore, LLP 1201 W. Peachtree St. Suite 3900 Atlanta, GA 30309 404.881.4100 |

| Michael Boyer | Mr. Boyer has knowledge regarding his transactions in TASER stock and may have knowledge of some of the claims alleged in this lawsuit. | c/o Bondurant Mixson & Elmore, LLP 1201 W. Peachtree St. Suite 3900 Atlanta, GA 30309 404.881.4100 |
| --- | --- | --- |
| Phillips Waller Smith | Mr. Smith has knowledge regarding the Phillips W. Smith Family Trust's transactions in TASER stock and may have knowledge of some of the claims alleged in this lawsuit.  Although Plaintiffs do not believe it is relevant, Mr. Smith also has knowledge regarding TASER International, Inc. and its business and performance. | c/o Bondurant Mixson & Elmore, LLP 1201 W. Peachtree St. Suite 3900 Atlanta, GA 30309 404.881.4100 |
| Patrick W. Smith | Mr. Smith has knowledge regarding his transactions in TASER stock and may have knowledge of some of the claims alleged in this lawsuit.  Although Plaintiffs do not believe it is relevant, Mr. Smith also has knowledge regarding TASER International, Inc. and its business and performance. | c/o Bondurant Mixson & Elmore, LLP 1201 W. Peachtree St. Suite 3900 Atlanta, GA 30309 404.881.4100 |
| Thomas P. Smith | Mr. Smith has knowledge regarding his transactions in TASER stock and may have knowledge of some of the claims alleged in this lawsuit.  Although Plaintiffs do not believe it is relevant, Mr. Smith also has knowledge regarding TASER | c/o Bondurant Mixson & Elmore, LLP 1201 W. Peachtree St. Suite 3900 Atlanta, GA 30309 404.881.4100 |

| | International, Inc. and its business and performance. | |
|---|---|---|
| Deanna M. Smith | Ms. Smith may have knowledge of transactions in TASER stock in the account she co-owns with Thomas P. Smith and may have knowledge of some of the claims alleged in this lawsuit | c/o Bondurant Mixson & Elmore, LLP 1201 W. Peachtree St. Suite 3900 Atlanta, GA 30309 404.881.4100 |
| Bruce Culver | Mr. Culver has knowledge regarding his transactions in TASER stock and may have knowledge of some of the claims alleged in this lawsuit.  Although Plaintiffs do not believe it is relevant, Mr. Culver also has knowledge regarding TASER International, Inc. and its business and performance. | c/o Bondurant Mixson & Elmore, LLP 1201 W. Peachtree St. Suite 3900 Atlanta, GA 30309 404.881.4100 |
| Donna T. Culver | Ms. Culver may have knowledge of transactions in TASER stock in the account she co-owns with Mr. Culver and may have knowledge of some of the claims alleged in this lawsuit | c/o Bondurant Mixson & Elmore, LLP 1201 W. Peachtree St. Suite 3900 Atlanta, GA 30309 404.881.4100 |