## EXHIBIT B

### EXPERT WITNESSES RETAINED BY PLAINTIFFS

While Plaintiffs anticipate calling experts to testify in this matter, they have not identified any testifying experts at this time. Plaintiffs will identify testifying experts at the appropriate time. Pursuant to 28 U.S.C. § 1450, the Scheduling Order entered by the State Court governs the timing of expert disclosures, which will not be provided until such a time as general fact discovery has concluded. Plaintiffs will amend their response to this initial disclosure when they identify their testifying expert(s) at the conclusion of fact discovery.

.

816019.1

EXHIBIT B-1