# EXHIBIT C

## LIST OF CATEGORIES AND LOCATION OF DOCUMENTS

Categories of documents that plaintiff may use to support its claims include but are not limited to:

- All documents and data produced by Defendants in this action to date or that will be produced in the future;

- All documents and data produced by third parties in this litigation;

- All documents that will be obtained pursuant to subpoenas that have been served in this case;

- All documents obtained by FOIA or other open records requests (which either have been produced or will be produced if received);

- All documents produced by Plaintiffs to date in this litigation;

- The Individual Plaintiffs (*i.e.*, all Plaintiffs except TASER International, Inc.) intend to use their brokerage statements or SEC Forms 4. These documents have been produced by Plaintiffs and/or are publicly available through www.sec.gov;

- Letters of Caution, Hearing Decisions, AWCs and other documents showing fines or sanctions against any of the Defendants, including such documents obtained from the SEC, FINRA, NASDAQ, AMEX

816019.1

EXHIBIT C-1

and/or CBOE, which includes documents located on those agencies' websites;

- All documents, data and transcripts relating to the Certain Threshold Securities Investigation;

- Audio tapes of telephone conversations, including such tapes from ML Pro;

- At the time of expert discovery, Plaintiffs will provide any additional documents not previously produced that their experts rely upon. These documents are not due to be produced until that time under the applicable scheduling order; and

- All documents contained on Defendants' exhibit list.

Plaintiffs reserve the right to supplement this list in the event that they discover more documents in their custody, possession, or control that they intend to use to support their claims.

816019.1

EXHIBIT C-2