IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

------------------------------------------------- X
TASER INTERNATIONAL, INC., *et al.*,    :
                                                    :     CIVIL ACTION NO:
      Plaintiffs,                       :     1:10-CV-03108-WBH

v.

MORGAN STANLEY & CO., INC. *et al.*,    :

      Defendants.                          :
------------------------------------------------- X

### NOTICE TO TAKE VIDEOTAPED DEPOSITION
### OF PETER HOLRAN

**TO:** TASER INTERNATIONAL, INC.
c/o Steven J. Rosenwasser
Bondurant, Mixson & Elmore, LLP
3900 One Atlantic Center
1201 West Peachtree Street NW
Atlanta, GA 30309-3400

**PLEASE TAKE NOTICE** that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Morgan Stanley & Co., Inc; Goldman Sachs & Co.; Goldman Sachs Execution & Clearing, L.P.; Merrill Lynch, Pierce, Fenner & Smith, Inc.; and Banc of America Securities (the "Noticing Defendants") will take the videotaped deposition upon oral examination of Peter Holran on January 13,

2011, beginning at 9:00 a.m. at the offices of Rogers & Hardin, 2700 International Tower, Peachtree Center, 229 Peachtree Street, N.E., Atlanta, Georgia, 30303, or at such other time and place as may be mutually agreed upon by the parties.  The deposition will take place before an authorized officer and pursuant to the Federal Rules of Civil Procedure.  The deposition will take place before a person authorized by law to administer oaths and will be recorded by sound, videotape and/or stenographic means.  We reserve the right to continue the deposition of Mr. Holran in the event that Plaintiffs have not completed production of documents from his files, including e-mail of which he is a custodian, by the date of the deposition.

       This 8th day of November, 2010.

/s/ Richard H. Sinkfield
Richard H. Sinkfield
Georgia Bar No. 649100
rsinkfield@rh-law.com
Don F. Laney III
Georgia Bar No. 435290
dlaney@rh-law.com

*Attorneys for Noticing Defendants*

ROGERS & HARDIN LLP
2700 International Tower
Peachtree Center
229 Peachtree Street, N.E.
Atlanta, Georgia 30303
Phone: 404-522-4700
Fax:  404-525-2224

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

---------------------------------------------------- X
TASER INTERNATIONAL, INC., *et al.*,        :
                                            :    CIVIL ACTION NO:
    Plaintiffs,                         :    1:10-CV-03108-WBH
                                            :
v.                                          :
                                            :
MORGAN STANLEY & CO., INC. *et al.*,        :
                                            :
    Defendants.                         :
---------------------------------------------------- X

This is to certify that I have on this date served a copy of the foregoing

**NOTICE TO TAKE VIDEOTAPED DEPOSITION OF PETER HOLRAN**

with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

    John E. Floyd, Esq.
    floyd@bmelaw.com

    Steven J. Rosenwasser, Esq.
    rosenwasser@bmelaw.com

    Nicole G. Iannarone, Esq.
    iannarone@bmelaw.com

    Elizabeth Eager, Esq.
    eager@bmelaw.com

Robert L. Ashe, III, Esq.
ashe@bmelaw.com

Michael A. Caplan, Esq.
caplan@bmelaw.com

and have served the foregoing on the following attorneys of record by U.S. Mail:

James W. Christian, Esq.
CHRISTIAN, SMITH & JEWELL LLP
2302 Fannin, Suite 500
Houston, TX  77002

Robert F. Wise, Jr., Esq.
William J. Fenrich, Esq.
Melissa Aoyagi, Esq.
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY  10017

Richard H. Klapper, Esq.
Richard C. Pepperman, II, Esq.
Tracy Richelle High, Esq.
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY  10004-2498

Stephen L. Ratner, Esq.
Brian L. Friedman, Esq.
PROSKAUER ROSE LLP
1585 Broadway
New York, NY  10036

Gregory A. Markel, Esq.
Martin L. Seidel, Esq.
Peter J. Isajiw, Esq.
Heather L. Fesnak, Esq.
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, NY  10281


Fraser L. Hunter, Jr., Esq.
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY  10022

Andrew J. Frackman, Esq.
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY  10036


/s/ Richard H. Sinkfield

Richard H. Sinkfield
Georgia Bar No. 649100
rsinkfield@rh-law.com