IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> MORGAN STANLEY & CO., INC., *et al.* <br><br> Defendants. | CIVIL ACTION NUMBER: <br> 1:10-CV-03108-WBH |

## [PROPOSED] CONSENT ORDER EXTENDING TIME

Plaintiffs and Defendant Merrill Lynch Professional Clearing Corporation ("Merrill Pro") have consented and jointly moved to extend the pending deadline for Plaintiffs to file their response to Merrill Pro's Motion to Dismiss filed in the above-captioned action, which was removed to this Court on September 28, 2010 from the State Court of Fulton County, Georgia.[1]

By agreement among the parties, and for good cause shown, it is hereby ORDERED that:

---

[1] Plaintiffs believe that the removal of this case was improper, and have filed a motion to remand. Plaintiffs' agreement to this Proposed Consent Order Extending Time should not be construed as Plaintiffs' agreement or consent to the removal or to the jurisdiction of this Court.

816004.1                                  **EXHIBIT A**

The time for the Plaintiffs to file their response to Merrill Pro's Motion to Dismiss [Docket No. 59] is extended for thirty (30) days, to and including December 13, 2010. This extension shall be without prejudice to Plaintiffs' right to request or move for a further extension of time for their response to the Motion to Dismiss and without prejudice to Defendants' right to object to any such request or motion.

So ORDERED this ___ day of November, 2010.

_____
Willis B. Hunt, Judge
United States District Court

Jointly submitted this 9th day of November, 2010.

/s/ Jill A. Pryor
JILL A. PRYOR
Georgia Bar No. 589140
Email: pryor@bmelaw.com

John E. Floyd
Georgia Bar No. 266413
Email: floyd@bmelaw.com

Steven J. Rosenwasser
Georgia Bar No. 614908
Email: rosenwasser@bmelaw.com

Nicole G. Iannarone
Georgia Bar No. 382510
Email: iannarone@bmelaw.com

Elizabeth G. Eager
Georgia Bar No. 644007
Email: eager@bmelaw.com

BONDURANT, MIXSON &
ELMORE LLP
3900 One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, GA  30309
Tel.:  404-881-4100
Fax:  404-881-4111

*Attorneys for Plaintiffs*

/s/ Richard H. Sinkfield
RICHARD H. SINKFIELD
Georgia Bar No. 649100
Email: rsinkfield@rh-law.com

Dan F. Laney III
Georgia Bar No. 435290
Email: dlaney@rh-law.com

ROGERS & HARDIN LLP
229 Peachtree Street, N.E.
2700 International Tower
Atlanta, Georgia  30303
Tel.:  404-522-4700
Fax:  404-525-2224

*Attorneys for Defendant Merrill Lynch Professional Clearing Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, a true and correct copy of the foregoing **[PROPOSED] CONSENT ORDER EXTENDING TIME** was electronically filed with the Clerk of Court using the Court's electronic filing system which will automatically send an email notification of such filing to the following attorneys of record who are registered participants in the Court's electronic notice and filing system:

>**Attorneys for Defendants:**
>Richard H. Sinkfield, Esq.
>Dan F. Laney, III, Esq.
>Kristina M. Jones, Esq.
>Stefanie H. Jackman, Esq.
>James W. Cobb, Esq.
>Rogers & Hardin
>2700 International Tower, Peachtree Center
>229 Peachtree Street, N.E.
>Atlanta, GA  30303-1601
>rsinkfield@rh-law.com

Further, I hereby certify that on this day, I caused to be served a true and correct copy of the foregoing via United States mail on:

>**Attorneys for Banc of America Securities, LLC;**
>**Merrill Lynch, Pierce, Fenner & Smith, Inc.; and Merrill Lynch**
>**Professional Clearing Corporation:**
>Andrew J. Frackman, Esq.
>Brad Elias, Esq.
>O'Melveny & Myers LLP
>7 Times Square
>New York, NY  10036

816004.1

**Attorneys for Morgan Stanley & Co. Incorporated:**
Robert F. Wise, Jr., Esq.
William J. Fenrich, Esq.
Melissa T. Aoyagi, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

**Attorneys for Bear Stearns & Co., Inc. and Bear Stearns Securities Corp.:**
Stephen L. Ratner, Esq.
Harry Frischer, Esq.
Brian L. Friedman, Esq.
Proskauer Rose LLP
1585 Broadway
New York, NY 10036

**Attorneys for Goldman, Sachs & Co. and Goldman Sachs Execution & Clearing, L.P.:**
Richard C. Pepperman II, Esq.
Richard H. Klapper, Esq.
Tracy Richelle High, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

**Attorneys for Deutsche Bank Securities Inc.:**
Heather L. Fesnak, Esq.
Peter J. Isajiw, Esq.
Gregory A. Markel, Esq.
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

**Attorneys for UBS Securities, LLC:**
Andrew B. Clubok, Esq.
Jeffrey G. Landis, Esq.
Daniel Gomez, Esq.
Kirkland & Ellis LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, DC 20005-5793

Maria Ginzburg, Esq.
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611

**Attorneys for Credit Suisse Securities (USA), LLC.:**
Fraser L. Hunter, Jr., Esq.
Wilmer Cutler Pickering Hale & Dorr LLP
399 Park Avenue
New York, NY 10022

This the 9th day of November, 2010.

/s/ Jill A. Pryor
Jill A. Pryor
Georgia Bar No. 589140
pryor@bmelaw.com

816004.1