# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> MORGAN STANLEY & CO., INC., *et al.* <br><br> Defendants. | CIVIL ACTION NUMBER: <br> 1:10-CV-03108-WBH |

## NOTICE OF FILING OF CORRECTED EXHIBIT

The Parties hereby provide notice of filing of a corrected copy of Exhibit E [Docket No. 63-5] to the Joint Preliminary Report and Discovery Plan [Docket No. 63], which was originally filed on October 28, 2010. A copy of the correct Exhibit E is attached hereto.

Jointly submitted this 10th day of November 2010.

| */s/* Nicole G. Iannarone | */s/* Richard H. Sinkfield |
|---|---|
| JOHN E. FLOYD <br> Georgia Bar No. 266413 <br> E-mail: floyd@bmelaw.com | RICHARD H. SINKFIELD <br> Georgia Bar No. 649100 <br> E-mail: rsinkfield@rh-law.com |
| STEVEN J. ROSENWASSER <br> Georgia Bar No. 614908 <br> E-mail: rosenwasser@bmelaw.com | Dan F. Laney III <br> Georgia Bar No. 435290 <br> E-mail: dlaney@rh-law.com |

NICOLE G. IANNARONE
Georgia Bar No. 382510
E-mail: iannarone@bmelaw.com

JILL A. PRYOR
Georgia Bar No. 589140
E-mail: pryor@bmelaw.com

Elizabeth G. Eager
Georgia Bar No. 644007
E-mail: eager@bmelaw.com

BONDURANT, MIXON &
ELMORE LLP
3900 One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, GA  30309
Tel.:   404-881-4100
Fax:   404-881-4111

*Attorneys for Plaintiffs*

ROGERS & HARDIN LLP
229 Peachtree Street, N.E.
2700 International Tower
Atlanta, Georgia  30303
Tel.:   404-522-4700
Fax:   404-525-2224

*Attorneys for Defendants Morgan Stanley & Co. Incorporated; Goldman, Sachs & Co.; Goldman Sachs Execution & Clearing, L.P.; Bear Stearns & Co., Inc., n/k/a JP Morgan Securities LLC; Bear Stearns Securities Corp., n/k/a JP Morgan Clearing Corp.; Merrill Lynch, Pierce, Fenner & Smith, Incorporated; Deutsche Bank Securities Inc.; Credit Suisse Securities (USA) LLC; Banc of America Securities LLC; UBS Securities, LLC; and Merrill Lynch Professional Clearing Corp.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> MORGAN STANLEY & CO., INC., *et al.* <br><br> Defendants. | CIVIL ACTION NUMBER: <br> 1:10-CV-03108-WBH |

### **CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2010, I caused a copy of the foregoing **NOTICE OF FILING CORRECTED EXHIBIT** to be filed with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

> John E. Floyd, Esq.
> floyd@bmelaw.com
>
> Steven J. Rosenwasser, Esq.
> rosenwasser@bmelaw.com
>
> Nicole G. Iannarone
> iannarone@bmelaw.com
>
> Jill A. Pryor
> pryor@bmelaw.com

>Robert L. Ashe, III, Esq.
>ashe@bmelaw.com
>
>Michael A. Caplan, Esq.
>caplan@bmelaw.com
>
>Elizabeth G. Eager
>eager@bmelaw.com

and that I have caused a copy to be served by U.S. Mail on the following attorneys of record:

>James W. Christian, Esq.
>CHRISTIAN, SMITH & JEWELL LLP
>2302 Fannin, Suite 500
>Houston, TX  77002
>
>Robert F. Wise, Jr., Esq.
>William J. Fenrich, Esq.
>Melissa Aoyagi, Esq.
>DAVIS POLK & WARDWELL LLP
>450 Lexington Avenue
>New York, NY  10017
>
>Richard H. Klapper, Esq.
>Richard C. Pepperman, II, Esq.
>Tracy Richelle High, Esq.
>SULLIVAN & CROMWELL LLP
>125 Broad Street
>New York, NY  10004-2498
>
>Stephen L. Ratner, Esq.
>Brian L. Friedman, Esq.
>PROSKAUER ROSE LLP
>1585 Broadway
>New York, NY  10036

Gregory A. Markel, Esq.
Martin L. Seidel, Esq.
Peter J. Isajiw, Esq.
Heather L. Fesnak, Esq.
CADWALADER, WICKERSHAM &
TAFT LLP
One World Financial Center
New York, NY  10281

Fraser L. Hunter, Jr., Esq.
WILMER CUTLER PICKERING HALE
AND DORR LLP
399 Park Avenue
New York, NY  10022

Andrew J. Frackman, Esq.
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY  10036

Andrew B. Clubok, Esq.
Jeffrey G. Landis, Esq.
Jeffrey M. Gould, Esq.
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC  20005

/*s*/ Richard H. Sinkfield

Richard H. Sinkfield
Georgia Bar No. 649100
rsinkfield@rh-law.com