# Corrected Exhibit E

## <u>LIST OF PENDING DISCOVERY MOTIONS</u>

1. Plaintiffs' Motion for Relief Concerning Defendant UBS Securities' Violation of this Court's Order, filed May 24, 2010

2. Plaintiffs' Motion to Compel Production of Documents Improperly Withheld as Privileged or Alternatively, to Appoint Special Master to Conduct an in Camera Review, filed May 24, 2010

3. Plaintiffs' Motion for Relief Concerning Defendants' Violation of the Court's Protective Order, filed May 24, 2010

4. Plaintiffs' Motion for Relief and Sanctions Against Defendants Bear Steams, Credit Suisse Securities, Deutsche Bank Securities, Inc., Goldman Sachs, Merrill Lynch and Morgan Stanley for Violations of this Court's Discovery Orders, filed June 2, 2010

5. Plaintiffs' Motion to Compel Defendants to Produce Documents Related to Their Affirmative Defense of Good-Faith Reliance or, in the Alternative, to Strike that Defense, filed June 4, 2010

6. Supplement to Plaintiffs' Motion for Relief and Sanctions for Defendants' Violations of this Court's Discovery Orders as to Defendant Morgan Stanley, filed June 11, 2010

7. Defendants' Motion to Compel Plaintiffs to Answer Interrogatory Nos. 1,2, and 4 in Defendants' Second Set of Interrogatories to Plaintiffs, filed June 10, 2010

8. Plaintiffs' Motion to Strike Defendants' Motion to Compel and For Fees, filed July 12, 2010

9. Defendants' Cross-Motion and Supporting Memorandum of Law to Compel the Production of Documents Inappropriately Withheld Under the Accountant-Client Privilege and the Production of Supplemental Privilege Logs, filed June 23, 2010

10. The Goldman Sachs Defendants' Motion for Sanctions Against Plaintiffs Pursuant to O.C.G.A. § 9-1S-14(b), filed July 2, 2010

11. Merrill Lynch, Pierce, Fenner & Smith Incorporated's Motion for Sanctions Against Plaintiffs Pursuant to O.C.G.A. § 9-15-14(b), filed July 2, 2010

12. Defendants' Motion for Hearing on Additional Pending Motions, filed July 8, 2010

13. Defendants' Motion for Protective Order with Respect to Plaintiffs' June 10,2010 Discovery and Memorandum in Support Thereof including Exhibits and Affidavits, filed July 19, 2010

14. Plaintiffs' Motion to Compel Responses to Discovery Served on June 10, 2010 and Plaintiffs' Motion for Relief from Defendants' Violation of this Court's February 10, 2010 Order, filed July 19, 2010

15. UBS Securities, LLC's Motion to Strike Part of Plaintiffs' Reply in Support of May 24, 20 I 0 Omnibus Discovery Motion, or, in the Alternative for Leave to File the Incorporated Sur-Reply, Motion for Relief Pursuant to O.C.G.A. § 9-15-14, filed July 27, 2010

16. Plaintiffs Motion to Compel Merrill Lynch, Pierce, Fenner & Smith to Produce Non-Privileged Documents, or Alternatively, for in Camera Review, filed July 29, 2010

17. Defendant Merrill Lynch, Pierce, Fenner & Smith Incorporated's Emergency Motion to Protect Privileged Communications by Striking Plaintiffs' Motion to Compel and for Sanctions Against Plaintiffs Pursuant to O.C.G.A. § 9-11-37, filed August 2, 2010

18. Plaintiffs' Motion to Set Hearing on Plaintiffs' Motion to Compel and Merrill Lynch's Related Motion to Strike, filed August 3, 2010

19. Plaintiffs' Motion for Sanctions Against Deutsche Bank Securities, Inc. for Undisputed Violation of the Court's July 16, 2009 Scheduling Order, filed August 23, 2010

20. Plaintiffs' Motion for Sanctions Against Banc of America Securities, LLC for Undisputed Violation of the Court's July 16, 2009 Scheduling Order, filed August 30, 2010

21. Defendants' Motion to Compel Production of Presentation Notebook Improperly Taken from Defendants' Table, in Court, filed September 17, 2010

22. Plaintiffs' Request to Hold Motion in Abeyance to Conduct Further Discovery on Pertinent Issues, filed September 17, 2010

23. The Goldman Sachs Defendants' Motion for a Protective Order Pursuant to O.C.G.A. § 9-11-26(c) with Respect to Plaintiffs' Corrected Amended Notice of 30(B)(6) Deposition, filed September 24, 2010

24. Defendant Deutsche Bank Securities Inc.'s Motion for a Protective Order and Memorandum of Law in Support Thereof, filed September 24, 2010