IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., et al., | |
| Plaintiffs, | |
| v. | CIVIL ACTION FILE |
| | NO. 1:10-CV-3108-WBH |
| MORGAN STANLEY & CO., INC., et al., | |
| Defendants. | |

<u>ORDER</u>

As Senior Judge of the Northern District of Georgia, the assignment of this case is DECLINED.

The case is hereby returned to the Clerk for reassignment.

It is so ORDERED this 9th day of November, 2010.

_____
Willis B. Hunt, Jr.,
Senior Judge, United States District Court

AO 72A
(Rev.8/82)