**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| TASER INTERNATIONAL, INC., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> MORGAN STANLEY & CO., INC., et al., <br><br> Defendants. | CIVIL ACTION FILE <br><br> NO. 1:10-cv-3108-JEC |

### NOTICE TO ALL COUNSEL OF RECORD

The above styled case was reassigned to the Honorable Julie E. Carnes from the Honorable Willis B. Hunt, Jr. pursuant to the court's order of November 9, 2010. The civil action number assigned to this case has been changed to **1:10-cv-3108-JEC** (emphasis added to indicate change). Please make note of this change in order to facilitate the docketing of pleadings in this case.

Dated at Atlanta, Georgia this 10th day of November, 2010.

JAMES N. HATTEN
DISTRICT COURT EXECUTIVE
and CLERK OF COURT

By: s/Rebecca V. Bachelor
Deputy Clerk

cc:   Honorable Julie E. Carnes