IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.*, ) | |
| ) | Case No.: 1:10-CV-03108-JEC |
| Plaintiffs, ) | |
| ) | [On removal from the State |
| v. ) | Court of Fulton County, |
| ) | Georgia Case No.: |
| MORGAN STANLEY & CO., INC.*, et al.*, ) | 2008-EV-004739-B] |
| ) | |
| Defendants. ) | |
| _____ ) | |

**NOTICE TO TAKE FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6) DEPOSITION OF DEFENDANT MORGAN STANLEY & CO., INCORPORATED, GOLDMAN, SACHS & CO., GOLDMAN SACHS EXECUTION & CLEARING, L.P., MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., AND BANC OF AMERICA SECURITIES, LLC**

**TO:** Attorney for Defendants
Richard H. Sinkfield, Esq.
Rogers & Hardin
2700 International Tower, Peachtree Center
229 Peachtree Street, N.E.
Atlanta, Georgia 30303-1601

**COME NOW** plaintiffs[1] in the above-referenced matter pursuant to Fed. R.

Civ. P. 30(b)(6) and notice the deposition of an individual designated by

MORGAN STANLEY & CO., INCORPORATED, GOLDMAN, SACHS & CO.,

---

[1] Plaintiffs object to the improper removal of this case and do not believe that this court has subject matter jurisdiction in this case. Plaintiffs have filed a motion to remand which is currently pending.

817421.1

GOLDMAN SACHS EXECUTION & CLEARING, L.P., MERRILL, LYNCH, PIERCE, FENNER & SMITH, INC., BANC OF AMERICA SECURITIES, LLC to testify about the matter identified on Exhibit A attached hereto.  The depositions will take place as follows:

(1) Morgan Stanley & Co., Inc. – December 14, 2010 at 9:00 AM;

(2) Goldman Sachs – December 14, 2010 at 1:30 PM;

(3) Merrill Lynch, Pierce, Fenner & Smith, Inc. – December 15, 2010 at 9:00 AM; and

(4) Banc of America Securities – December 15, 2010 at 1:30 PM.

The depositions will occur at the offices of Rogers & Hardin, 2700 International Tower, Peachtree Center, 229 Peachtree Street, N.E., Atlanta, GA 30303, or at such other time and place as may be mutually agreed upon by the parties.  The depositions will take place before a person authorized by law to administer oaths and will be recorded by sound, videotape and/or stenographic means.  The depositions will be taken for all purposes allowable under the Federal Rules of Civil Procedure.

817421.1

2

Respectfully submitted this 11th day of November, 2010.

/s/ Elizabeth G. Eager
John E. Floyd
Georgia Bar No. 266413
floyd@bmelaw.com
Jill A. Pryor
Georgia Bar No. 589140
pryor@bmelaw.com
Steven J. Rosenwasser
Georgia Bar No. 614908
rosenwasser@bmelaw.com
Nicole G. Iannarone
Georgia Bar No. 382510
iannarone@bmelaw.com
Michael A. Caplan
Georgia Bar No. 601039
caplan@bmelaw.com
Elizabeth G. Eager
Georgia Bar No. 644007
eager@bmelaw.com
Robert L. Ashe
Georgia Bar No. 208077
ashe@bmelaw.com
Bondurant, Mixson & Elmore, LLP
3900 One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia  30309-3417
(404) 881-4100 Tel.
(404) 881-4111 Fax

James W. Christian
State Bar No. 04228700
jchristian@csj-law.com
Gary M. Jewell
State Bar No. 10664800
gjewell@csj-law.com
Scott R. Link
State Bar No. 12390900
slink@csj-law.com
Katherine Morton-Gonyea
State Bar No. 24066701
kgonyea@csj-law.com
Christian, Smith, & Jewell, LLP
2302 Fannin, Suite 500
Houston, Texas  77002
(713) 659-7617 Tel.
(713) 659-7641 Fax
(admitted *pro hac vice* in State Court)

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this day, a true and correct copy of the foregoing **NOTICE TO TAKE FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6) DEPOSITION OF DEFENDANT MORGAN STANLEY & CO., INCORPORATED, GOLDMAN, SACHS & CO., GOLDMAN SACHS EXECUTION & CLEARING, L.P., MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., AND BANC OF AMERICA SECURITIES, LLC** was electronically filed with the Clerk of Court using the Court's electronic filing system which will automatically send an email notification of such filing to the following attorneys of record who are registered participants in the Court's electronic notice and filing system:

**Attorneys for Defendants:**
Richard H. Sinkfield, Esq.
Dan F. Laney, III, Esq.
Kristina M. Jones, Esq.
Stefanie H. Jackman, Esq.
James W. Cobb, Esq.
Rogers & Hardin
2700 International Tower, Peachtree Center
229 Peachtree Street, N.E.
Atlanta, GA  30303-1601
rsinkfield@rh-law.com

Further, I hereby certify that on this day, I caused to be served a true and correct copy of the foregoing via United States mail on:

817421.1

**Attorneys for Banc of America Securities, LLC; Merrill Lynch, Pierce, Fenner & Smith, Inc.; and Merrill Lynch Professional Clearing Corporation:**
Andrew J. Frackman, Esq.
Brad Elias, Esq.
O'Melveny & Myers LLP
7 Times Square
New York, NY  10036

**Attorneys for Morgan Stanley & Co. Incorporated:**
Robert F. Wise, Jr., Esq.
William J. Fenrich, Esq.
Melissa T. Aoyagi, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY  10017

**Attorneys for Bear Stearns & Co., Inc. and Bear Stearns Securities Corp.:**
Stephen L. Ratner, Esq.
Harry Frischer, Esq.
Brian L. Friedman, Esq.
Proskauer Rose LLP
1585 Broadway
New York, NY  10036

**Attorneys for Goldman, Sachs & Co. and Goldman Sachs Execution & Clearing, L.P.:**
Richard C. Pepperman II, Esq.
Richard H. Klapper, Esq.
Tracy Richelle High, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY  10004

**Attorneys for Deutsche Bank Securities Inc.:**
Heather L. Fesnak, Esq.
Peter J. Isajiw, Esq.
Gregory A. Markel, Esq.
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY  10281

**Attorneys for UBS Securities, LLC:**
Andrew B. Clubok, Esq.
Jeffrey G. Landis, Esq.
Daniel Gomez, Esq.
Kirkland & Ellis LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, DC  20005-5793

Maria Ginzburg, Esq.
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY  10022-4611

**Attorneys for Credit Suisse Securities (USA), LLC.:**
Fraser L. Hunter, Jr., Esq.
Wilmer Cutler Pickering Hale & Dorr LLP
399 Park Avenue
New York, NY  10022

This 11th day of November, 2010.

                        /s/ Elizabeth G. Eager
                        Elizabeth G. Eager
                        Georgia Bar No. 644007

# EXHIBIT A

## EXHIBIT A

1.      For each day between January 1, 2003 through May 31, 2009, the Average Loan Rate[1] You charged for TASER securities on that day.

2.      Identification of any reports or other documents maintained in the ordinary course of business that reflect or show the Average Loan Rate and the identification of at least one person who received that report during the Time Period.

3.      The inputs, means and methods you used to calculate the Average Loan Rate.

4.      Identification of any reports or other documents maintained in the ordinary course of business that reflect or show the amount you charged a customer to borrow TASER securities (or, if you contend that you do not lend TASER common stock, the amount you charged clients and/or counterparties to have an open short position in TASER) for each day from January 1, 2003 to May 31, 2009.

---

[1] "Average Loan Rate" shall mean the average rate you charged clients and/or counterparties to borrow TASER common stock (or, if you contend that you do not lend TASER common stock, the amount you charged clients and/or counterparties to have an open short position in TASER).  Plaintiffs refer to GSOC2_T 0004183 for a further definition of this term.  Plaintiffs request you calculate the "average" based on a percentage of market value.  However, if you use another method to calculate the "average" in your ordinary course of business, Plaintiffs are willing to confer on this issue.

817441.1