# EXHIBIT 3

State Court of Fulton County
\*\*\*EFILED\*\*\*
LexisNexis Transaction ID: 29500257
Date: Feb 10 2010 3:40PM
Mark Harper, Clerk

02/07/2010 13:08 4042340575 JUDGE PATSY PORTER PAGE 01

Case 1:10-cv-03108-JEC Document 97-4 Filed 11/12/10 Page 2 of 2

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| TASER INTERNATIONAL, INC., et. al | ) | |
| | ) | |
| Plaintiffs | ) | Civil Action File No.: |
| | ) | 2008EV004739 |
| v. | ) | |
| | ) | |
| MORGAN STANLEY & CO., INC., et. al. | ) | |
| | ) | |
| Defendants | ) | |

**ORDER**

The above styled case is before the Court on the <u>Plaintiff's Motion to Compel Production of Documents.</u>

The Court having read and reviewed the entire record in the case, hereby **GRANTS** the <u>Plaintiff's Motion to Compel</u> as it pertains to the scope of responsive documents involving "same or similar conduct" as it relates to specific securities other than TASER and other agency, regulatory or other investigations not specifically related to the TASER securities.

The Court hereby **ORDERS**, the Defendants, UBS Securities, LLC to produce all documents referring, relating to or showing conduct that is the same or similar to the conduct at issue in this case, including stocks other than TASER. This includes documents relating to any agency, regulatory or other investigation not specifically related to TASER securities.

**SO ORDERED**, this 10 day of February, 2010.

Judge Patsy Y. Porter
State Court of Fulton County