IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> MORGAN STANLEY & CO., INC., *et al.* <br><br> Defendants. | CIVIL ACTION NUMBER: <br> 1:10-CV-03108-JEC |

## JOINT MOTION FOR EXTENSION OF TIME

Plaintiffs and Defendant Merrill Lynch Professional Clearing Corporation ("Merrill Pro") jointly move to extend the pending deadline for Plaintiffs to file their response to Merrill Pro's Motion to Stay Non-Jurisdictional Discovery [Docket No. 97] filed in the above-captioned action, which was removed to this Court on September 28, 2010 from the State Court of Fulton County, Georgia.[1] The Parties further jointly move to extend the pending deadlines for Merrill Pro to respond to Plaintiff TASER International's First Interrogatories to Defendant

---

[1] Plaintiffs believe that the removal of this case was improper, and have filed a motion to remand. Plaintiffs' agreement to this Joint Motion for Extension of Time should not be construed as Plaintiffs' agreement or consent to the removal or to the jurisdiction of this Court.

819948.1

Merrill Lynch Professional Clearing Corp. and Plaintiffs' Reserved First Document Requests to Defendant Merrill Lynch Professional Clearing Corporation.

1. Plaintiffs' response to the Motion to Stay Non-Jurisdictional Discovery [Docket No. 97] is currently due on November 29, 2010.

2. Merrill Pro's responses to Plaintiff TASER International's First Interrogatories to Defendant Merrill Lynch Professional Clearing Corp. and Plaintiffs' Reserved First Document Requests to Defendant Merrill Lynch Professional Clearing Corporation are currently due on November 26, 2010.

3. Because the current due dates for the responses referenced in paragraphs 1 and 2 above fall immediately after the Thanksgiving holiday, the parties have agreed to give each other extensions past the holiday.

4. Plaintiffs and Merrill Pro agree and jointly move that the due date for Plaintiffs' response to the Motion to Stay Non-Jurisdictional Discovery should be extended to and including December 2, 2010.

5. Plaintiffs and Merrill Pro agree and jointly move that the due date for Merrill Pro's responses to Plaintiff TASER International' Plaintiffs' Reserved First Document Requests to Defendant Merrill Lynch Professional Clearing Corporation should be extended to and including December 1, 2010. Merrill Pro has further

agreed to serve its responses and any materials it produces in response upon Plaintiffs electronically on December 1, 2010.

      6.    A copy of the parties' proposed Consent Order is attached hereto as Exhibit A.

Jointly submitted this 22nd day of November, 2010.

| /s/ Nicole G. Iannarone | /s/ Richard H. Sinkfield |
|---|---|
| NICOLE G. IANNARONE<br>Georgia Bar No. 382510<br>Email: iannarone@bmelaw.com | RICHARD H. SINKFIELD<br>Georgia Bar No. 649100<br>Email: rsinkfield@rh-law.com |
| John E. Floyd<br>Georgia Bar No. 266413<br>Email: floyd@bmelaw.com | Dan F. Laney III<br>Georgia Bar No. 435290<br>Email: dlaney@rh-law.com |
| Steven J. Rosenwasser<br>Georgia Bar No. 614908<br>Email: rosenwasser@bmelaw.com | ROGERS & HARDIN LLP<br>229 Peachtree Street, N.E.<br>2700 International Tower<br>Atlanta, Georgia 30303<br>Tel.: 404-522-4700<br>Fax: 404-525-2224 |
| Nicole G. Iannarone<br>Georgia Bar No. 382510<br>Email: iannarone@bmelaw.com | |
| Elizabeth G. Eager<br>Georgia Bar No. 644007<br>Email: eager@bmelaw.com | *Attorneys for Defendant Merrill Lynch Professional Clearing Corporation* |
| BONDURANT, MIXSON &<br>ELMORE LLP<br>3900 One Atlantic Center<br>1201 West Peachtree Street, N.W.<br>Atlanta, GA 30309 | |

Tel.: 404-881-4100
Fax: 404-881-4111

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, a true and correct copy of the foregoing **JOINT MOTION FOR EXTENSION OF TIME** was electronically filed with the Clerk of Court using the Court's electronic filing system which will automatically send an email notification of such filing to the following attorneys of record who are registered participants in the Court's electronic notice and filing system:

> **Attorneys for Defendants:**
> Richard H. Sinkfield, Esq.
> Dan F. Laney, III, Esq.
> Kristina M. Jones, Esq.
> Stefanie H. Jackman, Esq.
> James W. Cobb, Esq.
> Rogers & Hardin
> 2700 International Tower, Peachtree Center
> 229 Peachtree Street, N.E.
> Atlanta, GA  30303-1601
> rsinkfield@rh-law.com

Further, I hereby certify that on this day, I caused to be served a true and correct copy of the foregoing via United States mail on:

> **Attorneys for Banc of America Securities, LLC;**
> **Merrill Lynch, Pierce, Fenner & Smith, Inc.; and Merrill Lynch**
> **Professional Clearing Corporation:**
> Andrew J. Frackman, Esq.
> Brad Elias, Esq.
> O'Melveny & Myers LLP
> 7 Times Square
> New York, NY  10036

819948.1

**Attorneys for Morgan Stanley & Co. Incorporated:**
Robert F. Wise, Jr., Esq.
William J. Fenrich, Esq.
Melissa T. Aoyagi, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

**Attorneys for Bear Stearns & Co., Inc. and Bear Stearns Securities Corp.:**
Stephen L. Ratner, Esq.
Harry Frischer, Esq.
Brian L. Friedman, Esq.
Proskauer Rose LLP
1585 Broadway
New York, NY 10036

**Attorneys for Goldman, Sachs & Co. and Goldman Sachs Execution & Clearing, L.P.:**
Richard C. Pepperman II, Esq.
Richard H. Klapper, Esq.
Tracy Richelle High, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

**Attorneys for Deutsche Bank Securities Inc.:**
Heather L. Fesnak, Esq.
Peter J. Isajiw, Esq.
Gregory A. Markel, Esq.
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

**Attorneys for UBS Securities, LLC:**
Andrew B. Clubok, Esq.
Jeffrey G. Landis, Esq.
Daniel Gomez, Esq.
Kirkland & Ellis LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, DC  20005-5793

Maria Ginzburg, Esq.
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY  10022-4611

**Attorneys for Credit Suisse Securities (USA), LLC.:**
Fraser L. Hunter, Jr., Esq.
Wilmer Cutler Pickering Hale & Dorr LLP
399 Park Avenue
New York, NY  10022

This the 22nd day of November, 2010.

/s/   Nicole G. Iannarone
Nicole G. Iannarone
Georgia Bar No. 382510
iannarone@bmelaw.com

819948.1