EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., et al.<br><br>Plaintiffs,<br><br>v.<br><br>MORGAN STANLEY & CO., INC., et al.<br><br>Defendants. | CIVIL ACTION NUMBER:<br>1:10-CV-03108-JEC |

## [PROPOSED] CONSENT ORDER EXTENDING TIME

Plaintiffs and Defendant Merrill Lynch Professional Clearing Corporation ("Merrill Pro") have consented and jointly moved to extend the pending deadline for Plaintiffs to file their response to Merrill Pro's Motion to Stay Non-Jurisdictional Discovery [Docket No. 97] filed in the above-captioned action, which was removed to this Court on September 28, 2010 from the State Court of Fulton County, Georgia.[1] Plaintiffs and Merrill Pro have further consented and jointly moved to extend the pending deadlines for Merrill Pro to respond to

---

[1] Plaintiffs believe that the removal of this case was improper, and have filed a motion to remand. Plaintiffs' agreement to this Proposed Consent Order Extending Time should not be construed as Plaintiffs' agreement or consent to the removal or to the jurisdiction of this Court.

819936.1

Plaintiff TASER International's First Interrogatories to Defendant Merrill Lynch Professional Clearing Corp. and Plaintiffs' Reserved First Document Requests to Defendant Merrill Lynch Professional Clearing Corporation.

By agreement among the parties, and for good cause shown, it is hereby ORDERED that:

The time for the Plaintiffs to file their response to Merrill Pro's Motion to Stay Non-Jurisdictional Discovery [Docket No. 97] is extended to and including December 2, 2010.

The time for Merrill Pro to file its responses to Plaintiff TASER International's First Interrogatories to Defendant Merrill Lynch Professional Clearing Corp. and Plaintiffs' Reserved First Document Requests to Defendant Merrill Lynch Professional Clearing Corporation is extended to and including December 1, 2010.

So ORDERED this ___ day of November, 2010.

---

Julie E. Carnes, Judge
United States District Court

819936.1

2

Jointly submitted this 22nd day of November, 2010.

/s/ Nicole G. Iannarone
Nicole G. Iannarone
Georgia Bar No. 382510
Email: iannarone@bmelaw.com

John E. Floyd
Georgia Bar No. 266413
Email: floyd@bmelaw.com

Steven J. Rosenwasser
Georgia Bar No. 614908
Email: rosenwasser@bmelaw.com

Elizabeth G. Eager
Georgia Bar No. 644007
Email: eager@bmelaw.com

BONDURANT, MIXSON &
ELMORE LLP
3900 One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, GA 30309
Tel.:  404-881-4100
Fax:  404-881-4111

*Attorneys for Plaintiffs*

/s/ Richard H. Sinkfield
RICHARD H. SINKFIELD
Georgia Bar No. 649100
Email: rsinkfield@rh-law.com

Dan F. Laney III
Georgia Bar No. 435290
Email: dlaney@rh-law.com

ROGERS & HARDIN LLP
229 Peachtree Street, N.E.
2700 International Tower
Atlanta, Georgia 30303
Tel.:  404-522-4700
Fax:  404-525-2224

*Attorneys for Defendant Merrill
Lynch Professional Clearing
Corporation*

819936.1

3

# CERTIFICATE OF SERVICE

I hereby certify that on this day, a true and correct copy of the foregoing **[PROPOSED] CONSENT ORDER EXTENDING TIME** was electronically filed with the Clerk of Court using the Court's electronic filing system which will automatically send an email notification of such filing to the following attorneys of record who are registered participants in the Court's electronic notice and filing system:

>**Attorneys for Defendants:**
>Richard H. Sinkfield, Esq.
>Dan F. Laney, III, Esq.
>Kristina M. Jones, Esq.
>Stefanie H. Jackman, Esq.
>James W. Cobb, Esq.
>Rogers & Hardin
>2700 International Tower, Peachtree Center
>229 Peachtree Street, N.E.
>Atlanta, GA  30303-1601
>rsinkfield@rh-law.com

Further, I hereby certify that on this day, I caused to be served a true and correct copy of the foregoing via United States mail on:

>**Attorneys for Banc of America Securities, LLC;**
>**Merrill Lynch, Pierce, Fenner & Smith, Inc.; and Merrill Lynch**
>**Professional Clearing Corporation:**
>Andrew J. Frackman, Esq.
>Brad Elias, Esq.
>O'Melveny & Myers LLP
>7 Times Square
>New York, NY  10036

819936.1

**Attorneys for Morgan Stanley & Co. Incorporated:**
Robert F. Wise, Jr., Esq.
William J. Fenrich, Esq.
Melissa T. Aoyagi, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY  10017

**Attorneys for Bear Stearns & Co., Inc. and Bear Stearns Securities Corp.:**
Stephen L. Ratner, Esq.
Harry Frischer, Esq.
Brian L. Friedman, Esq.
Proskauer Rose LLP
1585 Broadway
New York, NY  10036

**Attorneys for Goldman, Sachs & Co. and Goldman Sachs Execution & Clearing, L.P.:**
Richard C. Pepperman II, Esq.
Richard H. Klapper, Esq.
Tracy Richelle High, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY  10004

**Attorneys for Deutsche Bank Securities Inc.:**
Heather L. Fesnak, Esq.
Peter J. Isajiw, Esq.
Gregory A. Markel, Esq.
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY  10281

Case 1:10-cv-03108-JEC   Document 103-1   Filed 11/22/10   Page 7 of 7

**Attorneys for UBS Securities, LLC:**
Andrew B. Clubok, Esq.
Jeffrey G. Landis, Esq.
Daniel Gomez, Esq.
Kirkland & Ellis LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, DC  20005-5793

Maria Ginzburg, Esq.
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY  10022-4611

**Attorneys for Credit Suisse Securities (USA), LLC.:**
Fraser L. Hunter, Jr., Esq.
Wilmer Cutler Pickering Hale & Dorr LLP
399 Park Avenue
New York, NY  10022

This the 22nd day of November, 2010.

/s/ Nicole G. Iannarone
Nicole G. Iannarone
Georgia Bar No. 382510
iannarone@bmelaw.com

819936.1

3