IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CHAMBERS
U.S.D.C. Atlanta

NOV 22 2010

JAMES N. HATTEN, Clerk
By _____ Deputy Clerk

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.*, ) | Case No.: |
| ) | 1:10-CV-03108-JOF |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| MORGAN STANLEY & CO., INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION

Plaintiffs and Defendant Merrill Lynch, Pierce, Fenner & Smith

Incorporated ("Merrill Lynch") do hereby stipulate and agree, by and among

themselves, as follows:[1]

WHEREAS, Plaintiffs filed a motion to compel Merrill Lynch to produce

documents, emails, data, correspondence, transcripts and other materials

("Documents") relating to the Certain Threshold Securities Investigation (the

"Investigation").

---

[1] Plaintiffs believe that the removal was improper, and have moved to remand this
action to the State Court. Consequently, Plaintiffs have agreed to this Stipulation
only because of the need to address a pending deadline, and this Stipulation should
not be construed as Plaintiffs' agreement or consent to the removal or the
jurisdiction of this Court.

WHEREAS, Merrill Lynch objected to producing Documents relating to the Investigation on the ground that, among other things, the Documents are irrelevant to the claims and defenses in this action.

IT IS, THEREFORE, STIPULATED AND AGREED BY AND AMONG THE UNDERSIGNED PARTIES THAT:

Merrill Lynch will produce by no later than November 8, 2010, all documents, e-mail, data, correspondence, and other materials (the "Documents") sent to or received from the Securities Exchange Commission, AMEX, the Department of Justice or the United State Attorney (hereafter, the "Agencies") in connection with the Investigation, with the exception of transcripts and audio recordings (together the "Recordings") unless otherwise ordered by the Court. Merrill Lynch will also produce all Documents sent or received by Merrill Lynch Professional Clearing Corp. and Merrill Lynch PAX to or from the Agencies in connection with the Investigation, with the exception of the Recordings unless otherwise ordered by the Court.

Plaintiffs will withdraw their Motion to Compel against Defendant Merrill Lynch, dated September 21, 2010 (the "Motion"), by no later than October 28, 2010.

Plaintiffs will not seek sanctions or other relief against Merrill Lynch on the ground that it was required to produce the Documents sent to or received from the

2

Agencies at an earlier date.  Plaintiffs reserve the right to seek sanctions or other relief on the ground that the Documents should have been produced for some reason other than they were sent to the Agencies, and Merrill Lynch reserves the right to object to any such request for relief.

Plaintiffs reserve the right to seek additional discovery based upon information identified, located or ascertained from the Documents.  Merrill Lynch reserves the right to object to any additional discovery requests relating to the Investigation on any and all grounds, including but not limited to burden and relevance.

Plaintiffs will not take the position that by producing this data, Merrill Lynch has conceded or suggested that Merrill Lynch Professional Clearing Corp. or Merrill Lynch PAX are subject to general discovery in this case or that their conduct is relevant to the claims and defenses in this action.

(Approved) (Denied) this _19_ day of _Nov_

JULIE E. CARNES
UNITED STATES DISTRICT JUDGE

Dated:  October 25, 2010


/s/ John E. Floyd
JOHN E. FLOYD
Georgia Bar No. 266413
Email: floyd@bmelaw.com

STEVEN J. ROSENWASSER
Georgia Bar No. 614908
Email: rosenwasser@bmelaw.com

NICOLE G. IANNARONE
Georgia Bar No. 382510
Email: iannarone@bmelaw.com

BONDURANT, MIXSON &
ELMORE LLP
3900 One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, GA  30309
Tel.:  404-881-4100
Fax:  404-881-4111

*Attorneys for Plaintiffs*


/s/ Richard H. Sinkfield
RICHARD H. SINKFIELD
Georgia Bar No. 649100
E-mail: rsinkfield@rh-law.com

Dan F. Laney III
Georgia Bar No. 435290
E-mail: dlaney@rh-law.com

ROGERS & HARDIN LLP
229 Peachtree Street, N.E.
2700 International Tower
Atlanta, Georgia  30303
Tel.:  404-522-4700
Fax:  404-525-2224

*Attorneys for Defendant Merrill
Lynch, Pierce, Fenner & Smith,
Incorporated*

4