IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., et al.<br><br>Plaintiffs,<br><br>v.<br><br>MORGAN STANLEY & CO., INC., et al.<br><br>Defendants. | CIVIL ACTION NUMBER:<br>1:10-CV-03108-JOF |

**STIPULATION AND CONSENT
ORDER EXTENDING TIME**

Plaintiffs and Defendants have stipulated to extend pending deadlines in the above-captioned action, which was removed to this Court on September 28, 2010 from the State Court of Fulton County, Georgia.[1]

By agreement among the parties, and for good cause shown, it is hereby ORDERED that:

1.  The time for reply briefs to filed for the following motions is extended through and including 7 calendar days after the entry of the Court's order granting

---

[1] Plaintiffs believe that the removal of this case was improper. Plaintiffs' agreement to this Proposed Stipulated Consent Order Extending Time should not be construed as Plaintiffs' agreement or consent to the removal or to the jurisdiction of this Court.

or denying the pending Plaintiffs' Motion for Remand, Fees and Costs [Docket No. 7]:

- UBS Securities, LLC's Motion to Strike;

- Plaintiffs' Request to Hold Motion in Abeyance;

- Deutsche Bank Securities, Inc.'s Motion for a Protective Order Regarding 30(b)(6) Depositions;

- Goldman Sachs Defendants' Motion for a Protective Order Regarding 30(b)(6) Depositions;

- Defendants' Motion to Compel Production of Plaintiffs' Hearing Presentation Notebook;

- Plaintiffs' Motion for Sanctions Against BAS; and

- Plaintiffs' Motion to Compel Against Merrill Lynch.

So ORDERED this __19__ day of ~~October~~ November 2010.

_____
~~J. Owen Forrester, Senior Judge~~
United States District Court
Julie E. Carnes, Chief Judge

2

Jointly submitted this 25th day of October 2010.

| | |
|---|---|
| /s/ Elizabeth G. Eager | /s/ Richard H. Sinkfield |
| JOHN E. FLOYD | RICHARD H. SINKFIELD |
| Georgia Bar No. 266413 | Georgia Bar No. 649100 |
| Email: floyd@bmelaw.com | E-mail: rsinkfield@rh-law.com |

STEVEN J. ROSENWASSER
Georgia Bar No. 614908
Email: rosenwasser@bmelaw.com

Dan F. Laney III
Georgia Bar No. 435290
E-mail: dlaney@rh-law.com

NICOLE G. IANNARONE
Georgia Bar No. 382510
Email: iannarone@bmelaw.com

ROGERS & HARDIN LLP
229 Peachtree Street, N.E.
2700 International Tower
Atlanta, Georgia  30303
Tel.:  404-522-4700
Fax:  404-525-2224

ELIZABETH G. EAGER
Georgia Bar No. 644007
Email:  eager@bmelaw.com

*Attorneys for Defendants*

BONDURANT, MIXSON & ELMORE LLP
3900 One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, GA  30309
Tel.:  404-881-4100
Fax:  404-881-4111

*Attorneys for Plaintiffs*