IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.* <br><br> **Plaintiffs,** <br><br> v. <br><br> **MORGAN STANLEY & CO., INC.,** *et al.* <br><br> **Defendants.** | CIVIL ACTION NUMBER: <br> 1:10-CV-03108-JEC |

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2010, I caused a copy of the foregoing

OBJECTIONS OF DEFENDANTS GOLDMAN, SACHS & CO. AND

GOLDMAN SACHS EXECUTION & CLEARING, L.P. TO PLAINTIFFS'

NOTICE TO TAKE FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)

DEPOSITION to be filed with the Clerk of Court using the CM/ECF system,

which will automatically send e-mail notification of such filing to the following

attorneys of record:

John E. Floyd, Esq.
floyd@bmelaw.com

        Steven J. Rosenwasser, Esq.
        rosenwasser@bmelaw.com

        Nicole G. Iannarone, Esq.
        iannarone@bmelaw.com

        Jill A. Pryor, Esq.
        pryor@bmelaw.com

        Robert L. Ashe, III, Esq.
        ashe@bmelaw.com

        Michael A. Caplan, Esq.
        caplan@bmelaw.com

        Elizabeth G. Eager
        eager@bmelaw.com

and that I have caused a copy to be served by U.S. Mail on the following attorneys of record:

        James W. Christian, Esq.
        CHRISTIAN, SMITH & JEWELL LLP
        2302 Fannin, Suite 500
        Houston, TX  77002

        Robert F. Wise, Jr., Esq.
        William J. Fenrich, Esq.
        Melissa Aoyagi, Esq.
        DAVIS POLK & WARDWELL LLP
        450 Lexington Avenue
        New York, NY  10017

Richard H. Klapper, Esq.
Richard C. Pepperman, II, Esq.
Tracy Richelle High, Esq.
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY  10004-2498

Stephen L. Ratner, Esq.
Brian L. Friedman, Esq.
PROSKAUER ROSE LLP
1585 Broadway
New York, NY  10036

Gregory A. Markel, Esq.
Martin L. Seidel, Esq.
Peter J. Isajiw, Esq.
Heather L. Fesnak, Esq.
CADWALADER, WICKERSHAM &
TAFT LLP
One World Financial Center
New York, NY  10281

Fraser L. Hunter, Jr., Esq.
WILMER CUTLER PICKERING HALE
AND DORR LLP
399 Park Avenue
New York, NY  10022

Andrew J. Frackman, Esq.
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY  10036

Andrew B. Clubok, Esq.
Jeffrey G. Landis, Esq.
Jeffrey M. Gould, Esq.
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC  20005


/s/ Richard H. Sinkfield
Richard H. Sinkfield
Georgia Bar No. 649100
RSinkfield@rh-law.com

ROGERS & HARDIN LLP
229 Peachtree Street, N.E.
2700 International Tower
Atlanta, Georgia  30303
Tel.:   404-522-4700
Fax:   404-525-2224