IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.*,<br><br>           Plaintiffs,<br><br>v.<br><br>MORGAN STANLEY & CO., INC., *et al.*,<br><br>           Defendants. | Civil Case No.<br><br>1:10-CV-03108-JEC |

**DEFENDANT MERRILL LYNCH'S *EMERGENCY MOTION*
TO STAY RULE 30(b)(6) DEPOSITION PENDING
<u>RESOLUTION OF ITS MOTION FOR A PROTECTIVE ORDER</u>**

Defendant Merrill Lynch, Pierce, Fenner & Smith Incorporated ("Merrill Lynch") hereby moves the Court for an order staying the Rule 30(b)(6) deposition noticed by Plaintiffs for December 10, 2010, until after the Court rules on Merrill Lynch's Motion for a Protective Order With Respect to Plaintiffs' Amended Notice to Take Rule 30(b)(6) deposition (the "Protective Order Motion"). Merrill Lynch also moves, pursuant to Local Rule 7.2(B), for an expedited hearing on this Motion to occur before December 10, 2010.

In support of this Motion, Merrill Lynch relies on the Memorandum of Law in Support of Merrill Lynch's Emergency Motion to Stay Rule 30(b)(6) Deposition

Pending Resolution of Its Motion for a Protective Order, filed simultaneously

herewith, the Memorandum of Law in Support of Merrill Lynch's Motion for

Protective Order With Respect to Plaintiffs' Amended Notice to Take Rule

30(b)(6) Deposition, also filed simultaneously herewith, the arguments of counsel,

all of the pleadings and other papers on file in this action, and such other matters as

may be presented at any hearing on this Motion prior to the Court's decision.

Respectfully submitted, this 24th day of November 24, 2010.

 /s/ Richard H. Sinkfield
Richard H. Sinkfield
Georgia Bar No. 649100
RSinkfield@rh-law.com

Dan F. Laney III
Georgia Bar No. 435290
DLaney@rh-law.com

ROGERS & HARDIN LLP
229 Peachtree Street, N.E.
2700 International Tower
Atlanta, Georgia  30303
Tel.:  404-522-4700
Fax:  404-525-2224

Andrew J. Frackman
Abby F. Rudzin
Brad M. Elias
*Pro Hac Vice* Applications Pending

O'MELVENY & MYERS LLP
7 Times Square

New York, New York  10036
Phone:  212-326-2000
Fax:  212-326-2061

*Attorneys for Defendant Merrill Lynch,*
*Pierce, Fenner & Smith Incorporated*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing

DEFENDANT MERRILL LYNCH'S *EMERGENCY MOTION* TO STAY RULE

30(b)(6) DEPOSITION PENDING RESOLUTION OF ITS MOTION FOR A

PROTECTIVE ORDER has been prepared in Times New Roman, 14-point font, as

permitted by Local Rule 5.1(C).

/s/ Richard H. Sinkfield
Richard H. Sinkfield
Georgia Bar No. 649100
RSinkfield@rh-law.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

TASER INTERNATIONAL, INC.,
*et al.*

     **Plaintiffs,**

**v.**

**MORGAN STANLEY & CO., INC.,**
*et al.*

     **Defendants.**

**CIVIL ACTION NUMBER:
1:10-CV-03108-JEC**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 24, 2010, I caused a copy of the foregoing

DEFENDANT MERRILL LYNCH'S *EMERGENCY MOTION* TO STAY RULE

30(b)(6) DEPOSITION PENDING RESOLUTION OF ITS MOTION FOR A

PROTECTIVE ORDER to be filed with the Clerk of Court using the CM/ECF

system, which will automatically send e-mail notification of such filing to the

following attorneys of record:

        John E. Floyd, Esq.
        floyd@bmelaw.com

        Steven J. Rosenwasser, Esq.

rosenwasser@bmelaw.com

Nicole G. Iannarone, Esq.
iannarone@bmelaw.com

Jill A. Pryor, Esq.
pryor@bmelaw.com

Robert L. Ashe, III, Esq.
ashe@bmelaw.com

Michael A. Caplan, Esq.
caplan@bmelaw.com

Elizabeth G. Eager
eager@bmelaw.com

and that I have caused a copy to be served by U.S. Mail on the following attorneys

of record:

James W. Christian, Esq.
CHRISTIAN, SMITH & JEWELL LLP
2302 Fannin, Suite 500
Houston, TX  77002

Robert F. Wise, Jr., Esq.
William J. Fenrich, Esq.
Melissa Aoyagi, Esq.
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY  10017

Richard H. Klapper, Esq.
Richard C. Pepperman, II, Esq.
Tracy Richelle High, Esq.
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY  10004-2498

Stephen L. Ratner, Esq.
Brian L. Friedman, Esq.
PROSKAUER ROSE LLP
1585 Broadway
New York, NY  10036

Gregory A. Markel, Esq.
Martin L. Seidel, Esq.
Peter J. Isajiw, Esq.
Heather L. Fesnak, Esq.
CADWALADER, WICKERSHAM &
TAFT LLP
One World Financial Center
New York, NY  10281

Fraser L. Hunter, Jr., Esq.
WILMER CUTLER PICKERING HALE
AND DORR LLP
399 Park Avenue
New York, NY  10022

Andrew J. Frackman, Esq.
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY  10036

Andrew B. Clubok, Esq.
Jeffrey G. Landis, Esq.
Jeffrey M. Gould, Esq.
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC  20005


/s/ Richard H. Sinkfield
Richard H. Sinkfield
Georgia Bar No. 649100
RSinkfield@rh-law.com

ROGERS & HARDIN LLP
229 Peachtree Street, N.E.
2700 International Tower
Atlanta, Georgia  30303
Tel.:  404-522-4700
Fax:  404-525-2224