IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.*,<br><br>　　　　Plaintiffs,<br>v.<br>MORGAN STANLEY & CO., INC., *et al.*,<br>　　　　Defendants. | Civil Case No.<br>1:10-CV-03108-JEC |

**[PROPOSED] ORDER**

For good cause shown, it is hereby ORDERED that:

Pursuant to Federal Rule of Civil Procedure 26(c), Plaintiffs' Amended Notice to Take Rule 30(b)(6) Deposition of Defendant Merrill Lynch, Pierce, Fenner & Smith, Inc. is hereby stayed until such time that the Court rules on Merrill Lynch's Motion for a Protective Order with Respect to Plaintiffs' Amended Notice to Take Rule 30(b)(6) Deposition.

Dated: _____

　　　　　　　　　　　　　　　　　　　By _____
　　　　　　　　　　　　　　　　　　　　The Honorable Julie E. Carnes
　　　　　　　　　　　　　　　　　　　　United States District Judge