IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TASER INTERNATIONAL, INC.,
*et al.*,

  Plaintiffs,

v.

MORGAN STANLEY & CO., INC.,
*et al.*,

  Defendants.

Civil Case No.

1:10-CV-03108-JEC

## CERTIFICATION PURSUANT TO RULE 26(c)
## OF THE FEDERAL RULES OF CIVIL PROCEDURE

I hereby certify that prior to filing Defendant Merrill Lynch's Motion for

Protective Order with Respect to Plaintiffs' Amended Notice to Take Rule 30(b)(6)

Deposition (the "Protective Order Motion"), I conferred with Plaintiffs' counsel

and made a good faith, reasonable effort to convince Plaintiffs' counsel to

withdraw the Amended Notice to Take Rule 30(B)(6) Deposition of Defendant

Merrill Lynch, Pierce, Fenner & Smith, Inc. (the "Amended Notice").  My efforts

are described in detail in Merrill Lynch's memorandum of law in support of the

Protective Order Motion and the attached exhibits.

Dated:  November 24, 2010

           /s/ Brad Elias
            Brad Elias