# EXHIBIT A

Page 1

1
2  IN THE UNITED STATES DISTRICT COURT
   FOR THE NORTHERN DISTRICT OF GEORGIA
3  ATLANTA DIVISION
4  Civil Action File No. 1:10-CV-03108-JOF
   - - - - - - - - - - - - - - - - - - -x
5
   TASER INTERNATIONAL, INC., et al.,
6
                          Plaintiffs,
7
           -against-
8
   MORGAN STANLEY & CO., INC., et al.,
9
                          Defendants.
10
   - - - - - - - - - - - - - - - - - - -x
11
12                        November 11, 2010
                          2:14 p.m.
13
14          Videotaped Deposition of PETER MELZ,
15  taken by attorneys for Plaintiffs, pursuant to
16  agreement, held at the offices of O'Melveny &
17  Myers LLP, Seven Times Square, New York, New
18  York, before Helen Mitchell, a Shorthand
19  Reporter and Notary Public.
20
21
22
23
24
25

|   |   |   | Page 34 |
|---|---|---|---|
| 1 |   | Melz |   |
| 2 | Q | -- and there's a place -- | 14:49:56 |
| 3 | A | Yes. | 14:49:59 |
| 4 | Q | -- where you can check each state. | 14:49:59 |
| 5 | A | Okay. | 14:50:01 |
| 6 | Q | Is it your belief that the Form U4 | 14:50:01 |
| 7 | you completed, or that the company completed on | | 14:50:03 |
| 8 | your behalf in 2009, indicated registration in | | 14:50:05 |
| 9 | all 50 states, including Georgia? | | 14:50:08 |
| 10 | A | I believe so. | 14:50:09 |
| 11 | Q | The U4 is submitted to FINRA; is | 14:50:47 |
| 12 | that your understanding? | | 14:50:49 |
| 13 | A | I believe so.  FINRA as our SRO or | 14:50:54 |
| 14 | to the SEC, I'm not entirely certain. | | 14:51:00 |
| 15 | Q | Isn't it true that you | 14:51:03 |
| 16 | registered -- you personally registered to do | | 14:51:04 |
| 17 | business in all 50 states because you want and | | 14:51:07 |
| 18 | need to be registered in all 50 states, | | 14:51:08 |
| 19 | including Georgia, to do your job on behalf of | | 14:51:11 |
| 20 | Merrill Pro? | | 14:51:13 |
| 21 | A | I was advised by our compliance | 14:51:14 |
| 22 | area and by our compliance group that that was | | 14:51:16 |
| 23 | the case, yes. | | 14:51:20 |
| 24 | Q | Would it affect your ability to | 14:51:24 |
| 25 | perform your duties on behalf of Merrill Pro if | | 14:51:25 |