IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MORGAN STANLEY & CO., INC., *et al.*, ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) | Case No.: 1:10-CV-03108-JEC <br><br> [On removal from the State Court of Fulton County, Georgia Case No.: 2008-EV-004739-B] |

## **PROPOSED ORDER EXTENDING PAGE LIMITATION**

Good cause having been shown, it is hereby ordered that Plaintiffs' motion for an extension of the page limitations for its response to Defendant Merrill Lynch Professional Clearing Corp.'s Motion to Dismiss or, in the Alternative Motion to Transfer, shall be and hereby is granted. Plaintiffs shall have an additional 3 pages, for a total of 28 pages, for their response.

SO ORDERED this ___ day of December, 2010.

                                                                               _____
                                                                               Julie E. Carnes
                                                                               United States District Judge

822106.1