## CERTIFICATE OF SERVICE

This is to certify that on this day, I filed this **MOTION FOR PERMISSION TO EXCEED PAGE LIMITATIONS IN RESPONSE TO DEFENDANT MERRILL LYNCH PROFESSIONAL CLEARING CORP.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND "SUPPLEMENTAL MEMORANDUM IN FURTHER SUPPORT" OF ITS MOTION** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:

>   **Attorneys for Defendants:**
>   Richard H. Sinkfield, Esq.
>   Dan F. Laney, III, Esq.
>   Kristina M. Jones, Esq.
>   Stefanie H. Jackman, Esq.
>   James W. Cobb, Esq.
>   Rogers & Hardin
>   2700 International Tower, Peachtree Center
>   229 Peachtree Street, N.E.
>   Atlanta, GA  30303-1601
>   rsinkfield@rh-law.com

Further, I hereby certify that on this day, I caused to be served a true and correct copy of the foregoing via email on:

822078.1

8

**Attorneys for Banc of America Securities, LLC;
Merrill Lynch, Pierce, Fenner & Smith, Inc.; and Merrill Lynch
Professional Clearing Corporation:**
Andrew J. Frackman, Esq.
Brad Elias, Esq.
O'Melveny & Myers LLP
7 Times Square
New York, NY  10036

**Attorneys for Morgan Stanley & Co. Incorporated:**
Robert F. Wise, Jr., Esq.
William J. Fenrich, Esq.
Melissa T. Aoyagi, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY  10017

**Attorneys for Bear Stearns & Co., Inc. and Bear Stearns
Securities Corp.:**
Stephen L. Ratner, Esq.
Harry Frischer, Esq.
Brian L. Friedman, Esq.
Proskauer Rose LLP
1585 Broadway
New York, NY  10036

**Attorneys for Goldman, Sachs & Co. and Goldman Sachs
Execution & Clearing, L.P.:**
Richard C. Pepperman II, Esq.
Richard H. Klapper, Esq.
Tracy Richelle High, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY  10004

**Attorneys for Deutsche Bank Securities Inc.:**
Heather L. Fesnak, Esq.
Peter J. Isajiw, Esq.
Gregory A. Markel, Esq.
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY  10281

**Attorneys for UBS Securities, LLC:**
Andrew B. Clubok, Esq.
Jeffrey G. Landis, Esq.
Daniel Gomez, Esq.
Kirkland & Ellis LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, DC  20005-5793

Maria Ginzburg, Esq.
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY  10022-4611

**Attorneys for Credit Suisse Securities (USA), LLC.:**
Fraser L. Hunter, Jr., Esq.
Wilmer Cutler Pickering Hale & Dorr LLP
399 Park Avenue
New York, NY  10022

This 3rd day of December, 2010.

/s/   Jill A. Pryor
Jill A. Pryor
Georgia Bar. No. 589140

822078.1

10