IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.* <br>         Plaintiffs, <br> v. <br> MORGAN STANLEY & CO., INC., *et al.* <br>         Defendants. | CIVIL ACTION NUMBER: <br> 1:10-CV-03108-JEC |

## AFFIDAVIT OF SERVICE

The undersigned hereby swears that I am not a party to this action, I am over the age of 18 years and I am a resident of New York County in New York. On December 1, 2010, I served on Dave Nolan a true copy of a SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES and a SUBPOENA TO TESTIFY AT A DEPOSITION OR TO PRODUCE DOCUMENTS IN A CIVIL ACTION by delivering to FedEx, an overnight delivery service, an appropriately stamped and labeled envelope to ship via overnight delivery to the following address:

TO:    Elizabeth F. Bernhardt
       Cohen & Gresser LLP
       800 Third Avenue
       New York, NY 10022

Ms. Gresser had previously confirmed that she, as attorney for Dave Nolan, was authorized to accept service on behalf. Ms. Gresser confirmed to me over the telephone on December 3, 2010 that Mr. Nolan would not contest service of the subpoenas.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

DATED:    New York, NY
          December 3, 2010

                                                    _____
                                                    Terrence J. Johnson

Sworn to before me on the 3rd day
of December, 2010

_____
Notary Public

ANDRIA J. BOUSKOS
NOTARY PUBLIC-STATE OF NEW YORK
No. 02BO6223555
Qualified In Kings County
My Commission Expires June 14, 2014

## CERTIFICATE OF SERVICE

I hereby certify that on this day, a true and correct copy of the foregoing **AFFIDAVIT OF SERVICE** was electronically filed with the Clerk of Court using the Court's electronic filing system which will automatically send an email notification of such filing to the following attorneys of record who are registered participants in the Court's electronic notice and filing system:

**Attorneys for Defendants:**
Richard H. Sinkfield, Esq.
Dan F. Laney, III, Esq.
Kristina M. Jones, Esq.
Stefanie H. Jackman, Esq.
James W. Cobb, Esq.
Rogers & Hardin
2700 International Tower, Peachtree Center
229 Peachtree Street, N.E.
Atlanta, GA  30303-1601
rsinkfield@rh-law.com

Further, I hereby certify that on this day, I caused to be served a true and correct copy of the foregoing via United States mail on:

**Attorneys for Banc of America Securities, LLC;
Merrill Lynch, Pierce, Fenner & Smith, Inc.; and Merrill Lynch
Professional Clearing Corporation:**
Andrew J. Frackman, Esq.
Brad Elias, Esq.
O'Melveny & Myers LLP
7 Times Square
New York, NY  10036

822044.1

**Attorneys for Morgan Stanley & Co. Incorporated:**
Robert F. Wise, Jr., Esq.
William J. Fenrich, Esq.
Melissa T. Aoyagi, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY  10017

**Attorneys for Bear Stearns & Co., Inc. and Bear Stearns Securities Corp.:**
Stephen L. Ratner, Esq.
Harry Frischer, Esq.
Brian L. Friedman, Esq.
Proskauer Rose LLP
1585 Broadway
New York, NY  10036

**Attorneys for Goldman, Sachs & Co. and Goldman Sachs Execution & Clearing, L.P.:**
Richard C. Pepperman II, Esq.
Richard H. Klapper, Esq.
Tracy Richelle High, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY  10004

**Attorneys for Deutsche Bank Securities Inc.:**
Heather L. Fesnak, Esq.
Peter J. Isajiw, Esq.
Gregory A. Markel, Esq.
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY  10281

**Attorneys for UBS Securities, LLC:**
Andrew B. Clubok, Esq.
Jeffrey G. Landis, Esq.
Daniel Gomez, Esq.
Kirkland & Ellis LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, DC  20005-5793

Maria Ginzburg, Esq.
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY  10022-4611

**Attorneys for Credit Suisse Securities (USA), LLC.:**
Fraser L. Hunter, Jr., Esq.
Wilmer Cutler Pickering Hale & Dorr LLP
399 Park Avenue
New York, NY  10022

This 3rd day of December, 2010.

/s/ Michael A. Caplan
Michael A. Caplan
Georgia Bar No. 601039

822044.1