# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MORGAN STANLEY & CO., INC., *et al.*, <br><br> Defendants. | Civil Case No. <br><br> 1:10-CV-03108-JEC |

### NOTICE OF MERRILL LYNCH PROFESSIONAL CLEARING CORP.'S RESPONSE TO PLAINTIFFS' MOTION FOR PERMISSION TO EXCEED PAGE LIMITATIONS

Defendant Merrill Lynch Professional Clearing Corp. ("Merrill Pro") does not oppose Plaintiffs' request for an extension of the page limitation to respond to Merrill Pro's Motion to Dismiss for Lack of Personal Jurisdiction and Supplemental Memorandum in Further Support of that Motion [Docket No. 114].

Dated:  December 3, 2010

/*s*/ Richard H. Sinkfield
Richard H. Sinkfield
Georgia Bar No. 649100
RSinkfield@rh-law.com

Dan F. Laney III
Georgia Bar No. 435290
DLaney@rh-law.com

ROGERS & HARDIN LLP
229 Peachtree Street, N.E.
2700 International Tower
Atlanta, Georgia  30303
Tel.:   404-522-4700
Fax:  404-525-2224

Andrew J. Frackman
Abby F. Rudzin
Brad M. Elias
*Pro Hac Vice* Applications Pending

O'MELVENY & MYERS LLP
7 Times Square
New York, New York  10036
Phone:  212-326-2000
Fax:  212-326-2061

*Attorneys for Defendant Merrill Lynch Professional Clearing Corp.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> MORGAN STANLEY & CO., INC., *et al.* <br><br> Defendants. | CIVIL ACTION NUMBER: <br> 1:10-CV-03108-JEC |

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2010, I caused a copy of the foregoing **NOTICE OF MERRILL LYNCH PROFESSIONAL CLEARING CORP.'S RESPONSE TO PLAINTIFFS' MOTION FOR PERMISSION TO EXCEED PAGE LIMITATIONS** to be filed with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

> John E. Floyd, Esq.
> floyd@bmelaw.com
>
> Steven J. Rosenwasser, Esq.
> rosenwasser@bmelaw.com
>
> Nicole G. Iannarone, Esq.
> iannarone@bmelaw.com

        Jill A. Pryor, Esq.
        pryor@bmelaw.com

        Robert L. Ashe, III, Esq.
        ashe@bmelaw.com

        Michael A. Caplan, Esq.
        caplan@bmelaw.com

        Elizabeth G. Eager
        eager@bmelaw.com

and that I have caused a copy to be served by U.S. Mail on the following attorneys

of record:

        James W. Christian, Esq.
        CHRISTIAN, SMITH & JEWELL LLP
        2302 Fannin, Suite 500
        Houston, TX  77002

        Robert F. Wise, Jr., Esq.
        Melissa Aoyagi, Esq.
        DAVIS POLK & WARDWELL LLP
        450 Lexington Avenue
        New York, NY  10017

        Richard H. Klapper, Esq.
        Richard C. Pepperman, II, Esq.
        Tracy Richelle High, Esq.
        SULLIVAN & CROMWELL LLP
        125 Broad Street
        New York, NY  10004-2498

Stephen L. Ratner, Esq.
Brian L. Friedman, Esq.
PROSKAUER ROSE LLP
1585 Broadway
New York, NY  10036

Gregory A. Markel, Esq.
Martin L. Seidel, Esq.
Peter J. Isajiw, Esq.
Heather L. Fesnak, Esq.
CADWALADER, WICKERSHAM &
TAFT LLP
One World Financial Center
New York, NY  10281

Fraser L. Hunter, Jr., Esq.
WILMER CUTLER PICKERING HALE
AND DORR LLP
399 Park Avenue
New York, NY  10022

Andrew J. Frackman, Esq.
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY  10036

Andrew B. Clubok, Esq.
Jeffrey G. Landis, Esq.
Jeffrey M. Gould, Esq.
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC  20005

/*s*/ Richard H. Sinkfield

Richard H. Sinkfield
Georgia Bar No. 649100
rsinkfield@rh-law.com

4