IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.*, ) | |
| ) | Case No.: 1:10-CV-03108-JEC |
| Plaintiffs, ) | |
| ) | [On removal from the State |
| v. ) | Court of Fulton County, |
| ) | Georgia Case No.: |
| MORGAN STANLEY & CO., INC., *et al.*, ) | 2008-EV-004739-B] |
| ) | |
| Defendants. ) | |
| _____) | |

### NOTICE OF MANUAL FILING UNDER SEAL

Plaintiffs hereby give notice of the manual filing under seal of

**PLAINTIFFS' OPPOSITION TO MERRILL LYNCH'S EMERGENCY**

**MOTION TO STAY RULE 30(B)(6) DEPOSITION PENDING**

**RESOLUTION OF ITS MOTION FOR A PROTECTIVE ORDER**.

Respectfully submitted, this 3rd day of December, 2010.

> */s/ Elizabeth G. Eager*
> John E. Floyd
> Georgia Bar No. 266413
> Steven J. Rosenwasser
> Georgia Bar No. 614908
> Nicole G. Iannarone
> Georgia Bar No. 382510
> Elizabeth G. Eager
> Georgia Bar No. 644007

822259.1

2

        BONDURANT, MIXSON & ELMORE, LLP
        3900 One Atlantic Center
        1201 West Peachtree Street, N.W.
        Atlanta, Georgia  30309
        floyd@bmelaw.com
        rosenwasser@bmelaw.com
        iannarone@bmelaw.com
        eager@bmelaw.com
        Telephone:  (404) 881-4100
        Facsimile:  (404) 881-4100

        ***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that on this day, a true and correct copy of the foregoing **NOTICE OF MANUAL FILING UNDER SEAL** was electronically filed with the Clerk of Court using the Court's electronic filing system which will automatically send an email notification of such filing to the following attorneys of record who are registered participants in the Court's electronic notice and filing system:

        **Attorneys for Defendants:**
        Richard H. Sinkfield, Esq.
        Dan F. Laney, III, Esq.
        Kristina M. Jones, Esq.
        Stefanie H. Jackman, Esq.
        James W. Cobb, Esq.
        Rogers & Hardin
        2700 International Tower, Peachtree Center
        229 Peachtree Street, N.E.
        Atlanta, GA  30303-1601
        rsinkfield@rh-law.com

Further, I hereby certify that on this day, I caused to be served a true and correct copy of the foregoing via email and U.S. mail, with adequate postage thereon, addressed as follows:

>**Attorneys for Banc of America Securities, LLC;**
>**Merrill Lynch, Pierce, Fenner & Smith, Inc.; and Merrill Lynch**
>**Professional Clearing Corporation:**
>Andrew J. Frackman, Esq.
>Brad Elias, Esq.
>O'Melveny & Myers LLP
>7 Times Square
>New York, NY  10036
>afrackman@omm.com
>
>**Attorneys for Morgan Stanley & Co. Incorporated:**
>Robert F. Wise, Jr., Esq.
>William J. Fenrich, Esq.
>Melissa T. Aoyagi, Esq.
>Davis Polk & Wardwell LLP
>450 Lexington Avenue
>New York, NY  10017
>robert.wise@davispolk.com
>
>**Attorneys for Bear Stearns & Co., Inc. and Bear Stearns**
>**Securities Corp.:**
>Stephen L. Ratner, Esq.
>Harry Frischer, Esq.
>Brian L. Friedman, Esq.
>Proskauer Rose LLP
>1585 Broadway
>New York, NY  10036
>blfriedman@proskauer.com

822259.1

**Attorneys for Goldman, Sachs & Co. and Goldman Sachs Execution & Clearing, L.P.:**
Richard C. Pepperman II, Esq.
Richard H. Klapper, Esq.
Tracy Richelle High, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY  10004
peppermanr@sullcrom.com

**Attorneys for Deutsche Bank Securities Inc.:**
Heather L. Fesnak, Esq.
Peter J. Isajiw, Esq.
Gregory A. Markel, Esq.
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY  10281
peter.isajiw@cwt.com

**Attorneys for UBS Securities, LLC:**
Andrew B. Clubok, Esq.
Jeffrey G. Landis, Esq.
Daniel Gomez, Esq.
Kirkland & Ellis LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, DC  20005-5793
aclubok@kirkland.com

Maria Ginzburg, Esq.
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY  10022-4611

**Attorneys for Credit Suisse Securities (USA), LLC.:**
Fraser L. Hunter, Jr., Esq.
Wilmer Cutler Pickering Hale & Dorr LLP
399 Park Avenue
New York, NY  10022
fraser.hunter@wilmerhale.com

This 3rd day of December, 2010.


*/s/ Elizabeth G. Eager*
Elizabeth G. Eager
Georgia Bar No. 644007

822259.1