# EXHIBIT G

138129.1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.*, ) | Case No.: 1:10-CV-03108-JEC |
| ) | |
| Plaintiffs, ) | |
| ) | [On removal from the State |
| v. ) | Court of Fulton County, |
| ) | Georgia Case No.: |
| MORGAN STANLEY & CO., INC., *et al.*, ) | 2008-EV-004739-B] |
| ) | |
| Defendants. ) | |
| ) | |

## AFFIDAVIT OF ELIZABETH G. EAGER

Before me, the undersigned officer, duly authorized to administer oaths in the State of Georgia, came Elizabeth G. Eager, who after being first duly sworn on oath, states as follows:

1.

I am over the age of eighteen (18), am of sound mind and otherwise competent to testify, and am giving this Affidavit based upon my personal knowledge, observations and belief.

2.

I am an associate attorney at the law firm of Bondurant, Mixson & Elmore, LLP, which represents the Plaintiffs in this matter.

825657.1

3.

Attached hereto as Exhibit 1 is a true and correct copy of the parties' August 12, 2009 Agreement regarding Plaintiffs' First Interrogatories to Each Defendant. While the document says "Draft," the parties treated it as the final agreement.

4.

Attached hereto as Exhibit 2 is a true and correct copy of an October 19, 2009 email from counsel for Morgan Stanley to counsel for Plaintiffs.

5.

Attached hereto as Exhibit 3 is a true and correct copy of an April 20, 2010 email from counsel for Plaintiffs to counsel for Merrill Lynch.

6.

Attached hereto as Exhibit 4 is a true and correct copy of a May 10, 2010 email from counsel for Plaintiffs to counsel for Merrill Lynch.

7.

Attached hereto as Exhibit 5 is a true and correct copy of a May 13, 2010 email from counsel for Plaintiffs to counsel for Merrill Lynch.

8.

Attached hereto as Exhibit 6 is a true and correct copy of a September 17, 2010 email from counsel for Plaintiffs to counsel for BAS and Merrill Lynch.

825657.1

2

9.

Attached hereto as Exhibit 7 is a true and correct copy of an October 18, 2010 email from counsel for Plaintiffs to counsel for BAS and Merrill Lynch. Portions of this email referencing other issues that may be confidential have been redacted.

10.

Attached hereto as Exhibit 8 is a true and correct copy of an April 20, 2010 email from counsel for Plaintiffs to counsel for Morgan Stanley & Co., Inc.

11.

Attached hereto as Exhibit 9 is a true and correct copy of a May 13, 2010 email from counsel for Plaintiffs to counsel for Morgan Stanley.

12.

Attached hereto as Exhibit 10 is a true and copy of a June 11, 2010 email from counsel for Plaintiffs to counsel for Morgan Stanley. Portions of this email referencing other issues that may be confidential have been redacted.

13.

Attached hereto as Exhibit 11 is a true and correct copy of a September 17, 2010 email from counsel for Plaintiffs to counsel for Morgan Stanley.

825657.1

14.

Attached hereto as Exhibit 12 is a true and correct copy of an October 12, 2010 email from counsel for Plaintiffs to counsel for Morgan Stanley.

15.

Attached hereto as Exhibit 13 is a true and correct copy of an April 20, 2010 email from counsel for Plaintiffs to counsel for BAS.

16.

Attached hereto as Exhibit 14 is a true and correct copy of a May 13, 2010 email from counsel for Plaintiffs to counsel for BAS.

17.

Attached hereto as Exhibit 15 is a true and correct copy of a July 30, 2010 email from counsel for Plaintiffs to counsel for BAS and Merrill Lynch.  Portions of this email referencing other issues that may be confidential have been redacted.

18.

Attached hereto as Exhibit 16 is a true and correct copy of an August 20, 2010 email from counsel for Plaintiff to counsel for BAS and Merrill Lynch. Portions of this email referencing other issues that may be confidential have been redacted.

825657.1

4

19.

I personally reviewed the emails sent from certain, identified traders in Defendants' existing document production. I ran the searches on December 6 and 7, 2010. I searched the trader's last name within five of the trader's first name. I then reviewed each "hit" from that search to see if the hit included an email from the trader. If it did, I counted up the total number of emails from each trader. If the same email was included multiple times in the production, I only counted it once.

20.

The table below lists the amount of "hits" I found for each trader:

| Emails Sent From Identified Traders in Existing Document Production | | |
|---|---|---|
| Trader | Defendant | Emails From Trader in Current Production |
| Kevin Sharkey | BAS | 3 |
| John Panichi | Merrill Lynch | 0 |
| Frank Laino | Merrill Lynch | 0 |
| Peter Muller | Morgan Stanley | 0 |

21.

Exhibit 17 is a list of market participants for which Plaintiffs request BAS identify traders and sales personnel associated with their accounts and produce documents.

825657.1

5

22.

Exhibit 18 is a list of market participants for which Plaintiffs request Merrill Lynch identify traders and sales personnel associated with their accounts and produce documents.

23.

Exhibit 19 is a list of market participants for which Plaintiffs request Morgan Stanley identify traders and sales personnel associated with their accounts and produce documents.

24.

Exhibit 20 is a list of keywords Plaintiffs request Defendants search for each of their traders.

FURTHER AFFIANT SAYETH NOT.

                                                      _/s/ Elizabeth G. Eager_
                                                      Elizabeth G. Eager

Sworn to and subscribed before me
this 9th day of December, 2010.

_/s/ Tanya C. Reed_
Notary Public



My Commission Expires:

825657.1

6