EXHIBIT 2

**From:** Aoyagi, Melissa T. [mailto:melissa.aoyagi@davispolk.com]
**Sent:** Monday, October 19, 2009 9:05 PM
**To:** Steven J. Rosenwasser
**Cc:** Wise, Jr., Robert F.; Fenrich, William J.
**Subject:** TASER International, Inc., et al. v. Morgan Stanley & Co., Inc., et al. (Proposed Custodians)

Steven:

On behalf of Morgan Stanley & Co. Incorporated ("MSCO") and in response to your request that MSCO identify those individuals reasonably likely to possess electronic documents responsive to your requests, attached please find a proposed list of custodians who we believe may possess relevant and responsive electronic documents. We provide this list to you notwithstanding, and reserving all rights concerning, our continued disagreement concerning the proper scope of discovery.

Further, the attached list responds to your proposed list of departments and individuals, which you identified as "likely to have responsive information" in your September 4, 2009 e-mail. To the extent that we have been able to determine that the custodians on that list are reasonably likely to possess electronic documents that are relevant and responsive, we have included those custodians on this list, as appropriate. We are, of course, willing to discuss this with you further.

Please note that as MSCO has not completed its investigation and discovery relating to this case, this list is based upon, and necessarily limited by, information now available to us. Accordingly, MSCO reserves the right to amend this list based upon, among other grounds, additional facts that may come to light during the course of discovery, undue burden and expense, the number and scope of any additional requests submitted by Plaintiffs, and the time period to be covered by any electronic searches. In accordance with our agreement, MSCO has not identified trading or sales personnel involved in transactions related to Taser securities, pending your review of MSCO's trading data.

We have designated the attached list as "Highly Confidential," consistent with the Stipulation and Protective Order Regarding Confidential Information as agreed by the parties in this action. We would be happy to discuss this proposed list with you further.

Thanks very much,
Melissa

Melissa T. Aoyagi

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

212 450 4729  tel
212 701 5729  fax
melissa.aoyagi@davispolk.com

**DavisPolk**

Confidentiality Note: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this email or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this email in error, please notify the sender immediately and destroy the original message and all copies.

Morgan Stanley & Co. Incorporated  **HIGHLY CONFIDENTIAL**
Proposed List of Custodians (TASER)

| No. | Group | Name | Notes |
|---|---|---|---|
| 1. | ISG Compliance-Americas | Kevin T. Casey | |
| 2. | ISG Compliance-Americas | John K. Clark | |
| 3. | ISG Compliance-Americas | Chris DeCrescito | |
| 4. | ISG Compliance-Americas | Paul Fitzgerald | Time Period to Be Searched: March 1, 2007 through August 15, 2008 |
| 5. | ISG Compliance-Americas | Matt Horstmann | |
| 6. | ISG Compliance-Americas | Gard Krause | |
| 7. | ISG Compliance-Americas | William Richard | |
| 8. | ISG Compliance-Americas | John Rioux | |
| 9. | ISG Compliance-Americas | Scott Rockoff | |
| 10. | ISG Compliance-Americas | Alberto Troncoso | |
| 11. | ISG Compliance-Americas | Jonmin Tsang | |
| 12. | OCC Options Clearance | Antonella Esposito | |
| 13. | OCC Options Clearance | Stanley Kralik | |
| 14. | OCC Options Clearance | John Ratzesberger | |
| 15. | OCC Options Clearance | Susan Shaughnessy | |
| 16. | Prime Brokerage | James Babicke | |
| 17. | Prime Brokerage | Anthony Castagna | |
| 18. | Prime Brokerage | Catherine Diaz | |
| 19. | Prime Brokerage | Aaron Kaplansky | |
| 20. | Prime Brokerage | Gerry Rubin | |
| 21. | Prime Brokerage | James Shannon | |
| 22. | Risk Management (Regulatory Control Group) | Michael Stern | Time Period to Be Searched: March 1, 2005 - June 30, 2005 |
| 23. | Risk Management (Regulatory Control Group) | Richard Ziegenbalg | |
| 24. | Securities Lending | Michael Cardaci | |
| 25. | Securities Lending | Darin Demizio | |
| 26. | Securities Lending | Jim Gerspach | |
| 27. | Securities Lending | Jacqueline Hennessey | |
| 28. | Securities Lending | Richard Loshiavo | |
| 29. | Securities Lending | Michael Manzino | |
| 30. | Securities Lending | John McKenzie | |
| 31. | Securities Lending | Anthony Schiavo | |
| 32. | Securities Lending | Steven Schneider | |
| 33. | Securities Lending | Larry Schwirzbin | |
| 34. | Securities Lending | Anna Marsillo Stella | |
| 35. | Securities Lending | Martin Tell | |
| 36. | Securities Lending | Bruce West | |
| 37. | ISG Settlements/Operations | Paul Barrese | |
| 38. | ISG Settlements/Operations | Julie-Anne Beckford | |
| 39. | ISG Settlements/Operations | Carol Brown | |
| 40. | ISG Settlements/Operations | Joseph Caggiano | |
| 41. | ISG Settlements/Operations | Michael Calandra | |
| 42. | ISG Settlements/Operations | Vic Camacho | |
| 43. | ISG Settlements/Operations | Carela Catigano | |
| 44. | ISG Settlements/Operations | Jason Chanin | |
| 45. | ISG Settlements/Operations | Jerrol Charles | |
| 46. | ISG Settlements/Operations | Ben Chiu | |
| 47. | ISG Settlements/Operations | Christo Christoff | |
| 48. | ISG Settlements/Operations | Angel Collazo | |

**Morgan Stanley & Co. Incorporated**  
**Proposed List of Custodians (TASER)**  

**HIGHLY CONFIDENTIAL**

| No. | Group | Name | Notes |
|---|---|---|---|
| 49. | ISG Settlements/Operations | Rachel Dadetto | |
| 50. | ISG Settlements/Operations | Victoria Dehab | |
| 51. | ISG Settlements/Operations | Kim Edwards | |
| 52. | ISG Settlements/Operations | Christopher Faughnan | |
| 53. | ISG Settlements/Operations | David Galasso | |
| 54. | ISG Settlements/Operations | Enrico Giardina | |
| 55. | ISG Settlements/Operations | Colin Haniffy | |
| 56. | ISG Settlements/Operations | Rob Holley | |
| 57. | ISG Settlements/Operations | Danon Johnson | |
| 58. | ISG Settlements/Operations | Ingrid Keag | |
| 59. | ISG Settlements/Operations | Michael Limeri | |
| 60. | ISG Settlements/Operations | Robert Lynn | |
| 61. | ISG Settlements/Operations | Phil Mettling | |
| 62. | ISG Settlements/Operations | Roshni Patel | |
| 63. | ISG Settlements/Operations | David Pydeski | |
| 64. | ISG Settlements/Operations | Samantha Riekstins | |
| 65. | ISG Settlements/Operations | Justin Ryan | |
| 66. | ISG Settlements/Operations | Elaine Sanchez | |
| 67. | ISG Settlements/Operations | Eric Serpin | |
| 68. | ISG Settlements/Operations | William A. Smith | |
| 69. | ISG Settlements/Operations | Joseph Spano | |
| 70. | ISG Settlements/Operations | Tammy Valentin | |