EXHIBIT

6

## Elizabeth G. Eager

| | |
|---|---|
| **From:** | Elizabeth G. Eager |
| **Sent:** | Friday, September 17, 2010 9:54 AM |
| **To:** | 'Elias, Brad' |
| **Cc:** | Steven J. Rosenwasser |
| **Subject:** | TASER/ Traders for BAS and Merrill Lynch |
| **Attachments:** | Word Document(26).pdf; Word Document(25).pdf |

Brad,

I write regarding BAS and Merrill's identification and production of documents from traders. For clarity because there are different types of traders, this email covers all categories of trader emails.

This email is divided into three sections: (1) identification of traders; (2) time period for ESI searches; and (3) keywords for ESI searches. Further, for purposes of this email, the term "transactions" shall refer to any purchases, sales, loans, borrows, conversions, reverse conversions, options, flex options, transfers, swaps or flips.

**Identification of Traders**

Plaintiffs request that BAS and Merrill identify two categories of "traders": (1) proprietary traders who were involved with TASER transactions and (2) traders responsible for the accounts of certain market participants who were involved with TASER transactions.

*Proprietary Traders*

We request that you identify and produce ESI from proprietary traders who were involved with TASER transactions. We understand that BAS had quant arbitrage traders and index arbitrage traders. We request that you identify traders.

*Traders Responsible for the Accounts of Certain Market Participants*

Plaintiffs request you identify traders responsible for accounts of market participants identified in the attached document for Merrill Lynch. We previously identified the market participants we were interested in for BAS.

We previously hedge funds for which we were interested. After further review, we have modified the list, which I have attached to this email.

**Time Periods**

For both proprietary traders and market participant traders, we are willing to consider time period limitations for periods of de minimis trading. We do, however, need to define what de minimis trading is. Whether trading is de minimis has two components: (1) the number of trades made during a period and (2) the number of shares traded. Instead of attempting to define what de minimis trading is in a vacuum, we think it makes more sense for you first to identify the traders. Then, we will work in good faith to exclude de minimis periods.

For periods of non-de minimis trading, we ask that you search the time period from 30 days before the first trade in the time period until 30 days after the last trade in the time period.

**Keywords**

We propose that the following keywords be used on all traders.
- TASER

- TASR
- 87651b104
- "reg* sho" or 3370
- (borrow or fail) w/20 negative
- (without or fail*) w/5 (locat* or delive* or receiv*)
- violat*
- short w/10 (naked or abusive)
- (short or fail*) and excess or (hard w/5 account)
- Name of market participant for which trader is responsible (e.g., Ascend; Cutler; SAC) (for traders responsible for a market participant).

Thank you for your time and attention to these matters.  Please let us know if you have any questions.  We look forward to hearing from you

Thanks,
Liz

**Merrill Lynch**

1. ASCEND US MAP FUND LTD

2. AGS SPECIALISTS LLC
   AGS SPECIALISTS II LLC

3. ARGONAUT CAPITAL MANAGEMENT CORP

4. BLACKROCK ADVISORS, LLC

5. BOTTA CAPITAL MANAGEMENT, LLC
   BOTTA SPECIALIST, LLC
   BOTTA TRADING LLC

6. BRIDGER
   BRIDGER CAPITAL, LLC
   BRIDGER MANAGEMENT, LLC

7. CATALPA, INC. SMALL CAP

8. CAXTON CORPORATION
   GDK INC
   CAXTON INTERNAT
   CAXTON INTERNATIONAL LIMITED
   CAXTON ASSOCIATES LLC
   DAN ROMANELLI

9. CENTURION
   CENTURION SECURITIES LLC

10. CHILTON INVESTMENT CO
    CHILTON INV.- JP MORGAN
    CHILTON EXECUTION
    CHILTON INVESTMENTS
    CHILTON INV PARTNERS LP
    CHILTON INV CO INC GP
    DESPINA SYMEONIDES
    CHILTON OPPORTUNITY INTL LP
    CHILTON OPPORTUNITY TRUST LP
    CHILTON INV COMPANY INC
    CHILTON QP INV PTNRS LP
    CHILTON US MAP FUND LTD

11. CITADEL DERIVATIVES GROUP

1

CITADEL DERIVATIVES TRADING
CITADEL EQUITY FUND LTD
CITADEL SECURITIES LLC
CITADEL LTD PARTNERSHIP
ERIC GRAPPI
CITADEL TRADING GROUP
CITADEL LIMITED PRTNRSHP

12. COATUE CAPITAL LLC
COATUE MGMT LLC
PHILLIPE LAFFONT

13. CONSOLIDATED TRADING, LLC

14. CUTLER GROUP LP
PRO CUTLER
PRO CUTLER 551
PRO CUTLER 552
PRO CUTLER 556
PRO CUTLER GROUP 551

15. DRO WST TRADING LLC

16. ECHOTRADE, LLC

17. GROUP ONE TRADING L P

18. HALLORAN TRADING, LLC

19. HAZAN CAPITAL MANAGEMENT L.L.C.
HCM-HAZAN CAPITAL M

20. HIGHSIDE CAPITAL MGMT LP
HIGHSIDE CAP MGMT

21. INTERPID CAPITAL MGMT
INTREPID MORGAN

22. KINGS BAY CAPITAL LTD

23. Lion Trading
Robert Leone
Greenmor

24. LONE PINE CAPITAL LLC

25. MAGNETAR INVESTMENT MGMT
    MAGNETAR FINANCIAL
    MAGNETAR CAPITAL
    MAGNETAR CAPITAL MASTER FD LTD

26. MAPLE LEAF

27. MAVERICK

28. MILLENCO LLC
    MILLENCO LP
    ISRAEL A ENGLANDER & CO INC
    R LEWANDOWSKI

29. PEQUOT NEW RIVER MASTER FD LTD
    PEQUOT SCRS FUND LP

30. PEREGRINE CAPITAL MANAGEMENT

31. ROCKER PARTNERS BULK

32. RONIN CAPITAL LLC

33. S A C CAPITAL ASSOCIATES
    SAC CAPITAL ASSOC
    SIGMA CAPITAL ASSOCIATES

34. SALLERSON-TROOB LLC
    Gary Bell
    GAB I LLC
    Michael Saltzman
    Edward Hanhardt
    Vintage Capital LLC
    G. William Nash II
    Bill Nash
    Kevin Galassini
    Grady Barth
    Brady Barth

35. SBA Trading LLC

36. SOL Trading, L.P.

37. SUSQUEHANNA CAPITAL GROUP
    SUSQ INV GR/SUSQ SEC JT
    SUSQ INV GRP/SUSQ SEC JT

3

SUSQUEHANNA FIN GRP LLLP
SUSQUEHANNA FINCL GRP LLLP FAO VICTORY CAPITAL MGMT INC
SUSQUEHANNA INV GR/SUSQ SEC JT
SUSQUEHANNA INV GR/SUSQUEHANNA SECURITIES JT
SUSQUEHANNA INVESTMENT GROUP
SUSQUEHANNA SECURITIES

38. SWIFTCURRENT PARTNERS LP
SWIFTCURRENT OFFSHORE LTD

39. TESSERACT CAPITAL LLC
TESSERACT 021-20949C

40. THIRD MILLENNIUM TRADING LLC

41. TIGER SSB
TIGER EXECUTIONS
TIGER PARTNERS LP
TIGERS TRUST

42. TJM INVESTMENTS LLC
TJM PROPRIETARY TRADING LLC

43. VANGUARD INDUSTRIAL INDEX (7R)
VANGUARD TOTAL INDEX(ETF)STK
VANGUARD VIPER-SMALL CAP/STK

44. VIKING CAPITAL
VIKING GLOBAL EQUITIES
VIKING GLOBAL INVESTORS LP NY
VINKING GLOBAL INVESTORS

45. Wol Corp
Jeffrey Wolfson
BMR 2 LLC

4

**Market Participants Transacting Threshold Securities in Banc of America's Records**

1. AHFP ASCEND
   ASCEND  MARKET NEUTRAL MID-LARGE CAP FUND BPO, LTD
   ASCEND  MARKET-NEUTRAL
   ASCEND  MARKET-NEUTRAL MASTER FUND LTD.- MID-LARGE CA
   ASCEND  MARKET-NEUTRAL MID-LARGE CAP FUND BPO, LTD
   ASCEND ALPHA STRATEGIES MASTER FUND, LTD - MLC
   ASCEND ALPHA STRATEGIES MASTER FUND, LTD - QLS
   ASCEND ALPHA STRATEGIES MASTER FUND, LTD - USMN
   ASCEND CAPITAL GROUP
   ASCEND CAPITAL MGMT
   ASCEND MARKET-NEUTRAL MID-LARGE CAP FUND LP
   ASCEND PARAGON CAPITAL, LLC
   ASCEND PARTNERS
   ASCEND PARTNERS FUND I LP
   ASCEND PARTNERS FUND I, LTD
   ASCEND PARTNERS FUND II BPO LTD
   ASCEND PARTNERS FUND II LP
   ASCEND QUANTATIVE LONG SHORT FUND LP
   ASCEND U.S. MARKET NEUTRAL
   ASCEND US MARKET NEUTRAL MID-LARGE CAP. MASTER FUND LTD
   BNY ALTERNATIVE INVESTMENT SERVICES
   PERMAL ASCEND MARKET NEUTRAL LARGE CAP LTD.
   PERMAL ASCEND MARKET NEUTRAL SMALL CAP LTD.
   DOREEN PAPPAS
   M&C CORPORATE SERVICES LIMITED

2. BALBOA FUND EXECUTION
   LYXOR MASTER FD/BALBOA ACCT
   THE BALBOA FD LP
   THE BALBOA FUND
   THE BALBOA FUND LTD.

3. BLACKROCK

4. BONANZA FUND LP
   BONANZA MASTER FD LTD
   BONANZA PARTNERS
   CONQUEST CAPITAL MGMT LLC
   PRAESIDEO FUND SERVICES
   MARCY ZIESING

5. BRIC 6 LP
   BRIC TECHNOLOGY, L.P.
   BRICOLEUR

1

BRICOLEUR CAP
BRICOLEUR CAP MGMT
BRICOLEUR CAPITAL MGMT
BRICOLEUR ENHANCED LP
BRICOLEUR ENHANCED OFFSHORE LT
BRICOLEUR OFFSHORE LTD
BRICOLEUR PARTNERS II LP
BRICOLEUR PARTNERS LP
LYXOR/BRICOLEUR
LYXOR/BRICOLEUR FD LTD
SPHINX LONG/SHORT EQUITY
SPHINX LONG/SHORT EQUITY (BRICOLEUR)

6. CITCO FD SVCS(CAYMAN ISLD)
   CITCO FUND SVCS

7. COUGAR TRADING LLC
   CARL BENNETT

8. ELLIOT ASSOC LP
   ELLIOT INTERNATIONAL LP
   ELLIOTT ASSOCIATES LP
   ELLIOTT ASSOCS
   THE BANK OF BERMUDA LTD
   LATOYA JAMIESON

9. FALCOLN FUND
   FALCON FUND
   FALCON FUND OFFSHORE LTD
   FALCON FUND QP LP
   CHOYLENG SCOTT

10. FORSTMANN ASSET MANAGEMENT LLC

11. GALLEON BUCCANEER O/S – B LTD
    GALLEON BUCCANEER OFFSHORE
    GALLEON BUCCANEER OFFSHORE LTD
    GALLEON COMMUNICATIONS PART LP
    GALLEON EMERGING TECH OFFSHORE
    GALLEON GROUP
    GALLEON HEALTHCARE LP
    GALLEON MANAGEMENT LLC
    PAUL SZEP

12. GRANITE FINANCIAL GROUP

2

13. HIGH POINT OFFSHORE LTD
    HIGH POINT PTRS LP
    LYXOR/HIGH POINT OFFSHORE FUND LTD

14. LOGOS PARTNERS LP
    CLARK M LEHMAN

15. LYXOR MASTER FD/PARVEST
    LYXOR MASTER FD/PARVEST/VENTANA
    SG HAMBROS TRUST CO
    LYXOR MASTER FD
    YASMINE RAGGAI

16. MANCHESTER ALPHA FUND LP
    MANCHESTER GROWTH
    MANCHESTER GROWTH FUND
    MANCHESTER GROWTH FUND LP
    MANCHESTER INSTITUTIONAL FUND
    MANCHESTER OFFSHORE
    LYXOR/MANCHESTER
    LYXOR/MANCHESTER INSTITUTIONAL FND LTD
    DON BESSER

17. MAPLE LEAF PARTNERS LP
    MAPLELEAF OFFSHORE LTD

18. MATINICUS LP
    JACK ZINN

19. ONPOINT CAPITAL PARTNERS LP
    DOUGLAS NELSON

20. PROXIMITY FUND
    PROXIMITY FUND LP
    PROXIMITY FUND LP II
    PROXIMITY INTERNATIONAL LTD
    PROXIMITY PARTNERS II LP
    PROXIMITY PARTNERS LP

21. REINDEER CAPITAL OFFSHORE, LTD
    REINDEER TREK, LP
    TREK CAPITAL MGMT, LLC

22. ROTH CAPITAL PARTNERS LLC

3

23. SAC CAPITAL
    SAC CAPITAL ASSOCIATES
    SAC CAPITAL ASSOCIATES LLC
    SAC HEALTHCO FUND LLC
    CHRISTOPHER ZEPF
    NEIL CHRISS

24. SWISS RE FINANCIAL PRODUCTS CORP

25. THE DELLINGER FUND, LLC
    TUTTLE ASSET MGMT
    KEVIN TUTTLE

26. THE PINNACLE FUND
    THE PINNACLE FUND LP

27. TRENTON CAPITAL
    TRENTON CAPITAL (QP) LTD
    TRENTON CAPITAL INVESTORS LP
    TRENTON CAPITAL LTD

4