EXHIBIT

11

## Elizabeth G. Eager

| | |
|---|---|
| **From:** | Elizabeth G. Eager |
| **Sent:** | Friday, September 17, 2010 9:36 AM |
| **To:** | 'Wise, Jr., Robert F.'; 'Aoyagi, Melissa T.' |
| **Cc:** | Steven J. Rosenwasser |
| **Subject:** | TASER/ Morgan Stanley Traders |
| **Attachments:** | Word Document(23).pdf |

Bob and Melissa,

I write regarding Morgan's identification and production of documents from traders.  For clarity because there are different types of traders, this email covers all categories of trader emails.

This email is divided into three sections:  (1) identification of traders; (2) time period for ESI searches; and (3) keywords for ESI searches.  Further, for purposes of this email, the term "transactions" shall refer to any purchases, sales, loans, borrows, conversions, reverse conversions, options, flex options, transfers, swaps or flips.

**Identification of Traders**

Plaintiffs request that DBSI identify two categories of "traders":  (1) proprietary traders who were involved with TASER transactions and (2) traders responsible for the accounts of certain market participants who were involved with TASER transactions.

*Proprietary Traders*

We request that you identify and produce ESI from proprietary traders who were involved with TASER transactions.

*Traders Responsible for the Accounts of Certain Market Participants*

Plaintiffs request you identify traders responsible for accounts of market participants identified in the attached document.

**Time Periods**

For both proprietary traders and market participant traders, we are willing to consider time period limitations for periods of de minimis trading.  We do, however, need to define what de minimis trading is.  Whether trading is de minimis has two components:  (1) the number of trades made during a period and (2) the number of shares traded. Instead of attempting to define what de minimis trading is in a vaccuum, we think it makes more sense for you first to identify the traders.  Then, we will work in good faith to exclude de minimis periods.

For periods of non-de minimis trading, we ask that you search the time period from 30 days before the first trade in the time period until 30 days after the last trade in the time period.

**Keywords**

We propose that the following keywords be used on all traders.
- TASER
- TASR
- 87651b104
- "reg* sho" or 3370
- (borrow or fail) w/20 negative

- (without or fail*) w/5 (locat* or delive* or receiv*)
- violat*
- short w/10 (naked or abusive)
- (short or fail*) and excess or (hard w/5 account)
- Name of market participant for which trader is responsible (e.g., Atlas; Galleon; SAC) (for traders responsible for a market participant).

Thank you for your time and attention to these matters.  Please let us know if you have any questions.  We look forward to hearing from you

Thanks,
Liz

**Morgan Stanley**

1. AISLING PARTNERS LLC

2. AMARANTH LLC

3. AQR CAPITAL
   AQR ABSOLUTE
   AQR CAPITAL MANAGEMENT LLC
   AQR CAPITAL MGMT A/C GS CALEL

4. ARGONAUT CAPITAL MANAGEMENT
   ARGONAUT ASIAN EQUITIES PARTNERSHIP, LP
   ARGONAUT PARTNERSHIP, L.P.
   ARGONAUT INVESTMENT FUND, LTD
   ARGONAUT GLOBAL EQUITIES PART- NERSHIP, LP
   RICK FAGAN
   JOHN TRAMMEL
   ANTHONY STOCKS

5. BLACKROCK ADVISORS, LLC
   BLACKROCK FINANCIAL

6. BLUE RIDGE CAPITAL LLC
   BLUE RIDGE CAPITAL EXECUTION
   BLUE RIDGE CAPITAL GROUP
   BLUE RIDGE LIMITED PARTNERSHIP
   BLUE RIDGE OFFSHORE MASTER LIMITED PARTNERSHIP
   RICHARD BELLO

7. BLUE ZETA CELL

8. BOGLE INVESTMENT FUND LP
   BOGLE INVESTMENT MANAGEMENT
   BOGLE INVESTMENT MANAGEMENT LP
   BOGLE INVESTMENT MANAGERS
   BOGLE INVESTMENT MGMT
   BOGLE OFFSHORE OPPORTUNITY

9. BRIDGER MANAGEMENT
   BRIDGER MANAGEMENT, LLC. EXECUTION
   BRIDGER MANAGEMENT, LLC.

10. CANNELL CAPITAL MANAGEMENT

11. CHILTON PARTNERS
    CHILTON INVESTMENT COMPANY
    CHILTON GLOBAL PARTNERS, LP
    DESPINA SYMEONIDES
    CHILTON INTERNATIONAL, L.P.
    GREGG ROY
    CHILTON SMALL CAP INTERNATIONAL, LP
    CHILTON SMALL CAP LIQUIDFUND, L.P.
    CHILTON SMALL CAP PARTNERS, LP

12. CRABEL CAPITAL MANAGEMENT LLC
    WILLIAM (TOBY) CRABEL – FELSKE

13. COATUE MANAGEMENT

14. COUGAR TRADING, LLC

15. DYNAMIC CAPITAL MGMT

16. FOX POINT CAPITAL MANAGEMENT LLC

17. GALLEON PARTNERS LP
    GALLEON CAPTAIN'S OFFSHORE, LIMITED
    GALLEON CAPTAIN'S PARTNERS, LP
    GALLEON MANAGEMENT LP
    VOULA DIACUMAKOS
    GALLEON COMMUNICATIONS PARTNERS, L.P.
    GALLEON EMERGING TECHNOLOGY OFFSHORE LTD.
    POLARIS PRIME TECHNOLOGY (CAYMAN) LP C/O GALLEON PARTNERS, L.P.

18. GOTHAM ASSET MANAGEMENT
    GOTHAM ASSET MANAGEMENT (MASTER) L.P.
    GOTHAM CAPITAL V. LLC.
    GTHAM CAP V MS

19. HBK INVESTMENTS
    HBK EXECUTION
    HBK MASTER FUND - STATARB
    HBK SERVICES LLC
    HBK MASTER FUND, LP
    HBK
    HBK Long Sales
    HBK Tracked Strategy
    HBKDOM

801675.1

2

HBK US STAT ARB
HBKSA
Mike Rangle

20. HHMI  LLC

21. HIGHSIDE CAPITAL EXECUTION
HIGHSIDE CAPITAL PARTNERS, LP
HIGHSIDE OFFSHORE LTD
HIGHSIDE MANAGEMENT, LLC
HIGHSIDE CAPITAL PARTNERS II, LP
ELIZ MURRAY

22. HIGHBRIDGE CAPITAL
HIGHBRIDGE CAPITAL CORPORATION
HIGHBRIDGE CAPITAL MANAGEMENT  LLC
HIGHBRIDGE CAPITAL MNGT LLC

23. HINTZ HOLMAN & ROBILLARD
HINTZ HOLMAN HECKSHER

24. HOUND PARTNERS, LLC
HOUND PARTNERS OFFSHORE FUND, LP
HOUND PARTNERS, L.P.
HOUND CAP (TIGER)
JOHNATHAN AUERBACH

25. INTREPID CAPITAL MANAGEMENT
INTREPID CAPITAL FUND (OFFSHORE) LEVERAGED MASTER, LTD.
INTREPID CAPITAL MGMT INC
INTREPID CAPITAL FUND (QP) LP
INTREPID CAPITAL FUND- OFFSHORE, LTD
INTREPID FUND MGMT, LLC

26. KINGSFORD CAPITAL PARTNERS  LP
KINGSFORD INTERNATIONAL

27. KOCH INDUSTRIES

28. LANEXA MANAGEMENT LLC
LANEXA GLOBAL MANAGEMENT, LP
LANEXA GLOBAL MASTER FUND, LTD

29. LONE PINE CAPITAL

801675.1

3

LONE PINE CAPITAL ADVISORS,
LONE PINE CAPITAL MANAGEMENT
LONE BALSAM, L.P
LONE CYPRESS, LTD
LONE KAURI, LTD.
LONE PINE CAPITAL LLC
LONE SEQUOIA, L.P.
LONE SEQUOIA, L.P.
KERRY A. TYLER
KEN SMITH

30. MAGNETAR CAPITAL
    MAGNETAR CAPITAL LLC
    MAGNETAR CAPITAL PARTNERS LP
    MAGNETAR FINANCIAL LLC
    MAGNETAR INVESTMENT MANAGEMENT LLC
    MAGNETAR1
    MAGNETAR2

31. MORGENS, WATERFALL, VINTIADIS & COMPANY, INC.
    PHAETON BVI
    HEMISPHERE MANAGEMENT LTD
    MELISSA MILANO
    PHOENIX PARTNERS II
    PHOENIX PARTNERS L.P.
    PHOENIX PARTNERS III

32. NORDEA
    NORDEA BANK AB (PUBL)
    NORDEA BANK FINLAND PLC

33. OXFORD ASSET MANAGEMENT
    OXFORD ASSET MGMT. COMPANY LTD
    OXFORD ASSET MGNT CO. LTD

34. PEQUOT CAPITAL MANAGEMENT INC.
    PEQUOT PARTNERS
    PEQUOT SCRS FUND, LP
    PEQUOT MARINER MASTER FUND, LP
    PEQUOT SCOUT FUND LP
    PEQUOT SF FUND, L.P.
    FOCUS 700 LTD.
    PEQUOT GLOBAL MARKET NEUTRAL MASTER FUND, LTD.
    LYXOR/PEQUOT GLOBAL MARKET NEUTRAL FUND LIMITED

801675.1

4

PEQUOT NEW RIVER MASTER FUND, LTD
RAYTHEON MASTER PENSION TRUST - PEQUOT ENHANCED EAFE MN
RAYTHEON MASTER PENSION TRUST - PEQUOT GLOBAL XUS MN

35. S.A.C. CAPITAL ADVISORS
    S.A.C. CAPITAL ADVISORS LLC
    S.A.C. CAPITAL ASSOCIATES LLC
    S.A.C. MULTIQUANT FUND LLC
    S.A.C. SELECT FUND LLC
    SAC CAPITAL
    SAC CAPITAL ADVISORS
    SAC CAPITAL ASSOCIATES
    CR INTRINSIC INVESTMENTS

36. STEADFAST CAPITAL LP

37. STEP  LLC

38. THE VANGUARD GROUP, INC.
    VANGUARD INDEX TRUST FUND
    VANGUARD INVESTMENT CO. TOTAL STOCK MKT TRUST (125)
    VANGUARD CSFB
    MICHELLE MADSON
    VANGUARD VIT-SMALL GAP GROWTH (861)
    VANGUARD A/C INST TOTAL STOCK A/C VITSM/C3
    VANGUARD INV. AUSTRALIA LTD.
    EQUITIES VANGUARD INVESTMENTS AUST LTD
    VNGRD EXTD MRK STOCK
    VNGRD TT STK MRK STK

39. THOR TRADING

40. TIGER MANAGEMENT LLC
    TIGER PARTNERS
    TIGER GLOBAL LTD
    TIGER GLOBAL MANAGEMENT, LLC
    TIGER GLOBAL,LP EXECUTION
    TIGER GLOBAL II, LP
    TIGER GLOBAL MANAGEMENT LLC EXECUTION
    ROBERT BASTONE
    TIGER MANAGEMENT EXECUTION
    TIGER TECHNOLOGY EXECUTION
    TIGER GLOBAL LP
    STEVE OLSON

801675.1

41. TURNER INVESTMENT PARTNERS INC

42. TWO SIGMA INVESTMENTS LLC
    TWO SIGMA FUND, LP
    TWO SIGMA LLC
    TWO SIGMA EQUITY PORTFOLIO, LLC
    TWO SIGMA SPECTRUM PORTFOLIO, LLC
    TWO SIGMA PARTNERS MASTER FUND, LTD.
    TWO SIGMA CONSTELLATION US MASTER FUND, LTD.
    TWO SIGMA JUPITER PORTFOLIO, LLC
    JOHN OVERDECK

43. VIKING GLOBAL INVESTORS LP
    VIKING GLOBAL EQUITIES LP
    VGE III PORTFOLIO LTD

44. ZEBRA CAPITAL MANAGEMENT  LLC
    ZEBRA CAPITAL