EXHIBIT 15

# Elizabeth G. Eager

**From:** Elizabeth G. Eager
**Sent:** Friday, July 30, 2010 9:41 AM
**To:** 'Elias, Brad'
**Cc:** Steven J. Rosenwasser
**Subject:** TASER BAS & Merrill Lynch: Follow up to 7-27 Conferral Call
**Attachments:** RE: Taser/ Profit & Loss Data for Call; ML-TSINTL-ESI0076358-59.pdf; ML-TSINTL-ESI0076238-39.pdf; ML-TSINTL-ESI2813251.xls

Brad,

I am emailing to follow up to our phone call of Wednesday July 27, 2010. Please let us know if any portion of the summary below is inaccurate or incomplete.

**REDACTED**

**REDACTED**

Traders for BAS: We are interested in traders who handled trades for the following hedge funds: Proximity Partners, Proximity International, Cougar Trading, Onpoint Capital Partners, SAC Capital, RAM, Matinicus, Granite Financial, Ascent, Galleon, Roth Capital, Logos Partners, Montgomery Prime Brokerage Services (note: this technically may be a prop account), Swiss Re Financial Products, Pinnacle Fund, Copper River, Rocker Partners, Cutler Group, Hazen Capital, SBA Trading and any fund owned by Tiger Partners. We are also interested in the trader who handled the U.S. Shares Trading.

**REDACTED**

**REDACTED**

Thanks,
Liz

3