EXHIBIT

17

## MARKET PARTICIPANTS FOR WHICH PLAINTIFFS REQUEST BAS IDENTIFY TRADERS AND SALES PERSONNEL

The trader associated with transactions on BAS's blue sheets that list the Registered Representatives as # 45.

The trader associated with the following market participants:

1.  AHFP ASCEND
    ASCEND MARKET NEUTRAL MID-LARGE CAP FUND BPO, LTD
    ASCEND  MARKET-NEUTRAL
    ASCEND  MARKET-NEUTRAL MASTER FUND LTD.- MID-LARGE CA
    ASCEND  MARKET-NEUTRAL MID-LARGE CAP FUND BPO, LTD
    ASCEND ALPHA STRATEGIES MASTER FUND, LTD - MLC
    ASCEND ALPHA STRATEGIES MASTER FUND, LTD - QLS
    ASCEND ALPHA STRATEGIES MASTER FUND, LTD - USMN
    ASCEND CAPITAL GROUP
    ASCEND CAPITAL MGMT
    ASCEND MARKET-NEUTRAL MID-LARGE CAP FUND LP
    ASCEND PARAGON CAPITAL, LLC
    ASCEND PARTNERS
    ASCEND PARTNERS FUND I LP
    ASCEND PARTNERS FUND I, LTD
    ASCEND PARTNERS FUND II BPO LTD
    ASCEND PARTNERS FUND II LP
    ASCEND QUANTATIVE LONG SHORT FUND LP
    ASCEND U.S. MARKET NEUTRAL
    ASCEND US MARKET NEUTRAL MID-LARGE CAP MASTER FUND LTD
    BNY ALTERNATIVE INVESTMENT SERVICES
    PERMAL ASCEND MARKET NEUTRAL LARGE CAP LTD.
    PERMAL ASCEND MARKET NEUTRAL SMALL CAP LTD.
    DOREEN PAPPAS
    M&C CORPORATE SERVICES LIMITED

2.    BALBOA FUND EXECUTION
      LYXOR MASTER FD/BALBOA ACCT
      THE BALBOA FD LP
      THE BALBOA FUND
      THE BALBOA FUND LTD.

3.    BLACKROCK

4.    BONANZA FUND LP
      BONANZA MASTER FD LTD
      BONANZA PARTNERS
      CONQUEST CAPITAL MGMT LLC
      PRAESIDEO FUND SERVICES
      MARCY ZIESING

5.    BRIC 6 LP
      BRIC TECHNOLOGY, L.P.
      BRICOLEUR
      BRICOLEUR CAP
      BRICOLEUR CAP MGMT
      BRICOLEUR CAPITAL MGMT
      BRICOLEUR ENHANCED LP
      BRICOLEUR ENHANCED OFFSHORE LT
      BRICOLEUR OFFSHORE LTD
      BRICOLEUR PARTNERS II LP
      BRICOLEUR PARTNERS LP
      LYXOR/BRICOLEUR
      LYXOR/BRICOLEUR FD LTD
      SPHINX LONG/SHORT EQUITY
      SPHINX LONG/SHORT EQUITY (BRÍCOLEUR)

6.    CITCO FD SVCS(CAYMAN ISLD)
      CITCO FUND SVCS

7.    COUGAR TRADING LLC
      CARL BENNETT

8.    THE DELLINGER FUND, LLC
      TUTTLE ASSET MGMT
      KEVIN TUTTLE

9.    ELLIOT ASSOC LP
      ELLIOT INTERNATIONAL LP
      ELLIOTT ASSOCIATES LP
      ELLIOTT ASSOCS
      THE BANK OF BERMUDA LTD
      LATOYA JAMIESON

10.   FALCOLN FUND
      FALCON FUND
      FALCON FUND OFFSHORE LTD
      FALCON FUND QP LP
      CHOYLENG SCOTT

11.   FORSTMANN ASSET MANAGEMENT LLC

12.   GALLEON BUCCANEER O/S – B LTD
      GALLEON BUCCANEER OFFSHORE
      GALLEON BUCCANEER OFFSHORE LTD
      GALLEON COMMUNICATIONS PART LP
      GALLEON EMERGING TECH OFFSHORE
      GALLEON GROUP
      GALLEON HEALTHCARE LP
      GALLEON MANAGEMENT LLC
      PAUL SZEP

13.   GRANITE FINANCIAL GROUP

14.   HIGH POINT OFFSHORE LTD
      HIGH POINT PTRS LP
      LYXOR/HIGH POINT OFFSHORE FUND LTD

15.   LOGOS PARTNERS LP
      CLARK M LEHMAN

16.   LYXOR MASTER FD/PARVEST
      LYXOR MASTER FD/PARVEST/VENTANA
      SG HAMBROS TRUST CO
      LYXOR MASTER FD
      YASMINE RAGGAI

17.    MANCHESTER ALPHA FUND LP
       MANCHESTER GROWTH
       MANCHESTER GROWTH FUND
       MANCHESTER GROWTH FUND LP
       MANCHESTER INSTITUTIONAL FUND
       MANCHESTER OFFSHORE
       LYXOR/MANCHESTER
       LYXOR/MANCHESTER INSTITUTIONAL FND LTD
       DON BESSER

18.    MAPLE LEAF PARTNERS LP
       MAPLELEAF OFFSHORE LTD

19.    MATINICUS LP
       JACK ZINN

20.    ONPOINT CAPITAL PARTNERS LP
       DOUGLAS NELSON

21.    THE PINNACLE FUND
       THE PINNACLE FUND LP

22.    PROXIMITY FUND
       PROXIMITY FUND LP
       PROXIMITY FUND LP II
       PROXIMITY INTERNATIONAL LTD
       PROXIMITY PARTNERS II LP
       PROXIMITY PARTNERS LP

23.    REINDEER CAPITAL OFFSHORE, LTD
       REINDEER TREK, LP
       TREK CAPITAL MGMT, LLC

24.    ROTH CAPITAL PARTNERS LLC

25.    SAC CAPITAL
       SAC CAPITAL ASSOCIATES
       SAC CAPITAL ASSOCIATES LLC
       SAC HEALTHCO FUND LLC
       CHRISTOPHER ZEPF
       NEIL CHRISS

26.    SWISS RE FINANCIAL PRODUCTS CORP

27.    TRENTON CAPITAL
       TRENTON CAPITAL (QP) LTD
       TRENTON CAPITAL INVESTORS LP
       TRENTON CAPITAL LTD