EXHIBIT 18

# MARKET PARTICIPANTS FOR WHICH PLAINTIFFS REQUEST MERRILL LYNCH IDENTIFY TRADERS AND SALES PERSONNEL

The trader associated with the following market participants:

1. AGS SPECIALISTS LLC
   AGS SPECIALISTS II LLC

2. ARGONAUT CAPITAL MANAGEMENT CORP

3. ASCEND US MAP FUND LTD

4. BLACKROCK ADVISORS, LLC

5. BRIDGER
   BRIDGER CAPITAL, LLC
   BRIDGER MANAGEMENT, LLC

6. BOTTA CAPITAL MANAGEMENT, LLC
   BOTTA SPECIALIST, LLC
   BOTTA TRADING LLC

7. CATALPA, INC. SMALL CAP

8. CAXTON CORPORATION
   GDK INC
   CAXTON INTERNAT
   CAXTON INTERNATIONAL LIMITED
   CAXTON ASSOCIATES LLC
   DAN ROMANELLI

9. CENTURION
   CENTURION SECURITIES LLC

10. CHILTON INVESTMENT CO
    CHILTON INV.- JP MORGAN
    CHILTON EXECUTION
    CHILTON INVESTMENTS
    CHILTON INV PARTNERS LP

825561.1

        CHILTON INV CO INC GP
        DESPINA SYMEONIDES
        CHILTON OPPORTUNITY INTL LP
        CHILTON OPPORTUNITY TRUST LP
        CHILTON INV COMPANY INC
        CHILTON QP INV PTNRS LP
        CHILTON US MAP FUND LTD

11. CITADEL DERIVATIVES GROUP
    CITADEL DERIVATIVES TRADING
    CITADEL EQUITY FUND LTD
    CITADEL SECURITIES LLC
    CITADEL LTD PARTNERSHIP
    ERIC GRAPPI
    CITADEL TRADING GROUP
    CITADEL LIMITED PRTNRSHP

12. COATUE CAPITAL LLC
    COATUE MGMT LLC
    PHILLIPE LAFFONT

13. CONSOLIDATED TRADING, LLC

14. CUTLER GROUP LP
    PRO CUTLER
    PRO CUTLER 551
    PRO CUTLER 552
    PRO CUTLER 556
    PRO CUTLER GROUP 551

15. DRO WST TRADING LLC

16. ECHOTRADE, LLC

17. GROUP ONE TRADING L P

18. HALLORAN TRADING, LLC

825561.1

19. HAZAN CAPITAL MANAGEMENT L.L.C.
    HCM-HAZAN CAPITAL M
    G05

20. HIGHSIDE CAPITAL MGMT LP
    HIGHSIDE CAP MGMT

21. INTERPID CAPITAL MGMT
    INTREPID MORGAN

22. KNIGHT

23. LION TRADING
    ROBERT LEONE
    GREENMOR

24. LONE PINE CAPITAL LLC

25. MAGNETAR INVESTMENT MGMT
    MAGNETAR FINANCIAL
    MAGNETAR CAPITAL
    MAGNETAR CAPITAL MASTER FD LTD

26. MAPLE LEAF

27. MAVERICK

28. MILLENCO LLC
    MILLENCO LP
    ISRAEL A ENGLANDER & CO INC
    R LEWANDOWSKI

29. PEQUOT NEW RIVER MASTER FD LTD
    PEQUOT SCRS FUND LP

30. PEREGRINE CAPITAL MANAGEMENT

31. ROCKER PARTNERS BULK

32. RONIN CAPITAL LLC

825561.1

33. S A C CAPITAL ASSOCIATES
    SAC CAPITAL ASSOC
    SIGMA CAPITAL ASSOCIATES

34. SALLERSON-TROOB LLC
    GARY BELL
    GAB I LLC
    MICHAEL SALTZMAN
    EDWARD HANHARDT
    VINTAGE CAPITAL LLC
    G. WILLIAM NASH II
    BILL NASH
    KEVIN GALASSINI
    GRADY BARTH
    BRADY BARTH

35. SBA TRADING LLC

36. SOL TRADING, L.P.

37. SUSQUEHANNA CAPITAL GROUP
    SUSQ INV GR/SUSQ SEC JT
    SUSQ INV GRP/SUSQ SEC JT
    SUSQUEHANNA FIN GRP LLLP
    SUSQUEHANNA FINCL GRP LLLP FAO VICTORY CAPITAL
       MGMT INC
    SUSQUEHANNA INV GR/SUSQ SEC JT
    SUSQUEHANNA INV GR/SUSQUEHANNA SECURITIES JT
    SUSQUEHANNA INVESTMENT GROUP
    SUSQUEHANNA SECURITIES

38. SWIFTCURRENT PARTNERS LP
    SWIFTCURRENT OFFSHORE LTD

39. TESSERACT CAPITAL LLC
    TESSERACT 021-20949C

40. THIRD MILLENNIUM TRADING LLC

825561.1

41. TIGER SSB
    TIGER EXECUTIONS
    TIGER PARTNERS LP
    TIGERS TRUST

42. TJM INVESTMENTS LLC
    TJM PROPRIETARY TRADING LLC

43. TRADEWORX

44. VANGUARD INDUSTRIAL INDEX (7R)
    VANGUARD TOTAL INDEX(ETF)STK
    VANGUARD VIPER-SMALL CAP/STK

45. VIKING CAPITAL
    VIKING GLOBAL EQUITIES
    VIKING GLOBAL INVESTORS LP NY
    VINKING GLOBAL INVESTORS

46. WOL CORP
    JEFFREY WOLFSON
    BMR 2 LLC
    GARGOYLE STRATEGIC INVESTMENTS LLC
    GOLDEN ANCHOR TRADING II, LLC

825561.1