EXHIBIT

19

**MARKET PARTICIPANTS FOR WHICH PLAINTIFFS REQUEST
MORGAN STANLEY IDENTIFY TRADERS AND SALES PERSONNEL**

The traders associated with the following registered representative numbers:
00003, 00388, 03319, 03420, 1441.

The trader associated with the following market participants:

1.   AISLING PARTNERS LLC

2.   AMARANTH LLC

3.   AQR CAPITAL
     AQR ABSOLUTE
     AQR CAPITAL MANAGEMENT LLC
     AQR CAPITAL MGMT A/C GS CALEL
     BLUE ZETA CELL

4.   ARGONAUT CAPITAL MANAGEMENT
     ARGONAUT ASIAN EQUITIES PARTNERSHIP, LP
     ARGONAUT PARTNERSHIP, L.P.
     ARGONAUT INVESTMENT FUND, LTD
     ARGONAUT GLOBAL EQUITIES PART- NERSHIP, LP
     RICK FAGAN
     JOHN TRAMMEL
     ANTHONY STOCKS

5.   BLACKROCK ADVISORS, LLC
     BLACKROCK FINANCIAL

6.   BLUE RIDGE CAPITAL LLC
     BLUE RIDGE CAPITAL EXECUTION
     BLUE RIDGE CAPITAL GROUP
     BLUE RIDGE LIMITED PARTNERSHIP
     BLUE RIDGE OFFSHORE MASTER LIMITED PARTNERSHIP
     RICHARD BELLO

825562.1

7.   BOGLE INVESTMENT FUND LP
     BOGLE INVESTMENT MANAGEMENT
     BOGLE INVESTMENT MANAGEMENT LP
     BOGLE INVESTMENT MANAGERS
     BOGLE INVESTMENT MGMT
     BOGLE OFFSHORE OPPORTUNITY
     HHMI  LLC

8.   BRIDGER MANAGEMENT
     BRIDGER MANAGEMENT, LLC. EXECUTION
     BRIDGER MANAGEMENT, LLC.

9.   CANNELL CAPITAL MANAGEMENT

10.  CHILTON PARTNERS
     CHILTON INVESTMENT COMPANY
     CHILTON GLOBAL PARTNERS, LP
     DESPINA SYMEONIDES
     CHILTON INTERNATIONAL, L.P.
     GREGG ROY
     CHILTON SMALL CAP INTERNATIONAL, LP
     CHILTON SMALL CAP LIQUIDFUND, L.P.
     CHILTON SMALL CAP PARTNERS, LP

11.  COUGAR TRADING, LLC

12.  CRABEL CAPITAL MANAGEMENT LLC
     WILLIAM (TOBY) CRABEL – FELSKE

13.  DYNAMIC CAPITAL MGMT

14.  FOX POINT CAPITAL MANAGEMENT LLC

15.   GALLEON PARTNERS LP
      GALLEON CAPTAIN'S OFFSHORE, LIMITED
      GALLEON CAPTAIN'S PARTNERS, LP
      GALLEON MANAGEMENT LP
      VOULA DIACUMAKOS
      GALLEON COMMUNICATIONS PARTNERS, L.P.
      GALLEON EMERGING TECHNOLOGY OFFSHORE LTD.
      POLARIS PRIME TECHNOLOGY (CAYMAN) LP C/O GALLEON
      PARTNERS, L.P.

16.   GOTHAM ASSET MANAGEMENT
      GOTHAM ASSET MANAGEMENT (MASTER) L.P.
      GOTHAM CAPITAL V. LLC.
      GTHAM CAP V MS

17.   HBK INVESTMENTS
      HBK EXECUTION
      HBK MASTER FUND - STATARB
      HBK SERVICES LLC
      HBK MASTER FUND, LP
      HBK
      HBK LONG SALES
      HBK TRACKED STRATEGY
      HBKDOM
      HBK US STAT ARB
      HBKSA
      MIKE RANGLE

18.   HIGHBRIDGE CAPITAL
      HIGHBRIDGE CAPITAL CORPORATION
      HIGHBRIDGE CAPITAL MANAGEMENT  LLC
      HIGHBRIDGE CAPITAL MNGT LLC

19.   HIGHSIDE CAPITAL EXECUTION
      HIGHSIDE CAPITAL PARTNERS, LP
      HIGHSIDE OFFSHORE LTD
      HIGHSIDE MANAGEMENT, LLC
      HIGHSIDE CAPITAL PARTNERS II, LP
      ELIZ MURRAY

20.  HINTZ HOLMAN & ROBILLARD
     HINTZ HOLMAN HECKSHER

21.  HOUND PARTNERS, LLC
     HOUND PARTNERS OFFSHORE FUND, LP
     HOUND PARTNERS, L.P.
     HOUND CAP (TIGER)
     JOHNATHAN AUERBACH

22.  INTREPID CAPITAL MANAGEMENT
     INTREPID CAPITAL FUND (OFFSHORE) LEVERAGED
        MASTER, LTD.
     INTREPID CAPITAL MGMT INC
     INTREPID CAPITAL FUND (QP) LP
     INTREPID CAPITAL FUND- OFFSHORE, LTD
     INTREPID FUND MGMT, LLC

23.  KINGSFORD CAPITAL PARTNERS  LP
     KINGSFORD INTERNATIONAL

24.  KOCH INDUSTRIES

25.  LANEXA MANAGEMENT LLC
     LANEXA GLOBAL MANAGEMENT, LP
     LANEXA GLOBAL MASTER FUND, LTD

26.  LONE PINE CAPITAL
     LONE PINE CAPITAL ADVISORS,
     LONE PINE CAPITAL MANAGEMENT
     LONE BALSAM, L.P
     LONE CYPRESS, LTD
     LONE KAURI, LTD.
     LONE PINE CAPITAL LLC
     LONE SEQUOIA, L.P.
     LONE SEQUOIA, L.P.
     KERRY A. TYLER
     KEN SMITH

825562.1

27.  MAGNETAR CAPITAL
     MAGNETAR CAPITAL LLC
     MAGNETAR CAPITAL PARTNERS LP
     MAGNETAR FINANCIAL LLC
     MAGNETAR INVESTMENT MANAGEMENT LLC
     MAGNETAR1
     MAGNETAR2

28.  MORGENS, WATERFALL, VINTIADIS & COMPANY, INC.
     PHAETON BVI
     HEMISPHERE MANAGEMENT LTD
     MELISSA MILANO
     PHOENIX PARTNERS II
     PHOENIX PARTNERS L.P.
     PHOENIX PARTNERS III

29.  NORDEA
     NORDEA BANK AB (PUBL)
     NORDEA BANK FINLAND PLC

30.  OXFORD ASSET MANAGEMENT
     OXFORD ASSET MGMT. COMPANY·LTD
     OXFORD ASSET MGNT CO. LTD

31.  PEQUOT CAPITAL MANAGEMENT INC.
     PEQUOT PARTNERS
     PEQUOT SCRS FUND, LP
     PEQUOT MARINER MASTER FUND, LP
     PEQUOT SCOUT FUND LP
     PEQUOT SF FUND, L.P.
     FOCUS 700 LTD.
     PEQUOT GLOBAL MARKET NEUTRAL MASTER FUND, LTD.
     LYXOR/PEQUOT GLOBAL MARKET NEUTRAL FUND
        LIMITED
     PEQUOT NEW RIVER MASTER FUND, LTD
     RAYTHEON MASTER PENSION TRUST - PEQUOT ENHANCED
        EAFE MN
     RAYTHEON MASTER PENSION TRUST - PEQUOT GLOBAL
        XUS MN

32.    S.A.C. CAPITAL ADVISORS
       S.A.C. CAPITAL ADVISORS LLC
       S.A.C. CAPITAL ASSOCIATES LLC
       S.A.C. MULTIQUANT FUND LLC
       S.A.C. SELECT FUND LLC
       SAC CAPITAL
       SAC CAPITAL ADVISORS
       SAC CAPITAL ASSOCIATES
       CR INTRINSIC INVESTMENTS

33.    STEADFAST CAPITAL LP

34.    STEP  LLC

35.    TIGER MANAGEMENT LLC
       TIGER PARTNERS
       TIGER GLOBAL LTD
       TIGER GLOBAL MANAGEMENT, LLC
       TIGER GLOBAL,LP EXECUTION
       TIGER GLOBAL II, LP
       TIGER GLOBAL MANAGEMENT LLC EXECUTION
       ROBERT BASTONE
       TIGER MANAGEMENT EXECUTION
       TIGER TECHNOLOGY EXECUTION
       TIGER GLOBAL LP
       STEVE OLSON

36.    TURNER INVESTMENT PARTNERS INC

37.    TWO SIGMA INVESTMENTS LLC
       TWO SIGMA FUND, LP
       TWO SIGMA LLC
       TWO SIGMA EQUITY PORTFOLIO, LLC
       TWO SIGMA SPECTRUM PORTFOLIO, LLC
       TWO SIGMA PARTNERS MASTER FUND, LTD.
       TWO SIGMA CONSTELLATION US MASTER FUND, LTD.
       TWO SIGMA JUPITER PORTFOLIO, LLC
       JOHN OVERDECK

38.	THE VANGUARD GROUP, INC.
	VANGUARD INDEX TRUST FUND
	VANGUARD INVESTMENT CO. TOTAL STOCK MKT TRUST
	    (125)
	VANGUARD CSFB
	MICHELLE MADSON
	VANGUARD VIT-SMALL GAP GROWTH (861)
	VANGUARD A/C INST TOTAL STOCK A/C VITSM/C3
	VANGUARD INV. AUSTRALIA LTD.
	EQUITIES VANGUARD INVESTMENTS AUST LTD
	VNGRD EXTD MRK STOCK
	VNGRD TT STK MRK STK

39.	VIKING GLOBAL INVESTORS LP
	VIKING GLOBAL EQUITIES LP
	VGE III PORTFOLIO LTD

40.	ZEBRA CAPITAL MANAGEMENT  LLC
	ZEBRA CAPITAL