IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CHAMBERS
U.S.D.C. Atlanta
DEC 1 0 2010
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MORGAN STANLEY & CO., INC., *et al.*, <br><br> Defendants. | Case No.: 1:10-CV-03108-JEC <br><br> [On removal from the State Court of Fulton County, Georgia Case No.: 2008-EV-004739-B] |

## PROPOSED ORDER EXTENDING PAGE LIMITATION

Good cause having been shown, it is hereby ordered that Plaintiffs' motion for an extension of the page limitations for its response to Defendant Merrill Lynch Professional Clearing Corp.'s Motion to Dismiss or, in the Alternative Motion to Transfer, shall be and hereby is granted. Plaintiffs shall have an additional 3 pages, for a total of 28 pages, for their response.

SO ORDERED this 9 day of December, 2010.

_____
Julie E. Carnes
United States District Judge

822106.1