IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> MORGAN STANLEY & CO., INC., *et al.* <br><br> Defendants. | CIVIL ACTION NUMBER: <br> 1:10-CV-03108-WBH |

## JOINT MOTION FOR EXTENSION OF TIME

Plaintiffs and Defendant Merrill Lynch Professional Clearing Corporation ("Merrill Pro") jointly move to extend the pending deadline for Plaintiffs to file their response to Merrill Pro's Motion to Dismiss filed in the above-captioned action, which was removed to this Court on September 28, 2010 from the State Court of Fulton County, Georgia.[1]

The Plaintiffs' response to the Motion to Dismiss [Docket No. 59] is currently due on December 13, 2010. At Plaintiffs' request, Merrill Pro has agreed

---

[1] Plaintiffs believe that the removal of this case was improper, and have filed a motion to remand. Plaintiffs' agreement to this Proposed Consent Order Extending Time should not be construed as Plaintiffs' agreement or consent to the removal or to the jurisdiction of this Court.

816072.1

that the due date for Plaintiffs' response to the Motion to Dismiss should be extended to and including December 17, 2010.

This extension shall be without prejudice to Plaintiffs' right to request or move for a further extension of time for their response to the Motion to Dismiss and without prejudice to Defendants' right to object to any such request or motion.

A copy of the proposed Consent Order is attached hereto as Exhibit A.

Jointly submitted this 13th day of December, 2010.

| | |
|---|---|
| /s/ Jill A. Pryor<br>JILL A. PRYOR<br>Georgia Bar No. 589140<br>Email: pryor@bmelaw.com<br><br>John E. Floyd<br>Georgia Bar No. 266413<br>Email: floyd@bmelaw.com<br><br>Steven J. Rosenwasser<br>Georgia Bar No. 614908<br>Email: rosenwasser@bmelaw.com<br><br>Nicole G. Iannarone<br>Georgia Bar No. 382510<br>Email: iannarone@bmelaw.com<br><br>Elizabeth G. Eager<br>Georgia Bar No. 644007<br>Email: eager@bmelaw.com | /s/ Richard H. Sinkfield<br>RICHARD H. SINKFIELD<br>Georgia Bar No. 649100<br>Email: rsinkfield@rh-law.com<br><br>Dan F. Laney III<br>Georgia Bar No. 435290<br>Email: dlaney@rh-law.com<br><br>ROGERS & HARDIN LLP<br>229 Peachtree Street, N.E.<br>2700 International Tower<br>Atlanta, Georgia 30303<br>Tel.: 404-522-4700<br>Fax: 404-525-2224<br><br>*Attorneys for Defendant Merrill Lynch Professional Clearing Corporation* |

BONDURANT, MIXSON &
ELMORE LLP
3900 One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, GA  30309
Tel.:  404-881-4100
Fax:   404-881-4111

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, a true and correct copy of the foregoing **JOINT MOTION FOR EXTENSION OF TIME** was electronically filed with the Clerk of Court using the Court's electronic filing system which will automatically send an email notification of such filing to the following attorneys of record who are registered participants in the Court's electronic notice and filing system:

> **Attorneys for Defendants:**
> Richard H. Sinkfield, Esq.
> Dan F. Laney, III, Esq.
> Kristina M. Jones, Esq.
> Stefanie H. Jackman, Esq.
> James W. Cobb, Esq.
> Rogers & Hardin
> 2700 International Tower, Peachtree Center
> 229 Peachtree Street, N.E.
> Atlanta, GA  30303-1601
> rsinkfield@rh-law.com

Further, I hereby certify that on this day, I caused to be served a true and correct copy of the foregoing via United States mail on:

> **Attorneys for Banc of America Securities, LLC;**
> **Merrill Lynch, Pierce, Fenner & Smith, Inc.; and Merrill Lynch**
> **Professional Clearing Corporation:**
> Andrew J. Frackman, Esq.
> Brad Elias, Esq.
> O'Melveny & Myers LLP
> 7 Times Square
> New York, NY  10036

816072.1

**Attorneys for Morgan Stanley & Co. Incorporated:**
Robert F. Wise, Jr., Esq.
William J. Fenrich, Esq.
Melissa T. Aoyagi, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY  10017

**Attorneys for Bear Stearns & Co., Inc. and Bear Stearns Securities Corp.:**
Stephen L. Ratner, Esq.
Harry Frischer, Esq.
Brian L. Friedman, Esq.
Proskauer Rose LLP
1585 Broadway
New York, NY  10036

**Attorneys for Goldman, Sachs & Co. and Goldman Sachs Execution & Clearing, L.P.:**
Richard C. Pepperman II, Esq.
Richard H. Klapper, Esq.
Tracy Richelle High, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY  10004

**Attorneys for Deutsche Bank Securities Inc.:**
Heather L. Fesnak, Esq.
Peter J. Isajiw, Esq.
Gregory A. Markel, Esq.
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY  10281

**Attorneys for UBS Securities, LLC:**
Andrew B. Clubok, Esq.
Jeffrey G. Landis, Esq.
Daniel Gomez, Esq.
Kirkland & Ellis LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, DC 20005-5793

Maria Ginzburg, Esq.
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611

**Attorneys for Credit Suisse Securities (USA), LLC.:**
Fraser L. Hunter, Jr., Esq.
Wilmer Cutler Pickering Hale & Dorr LLP
399 Park Avenue
New York, NY 10022

This the 13th day of Decemberr, 2010.

/s/ Jill A. Pryor
Jill A. Pryor
Georgia Bar No. 589140
pryor@bmelaw.com

816072.1

3