**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

TASER INTERNATIONAL, INC.,
*et al.*

      Plaintiffs,

v.

MORGAN STANLEY & CO., INC.,
*et al.*

      Defendants.

CIVIL ACTION NUMBER:
1:10-CV-03108-JEC

## JOINT MOTION FOR EXTENSION OF TIME

Defendant Merrill Lynch Professional Clearing Corporation ("Merrill Pro")

and Plaintiffs jointly move to extend the pending deadline for Merrill Pro to file its

Reply Brief in further support of its Motion to Stay Non-Jurisdictional discovery,

filed in the above-captioned action on November 12, 2010.[1]

Merrill Pro's Reply Brief is currently due on December 16, 2010.  At Merrill

Pro's request, Plaintiffs have agreed that the due date for Merrill Pro's Reply Brief

should be extended to and including December 20, 2010.

---

[1] Plaintiffs believe that the removal of this case was improper, and have filed a
motion to remand.  Plaintiffs' agreement to this Proposed Consent Order
Extending Time should not be construed as Plaintiffs' agreement or consent to the
removal or to the jurisdiction of this Court.

This extension shall be without prejudice to Merrill Pro's right to request or move for a further extension of time for their Reply Brief and without prejudice to Defendants' right to object to any such request or motion.

A copy of the proposed Consent Order is attached hereto as Exhibit A.

Jointly submitted this 16th day of December, 2010.


/s/ Jill A. Pryor

JILL A. PRYOR
Georgia Bar No. 589140
Email: pryor@bmelaw.com

John E. Floyd
Georgia Bar No. 266413
Email: floyd@bmelaw.com

Steven J. Rosenwasser
Georgia Bar No. 614908
Email: rosenwasser@bmelaw.com

Nicole G. Iannarone
Georgia Bar No. 382510
Email: iannarone@bmelaw.com


BONDURANT, MIXSON &
ELMORE LLP
3900 One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, GA  30309
Tel.:   404-881-4100
Fax:   404-881-4111


*Attorneys for Plaintiffs*


/s/ Richard H. Sinkfield

RICHARD H. SINKFIELD
Georgia Bar No. 649100
Email: rsinkfield@rh-law.com

Dan F. Laney III
Georgia Bar No. 435290
Email: dlaney@rh-law.com

ROGERS & HARDIN LLP
229 Peachtree Street, N.E.
2700 International Tower
Atlanta, Georgia  30303
Tel.:   404-522-4700
Fax:   404-525-2224

*Attorneys for Defendant Merrill
Lynch Professional Clearing
Corporation*

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2010, I caused a copy of the foregoing

JOINT MOTION FOR EXTENSION OF TIME to be filed with the Clerk of Court

using the CM/ECF system, which will automatically send e-mail notification of

such filing to the following attorneys of record:

> John E. Floyd, Esq.
> floyd@bmelaw.com
>
> Steven J. Rosenwasser, Esq.
> rosenwasser@bmelaw.com
>
> Nicole G. Iannarone, Esq.
> iannarone@bmelaw.com
>
> Jill A. Pryor, Esq.
> pryor@bmelaw.com
>
> Robert L. Ashe, III, Esq.
> ashe@bmelaw.com
>
> Michael A. Caplan, Esq.
> caplan@bmelaw.com
>
> Elizabeth G. Eager
> eager@bmelaw.com

and that I have caused a copy to be served by U.S. Mail on the following attorneys

of record:

James W. Christian, Esq.
CHRISTIAN, SMITH & JEWELL LLP
2302 Fannin, Suite 500
Houston, TX  77002

Robert F. Wise, Jr., Esq.
Melissa Aoyagi, Esq.
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY  10017

Richard H. Klapper, Esq.
Richard C. Pepperman, II, Esq.
Tracy Richelle High, Esq.
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY  10004-2498

Stephen L. Ratner, Esq.
Brian L. Friedman, Esq.
PROSKAUER ROSE LLP
1585 Broadway
New York, NY  10036

Gregory A. Markel, Esq.
Martin L. Seidel, Esq.
Peter J. Isajiw, Esq.
Heather L. Fesnak, Esq.
CADWALADER, WICKERSHAM &
TAFT LLP
One World Financial Center
New York, NY  10281

Fraser L. Hunter, Jr., Esq.
WILMER CUTLER PICKERING HALE
AND DORR LLP
399 Park Avenue
New York, NY  10022

Andrew J. Frackman, Esq.
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY  10036

Andrew B. Clubok, Esq.
Jeffrey G. Landis, Esq.
Jeffrey M. Gould, Esq.
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC  20005

/s/ James W. Cobb

James W. Cobb
Georgia Bar No. 420133
rsinkfield@rh-law.com

3