# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.*<br><br>    Plaintiffs,<br><br>v.<br><br>MORGAN STANLEY & CO., INC., *et al.*<br><br>    Defendants. | CIVIL ACTION NUMBER:<br>1:10-CV-03108-JEC |

**[PROPOSED] CONSENT
ORDER EXTENDING TIME**

Defendant Merrill Lynch Professional Clearing Corporation ("Merrill Pro") and Plaintiffs have consented and jointly moved to extend the pending deadline for Merrill Pro to file its Reply Brief in further support of its Motion to Stay Non-Jurisdictional Discovery, which was filed in the above-captioned action.[1]

By agreement among the parties, and for good cause shown, it is hereby ORDERED that:

---

[1] Plaintiffs believe that the removal of this case was improper, and have filed a motion to remand. Plaintiffs' agreement to this Proposed Consent Order Extending Time should not be construed as Plaintiffs' agreement or consent to the removal or to the jurisdiction of this Court.

2

The time for the Merrill Lynch to file its Reply Brief in further support of its Motion to Stay Non-Jurisdictional Discovery [Docket No. 97] is extended to and including December 20, 2010.  This extension shall be without prejudice to Merrill Pro's right to request or move for a further extension of time for their response to the Motion to Dismiss and without prejudice to Plaintiffs' right to object to any such request or motion.

So ORDERED this ___ day of December, 2010.

_____
Julie E. Carnes, Judge
United States District Court

Jointly submitted this 16th day of December, 2010.

| | |
|---|---|
| /s/ Jill A. Pryor | /s/ Richard H. Sinkfield |
| JILL A. PRYOR | RICHARD H. SINKFIELD |
| Georgia Bar No. 589140 | Georgia Bar No. 649100 |
| Email: pryor@bmelaw.com | Email: rsinkfield@rh-law.com |
| | |
| John E. Floyd | Dan F. Laney III |
| Georgia Bar No. 266413 | Georgia Bar No. 435290 |
| Email: floyd@bmelaw.com | Email: dlaney@rh-law.com |
| | |
| Steven J. Rosenwasser | ROGERS & HARDIN LLP |
| Georgia Bar No. 614908 | 229 Peachtree Street, N.E. |
| Email: rosenwasser@bmelaw.com | 2700 International Tower |
| | Atlanta, Georgia  30303 |
| Nicole G. Iannarone | Tel.:  404-522-4700 |
| Georgia Bar No. 382510 | Fax:  404-525-2224 |
| Email: iannarone@bmelaw.com | |
| | *Attorneys for Defendant Merrill* |
| Elizabeth G. Eager | *Lynch Professional Clearing* |
| Georgia Bar No. 644007 | *Corporation* |
| Email: eager@bmelaw.com | |

BONDURANT, MIXSON &
ELMORE LLP
3900 One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, GA  30309
Tel.:  404-881-4100
Fax:  404-881-4111

*Attorneys for Plaintiffs*

3