## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| TASER INTERNATIONAL, INC., *et al.*, | ) | |
| | ) | Case No.: 1:10-CV-03108-JEC |
| Plaintiffs, | ) | |
| | ) | [On removal from the State |
| v. | ) | Court of Fulton County, |
| | ) | Georgia Case No.: |
| MORGAN STANLEY & CO., INC., *et al.*, | ) | 2008-EV-004739-B] |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## NOTICE OF MANUAL FILING UNDER SEAL

Plaintiffs hereby give notice of the manual filing under seal of PLAINTIFF'S

RESPONSE IN OPPOSITION TO DEFENDANT MERRILL LYNCH

PROFESSIONAL CLEARING CORP.'S MOTION TO DISMISS FOR LACK OF

PERSONAL JURISDICTION OR, IN THE ALTERNATIVE, TO TRANSFER

UNDER 28 U.S.C. § 1406(a).  The brief refers to exhibits Defendants Merrill Lynch

Professional Clearing Corp. and Merrill Lynch, Pierce, Fenner & Smith

(collectively, "Merrill Lynch defendants") have designated as confidential.

Plaintiffs do not agree with the Merrill Lynch defendants that all of these documents

are confidential.  Specifically, Plaintiffs do not believe that transcripts of telephone

conversations, which are referenced in the brief and included as exhibits to the

Affidavit of Elizabeth G. Eager, should be designated confidential.  Plaintiffs

requested the Merrill Lynch Defendants remove the confidentiality designations

from the transcripts.  While the Merrill Lynch Defendants did not contend that the

transcripts contained confidential material, they refused to remove the

confidentiality designations, claiming that public release of the materials might

violate Illinois wiretapping laws.  Plaintiffs do not agree with the Merrill Lynch

Defendants that the transcripts should be designated as confidential.  However,

given the Merrill Lynch Defendants confidentiality designations, Plaintiffs had no

choice but to file those exhibits under seal.

     Respectfully submitted, this 17th day of December, 2010.

             */s/ Elizabeth G. Eager*
             John E. Floyd
             Georgia Bar No. 266413
             Steven J. Rosenwasser
             Georgia Bar No. 614908
             Nicole G. Iannarone
             Georgia Bar No. 382510
             Elizabeth G. Eager
             Georgia Bar No. 644007

BONDURANT, MIXSON & ELMORE, LLP
3900 One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia  30309
floyd@bmelaw.com
rosenwasser@bmelaw.com
iannarone@bmelaw.com
eager@bmelaw.com
Telephone:  (404) 881-4100
Facsimile:  (404) 881-4100

*Attorneys for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this day, a true and correct copy of the foregoing

**NOTICE OF MANUAL FILING UNDER SEAL** was electronically filed with

the Clerk of Court using the Court's electronic filing system which will

automatically send an email notification of such filing to the following attorneys of

record who are registered participants in the Court's electronic notice and filing

system:

>**Attorneys for Defendants:**
>Richard H. Sinkfield, Esq.
>Dan F. Laney, III, Esq.
>Kristina M. Jones, Esq.
>Stefanie H. Jackman, Esq.
>James W. Cobb, Esq.
>Rogers & Hardin
>2700 International Tower, Peachtree Center
>229 Peachtree Street, N.E.
>Atlanta, GA  30303-1601
>rsinkfield@rh-law.com

Further, I hereby certify that on this day, I caused to be served a true and

correct copy of the foregoing by United States mail on:

>**Attorneys for Banc of America Securities, LLC;**
>**Merrill Lynch, Pierce, Fenner & Smith, Inc.; and Merrill Lynch**
>**Professional Clearing Corporation:**
>Andrew J. Frackman, Esq.
>Brad Elias, Esq.
>O'Melveny & Myers LLP
>7 Times Square
>New York, NY  10036

**Attorneys for Morgan Stanley & Co. Incorporated:**
Robert F. Wise, Jr., Esq.
William J. Fenrich, Esq.
Melissa T. Aoyagi, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY  10017

**Attorneys for Bear Stearns & Co., Inc. and Bear Stearns Securities Corp.:**
Stephen L. Ratner, Esq.
Harry Frischer, Esq.
Brian L. Friedman, Esq.
Proskauer Rose LLP
1585 Broadway
New York, NY  10036

**Attorneys for Goldman, Sachs & Co. and Goldman Sachs Execution & Clearing, L.P.:**
Richard C. Pepperman II, Esq.
Richard H. Klapper, Esq.
Tracy Richelle High, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY  10004

**Attorneys for Deutsche Bank Securities Inc.:**
Heather L. Fesnak, Esq.
Peter J. Isajiw, Esq.
Gregory A. Markel, Esq.
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY  10281

829003.1

**Attorneys for UBS Securities, LLC:**
Andrew B. Clubok, Esq.
Jeffrey G. Landis, Esq.
Daniel Gomez, Esq.
Kirkland & Ellis LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, DC  20005-5793

Maria Ginzburg, Esq.
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY  10022-4611

**Attorneys for Credit Suisse Securities (USA), LLC.:**
Fraser L. Hunter, Jr., Esq.
Wilmer Cutler Pickering Hale & Dorr LLP
399 Park Avenue
New York, NY  10022

This 17th day of December, 2010.


                              */s/ Elizabeth G. Eager*
                              Elizabeth G. Eager
                              Georgia Bar No. 644007