IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TASER INTERNATIONAL, INC.,
*et al.*

    Plaintiffs,

v.

MORGAN STANLEY & CO., INC.,
*et al.*

    Defendants.

CIVIL ACTION NUMBER:
1:10-CV-03108-WBH

## [PROPOSED] CONSENT ORDER EXTENDING TIME

Plaintiffs and Defendant Merrill Lynch Professional Clearing Corporation ("Merrill Pro") have consented and jointly moved to extend the pending deadline for Plaintiffs to file their response to Merrill Pro's Motion to Dismiss filed in the above-captioned action, which was removed to this Court on September 28, 2010 from the State Court of Fulton County, Georgia.[1]

By agreement among the parties, and for good cause shown, it is hereby ORDERED that:

---

[1] Plaintiffs believe that the removal of this case was improper, and have filed a motion to remand. Plaintiffs' agreement to this Proposed Consent Order Extending Time should not be construed as Plaintiffs' agreement or consent to the removal or to the jurisdiction of this Court.

826641.1

Exhibit A

The time for the Plaintiffs to file their response to Merrill Pro's Motion to Dismiss [Docket No. 59] is extended to and including December 17, 2010. This extension shall be without prejudice to Plaintiffs' right to request or move for a further extension of time for their response to the Motion to Dismiss and without prejudice to Defendants' right to object to any such request or motion.

So ORDERED this 17 day of December, 2010.

_____
Julie E. Carnes, Judge
United States District Court

2