IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.*, | |
| Plaintiffs, | Civil Case No. |
| v. | 1:10-CV-03108-JEC |
| MORGAN STANLEY & CO., INC., *et al.*, | |
| Defendants. | |

**DEFENDANT MERRILL LYNCH PROFESSIONAL
CLEARING CORP.'S MOTION FOR RECONSIDERATION
OF THE COURT'S DECEMBER 17, 2010 ORDER**

Defendant Merrill Lynch Professional Clearing Corp. ("Merrill Pro") hereby moves the Court, pursuant to Local Rule 7.2(E), for reconsideration of its December 17, 2010 Order denying Merrill Pro's motion to stay non-jurisdictional discovery (the "Stay Motion"). Merrill Pro believes that reconsideration is appropriate because the Court ruled before Merrill Pro filed its Reply Brief in further support of the Stay Motion and because the Court based its ruling on a misunderstanding of the facts as presented in the Plaintiffs' Opposition. In particular, Plaintiffs would not obtain the same discovery whether or not Merrill Pro remains a Defendant and Merrill Pro has not engaged in merits discovery.

In support of this Motion, Merrill Pro relies on the Memorandum of Law in Support of Defendant Merrill Lynch Professional Clearing Corp.'s Motion for

Reconsideration, filed simultaneously herewith, the arguments of counsel, and all of the pleadings and other papers on file in this action.

Respectfully submitted, this 22nd day of December, 2010.

/s/ Richard H. Sinkfield
Richard H. Sinkfield
Georgia Bar No. 649100
RSinkfield@rh-law.com

Dan F. Laney III
Georgia Bar No. 435290
DLaney@rh-law.com

ROGERS & HARDIN LLP
229 Peachtree Street, N.E.
2700 International Tower
Atlanta, Georgia  30303
Tel.:  404-522-4700
Fax:  404-525-2224

Andrew J. Frackman
New York Bar No. 1751288
afrackman@omm.com

Abby F. Rudzin
New York Bar No. 4126330
arudzin@omm.com

Brad M. Elias
New York Bar No. 4675555
belias@omm.com

Admitted *Pro Hac Vice*

O'MELVENY & MYERS LLP
7 Times Square
New York, New York  10036
Tel.:  212-326-2000
Fax:  212-326-2061


*Attorneys for Defendant Merrill Lynch*
*Professional Clearing Corp.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

TASER INTERNATIONAL, INC.,
*et al.*

      Plaintiffs,

v.

MORGAN STANLEY & CO., INC.,
*et al.*

      Defendants.

CIVIL ACTION NUMBER:
1:10-CV-03108-JEC

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2010 I caused a copy of the foregoing

**DEFENDANT MERRILL LYNCH PROFESSIONAL CLEARING CORP.'S**

**MOTION FOR RECONSIDERATION OF THE COURT'S DECEMBER 17,**

**2010 ORDER** to be served by hand on the following attorneys of record:

> John E. Floyd, Esq.
> Steven J. Rosenwasser, Esq.
> Nicole G. Iannarone, Esq.
> Jill A. Pryor, Esq.
> Robert L. Ashe, III, Esq.
> Michael A. Caplan, Esq.
> Elizabeth G. Eager, Esq.
> BONDURANT, MIXON & ELMORE LLP
> 3900 One Atlantic Center
> 1201 West Peachtree Street, N.W.
> Atlanta, Georgia 30309

and that I have caused a copy to be served by U.S. Mail on the following attorneys

of record:

> James W. Christian, Esq.
> CHRISTIAN, SMITH & JEWELL LLP
> 2302 Fannin, Suite 500
> Houston, TX  77002
>
> Robert F. Wise, Jr., Esq.
> Melissa Aoyagi, Esq.
> DAVIS POLK & WARDWELL LLP
> 450 Lexington Avenue
> New York, NY  10017
>
> Richard H. Klapper, Esq.
> Richard C. Pepperman, II, Esq.
> Tracy Richelle High, Esq.
> SULLIVAN & CROMWELL LLP
> 125 Broad Street
> New York, NY  10004-2498
>
> Stephen L. Ratner, Esq.
> Brian L. Friedman, Esq.
> PROSKAUER ROSE LLP
> 1585 Broadway
> New York, NY  10036
>
> Gregory A. Markel, Esq.
> Martin L. Seidel, Esq.
> Peter J. Isajiw, Esq.
> Heather L. Fesnak, Esq.
> CADWALADER, WICKERSHAM & TAFT LLP
> One World Financial Center
> New York, NY  10281

Fraser L. Hunter, Jr., Esq.
WILMER CUTLER PICKERING HALE AND
DORR LLP
399 Park Avenue
New York, NY  10022

Andrew J. Frackman, Esq.
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY  10036

Andrew B. Clubok, Esq.
Jeffrey G. Landis, Esq.
Jeffrey M. Gould, Esq.
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC  20005

/s/ Richard H. Sinkfield

Richard H. Sinkfield
Georgia Bar No. 649100
rsinkfield@rh-law.com