# EXHIBIT 4



# THOMAS A. TRANFAGLIA JR
CRD# 2245224

**Currently employed by and registered with the following FINRA Firms:**
JANE STREET MARKETS, LLC
1 NEW YORK PLAZA
33RD FLOOR
NEW YORK, NY  10004
CRD# 104485
Registered with this firm since: 12/8/2009

## Report Summary for this Broker
The report summary provides an overview of the broker's professional background and conduct. The individual broker, a FINRA-registered firm(s), and/or securities regulator(s) have provided the information contained in this report as part of the securities industry's registration and licensing process. The information contained in this report was last updated by the broker, a previous employing brokerage firm, or a securities regulator on 11/30/2010.

### Broker Qualifications
**This broker is registered with:**
- 4 Self-Regulatory Organizations
- 1 U.S. state or territory

Is this broker currently suspended or inactive with any regulator? **No**

**This broker has passed:**
- 4 Principal/Supervisory Exams
- 1 General Industry/Product Exam
- 1 State Securities Law Exam

### Registration and Employment History
This broker was previously registered with the following FINRA member firms:

**MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED**
CRD# 7691
NEW YORK, NY
05/2005 - 11/2009

**MERRILL LYNCH PROFESSIONAL CLEARING CORP.**
CRD# 16139
NEW YORK, NY
06/1992 - 11/2009

For additional registration and employment history details as reported by the individual broker, refer to the Registration and Employment History section of this report.

### Disclosure of Customer Disputes, Disciplinary, and Regulatory Events
This section includes details regarding disclosure events reported by or about this broker to CRD as part of the securities industry registration and licensing process. Examples of such disclosure events include formal investigations and disciplinary actions initiated by regulators, customer disputes, certain criminal charges and/or convictions, as well as financial disclosures, such as bankruptcies and unpaid judgments or liens.

Are there events disclosed about this broker? **No**