# EXHIBIT 11

```
                                                                 1
 1              IN THE UNITED STATES DISTRICT COURT
               FOR THE NORTHER DISTRICT OF GEORGIA
 2                       ATLANTA DIVISION
 3
 4   TASER INTERNATIONAL, INC., et al.  )
                                        )
 5              Plaintiffs,             )
                                        )
 6        vs.                           )   CIVIL ACTION
                                        )      FILE NO.:
 7                                      ) 1:10-CV-03108-JOF
     MORGAN STANLEY & CO., INC., et al. )
 8                                      )
                Defendants.             )
 9
10
11                  VIDEOTAPED DEPOSITION OF
                      ROBERT M. BAKER, M.D.
12                     OCTOBER 13, 2010
                          9:30 A.M.
13
14                BONDURANT, MIXSON & ELMORE
                 1201 WEST PEACHTREE STREET, NW
15                       SUITE 3900
                      ATLANTA, GEORGIA
16
17              CONTAINS CONFIDENTIAL PORTIONS
                 PURSUANT TO PROTECTIVE ORDER
18
19
20
21
22
     REPORTED BY:
23         STEVEN S. HUSEBY, RPR
                CCR-B-1372
24
25
```

## 10

1  PROCEEDINGS
2
3       THE VIDEOGRAPHER:  Good morning.   09:32:13
4  My name is Michael McElroy of Veritext New   09:32:14
5  York.  The date today is October 13, 2010.   09:32:17
6  The time is approximately 9:32 a.m.   09:32:21
7     This deposition is being held in the office   09:32:24
8  of Bondurant, Mixson & Elmore, 1201 West   09:32:26
9  Peachtree Street, Suite 3900, Atlanta,   09:32:30
10 Georgia.   09:32:30
11    The caption of this case is TASER   09:32:34
12 International Incorporated, et al. versus   09:32:37
13 Morgan Stanley & Company, et al., in the   09:32:38
14 United States District Court for the Northern   09:32:42
15 District of Georgia.  The name of the witness   09:32:44
16 is Robert M. Baker, M.D.   09:32:46
17    At this time the attorneys will identify   09:32:50
18 themselves and the parties they represent,   09:32:52
19 after which our court reporter, Steve Huseby,   09:32:55
20 will swear in the witness and we can proceed.   09:32:57
21       MR. ELIAS:  Brad Elias of   09:32:59
22 O'Melveny & Myers for defendants Banc of   09:33:02
23 America Securities, LLC and Merrill Lynch   09:33:06
24 Pierce Fenner & Smith, Incorporated.  We also   09:33:09
25 represent Merrill Lynch Professional Clearing   09:33:10

## 11

1  Corporation, although Merrill Lynch   09:33:12
2  Professional Clearing Corporation is not   09:33:14
3  appearing at this deposition today.   09:33:16
4       MR. COBB:  James Cobb with   09:33:18
5  Rogers & Hardin.  I represent all defendants.   09:33:20
6       MR. JEWELL:  Gary Jewell of   09:33:22
7  Christian, Smith & Jewell on behalf of all the   09:33:24
8  plaintiffs.   09:33:27
9       ROBERT M. BAKER, M.D.
10 being first duly sworn, was examined and
11 testified as follows:
12       EXAMINATION
13 BY MR. ELIAS:
14    Q.  Good morning, Dr. Baker.  My name is   09:33:41
15 Brad Elias.  I'm counsel for Banc of America   09:33:43
16 Securities and Merrill Lynch.  Would you   09:33:46
17 please state your full name for the record and   09:33:47
18 spell it?   09:33:49
19    A.  Robert, R-O-B-E-R-T, Marian,   09:33:49
20 M-A-R-I-A-N, Baker, B-A-K-E-R, M.D.   09:33:54
21    Q.  What is your current address?   09:33:57
22    A.  2512 Sea Island Drive, Ft. Lauderdale,   09:33:58
23 Florida, 33301.   09:34:01
24    Q.  And are you represented by counsel   09:34:02
25 here today?   09:34:03

## 12

1  A.  Yes.   09:34:04
2  Q.  Is that your counsel seated beside   09:34:04
3  you?   09:34:07
4  A.  Yes.   09:34:07
5       MR. JEWELL:  Brad, it's my   09:34:07
6  understanding that we'll proceed with this   09:34:08
7  deposition pursuant to the previous   09:34:10
8  stipulations set forth in earlier depositions.   09:34:11
9       MR. ELIAS:  That is correct.   09:34:13
10      MR. JEWELL:  Okay.   09:34:14
11 BY MR. ELIAS:   09:34:14
12    Q.  I'm sure your counsel has described   09:34:15
13 the process for you, but I just want to make   09:34:17
14 assure you understand a few things about how   09:34:19
15 we're going to go forward today.   09:34:21
16    You understand you've just taken an oath to   09:34:23
17 tell the truth, and you understand that even   09:34:25
18 though we're in a conference room that this   09:34:26
19 oath is if same as you would take in court?   09:34:28
20    If you don't understand a question please   09:34:31
21 let me know so I can clarify it for you.   09:34:33
22    A.  (Witness nods head affirmatively.)   09:34:35
23    Q.  If you don't hear any part of   09:34:36
24 question, please tell me.  Now, because your   09:34:37
25 answers are being recorded by the court   09:34:41

## 13

1  reporter, you must give a verbal response.  If   09:34:44
2  you shake your head or say uh-huh or anything   09:34:46
3  like that, he's not going to be able to pick   09:34:48
4  it up so please try to keep your answers to   09:34:51
5  yes or no.   09:34:54
6  Now, there's going to be times when Gary is   09:34:54
7  going to object to certain questions.  Unless   09:34:57
8  he instructs you not to answer please answer   09:34:59
9  the question anyway.   09:35:01
10    A.  (Witness nods head affirmatively.)   09:35:02
11    Q.  And today we're going to be discussing   09:35:03
12 TASER International, Incorporated.  Is it all   09:35:05
13 right if I refer to that just as TASER, you'll   09:35:08
14 know what I'm talking about?   09:35:11
15    A.  Sure.   09:35:12
16    Q.  Great.   09:35:12
17       MR. COBB:  Brad, before we get   09:35:13
18 started, I want to note one thing on the   09:35:14
19 record.  Since the case has been removed to   09:35:16
20 federal court, the usual stipulations and the   09:35:17
21 past stipulations will apply.  We're also   09:35:20
22 proceeding under the Federal Rules of Civil   09:35:22
23 Procedure.   09:35:24
24 BY MR. ELIAS:   09:35:24
25    Q.  Now, Dr. Baker, did you do anything to   09:35:28