IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> MORGAN STANLEY & CO., INC., *et al.* <br><br> Defendants. | CIVIL ACTION NUMBER: <br> 1:10-CV-03108-JEC |

## JOINT MOTION FOR EXTENSION OF TIME

Plaintiffs and Defendant Merrill Lynch Professional Clearing Corporation ("Merrill Pro") jointly move to extend the deadlines pending for the following briefs: (1) Merrill Pro's reply in support of its Motion to Dismiss [Docket No. 59] and (2) Plaintiffs' response in opposition to Merrill Pro's Motion for Reconsideration [Docket No. 145].[1]

Merrill Pro's reply brief in support of its Motion to Dismiss is currently due on January 4, 2011. At Merrill Pro's request, Plaintiffs have agreed that the due

---

[1] Plaintiffs believe that the removal of this case was improper, and have filed a motion to remand. Plaintiffs' agreement to this Joint Motion for Extension of Time should not be construed as Plaintiffs' agreement or consent to the removal or to the jurisdiction of this Court.

830172.1

date should be extended to and including January 11, 2011. Plaintiffs' response to the Motion for Reconsideration is currently due on January 5, 2011. At Plaintiffs' request, Merrill Pro has agreed that the due date should be extended to and including January 12, 2011.

These extensions shall be without prejudice to the parties' rights to request or move for a further extension of time and without prejudice to the parties' rights to object to any such request or motion.

A copy of the parties' proposed Consent Order is attached hereto as Exhibit A.

Jointly submitted this 28th day of December, 2010.

/s/ Elizabeth G. Eager
ELIZABETH G. EAGER
Georgia Bar No. 644007
Email: eager@bmelaw.com
John E. Floyd
Georgia Bar No. 266413
Email: floyd@bmelaw.com
Steven J. Rosenwasser
Georgia Bar No. 614908
Email: rosenwasser@bmelaw.com
Nicole G. Iannarone
Georgia Bar No. 382510
Email: iannarone@bmelaw.com
BONDURANT, MIXSON &
ELMORE, LLP
3900 One Atlantic Center

/s/ Brad Elias
BRAD ELIAS
Admitted pro hac vice
Email: belias@omm.com
O'MELVENY & MYERS LLP
7 Times Square
New York, New York 10036
Tel.: 212-326-2000
Fax: 212-326-2248

Richard H. Sinkfield
Georgia Bar No. 649100
Email: rsinkfield@rh-law.com
Dan F. Laney III
Georgia Bar No. 435290
Email: dlaney@rh-law.com

830172.1

2

1201 West Peachtree Street, N.W.
Atlanta, Georgia  30309
Tel.:  404-881-4100
Fax:  404-881-4111

*Attorneys for Plaintiffs*

ROGERS & HARDIN LLP
229 Peachtree Street, N.E.
2700 International Tower
Atlanta, Georgia  30303
Tel.:  404-522-4700
Fax:  404-525-2224

*Attorneys for Defendant Merrill Lynch Professional Clearing Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, a true and correct copy of the foregoing **JOINT MOTION FOR EXTENSION OF TIME** was electronically filed with the Clerk of Court using the Court's electronic filing system which will automatically send an email notification of such filing to the following attorneys of record who are registered participants in the Court's electronic notice and filing system:

> **Attorneys for Defendants:**
> Richard H. Sinkfield, Esq.
> Dan F. Laney, III, Esq.
> Kristina M. Jones, Esq.
> Stefanie H. Jackman, Esq.
> James W. Cobb, Esq.
> Rogers & Hardin
> 2700 International Tower, Peachtree Center
> 229 Peachtree Street, N.E.
> Atlanta, GA 30303-1601
> rsinkfield@rh-law.com

Further, I hereby certify that on this day, I caused to be served a true and correct copy of the foregoing via United States mail on:

> **Attorneys for Banc of America Securities, LLC;**
> **Merrill Lynch, Pierce, Fenner & Smith, Inc.; and Merrill Lynch**
> **Professional Clearing Corporation:**
> Andrew J. Frackman, Esq.
> Brad Elias, Esq.
> O'Melveny & Myers LLP
> 7 Times Square
> New York, NY 10036

830172.1

**Attorneys for Morgan Stanley & Co. Incorporated:**
Robert F. Wise, Jr., Esq.
William J. Fenrich, Esq.
Melissa T. Aoyagi, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY  10017

**Attorneys for Bear Stearns & Co., Inc. and Bear Stearns Securities Corp.:**
Stephen L. Ratner, Esq.
Harry Frischer, Esq.
Brian L. Friedman, Esq.
Proskauer Rose LLP
1585 Broadway
New York, NY  10036

**Attorneys for Goldman, Sachs & Co. and Goldman Sachs Execution & Clearing, L.P.:**
Richard C. Pepperman II, Esq.
Richard H. Klapper, Esq.
Tracy Richelle High, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY  10004

**Attorneys for Deutsche Bank Securities Inc.:**
Heather L. Fesnak, Esq.
Peter J. Isajiw, Esq.
Gregory A. Markel, Esq.
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY  10281

**Attorneys for UBS Securities, LLC:**
Andrew B. Clubok, Esq.
Jeffrey G. Landis, Esq.
Daniel Gomez, Esq.
Kirkland & Ellis LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, DC  20005-5793

Maria Ginzburg, Esq.
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY  10022-4611

**Attorneys for Credit Suisse Securities (USA), LLC.:**
Fraser L. Hunter, Jr., Esq.
Wilmer Cutler Pickering Hale & Dorr LLP
399 Park Avenue
New York, NY  10022

This 28th day of December, 2010.

*/s/ Elizabeth G. Eager*
Elizabeth G. Eager
Georgia Bar No. 644007
