# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> MORGAN STANLEY & CO., INC., *et al.* <br><br> Defendants. | CIVIL ACTION NUMBER: <br> 1:10-CV-03108- JEC |

### [PROPOSED] CONSENT ORDER EXTENDING TIME

Plaintiffs and Defendant Merrill Lynch Professional Clearing Corporation ("Merrill Pro") have consented and jointly moved to extend the pending deadline for Merrill Pro to file its reply in support of its Motion to Dismiss [Docket No. 59] and for Plaintiffs to file their response to Merrill Pro's Motion for Reconsideration [Docket No. 145].[1]

By agreement among the parties, and for good cause shown, it is hereby ORDERED that:

---

[1] Plaintiffs believe that the removal of this case was improper, and have filed a motion to remand. Plaintiffs' agreement to this Proposed Consent Order Extending Time should not be construed as Plaintiffs' agreement or consent to the removal or to the jurisdiction of this Court.

830173.1

The time for Merrill Pro to file its reply in support of its Motion to Dismiss [Docket No. 59] is extended to and including January 11, 2011. The time for the Plaintiffs to file their response to Merrill Pro's Motion for Reconsideration [Docket No. 145] is extended to and including January 12, 2011. These extensions shall be without prejudice to the parties' rights to request or move for a further extension of time and without prejudice to the parties' rights to object to any such request or motion.

So ORDERED this ___ day of December, 2010.

_____<br>
Julie E. Carnes, Judge<br>
United States District Court

830173.1

2

Jointly submitted this 28th day of December, 2010.

/s/ Elizabeth G. Eager
ELIZABETH G. EAGER
Georgia Bar No. 644007
Email: eager@bmelaw.com
John E. Floyd
Georgia Bar No. 266413
Email: floyd@bmelaw.com
Steven J. Rosenwasser
Georgia Bar No. 614908
Email: rosenwasser@bmelaw.com
Nicole G. Iannarone
Georgia Bar No. 382510
Email: iannarone@bmelaw.com
BONDURANT, MIXSON &
ELMORE, LLP
3900 One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309
Tel.:   404-881-4100
Fax:   404-881-4111

*Attorneys for Plaintiffs*

/s/ Brad Elias
BRAD ELIAS
Admitted pro hac vice
Email: belias@omm.com
O'MELVENY & MYERS LLP
7 Times Square
New York, New York 10036
Tel.: 212-326-2000
Fax: 212-326-2248

Richard H. Sinkfield
Georgia Bar No. 649100
Email: rsinkfield@rh-law.com
Dan F. Laney III
Georgia Bar No. 435290
Email: dlaney@rh-law.com
ROGERS & HARDIN LLP
229 Peachtree Street, N.E.
2700 International Tower
Atlanta, Georgia 30303
Tel.:   404-522-4700
Fax:   404-525-2224

*Attorneys for Defendant Merrill Lynch Professional Clearing Corporation*