FILED IN CHAMBERS
U.S.D.C. Atlanta

JAN 0 4 2011

JAMES N. HATTEN, Clerk
By: [signature]
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TASER INTERNATIONAL, INC.,
*et al.*

    Plaintiffs,

v.

MORGAN STANLEY & CO., INC.,
*et al.*

    Defendants.

CIVIL ACTION NUMBER:
1:10-CV-03108- JEC

## CONSENT ORDER EXTENDING TIME

Plaintiffs and Defendant Merrill Lynch Professional Clearing Corporation ("Merrill Pro") have consented and jointly moved to extend the pending deadline for Merrill Pro to file its reply in support of its Motion to Dismiss [Docket No. 59] and for Plaintiffs to file their response to Merrill Pro's Motion for Reconsideration [Docket No. 145].[1]

By agreement among the parties, and for good cause shown, it is hereby ORDERED that:

---

[1] Plaintiffs believe that the removal of this case was improper, and have filed a motion to remand. Plaintiffs' agreement to this Proposed Consent Order Extending Time should not be construed as Plaintiffs' agreement or consent to the removal or to the jurisdiction of this Court.

830173.1

The time for Merrill Pro to file its reply in support of its Motion to Dismiss [Docket No. 59] is extended to and including January 11, 2011. The time for the Plaintiffs to file their response to Merrill Pro's Motion for Reconsideration [Docket No. 145] is extended to and including January 12, 2011. These extensions shall be without prejudice to the parties' rights to request or move for a further extension of time and without prejudice to the parties' rights to object to any such request or motion.

So ORDERED this 4 day of January, 2011.

Julie E. Carnes, Judge
United States District Court