IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> MORGAN STANLEY & CO., INC., *et al.* <br><br> Defendants. | CIVIL ACTION NUMBER: <br> 1:10-CV-03108-JEC |

**JOINT MOTION FOR EXTENSION OF TIME**

Plaintiffs and Defendants Merrill Lynch, Pierce, Fenner & Smith ("Merrill Lynch") and Merrill Lynch Professional Clearing Corporation ("Merrill Pro") jointly move to extend the deadlines pending for the following briefs due to the recent weather that has caused office closures:  (1) Plaintiffs' response in opposition to Merrill Pro's Motion for Reconsideration [Docket No. 145];[1] and (2) Merrill Pro's Response to Plaintiffs' Motion to Compel the Production of Responsive Recordings from Defendants Merrill Lynch and ML Pro [Dkt. 152].

---

[1] Plaintiffs believe that the removal of this case was improper, and have filed a motion to remand.  Plaintiffs' agreement to this Joint Motion for Extension of Time should not be construed as Plaintiffs' agreement or consent to the removal or to the jurisdiction of this Court.

833218.1

Plaintiffs' response to the Motion for Reconsideration is currently due on January 12, 2011. At Plaintiffs' request, Merrill Pro has agreed that the due date should be extended to and including January 14, 2011. Merrill Lynch and Merrill Pro's responses to the Motion to Compel the Production of Certain Recordings are currently due on January 17, 2011. At Merrill Lynch and Merrill Pro's request, Plaintiffs have agreed that the due date should be extended to and including January 19, 2011.

These extensions shall be without prejudice to the parties' rights to request or move for a further extension of time and without prejudice to the parties' rights to object to any such request or motion.

A copy of the parties' proposed Consent Order is attached hereto as Exhibit A.

Jointly submitted this 11th day of January, 2011.

| | |
|---|---|
| */s/ Nicole G. Iannarone* | */s/ Brad Elias* |
| John E. Floyd | BRAD ELIAS |
| Georgia Bar No. 266413 | Admitted pro hac vice |
| Email: floyd@bmelaw.com | Email: belias@omm.com |
| Steven J. Rosenwasser | O'MELVENY & MYERS LLP |
| Georgia Bar No. 614908 | 7 Times Square |
| Email: rosenwasser@bmelaw.com | New York, New York 10036 |
| Nicole G. Iannarone | Tel.: 212-326-2000 |
| Georgia Bar No. 382510 | Fax: 212-326-2248 |
| Email: iannarone@bmelaw.com | |

833218.1

3

BONDURANT, MIXSON &
ELMORE, LLP
3900 One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia  30309
Tel.:   404-881-4100
Fax:   404-881-4111

*Attorneys for Plaintiffs*

Richard H. Sinkfield
Georgia Bar No. 649100
Email: rsinkfield@rh-law.com
Dan F. Laney III
Georgia Bar No. 435290
Email: dlaney@rh-law.com
ROGERS & HARDIN LLP
229 Peachtree Street, N.E.
2700 International Tower
Atlanta, Georgia  30303
Tel.:   404-522-4700
Fax:   404-525-2224

*Attorneys for Defendant Merrill
Lynch Professional Clearing
Corporation and Merrill Lynch,
Pierce, Fenner & Smith, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on this day, a true and correct copy of the foregoing **JOINT MOTION FOR EXTENSION OF TIME** was electronically filed with the Clerk of Court using the Court's electronic filing system which will automatically send an email notification of such filing to the following attorneys of record who are registered participants in the Court's electronic notice and filing system:

> **Attorneys for Defendants:**
> Richard H. Sinkfield, Esq.
> Dan F. Laney, III, Esq.
> Kristina M. Jones, Esq.
> Stefanie H. Jackman, Esq.
> James W. Cobb, Esq.
> Rogers & Hardin
> 2700 International Tower, Peachtree Center
> 229 Peachtree Street, N.E.
> Atlanta, GA  30303-1601
> rsinkfield@rh-law.com

Further, I hereby certify that on this day, I caused to be served a true and correct copy of the foregoing via email on:

> **Attorneys for Banc of America Securities, LLC;**
> **Merrill Lynch, Pierce, Fenner & Smith, Inc.; and Merrill Lynch**
> **Professional Clearing Corporation:**
> Andrew J. Frackman, Esq.
> Brad Elias, Esq.
> O'Melveny & Myers LLP
> 7 Times Square
> New York, NY  10036

833218.1

**Attorneys for Morgan Stanley & Co. Incorporated:**
Robert F. Wise, Jr., Esq.
William J. Fenrich, Esq.
Melissa T. Aoyagi, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY  10017

**Attorneys for Bear Stearns & Co., Inc. and Bear Stearns Securities Corp.:**
Stephen L. Ratner, Esq.
Harry Frischer, Esq.
Brian L. Friedman, Esq.
Proskauer Rose LLP
1585 Broadway
New York, NY  10036

**Attorneys for Goldman, Sachs & Co. and Goldman Sachs Execution & Clearing, L.P.:**
Richard C. Pepperman II, Esq.
Richard H. Klapper, Esq.
Tracy Richelle High, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY  10004

**Attorneys for Deutsche Bank Securities Inc.:**
Heather L. Fesnak, Esq.
Peter J. Isajiw, Esq.
Gregory A. Markel, Esq.
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY  10281

**Attorneys for UBS Securities, LLC:**
Andrew B. Clubok, Esq.
Jeffrey G. Landis, Esq.
Daniel Gomez, Esq.
Kirkland & Ellis LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, DC  20005-5793

Maria Ginzburg, Esq.
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY  10022-4611

**Attorneys for Credit Suisse Securities (USA), LLC.:**
Fraser L. Hunter, Jr., Esq.
Wilmer Cutler Pickering Hale & Dorr LLP
399 Park Avenue
New York, NY  10022

This 11th day of January, 2011.

*/s/ Nicole G. Iannarone*
Nicole G. Iannarone
Georgia Bar No. 382510

833218.1

3