# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.* | |
| Plaintiffs, | |
| v. | CIVIL ACTION NUMBER: 1:10-CV-03108- JEC |
| MORGAN STANLEY & CO., INC., *et al.* | |
| Defendants. | |

## [PROPOSED] CONSENT
## ORDER EXTENDING TIME

Plaintiffs and Defendants Merrill Lynch, Pierce, Fenner & Smith ("Merrill Lynch") and Merrill Lynch Professional Clearing Corporation ("Merrill Pro") have consented and jointly moved to extend the pending deadline for Plaintiffs to file their response to Merrill Pro's Motion for Reconsideration [Docket No. 145][1] and for Merrill Lynch and Merrill Pro to file their response to Plaintiffs' Motion to Compel the Production of Responsive Recordings from Defendants Merrill Lynch

---

[1] Plaintiffs believe that the removal of this case was improper, and have filed a motion to remand.  Plaintiffs' agreement to this Proposed Consent Order Extending Time should not be construed as Plaintiffs' agreement or consent to the removal or to the jurisdiction of this Court.

833220.1

and ML Pro [Dkt. 152] due to the recent severe weather that has caused office closings.

By agreement among the parties, and for good cause shown, it is hereby ORDERED that:

The time for Plaintiffs to file their response to Merrill Pro's Motion for Reconsideration [Docket No. 145] is extended to and including January 14, 2011. The time for Merrill Lynch and Merrill Pro to file their responses to Plaintiffs' Motion to Compel the Production of Responsive Recordings from Defendants Merrill Lynch and ML Pro [Dkt. 152] is extended to and including January 19, 2011. These extensions shall be without prejudice to the parties' rights to request or move for a further extension of time and without prejudice to the parties' rights to object to any such request or motion.

So ORDERED this ___ day of January, 2011.

_____
Julie E. Carnes, Judge
United States District Court

833220.1

Jointly submitted this 11th day of January, 2011.


/s/ Nicole G. Iannarone

John E. Floyd
Georgia Bar No. 266413
Email: floyd@bmelaw.com
Steven J. Rosenwasser
Georgia Bar No. 614908
Email: rosenwasser@bmelaw.com
Nicole G. Iannarone
Georgia Bar No. 382510
Email: iannarone@bmelaw.com
BONDURANT, MIXSON &
ELMORE, LLP
3900 One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia  30309
Tel.:  404-881-4100
Fax:  404-881-4111

*Attorneys for Plaintiffs*


/s/ Brad Elias

BRAD ELIAS
Admitted pro hac vice
Email: belias@omm.com
O'MELVENY & MYERS LLP
7 Times Square
New York, New York 10036
Tel.: 212-326-2000
Fax: 212-326-2248

Richard H. Sinkfield
Georgia Bar No. 649100
Email: rsinkfield@rh-law.com
Dan F. Laney III
Georgia Bar No. 435290
Email: dlaney@rh-law.com
ROGERS & HARDIN LLP
229 Peachtree Street, N.E.
2700 International Tower
Atlanta, Georgia  30303
Tel.:  404-522-4700
Fax:  404-525-2224

*Attorneys for Defendant Merrill Lynch Professional Clearing Corporation and Merrill Lynch, Pierce, Fenner & Smith, Inc.*