IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MORGAN STANLEY & CO., INC., *et al.*, <br><br> Defendants. | Civil Case No. <br> 1:10-CV-03108-JEC |

**DEFENDANT MERRILL LYNCH PROFESSIONAL CLEARING CORP.'S MOTION FOR PERMISSION TO EXCEED PAGE LIMITATIONS IN ITS REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION <u>(AND MEMORANDUM IN SUPPORT)</u>**

Merrill Lynch Professional Clearing Corp. ("ML Pro") moves the Court to enter an order granting leave to exceed the applicable page limit in ML Pro's reply memorandum in support of its motion to dismiss for lack of personal jurisdiction, which is attached as Exhibit A. The January 11, 2010 declaration of Brad M. Elias in support of the reply is attached as Exhibit B. Local Rule 7.1(D) provides for a fifteen (15) page limit, and ML Pro seeks leave for an additional four (4) pages (one of which contains only the signature block).

ML Pro contacted Plaintiffs' counsel on Wednesday, January 5, 2011, and asked that they consent to a motion asking this Court for permission to have five

extra pages for the reply brief.  Plaintiffs declined to consent and indicated that they would oppose any request for extra pages.  Thereafter, ML Pro continued to work to streamline the brief and bring its arguments within the page limit.  We succeeded in getting the brief's text to within three pages of the limit and respectfully ask the Court to grant leave for these additional pages.

ML Pro wishes to present a full and complete reply to the issues and arguments raised in Plaintiffs' 28-page opposition [Docket No. 138].  Allowing ML Pro to fully address the factual and legal arguments in Plaintiffs' brief would promote the just, speedy and efficient resolution of this action.

For these reasons, ML Pro moves the Court for leave to exceed the page limit and file a reply memorandum in support of its motion to dismiss for lack of personal jurisdiction that is no greater than nineteen (19) pages, one of which contains signatures only.

Dated:  January 11, 2011        /s/ Richard H. Sinkfield
                                               Richard H. Sinkfield
Georgia Bar No. 649100
RSinkfield@rh-law.com

Dan F. Laney III
Georgia Bar No. 435290
DLaney@rh-law.com

ROGERS & HARDIN LLP
229 Peachtree Street, N.E.
2700 International Tower
Atlanta, GA 30303
Tel.:   404-522-4700
Fax:   404-525-2224

Andrew J. Frackman (admitted *pro hac vice*)
Abby F. Rudzin (admitted *pro hac vice*)
Brad M. Elias (admitted *pro hac vice*)

O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036
Tel.:  212-326-2000
Fax:  212-326-2061

*Attorneys for Defendant Merrill Lynch Professional Clearing Corp.*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), the undersigned counsel hereby certifies that the foregoing **DEFENDANT MERRILL LYNCH PROFESSIONAL CLEARING CORP.'S MOTION FOR PERMISSION TO EXCEED PAGE LIMITATIONS IN ITS REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION (AND MEMORANDUM IN SUPPORT)** has been prepared in accordance with Local Rule 5.1(C) with 14-point Times New Roman font.

/s/ Richard H. Sinkfield
Richard H. Sinkfield
Georgia Bar No. 649100
RSinkfield@rh-law.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.*<br><br>　　　　Plaintiffs,<br><br>v.<br><br>MORGAN STANLEY & CO., INC., *et al.*<br><br>　　　　Defendants. | CIVIL ACTION NUMBER:<br>1:10-CV-03108-JEC |

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2011, I caused a copy of the foregoing **DEFENDANT MERRILL LYNCH PROFESSIONAL CLEARING CORP.'S MOTION FOR PERMISSION TO EXCEED PAGE LIMITATIONS IN ITS REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION (AND MEMORANDUM IN SUPPORT)** to be filed with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

>John E. Floyd, Esq.
>Steven J. Rosenwasser, Esq.
>Nicole G. Iannarone, Esq.
>Jill A. Pryor, Esq.
>Robert L. Ashe, III, Esq.
>Michael A. Caplan, Esq.
>Elizabeth G. Eager, Esq.
>BONDURANT, MIXON & ELMORE LLP
>3900 One Atlantic Center
>1201 West Peachtree Street, N.W.
>Atlanta, Georgia 30309

and that I have caused a copy to be served by e-mail and I will cause a service copy to follow via U.S. Mail upon improvement in weather conditions in Atlanta on the following attorneys of record:

>James W. Christian, Esq.
>CHRISTIAN, SMITH & JEWELL LLP
>2302 Fannin, Suite 500
>Houston, TX  77002
>
>Robert F. Wise, Jr., Esq.
>Melissa Aoyagi, Esq.
>DAVIS POLK & WARDWELL LLP
>450 Lexington Avenue
>New York, NY  10017
>
>Richard H. Klapper, Esq.
>Richard C. Pepperman, II, Esq.
>Tracy Richelle High, Esq.
>SULLIVAN & CROMWELL LLP
>125 Broad Street
>New York, NY  10004-2498

Stephen L. Ratner, Esq.
Brian L. Friedman, Esq.
PROSKAUER ROSE LLP
1585 Broadway
New York, NY  10036

Gregory A. Markel, Esq.
Martin L. Seidel, Esq.
Peter J. Isajiw, Esq.
Heather L. Fesnak, Esq.
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, NY  10281

Fraser L. Hunter, Jr., Esq.
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY  10022

Andrew J. Frackman, Esq.
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY  10036

Andrew B. Clubok, Esq.
Jeffrey G. Landis, Esq.
Jeffrey M. Gould, Esq.
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC  20005

/s/ Richard H. Sinkfield
Richard H. Sinkfield
Georgia Bar No. 649100

RSinkfield@rh-law.com