# EXHIBIT 2

**Form U-2**

# Form U-2 Uniform Consent to Service of Process

KNOW ALL MEN BY THESE PRESENTS:

      That the undersigned _____ (a corporation), (a partnership), a () organized under the laws of _____ or (an individual), [strike out inapplicable nomenclature] for purposes of complying with the laws of the States indicated hereunder relating to either the registration or sale of securities, hereby irrevocably appoints the officers of the States so designated hereunder and their successors in such offices, its attorney in those States so designated upon whom may be served any notice, process or pleading in any action or proceeding against it arising out of, or in connection with, the sale of securities or out of violation of the aforesaid laws of the States so designated; and the undersigned does hereby consent that any such action or proceeding against it may be commenced in any court of competent jurisdiction and proper venue within the States so designated hereunder by service of process upon the officers so designated with the same effect as if the undersigned was organized or created under the laws of that State and have been served lawfully with process in that State.

      It is requested that a copy of any notice, process or pleading served hereunder be mailed to:

_____
(Name)
_____
(Address)

Place an "X" before the names of all the States for which the person executing this form is appointing the designated Officer of each State as its attorney in that State for receipt of service of process:

| | | | | |
|---|---|---|---|---|
| \_\_\_AL | Secretary of State | | \_\_FL | Dept. of Banking and Finance |
| \_\_\_AK | Administrator of the Division of Banking and Corporations, Department of Commerce and Economic Development | | \_\_GA | Commissioner of Securities |
| \_\_\_AZ | The Corporation Commission | | \_\_\_GUAM | Administrator, Department of Finance |
| \_\_\_AR | The Securities Commissioner | | \_\_\_HI | Commissioner of Securities |
| \_\_\_CA | Commissioner of Corporations | | \_\_\_ID | Director, Department of Finance |
| \_\_\_CO | Securities Commissioner | | \_\_\_IL | Secretary of State |
| \_\_\_CT | Banking Commissioner | | \_\_\_IN | Secretary of State |
| \_\_\_DE | Securities Commissioner | | \_\_\_IA | Commissioner of Insurance |
| \_\_\_DC | Dept. of Insurance, Securities and Banking | | \_\_\_KS | Secretary of State |
| \_\_\_KY | Director, Division of Securities | | \_\_\_OH | Secretary of State |
| \_\_\_LA | Commissioner of Securities | | \_\_\_OR | Director, Department of Insurance and Finance |

1

| | | | |
|---|---|---|---|
| ___ME | Administrator, Securities Division | ___OK | Securities Administrator |
| ___MD | Commissioner of the Division of Securities | ___PA | Pennsylvania does not require filing of a Consent to Service of Process |
| ___MA | Secretary of State | ___PR | Commissioner of Financial Institutions |
| ___MI | Commissioner, Office of Financial and Insurance Services | ___RI | Director of Business Regulation |
| ___MN | Commissioner of Commerce | ___SC | Securities Commissioner |
| ___MS | Secretary of State | ___SD | Director of the Division of Securities |
| ___MO | Securities Commissioner | ___TN | Commissioner of Commerce and Insurance |
| ___MT | State Auditor and Commissioner of Insurance | ___TX | Securities Commissioner |
| ___NE | Director of Banking and Finance | ___UT | Director, Division of Securities |
| ___NV | Secretary of State | ___VT | Commissioner of Banking, Insurance, Securities & Health Administration |
| ___NH | Secretary of State | ___VA | Clerk, State Corporation Commission |
| ___NJ | Chief, Securities Bureau | ___WA | Director of the Department of Licensing |
| | | ___WV | Commissioner of Securities |
| ___NM | Director, Securities Division | | |
| ___NY | Secretary of State | ___WI | Department of Financial Institutions, Division of Securities |
| ___NC | Secretary of State | ___WY | Secretary of State |
| ___ND | Securities Commissioner | | |

Dated this_____ day of _____, 20___
(SEAL)
                                                    _____
                                              By _____

_____
Title

## INSTRUCTIONS TO FORM U-2
## UNIFORM CONSENT TO SERVICE OF PROCESS

1. The name of the issuer is to be inserted in the blank space on line 1 Uniform Form U-2 ("Form").

2. The type of person executing the Form is to be described by striking out the inapplicable nomenclature in lines 2-4 and, if appropriate, by inserting a description of the person in the blank space provided on line 2 of the Form.

3. The name of the jurisdiction under which the issuer was formed or is to be formed is to be inserted in the blank spaces on line 3 of the Form.

4. The person to whom a copy of any notice, process of pleading which is served pursuant to the Consent to Service of Process is to be inserted in the appropriate black spaces at the end of page 1 of the Form.

5. An "X" is to be placed in the space before the names of all States which the person executing this Form lawfully is appointing the officer of each State so designed on the Form as its attorney in that State for receipt of service of process.

6. A manually signed Form must be filed with each State requiring a Consent to Service of Process on Form U-2 at the office so designated by the laws or regulations of that State and must be accompanied by the exact filing fee, if any.

7. The Form must be signed by the issuer. If the issuer is a corporation, it should be signed in the name of the corporation by an executive officer duly authorized; if a partnership, it should be signed in the name of the partnership by a general partner; and if an unincorporated association or other organization which is not a partnership, the Form should be signed in the name of such organization by a person responsible for the direction of management of its affairs.

8. If the Form is mailed, it is advisable to send it by registered or certified mail, postage prepared, return receipt requested.

## CORPORATE ACKNOWLEDGMENT

State or Province of_____)
County of _____) ss.

On this _____ day of _____, 20 _____ before me _____ the undersigned officer, personally appeared _____ known personally to me to be the _____ of the above named corporation and
                           (Title)
acknowledged that he, as an officer being authorized so to do, executed the foregoing instrument for the purposes therein contained, by signing the name of the corporation by himself as an officer.

IN WITNESS WHEREOF I have hereunto set my hand and official seal.

                                            _____
                                            Notary Public/Commissioner of Oath
                                            My Commission Expires_____

(SEAL)

## INDIVIDUAL OR PARTNERSHIP ACKNOWLEDGMENT

State or Province of _____)
County of _____) ss.

On this _____day of _____, 20_____, before me, _____, the undersigned officer, personally appeared _____ to me personally known and known to me to be the same person(s) whose name(s) is (are) signed to the foregoing instrument, and acknowledged the execution thereof for the uses and purposes therein set forth.

In WITNESS WHEREOF I have hereunto set my hand and official seal.

                                            _____
                                            Notary Public/Commissioner of Oaths
                                            My Commission Expires_____

(SEAL)