# EXHIBIT 3

## Exhibit 3 to this Motion will be included in the Motion To Seal as filed with the Clerk.