# EXHIBIT 4



**COMMISSIONER OF SECURITIES**
**STATE OF GEORGIA**

**UNIFORM ACT IMPLEMENTATION ORDER 2009-08**

**ORDER REQUIRING PAYMENTS FOR FILINGS BE MADE THROUGH THE CENTRAL REGISTRATION DEPOSITORY**
**1973 Act Reference: Rules 590-4-2-.02 and 590-4-8-.01 - .04**

The Commissioner of Securities for the State of Georgia (the "Commissioner") has determined that:

(1) On July 1, 2009, the Georgia Securities Act of 1973 (the "1973 Act") was repealed by act of the Georgia General Assembly and that the Georgia Uniform Securities Act of 2008 (the "2008 Act") became effective on this same date.

(2) Requiring entities that pay filing fees to the Commissioner pursuant to Article 4 of the 2008 Act to submit those payments to the Central Registration Depository (the "CRD") or the Investment Adviser Registration Depository (the "IARD") is in the public interest and is consistent with the purposes of the 2008 Act.

(3) Pursuant to Section 10-5-39(f) of the 2008 Act, the Commissioner has the authority to require entities with filing obligations to the Commissioner to submit all related payments to the CRD and IARD.

In accordance with the above, the Commissioner hereby ORDERS that:

(A) Unless otherwise provided for, all registrations, transfers, renewals, terminations, and other filings for broker-dealers and agents who are members of FINRA and the U.S. Securities and Exchange Commission or who are eligible to register through the CRD system, shall be accomplished through that system, as operated by FINRA. Accordingly, all records filed on the CRD shall be the official registration records of the Commissioner. All fees incident to registration shall be submitted to the CRD and made payable to FINRA and shall be drawn on the account of the broker-dealer or agent. These fees shall be transmitted by the CRD to the Commissioner. The filing of an application with the CRD system does not constitute an automatic registration in Georgia until the applicant is notified by the CRD that the registration is effective in Georgia. This notice shall constitute evidence of effective registration in Georgia. The Commissioner is hereby authorized to participate as an automatic approval state in the CRD system and to accept all filing requirements that are consistent with registration through the CRD system. If an applicant is required to file a bond with the Commissioner pursuant to the 2008 Act or the rules or orders promulgated thereunder, the bond must be filed directly with the Commissioner and not through the CRD.

UNIFORM ACT IMPLEMENTATION
ORDER 2009-08

(B) Unless otherwise provided for, all registrations, transfers, renewals, terminations, and other filings for investment advisers and investment adviser representatives who are members of FINRA and the U.S. Securities and Exchange Commission or who are eligible to register through the IARD system, shall be accomplished through that system, as operated by FINRA. Accordingly, all records filed on the IARD shall be the official registration records of the Commissioner. All fees incident to registration shall be submitted to the IARD and made payable to FINRA and shall be drawn on the account of the broker-dealer or agent. These fees shall be transmitted by the IARD to the Commissioner. The filing of an application with the IARD system does not constitute an automatic registration in Georgia until the applicant is notified by the IARD that the registration is effective in Georgia. This notice shall constitute evidence of effective registration in Georgia. The Commissioner is hereby authorized to participate as an automatic approval state in the IARD system and to accept all filing requirements that are consistent with registration through the IARD system.

This Order shall be effective as of July 1, 2009 and shall remain effective until modified or vacated, or superseded by Rule.

KAREN C. HANDEL
COMMISSIONER OF SECURITIES
STATE OF GEORGIA

By: _____
Robert D. Terry
Assistant Commissioner of Securities