# EXHIBIT 7

## Exhibit 7 to this Motion will be included in the Motion To Seal as filed with the Clerk.