# EXHIBIT 8

**Exhibit 8 to this Motion will be included in the Motion To Seal as filed with the Clerk.**