# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.*, ) | Case No.: 1:10-CV-03108-JEC |
| ) | |
| Plaintiffs, ) | |
| ) | [On removal from the State |
| v. ) | Court of Fulton County, |
| ) | Georgia Case No.: |
| MORGAN STANLEY & CO., INC., *et al.*, ) | 2008-EV-004739-B] |
| ) | |
| Defendants. ) | |
| ) | |

## DECLARATION OF MICHAEL A. CAPLAN

1.

I am Michael A. Caplan. I am over the age of eighteen (18), am of sound mind and otherwise competent to testify, and give this Declaration based upon my personal knowledge, observations and belief.

2.

I am an associate attorney at the law firm of Bondurant, Mixson & Elmore, LLP, which represents the Plaintiffs in this matter.

3.

Attached hereto as Exhibit 1 is a true and correct copy of a July 20, 2010 email from counsel for Plaintiffs to counsel for Banc of America Securities, LLC.

833489.1

4.

Attached hereto as Exhibit 2 is a true and correct copy of a July 21, 2010 email from counsel for Plaintiffs to counsel for Banc of America Securities, LLC.

5.

Attached hereto as Exhibit 3 is a true and correct copy of an August 4, 2010 email from counsel for Banc of America Securities, LLC to counsel for Plaintiffs.

6.

Attached hereto as Exhibit 4 is a true and correct copy of an August 11, 2010 email from counsel for Banc of America Securities, LLC to counsel for Plaintiffs.

I declare under penalty of perjury that the foregoing is true and correct Executed this 12th day of January, 2011.

_____
Michael A. Caplan