# EXHIBIT 3

**From:** Elias, Brad [mailto:belias@OMM.com]
**Sent:** Wednesday, August 04, 2010 7:21 PM
**To:** Michael A. Caplan
**Cc:** Elizabeth G. Eager; Steven J. Rosenwasser
**Subject:** RE: BAS Stock Record

Michael,

We continue to research your questions below. My understanding is that your inquiry has required our client to restore certain backups, which is a burdensome and time consuming process. As soon as I have an answer for you, I will let you know. As of now, however, we have no reason to believe that you received inaccurate or incomplete information.

Regards,

Brad Elias

**From:** Michael A. Caplan [mailto:caplan@bmelaw.com]
**Sent:** Wednesday, August 04, 2010 7:15 PM
**To:** Elias, Brad
**Cc:** Elizabeth G. Eager; Steven J. Rosenwasser
**Subject:** RE: BAS Stock Record

Brad:

I write to follow up on my email and questions below. We have not yet received an answer addressing what appears to be large disparities between BAS's blue sheets and stock record. Can you please advise as to when BAS will be providing a response and any supplement information?

Thanks,
Mike Caplan

---

Michael A. Caplan
Bondurant, Mixson & Elmore, LLP
3900 One Atlantic Center | 1201 West Peachtree Street, N.W. | Atlanta, Georgia 30309
Direct: 404-881-4174 | Fax: 404-881-4111 | Email: caplan@bmelaw.com