**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

TASER INTERNATIONAL, INC.,
*et al.*

       Plaintiffs,

v.

MORGAN STANLEY & CO., INC.,
*et al.*

       Defendants.

CIVIL ACTION NUMBER:
1:10-CV-03108-JEC

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on January 17, 2011, I caused a copy of the foregoing

**DEFENDANT MERRILL LYNCH, PIERCE, FENNER & SMITH,**

**INCORPORATED'S VERIFIED RESPONSES TO PLAINTIFFS'**

**AMENDED NOTICE TO TAKE RULE 30(b)(6) DEPOSITION** to be placed

in the U.S. Mail with sufficient postage thereon, and to be served by e-mail and

Federal Express on the following attorneys of record:

John E. Floyd, Esq.
Steven J. Rosenwasser, Esq.
Nicole G. Iannarone, Esq.
Jill A. Pryor, Esq.
Robert L. Ashe, III, Esq.
Michael A. Caplan, Esq.
Elizabeth G. Eager, Esq.
BONDURANT, MIXON & ELMORE LLP
3900 One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309

and that I caused a copy to be placed in the U.S. Mail and served on the following

attorneys of record on January 18, 2011:

James W. Christian, Esq.
CHRISTIAN, SMITH & JEWELL LLP
2302 Fannin, Suite 500
Houston, TX 77002

Robert F. Wise, Jr., Esq.
Melissa Aoyagi, Esq.
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017

Richard H. Klapper, Esq.
Richard C. Pepperman, II, Esq.
Tracy Richelle High, Esq.
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498

Stephen L. Ratner, Esq.
Brian L. Friedman, Esq.
PROSKAUER ROSE LLP
1585 Broadway
New York, NY  10036

Gregory A. Markel, Esq.
Martin L. Seidel, Esq.
Peter J. Isajiw, Esq.
Heather L. Fesnak, Esq.
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, NY  10281

Fraser L. Hunter, Jr., Esq.
WILMER CUTLER PICKERING HALE AND
DORR LLP
399 Park Avenue
New York, NY  10022

Andrew B. Clubok, Esq.
Jeffrey G. Landis, Esq.
Jeffrey M. Gould, Esq.
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC  20005

_____
Mia N. Gonzalez
New York Bar No. 4648424
mgonzalez@omm.com