# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.*, ) | |
| ) | Case No.: 1:10-cv-3108-JEC |
| Plaintiffs, ) | |
| ) | [On removal from the State |
| v. ) | Court of Fulton County, |
| ) | Georgia Case No.: |
| MORGAN STANLEY & CO., INC., *et al.*, ) | 2008-EV-004739-B] |
| ) | |
| Defendants. ) | |
| _____) | |

## NOTICE OF CORRECTION

On January 13, 2011, Plaintiffs filed their Reply Brief in Support of

Plaintiffs' Motion for Sanctions Against Banc of America Securities, LLC for

Undisputed Violation of the Court's July 16, 2009 Scheduling Order [Dkt No.

159].  On page 3 of said brief, Plaintiffs stated as follows:  "All told, it took BAS

almost a month after being informed of the discrepancies that Plaintiffs discovered

to confirm that its stock record was incomplete, and over two _more_ months to

produce a completed stock record." (Emphasis supplied.)  Plaintiffs hereby give

notice of correction by removing the word "more" from that sentence, so the brief

now correctly reads that it took BAS "over two months to produce a completed

834948.1

stock record" after being informed of the discrepancies.  Such correction does not

change the substance of Plaintiffs' reply brief.

Respectfully submitted this 18th day of January, 2011.

> */s/ Michael A. Caplan*
> John E. Floyd
> Georgia Bar No. 266413
> floyd@bmelaw.com
> Jill A. Pryor
> Georgia Bar No. 589140
> pryor@bmelaw.com
> Steven J. Rosenwasser
> Georgia Bar No. 614908
> rosenwasser@bmelaw.com
> Nicole G. Iannarone
> Georgia Bar No. 382510
> iannarone@bmelaw.com
> Michael A. Caplan
> Georgia Bar No. 601039
> caplan@bmelaw.com
> Elizabeth G. Eager
> Georgia Bar No. 644007
> eager@bmelaw.com
> Robert L. Ashe
> Georgia Bar No. 208077
> ashe@bmelaw.com
> Bondurant, Mixson & Elmore, LLP
> 3900 One Atlantic Center
> 1201 West Peachtree Street, N.W.
> Atlanta, Georgia  30309-3417
> (404) 881-4100 Tel.
> (404) 881-4111 Fax

834948.1

James W. Christian
State Bar No. 04228700
jchristian@csj-law.com
Gary M. Jewell
State Bar No. 10664800
gjewell@csj-law.com
Katherine Morton-Gonyea
State Bar No. 24066701
kgonyea@csj-law.com
Christian, Smith, & Jewell, LLP
2302 Fannin, Suite 500
Houston, Texas  77002
(713) 659-7617 Tel.
(713) 659-7641 Fax
(admitted *pro hac vice* in Federal Court)

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this day, a true and correct copy of the foregoing

NOTICE OF CORRECTION was electronically filed with the Clerk of Court using

the Court's electronic filing system which will automatically send an email

notification of such filing to the following attorneys of record who are registered

participants in the Court's electronic notice and filing system:

>**Attorneys for Defendants:**
>Richard H. Sinkfield, Esq.
>Dan F. Laney, III, Esq.
>Kristina M. Jones, Esq.
>Stefanie H. Jackman, Esq.
>James W. Cobb, Esq.
>Rogers & Hardin
>2700 International Tower, Peachtree Center
>229 Peachtree Street, N.E.
>Atlanta, GA  30303-1601
>rsinkfield@rh-law.com

Further, I hereby certify that on this day, I served a true and correct copy of

the foregoing via United States mail as follows:

>**Attorneys for Banc of America Securities, LLC;**
>**Merrill Lynch, Pierce, Fenner & Smith, Inc.; and Merrill Lynch**
>**Professional Clearing Corporation:**
>Andrew J. Frackman, Esq.
>Brad Elias, Esq.
>O'Melveny & Myers LLP
>7 Times Square
>New York, NY  10036

**Attorneys for Morgan Stanley & Co. Incorporated:**
Robert F. Wise, Jr., Esq.
William J. Fenrich, Esq.
Melissa T. Aoyagi, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY  10017

**Attorneys for Bear Stearns & Co., Inc. and Bear Stearns Securities Corp.:**
Stephen L. Ratner, Esq.
Harry Frischer, Esq.
Brian L. Friedman, Esq.
Proskauer Rose LLP
1585 Broadway
New York, NY  10036

**Attorneys for Goldman, Sachs & Co. and Goldman Sachs Execution & Clearing, L.P.:**
Richard C. Pepperman II, Esq.
Richard H. Klapper, Esq.
Tracy Richelle High, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY  10004

**Attorneys for Deutsche Bank Securities Inc.:**
Heather L. Fesnak, Esq.
Peter J. Isajiw, Esq.
Gregory A. Markel, Esq.
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY  10281

834948.1

**Attorneys for UBS Securities, LLC:**
Andrew B. Clubok, Esq.
Jeffrey G. Landis, Esq.
Daniel Gomez, Esq.
Kirkland & Ellis LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, DC  20005-5793

Maria Ginzburg, Esq.
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY  10022-4611

**Attorneys for Credit Suisse Securities (USA), LLC.:**
Fraser L. Hunter, Jr., Esq.
Wilmer Cutler Pickering Hale & Dorr LLP
399 Park Avenue
New York, NY  10022

This 18th day of January, 2011.

*/s/ Michael A. Caplan*
Michael A. Caplan
Georgia Bar No. 601039

834948.1

6