# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.*, ) | |
| ) | Case No.: 1:10-CV-03108-JEC |
| Plaintiffs, ) | |
| ) | |
| v. ) | [On removal from the State |
| ) | Court of Fulton County, |
| MORGAN STANLEY & CO., INC., *et al.*, ) | Georgia Case No.: |
| ) | 2008-EV-004739-B] |
| Defendants. ) | |
| _____ ) | |

## PLAINTIFFS' MOTION TO COMPEL REGARDING THEIR SECOND REQUESTS FOR PRODUCTION TO DEFENDANT ML PRO

At the same time that it is moving to dismiss based on an alleged lack of minimum contacts with Georgia, Defendant Merrill Lynch Professional Clearing Corporation ("ML Pro") is refusing to produce documents that reflect its actual contacts with this State.  Accordingly, Plaintiffs move to compel the production of all documents responsive to Requests Nos. 3, 4, 5, 7, 8, 10, 12, 13, 14, 15, 19, 21, 22, 23 and 26 of their Second Requests for Production to ML Pro, which relate to this Court's personal jurisdiction over ML Pro. Fed. R. Civ. P. 37. The attached brief details the reasons the Court should enter such an Order and should award Plaintiffs the fees and expenses they incur in prosecuting this motion.

834649.1

WHEREFORE, Plaintiffs respectfully request that the Court grant this Motion to Compel.

Respectfully submitted this 19th day of January, 2011.

*/s/ Elizabeth G. Eager*
John E. Floyd
Georgia Bar No. 266413
floyd@bmelaw.com
Jill A. Pryor
Georgia Bar No. 589140
pryor@bmelaw.com
Steven J. Rosenwasser
Georgia Bar No. 614908
rosenwasser@bmelaw.com
Nicole G. Iannarone
Georgia Bar No. 382510
iannarone@bmelaw.com
Michael A. Caplan
Georgia Bar No. 601039
caplan@bmelaw.com
Elizabeth G. Eager
Georgia Bar No. 644007
eager@bmelaw.com
Robert L. Ashe
Georgia Bar No. 208077
ashe@bmelaw.com
Bondurant, Mixson & Elmore, LLP
3900 One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309-3417
(404) 881-4100 Tel.
(404) 881-4111 Fax

834649.1

2

James W. Christian
State Bar No. 04228700
jchristian@csj-law.com
Gary M. Jewell
State Bar No. 10664800
gjewell@csj-law.com
Katherine Morton-Gonyea
State Bar No. 24066701
kgonyea@csj-law.com
Christian, Smith, & Jewell, LLP
2302 Fannin, Suite 500
Houston, Texas  77002
(713) 659-7617 Tel.
(713) 659-7641 Fax
(admitted *pro hac vice*)

Attorneys for Plaintiffs

## **CERTIFICATE OF CONFERRAL**

The undersigned hereby certifies that she conferred with counsel for Merrill Lynch Professional Clearing Corp., in a good faith effort to resolve the matters involved in Plaintiffs' Motion to Compel Regarding Their Second Requests for Production to Defendant ML Pro and that the effort to resolve those matters by agreement has failed.

This 19th day of January, 2011.

*/s/ Elizabeth G. Eager*
Elizabeth G. Eager
Georgia Bar No. 644007

834649.1

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1D of the Local Rules for the District Court for the Northern District of Georgia, I hereby certify that the foregoing pleading has been prepared in Times New Roman, 14 point font, as permitted by Local Rule 5.1B.

This 19th day of January, 2011.

>*/s/ Elizabeth G. Eager*
>Elizabeth G. Eager
>Georgia Bar No. 644007

# CERTIFICATE OF SERVICE

I hereby certify that on this day, a true and correct copy of the foregoing **PLAINTIFFS' MOTION TO COMPEL REGARDING THEIR SECOND REQUESTS FOR PRODUCTION TO DEFENDANT ML PRO** was electronically filed with the Clerk of Court using the Court's electronic filing system which will automatically send an email notification of such filing to the following attorneys of record who are registered participants in the Court's electronic notice and filing system:

**Attorneys for Defendants:**
Richard H. Sinkfield, Esq.
Dan F. Laney, III, Esq.
Kristina M. Jones, Esq.
Stefanie H. Jackman, Esq.
James W. Cobb, Esq.
Rogers & Hardin
2700 International Tower, Peachtree Center
229 Peachtree Street, N.E.
Atlanta, GA  30303-1601
rsinkfield@rh-law.com

Further, I hereby certify that on this day, I caused to be served a true and correct copy of the foregoing by United States mail on:

**Attorneys for Banc of America Securities, LLC; Merrill Lynch, Pierce, Fenner & Smith, Inc.; and Merrill Lynch Professional Clearing Corporation:**
Andrew J. Frackman, Esq.
Brad Elias, Esq.
O'Melveny & Myers LLP
7 Times Square
New York, NY  10036

**Attorneys for Morgan Stanley & Co. Incorporated:**
Robert F. Wise, Jr., Esq.
William J. Fenrich, Esq.
Melissa T. Aoyagi, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY  10017

**Attorneys for Bear Stearns & Co., Inc. and Bear Stearns Securities Corp.:**
Stephen L. Ratner, Esq.
Harry Frischer, Esq.
Brian L. Friedman, Esq.
Proskauer Rose LLP
1585 Broadway
New York, NY  10036

**Attorneys for Goldman, Sachs & Co. and Goldman Sachs Execution & Clearing, L.P.:**
Richard C. Pepperman II, Esq.
Richard H. Klapper, Esq.
Tracy Richelle High, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY  10004

**Attorneys for Deutsche Bank Securities Inc.:**
Heather L. Fesnak, Esq.
Peter J. Isajiw, Esq.
Gregory A. Markel, Esq.
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY  10281

**Attorneys for UBS Securities, LLC:**
Andrew B. Clubok, Esq.
Jeffrey G. Landis, Esq.
Daniel Gomez, Esq.
Kirkland & Ellis LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, DC  20005-5793

Maria Ginzburg, Esq.
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY  10022-4611

**Attorneys for Credit Suisse Securities (USA), LLC:**
Fraser L. Hunter, Jr., Esq.
Wilmer Cutler Pickering Hale & Dorr LLP
399 Park Avenue
New York, NY  10022

This 19th day of January, 2011.


            */s/ Elizabeth G. Eager*
            Elizabeth G. Eager
            Georgia Bar No. 644007

834649.1