IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.*, | |
| Plaintiffs, | Civil Case No. |
| v. | 1:10-CV-03108-JEC |
| MORGAN STANLEY & CO., INC., *et al.*, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of January, 2011, a true and correct copy of Defendant Merrill Lynch Professional Clearing Corp.'s Amended Responses and Objections to Plaintiffs' First Document Requests was served via U.S. Mail (with courtesy copies sent via e-mail) upon the following attorneys of record:

ATTORNEYS FOR PLAINTIFFS

    Steven J. Rosenwasser, Esq.
    Bondurant, Mixson & Elmore, LLP
    3900 One Atlantic Center
    1201 West Peachtree Street, N.W.
    Atlanta, Georgia  30309
    rosenwasser@bmelaw.com

And via electronic mail upon the following attorneys of record:

ATTORNEYS FOR DEFENDANTS

| | |
|---|---|
| Melissa Aoyagi, Esq. | Richard H. Sinkfield, Esq. |
| Davis Polk & Wardwell LLP | Rogers & Hardin LLP |
| 450 Lexington Avenue | 2700 International Tower |
| New York, NY  10017 | Atlanta, GA  30303 |
| Tel: (212) 450-4000 | rsinkfield@rh-law.com |
| Fax: (212) 450-3800 | |
| melissa.aoyagi@dpw.com | |

| | |
|---|---|
| Brian L. Friedman, Esq.<br>Proskauer Rose LLP<br>1585 Broadway<br>New York, NY  10036<br>blfriedman@proskauer.com | Fraser L. Hunter, Jr., Esq.<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>399 Park Avenue<br>New York, NY  10022<br>fraser.hunter@wilmerhale.com |
| Gregory Markel, Esq.<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY  10281<br>greg.markel@cwt.com | Andrew B. Clubok, Esq.<br>Kirkland & Ellis LLP<br>655 Fifteenth Street, N.W.<br>Washington, DC 20005<br>aclubok@kirkland.com |
| Richard Pepperman, Esq.<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY  10004<br>peppermanr@sullcrom.com | |

Dated: January 19, 2011

                                                          /s/ Brad M. Elias
                                                          Brad M. Elias
                                                          Admitted *Pro Hac Vice*

                                                          O'MELVENY & MYERS LLP
                                                          7 Times Square
                                                          New York, New York  10036
                                                          Phone:  212-326-2000
                                                          Fax:  212-326-2061

                                                          *Attorneys for Defendant Merrill Lynch*
                                                          *Professional Clearing Corp.*

NY1:1835623.1