IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> MORGAN STANLEY & CO., INC., *et al.* <br><br> Defendants. | CIVIL ACTION NUMBER: <br> 1:10-CV-03108-JEC |

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2011, I caused a copy of the foregoing **DECLARATION OF BRAD M. ELIAS** and **EXHIBIT 7** thereto to be served by U.S. mail on the following attorneys of record and caused **Exhibits 1-6 and 8-10** to the **DECLARATION OF BRAD M. ELIAS** to be filed with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

> John E. Floyd, Esq.
> Steven J. Rosenwasser, Esq.
> Nicole G. Iannarone, Esq.
> Jill A. Pryor, Esq.
> Robert L. Ashe, III, Esq.
> Michael A. Caplan, Esq.
> Elizabeth G. Eager, Esq.

        BONDURANT, MIXON & ELMORE LLP
        3900 One Atlantic Center
        1201 West Peachtree Street, N.W.
        Atlanta, Georgia 30309

and that I have caused a copy of the **DECLARATION OF BRAD M. ELIAS** and **EXHIBITS 1-10** to be served by U.S. Mail on the following attorneys of record:

        James W. Christian, Esq.
        CHRISTIAN, SMITH & JEWELL LLP
        2302 Fannin, Suite 500
        Houston, TX  77002

        Robert F. Wise, Jr., Esq.
        Melissa Aoyagi, Esq.
        DAVIS POLK & WARDWELL LLP
        450 Lexington Avenue
        New York, NY  10017

        Richard H. Klapper, Esq.
        Richard C. Pepperman, II, Esq.
        Tracy Richelle High, Esq.
        SULLIVAN & CROMWELL LLP
        125 Broad Street
        New York, NY  10004-2498

        Stephen L. Ratner, Esq.
        Brian L. Friedman, Esq.
        PROSKAUER ROSE LLP
        1585 Broadway
        New York, NY  10036

Gregory A. Markel, Esq.
Martin L. Seidel, Esq.
Peter J. Isajiw, Esq.
Heather L. Fesnak, Esq.
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, NY  10281

Fraser L. Hunter, Jr., Esq.
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY  10022

Andrew J. Frackman, Esq.
Abby Rudzin, Esq.
Brad Elias, Esq.
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY  10036

Andrew B. Clubok, Esq.
Jeffrey G. Landis, Esq.
Jeffrey M. Gould, Esq.
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC  20005

/s/ Richard H. Sinkfield
Richard H. Sinkfield
Georgia Bar No. 649100
rsinkfield@rh-law.com

3