Tranfaglia, Thomas  12/20/2010  6:06:00 PM

```
 1         Tranfaglia
 2         REDACTED
 3
 4         When Collin says he got a big
 5    show, that's s-h-o-w.  It just means that
 6    somebody came in with a large order.  That's
 7    what they mean.  It had nothing to do with a Reg
 8    SHO.  This is --
 9         Q    How is it that you so well
10    understand the conversation --
11              MS. RUDZIN:  Would you let him
12         finish his answer, please?
13         Q    Were you done?
14         A    I wasn't done.
15              I mean, you can see from what it
16    says here, you're getting all day, then you get,
17    like, a real good Apple show.  I mean, makes no
18    sense to say Reg SHO.  That isn't even English.
19         REDACTED
20
21
22
23
24
25
```