IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> MORGAN STANLEY & CO., INC., *et al.* <br><br> Defendants. | CIVIL ACTION NUMBER: <br> 1:10-CV-03108-JEC |

**DEFENDANTS MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED'S AND MERRILL LYNCH PROFESSIONAL CLEARING CORP.'S MOTION FOR LEAVE TO FILE AMENDED DECLARATION UNDER SEAL AND MEMORANDUM OF LAW IN SUPPORT THEREOF**

Pursuant to the Stipulation and Protective Order Regarding Confidential Information jointly submitted by the parties to the State Court of Fulton County, Georgia, on August 27, 2009, and approved by the State Court on April 15, 2010 (the "Protective Order"), Defendants Merrill Lynch, Pierce, Fenner & Smith Incorporated ("Merrill Lynch") and Merrill Lynch Professional Clearing Corp. ("Merrill Pro") respectfully move the Court for leave to file the Amended Declaration of Brad M. Elias (the "Amended Declaration") under seal.

## MEMORANDUM OF LAW

On January 19, 2011, Merrill Lynch and Merrill Pro filed their Opposition to Plaintiffs' Motion to Compel Production of Telephone Recordings (the "Opposition") and the Declaration of Brad M. Elias (the "Declaration") with a motion for leave to file under seal. The Declaration inadvertently omitted language indicating that it was made under the penalty of perjury, as required by 28 U.S.C. § 1746. The Amended Declaration adds this language. Typographical errors in the last line of paragraph 6 and the first line of paragraph 19 have also been corrected. The Amended Declaration is the same as the original Declaration in all other respects.

WHEREFORE, Merrill Lynch and Merrill Pro respectfully request that the Court grant them leave to file the Amended Declaration under seal to correct the omission from and typographical errors in the original Declaration filed in support of the Opposition.

Respectfully submitted, this 20th day of January 2011.

/s/ Richard H. Sinkfield
Richard H. Sinkfield
Georgia Bar No. 649100
rsinkfield@rh-law.com

Dan F. Laney III
Georgia Bar No. 435290
dlaney@rh-law.com

ROGERS & HARDIN LLP
229 Peachtree Street, N.E.
2700 International Tower
Atlanta, Georgia  30303
Tel.:  404-522-4700
Fax:  404-525-2224

Andrew J. Frackman
New York Bar No. 1751288
afrackman@omm.com

Abby F. Rudzin
New York Bar No. 4126330
arudzin@omm.com

Brad M. Elias
New York Bar No. 4675555
belias@omm.com

Admitted *Pro Hac Vice*

O'MELVENY & MYERS LLP
7 Times Square
New York, New York  10036
Tel.:  212-326-2000
Fax:  212-326-2061

*Attorneys for Defendants Merrill Lynch, Pierce, Fenner & Smith Incorporated and Merrill Lynch Professional Clearing Corp.*

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1(B)**

Pursuant to Local Rule 7.1(D), the undersigned counsel hereby certifies that the foregoing **DEFENDANTS MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED'S AND MERRILL LYNCH PROFESSIONAL CLEARING CORP.'S MOTION FOR LEAVE TO FILE AMENDED DECLARATION UNDER SEAL AND MEMORANDUM OF LAW IN SUPPORT THEREOF** has been prepared in accordance with Local Rule 5.1(C) with 14-point Times New Roman font.

Richard H. Sinkfield
Georgia Bar No. 649100
rsinkfield@rh-law.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.*<br><br>  Plaintiffs,<br><br>v.<br><br>MORGAN STANLEY & CO., INC., *et al.*<br><br>  Defendants. | CIVIL ACTION NUMBER:<br>1:10-CV-03108-JEC |

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2011, I caused a copy of the foregoing **DEFENDANTS MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED'S AND MERRILL LYNCH PROFESSIONAL CLEARING CORP.'S MOTION FOR LEAVE TO FILE AMENDED DECLARATION UNDER SEAL AND MEMORANDUM OF LAW IN SUPPORT THEREOF** to be served by U.S. mail on the following attorneys of record:

John E. Floyd, Esq.
Steven J. Rosenwasser, Esq.
Nicole G. Iannarone, Esq.
Jill A. Pryor, Esq.
Robert L. Ashe, III, Esq.
Michael A. Caplan, Esq.
Elizabeth G. Eager, Esq.
BONDURANT, MIXON & ELMORE LLP
3900 One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309

James W. Christian, Esq.
CHRISTIAN, SMITH & JEWELL LLP
2302 Fannin, Suite 500
Houston, TX 77002

Robert F. Wise, Jr., Esq.
Melissa Aoyagi, Esq.
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017

Richard H. Klapper, Esq.
Richard C. Pepperman, II, Esq.
Tracy Richelle High, Esq.
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498

Stephen L. Ratner, Esq.
Brian L. Friedman, Esq.
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036

Gregory A. Markel, Esq.
Martin L. Seidel, Esq.
Peter J. Isajiw, Esq.
Heather L. Fesnak, Esq.
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, NY 10281

Fraser L. Hunter, Jr., Esq.
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY 10022

Andrew J. Frackman, Esq.
Abby F. Rudzin, Esq.
Brad M. Elias, Esq.
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY 10036

Andrew B. Clubok, Esq.
Jeffrey G. Landis, Esq.
Jeffrey M. Gould, Esq.
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC 20005

Richard H. Sinkfield
Georgia Bar No. 649100
rsinkfield@rh-law.com