**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.*,<br><br>    Plaintiffs,<br>v.<br>MORGAN STANLEY & CO., INC., *et al.*,<br>    Defendants. | Civil Case No.<br>1:10-CV-03108-JEC |

**DEFENDANT'S NOTICE OF FILING CERTIFICATE OF SERVICE**

Defendant Merrill Lynch, Pierce, Fenner & Smith, Incorporated hereby gives notice that it has this day filed the attached Certificate of Service for DEFENDANT MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED'S SECOND AMENDED RESPONSES AND OBJECTIONS TO PLAINTIFF TASER INTERNATIONAL INC.'S THIRD SET OF INTERROGATORIES TO ALL DEFENDANTS EXCEPT UBS, AND THE ACCOMPANYING VERIFICATIONS OF THOMAS ORAM AND JOSEPH F. MASTRIANNI.

.

/s/ Richard H. Sinkfield

Richard H. Sinkfield
Georgia Bar No. 649100
rsinkfield@rh-law.com

Dan F. Laney III
Georgia Bar No. 435290
dlaney@rh-law.com

ROGERS & HARDIN LLP
2700 International Tower
229 Peachtree St., N.E.
Atlanta, Georgia 30303
Phone: 404-522-4700
Fax:  404-525-2224

*Attorneys for Defendant Merrill Lynch, Pierce, Fenner & Smith, Incorporated*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.*<br><br>    Plaintiffs,<br><br>v.<br><br>MORGAN STANLEY & CO., INC., *et al.*<br><br>    Defendants. | CIVIL ACTION NUMBER:<br>1:10-CV-03108-JEC |

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2011, I caused a copy of the foregoing **DEFENDANT'S NOTICE OF FILING CERTIFICATE OF SERVICE** to be filed with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

> John E. Floyd, Esq.
> floyd@bmelaw.com
>
> Steven J. Rosenwasser, Esq.
> rosenwasser@bmelaw.com
>
> Nicole G. Iannarone, Esq.
> iannarone@bmelaw.com
>
> Jill A. Pryor, Esq.
> pryor@bmelaw.com

        Robert L. Ashe, III, Esq.
        ashe@bmelaw.com

        Michael A. Caplan, Esq.
        caplan@bmelaw.com

        Elizabeth G. Eager
        eager@bmelaw.com

and that I have caused a copy to be served by U.S. Mail on the following attorneys of record:

        James W. Christian, Esq.
        CHRISTIAN, SMITH & JEWELL LLP
        2302 Fannin, Suite 500
        Houston, TX  77002

        Robert F. Wise, Jr., Esq.
        Melissa Aoyagi, Esq.
        DAVIS POLK & WARDWELL LLP
        450 Lexington Avenue
        New York, NY  10017

        Richard H. Klapper, Esq.
        Richard C. Pepperman, II, Esq.
        Tracy Richelle High, Esq.
        SULLIVAN & CROMWELL LLP
        125 Broad Street
        New York, NY  10004-2498

        Stephen L. Ratner, Esq.
        Brian L. Friedman, Esq.
        PROSKAUER ROSE LLP
        1585 Broadway
        New York, NY  10036

Gregory A. Markel, Esq.
Martin L. Seidel, Esq.
Peter J. Isajiw, Esq.
Heather L. Fesnak, Esq.
CADWALADER, WICKERSHAM &
TAFT LLP
One World Financial Center
New York, NY  10281

Fraser L. Hunter, Jr., Esq.
WILMER CUTLER PICKERING HALE
AND DORR LLP
399 Park Avenue
New York, NY  10022

Andrew J. Frackman, Esq.
Abby Rudzin, Esq.
Brad Elias, Esq.
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY  10036

Andrew B. Clubok, Esq.
Jeffrey G. Landis, Esq.
Jeffrey M. Gould, Esq.
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC  20005

/s/ Richard H. Sinkfield

Richard H. Sinkfield
Georgia Bar No. 649100
rsinkfield@rh-law.com