IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.*, | |
| Plaintiffs, | Civil Case No. |
| v. | 1:10-CV-03108-JEC |
| MORGAN STANLEY & CO., INC., *et al.*, | |
| Defendants. | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of January, 2011, a true and correct copy of Defendant Merrill Lynch, Pierce, Fenner & Smith Incorporated's Second Amended Responses and Objections to Plaintiff Taser International Inc.'s Third Set of Interrogatories to all Defendants Except UBS, and the accompanying verifications of Thomas Oram and Joseph F. Mastrianni, was served via U.S. Mail (with courtesy copies sent via e-mail) upon the following attorneys of record:

ATTORNEYS FOR PLAINTIFFS

Steven J. Rosenwasser, Esq.
Bondurant, Mixson & Elmore, LLP
3900 One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia  30309
rosenwasser@bmelaw.com

James W. Christian, Esq.
Christian, Smith & Jewell LLP
2302 Fannin, Suite 500
Houston, TX 77002
jchristian@csj-law.com

And via electronic mail upon the following attorneys of record:

ATTORNEYS FOR DEFENDANTS

| | |
|---|---|
| Melissa Aoyagi, Esq.<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY  10017<br>Tel: (212) 450-4000<br>Fax: (212) 450-3800<br>melissa.aoyagi@dpw.com | Richard H. Sinkfield, Esq.<br>Rogers & Hardin LLP<br>2700 International Tower<br>Atlanta, GA  30303<br>rsinkfield@rh-law.com |
| Brian L. Friedman, Esq.<br>Proskauer Rose LLP<br>1585 Broadway<br>New York, NY  10036<br>blfriedman@proskauer.com | Fraser L. Hunter, Jr., Esq.<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>399 Park Avenue<br>New York, NY  10022<br>fraser.hunter@wilmerhale.com |
| Gregory Markel, Esq.<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY  10281<br>greg.markel@cwt.com | Andrew B. Clubok, Esq.<br>Kirkland & Ellis LLP<br>655 Fifteenth Street, N.W.<br>Washington, DC 20005<br>aclubok@kirkland.com |
| Richard Pepperman, Esq.<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY  10004<br>peppermanr@sullcrom.com | |

Dated: January 20, 2011

/s/ Brad M. Elias
Brad M. Elias
Admitted *Pro Hac Vice*

O'MELVENY & MYERS LLP
7 Times Square
New York, New York  10036
Phone:  212-326-2000
Fax:  212-326-2061

*Attorneys for Defendant Merrill Lynch Professional Clearing Corp.*

2