IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> MORGAN STANLEY & CO., INC., *et al.* <br><br> Defendants. | CIVIL ACTION NUMBER: <br> 1:10-CV-03108-JEC |

**DEFENDANT MERRILL LYNCH PROFESSIONAL CLEARING CORP.'S NOTICE OF MANUAL FILING UNDER SEAL**

Pursuant to the Stipulation and Protective Order Regarding Confidential Information jointly submitted by the parties to the State Court of Fulton County, Georgia, on August 27, 2009, and approved by the State Court on April 15, 2010 (the "Protective Order"), Defendant Merrill Lynch Professional Clearing Corp. ("Merrill Pro") hereby gives notice of the manual filing under seal of EXHIBIT 10 TO THE DECLARATION OF BRAD M. ELIAS (Docket No. 145-12) filed in support of MERRILL PRO'S MOTION FOR RECONSIDERATION of the

763716.2

Court's December 17, 2010 Order.[1] That document is a copy of a motion to compel that Plaintiffs originally filed under seal in the State Court on September 21, 2010.[2]

Respectfully submitted, this 24th day of January 2011.

/s/ *Richard H. Sinkfield*
Richard H. Sinkfield
Georgia Bar No. 649100
rsinkfield@rh-law.com

Dan F. Laney III
Georgia Bar No. 435290
dlaney@rh-law.com

ROGERS & HARDIN LLP
229 Peachtree Street, N.E.
2700 International Tower
Atlanta, Georgia 30303
Tel.: 404-522-4700
Fax: 404-525-2224

Andrew J. Frackman
New York Bar No. 1751288
afrackman@omm.com

---

[1] At the time the Protective Order was entered, Merrill Pro was not a party to this action.

[2] When filing the Motion for Reconsideration through the Court's electronic filing system on December 22, 2010, counsel for Merrill Pro inadvertently filed Exhibit 10 as well. This error has been corrected, and access to the Exhibit has been restricted.

3

Abby F. Rudzin
New York Bar No. 4126330
arudzin@omm.com

Brad M. Elias
New York Bar No. 4675555
belias@omm.com

Admitted *Pro Hac Vice*

O'MELVENY & MYERS LLP
7 Times Square
New York, New York  10036
Tel.:  212-326-2000
Fax:  212-326-2061

*Attorneys for Defendant Merrill Lynch Professional Clearing Corp.*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

Pursuant to Local Rule 7.1(D), the undersigned counsel hereby certifies that the foregoing **DEFENDANT MERRILL LYNCH PROFESSIONAL CLEARING CORP.'S NOTICE OF MANUAL FILING UNDER SEAL** has been prepared in accordance with Local Rule 5.1(C) using 14-point Times New Roman font.

/s/ *Richard H. Sinkfield*

Richard H. Sinkfield
Georgia Bar No. 649100
rsinkfield@rh-law.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

TASER INTERNATIONAL, INC.,
*et al.*

    Plaintiffs,

v.

MORGAN STANLEY & CO., INC.,
*et al.*

    Defendants.

CIVIL ACTION NUMBER:
1:10-CV-03108-JEC

## CERTIFICATE OF SERVICE

I hereby certify that on January 24th, 2011, I caused a copy of the foregoing **DEFENDANT MERRILL LYNCH PROFESSIONAL CLEARING CORP.'S NOTICE OF MANUAL FILING UNDER SEAL** to be served by hand on the following attorneys of record:

> John E. Floyd, Esq.
> Steven J. Rosenwasser, Esq.
> Nicole G. Iannarone, Esq.
> Jill A. Pryor, Esq.
> Robert L. Ashe, III, Esq.
> Michael A. Caplan, Esq.
> Elizabeth G. Eager, Esq.
> BONDURANT, MIXON & ELMORE LLP

763716.2

>3900 One Atlantic Center
>1201 West Peachtree Street, N.W.
>Atlanta, Georgia 30309

and that I have caused a copy to be served by U.S. Mail on the following attorneys of record:

>James W. Christian, Esq.
>CHRISTIAN, SMITH & JEWELL LLP
>2302 Fannin, Suite 500
>Houston, TX  77002
>
>Robert F. Wise, Jr., Esq.
>Melissa Aoyagi, Esq.
>DAVIS POLK & WARDWELL LLP
>450 Lexington Avenue
>New York, NY  10017
>
>Richard H. Klapper, Esq.
>Richard C. Pepperman, II, Esq.
>Tracy Richelle High, Esq.
>SULLIVAN & CROMWELL LLP
>125 Broad Street
>New York, NY  10004-2498
>
>Stephen L. Ratner, Esq.
>Brian L. Friedman, Esq.
>PROSKAUER ROSE LLP
>1585 Broadway
>New York, NY  10036

Gregory A. Markel, Esq.
Martin L. Seidel, Esq.
Peter J. Isajiw, Esq.
Heather L. Fesnak, Esq.
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, NY  10281

Fraser L. Hunter, Jr., Esq.
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY  10022

Andrew J. Frackman, Esq.
Abby Rudzin, Esq.
Brad Elias, Esq.
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY  10036

Andrew B. Clubok, Esq.
Jeffrey G. Landis, Esq.
Jeffrey M. Gould, Esq.
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC  20005

/s/ *Richard H. Sinkfield*
Richard H. Sinkfield
Georgia Bar No. 649100
rsinkfield@rh-law.com