IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **TASER INTERNATIONAL, INC.,** *et al.*,<br><br>Plaintiffs,<br>v.<br>**MORGAN STANLEY & CO., INC.,** *et al.*,<br>Defendants. | Civil Case No.<br>1:10-CV-03108-JEC |

## NOTICE OF WITHDRAWAL

Please take note that Andrew H. Reynard is no longer employed with the law firm of Sullivan & Cromwell LLP and hereby withdraws as counsel for Defendants Goldman, Sachs & Co. and Goldman Sachs Execution & Clearing, L.P. (collectively "Goldman Sachs"). Richard H. Sinkfield and Dan F. Laney of the law firm of Rogers & Hardin LLP and Richard H. Klapper, Richard C. Pepperman, Tracy R. High, David M.J. Rein, Justin J. DeCamp, and Robin L. Nunn of the law firm of Sullivan & Cromwell LLP will continue to represent Goldman Sachs before the Court in this action.

Respectfully submitted this 24th day of January, 2011.

/s/ Richard H. Sinkfield
Richard H. Sinkfield
Georgia Bar No. 649100
rsinkfield@rh-law.com

Dan F. Laney III
Georgia Bar No. 435290
dlaney@rh-law.com

ROGERS & HARDIN LLP
2700 International Tower
229 Peachtree St., N.E.
Atlanta, Georgia 30303
Phone: 404-522-4700
Fax:  404-525-2224


Richard C. Pepperman, II
Richard H. Klapper
David M.J. Rein
Tracy Richelle High
Justin J. DeCamp
Robin L. Nunn
Admitted *Pro Hac Vice*

SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Phone: 212-558-4000
Fax: 212-558-3588

*Attorneys for Goldman, Sachs & Co. and Goldman Sachs Execution & Clearing, L.P.*

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.*<br><br>　　　Plaintiffs,<br><br>v.<br><br>MORGAN STANLEY & CO., INC., *et al.*<br><br>　　　Defendants. | CIVIL ACTION NUMBER:<br>1:10-CV-03108-JEC |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 24th, 2011, I caused a copy of the foregoing NOTICE OF WITHDRAWAL to be filed with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

　　　　　　John E. Floyd, Esq.
　　　　　　floyd@bmelaw.com

　　　　　　Steven J. Rosenwasser, Esq.
　　　　　　rosenwasser@bmelaw.com

　　　　　　Nicole G. Iannarone, Esq.
　　　　　　iannarone@bmelaw.com

　　　　　　Jill A. Pryor, Esq.
　　　　　　pryor@bmelaw.com

Robert L. Ashe, III, Esq.
ashe@bmelaw.com

Michael A. Caplan, Esq.
caplan@bmelaw.com

Elizabeth G. Eager
eager@bmelaw.com

and that I have caused a copy to be served by U.S. Mail on the following attorneys of record:

James W. Christian, Esq.
CHRISTIAN, SMITH & JEWELL LLP
2302 Fannin, Suite 500
Houston, TX  77002

Robert F. Wise, Jr., Esq.
Melissa Aoyagi, Esq.
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY  10017

Richard H. Klapper, Esq.
Richard C. Pepperman, II, Esq.
Tracy Richelle High, Esq.
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY  10004-2498

Stephen L. Ratner, Esq.
Brian L. Friedman, Esq.
PROSKAUER ROSE LLP
1585 Broadway
New York, NY  10036

2

Gregory A. Markel, Esq.
Martin L. Seidel, Esq.
Peter J. Isajiw, Esq.
Heather L. Fesnak, Esq.
CADWALADER, WICKERSHAM &
TAFT LLP
One World Financial Center
New York, NY  10281

Fraser L. Hunter, Jr., Esq.
WILMER CUTLER PICKERING HALE
AND DORR LLP
399 Park Avenue
New York, NY  10022

Andrew J. Frackman, Esq.
Abby Rudzin, Esq.
Brad Elias, Esq.
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY  10036

Andrew B. Clubok, Esq.
Jeffrey G. Landis, Esq.
Jeffrey M. Gould, Esq.
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC  20005

/*s*/ Richard H. Sinkfield

Richard H. Sinkfield
Georgia Bar No. 649100
rsinkfield@rh-law.com