# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION



TASER INTERNATIONAL, INC., *et al.*

    Plaintiffs,

v.

MORGAN STANLEY & CO., INC., *et al.*

    Defendants.

CIVIL ACTION NUMBER:
1:10-CV-03108- JEC

## CONSENT
## ORDER EXTENDING TIME

Plaintiffs and Defendants Merrill Lynch, Pierce, Fenner & Smith ("Merrill Lynch") and Merrill Lynch Professional Clearing Corporation ("Merrill Pro") have consented and jointly moved to extend the pending deadline for Plaintiffs to file their response to Merrill Pro's Motion for Reconsideration [Docket No. 145][1] and for Merrill Lynch and Merrill Pro to file their response to Plaintiffs' Motion to Compel the Production of Responsive Recordings from Defendants Merrill Lynch

---

[1] Plaintiffs believe that the removal of this case was improper, and have filed a motion to remand. Plaintiffs' agreement to this Proposed Consent Order Extending Time should not be construed as Plaintiffs' agreement or consent to the removal or to the jurisdiction of this Court.

833220.1

and ML Pro [Dkt. 152] due to the recent severe weather that has caused office closings.

By agreement among the parties, and for good cause shown, it is hereby ORDERED that:

The time for Plaintiffs to file their response to Merrill Pro's Motion for Reconsideration [Docket No. 145] is extended to and including January 14, 2011. The time for Merrill Lynch and Merrill Pro to file their responses to Plaintiffs' Motion to Compel the Production of Responsive Recordings from Defendants Merrill Lynch and ML Pro [Dkt. 152] is extended to and including January 19, 2011. These extensions shall be without prejudice to the parties' rights to request or move for a further extension of time and without prejudice to the parties' rights to object to any such request or motion.

So ORDERED this 21 day of January, 2011.

Julie E. Carnes, Judge
United States District Court