**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.*, | |
| Plaintiffs, | Civil Case No. |
| v. | 1:10-CV-03108-JEC |
| MORGAN STANLEY & CO., INC., *et al.*, | |
| Defendants. | |

**THE GOLDMAN SACHS DEFENDANTS' NOTICE
OF WITHDRAWAL OF THEIR SEPTEMBER 24, 2010
MOTION FOR A PROTECTIVE ORDER PURSUANT
TO O.C.G.A. § 9-11-26(c) WITH RESPECT TO PLAINTIFFS'
<u>CORRECTED AMENDED NOTICE OF 30(b)(6) DEPOSITION</u>**

Defendants Goldman, Sachs & Co. and Goldman Sachs Execution & Clearing, L.P. (collectively, "Goldman Sachs"), hereby give notice that they are withdrawing without prejudice their Motion for a Protective Order Pursuant to O.C.G.A. § 9-11-26(c) with Respect to Plaintiffs' Corrected Amended Notice of 30(b)(6) Deposition (the "Motion"), which was filed on September 24, 2010. Goldman Sachs is withdrawing the Motion at this time because Plaintiffs and Goldman Sachs have reached an amicable resolution of the issues that the Motion

addresses.  Goldman Sachs reserves the right to re-file the Motion should it become necessary.

Respectfully submitted, this 25th day of January, 2011.

/s/ Richard H. Sinkfield
Richard H. Sinkfield
Georgia Bar No. 649100
rsinkfield@rh-law.com

Dan F. Laney III
Georgia Bar No. 435290
dlaney@rh-law.com

ROGERS & HARDIN LLP
2700 International Tower
229 Peachtree St., N.E.
Atlanta, Georgia 30303
Phone: 404-522-4700
Fax:  404-525-2224


Richard H. Klapper, Esq.
Richard C. Pepperman, II, Esq.
Tracy Richelle High, Esq.
*Admitted Pro Hac Vice*

SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004-2498

*Attorneys for Defendants Goldman, Sachs & Co. and Goldman Sachs Execution & Clearing, L.P.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MORGAN STANLEY & CO., INC., *et al.*, <br><br> Defendants. | Civil Case No. <br> 1:10-CV-03108-JEC |

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2011, I caused a copy of the foregoing **THE GOLDMAN SACHS DEFENDANTS' NOTICE OF WITHDRAWAL OF THEIR SEPTEMBER 24, 2010 MOTION FOR A PROTECTIVE ORDER PURSUANT TO O.C.G.A. § 9-11-26(C) WITH RESPECT TO PLAINTIFFS' CORRECTED AMENDED NOTICE OF 30(B)(6) DEPOSITION** to be filed with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

John E. Floyd, Esq.
floyd@bmelaw.com

Steven J. Rosenwasser, Esq.

rosenwasser@bmelaw.com

Nicole G. Iannarone, Esq.
iannarone@bmelaw.com

Jill A. Pryor, Esq.
pryor@bmelaw.com

Robert L. Ashe, III, Esq.
ashe@bmelaw.com

Michael A. Caplan, Esq.
caplan@bmelaw.com

Elizabeth G. Eager
eager@bmelaw.com

and that I have caused a copy to be served by U.S. Mail on the following attorneys

of record:

James W. Christian, Esq.
CHRISTIAN, SMITH & JEWELL LLP
2302 Fannin, Suite 500
Houston, TX  77002

Robert F. Wise, Jr., Esq.
Melissa Aoyagi, Esq.
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY  10017

2

Richard H. Klapper, Esq.
Richard C. Pepperman, II, Esq.
Tracy Richelle High, Esq.
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY  10004-2498

Stephen L. Ratner, Esq.
Brian L. Friedman, Esq.
PROSKAUER ROSE LLP
1585 Broadway
New York, NY  10036

Gregory A. Markel, Esq.
Martin L. Seidel, Esq.
Peter J. Isajiw, Esq.
Heather L. Fesnak, Esq.
CADWALADER, WICKERSHAM &
TAFT LLP
One World Financial Center
New York, NY  10281

Fraser L. Hunter, Jr., Esq.
WILMER CUTLER PICKERING HALE
AND DORR LLP
399 Park Avenue
New York, NY  10022

Andrew J. Frackman, Esq.
Abby Rudzin, Esq.
Brad Elias, Esq.
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY  10036

4

Andrew B. Clubok, Esq.
Jeffrey G. Landis, Esq.
Jeffrey M. Gould, Esq.
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC  20005

/*s*/ Richard H. Sinkfield

Richard H. Sinkfield
Georgia Bar No. 649100
rsinkfield@rh-law.com