IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| TASER INTERNATIONAL, INC., *et al.*, | ) | |
| | ) | Case No.: 1:10-CV-03108-JEC |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | [On removal from the State |
| | ) | Court of Fulton County, |
| MORGAN STANLEY & CO., INC., *et al.*, | ) | Georgia Case No.: |
| | ) | 2008-EV-004739-B] |
| Defendants. | ) | |
| | ) | |

## CERTIFICATE OF CONSENT TO WITHDRAWAL OF COUNSEL

Plaintiffs respectfully give notice of the withdrawal of Scott R. Link as

counsel.  Plaintiffs continue to be represented by the undersigned counsel.

Plaintiffs consent to the withdrawal of Scott R. Link pursuant to Local Rule 83.1.

This 27th day of January, 2011.

Respectfully submitted,

*/s/ Robert L. Ashe*
John E. Floyd
Georgia Bar No. 266413
Steven J. Rosenwasser
Georgia Bar No. 614908
Nicole G. Iannarone
Georgia Bar No. 382510
Robert L. Ashe, III
Georgia Bar No. 208077
Bondurant, Mixson & Elmore, LLP
3900 One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia  30309-3417

832052.1

(404) 881-4100 Tel.
(404) 881-4111 Fax

James W. Christian
State Bar No. 04228700
Gary M. Jewell
State Bar No. 10664800
Christian, Smith, & Jewell, LLP
2302 Fannin, Suite 500
Houston, Texas 77002
(713) 659-7617 Tel.
(713) 659-7641 Fax

*REMAINING ATTORNEYS FOR PLAINTIFFS*

Scott R. Link
State Bar No. 12390900

*WITHDRAWING ATTORNEY*

By: _____
[PLAINTIFF]

By: _____
[PLAINTIFF 2] [IF SPOUSE]

(404) 881-4100 Tel.
(404) 881-4111 Fax

James W. Christian
State Bar No. 04228700
Gary M. Jewell
State Bar No. 10664800
Christian, Smith, & Jewell, LLP
2302 Fannin, Suite 500
Houston, Texas 77002
(713) 659-7617 Tel.
(713) 659-7641 Fax

*REMAINING ATTORNEYS FOR*
*PLAINTIFFS*

_____

Scott R. Link
State Bar No. 12390900

*WITHDRAWING ATTORNEY*

By: _____
       [PLAINTIFF]

By: _____
       [PLAINTIFF 2] [IF SPOUSE]

(404) 881-4100 Tel.
(404) 881-4111 Fax

James W. Christian
State Bar No. 04228700
Gary M. Jewell
State Bar No. 10664800
Christian, Smith, & Jewell, LLP
2302 Fannin, Suite 500
Houston, Texas 77002
(713) 659-7617 Tel.
(713) 659-7641 Fax

*REMAINING ATTORNEYS FOR*
*PLAINTIFFS*

Scott R. Link
State Bar No. 12390900

*WITHDRAWING ATTORNEY*

By: _____
        [PLAINTIFF]

By: _____
        [PLAINTIFF 2] [IF SPOUSE]

(404) 881-4100 Tel.
(404) 881-4111 Fax

James W. Christian
State Bar No. 04228700
Gary M. Jewell
State Bar No. 10664800
Christian, Smith, & Jewell, LLP
2302 Fannin, Suite 500
Houston, Texas 77002
(713) 659-7617 Tel.
(713) 659-7641 Fax

*REMAINING ATTORNEYS FOR*
*PLAINTIFFS*

_____

Scott R. Link
State Bar No. 12390900

*WITHDRAWING ATTORNEY*

By:  _____
      [PLAINTIFF]

By:  _____
      [PLAINTIFF 2] [IF SPOUSE]

(404) 881-4100 Tel.
(404) 881-4111 Fax

James W. Christian
State Bar No. 04228700
Gary M. Jewell
State Bar No. 10664800
Christian, Smith, & Jewell, LLP
2302 Fannin, Suite 500
Houston, Texas 77002
(713) 659-7617 Tel.
(713) 659-7641 Fax

*REMAINING ATTORNEYS FOR*
*PLAINTIFFS*

_____

Scott R. Link
State Bar No. 12390900

*WITHDRAWING ATTORNEY*

By: _____
    [PLAINTIFF]

By: _____
    [PLAINTIFF 2] [IF SPOUSE]

(404) 881-4100 Tel.
(404) 881-4111 Fax

James W. Christian
State Bar No. 04228700
Gary M. Jewell
State Bar No. 10664800
Christian, Smith, & Jewell, LLP
2302 Fannin, Suite 500
Houston, Texas 77002
(713) 659-7617 Tel.
(713) 659-7641 Fax

*REMAINING ATTORNEYS FOR*
*PLAINTIFFS*

_____
Scott R. Link
State Bar No. 12390900

*WITHDRAWING ATTORNEY*

By: _Michael F Boyer_
[PLAINTIFF]

By: _____
[PLAINTIFF 2] [IF SPOUSE]

832052.1

(404) 881-4100 Tel.
(404) 881-4111 Fax

James W. Christian
State Bar No. 04228700
Gary M. Jewell
State Bar No. 10664800
Christian, Smith, & Jewell, LLP
2302 Fannin, Suite 500
Houston, Texas  77002
(713) 659-7617 Tel.
(713) 659-7641 Fax

*REMAINING ATTORNEYS FOR*
*PLAINTIFFS*

_____

Scott R. Link
State Bar No. 12390900

*WITHDRAWING ATTORNEY*

By:  _____
       [PLAINTIFF]

By:  _____
       [PLAINTIFF 2] [IF SPOUSE]

832052.1

State Bar No. 10004800
Christian, Smith, & Jewell, LLP
2302 Fannin, Suite 500
Houston, Texas  77002
(713) 659-7617 Tel.
(713) 659-7641 Fax

*REMAINING ATTORNEYS FOR*
*PLAINTIFFS*

_____
Scott R. Link
State Bar No. 12390900

*WITHDRAWING ATTORNEY*

By:  _____
       [PLAINTIFF]

By:  _____
       [PLAINTIFF 2] [IF SPOUSE]

(404) 881-4100 Tel.
(404) 881-4111 Fax

James W. Christian
State Bar No. 04228700
Gary M. Jewell
State Bar No. 10664800
Christian, Smith, & Jewell, LLP
2302 Fannin, Suite 500
Houston, Texas 77002
(713) 659-7617 Tel.
(713) 659-7641 Fax

*REMAINING ATTORNEYS FOR PLAINTIFFS*

_____

Scott R. Link
State Bar No. 12390900

*WITHDRAWING ATTORNEY*

By: _Thomas A. Collentine III)_
    [PLAINTIFF]

By: _____
    [PLAINTIFF 2] [IF SPOUSE]

(404) 881-4100 Tel.
(404) 881-4111 Fax

James W. Christian
State Bar No. 04228700
Gary M. Jewell
State Bar No. 10664800
Christian, Smith, & Jewell, LLP
2302 Fannin, Suite 500
Houston, Texas 77002
(713) 659-7617 Tel.
(713) 659-7641 Fax

**REMAINING ATTORNEYS FOR
PLAINTIFFS**

_____

Scott R. Link
State Bar No. 12390900

**WITHDRAWING ATTORNEY**

By: _____
      [PLAINTIFF]

By: _____
      [PLAINTIFF 2] [IF SPOUSE]

832052.1

(404) 881-4100 Tel.
(404) 881-4111 Fax

James W. Christian
State Bar No. 04228700
Gary M. Jewell
State Bar No. 10664800
Christian, Smith, & Jewell, LLP
2302 Fannin, Suite 500
Houston, Texas 77002
(713) 659-7617 Tel.
(713) 659-7641 Fax

*REMAINING ATTORNEYS FOR
PLAINTIFFS*

Scott R. Link
State Bar No. 12390900

*WITHDRAWING ATTORNEY*

By: _Charles R. Faris_

     [PLAINTIFF]

By: _Sand A Flim_

     [PLAINTIFF 2] [IF SPOUSE]

832052.1

(404) 881-4100 Tel.
(404) 881-4111 Fax

James W. Christian
State Bar No. 04228700
Gary M. Jewell
State Bar No. 10664800
Christian, Smith, & Jewell, LLP
2302 Fannin, Suite 500
Houston, Texas 77002
(713) 659-7617 Tel.
(713) 659-7641 Fax

**_REMAINING ATTORNEYS FOR_**
**_PLAINTIFFS_**

Scott R. Link
State Bar No. 12390900

**_WITHDRAWING ATTORNEY_**

By: _____
[PLAINTIFF] RICHARD HASKELL

By: _____
[PLAINTIFF 2] [IF SPOUSE]

(404) 881-4100 Tel.
(404) 881-4111 Fax

James W. Christian
State Bar No. 04228700
Gary M. Jewell
State Bar No. 10664800
Christian, Smith, & Jewell, LLP
2302 Fannin, Suite 500
Houston, Texas 77002
(713) 659-7617 Tel.
(713) 659-7641 Fax

*REMAINING ATTORNEYS FOR
PLAINTIFFS*

---

Scott R. Link
State Bar No. 12390900

*WITHDRAWING ATTORNEY*

By: _____
    [PLAINTIFF] SUSAN HASKELL

By: _____
    [PLAINTIFF 2] [IF SPOUSE]

(404) 881-4100 Tel.
(404) 881-4111 Fax

James W. Christian
State Bar No. 04228700
Gary M. Jewell
State Bar No. 10664800
Christian, Smith, & Jewell, LLP
2302 Fannin, Suite 500
Houston, Texas  77002
(713) 659-7617 Tel.
(713) 659-7641 Fax

***REMAINING ATTORNEYS FOR
PLAINTIFFS***

---

Scott R. Link
State Bar No. 12390900

***WITHDRAWING ATTORNEY***

By: _____
[PLAINTIFF]

By: _____
[PLAINTIFF 2] [IF SPOUSE]

832052.1

(404) 881-4100 Tel.
(404) 881-4111 Fax

James W. Christian
State Bar No. 04228700
Gary M. Jewell
State Bar No. 10664800
Christian, Smith, & Jewell, LLP
2302 Fannin, Suite 500
Houston, Texas 77002
(713) 659-7617 Tel.
(713) 659-7641 Fax

*REMAINING ATTORNEYS FOR
PLAINTIFFS*

_____

Scott R. Link
State Bar No. 12390900

*WITHDRAWING ATTORNEY*

By: _____
    [PLAINTIFF]

By: _____
    [PLAINTIFF 2] [IF SPOUSE]

(404) 881-4100 Tel.
(404) 881-4111 Fax

James W. Christian
State Bar No. 04228700
Gary M. Jewell
State Bar No. 10664800
Christian, Smith, & Jewell, LLP
2302 Fannin, Suite 500
Houston, Texas 77002
(713) 659-7617 Tel.
(713) 659-7641 Fax

*REMAINING ATTORNEYS FOR
PLAINTIFFS*

Scott R. Link
State Bar No. 12390900

*WITHDRAWING ATTORNEY*

By: _____
[PLAINTIFF]
GA.LISENBY

By: _____
[PLAINTIFF 2] [IF SPOUSE]
PATRICIA. J. LISENBY

(404) 881-4100 Tel.
(404) 881-4111 Fax

James W. Christian
State Bar No. 04228700
Gary M. Jewell
State Bar No. 10664800
Christian, Smith, & Jewell, LLP
2302 Fannin, Suite 500
Houston, Texas 77002
(713) 659-7617 Tel.
(713) 659-7641 Fax

***REMAINING ATTORNEYS FOR
PLAINTIFFS***

_____

Scott R. Link
State Bar No. 12390900

***WITHDRAWING ATTORNEY***

By: _____
[PLAINTIFF] Pamela J Lewis

By: _____
[PLAINTIFF 2] [IF SPOUSE]

832052.1

(404) 881-4100 Tel.
(404) 881-4111 Fax

James W. Christian
State Bar No. 04228700
Gary M. Jewell
State Bar No. 10664800
Christian, Smith, & Jewell, LLP
2302 Fannin, Suite 500
Houston, Texas  77002
(713) 659-7617 Tel.
(713) 659-7641 Fax

*REMAINING ATTORNEYS FOR*
*PLAINTIFFS*


_____

Scott R. Link
State Bar No. 12390900

*WITHDRAWING ATTORNEY*

By: _____ _ANSE S. MAJ_
    [PLAINTIFF]

By: _____
    [PLAINTIFF 2] [IF SPOUSE]

(404) 881-4100 Tel.
(404) 881-4111 Fax

James W. Christian
State Bar No. 04228700
Gary M. Jewell
State Bar No. 10664800
Christian, Smith, & Jewell, LLP
2302 Fannin, Suite 500
Houston, Texas 77002
(713) 659-7617 Tel.
(713) 659-7641 Fax

*REMAINING ATTORNEYS FOR
PLAINTIFFS*

_____

Scott R. Link
State Bar No. 12390900

*WITHDRAWING ATTORNEY*

By: _____
    [PLAINTIFF]

By: _____
    [PLAINTIFF 2] [IF SPOUSE]

832052.1

(404) 881-4100 Tel.
(404) 881-4111 Fax

James W. Christian
State Bar No. 04228700
Gary M. Jewell
State Bar No. 10664800
Christian, Smith, & Jewell, LLP
2302 Fannin, Suite 500
Houston, Texas 77002
(713) 659-7617 Tel.
(713) 659-7641 Fax

*REMAINING ATTORNEYS FOR
PLAINTIFFS*

Scott R. Link
State Bar No. 12390900

*WITHDRAWING ATTORNEY*

By: _Southwest Eye Surgery Employees Profit Sharing Plan_
    [PLAINTIFF]

By: _Dennis L Dunagan, trustee_
    [PLAINTIFF 2] [IF SPOUSE]

832052.1

(404) 881-4100 Tel.
(404) 881-4111 Fax

James W. Christian
State Bar No. 04228700
Gary M. Jewell
State Bar No. 10664800
Christian, Smith, & Jewell, LLP
2302 Fannin, Suite 500
Houston, Texas  77002
(713) 659-7617 Tel.
(713) 659-7641 Fax

*REMAINING ATTORNEYS FOR PLAINTIFFS*

---

Scott R. Link
State Bar No. 12390900

*WITHDRAWING ATTORNEY*

By: _____
      [PLAINTIFF]

By: _____
      [PLAINTIFF 2] [IF SPOUSE]

(404) 881-4100 Tel.
(404) 881-4111 Fax

James W. Christian
State Bar No. 04228700
Gary M. Jewell
State Bar No. 10664800
Christian, Smith, & Jewell, LLP
2302 Fannin, Suite 500
Houston, Texas 77002
(713) 659-7617 Tel.
(713) 659-7641 Fax

*REMAINING ATTORNEYS FOR
PLAINTIFFS*

Scott R. Link
State Bar No. 12390900

*WITHDRAWING ATTORNEY*

By: _Margaret a Rave_
[PLAINTIFF]

By: _____
[PLAINTIFF 2] [IF SPOUSE]

(404) 881-4100 Tel.
(404) 881-4111 Fax

James W. Christian
State Bar No. 04228700
Gary M. Jewell
State Bar No. 10664800
Christian, Smith, & Jewell, LLP
2302 Fannin, Suite 500
Houston, Texas 77002
(713) 659-7617 Tel.
(713) 659-7641 Fax

**_REMAINING ATTORNEYS FOR_**
**_PLAINTIFFS_**


Scott R. Link
State Bar No. 12390900

**_WITHDRAWING ATTORNEY_**

By: _____
[PLAINTIFF]

By: _____
[PLAINTIFF 2] [IF SPOUSE]

(404) 881-4100 Tel.
(404) 881-4111 Fax

James W. Christian
State Bar No. 04228700
Gary M. Jewell
State Bar No. 10664800
Christian, Smith, & Jewell, LLP
2302 Fannin, Suite 500
Houston, Texas 77002
(713) 659-7617 Tel.
(713) 659-7641 Fax

*REMAINING ATTORNEYS FOR*
*PLAINTIFFS*

_____

Scott R. Link
State Bar No. 12390900

*WITHDRAWING ATTORNEY*

By: _____
       [PLAINTIFF]

By: _____
       [PLAINTIFF 2] [IF SPOUSE]

832052.1

(404) 881-4100 Tel.
(404) 881-4111 Fax

James W. Christian
State Bar No. 04228700
Gary M. Jewell
State Bar No. 10664800
Christian, Smith, & Jewell, LLP
2302 Fannin, Suite 500
Houston, Texas  77002
(713) 659-7617 Tel.
(713) 659-7641 Fax

***REMAINING ATTORNEYS FOR***
***PLAINTIFFS***

_____

Scott R. Link
State Bar No. 12390900

***WITHDRAWING ATTORNEY***

By:   Patrick W Smith  *(signature)*
      _____
      [PLAINTIFF]

By:   _____
      [PLAINTIFF 2] [IF SPOUSE]

(404) 881-4100 Tel.
(404) 881-4111 Fax

James W. Christian
State Bar No. 04228700
Gary M. Jewell
State Bar No. 10664800
Christian, Smith, & Jewell, LLP
2302 Fannin, Suite 500
Houston, Texas 77002
(713) 659-7617 Tel.
(713) 659-7641 Fax

*REMAINING ATTORNEYS FOR
PLAINTIFFS*

Scott R. Link
State Bar No. 12390900

*WITHDRAWING ATTORNEY*

By: _____
[PLAINTIFF]
Phillips W Jmim ree

By: _____
[PLAINTIFF 2] [IF SPOUSE]

(404) 881-4100 Tel.
(404) 881-4111 Fax

James W. Christian
State Bar No. 04228700
Gary M. Jewell
State Bar No. 10664800
Christian, Smith, & Jewell, LLP
2302 Fannin, Suite 500
Houston, Texas  77002
(713) 659-7617 Tel.
(713) 659-7641 Fax

*REMAINING ATTORNEYS FOR*
*PLAINTIFFS*

_____

Scott R. Link
State Bar No. 12390900

*WITHDRAWING ATTORNEY*

By:  _____
     [PLAINTIFF]

By:  _____
     [PLAINTIFF 2] [IF SPOUSE]

832052.1

(404) 881-4100 Tel.
(404) 881-4111 Fax

James W. Christian
State Bar No. 04228700
Gary M. Jewell
State Bar No. 10664800
Christian, Smith, & Jewell, LLP
2302 Fannin, Suite 500
Houston, Texas 77002
(713) 659-7617 Tel.
(713) 659-7641 Fax

*REMAINING ATTORNEYS FOR
PLAINTIFFS*

Scott R. Link
State Bar No. 12390900

*WITHDRAWING ATTORNEY*

By: _____
      [PLAINTIFF]

By: _____
      [PLAINTIFF 2] [IF SPOUSE]

832052.1

(404) 881-4100 Tel.
(404) 881-4111 Fax

James W. Christian
State Bar No. 04228700
Gary M. Jewell
State Bar No. 10664800
Christian, Smith, & Jewell, LLP
2302 Fannin, Suite 500
Houston, Texas 77002
(713) 659-7617 Tel.
(713) 659-7641 Fax

*REMAINING ATTORNEYS FOR*
*PLAINTIFFS*


_____
Scott R. Link
State Bar No. 12390900

*WITHDRAWING ATTORNEY*

TASER International, Inc

By: _____ President & General
[PLAINTIFF]                                                 Counsel


By: _____
[PLAINTIFF 2] [IF SPOUSE]

832052.1

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1D of the Local Rules for the District Court for the

Northern District of Georgia, I hereby certify that the foregoing pleading has been

prepared in Times New Roman, 14 point font, as permitted by Local Rule 5.1B.

Respectfully submitted this 27th day of January, 2011.

/s/ Robert L. Ashe
Robert L. Ashe
Georgia Bar No. 208077

832052.1

## CERTIFICATE OF SERVICE

I hereby certify that on this day, a true and correct copy of the foregoing

**CERTIFICATE OF CONSENT TO WITHDRAWAL OF COUNSEL** was

electronically filed with the Clerk of Court using the Court's electronic filing

system which will automatically send an email notification of such filing to the

following attorneys of record who are registered participants in the Court's

electronic notice and filing system:

> **Attorneys for Defendants:**
> Richard H. Sinkfield, Esq.
> Dan F. Laney, III, Esq.
> Kristina M. Jones, Esq.
> Stefanie H. Jackman, Esq.
> James W. Cobb, Esq.
> Rogers & Hardin
> 2700 International Tower, Peachtree Center
> 229 Peachtree Street, N.E.
> Atlanta, GA 30303-1601
> rsinkfield@rh-law.com

832052.1

Further, I hereby certify that on this day, I caused to be served a true and

correct copy of the foregoing by United States mail on:

**Attorneys for Banc of America Securities, LLC;**
**Merrill Lynch, Pierce, Fenner & Smith, Inc.; and Merrill Lynch**
**Professional Clearing Corporation:**
Andrew J. Frackman, Esq.
Brad Elias, Esq.
O'Melveny & Myers LLP
7 Times Square
New York, NY  10036

**Attorneys for Morgan Stanley & Co. Incorporated:**
Robert F. Wise, Jr., Esq.
William J. Fenrich, Esq.
Melissa T. Aoyagi, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY  10017

**Attorneys for Bear Stearns & Co., Inc. and Bear Stearns**
**Securities Corp.:**
Stephen L. Ratner, Esq.
Harry Frischer, Esq.
Brian L. Friedman, Esq.
Proskauer Rose LLP
1585 Broadway
New York, NY  10036

**Attorneys for Goldman, Sachs & Co. and Goldman Sachs**
**Execution & Clearing, L.P.:**
Richard C. Pepperman II, Esq.
Richard H. Klapper, Esq.
Tracy Richelle High, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY  10004
**Attorneys for Deutsche Bank Securities Inc.:**
Heather L. Fesnak, Esq.

832052.1

Peter J. Isajiw, Esq.
Gregory A. Markel, Esq.
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY  10281

**Attorneys for UBS Securities, LLC:**
Andrew B. Clubok, Esq.
Jeffrey G. Landis, Esq.
Daniel Gomez, Esq.
Kirkland & Ellis LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, DC  20005-5793

Maria Ginzburg, Esq.
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY  10022-4611

**Attorneys for Credit Suisse Securities (USA), LLC.:**
Fraser L. Hunter, Jr., Esq.
Wilmer Cutler Pickering Hale & Dorr LLP
399 Park Avenue
New York, NY  10022

This 27th day of January, 2011.

*/s/ Robert L. Ashe*
Robert L. Ashe
Georgia Bar No. 208077