IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| TASER INTERNATIONAL, INC., *et al.*, | ) | |
| | ) | Case No.: 1:10-CV-03108-JEC |
| Plaintiffs, | ) | |
| | ) | [On removal from the State |
| v. | ) | Court of Fulton County, |
| | ) | Georgia Case No.: |
| MORGAN STANLEY & CO., INC.*, et al.*, | ) | 2008-EV-004739-B] |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE A SUR-REPLY**

**AND**

**MOTION TO STRIKE THE NEW REPLY DECLARATIONS
OF BRAD M. ELIAS AND PETER MELZ**

Plaintiffs are filing contemporaneously herewith (and under seal) their

Opposition to ML Pro's Motion to Exceed Page Limitations and, Alternatively,

Motion for Leave to File a Sur-Reply and Plaintiffs' Objection to the

Consideration of, or Motion to Strike, the New Reply Declarations of Brad M.

Elias and Peter Melz ("Plaintiffs' Opposition and Objection").  Plaintiffs'

Opposition and Objection is provided in response to Docket # 157 (Defendant

Merrill Lynch Professional Clearing Corp.'s Motion for Permission to Exceed

Page Limitations in Its Reply Memorandum in Support of Its Motion to Dismiss

838371.1

for Lack of Personal Jurisdiction (and Memorandum in Support)), and also relates to Docket # 59 (Defendant Merrill Lynch Professional Clearing Corp.'s Motion to Dismiss for Lack of Personal Jurisdiction or, in the Alternative, to Transfer Under 28 U.S.C. § 1406(a)).

Because Plaintiffs' Opposition and Objection contain, as alternative relief, a Motion for Leave to File a Sur-Reply in further opposition to ML Pro's Motion to Dismiss and a Motion to Strike the New Reply Declarations of Brad M. Elias and Peter Melz, Plaintiffs hereby file, pursuant to the Local Rules of the Northern District of Georgia, a motion to alert the Court of the alternative relief requested.

Plaintiffs respectfully request, for the reasons stated in the memorandum of law in Plaintiffs' Opposition and Objection, that (1) if the Court grants ML Pro's Motion to Exceed Page Limitations, that the Court grant Plaintiffs' Motion for Leave to File a Sur-Reply (which Sur-Reply is attached to Plaintiffs' Opposition and Objection); and (2) that the Court strike the new reply declarations of Brad M. Elias and Peter Melz if it decides that a motion, as opposed to an objection to that new evidence, is required.

838371.1

Respectfully submitted, this 28th day of January, 2011.

> */s/ Nicole G. Iannarone*
> John E. Floyd
> Georgia Bar No. 266413
> floyd@bmelaw.com
> Jill A. Pryor
> Georgia Bar No. 589140
> pryor@bmelaw.com
> Steven J. Rosenwasser
> Georgia Bar No. 614908
> rosenwasser@bmelaw.com
> Nicole G. Iannarone
> Georgia Bar No. 382510
> iannarone@bmelaw.com
> Michael A. Caplan
> Georgia Bar No. 601039
> caplan@bmelaw.com
> Elizabeth G. Eager
> Georgia Bar No. 644007
> eager@bmelaw.com
> Robert L. Ashe
> Georgia Bar No. 208077
> ashe@bmelaw.com
> Bondurant, Mixson & Elmore, LLP
> 3900 One Atlantic Center
> 1201 West Peachtree Street, N.W.
> Atlanta, Georgia  30309-3417
> (404) 881-4100 Tel.
> (404) 881-4111 Fax

838371.1

James W. Christian
State Bar No. 04228700
jchristian@csj-law.com
Gary M. Jewell
State Bar No. 10664800
gjewell@csj-law.com
Katherine Morton-Gonyea
State Bar No. 24066701
kgonyea@csj-law.com
Christian, Smith, & Jewell, LLP
2302 Fannin, Suite 500
Houston, Texas  77002
(713) 659-7617 Tel.
(713) 659-7641 Fax
(admitted *pro hac vice*)

Attorneys for Plaintiffs

838371.1

4

5

## <u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to Local Rule 7.1D of the Local Rules for the District Court for the

Northern District of Georgia, I hereby certify that the foregoing pleading has been

prepared in Times New Roman, 14 point font, as permitted by Local Rule 5.1B.

Respectfully submitted this 28th day of January, 2011.


*Nicole G. Iannarone*
Nicole G. Iannarone
Georgia Bar No. 382510

838371.1

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this day, a true and correct copy of the within and foregoing **PLAINTIFFS' MOTION FOR LEAVE TO FILE A SUR-REPLY AND MOTION TO STRIKE THE NEW REPLY DECLARATIONS OF BRAD M. ELIAS AND PETER MELZ** was electronically filed with the Clerk of Court using the Court's electronic filing system which will automatically send an email notification of such filing to the following attorneys of record who are registered participants in the Court's electronic notice and filing system:

> **Attorneys for Defendants:**
> Richard H. Sinkfield, Esq.
> Dan F. Laney, III, Esq.
> Kristina M. Jones, Esq.
> Stefanie H. Jackman, Esq.
> James W. Cobb, Esq.
> Rogers & Hardin
> 2700 International Tower, Peachtree Center
> 229 Peachtree Street, N.E.
> Atlanta, GA  30303-1601
> rsinkfield@rh-law.com

838371.1

Further, I hereby certify that on this day, I caused to be served a true and

correct copy of the foregoing by United States mail on:

**Attorneys for Banc of America Securities, LLC;
Merrill Lynch, Pierce, Fenner & Smith, Inc.; and Merrill Lynch
Professional Clearing Corporation:**
Andrew J. Frackman, Esq.
Brad Elias, Esq.
O'Melveny & Myers LLP
7 Times Square
New York, NY  10036

**Attorneys for Morgan Stanley & Co. Incorporated:**
Robert F. Wise, Jr., Esq.
Melissa T. Aoyagi, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY  10017

**Attorneys for Bear Stearns & Co., Inc. and Bear Stearns
Securities Corp.:**
Stephen L. Ratner, Esq.
Harry Frischer, Esq.
Brian L. Friedman, Esq.
Proskauer Rose LLP
1585 Broadway
New York, NY  10036

**Attorneys for Goldman, Sachs & Co. and Goldman Sachs
Execution & Clearing, L.P.:**
Richard C. Pepperman II, Esq.
Richard H. Klapper, Esq.
Tracy Richelle High, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY  10004

838371.1

7

**Attorneys for Deutsche Bank Securities Inc.:**
Heather L. Fesnak, Esq.
Peter J. Isajiw, Esq.
Gregory A. Markel, Esq.
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY  10281

**Attorneys for UBS Securities, LLC:**
Andrew B. Clubok, Esq.
Jeffrey G. Landis, Esq.
Daniel Gomez, Esq.
Kirkland & Ellis LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, DC  20005-5793

Maria Ginzburg, Esq.
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY  10022-4611

**Attorneys for Credit Suisse Securities (USA), LLC:**
Fraser L. Hunter, Jr., Esq.
Wilmer Cutler Pickering Hale & Dorr LLP
399 Park Avenue
New York, NY  10022

This 28th day of January, 2011.

>                       */s/ Nicole G. Iannarone*
>                       Nicole G. Iannarone
>                       Georgia Bar No. 382510

838371.1