# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TASER INTERNATIONAL, INC.,           :
*et al.*,                            :
                   Plaintiffs,   :
         v.                    :
                             :

MORGAN STANLEY & CO., INC.,          :
*et al.*,                            :
                             :
                 Defendants.   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CIVIL ACTION NO:
1:10-CV-03108-JEC

## DEFENDANTS' NOTICE OF 30(B)(6) DEPOSITION OF
## PLAINTIFF TASER INTERNATIONAL, INC.

TO:   TASER INTERNATIONAL, INC.
       c/o Steven J. Rosenwasser
       Bondurant, Mixson & Elmore, LLP
       1201 West Peachtree Street, N.W., Suite 3900
       Atlanta, Georgia  30309

Please take notice that pursuant to Rule 30(b)(6) of the Federal Rules of

Civil Procedure, Defendants Morgan Stanley & Co. Incorporated, Goldman, Sachs

& Co., Goldman Sachs Execution & Clearing, L.P., Banc of America Securities,

LLC, and Merrill Lynch, Pierce, Fenner & Smith, Inc. will take the deposition on

oral examination of the designated representative of Plaintiff TASER International,

Inc. ("TASER") on March 7, 2011, commencing at 9:00 a.m., provided that

TASER has completed its production of documents in response to Defendants'

Fourth Set of Requests for Production of Documents served on April 5, 2010 (the

"Requests") no later than February 14, 2011.  In the event that TASER has not

completed its production in response to the Requests by February 14, 2011,

Defendants will take the Rule 30(b)(6) deposition of TASER's designated

representative pursuant to this notice fifteen (15) business days from the date of the

completion of TASER's production in response to the Requests, commencing at

9:00 a.m.  The deposition will be taken at the offices of Bondurant, Mixson &

Elmore, LLP, 1201 West Peachtree Street, N.W., Suite 3900, Atlanta, Georgia, or

at such other time and place as may be mutually agreed upon by the parties.  The

deposition will be recorded by stenographic means and by sound and visual means.

Pursuant to Rule 30(b)(6), TASER shall designate one or more persons who

consent to testify on its behalf and who, after due inquiry, possess knowledge of

the matters set out on Exhibit "A" attached hereto.

Dated:  February 1, 2011

/s/ Richard H. Sinkfield
Richard H. Sinkfield
rsinkfield@rh-law.com
Georgia Bar No. 649100
Dan F. Laney III
dlaney@rh-law.com
Georgia Bar No. 435290

*Attorneys for Defendants Morgan Stanley & Co. Incorporated, Goldman, Sachs & Co., Goldman Sachs Execution & Clearing, L.P., Banc of America Securities, LLC, and Merrill Lynch, Pierce, Fenner & Smith, Inc.*

ROGERS & HARDIN LLP
2700 International Tower
 Peachtree Center
229 Peachtree St, NE
Atlanta, Georgia  30303
Phone:  404-522-4700
Fax:  404-525-2224

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TASER INTERNATIONAL, INC.,          :
*et al.*,                           :
                Plaintiffs,   :
        v.            :
                 :         CIVIL ACTION NO:
MORGAN STANLEY & CO., INC.,         :         1:10-CV-03108-JEC
*et al.*,                           :
                 :
             Defendants.   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this day, a true and correct copy of the foregoing

**DEFENDANTS' NOTICE OF 30(B)(6) DEPOSITION OF PLAINTIFF**

**TASER INTERNATIONAL, INC.** was electronically filed with the Clerk of

Court using the Court's CM/ECF electronic filing system, which will automatically

send an email notification of such filing to the following attorneys of record:

John E. Floyd, Esq.
floyd@bmelaw.com

Steven J. Rosenwasser, Esq.
rosenwasser@bmelaw.com

Nicole G. Iannarone, Esq.
iannarone@bmelaw.com

Jill A. Pryor, Esq.
pryor@bmelaw.com

Robert L. Ashe, III, Esq.
ashe@bmelaw.com

Michael A. Caplan, Esq.
caplan@bmelaw.com

Elizabeth G. Eager
eager@bmelaw.com

and that I have caused a copy of the foregoing to be served by U.S. Mail on the

following attorneys of record:

James W. Christian, Esq.
CHRISTIAN, SMITH & JEWELL LLP
2302 Fannin, Suite 500
Houston, TX  77002

Robert F. Wise, Jr., Esq.
Melissa Aoyagi, Esq.
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY  10017

Richard H. Klapper, Esq.
Richard C. Pepperman, II, Esq.
Tracy Richelle High, Esq.
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY  10004-2498

2

Stephen L. Ratner, Esq.
Brian L. Friedman, Esq.
PROSKAUER ROSE LLP
1585 Broadway
New York, NY  10036

Gregory A. Markel, Esq.
Martin L. Seidel, Esq.
Peter J. Isajiw, Esq.
Heather L. Fesnak, Esq.
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, NY  10281

Fraser L. Hunter, Jr., Esq.
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY  10022

Andrew J. Frackman, Esq.
Abby Rudzin, Esq.
Brad Elias, Esq.
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY  10036

Andrew B. Clubok, Esq.
Jeffrey G. Landis, Esq.
Jeffrey M. Gould, Esq.
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC  20005

3

This 1st day of February, 2011.


/s/ Richard H. Sinkfield
Richard H. Sinkfield
Georgia Bar No. 649100


ROGERS & HARDIN LLP
2700 International Tower
229 Peachtree Street, N.E.
Atlanta, GA 30303-1601
Tel. (404) 522-4700
Fax. (404) 525-2224