## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> MORGAN STANLEY & CO., INC., *et al.* <br><br> Defendants. | CIVIL ACTION NUMBER: <br> 1:10-CV-03108-JEC |

## JOINT MOTION FOR EXTENSION OF TIME

Defendant Merrill Lynch Professional Clearing Corporation ("Merrill Pro") and Plaintiffs jointly move to extend the pending deadline for Merrill Pro to file its response to Plaintiffs' Motion to Compel Regarding Their Second Requests for Production to Defendant ML Pro, which was filed in the above-captioned action.[1]

1. Merrill Pro's response to the Motion to Compel [Docket No. 171] is currently due on February 2, 2011.

---

[1] Plaintiffs believe that the removal of this case was improper, and have filed a motion to remand. Plaintiffs' agreement to this Proposed Consent Order Extending Time should not be construed as Plaintiffs' agreement or consent to the removal or to the jurisdiction of this Court.

2.	Merrill Pro and Plaintiffs agree and jointly move that the due date for Merrill Pro's response to the Motion to Compel should be extended for seven (7) days, to and including February 9, 2011.

3.	This extension shall be without prejudice to Merrill Pro's right to request or move for a further extension of time for its response to the Motion to Compel and without prejudice to Plaintiffs' right to object to any such request or motion.

4.	A copy of the parties' proposed Consent Order is attached hereto as Exhibit A.

Jointly submitted this 2nd day of February, 2011.

| | |
|---|---|
| /s/ NICOLE G. IANNARONE | /s/ RICHARD H. SINKFIELD |
| NICOLE G. IANNARONE | RICHARD H. SINKFIELD |
| Georgia Bar No. 382510 | Georgia Bar No. 649100 |
| Email: iannarone@bmelaw.com | Email: rsinkfield@rh-law.com |

John E. Floyd
Georgia Bar No. 266413
Email: floyd@bmelaw.com

Dan F. Laney III
Georgia Bar No. 435290
Email: dlaney@rh-law.com

Steven J. Rosenwasser
Georgia Bar No. 614908
Email: rosenwasser@bmelaw.com

ROGERS & HARDIN LLP
229 Peachtree Street, N.E.
2700 International Tower
Atlanta, Georgia  30303
Tel.:   404-522-4700
Fax:   404-525-2224

Jill A. Pryor
Georgia Bar No. 589140
Email: pryor@bmelaw.com

Brad M. Elias
Admitted *Pro Hac Vice*
Email: belias@omm.com

Elizabeth G. Eager
Georgia Bar No. 644007
Email: eager@bmelaw.com

O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York  10036
Tel.:   212-326-2000
Fax:   212-326-2061

BONDURANT, MIXSON & ELMORE LLP
3900 One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, GA  30309
Tel.:   404-881-4100
Fax:   404-881-4111

*Attorneys for Defendant Merrill Lynch Professional Clearing Corporation*

*Attorneys for Plaintiffs*

3

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> MORGAN STANLEY & CO., INC., *et al.* <br><br> Defendants. | CIVIL ACTION NUMBER: <br> 1:10-CV-03108-JEC |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day a true and correct copy of the foregoing

**JOINT MOTION FOR EXTENSION OF TIME** was electronically filed with

the Clerk of Court using the Court's CM/ECF system, which will automatically

send an email notification of such filing to the following attorneys of record:

John E. Floyd, Esq.
floyd@bmelaw.com

Steven J. Rosenwasser, Esq.
rosenwasser@bmelaw.com

Nicole G. Iannarone, Esq.
iannarone@bmelaw.com

Jill A. Pryor, Esq.
pryor@bmelaw.com

Robert L. Ashe, III, Esq.
ashe@bmelaw.com

Michael A. Caplan, Esq.
caplan@bmelaw.com

Elizabeth G. Eager
eager@bmelaw.com

and that I have caused a copy of the foregoing to be served by U.S. Mail on the

following attorneys of record:

James W. Christian, Esq.
CHRISTIAN, SMITH & JEWELL LLP
2302 Fannin, Suite 500
Houston, TX  77002

Robert F. Wise, Jr., Esq.
Melissa Aoyagi, Esq.
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY  10017

Richard H. Klapper, Esq.
Richard C. Pepperman, II, Esq.
Tracy Richelle High, Esq.
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY  10004-2498

2

Stephen L. Ratner, Esq.
Brian L. Friedman, Esq.
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036

Gregory A. Markel, Esq.
Martin L. Seidel, Esq.
Peter J. Isajiw, Esq.
Heather L. Fesnak, Esq.
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, NY 10281

Fraser L. Hunter, Jr., Esq.
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY 10022

Andrew J. Frackman, Esq.
Abby Rudzin, Esq.
Brad Elias, Esq.
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY 10036

Andrew B. Clubok, Esq.
Jeffrey G. Landis, Esq.
Jeffrey M. Gould, Esq.
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC 20005

3

This 2nd day of February, 2011.

                        /s/ Richard H. Sinkfield
Richard H. Sinkfield
Georgia Bar No. 649100

ROGERS & HARDIN LLP
2700 International Tower
229 Peachtree Street, N.E.
Atlanta, GA 30303-1601
Tel. (404) 522-4700
Fax. (404) 525-2224