# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.*<br><br>          Plaintiffs,<br><br>v.<br><br>MORGAN STANLEY & CO., INC., *et al.*<br><br>          Defendants. | CIVIL ACTION NUMBER:<br>1:10-CV-03108-JEC |

### [PROPOSED] CONSENT ORDER EXTENDING TIME

Defendant Merrill Lynch Professional Clearing Corporation ("Merrill Pro") and Plaintiffs have consented and jointly moved to extend the pending deadline for Merrill Pro to file its response to Plaintiffs' Motion to Compel Regarding Their Second Requests for Production to Defendant ML Pro, filed in the above-captioned action.[1]

By agreement among the parties, and for good cause shown, it is hereby

---

[1] Plaintiffs believe that the removal of this case was improper, and have filed a motion to remand. Plaintiffs' agreement to this Proposed Consent Order Extending Time should not be construed as Plaintiffs' agreement or consent to the removal or to the jurisdiction of this Court.

2

ORDERED that:

The time for the Merrill Pro to file its response to Plaintiffs' Motion to Compel [Docket No. 171] is extended for seven (7) days, to and including February 9, 2011. This extension shall be without prejudice to Merrill Pro's right to request or move for a further extension of time for its response to the Motion to Compel and without prejudice to Plaintiffs' right to object to any such request or motion.

So ORDERED this ___ day of February, 2011.

                                                        Julie E. Carnes, Chief Judge
                                                        United States District Court