# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.*, | ) |
| | ) Case No: 1:10-CV-03108-WBH |
| Plaintiffs, | ) [On removal from the State |
| | ) Court of Fulton County, |
| v. | ) Georgia Case No.: |
| | ) 2008-EV-004739-B] |
| MORGAN STANLEY & CO., INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## NOTICE TO TAKE VIDEOTAPED
## DEPOSITION OF JOHN MACK

**TO:** Morgan Stanley & Co., Incorporated
c/o Robert F. Wise, Jr., Esq.
Melissa T. Aoyagi, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

**PLEASE TAKE NOTICE** that, pursuant to the Federal Rules of Civil Procedure, Plaintiffs will take the deposition of JOHN MACK on March 9, 2011, beginning at 9:00 a.m. at the offices of Rogers & Hardin, 2700 International Tower, Peachtree Center, 229 Peachtree Street, N.E., Atlanta, Georgia, 30303, or at such other time and place as may be mutually agreed upon by the parties. The deposition will take place before an authorized officer and pursuant to the Federal

840671.1

Rules of Civil Procedure. The deposition will be recorded by sound, videotape and/or stenographic means.

This 7th day of February, 2011.

> */s/ Steven Rosenwasser*
> John E. Floyd
> Georgia Bar No. 266413
> floyd@bmelaw.com
> Steven J. Rosenwasser
> Georgia Bar No. 614908
> rosenwasser@bmelaw.com
> Nicole G. Iannarone
> Georgia Bar No. 382510
> iannarone@bmelaw.com
> Elizabeth G. Eager
> Georgia Bar No. 644007
> eager@bmelaw.com
> Michael A. Caplan
> Georgia Bar No. 601039
> caplan@bmelaw.com
> Robert L. Ashe
> Georgia Bar No. 208077
> ashe@bmelaw.com
> Bondurant, Mixson & Elmore, LLP
> 3900 One Atlantic Center
> 1201 West Peachtree Street, N.W.
> Atlanta, Georgia 30309-3417
> (404) 881-4100 Tel.
> (404) 881-4111 Fax

840671.1

# CERTIFICATE OF SERVICE

I hereby certify that on this day, a true and correct copy of the foregoing **NOTICE TO TAKE VIDEOTAPED DEPOSITION OF JOHN MACK** was electronically filed with the Clerk of Court using the Court's electronic filing system which will automatically send an email notification of such filing to the following attorneys of record who are registered participants in the Court's electronic notice and filing system:

> **Attorneys for Defendants:**
> Richard H. Sinkfield, Esq.
> Dan F. Laney, III, Esq.
> Kristina M. Jones, Esq.
> Stefanie H. Jackman, Esq.
> James W. Cobb, Esq.
> Rogers & Hardin
> 2700 International Tower, Peachtree Center
> 229 Peachtree Street, N.E.
> Atlanta, GA  30303-1601
> rsinkfield@rh-law.com

Further, I hereby certify that on this day, I caused to be served a true and correct copy of the foregoing via E-mail and United States mail on:

> **Attorneys for Banc of America Securities, LLC;**
> **Merrill Lynch, Pierce, Fenner & Smith, Inc.; and Merrill Lynch**
> **Professional Clearing Corporation:**
> Andrew J. Frackman, Esq.
> Brad Elias, Esq.
> O'Melveny & Myers LLP
> 7 Times Square
> New York, NY  10036

840671.1

**Attorneys for Morgan Stanley & Co. Incorporated:**
Robert F. Wise, Jr., Esq.
William J. Fenrich, Esq.
Melissa T. Aoyagi, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

**Attorneys for Bear Stearns & Co., Inc. and Bear Stearns Securities Corp.:**
Stephen L. Ratner, Esq.
Harry Frischer, Esq.
Brian L. Friedman, Esq.
Proskauer Rose LLP
1585 Broadway
New York, NY 10036

**Attorneys for Goldman, Sachs & Co. and Goldman Sachs Execution & Clearing, L.P.:**
Richard C. Pepperman II, Esq.
Richard H. Klapper, Esq.
Tracy Richelle High, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

**Attorneys for Deutsche Bank Securities Inc.:**
Heather L. Fesnak, Esq.
Peter J. Isajiw, Esq.
Gregory A. Markel, Esq.
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

**Attorneys for UBS Securities, LLC:**
Andrew B. Clubok, Esq.
Jeffrey G. Landis, Esq.
Daniel Gomez, Esq.
Kirkland & Ellis LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, DC 20005-5793

Maria Ginzburg, Esq.
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611

**Attorneys for Credit Suisse Securities (USA), LLC.:**
Fraser L. Hunter, Jr., Esq.
Wilmer Cutler Pickering Hale & Dorr LLP
399 Park Avenue
New York, NY 10022

This 7th day of February, 2011.


/s/ Steven Rosenwasser
Steven Rosenwasser
Georgia Bar No. 614908