# EXHIBIT "A"

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

TASER INTERNATIONAL, INC.,
*et al.*

      Plaintiffs,

v.

MORGAN STANLEY & CO., INC.,
*et al.*

      Defendants.

CIVIL ACTION NUMBER:
1:10-CV-03108-JEC

**[PROPOSED] CONSENT
ORDER EXTENDING TIME**

Defendant Merrill Lynch Professional Clearing Corporation ("Merrill Pro")

and Plaintiffs have consented and jointly moved to extend the pending deadline for

Merrill Pro to file its response to Plaintiffs' Motion to Compel Regarding Their

Second Requests for Production to Defendant ML Pro, filed in the above-captioned

action.[1]

By agreement among the parties, and for good cause shown, it is hereby

ORDERED that:

---

[1] Plaintiffs believe that the removal of this case was improper, and have filed a motion to remand.  Plaintiffs' agreement to this Proposed Consent Order Extending Time should not be construed as Plaintiffs' agreement or consent to the removal or to the jurisdiction of this Court.

The time for the Merrill Pro to file its response to Plaintiffs' Motion to

Compel [Docket No. 171] is extended for two (2) days, to and including

February 11, 2011.  This extension shall be without prejudice to Merrill Pro's right

to request or move for a further extension of time for its response to the Motion to

Compel and without prejudice to Plaintiffs' right to object to any such request or

motion.

So ORDERED this ___ day of February, 2011.


_____
Julie E. Carnes, Chief Judge
United States District Court

2