IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.*<br><br>        Plaintiffs,<br><br>v.<br><br>MORGAN STANLEY & CO., INC., *et al.*<br><br>        Defendants. | CIVIL ACTION NUMBER:<br>1:10-CV-03108-JEC |

**DEFENDANT MERRILL LYNCH PROFESSIONAL CLEARING CORP.'S
NOTICE OF MANUAL FILING UNDER SEAL**

Pursuant to the Stipulation and Protective Order Regarding Confidential Information jointly submitted by the parties to the State Court of Fulton County, Georgia, on August 27, 2009, and approved by the State Court on April 15, 2010 (the "Protective Order"), Defendant Merrill Lynch Professional Clearing Corp. ("Merrill Pro") hereby gives notice of the manual filing under seal of MERRILL LYNCH PROFESSIONAL CLEARING CORP.'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL REGARDING THEIR SECOND REQUESTS FOR PRODUCTION, DECLARATION OF

BRAD M. ELIAS ("Elias Declaration"), and EXHIBIT NOS. 2 through 4, 6, 7, 9 through 15 to the Elias Declaration.[1]

Respectfully submitted, this 11th day of February, 2011.

/s/ *Dan F. Laney, III*
Dan F. Laney III
Georgia Bar No. 435290
dlaney@rh-law.com

Richard H. Sinkfield
Georgia Bar No. 649100
rsinkfield@rh-law.com

ROGERS & HARDIN LLP
229 Peachtree Street, N.E.
2700 International Tower
Atlanta, Georgia  30303
Tel.:  404-522-4700
Fax:  404-525-2224

Andrew J. Frackman
New York Bar No. 1751288
afrackman@omm.com

Abby F. Rudzin
New York Bar No. 4126330
arudzin@omm.com

Brad M. Elias
New York Bar No. 4675555
belias@omm.com

---

[1] At the time the Protective Order was entered, Merrill Pro was not a party to this action.

2

Admitted *Pro Hac Vice*

O'MELVENY & MYERS LLP
7 Times Square
New York, New York  10036
Tel.:  212-326-2000
Fax:  212-326-2061

*Attorneys for Defendant Merrill Lynch Professional Clearing Corp.*

3

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> MORGAN STANLEY & CO., INC., *et al.* <br><br> Defendants. | CIVIL ACTION NUMBER: <br> 1:10-CV-03108-JEC |

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2011, I caused a copy of the foregoing **DEFENDANT MERRILL LYNCH PROFESSIONAL CLEARING CORP.'S NOTICE OF MANUAL FILING UNDER SEAL** to be filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to the following attorneys of record:

> John E. Floyd, Esq.
> floyd@bmelaw.com
>
> Steven J. Rosenwasser, Esq.
> rosenwasser@bmelaw.com
>
> Nicole G. Iannarone, Esq.
> iannarone@bmelaw.com
>
> Jill A. Pryor, Esq.
> pryor@bmelaw.com

>Robert L. Ashe, III, Esq.
>ashe@bmelaw.com
>
>Michael A. Caplan, Esq.
>caplan@bmelaw.com
>
>Elizabeth G. Eager
>eager@bmelaw.com

and that I have caused a copy to be served by U.S. Mail on the following attorneys of record:

>James W. Christian, Esq.
>CHRISTIAN, SMITH & JEWELL LLP
>2302 Fannin, Suite 500
>Houston, TX  77002
>
>Robert F. Wise, Jr., Esq.
>Melissa Aoyagi, Esq.
>DAVIS POLK & WARDWELL LLP
>450 Lexington Avenue
>New York, NY  10017
>
>Richard H. Klapper, Esq.
>Richard C. Pepperman, II, Esq.
>Tracy Richelle High, Esq.
>SULLIVAN & CROMWELL LLP
>125 Broad Street
>New York, NY  10004-2498
>
>Stephen L. Ratner, Esq.
>Brian L. Friedman, Esq.
>PROSKAUER ROSE LLP
>1585 Broadway
>New York, NY  10036

Gregory A. Markel, Esq.
Martin L. Seidel, Esq.
Peter J. Isajiw, Esq.
Heather L. Fesnak, Esq.
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, NY  10281

Fraser L. Hunter, Jr., Esq.
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY  10022

Andrew J. Frackman, Esq.
Abby Rudzin, Esq.
Brad Elias, Esq.
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY  10036

Andrew B. Clubok, Esq.
Jeffrey G. Landis, Esq.
Jeffrey M. Gould, Esq.
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC  20005

*/s/ Dan F. Laney, III*
Dan F. Laney III
Georgia Bar No. 435290
dlaney@rh-law.com

*Attorneys for Defendant Merrill Lynch Professional Clearing Corp.*

3