**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> MORGAN STANLEY & CO., INC., *et al.* <br><br> Defendants. | CIVIL ACTION NUMBER: <br> 1:10-CV-03108-JEC |

### NOTICE OF APPEARANCE OF BRAD M. ELIAS

Brad M. Elias of the law firm O'Melveny & Myers LLP, who was admitted to this Court pro hac vice on December 17, 2010, hereby enters his appearance as attorney of record for Defendant Merrill Lynch Professional Clearing Corp. and asks to receive notice of all court filings via the CM/ECF system.  Mr. Elias is also counsel to Defendants Merrill Lynch, Pierce, Fenner & Smith, Inc. and Banc of America Securities, LLC in this action.

This 15th day of February 2011.

        /s/ Richard H. Sinkfield
Richard H. Sinkfield
Georgia Bar No. 649100
rsinkfield@rh-law.com

Dan F. Laney III
Georgia Bar No. 435290
dlaney@rh-law.com

ROGERS & HARDIN LLP
229 Peachtree Street, N.E.
2700 International Tower
Atlanta, Georgia  30303
Tel.:   404-522-4700
Fax:   404-525-2224

Brad M. Elias
New York Bar No. 4675555
belias@omm.com

Admitted *Pro Hac Vice*

O'MELVENY & MYERS LLP
7 Times Square
New York, New York  10036
Tel.:   212-326-2000
Fax:   212-326-2061

*Attorneys for Defendant Merrill Lynch Professional Clearing Corp.*

- 3 -

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> MORGAN STANLEY & CO., INC., *et al.* <br><br> Defendants. | CIVIL ACTION NUMBER: <br> 1:10-CV-03108-JEC |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2011, I caused a copy of the foregoing **NOTICE OF APPEARANCE OF BRAD M. ELIAS** to be filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to the following attorneys of record:

> John E. Floyd, Esq.
> floyd@bmelaw.com
>
> Steven J. Rosenwasser, Esq.
> rosenwasser@bmelaw.com
>
> Nicole G. Iannarone, Esq.
> iannarone@bmelaw.com
>
> Jill A. Pryor, Esq.
> pryor@bmelaw.com

Robert L. Ashe, III, Esq.
ashe@bmelaw.com

Michael A. Caplan, Esq.
caplan@bmelaw.com

Elizabeth G. Eager
eager@bmelaw.com

Brad M. Elias
belias@omm.com

Gregory A. Markel
Greg.Markel@cwt.com

Jason M. Halper
Jason.Halper@cwt.com

Richard C. Pepperman
peppermanr@sullcrom.com

James W. Christian, Esq.
Gary M. Jewell, Esq.
Katherine Morton-Gonyea, Esq.
CHRISTIAN, SMITH & JEWELL LLP
2302 Fannin, Suite 500
Houston, TX  77002

Robert F. Wise, Jr., Esq.
Melissa Aoyagi, Esq.
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY  10017

David M.J. Rein, Esq.
Tracy Richelle High, Esq.
Robin L. Nunn, Esq.
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY  10004-2498

Harry Frischer, Esq.
Stephen L. Ratner, Esq.
Brian L. Friedman, Esq.
PROSKAUER ROSE LLP
1585 Broadway
New York, NY  10036

Heather L. Fesnak, Esq.
Israel Dahan, Esq.
Peter Isajiw, Esq.
CADWALADER, WICKERSHAM &
TAFT LLP
One World Financial Center
New York, NY  10281

Fraser L. Hunter, Jr., Esq.
Brad E. Konstandt, Esq.
Douglas F. Curtis, Esq.
J. David Zetlin-Jones, Esq.
WILMER CUTLER PICKERING HALE
AND DORR LLP
399 Park Avenue
New York, NY  10022

Andrew J. Frackman, Esq.
Abby F. Rudzin, Esq.
Allen W. Burton, Esq.
Jacqueline V. Roeder, Esq.
Jeffrey A. Kopczynski, Esq.
Mia N. Gonzalez, Esq.
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY  10036

Andrew B. Clubok, Esq.
Daniel J. Gomez, Esq.
Jeffrey G. Landis, Esq.
Jeffrey M. Gould, Esq.
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC  20005

/*s*/ Richard H. Sinkfield

Richard H. Sinkfield
Georgia Bar No. 649100
rsinkfield@rh-law.com