IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TASER INTERNATIONAL, INC.,
*et al.*

       Plaintiffs,

v.

MORGAN STANLEY & CO., INC.,
*et al.*

       Defendants.

CIVIL ACTION NUMBER:
1:10-CV-03108-JEC

## JOINT MOTION FOR EXTENSION OF TIME

Defendant Morgan Stanley & Co. Incorporated ("MSCO") and Plaintiffs

jointly move to extend the pending deadline for MSCO to file its response to

Plaintiffs' Motion to Compel Morgan Stanley's Production of Unredacted

Documents, which was filed in the above-captioned action.[1]

1.     MSCO's response to the Motion to Compel [Docket No. 211] is

currently due on February 17, 2011.

---

[1] Plaintiffs believe that the removal of this case was improper, and have filed a
motion to remand.  Plaintiffs' agreement to this Proposed Consent Order
Extending Time should not be construed as Plaintiffs' agreement or consent to the
removal or to the jurisdiction of this Court.

2.     MSCO and Plaintiffs agree and jointly move that the due date for MSCO's response to the Motion to Compel should be extended for seven (7) days, to and including February 24, 2011.

3.     This extension shall be without prejudice to MSCO's right to request or move for a further extension of time for its response to the Motion to Compel and without prejudice to Plaintiffs' right to object to any such request or motion.

4.     A copy of the parties' proposed Consent Order is attached hereto as Exhibit A.

Jointly submitted this 17th day of February, 2011.


/s/ NICOLE G. IANNARONE

NICOLE G. IANNARONE
Georgia Bar No. 382510
Email: iannarone@bmelaw.com

John E. Floyd
Georgia Bar No. 266413
Email: floyd@bmelaw.com

Steven J. Rosenwasser
Georgia Bar No. 614908
Email: rosenwasser@bmelaw.com

Jill A. Pryor
Georgia Bar No. 589140
Email: pryor@bmelaw.com

Elizabeth G. Eager
Georgia Bar No. 644007
Email: eager@bmelaw.com

Robert L. Ashe III
Georgia Bar No. 208077
Email: ashe@bmelaw.com

BONDURANT, MIXSON &
ELMORE LLP
3900 One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, GA  30309
Tel.:  404-881-4100
Fax:  404-881-4111

*Attorneys for Plaintiffs*


/s/ RICHARD H. SINKFIELD

RICHARD H. SINKFIELD
Georgia Bar No. 649100
Email: rsinkfield@rh-law.com

Dan F. Laney III
Georgia Bar No. 435290
Email: dlaney@rh-law.com

ROGERS & HARDIN LLP
229 Peachtree Street, N.E.
2700 International Tower
Atlanta, Georgia  30303
Tel.:  404-522-4700
Fax:  404-525-2224

Robert F. Wise, Jr.
Admitted *Pro Hac Vice*
Email: robert.wise@davispolk.com

Melissa T. Aoyagi
Admitted *Pro Hac Vice*
Email:  melissa.aoyagi@davispolk.com

DAVIS POLK & WARDWELL LLP
450 Lexington Avenius
New York, New York  10017
Tel.:  212-450-4000
Fax:  212-701-5800

*Attorneys for Defendant Morgan Stanley*
*& Co. Incorporated*

3

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

TASER INTERNATIONAL, INC.,
*et al.*

       Plaintiffs,

v.

MORGAN STANLEY & CO., INC.,
*et al.*

       Defendants.

CIVIL ACTION NUMBER:
1:10-CV-03108-JEC

### <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this day a true and correct copy of the foregoing

**JOINT MOTION FOR EXTENSION OF TIME** was electronically filed with

the Clerk of Court using the Court's CM/ECF system, which will automatically

send an email notification of such filing to the following attorneys of record:

> John E. Floyd, Esq.
> floyd@bmelaw.com
>
> Steven J. Rosenwasser, Esq.
> rosenwasser@bmelaw.com
>
> Nicole G. Iannarone, Esq.
> iannarone@bmelaw.com

Jill A. Pryor, Esq.
pryor@bmelaw.com

Robert L. Ashe, III, Esq.
ashe@bmelaw.com

Michael A. Caplan, Esq.
caplan@bmelaw.com

Elizabeth G. Eager
eager@bmelaw.com

Brad M. Elias
belias@omm.com

Gregory A. Markel
Greg.Markel@cwt.com

Jason M. Halper
Jason.Halper@cwt.com

Richard C. Pepperman
peppermanr@sullcrom.com

Melissa Aoyagi, Esq.
melissa.aoyagi@davispolk.com

David M.J. Rein, Esq.
reind@sullcrom.com

Heather L. Fesnak, Esq.
heather.fesnak@cwt.com

Peter Isajiw, Esq.
peter.isajiw@cwt.com

2

Fraser L. Hunter, Jr., Esq.
fraser.hunter@wilmerhale.com

Brad E. Konstandt, Esq.
brad.konstandt@wilmerhale.com

Andrew J. Frackman, Esq.
afrackman@omm.com

Abby F. Rudzin, Esq.
arudzin@omm.com

Mia N. Gonzalez, Esq.
mgonzalez@omm.com

James W. Christian, Esq.
Gary M. Jewell, Esq.
Katherine Morton-Gonyea, Esq.
CHRISTIAN, SMITH & JEWELL LLP
2302 Fannin, Suite 500
Houston, TX  77002

Robert F. Wise, Jr., Esq.
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY  10017

Tracy Richelle High, Esq.
Robin L. Nunn, Esq.
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY  10004-2498

Harry Frischer, Esq.
Stephen L. Ratner, Esq.
Brian L. Friedman, Esq.
PROSKAUER ROSE LLP
1585 Broadway
New York, NY  10036

Israel Dahan, Esq.
CADWALADER, WICKERSHAM &
TAFT LLP
One World Financial Center
New York, NY  10281

Douglas F. Curtis, Esq.
J. David Zetlin-Jones, Esq.
WILMER CUTLER PICKERING HALE
AND DORR LLP
399 Park Avenue
New York, NY  10022

Allen W. Burton, Esq.
Jacqueline V. Roeder, Esq.
Jeffrey A. Kopczynski, Esq.
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY  10036

Andrew B. Clubok, Esq.
Daniel J. Gomez, Esq.
Jeffrey G. Landis, Esq.
Jeffrey M. Gould, Esq.
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC  20005

This 17th day of February, 2011.


                                        /s/ Richard H. Sinkfield
                                        Richard H. Sinkfield
                                        Georgia Bar No. 649100

ROGERS & HARDIN LLP
2700 International Tower
229 Peachtree Street, N.E.
Atlanta, GA  30303-1601
Tel. (404) 522-4700
Fax. (404) 525-2224