IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TASER INTERNATIONAL, INC.,
et al.

    Plaintiffs,

v.

MORGAN STANLEY & CO., INC.,
et al.

    Defendants.

CIVIL ACTION NUMBER:
1:10-CV-03108-JEC

## CONSENT ORDER EXTENDING TIME

Defendant Morgan Stanley & Co. Incorporated ("MSCO") and Plaintiffs have consented and jointly moved to extend the pending deadline for MSCO to file its response to Plaintiffs' Motion to Compel Morgan Stanley's Production of Unredacted Documents.[1]

By agreement among the parties, and for good cause shown, it is hereby ORDERED that:

---

[1] Plaintiffs believe that the removal of this case was improper, and have filed a motion to remand. Plaintiffs' agreement to this Proposed Consent Order Extending Time should not be construed as Plaintiffs' agreement or consent to the removal or to the jurisdiction of this Court.

The time for MSCO to file its response to Plaintiffs' Motion to Compel [Docket No. 211] is extended for seven (7) days, to and including February 24, 2011. This extension shall be without prejudice to MSCO's right to request or move for a further extension of time for its response to the Motion to Compel and without prejudice to Plaintiffs' right to object to any such request or motion.

So ORDERED this 22 day of February, 2011.

---
Julie E. Carnes, Chief Judge
United States District Court