# ATTACHMENT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> MORGAN STANLEY & CO., INC., *et al.* <br><br> Defendants. | CIVIL ACTION NUMBER: <br> 1:10-CV-03108-JEC |

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2011, I caused a copy of the foregoing **RESPONSES OF DEFENDANTS GOLDMAN, SACHS & CO. AND GOLDMAN SACHS EXECUTION & CLEARING, L.P. TO PLAINTIFFS' CORRECTED AMENDED NOTICE TO TAKE RULE 30(b)(6) DEPOSITION** to be served by U.S. Mail on the following attorney of record:

>Steven J. Rosenwasser, Esq.
>BONDURANT, MIXSON & ELMORE LLP
>3900 One Atlantic Center
>1201 West Peachtree Street, N.W.
>Atlanta, Georgia 30309

and that I caused a copy to be served by e-mail on the following attorneys of record:

James W. Christian, Esq.
jchristian@csj-law.com

Brad M. Elias, Esq.
belias@omm.com

Melissa Aoyagi, Esq.
melissa.aoyagi@davispolk.com

Peter Isajiw, Esq.
peter.isajiw@cwt.com

Brian L. Friedman, Esq.
blfriedman@proskauer.com

Andrew B. Clubok, Esq.
andew.clubok@kirkland.com

Brad E. Konstandt, Esq.
brad.konstandt@wilmerhale.com

_____
David M.J. Rein
New York Bar No. 2868149
reind@sullcrom.com