IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.*, | : <br> : <br> : <br> : Civil Case No.: 1:10-CV-3108-JEC <br> : <br> : **NOTICE OF DEPOSITION** <br> : <br> : <br> : |
| Plaintiffs, | |
| v. | |
| MORGAN STANLEY & CO., INC., *et al.*, | |
| Defendants. | |

Please take notice that pursuant to Federal Rule of Civil Procedure 30(a)(1), the Defendants Morgan Stanley & Co. Incorporated, Goldman, Sachs & Co., Goldman Sachs Execution & Clearing, L.P., Banc of America Securities, LLC, and Merrill Lynch, Pierce, Fenner & Smith, Inc. (the "Noticing Defendants") will take the deposition on oral examination of Chester B. Scott, Jr. on April 4, 2011, commencing at 10:00 a.m.  The deposition will take place at the offices of Rennillo-Veritext, 100 Erieview Tower, 1301 East 9th Street, Cleveland, Ohio 44114.

The deposition will be taken before an officer authorized to administer oaths and will be recorded by stenographic means and by audio or videotape, or

both.  The deposition shall be taken for the purpose of discovery, for use as evidence at trial, and for all other purposes and uses authorized by law.

Pursuant to Federal Rule of Civil Procedure 30(b)(2), Defendants attach hereto as Exhibit A a true and correct copy of the subpoena that will be served on Chester B. Scott, Jr., which lists the materials designated for production on or before April 1, 2011 by the deponent.

Dated:  March 3, 2011.

/s/ Richard H. Sinkfield
Richard H. Sinkfield
Georgia Bar No. 649100
Dan F. Laney III
Georgia Bar No. 435290

*Attorneys for the Noticing Defendants*

ROGERS & HARDIN LLP
2700 International Tower
229 Peachtree St., NE
Atlanta, Georgia  30307
Phone:  404-522-4700
Fax:  404-525-2224

Robert F. Wise, Jr.
Admitted Pro Hac Vice
Melissa T. Aoyagi
Admitted Pro Hac Vice

*Attorneys for Defendant Morgan Stanley & Co. Incorporated*

DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York  10017
Phone:  212-450-4000
Fax:  212-701-5800

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.*<br><br>    Plaintiffs,<br><br>v.<br><br>MORGAN STANLEY & CO., INC., *et al.*<br><br>    Defendants. | CIVIL ACTION NUMBER:<br>1:10-CV-03108-JEC |

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2011, I caused a copy of the foregoing Notice of Deposition to be filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to the following attorneys of record:

> John E. Floyd, Esq.
> floyd@bmelaw.com
>
> Steven J. Rosenwasser, Esq.
> rosenwasser@bmelaw.com
>
> Nicole G. Iannarone, Esq.
> iannarone@bmelaw.com

Jill A. Pryor, Esq.
pryor@bmelaw.com

Robert L. Ashe, III, Esq.
ashe@bmelaw.com

Michael A. Caplan, Esq.
caplan@bmelaw.com

Elizabeth G. Eager, Esq.
eager@bmelaw.com

Brad M. Elias, Esq.
belias@omm.com

Gregory A. Markel, Esq.
Greg.Markel@cwt.com

Jason M. Halper, Esq.
Jason.Halper@cwt.com

Richard C. Pepperman, Esq.
peppermanr@sullcrom.com

Melissa Aoyagi, Esq.
melissa.aoyagi@davispolk.com

David M.J. Rein, Esq.
reind@sullcrom.com

Heather L. Fesnak, Esq.
heather.fesnak@cwt.com

Peter Isajiw, Esq.
peter.isajiw@cwt.com

Fraser L. Hunter, Jr., Esq.
fraser.hunter@wilmerhale.com

Brad E. Konstandt, Esq.
brad.konstandt@wilmerhale.com

Andrew J. Frackman, Esq.
afrackman@omm.com

Abby F. Rudzin, Esq.
arudzin@omm.com

Mia N. Gonzalez, Esq.
mgonzalez@omm.com

James W. Christian, Esq.
Gary M. Jewell, Esq.
Katherine Morton-Gonyea, Esq.
CHRISTIAN, SMITH & JEWELL LLP
2302 Fannin, Suite 500
Houston, TX  77002

Robert F. Wise, Jr., Esq.
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY  10017

Richard H. Klapper, Esq.
Tracy Richelle High, Esq.
Robin L. Nunn, Esq.
Justin J. DeCamp, Esq.
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY  10004-2498

Harry Frischer, Esq.
Stephen L. Ratner, Esq.
Brian L. Friedman, Esq.
PROSKAUER ROSE LLP
1585 Broadway
New York, NY  10036

Israel Dahan, Esq.
CADWALADER, WICKERSHAM &
TAFT LLP
One World Financial Center
New York, NY  10281

Douglas F. Curtis, Esq.
J. David Zetlin-Jones, Esq.
WILMER CUTLER PICKERING HALE
AND DORR LLP
399 Park Avenue
New York, NY  10022

Allen W. Burton, Esq.
Jacqueline V. Roeder, Esq.
Jeffrey A. Kopczynski, Esq.
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY  10036

Andrew B. Clubok, Esq.
Daniel J. Gomez, Esq.
Jeffrey G. Landis, Esq.
Jeffrey M. Gould, Esq.
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC  20005

-5-

        /*s*/ Richard H. Sinkfield
        ―――――――――――――――――――
Richard H. Sinkfield
Georgia Bar No. 649100
rsinkfield@rh-law.com