# ATTACHMENT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MORGAN STANLEY & CO., INC., *et al.*, <br><br> Defendants. | Civil Case No. <br><br> 1:10-CV-03108-JEC |

### CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of March, 2011, a true and correct copy of DEFENDANTS MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED'S, MERRILL LYNCH PROFESSIONAL CLEARING CORP.'S, AND BANC OF AMERICA SECURITIES LLC'S RESPONSES AND OBJECTIONS TO PLAINTIFF DAVID BATCHELOR'S INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS RELATING TO GOOD FAITH RELIANCE ON COUNSEL DEFENSE TO CERTAIN DEFENDANTS was served via U.S. Mail upon the following attorneys of record:

ATTORNEYS FOR PLAINTIFFS

    Steven J. Rosenwasser, Esq.
    Bondurant, Mixson & Elmore, LLP
    3900 One Atlantic Center
    1201 West Peachtree Street, N.W.
    Atlanta, Georgia  30309

And via electronic mail upon the following attorneys of record:

<u>ATTORNEYS FOR DEFENDANTS</u>

Melissa Aoyagi, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY  10017
melissa.aoyagi@dpw.com

Brian L. Friedman, Esq.
Proskauer Rose LLP
1585 Broadway
New York, NY  10036
blfriedman@proskauer.com

Gregory Markel, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY  10281
greg.markel@cwt.com

Richard C. Pepperman II, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY  10004
peppermanr@sullcrom.com

Richard H. Sinkfield, Esq.
Rogers & Hardin LLP
2700 International Tower
Atlanta, GA  30303
rsinkfield@rh-law.com

Fraser L. Hunter, Jr., Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY  10022
fraser.hunter@wilmerhale.com

Andrew B. Clubok, Esq.
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, DC 20005
aclubok@kirkland.com

Dated:  March 7, 2011

/s/ Brad M. Elias
Brad M. Elias

O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036
Ph:  (212) 326-2000
Fax:  (212) 326-2061

Richard H. Sinkfield, Esq.
Georgia Bar No. 649100
Dan F. Laney, III
Georgia Bar No. 435290
ROGERS & HARDIN LLP
2700 International Tower
229 Peachtree St, NW
Atlanta, Georgia  30307
Ph:  (404) 522-4700
Fax: (404) 525-2224

NY1:1839625.1

3