IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

---------------------------------------------------- X
TASER INTERNATIONAL, INC., *et al.*,  :
                                           :
      Plaintiffs,               :    CIVIL ACTION NO:
                                           :    1:10-CV-03108-JEC
                                           :
v.                                            :
                                           :
MORGAN STANLEY & CO., INC. *et al.*,   :
                                           :
      Defendants.             :
---------------------------------------------------- X

**NOTICE TO TAKE VIDEOTAPED DEPOSITION
OF ROBERT STRATBUCKER**

**TO:**   **TASER INTERNATIONAL, INC.**
        c/o Steven J. Rosenwasser
        Bondurant, Mixson & Elmore, LLP
        3900 One Atlantic Center
        1201 West Peachtree Street NW
        Atlanta, GA  30309-3400

**PLEASE TAKE NOTICE** that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Morgan Stanley & Co. Incorporated; Goldman Sachs & Co.; Goldman Sachs Execution & Clearing, L.P.; Merrill Lynch, Pierce, Fenner & Smith, Inc.; and Banc of America Securities (the "Noticing Defendants") will take the videotaped deposition upon oral examination of Robert Stratbucker on May 2, 2011, at 8300 North Hayden, Suite A207, Scottsdale, Arizona 85258, commencing

at 9:00 a.m., provided that TASER has completed its production of documents in response to Defendants' Fourth Set of Requests for Production of Documents served on April 5, 2010 (the "Requests") no later than March 18, 2011.  In the event that TASER has not completed its production in response to the Requests by March 18, 2011, defendants will take the deposition of Mr. Stratbucker pursuant to this notice not less than twenty (20) business days from the date of the completion of TASER's production in response to the Requests, commencing at 9:00 a.m.  The deposition will be taken in Scottsdale, Arizona, or at such other time and place as may be mutually agreed upon by the parties.  The deposition will take place before an authorized officer and pursuant to the Federal Rules of Civil Procedure.  The deposition will be recorded by stenographic means and by sound and visual means.

This 10th day of March, 2011.

/s/ Richard H. Sinkfield
Richard H. Sinkfield
Georgia Bar No. 649100
rsinkfield@rh-law.com
Dan F. Laney, III
Georgia Bar No. 435290
dlaney@rh-law.com
*Attorneys for Noticing Defendants*

ROGERS & HARDIN LLP
2700 International Tower
Peachtree Center
229 Peachtree St., NE
Atlanta, Georgia  30303
Phone:  404-522-4700
Fax:  404-525-2224

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

```
-------------------------------------------------- X
TASER INTERNATIONAL, INC., et al.,      :
                                        :    CIVIL ACTION NO:
         Plaintiffs,                    :    1:10-CV-03108-JEC
                                        :
v.                                      :
                                        :
MORGAN STANLEY & CO., INC. et al.,      :
                                        :
         Defendants.                    :
-------------------------------------------------- X
```

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2011, I caused a copy of the foregoing **NOTICE TO TAKE VIDEOTAPED DEPOSITION OF ROBERT STRATBUCKER** to be filed with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

> John E. Floyd, Esq.
> floyd@bmelaw.com
>
> Steven J. Rosenwasser, Esq.
> rosenwasser@bmelaw.com
>
> Nicole G. Iannarone, Esq.
> iannarone@bmelaw.com

Jill A. Pryor, Esq.
pryor@bmelaw.com

Robert L. Ashe, III, Esq.
ashe@bmelaw.com

Michael A. Caplan, Esq.
caplan@bmelaw.com

Elizabeth G. Eager
eager@bmelaw.com

Brad M. Elias
belias@omm.com

Gregory A. Markel
Greg.Markel@cwt.com

Jason M. Halper
Jason.Halper@cwt.com

Richard C. Pepperman
peppermanr@sullcrom.com

Melissa Aoyagi, Esq.
melissa.aoyagi@davispolk.com

David M.J. Rein, Esq.
reind@sullcrom.com

Heather L. Fesnak, Esq.
heather.fesnak@cwt.com

Peter Isajiw, Esq.
peter.isajiw@cwt.com

Fraser L. Hunter, Jr., Esq.
fraser.hunter@wilmerhale.com

Brad E. Konstandt, Esq.
brad.konstandt@wilmerhale.com

Andrew J. Frackman, Esq.
afrackman@omm.com

Abby F. Rudzin, Esq.
arudzin@omm.com

Mia N. Gonzalez, Esq.
mgonzalez@omm.com

James W. Christian, Esq.
Gary M. Jewell, Esq.
Katherine Morton-Gonyea, Esq.
CHRISTIAN, SMITH & JEWELL LLP
2302 Fannin, Suite 500
Houston, TX  77002

Robert F. Wise, Jr., Esq.
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY  10017

Tracy Richelle High, Esq.
Robin L. Nunn, Esq.
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY  10004-2498

Harry Frischer, Esq.
Stephen L. Ratner, Esq.
Brian L. Friedman, Esq.
PROSKAUER ROSE LLP
1585 Broadway
New York, NY  10036

3

Israel Dahan, Esq.
CADWALADER, WICKERSHAM &
TAFT LLP
One World Financial Center
New York, NY  10281

Douglas F. Curtis, Esq.
J. David Zetlin-Jones, Esq.
WILMER CUTLER PICKERING HALE
AND DORR LLP
399 Park Avenue
New York, NY  10022

Allen W. Burton, Esq.
Jacqueline V. Roeder, Esq.
Jeffrey A. Kopczynski, Esq.
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY  10036

Andrew B. Clubok, Esq.
Daniel J. Gomez, Esq.
Jeffrey G. Landis, Esq.
Jeffrey M. Gould, Esq.
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC  20005

          /s/ Richard H. Sinkfield
          Richard H. Sinkfield
          Georgia Bar No. 649100
          rsinkfield@rh-law.com

ROGERS & HARDIN LLP
2700 International Tower
229 Peachtree St., NE
Atlanta, Georgia  30303
Phone:  404-522-4700
Fax:  404-525-2224