# ATTACHMENT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.*, <br><br>    Plaintiffs, <br><br> v. <br><br> MORGAN STANLEY & CO., INC., *et al.*, <br><br>    Defendants. | Civil Case No. <br><br> 1:10-CV-03108-JEC |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of March, 2011, a true and correct copy of Defendant Merrill Lynch, Pierce, Fenner and Smith Incorporated's First Set of Requests for Admission to Each Plaintiff was served via U.S. mail upon the following attorney of record:

ATTORNEYS FOR PLAINTIFFS

   Steven J. Rosenwasser, Esq.
   Bondurant, Mixson & Elmore, LLP
   3900 One Atlantic Center
   1201 West Peachtree Street, N.W.
   Atlanta, Georgia  30309

And via electronic mail upon the following attorneys of record:

ATTORNEYS FOR DEFENDANTS

   Melissa Aoyagi, Esq.
   Davis Polk & Wardwell LLP
   450 Lexington Avenue
   New York, NY  10017
   melissa.aoyagi@dpw.com

   Brian L. Friedman, Esq.
   Proskauer Rose LLP
   1585 Broadway
   New York, NY  10036
   blfriedman@proskauer.com

   Richard H. Sinkfield, Esq.
   Rogers & Hardin LLP
   2700 International Tower
   Atlanta, GA  30303
   rsinkfield@rh-law.com

   Fraser L. Hunter, Jr., Esq.
   Wilmer Cutler Pickering Hale and Dorr LLP
   399 Park Avenue
   New York, NY  10022
   fraser.hunter@wilmerhale.com

Gregory Markel, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
greg.markel@cwt.com

Andrew B. Clubok, Esq.
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, DC 20005
aclubok@kirkland.com

Richard Pepperman, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
peppermanr@sullcrom.com

Dated: March 17, 2011

_____
Brad M. Elias

O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036
Ph: (212) 326-2000
Fax: (212) 326-2061

Richard H. Sinkfield, Esq.
Georgia Bar No. 649100
Dan F. Laney, III
Georgia Bar No. 435290
ROGERS & HARDIN LLP
2700 International Tower
229 Peachtree St, NW
Atlanta, Georgia 30307
Ph: (404) 522-4700
Fax: (404) 525-2224

NY1:1840668.1