# ATTACHMENT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>MORGAN STANLEY & CO., INC., *et al.*,<br><br>    Defendants. | Civil Case No.<br><br>1:10-CV-03108-JEC |

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of March, 2011, a true and correct copy of MERRILL LYNCH PROFESSIONAL CLEARING CORP.'S AMENDED RESPONSES AND OBJECTIONS TO PLAINTIFF TASER INTERNATIONAL'S FIRST SET OF INTERROGATORIES was served via U.S. mail upon the following attorney of record:

ATTORNEYS FOR PLAINTIFFS

    Steven J. Rosenwasser, Esq.
    Bondurant, Mixson & Elmore, LLP
    3900 One Atlantic Center
    1201 West Peachtree Street, N.W.
    Atlanta, Georgia  30309

And via electronic mail upon the following attorneys of record:

ATTORNEYS FOR DEFENDANTS

    Melissa Aoyagi, Esq.
    Davis Polk & Wardwell LLP
    450 Lexington Avenue
    New York, NY  10017
    melissa.aoyagi@dpw.com

    Brian L. Friedman, Esq.
    Proskauer Rose LLP
    1585 Broadway
    New York, NY  10036
    blfriedman@proskauer.com

    Richard H. Sinkfield, Esq.
    Rogers & Hardin LLP
    2700 International Tower
    Atlanta, GA  30303
    rsinkfield@rh-law.com

    Fraser L. Hunter, Jr., Esq.
    Wilmer Cutler Pickering Hale and Dorr LLP
    399 Park Avenue
    New York, NY  10022
    fraser.hunter@wilmerhale.com

Gregory Markel, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
greg.markel@cwt.com

Andrew B. Clubok, Esq.
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, DC 20005
aclubok@kirkland.com

Richard Pepperman, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
peppermanr@sullcrom.com

Dated: March 22, 2011

_____
Brad M. Elias

O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036
Ph: (212) 326-2000
Fax: (212) 326-2061

Richard H. Sinkfield, Esq.
Georgia Bar No. 649100
Dan F. Laney, III
Georgia Bar No. 435290
ROGERS & HARDIN LLP
2700 International Tower
229 Peachtree St, NW
Atlanta, Georgia 30307
Ph: (404) 522-4700
Fax: (404) 525-2224

NY1:1840986.1