IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.*, ) | |
| ) | Case No.: 1:10-CV-03108-JEC |
| Plaintiffs, ) | |
| ) | [On removal from the State |
| v. ) | Court of Fulton County, |
| ) | Georgia Case No. |
| MORGAN STANLEY & CO., INC., *et al.*, ) | 2008-EV-004739-B] |
| ) | |
| Defendants. ) | |
| _____) | |

**JOINT MOTION TO SEAL PURSUANT TO PROTECTIVE ORDER**

Pursuant to the Protective Order entered on April 15, 2010, by the State Court in this action, Plaintiffs and Defendant Banc of America Securities LLC hereby file this Motion to Seal seeking issuance of an order sealing Plaintiffs' Notice to Take Deposition of Banc of America Securities LLC ("Deposition Notice") [Dkt. 276].

1.  This motion to seal is requested pursuant to the Protective Order entered in this case on April 15, 2010.

2.  The proposed item for seal is Plaintiffs' Notice to Take Deposition of Banc of America Securities LLC [Dkt. 276].

856146.1

     3.     Plaintiffs and Defendant Banc of America Securities LLC request that these documents remain sealed for the duration of this case, or until further notice of the Court.

     4.     The documents are within the Protective Order entered in this case on April 15, 2010.

The parties request that the Court seal these documents because several of the topics listed in the Deposition Notice include information that has been marked as "Confidential" or "Highly Confidential" pursuant to the terms of the Protective Order issued in this case and entered by the State Court on April 15, 2010.  The Deposition Notice incorporates and describes this confidential information.  Accordingly, Plaintiffs and Defendant Banc of America Securities LLC respectfully request that the Court seal Plaintiffs' Notice to Take Deposition of Banc of America Securities LLC [Dkt. 276].

[signatures on next page]

Respectfully submitted, this 24th day of March, 2011.

| | |
|---|---|
| */s/ Michael A. Caplan* | */s/ Brad Elias*_____ |
| John E. Floyd | (by MAC with express permission) |
| Georgia Bar No. 266413 | Andrew J. Frackman, Esq. |
| Steven J. Rosenwasser | Brad Elias, Esq. |
| Georgia Bar No. 614908 | O'MELVENY & MYERS LLP |
| Nicole G. Iannarone | 7 Times Square |
| Georgia Bar No. 382510 | New York, NY  10036 |
| Michael A. Caplan | afrackman@omm.com |
| Georgia Bar No. 601039 | |
| BONDURANT, MIXSON & ELMORE, LLP | **Attorneys for Defendant Banc of America Securities LLC** |
| 3900 One Atlantic Center | |
| 1201 West Peachtree Street, N.W. | |
| Atlanta, Georgia  30309 | |
| caplan@bmelaw.com | |

**Attorneys for the Plaintiffs**

# CERTIFICATE OF SERVICE

I hereby certify that on this day, a true and correct copy of the foregoing **JOINT MOTION TO SEAL PURSUANT TO PROTECTIVE ORDER** was electronically filed with the Clerk of Court using the Court's electronic filing system which will automatically send an email notification of such filing to the following attorneys of record who are registered participants in the Court's electronic notice and filing system:

> **Attorneys for Defendants:**
> Richard H. Sinkfield, Esq.
> Dan F. Laney, III, Esq.
> Kristina M. Jones, Esq.
> Stefanie H. Jackman, Esq.
> James W. Cobb, Esq.
> Rogers & Hardin
> 2700 International Tower, Peachtree Center
> 229 Peachtree Street, N.E.
> Atlanta, GA  30303-1601
> rsinkfield@rh-law.com

Further, I hereby certify that on this day, I caused a true and correct copy of the foregoing to be served by U.S. Mail on:

> **Attorneys for Banc of America Securities LLC;**
> **Merrill Lynch, Pierce, Fenner & Smith, Inc.; and Merrill Lynch**
> **Professional Clearing Corporation:**
> Andrew J. Frackman, Esq.
> Brad Elias, Esq.
> O'Melveny & Myers LLP
> 7 Times Square

856146.1

4

New York, NY  10036
afrackman@omm.com

**Attorneys for Morgan Stanley & Co. Incorporated:**
Robert F. Wise, Jr., Esq.
William J. Fenrich, Esq.
Melissa T. Aoyagi, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY  10017
robert.wise@davispolk.com

**Attorneys for Bear Stearns & Co., Inc. and Bear Stearns Securities Corp.:**
Stephen L. Ratner, Esq.
Harry Frischer, Esq.
Brian L. Friedman, Esq.
Proskauer Rose LLP
1585 Broadway
New York, NY  10036
blfriedman@proskauer.com

**Attorneys for Goldman, Sachs & Co. and Goldman Sachs Execution & Clearing, L.P.:**
Richard C. Pepperman II, Esq.
Richard H. Klapper, Esq.
Tracy Richelle High, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY  10004
peppermanr@sullcrom.com

**Attorneys for Deutsche Bank Securities Inc.:**
Heather L. Fesnak, Esq.
Peter J. Isajiw, Esq.
Gregory A. Markel, Esq.
Cadwalader Wickersham & Taft LLP
One World Financial Center

New York, NY  10281
peter.isajiw@cwt.com

**Attorneys for UBS Securities, LLC:**
Andrew B. Clubok, Esq.
Jeffrey G. Landis, Esq.
Daniel Gomez, Esq.
Kirkland & Ellis LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, DC  20005-5793
aclubok@kirkland.com

Maria Ginzburg, Esq.
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY  10022-4611

**Attorneys for Credit Suisse Securities (USA), LLC.:**
Fraser L. Hunter, Jr., Esq.
Wilmer Cutler Pickering Hale & Dorr LLP
399 Park Avenue
New York, NY  10022
fraser.hunter@wilmerhale.com

This 24th day of March, 2011.

                              */s/ Michael A. Caplan*
                              Michael A. Caplan
                              Georgia Bar No. 601039