IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

------------------------------------------------- X
TASER INTERNATIONAL, INC., *et al.*,  :
:   CIVIL ACTION NO:
    Plaintiffs,                       :   1:10-CV-03108-JEC
:
v.                                    :
:
MORGAN STANLEY & CO., INC. *et al.*,  :
:
    Defendants.                       :
------------------------------------------------- X

### NOTICE TO TAKE VIDEOTAPED DEPOSITION OF MARK KROLL

**TO:**  TASER INTERNATIONAL, INC.
c/o Steven J. Rosenwasser
Bondurant, Mixson & Elmore, LLP
3900 One Atlantic Center
1201 West Peachtree Street NW
Atlanta, GA  30309-3400

**PLEASE TAKE NOTICE** that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Morgan Stanley & Co. Incorporated; Goldman Sachs & Co.; Goldman Sachs Execution & Clearing, L.P.; Merrill Lynch, Pierce, Fenner & Smith, Inc.; and Banc of America Securities (the "Noticing Defendants") will take the videotaped deposition upon oral examination of Mark Kroll on May 9, 2011, at 8300 North Hayden, Suite A207, Scottsdale, Arizona 85258, commencing at 9:00

a.m., provided that TASER has completed its production of documents in response to Defendants' Fourth Set of Requests for Production of Documents served on April 5, 2010 (the "Requests") no later than April 15, 2011.  In the event that TASER has not completed its production in response to the Requests by April 15, 2011, defendants will take the deposition of Mr. Kroll pursuant to this notice not less than twenty (20) business days from the date of the completion of TASER's production in response to the Requests, commencing at 9:00 a.m.  The deposition will be taken in Scottsdale, Arizona, or at such other time and place as may be mutually agreed upon by the parties.  The deposition will take place before an authorized officer and pursuant to the Federal Rules of Civil Procedure.  The deposition will be recorded by stenographic means and by sound and visual means.

This 28th day of March, 2011.

/s/ Richard H. Sinkfield
Richard H. Sinkfield
Georgia Bar No. 649100
rsinkfield@rh-law.com
Dan F. Laney, III
Georgia Bar No. 435290
dlaney@rh-law.com
*Attorneys for Noticing Defendants*

ROGERS & HARDIN LLP
2700 International Tower
Peachtree Center
229 Peachtree Street, N.E.
Atlanta, Georgia  30303
Phone:  404-522-4700
Fax:  404-525-2224

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

```
-------------------------------------------------- X
TASER INTERNATIONAL, INC., et al.,    :
                                      :        CIVIL ACTION NO:
        Plaintiffs,                   :        1:10-CV-03108-JEC
                                      :
v.                                    :
                                      :
MORGAN STANLEY & CO., INC. et al.,    :
                                      :
        Defendants.                   :
-------------------------------------------------- X
```

**CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2011, I caused a copy of the foregoing

**NOTICE TO TAKE VIDEOTAPED DEPOSITION OF MARK KROLL** to be

filed with the Clerk of Court using the CM/ECF system which will automatically

send e-mail notification of such filing to the following attorneys of record:

>John E. Floyd, Esq.
>floyd@bmelaw.com
>
>Steven J. Rosenwasser, Esq.
>rosenwasser@bmelaw.com
>
>Nicole G. Iannarone, Esq.
>iannarone@bmelaw.com
>
>Jill A. Pryor, Esq.
>pryor@bmelaw.com

Robert L. Ashe, III, Esq.
ashe@bmelaw.com

Michael A. Caplan, Esq.
caplan@bmelaw.com

Elizabeth G. Eager
eager@bmelaw.com

Brad M. Elias
belias@omm.com

Gregory A. Markel
Greg.Markel@cwt.com

Jason M. Halper
Jason.Halper@cwt.com

Richard C. Pepperman
peppermanr@sullcrom.com

Melissa Aoyagi, Esq.
melissa.aoyagi@davispolk.com

David M.J. Rein, Esq.
reind@sullcrom.com

Heather L. Fesnak, Esq.
heather.fesnak@cwt.com

Peter Isajiw, Esq.
peter.isajiw@cwt.com

Fraser L. Hunter, Jr., Esq.
fraser.hunter@wilmerhale.com

Brad E. Konstandt, Esq.
brad.konstandt@wilmerhale.com

2

Andrew J. Frackman, Esq.
afrackman@omm.com

Abby F. Rudzin, Esq.
arudzin@omm.com

Mia N. Gonzalez, Esq.
mgonzalez@omm.com

Robert F. Wise, Jr., Esq.
robert.wise@davispolk.com

James W. Christian, Esq.
Gary M. Jewell, Esq.
Katherine Morton-Gonyea, Esq.
CHRISTIAN, SMITH & JEWELL LLP
2302 Fannin, Suite 500
Houston, TX  77002

Tracy Richelle High, Esq.
Robin L. Nunn, Esq.
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY  10004-2498

Harry Frischer, Esq.
Stephen L. Ratner, Esq.
Brian L. Friedman, Esq.
PROSKAUER ROSE LLP
1585 Broadway
New York, NY  10036

Israel Dahan, Esq.
CADWALADER, WICKERSHAM &
TAFT LLP
One World Financial Center
New York, NY  10281

3

Douglas F. Curtis, Esq.
J. David Zetlin-Jones, Esq.
WILMER CUTLER PICKERING HALE
AND DORR LLP
399 Park Avenue
New York, NY  10022

Allen W. Burton, Esq.
Jacqueline V. Roeder, Esq.
Jeffrey A. Kopczynski, Esq.
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY  10036

Andrew B. Clubok, Esq.
Daniel J. Gomez, Esq.
Jeffrey G. Landis, Esq.
Jeffrey M. Gould, Esq.
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC  20005

       /s/ Richard H. Sinkfield
     Richard H. Sinkfield
     Georgia Bar No. 649100
     rsinkfield@rh-law.com

ROGERS & HARDIN LLP
2700 International Tower
229 Peachtree Street, N.E.
Atlanta, Georgia  30303
Phone:  404-522-4700
Fax:  404-525-2224