IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.*,<br><br>   Plaintiffs,<br><br>   v.<br><br>MORGAN STANLEY & CO., INC., *et al.*,<br><br>   Defendants. | Civil Case No.<br><br>1:10-CV-03108-JEC |

**STIPULATION BETWEEN PLAINTIFFS AND MERRILL PRO
REGARDING PRODUCTION OF ADDITIONAL DATA**

Plaintiffs and Defendant Merrill Lynch Professional Clearing Corp. ("Merrill Pro") hereby stipulate as follows:

On March 18, 2011, Merrill Pro informed Plaintiffs that it had identified trading data from two customers that had not been previously produced.  Merrill Pro hereby agrees to produce this trading data in Excel format on or before April 1, 2011.  Plaintiffs hereby agree not to seek sanctions, attorneys' fees, costs, or other relief in connection with this production, provided, however, that Plaintiffs may seek a discovery extension (but not attorneys' fees or costs incurred in bringing such a motion) based on the fact that the documents were not produced at an earlier date.  Merrill Pro reserves the right to object to any such discovery extension.

Jointly submitted this 28th day of March, 2011.

/s/ Steven J. Rosenwasser
STEVEN J. ROSENWASSER
Georgia Bar No. 614908
Email: rosenwasser@bmelaw.com

NICOLE G. IANNARONE
Georgia Bar No. 382510
Email: iannarone@bmelaw.com

BONDURANT, MIXSON & ELMORE LLP
3900 One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, GA 30309
Tel.:  (404) 881-4100
Fax:  (404) 881-4111

*Attorneys for Plaintiffs*

/s/ Brad M. Elias
BRAD M. ELIAS
Admitted *Pro Hac Vice*
Email: belias@omm.com

O'MELVENY & MYERS LLP
Times Square Tower
7 Times Sq.
New York, New York  10036
Tel.:  (212) 326-2000
Fax:  (212) 326-2061

RICHARD H. SINKFIELD
Georgia Bar No. 649100
E-mail: rsinkfield@rh-law.com

DAN F. LANEY III
Georgia Bar No. 435290
E-mail: dlaney@rh-law.com

ROGERS & HARDIN LLP
229 Peachtree Street, N.E.
2700 International Tower
Atlanta, Georgia 30303
Tel.:  (404) 522-4700
Fax:  (404) 525-2224

*Attorneys for Defendant Merrill Lynch Professional Clearing Corp.*

NY1:1841448.1