# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.*, ) | |
| ) | Case No.: 1:10-CV-03108-JEC |
| Plaintiffs, ) | |
| ) | |
| v. ) | [On removal from the State |
| ) | Court of Fulton County, |
| MORGAN STANLEY & CO., INC., *et al.*, ) | Georgia Case No.: |
| ) | 2008-EV-004739-B] |
| Defendants. ) | |
| _____) | |

## [PROPOSED] ORDER

Presently before the Court is Plaintiffs and Banc of America Securities LLP's Joint Motion to Seal Pursuant to Protective Order [277]. In the Motion, both parties request that Plaintiffs' Notice of Rule 30(b)(6) Deposition of Banc of America Securities LLP [276] be sealed pursuant to the Protective Order entered by the State Court on April 15, 2010. For good cause shown, the Court hereby GRANTS the Motion. The Clerk of Court is DIRECTED to place the Notice at Dkt. No. 276 under the seal of Court.

SO ORDERED, this ___ day of _____ 2011.

_____
JULIE. E. CARNES
CHIEF JUDGE, UNITED STATES
DISTRICT COURT

856890.1