# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MORGAN STANLEY & CO., INC., *et al.*, ) <br> ) <br> Defendants. ) <br> _____) | Case No: 1:10-CV-03108-JEC <br><br> [On removal from the State Court of Fulton County, Georgia Case No.: 2008-EV-004739-B] |

## NOTICE TO TAKE VIDEOTAPED DEPOSITION OF BEVERLY BOORUJY

**TO:  GOLDMAN SACHS & CO., AND GOLDMAN SACHS EXECUTION & CLEARING, L.P.**
   c/o Richard Pepperman
   Sullivan & Cromwell LLP
   125 Broad Street
   New York, New York  10004

**PLEASE TAKE NOTICE** that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Plaintiffs will take the deposition of BEVERLY BOORUJY on April 27, 2011, beginning at 9:00 a.m. at the offices of Sullivan & Cromwell LLP, 125 Broad Street, New York, New York 10004, or at such other time and place as may be mutually agreed upon by the parties.  The deposition will take place before an authorized officer and pursuant to the Federal Rules of Civil

858579.1

Procedure. The deposition will be recorded by sound, videotape and/or stenographic means.

This 31st day of March, 2011.

>  */s/ Elizabeth G. Eager*
> John E. Floyd
> Georgia Bar No. 266413
> floyd@bmelaw.com
> Steven J. Rosenwasser
> Georgia Bar No. 614908
> rosenwasser@bmelaw.com
> Nicole G. Iannarone
> Georgia Bar No. 382510
> iannarone@bmelaw.com
> Elizabeth G. Eager
> Georgia Bar No. 644007
> eager@bmelaw.com
> Michael A. Caplan
> Georgia Bar No. 601039
> caplan@bmelaw.com
> Robert L. Ashe
> Georgia Bar No. 208077
> ashe@bmelaw.com
> Bondurant, Mixson & Elmore, LLP
> 3900 One Atlantic Center
> 1201 West Peachtree Street, N.W.
> Atlanta, Georgia  30309-3417
> (404) 881-4100 Tel.
> (404) 881-4111 Fax

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, a true and correct copy of the foregoing **NOTICE TO TAKE VIDEOTAPED DEPOSITION OF BEVERLY BOORUJY** was electronically filed with the Clerk of Court using the Court's electronic filing system which will automatically send an email notification of such filing to the following attorneys of record who are registered participants in the Court's electronic notice and filing system:

**Attorneys for Defendants:**
Richard H. Sinkfield, Esq.
Dan F. Laney, III, Esq.
Kristina M. Jones, Esq.
Stefanie H. Jackman, Esq.
James W. Cobb, Esq.
Rogers & Hardin
2700 International Tower, Peachtree Center
229 Peachtree Street, N.E.
Atlanta, GA  30303-1601

**Attorneys for Banc of America Securities, LLC;
Merrill Lynch, Pierce, Fenner & Smith, Inc.; and Merrill Lynch
Professional Clearing Corporation:**
Andrew J. Frackman, Esq.
Brad Elias, Esq.
O'Melveny & Myers LLP
7 Times Square
New York, NY  10036

858579.1

3

**Attorneys for Morgan Stanley & Co. Incorporated:**
Melissa T. Aoyagi, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY  10017

**Attorneys for Goldman, Sachs & Co. and Goldman Sachs Execution & Clearing, L.P.:**
Richard C. Pepperman II, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY  10004

**Attorneys for Deutsche Bank Securities Inc.:**
Heather L. Fesnak, Esq.
Peter J. Isajiw, Esq.
Gregory A. Markel, Esq.
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY  10281

**Attorneys for Credit Suisse Securities (USA), LLC.:**
Fraser L. Hunter, Jr., Esq.
Wilmer Cutler Pickering Hale & Dorr LLP
399 Park Avenue
New York, NY  10022

**Attorneys for Bear Stearns & Co., Inc. and Bear Stearns Securities Corp.:**
Stephen L. Ratner, Esq.
Harry Frischer, Esq.
Brian L. Friedman, Esq.
Proskauer Rose LLP
1585 Broadway
New York, NY  10036

5

**Attorneys for UBS Securities, LLC:**
Andrew B. Clubok, Esq.
Jeffrey G. Landis, Esq.
Daniel Gomez, Esq.
Kirkland & Ellis LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, DC  20005-5793

This 31st day of March, 2011.


*/s/ Elizabeth G. Eager*
Elizabeth G. Eager
Georgia Bar No. 644007

858579.1