FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

APR 21 2011

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on April 14, 2011, she caused a true and correct copy of Non-Party Jeffrey Wolfon's **Response and Objections to Subpoena to Produce Documents, Information or Objects** to be served on counsel for the Plaintiff listed below via hand delivery and electronic mail:

> Mr. Michael J. Wall, Esq.
> Rothschild Barry & Myers LLP
> 55 W. Monroe Street, Suite 3900
> Chicago, Illinois 60603
> wall@rbmchicago.com

and to be served on counsel for the Plaintiff listed below via overnight and electronic mail:

> Mr. Michael A. Caplan, Esq.
> Bondurant Mixson & Elmore LLP
> One Atlantic Center
> 1201 Peachtree Street NW, Suite 3900
> Atlanta, Georgia 30390
> caplan@bmelaw.com

_/s/ Karen E. Gossman_
Karen E. Gossman

# LAWRENCE, KAMIN, SAUNDERS & UHLENHOP LLC

300 South Wacker Drive, Suite 500  
Chicago, Illinois 60606

312-372-1947 phone  
312-372-2389 fax

www.LKSU.com

April 20, 2011

*RECEIVED IN CLERK'S OFFICE U.S.D.C. - Atlanta  
APR 21 2011  
JAMES N. HATTEN, Clerk*

**VIA FEDERAL EXPRESS**

U.S. District Court  
Attention: Clerk of the Court  
75 Spring Street, S.W.  
Suite 2211  
Atlanta, GA 30303

Re: *Taser International, Inc. v. Morgan Stanley & Co., Inc. et al*  
Case No.: 1:10-CV-03108-JEC (Northern District, Georgia)

Dear Sir or Madam:

Pursuant to local Rule 5.4 Service and Filing of Discovery Material, enclosed please find a Certificate of Service evidencing Non-Party Jeffrey A. Wolfson's service of Responses and Objections to Subpoena to Produce Documents, Information or Objects issued by Taser International, Inc. in the above-referenced matter.

I have been advised by a member of your staff that because our firm is out of state and does not have a log-in for the electronic site, we should send a copy of the Certificate of Service evidencing Non-Party Jeffrey A. Wolfson's service of Responses and Objections to Subpoena to Produce Documents, Information or Objects to your office for manual filing.

Please file the enclosed Certificate of Service of Non-Party Jeffrey A. Wolfson's service of Responses and Objections to Subpoena to Produce Documents, Information or Objects on our behalf.

Should you have any questions, please do not hesitate to contact me at 312-372-1947. Thank you for your assistance in this matter.

Yours truly,

Chris Galvanauskas  
Paralegal

K:\Wolfson, Jeffrey\ND GA ltr encl Cert of Service for Responses & Objections to subpoena.doc