IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.*, <br> Plaintiffs, <br> v. <br> MORGAN STANLEY & CO., INC., *et al.*, <br> Defendants. | Civil Case No. <br> 1:10-CV-03108-JEC |

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of April, 2011, a true and correct copy of MERRILL LYNCH PROFESSIONAL CLEARING CORP.'S FIRST SET OF INTERROGATORIES TO PLAINTIFFS was served via U.S. mail upon the following attorney of record:

ATTORNEYS FOR PLAINTIFFS

>Steven J. Rosenwasser, Esq.
>Bondurant, Mixson & Elmore, LLP
>3900 One Atlantic Center
>1201 West Peachtree Street, N.W.
>Atlanta, Georgia  30309

And via electronic mail upon the following attorneys of record:

ATTORNEYS FOR DEFENDANTS

Melissa Aoyagi, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY  10017
melissa.aoyagi@dpw.com

Brian L. Friedman, Esq.
Proskauer Rose LLP
1585 Broadway
New York, NY  10036
blfriedman@proskauer.com

Gregory Markel, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY  10281
greg.markel@cwt.com

Richard Pepperman, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY  10004
peppermanr@sullcrom.com

Richard H. Sinkfield, Esq.
Rogers & Hardin LLP
2700 International Tower
Atlanta, GA  30303
rsinkfield@rh-law.com

Fraser L. Hunter, Jr., Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY  10022
fraser.hunter@wilmerhale.com

Andrew B. Clubok, Esq.
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, DC 20005
aclubok@kirkland.com

Dated: April 25, 2011

                                              */s/ Brad M. Elias*

                                              Brad M. Elias

O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036
Ph: (212) 326-2000
Fax: (212) 326-2061

Richard H. Sinkfield, Esq.
Georgia Bar No. 649100
Dan F. Laney, III
Georgia Bar No. 435290
ROGERS & HARDIN LLP
2700 International Tower
229 Peachtree St, NW
Atlanta, Georgia 30307
Ph: (404) 522-4700
Fax: (404) 525-2224

NY1:1843560.1

3