IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

------------------------------------------------------ X
TASER INTERNATIONAL, INC., *et al.*,   :
                                       :   CIVIL ACTION NO:
    Plaintiffs,                      :   1:10-CV-03108-JEC
                                       :
v.                                     :
                                       :
MORGAN STANLEY & CO., INC. *et al.*,   :
                                       :
    Defendants.                      :
------------------------------------------------------ X

## NOTICE OF WITHDRAWAL OF DEPOSITION NOTICES

**PLEASE TAKE NOTICE** that Defendants Morgan Stanley & Co. Incorporated; Goldman, Sachs & Co.; Goldman Sachs Execution & Clearing, L.P.; Merrill Lynch, Pierce, Fenner & Smith, Inc.; and Banc of America Securities LLC (the "Noticing Defendants") hereby withdraw the following deposition notices:

- Notice to Take Videotaped Deposition of Katie Pyra (served November 8, 2010);

- Notice to Take Videotaped Deposition of John Szakach (served November 8, 2010);

- Notice to Take Videotaped Deposition of Peter Holran (served November 8, 2010); and

- Notice to Take Videotaped Deposition of Robert Stratbucker (served March 10, 2011).

The Noticing Defendants are withdrawing these deposition notices without prejudice to their right to re-notice the depositions of Ms. Pyra and Messrs. Szakach, Holran, and Stratbucker.

This 26th day of April, 2011.

/s/ Richard H. Sinkfield
Richard H. Sinkfield
Georgia Bar No. 649100
rsinkfield@rh-law.com
Dan F. Laney, III
Georgia Bar No. 435290
dlaney@rh-law.com
*Attorneys for the Noticing Defendants*

ROGERS & HARDIN LLP
2700 International Tower
Peachtree Center
229 Peachtree St., NE
Atlanta, Georgia  30303
Phone:  404-522-4700
Fax:  404-525-2224

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

```
------------------------------------------------------ X
TASER INTERNATIONAL, INC., et al.,          :
                                            :       CIVIL ACTION NO:
         Plaintiffs,                        :       1:10-CV-03108-JEC
                                            :
v.                                          :
                                            :
MORGAN STANLEY & CO., INC. et al.,          :
                                            :
         Defendants.                        :
------------------------------------------------------ X
```

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2011, I caused a copy of the foregoing

**NOTICE OF WITHDRAWAL OF DEPOSITION NOTICES** to be filed with

the Clerk of Court using the CM/ECF system which will automatically send e-mail

notification of such filing to the following attorneys of record:

>John E. Floyd, Esq.
>floyd@bmelaw.com
>
>Steven J. Rosenwasser, Esq.
>rosenwasser@bmelaw.com
>
>Nicole G. Iannarone, Esq.
>iannarone@bmelaw.com
>
>Jill A. Pryor, Esq.
>pryor@bmelaw.com

Robert L. Ashe, III, Esq.
ashe@bmelaw.com

Michael A. Caplan, Esq.
caplan@bmelaw.com

Elizabeth G. Eager
eager@bmelaw.com

Brad M. Elias
belias@omm.com

Gregory A. Markel
Greg.Markel@cwt.com

Jason M. Halper
Jason.Halper@cwt.com

Richard C. Pepperman
peppermanr@sullcrom.com

Melissa Aoyagi, Esq.
melissa.aoyagi@davispolk.com

David M.J. Rein, Esq.
reind@sullcrom.com

Heather L. Fesnak, Esq.
heather.fesnak@cwt.com

Peter Isajiw, Esq.
peter.isajiw@cwt.com

Fraser L. Hunter, Jr., Esq.
fraser.hunter@wilmerhale.com

Brad E. Konstandt, Esq.
brad.konstandt@wilmerhale.com

Andrew J. Frackman, Esq.
afrackman@omm.com

Abby F. Rudzin, Esq.
arudzin@omm.com

Mia N. Gonzalez, Esq.
mgonzalez@omm.com

James W. Christian, Esq.
Gary M. Jewell, Esq.
Katherine Morton-Gonyea, Esq.
CHRISTIAN, SMITH & JEWELL LLP
2302 Fannin, Suite 500
Houston, TX  77002

Robert F. Wise, Jr., Esq.
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY  10017

Tracy Richelle High, Esq.
Robin L. Nunn, Esq.
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY  10004-2498

Harry Frischer, Esq.
Stephen L. Ratner, Esq.
Brian L. Friedman, Esq.
PROSKAUER ROSE LLP
1585 Broadway
New York, NY  10036

Israel Dahan, Esq.
CADWALADER, WICKERSHAM &
TAFT LLP
One World Financial Center
New York, NY  10281

Douglas F. Curtis, Esq.
J. David Zetlin-Jones, Esq.
WILMER CUTLER PICKERING HALE
AND DORR LLP
399 Park Avenue
New York, NY  10022

Allen W. Burton, Esq.
Jacqueline V. Roeder, Esq.
Jeffrey A. Kopczynski, Esq.
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY  10036

Andrew B. Clubok, Esq.
Daniel J. Gomez, Esq.
Jeffrey G. Landis, Esq.
Jeffrey M. Gould, Esq.
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC  20005

                                              /s/ Richard H. Sinkfield
                                                Richard H. Sinkfield
                                                Georgia Bar No. 649100
                                                rsinkfield@rh-law.com

ROGERS & HARDIN LLP
2700 International Tower
229 Peachtree St., NE
Atlanta, Georgia  30303
Phone:  404-522-4700
Fax:  404-525-2224