IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MORGAN STANLEY & CO., INC., *et al.*, ) <br> ) <br> Defendants. ) <br> _____) | Case No.: 1:10-cv-3108-JEC <br><br> [On removal from the State Court of Fulton County, Georgia Case No.: 2008-EV-004739-B] |

## STIPULATION

Plaintiffs and Defendant Merrill Lynch, Pierce, Fenner & Smith, Inc., by and through their respective undersigned counsel, hereby stipulate as follows:

The deadline for Plaintiffs' Responses to Merrill Lynch, Pierce, Fenner & Smith Inc.'s First Request for Admissions to Each Plaintiff shall be extended to and through May 25, 2011.

**IT IS SO STIPULATED.**

Dated: April 27, 2011

          BONDURANT, MIXSON & ELMORE, LLP

          By: *Michael A. Caplan*
            John E. Floyd
            Georgia Bar No. 266413
            Steven J. Rosenwasser

873978.1

                Georgia Bar No. 614908
                Nicole G. Iannarone
                Georgia Bar No. 382510
                Michael A. Caplan
                Georgia Bar No. 601039
                3900 One Atlantic Center
                1201 West Peachtree Street, N.W.
                Atlanta, Georgia 30309
                (404) 881-4100 Tel.
                (404) 881-4111 Fax

                **Attorneys for Plaintiffs**


O'MELVENY & MYERS LLP

By:     /s/ *Brad Elias*
          (by MAC w/ express
           permission)
          Andrew J. Frackman
          Brad Elias
          7 Times Square
          New York, New York  10036
          (212) 326-2101 Tel.
          (212) 326-2061 Fax

          **Attorneys for Merrill Lynch,
          Pierce, Fenner & Smith, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on this day, a true and correct copy of the foregoing **STIPULATION** was electronically filed with the Clerk of Court using the Court's electronic filing system which will automatically send an email notification of such filing to the following attorneys of record who are registered participants in the Court's electronic notice and filing system:

**Attorneys for Defendants:**
Richard H. Sinkfield, Esq.
Dan F. Laney, III, Esq.
Kristina M. Jones, Esq.
Stefanie H. Jackman, Esq.
James W. Cobb, Esq.
Rogers & Hardin
2700 International Tower, Peachtree Center
229 Peachtree Street, N.E.
Atlanta, GA  30303-1601

**Attorneys for Banc of America Securities, LLC;
Merrill Lynch, Pierce, Fenner & Smith, Inc.; and Merrill Lynch
Professional Clearing Corporation:**
Andrew J. Frackman, Esq.
Brad Elias, Esq.
O'Melveny & Myers LLP
7 Times Square
New York, NY  10036

873978.1

3

**Attorneys for Morgan Stanley & Co. Incorporated:**
Robert F. Wise, Jr., Esq.
William J. Fenrich, Esq.
Melissa T. Aoyagi, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY  10017

**Attorneys for Goldman, Sachs & Co. and Goldman Sachs Execution & Clearing, L.P.:**
Richard C. Pepperman II, Esq.
Richard H. Klapper, Esq.
Tracy Richelle High, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY  10004

**Attorneys for Deutsche Bank Securities Inc.:**
Heather L. Fesnak, Esq.
Peter J. Isajiw, Esq.
Gregory A. Markel, Esq.
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY  10281

**Attorneys for Credit Suisse Securities (USA), LLC.:**
Fraser L. Hunter, Jr., Esq.
Wilmer Cutler Pickering Hale & Dorr LLP
399 Park Avenue
New York, NY  10022

Further, I hereby certify that on this day, I caused to be served a true and correct copy of the foregoing by United States mail and electronic mail on:

873978.1

**Attorneys for Bear Stearns & Co., Inc. and Bear Stearns Securities Corp.:**
Stephen L. Ratner, Esq.
Harry Frischer, Esq.
Brian L. Friedman, Esq.
Proskauer Rose LLP
11 Times Square
New York, NY  10036-8299

**Attorneys for UBS Securities, LLC:**
Andrew B. Clubok, Esq.
Jeffrey G. Landis, Esq.
Daniel Gomez, Esq.
Kirkland & Ellis LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, DC  20005-5793

This 27th day of April, 2011.

*/s/ Michael A. Caplan*
Michael A. Caplan
Georgia Bar No. 601039