# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MORGAN STANLEY & CO., INC., *et al.*, ) <br> ) <br> Defendants. ) <br> _____) | Case No.: 1:10-cv-3108-JEC <br><br> [On removal from the State Court of Fulton County, Georgia Case No.: 2008-EV-004739-B] |

## ACKNOWLEDGMENT OF SERVICE

On behalf of Steve Mercier, the undersigned hereby acknowledges receipt and service of a Subpoena to Testify at a Deposition in the above-captioned action (the "Subpoena") and a check in the amount of $48.16 as a witness fee and mileage. Further service of the Subpoena and objection to the adequacy of such service of process is hereby waived. Notwithstanding the above, Steve Mercier reserves all rights to object to the scope and propriety of such deposition, including the right to move to quash the subpoena or seek a protective order.

This 28th day of April, 2011.

                                          BONDURANT, MIXSON & ELMORE, LLP

                                                     By:  *Michael A. Caplan*
                                                              John E. Floyd

874715.1

2

        Georgia Bar No. 266413
        Steven J. Rosenwasser
        Georgia Bar No. 614908
        Nicole G. Iannarone
        Georgia Bar No. 382510
        Michael A. Caplan
        Georgia Bar No. 601039
        3900 One Atlantic Center
        1201 West Peachtree Street, N.W.
        Atlanta, Georgia 30309
        (404) 881-4100 Tel.
        (404) 881-4111 Fax

        **Attorney for Steve Mercier**

874715.1