# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MORGAN STANLEY & CO., INC., *et al.*, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No.: 1:10-cv-3108-JEC <br><br> [On removal from the State Court of Fulton County, Georgia Case No.: 2008-EV-004739-B] |

## STIPULATION

Plaintiffs and Defendant Merrill Lynch Professional Clearing Corp., by and through their respective undersigned counsel, hereby stipulate as follows:

The deadline for Plaintiffs' Responses to Merrill Lynch Professional Clearing Corp.'s First Interrogatories to Plaintiffs shall be extended to and through June 7, 2011.

**IT IS SO STIPULATED.**

Dated: May 26, 2011

                     BONDURANT, MIXSON & ELMORE, LLP

                     By: *Robert L. Ashe*
                     John E. Floyd
                     Georgia Bar No. 266413
                     Steven J. Rosenwasser

881908.1

Georgia Bar No. 614908
Nicole G. Iannarone
Georgia Bar No. 382510
Robert L. Ashe, III
Georgia Bar No. 208077
3900 One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309
(404) 881-4100 Tel.
(404) 881-4111 Fax

**Attorneys for Plaintiffs**

O'MELVENY & MYERS LLP

By:     */s/ Brad Elias*
(by RLA w/ express permission)
Andrew J. Frackman
Brad Elias
7 Times Square
New York, New York 10036
(212) 326-2101 Tel.
(212) 326-2061 Fax

**Attorneys for Merrill Lynch Professional Clearing Corp.**

881908.1

## CERTIFICATE OF SERVICE

I hereby certify that on this day, a true and correct copy of the foregoing **STIPULATION** was electronically filed with the Clerk of Court using the Court's electronic filing system which will automatically send an email notification of such filing to the following attorneys of record who are registered participants in the Court's electronic notice and filing system:

**Attorneys for Defendants:**
Richard H. Sinkfield, Esq.
Dan F. Laney, III, Esq.
Kristina M. Jones, Esq.
Stefanie H. Jackman, Esq.
James W. Cobb, Esq.
Rogers & Hardin
2700 International Tower, Peachtree Center
229 Peachtree Street, N.E.
Atlanta, GA 30303-1601

**Attorneys for Banc of America Securities, LLC; Merrill Lynch, Pierce, Fenner & Smith, Inc.; and Merrill Lynch Professional Clearing Corporation:**
Andrew J. Frackman, Esq.
Brad Elias, Esq.
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036

881908.1

**Attorneys for Morgan Stanley & Co. Incorporated:**
Robert F. Wise, Jr., Esq.
William J. Fenrich, Esq.
Melissa T. Aoyagi, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY  10017

**Attorneys for Goldman, Sachs & Co. and Goldman Sachs Execution & Clearing, L.P.:**
Richard C. Pepperman II, Esq.
Richard H. Klapper, Esq.
Tracy Richelle High, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY  10004

**Attorneys for Deutsche Bank Securities Inc.:**
Heather L. Fesnak, Esq.
Peter J. Isajiw, Esq.
Gregory A. Markel, Esq.
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY  10281

**Attorneys for Credit Suisse Securities (USA), LLC.:**
Fraser L. Hunter, Jr., Esq.
Wilmer Cutler Pickering Hale & Dorr LLP
399 Park Avenue
New York, NY  10022

Further, I hereby certify that on this day, I caused to be served a true and correct copy of the foregoing by United States mail and electronic mail on:

881908.1

**Attorneys for Bear Stearns & Co., Inc. and Bear Stearns Securities Corp.:**
Stephen L. Ratner, Esq.
Harry Frischer, Esq.
Brian L. Friedman, Esq.
Proskauer Rose LLP
11 Times Square
New York, NY  10036-8299

**Attorneys for UBS Securities, LLC:**
Andrew B. Clubok, Esq.
Jeffrey G. Landis, Esq.
Daniel Gomez, Esq.
Kirkland & Ellis LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, DC  20005-5793

This 26th day of May, 2011.


/s/ Robert L. Ashe
Robert L. Ashe, III
Georgia Bar No. 208077

881908.1