FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAY 27 2011

JAMES N. HATTEN, CLERK
By: Deputy Clerk

1:10-cv-3108-JEC

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on May 26, 2011, she caused a true and correct copy of Non-Party Sallerson-Troob LLC's **Response and Objections to Subpoena to Produce Documents, Information or Objects** to be served on counsel for the Plaintiff listed below via hand delivery and electronic mail:

Mr. Michael J. Wall, Esq.
Rothschild Barry & Myers LLP
55 W. Monroe Street, Suite 3900
Chicago, Illinois 60603
wall@rbmchicago.com

and to be served on counsel for the Plaintiff listed below via overnight and electronic mail:

Mr. Michael A. Caplan, Esq.
Bondurant Mixson & Elmore LLP
One Atlantic Center
1201 Peachtree Street NW, Suite 3900
Atlanta, Georgia 30390
caplan@bmelaw.com

Karen E. Gossman