# EXHIBIT "A"
# MORGAN STANLEY CO. INCORPORATED'S
# AMENDED FIRST PRIVILEGE LOG

| BATES NUMBER | EXPLANATION |
|---|---|
| MS_PRIVLOG1_00000003-4 | Produce entire e-mail chain. |
| MS_PRIVLOG1_00000225<br>MS_PRIVLOG1_00000226-227<br>MS_PRIVLOG1_00000228-229<br>MS_PRIVLOG1_00000230-231<br>MS_PRIVLOG1_00000232-233 | Produce entire e-mail chain. |