**EXHIBIT "B"**
**MORGAN STANLEY CO. INCORPORATED'S**
**AMENDED SECOND PRIVILEGE LOG**

| BATES NUMBER | EXPLANATION |
|---|---|
| MS_PRIVLOG2_00000030 | Produce entire e-mail chain. |
| MS_PRIVLOG2_00000065-66 | Produce entire e-mail chain. |
| MS_PRIVLOG2_00000123-124<br>MS_PRIVLOG2_00000125-126 | Produce entire e-mail chain. |
| MS_PRIVLOG2_00000377-378 | Produce entire e-mail chain. The recipient of the e-mail, "aljohnchris," is not identified on the appendices provided by Morgan Stanley Co. Incorporated. |
| MS_PRIVLOG2_00000423-430 | Produce e-mail dated June 23, 2004 at 17:07:03 from Morgan.Stanley.Prime.Brokerage@ms.com to be consistent with production on MS_PRIVLOG2_00000416-422. |

| | |
|---|---|
| MS_PRIVLOG2_00000681-682<br>MS_PRIVLOG2_00000683-684<br>MS_PRIVLOG2_00000685-686<br>MS_PRIVLOG2_00000687-688<br>MS_PRIVLOG2_00000697-698 | Produce e-mail dated April 13, 2005 at 1:27 p.m. from Quirk, Terry (IT) to Abrol, Samir (IT) to be consistent with production on MS_PRIVLOG2_00000679-680. |
| MS_PRIVLOG2_00001090-1091 | Produce entire e-mail chain. |
| MS_PRIVLOG2_00002219-2220<br>MS_PRIVLOG2_00002221-2222 | Produce (1) e-mail dated January 10, 2007 at 6:54 p.m. from Ostergaard, Jill (COMPLIANCE) to Rothman, Philip (COMPLIANCE) et al. and (2) e-mail dated January 10, 2007 at 6:59 p.m. from Rothman, Philip (COMPLIANCE) to Ostergaard, Jill (COMPLIANCE) et al. |
| MS_PRIVLOG2_00002629-2630<br>MS_PRIVLOG2_00002632-2633<br>MS_PRIVLOG2_00002635-2636 | Produce entire e-mail chain. |
| MS_PRIVLOG2_00004972-4979 | Produce entire e-mail chain. |
| MS_PRIVLOG2_00005124-5131 | Produce (1) e-mail dated March 4, 2008 at 5:56 p.m. from Richard, William D. (COMPLIANCE) to DeFalco, Dina (LEGAL) et al. and (2) e-mail dated March 5, 2008 at 2:10 p.m. from Casey, Kevin T. (COMPLIANCE) to coregroup. |

| | |
|---|---|
| MS_PRIVLOG2_00005499-5510<br>MS_PRIVLOG2_00005511-5522<br>MS_PRIVLOG2_00005523-5534<br>MS_PRIVLOG2_00005554-5565<br>MS_PRIVLOG2_00005566-5577 | Produce (1) e-mail dated April 2, 2008 at 3:15 p.m. from Curran, William (COMPLIANCE) to Reddy, JayaPaul (IT) et al., (2) e-mail dated April 2, 2008 at 15:58:56 from Taduvayi, Venkatesh (IT) to Curran, William (COMPLIANCE) et al. (please note that on various e-mail chains, this e-mail has a different date and time, i.e. April 2, 2008 at 3:59 p.m. and April 3, 2008 at 1:29 a.m.), (3) e-mail dated April 2, 2008 at 4:02 p.m. from Curran, William (COMPLIANCE) to Rockoff, Scott (COMPLIANCE) (please note that on various e-mail chains, this e-mail has a different date and time, i.e. April 2, 2008 at 16:01:45), (4) e-mail dated April 3, 2008 at 8:09 a.m. from Rockoff, Scott (COMPLIANCE) to Curran, William (COMPLIANCE), (5) e-mail dated April 3, 2008 at 8:36 a.m. from Curran, William (COMPLIANCE) to Horstmann, Matthew (COMPLIANCE) et al., (6) e-mail dated April 7, 2008 at 11:06 a.m. from Reddy, JayaPaul (IT) to Curran, William (COMPLIANCE) et al., and (7) e-mail dated April 7, 2008 at 11:10 a.m. from Curran, William (COMPLIANCE) to Reddy, JayaPaul (IT) et al. |
| MS_PRIVLOG2_00006197<br>MS_PRIVLOG2_00006198 | Produce entire e-mail chain. |

| | |
|---|---|
| MS_PRIVLOG2_00006201-6202<br>MS_PRIVLOG2_00006203-6204<br>MS_PRIVLOG2_00006205-6206<br>MS_PRIVLOG2_00006211-6212 | Produce e-mail sent July 15, 2008 from Freeman, Ivan (IED) at 5:43 p.m. to be consistent with production on MS_PRIVLOG2_00006205-06.  Also produce e-mail sent July 15, 2008 at 5:54 p.m. from Freeman, Ivan (IED) to Chammah, Walid (EU Firm Management). |
| MS_PRIVLOG2_00006316-6318 | Produce (1) e-mail dated July 15, 2008 at 3:14 p.m. from Kutner, Daryn (IED) to corecash and salesonly and (2) e-mail dated July 15, 2008 at 7:02 p.m. from Fitzgerald, Paul L (COMPLIANCE) to Kutner, Daryn (IED) et al. to be consistent with production on MS_PRIVLOG2_00006259-61 and MS_PRIVLOG2_00006376-79. |
| MS_PRIVLOG2_00006411-6415 | Produce entire e-mail chain. |
| MS_PRIVLOG2_00006436-6438 | Produce e-mail dated July 18, 2008 at 6:34 a.m. from Aly, Amal to Campion, Kevin, J. et al. to be consistent with production on MS_PRIVLOG2_00006433-6435. |
| MS_PRIVLOG2_00006439-6440 | Produce e-mail dated July 18, 2008 at 8:37 p.m. from Schwirzbin, Larry (EFS) to Coughlin, Gerard (EFS) to be consistent with production on MS_PRIVLOG2_00006443-44. |

4

| | |
|---|---|
| MS_PRIVLOG2_00006530-6531<br>MS_PRIVLOG2_00006532-6533<br>MS_PRIVLOG2_00006534-6535<br>MS_PRIVLOG2_00006542-6544<br>MS_PRIVLOG2_00006547-6548<br>MS_PRIVLOG2_00006549-6550 | Produce entire e-mail chain. The recipient of the e-mail, "hammersdirects," is not identified on the appendices provided by Morgan Stanley Co. Incorporated. |
| MS_PRIVLOG2_00006614 (e-mail)<br>MS_PRIVLOG2_00006615-6619 (attachment) | Produce entire e-mail chain and attachments. |
| MS_PRIVLOG2_00006622 (e-mail)<br>MS_PRIVLOG2_00006623-6627 (attachment) | Produce entire e-mail chain and attachments. |
| MS_PRIVLOG2_00006747-6748 | Produce (1) e-mail dated August 13, 2008 at 7:53 a.m. from Rockoff, Scott (COMPLIANCE) to Babicke, James (EFS) et al., (2) e-mail dated August 13, 2008 at 7:55 a.m. from Babicke, James (EFS) to Rockoff, Scott (COMPLIANCE) et al., and (3) e-mail dated August 13, 2008 at 8:01 a.m. from Gangi, Dawn (EFS) to bdhots et al. Production in part to be consistent with MS_PRIVLOG2_00006745-46. |
| MS_PRIVLOG2_00006757-6759 | Produce e-mail dated August 13, 2008 at 2:02 p.m. from Babicke, James (EFS) to Castagna, Anthony (EFS) to be consistent with MS_PRIVLOG2_00006749-46. |

| | |
|---|---|
| MS_PRIVLOG2_00006794-6796<br>MS_PRIVLOG2_00006802-6804 | Produce entire e-mail chain, but redact e-mail sent September 3, 2008 at 12:43 p.m. from Rockoff, Scott (COMPLIANCE) to O'Connor, Robert (LEGAL). |
| MS_PRIVLOG2_00006807-6811<br>MS_PRIVLOG2_00006812-6816<br>MS_PRIVLOG2_00006817-6821<br>MS_PRIVLOG2_00006822-6826<br>MS_PRIVLOG2_00006827-6831<br>MS_PRIVLOG2_00007030-7035 | Produce entire e-mail chain, but redact e-mail dated September 15, 2008 at 4:57 p.m. from Rockoff, Scott (COMPLIANCE) to O'Connor, Robert (LEGAL). |
| MS_PRIVLOG2_00006993-6996<br>MS_PRIVLOG2_00007007-7009<br>MS_PRIVLOG2_00007010-7013<br>MS_PRIVLOG2_00007014-7017<br>MS_PRIVLOG2_00007022-7025<br>MS_PRIVLOG2_00007026-7029 | Produce e-mail dated September 19, 2008 at 03:53:09 from Clayton, Guy (LEGAL) to ipbmgr et al. to be consistent with MS_PRIVLOG2_00007018-21. |

| | |
|---|---|
| MS_PRIVLOG2_00007113-7114<br>MS_PRIVLOG2_00007115-7116<br>MS_PRIVLOG2_00007119-7120 | Produce e-mail dated September 21, 2008 at 4:44 p.m. from Curran, William (COMPLIANCE) to McKenzie, John (EFS) to be consistent with MS_PRIVLOG2_00007117-18. Also produce e-mail dated September 21, 2008 at 6:23 p.m. from Rockoff, Scott (COMPLIANCE) to Ostergaard, Jill (COMPLIANCE). |
| MS_PRIVLOG2_00007161-7168 | Produce e-mail dated September 20, 2008 at 3:11 p.m. from Musicco, JP to MacGilvray, Ian (EFS) et al. to be consistent with MS_PRIVLOG2_00007169-75. |
| MS_PRIVLOG2_00007357-7358 | Produce e-mail dated September 26, 2008 at 6:18 p.m. from Rockoff, Scott (COMPLIANCE) to Curran, William (COMPLIANCE) to be consistent with MS_PRIVLOG2_00007359-61. |
| MS_PRIVLOG2_00007461-7462 | Produce entire e-mail chain. |

8

| | |
|---|---|
| MS_PRIVLOG2_00007935-7945<br>MS_PRIVLOG2_00007972-7983<br>MS_PRIVLOG2_00007984-7995<br>MS_PRIVLOG2_00007996-8007<br>MS_PRIVLOG2_00008011-8024<br>MS_PRIVLOG2_00008025-8039 | Produce entire e-mail chain. |
| MS_PRIVLOG2_00008138-8139 | Produce e-mail dated March 24, 2009 at 10:40 a.m. from O'Connor, Robert (LEGAL) to Berke, Matt (IED) et al. to be consistent with MS_PRIVLOG2_00008136-37. |
| MS_PRIVLOG2_00008143 (e-mail)<br>MS_PRIVLOG2_00008144-57 (attachment) | Produce entire e-mail chain. The attachment appears to be a General Accounting Office (i.e. GAO) Statement of Facts for FINRA. |