**EXHIBIT "C"**
**MORGAN STANLEY CO. INCORPORATED'S AMENDED FOURTH PRIVILEGE LOG**

**SIFMA DOCUMENTS**

| BATES NUMBER | EXPLANATION |
|---|---|
| MS_PRIVLOG4_00000001-003 | Produce entire attachment. |
| MS_PRIVLOG4_00000004-009 | Produce entire attachment. |
| MS_PRIVLOG4_00000010-013 | Produce entire attachment. |
| MS_PRIVLOG4_00000014-016 | Produce entire attachment. |
| MS_PRIVLOG4_0000017-019 (e-mail) MS_PRIVLOG4_0000021 (attachment) MS_PRIVLOG4_0000022 (attachment) MS_PRIVLOG4_0000025-028 (attachment) | Produce entire e-mail chain and attachments. |

| | |
|---|---|
| MS_PRIVLOG4_0000029-030 (e-mail) MS_PRIVLOG4_0000031-036 (attachment) MS_PRIVLOG4_0000037-039 (attachment) MS_PRIVLOG4_0000040-041 (attachment) | Produce entire e-mail chain and attachments. |
| MS_PRIVLOG4_0000042 (e-mail) MS_PRIVLOG4_0000043-051 (attachment) | Produce entire e-mail chain and attachments. |
| MS_PRIVLOG4_0000052 (e-mail) MS_PRIVLOG4_0000053-055 (attachment) MS_PRIVLOG4_0000056-058 (attachment) | Produce entire e-mail chain and attachments. |
| MS_PRIVLOG4_0000059 (e-mail) MS_PRIVLOG4_0000060 (attachment) MS_PRIVLOG4_0000061 (attachment) | Produce entire e-mail chain and attachments. |
| MS_PRIVLOG4_0000062-072 | Produce entire attachment. |

| | |
|---|---|
| MS_PRIVLOG4_0000073-074<br>MS_PRIVLOG4_0000075-076<br>MS_PRIVLOG4_0000077-078<br>MS_PRIVLOG4_0000079-081<br>MS_PRIVLOG4_0000082-083<br>MS_PRIVLOG4_0000084-086 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0000087<br>(e-mail)<br>MS_PRIVLOG4_0000088-098<br>(attachment) | Produce entire e-mail chain and attachment. |
| MS_PRIVLOG4_0000099-102<br>(e-mail)<br>MS_PRIVLOG4_0000103-127<br>(attachment) | Produce entire e-mail chain and attachment. |
| MS_PRIVLOG4_0000128-132<br>(e-mail)<br>MS_PRIVLOG4_0000133-157<br>(attachment) | Produce entire e-mail chain and attachment. |
| MS_PRIVLOG4_0000158<br>(e-mail)<br>MS_PRIVLOG4_0000159-183<br>(attachment) | Produce entire e-mail chain and attachment. |
| MS_PRIVLOG4_0000184-185 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0000186-187 | Produce entire e-mail chain. |

| | |
|---|---|
| MS_PRIVLOG4_0000188-190 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0000191-92 (e-mail) MS_PRIVLOG4_0000193-217 (attachment) | Produce entire e-mail chain and attachment. |
| MS_PRIVLOG4_0000218-19 (e-mail) MS_PRIVLOG4_0000220-44 (attachment) | Produce entire e-mail chain and attachment. |
| MS_PRIVLOG4_0000245 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0000246-247 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0000248-250 MS_PRIVLOG4_0000251-253 MS_PRIVLOG4_0000254-256 MS_PRIVLOG4_0000257-260 MS_PRIVLOG4_0000261-263 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0000264-266 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0000267-269 MS_PRIVLOG4_0000270-272 MS_PRIVLOG4_0000273-275 MS_PRIVLOG4_0000276-278 | Produce entire e-mail chain. |

| | |
|---|---|
| MS_PRIVLOG4_0000281-283<br>MS_PRIVLOG4_0000284-286<br>MS_PRIVLOG4_0000287-289<br>MS_PRIVLOG4_0000290-292<br>MS_PRIVLOG4_0000293-295<br>MS_PRIVLOG4_0000296-298<br>MS_PRIVLOG4_0000299-301<br>MS_PRIVLOG4_0000319-321 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0000312-313 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0000314-315 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0000316-318<br>MS_PRIVLOG4_0000322-326<br>MS_PRIVLOG4_0000327-331<br>MS_PRIVLOG4_0000332-336 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0000337-339 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0000345<br>(e-mail)<br>MS_PRIVLOG4_0000346<br>(attachment)<br>MS_PRIVLOG4_0000347-348<br>(e-mail)<br>MS_PRIVLOG4_0000349<br>(attachment)<br>MS_PRIVLOG4_0000350-351<br>(e-mail)<br>MS_PRIVLOG4_0000352<br>(e-mail) | Produce entire e-mail chains and attachments. |

| | |
|---|---|
| MS_PRIVLOG4_0000353-354 (e-mail) MS_PRIVLOG4_0000355 (attachment) MS_PRIVLOG4_0000356-357 (e-mail) MS_PRIVLOG4_0000358-360 (e-mail) | Produce (1) e-mail dated September 10, 2004 at 13:10:41 from "Amal Aly" to <cperlman@abnamroprime.com> et al. and (2) attachment at 355. |
| MS_PRIVLOG4_0000371-372 (e-mail) MS_PRIVLOG4_0000373 (attachment) | Produce entire e-mail chain and attachment. |
| MS_PRIVLOG4_0000377-379 (e-mail) MS_PRIVLOG4_0000380 (attachment) | Produce entire e-mail chain and attachment. |
| MS_PRIVLOG4_0000381-382 (e-mail) MS_PRIVLOG4_0000383 (attachment) | Produce entire e-mail chain and attachment. |
| MS_PRIVLOG4_0000384-385 (e-mail) MS_PRIVLOG4_0000386 (attachment) | Produce entire e-mail chain and attachment. |
| MS_PRIVLOG4_0000387-389 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0000390-392 | Produce entire e-mail chain. |

| | |
|---|---|
| MS_PRIVLOG4_0000393-395 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0000396-397<br>MS_PRIVLOG4_0000398-399 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0000403-404 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0000405-407<br>MS_PRIVLOG4_0000408-410 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0000415-418<br>MS_PRIVLOG4_0000419-422 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0000423-424 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0000425-426 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0000427 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0000428-429<br>MS_PRIVLOG4_0000430-431<br>MS_PRIVLOG4_0000432-433<br>MS_PRIVLOG4_0000434-435<br>MS_PRIVLOG4_0000436-438<br>MS_PRIVLOG4_0000439-441 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0000442-444 | Produce entire e-mail chain. |

| | |
|---|---|
| MS_PRIVLOG4_0000447-48 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0000449-453 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0000458 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0000459-461 (e-mail) MS_PRIVLOG4_0000462-466 (attachment) MS_PRIVLOG4_0000467-469 (e-mail) MS_PRIVLOG4_0000470-474 (attachment) MS_PRIVLOG4_0000475-477 (e-mail) MS_PRIVLOG4_0000478-482 (attachment) | Produce entire e-mail chains and attachments. |
| MS_PRIVLOG4_0000483-86 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0000487-489 (e-mail) MS_PRIVLOG4_0000490-494 (attachment) | Produce e-mail dated December 27, 2004 at 12:31 p.m. from Anna Havhannessian to jbernstein@bear.com et al.  Produce entire attachment. |
| MS_PRIVLOG4_0000495-497 (e-mail) MS_PRIVLOG4_0000498-502 (attachment) | Produce entire e-mail chain and attachment. |

| | |
|---|---|
| MS_PRIVLOG4_0000503-504<br>MS_PRIVLOG4_0000505-507<br>MS_PRIVLOG4_0000508-510<br>MS_PRIVLOG4_0000511-513<br>MS_PRIVLOG4_0000514-517 | Produce e-mail dated December 27, 2004 at 12:31 p.m. from Anna Havhannessian to jbernstein@bear.com et al. |
| MS_PRIVLOG4_0000518-520 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0000521-524 (e-mail)<br>MS_PRIVLOG4_0000525-530 (attachment)<br>MS_PRIVLOG4_0000531-538 (attachment) | Produce entire e-mail chain and attachments. |
| MS_PRIVLOG4_0000539-540 (e-mail)<br>MS_PRIVLOG4_0000541 (attachment) | Produce entire e-mail chain and attachment. |
| MS_PRIVLOG4_0000542-543 (e-mail)<br>MS_PRIVLOG4_0000544 (attachment) | Produce entire e-mail chain and attachment. |
| MS_PRIVLOG4_0000545-546 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0000547-549 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0000553-555 | Produce entire e-mail chain. |

| | |
|---|---|
| MS_PRIVLOG4_0000556-558 (e-mail)<br>MS_PRIVLOG4_0000559-564 (attachment)<br>MS_PRIVLOG4_0000565-572 (attachment) | Produce entire e-mail chain and attachments. |
| MS_PRIVLOG4_0000573-574 (e-mail)<br>MS_PRIVLOG4_0000575 (attachment) | Produce entire e-mail chain and attachment. |
| MS_PRIVLOG4_0000576-578 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0000579-581 (e-mail)<br>MS_PRIVLOG4_0000582-587 (attachment)<br>MS_PRIVLOG4_0000588-595 (attachment) | Produce entire e-mail chain and attachments. |
| MS_PRIVLOG4_0000596-598 (e-mail)<br>MS_PRIVLOG4_0000599-606 (attachment)<br>MS_PRIVLOG4_0000607-612 (attachment) | Produce entire e-mail chain and attachments. |

| | |
|---|---|
| MS_PRIVLOG4_0000613-615 (e-mail) MS_PRIVLOG4_0000616 (attachment) MS_PRIVLOG4_0000617-624 (attachment) MS_PRIVLOG4_0000625-630 (attachment) | Produce entire e-mail chain and attachments. |
| MS_PRIVLOG4_0000631-634 (e-mail) MS_PRIVLOG4_0000635 (attachment) MS_PRIVLOG4_0000636-643 (attachment) MS_PRIVLOG4_0000644-649 (attachment) | Produce entire e-mail chain and attachments. |
| MS_PRIVLOG4_0000650-653 (e-mail) MS_PRIVLOG4_0000654 (attachment) MS_PRIVLOG4_0000655-662 (attachment) MS_PRIVLOG4_0000663-668 (attachment) | Produce entire e-mail chain and attachments. |
| MS_PRIVLOG4_0000669-671 (e-mail) MS_PRIVLOG4_0000672 (attachment) MS_PRIVLOG4_0000673-680 (attachment) MS_PRIVLOG4_0000681-686 (attachment) | Produce entire e-mail chain and attachments. |

| | |
|---|---|
| MS_PRIVLOG4_0000687-688 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0000691 (e-mail) MS_PRIVLOG4_0000692 (attachment) MS_PRIVLOG4_0000693 (attachment) | Produce entire e-mail chain and attachments. |
| MS_PRIVLOG4_0000694-696 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0000697-698 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0000699-701 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0000702-704 (e-mail) MS_PRIVLOG4_0000705-711 (attachment) | Produce entire e-mail chain and attachment. |
| MS_PRIVLOG4_0000712-14 (e-mail) MS_PRIVLOG4_0000715-720 (attachment) | Produce entire e-mail chain and attachment. |
| MS_PRIVLOG4_0000722-723 (e-mail) MS_PRIVLOG4_0000724-730 (attachment) | Produce entire e-mail chain and attachment. |

| | |
|---|---|
| MS_PRIVLOG4_0000798 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0000799-803 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0000814-815 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0000820-822 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0000825-827 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0000828-830 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0000828-830 | Produce entire e-mail chain but redact e-mail dated July 29, 2005 at 10:42 a.m. from Graffeo, Mary Jo (EFS) to Schiavo, Anthony (EFS) et al. |
| MS_PRIVLOG4_0000834-836 | Produce entire e-mail chain but redact (1) e-mail dated July 29, 2005 at 10:42 a.m. from Graffeo, Mary Jo (EFS) to Schiavo, Anthony (EFS) et al. and (2) redact e-mail dated July 29, 2005 at 11:02 a.m. from Schiavo, Anthony (EFS) to McManus, Thomas (SECURITIES). |
| MS_PRIVLOG4_0000837-838 | Produce entire attachment. |

| | |
|---|---|
| MS_PRIVLOG4_0000840-841 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0000842 (e-mail) MS_PRIVLOG4_0000843-848 (attachment) | Produce entire e-mail chain and attachment. |
| MS_PRIVLOG4_0000855-856 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0000857-858 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0000859-861 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0000862-864 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0000865-867 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0000868-870 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0000871-873 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0000874-880 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0000881-887 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0000888-890 | Produce entire e-mail chain. |

| | |
|---|---|
| MS_PRIVLOG4_0000891-896 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0000902-910 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0000911-914 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0000915-917 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0000918-926 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0000930-934 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0000935-940 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0000941-943 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0000944-947 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0000963-966 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0000967-970 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0000971-975 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0000976-980 | Produce entire e-mail chain. |

| | |
|---|---|
| MS_PRIVLOG4_0000981-985 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0000986-990 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0000991-997 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0000998-008 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0001009-019 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0001020-024 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0001025-030 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0001031-035 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0001036-048 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0001049-054 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0001055-060 | Produce entire e-mail chain, but redact e-mail dated November 23, 2005 at 7:54 a.m. from O'Connor, Robert to Tell, Martin. |
| MS_PRIVLOG4_0001061-063 | Produce entire e-mail chain. |

| | |
|---|---|
| MS_PRIVLOG4_0001064-067 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0001083-084 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0001085-086 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0001087-088 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0001089-090 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0001091-092 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0001093-094 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0001102-103 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0001104-105 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0001106-107 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0001108-109 | Produce entire e-mail chain. |
| MS_PRIVLOG4_000110-111 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0001112-113 | Produce entire e-mail chain. |

| | |
|---|---|
| MS_PRIVLOG4_0001114-115 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0001116-117 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0001118-119 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0001138 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0001142-143 (e-mail) MS_PRIVLOG4_0001144-146 (attachment) | Produce entire e-mail chain and attachment. |
| MS_PRIVLOG4_0001155-157 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0001162 (e-mail) MS_PRIVLOG4_0001163-171 (attachment) | Produce entire e-mail chain and attachment. |
| MS_PRIVLOG4_0001172-173 (e-mail) MS_PRIVLOG4_0001174-182 (attachment) | Produce entire e-mail chain and attachment. |
| MS_PRIVLOG4_0001183-187 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0001188-191 | Produce entire e-mail chain. |

| | |
|---|---|
| MS_PRIVLOG4_0001192-194 (e-mail) MS_PRIVLOG4_0001195-198 (attachment) | Produce entire e-mail chain and attachment. |
| MS_PRIVLOG4_0001199-201 (e-mail) MS_PRIVLOG4_0001202-205 (attachment) | Produce entire e-mail and attachment. |
| MS_PRIVLOG4_0001206-210 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0001211-213 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0001214-219 MS_PRIVLOG4_0001220-225 MS_PRIVLOG4_0001226-232 MS_PRIVLOG4_0001232-237 | Produce entire e-mail chain, but redact e-mail dated March 1, 2007 at 2:24 p.m. from Caracappa, Tricia to jillsdirects et al. |
| MS_PRIVLOG4_0001281-284 | Produce e-mail dated Jun 13, 2007 at 12:45:46 from Campion, Kevin J. to Quinn, Jerry et al. |
| MS_PRIVLOG4_0001298-304 MS_PRIVLOG4_0001305-311 | Produce entire e-mail, but redact e-mail dated June 13, 2007 at 1:02 p.m. from O'Connor, Robert to eqlawyers; Faulkner, John (LEGAL) et al. |
| MS_PRIVLOG4_0001336-337 | Produce entire e-mail chain. |

| | |
|---|---|
| MS_PRIVLOG4_0001338-339 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0001344-346 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0001347-348 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0001349-352 | Produce (1) e-mail dated July 3, 2007 at 2:55 p.m. from Vicek, Ann to (list deleted) and (2) e-mail dated July 10, 2007 at 3:24 p.m. from Vicek, Ann to Vicek, Ann; Connors, Jennifer, et al. |
| MS_PRIVLOG4_0001353-354 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0001355-357 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0001371-373 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0001376-378 | Produce e-mail dated September 27, 2007 at 13:01:14 from Aly, Amal to O'Connor, Robert. |
| MS_PRIVLOG4_0001392-393 (e-mail) MS_PRIVLOG4_0001394-399 (attachment) | Produce e-mail dated April 18, 2008 at 8:50 a.m. from Aly, Amal to Aly, Amal; Anderson, Meridith et al. Produce attachment. |

| | |
|---|---|
| MS_PRIVLOG4_0001400-401<br>MS_PRIVLOG4_0001402-403<br>MS_PRIVLOG4_0001404-405 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0001406-407<br>(e-mail)<br>MS_PRIVLOG4_0001408-419<br>(attachment) | Produce entire e-mail chain and attachment. |
| MS_PRIVLOG4_0001420-421 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0001422-424<br>MS_PRIVLOG4_0001425-427 | Produce e-mail dated May 8, 2008 at 8:34 a.m. from Blaine, Belinda to Rockoff, Scott et al. |
| MS_PRIVLOG4_0001428-439 | Produce entire attachment. |
| MS_PRIVLOG4_0001440-443<br>(e-mail)<br>MS_PRIVLOG4_0001444-455<br>(attachment) | Produce entire e-mail chain and attachment. |
| MS_PRIVLOG4_0001456<br>(e-mail)<br>MS_PRIVLOG4_0001457-468<br>(attachment) | Produce entire e-mail chain and attachment. |

| | |
|---|---|
| MS_PRIVLOG4_0001469-470 (e-mail) MS_PRIVLOG4_0001471-482 (attachment) | Produce entire e-mail chain and attachment. |
| MS_PRIVLOG4_0001620-622 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0001623-625 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0001629-630 | Produce entire e-mail chain. |

| | |
|---|---|
| MS_PRIVLOG4_0001634-637<br>MS_PRIVLOG4_0001638-641<br>MS_PRIVLOG4_0001642-44<br>MS_PRIVLOG4_0001645-47<br>MS_PRIVLOG4_0001648-50<br>MS_PRIVLOG4_0001651-53<br>MS_PRIVLOG4_0001654-56<br>MS_PRIVLOG4_0001657-661<br>MS_PRIVLOG4_0001662-664<br>MS_PRIVLOG4_0001665-667<br>MS_PRIVLOG4_0001668-671<br>MS_PRIVLOG4_0001672-675<br>MS_PRIVLOG4_0001676-679<br>MS_PRIVLOG4_0001680-682<br>MS_PRIVLOG4_0001683-688<br>MS_PRIVLOG4_0001689-694<br>MS_PRIVLOG4_0001695-701<br>MS_PRIVLOG4_0001701-709<br>MS_PRIVLOG4_0001710-717<br>MS_PRIVLOG4_0001718-720<br>MS_PRIVLOG4_0001721-723<br>MS_PRIVLOG4_0001724-726<br>MS_PRIVLOG4_0001727-729<br>MS_PRIVLOG4_0001730-732<br>MS_PRIVLOG4_0001733-735<br>MS_PRIVLOG4_0001736-738<br>MS_PRIVLOG4_0001739-741<br>MS_PRIVLOG4_0001742-745<br>MS_PRIVLOG4_0001746-749<br>MS_PRIVLOG4_0001750-753<br>MS_PRIVLOG4_0001754-757<br>MS_PRIVLOG4_0001758-760<br>MS_PRIVLOG4_0001761-764<br>MS_PRIVLOG4_0001765-768<br>MS_PRIVLOG4_0001769-772<br>MS_PRIVLOG4_0001773-776<br>MS_PRIVLOG4_0001777-779<br>MS_PRIVLOG4_0001780-783 | Produce e-mail dated August 12, 2008 at 5:30 p.m. from Aly, Amal to Aly, Amal; Anderson, Meridith, et al. |

| | |
|---|---|
| MS_PRIVLOG4_0001784-787 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0001790-791 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0001792-794 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0001795-797 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0001798-804 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0001805-806 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0001807-808 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0001812-814<br>MS_PRIVLOG4_0001815-817<br>MS_PRIVLOG4_0001818-821<br>MS_PRIVLOG4_0001822-825<br>MS_PRIVLOG4_0001826-829 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0001864-865<br>(e-mail)<br>MS_PRIVLOG4_0001866<br>(attachment)<br>MS_PRIVLOG4_0001867-872<br>(attachment) | Produce entire e-mail chain and attachments. |

| | |
|---|---|
| MS_PRIVLOG4_0001873-874 (e-mail) MS_PRIVLOG4_0001875-878 (attachment) | Produce entire e-mail chain and attachments. |
| MS_PRIVLOG4_0001879-880 (e-mail) MS_PRIVLOG4_0001881-884 (attachment) | Produce entire e-mail chain and attachments. |
| MS_PRIVLOG4_0001885-886 (e-mail) MS_PRIVLOG4_0001887-890 (attachment) | Produce entire e-mail chain. |
| MS_PRIVLOG4_0001891 (e-mail) MS_PRIVLOG4_0001892-895 (attachment) | Produce entire e-mail chain. |
| MS_PRIVLOG4_0001911 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0001914 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0001917-926 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0001927-929 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0001933-934 | Produce entire e-mail chain. |

| | |
|---|---|
| MS_PRIVLOG4_0001935-937 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0001944-945 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0002013-014 | Produce entire attachment. |
| MS_PRIVLOG4_0002015-020 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0002021-027 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0002028-029 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0002030-031 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0002032 | Produce entire attachment. |
| MS_PRIVLOG4_0002033-035 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0002036-038 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0002039-041 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0002046-049 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0002046-049 | Produce entire e-mail chain. |

| | |
|---|---|
| MS_PRIVLOG4_0002050-053 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0002056-059 | Produce entire attachment. |
| MS_PRIVLOG4_0002060-063 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0002068 (e-mail) MS_PRIVLOG4_0002069-081 (attachment) | Produce entire e-mail chain and attachment. |
| MS_PRIVLOG4_0002082-085 | Produce entire e-mail chain. |
| MS_PRIVLOG4_0002086-087 (e-mail) MS_PRIVLOG4_0002088-2100 (attachment) | Produce entire e-mail chain and attachment. |
| MS_PRIVLOG4_0002101-102 (e-mail) MS_PRIVLOG4_0002103-115 (attachment) | Produce entire e-mail chain and attachment. |
| MS_PRIVLOG4_0002116-120 | Produce entire e-mail chain. |

| | |
|---|---|
| MS_PRIVLOG4_0002121-130 (e-mail)<br>MS_PRIVLOG4_0002131-2148 (attachment)<br>MS_PRIVLOG4_0002149-2168 (attachment) | Produce entire e-mail chain and attachments. |