## EXHIBIT "D"
## GOLDMAN SACHS' LOG OF DOCUMENTS WITHHELD IN THEIR ENTIRETY

| BATES NUMBER | EXPLANATION |
| --- | --- |
| E03377650 | Produce entire e-mail chain. |
| E03379808<br>E03379809-810 | Produce entire e-mail chain. |
| E03380037<br>E03380047 | Produce entire e-mail chain. |
| E03380498 | Produce entire e-mail chain. |
| E03380997 | Produce entire e-mail chain to make consistent with production on GSE_T 01698643-644. |
| E04391292<br>E04391293-298 | Produce entire e-mail chain and attachment. |

2

## SIFMA DOCUMENTS

| BATES NUMBER | EXPLANATION |
|---|---|
| E04357234-235 | Produce entire e-mail chain. |
| E04358097-098 | Produce entire email chain. |
| E03635456-457 (e-mail)<br>E03635458-460 (attachment)<br>E0363461 (attachment) | Produce entire e-mail chain and attachments. |
| E03635465-466 | Produce entire e-mail chain. |
| E04099525 (e-mail)<br>E04099526-528 (attachment) | Produce entire e-mail chain and attachment. |
| E04375933 (e-mail)<br>E04375934-941 (attachment) | Produce entire e-mail chain and attachment. |
| E04375944-946 (e-mail)<br>E04375947-954 (attachment) | Produce entire e-mail chain and attachment. |
| E04375955 (e-mail)<br>E04375956-964 (attachment)<br>E04375965-974 (attachment) | Produce entire e-mail chain and attachments. |

2

3

| | |
|---|---|
| E04375975 (e-mail)<br>E04375976-984 (attachment)<br>E04375985-994 (attachment) | Produce entire e-mail chain and attachments. |
| E04385324 (e-mail)<br>E04385325-327 (attachment)<br>E04385328 (attachment) | Produce entire e-mail chain and attachments. |
| E04453598 (e-mail)<br>E04453599 (attachment) | Produce entire e-mail chain and attachment. |
| E04453600-601 | Produce entire e-mail chain. |
| E04453602-603 (e-mail)<br>E04453604 (attachment)<br>E04453605 (attachment) | Produce entire e-mail chain and attachments. |
| E04453606 (e-mail)<br>E04453607-611 (attachment) | Produce entire e-mail chain and attachment. |
| E04453612 (e-mail)<br>E04453613-616 (attachment) | Produce entire e-mail chain and attachment. |
| E0445617 (e-mail)<br>E04453618-621 (attachment) | Produce entire e-mail chain and attachment. |

4

| | |
|---|---|
| E04453622-623 | Produce entire e-mail chain. |
| E04453651-652 (e-mail)<br>E04453653-665 (attachment) | Produce entire e-mail chain and attachment. |
| E04453684-686 | Produce entire e-mail chain. |
| E04453736-738 | Produce entire e-mail chain. |