## EXHIBIT "E"
## GOLDMAN SACHS' LOG OF DOCUMENTS PRODUCED IN REDACTED FORM

| BATES NUMBER | EXPLANATION |
|---|---|
| GSE_T 01202132.0001-.0002<br>GSE_T 01202152.0001-.0004 | Produce first sentence of e-mail dated May 22, 2009 from McWilliams, Kelly to Bonn, Ralane et al. |
| GSE_T 01215867.0001<br>GSE_T 01216270.0001<br>GSE_T 01216280 | Produce entire attachment to make consistent with production on GSE_T 01215911.0001-915.0001. |
| GSE_T 01215868.0001 | Produce entire attachment to make consistent with production on GSE_T 01215916.0001-01215929.0001. |
| GSE_T 01216255.0001 | Produce entire attachment to make consistent with production on GSE_T 01215930.0001-932.0001. |
| GSE_T 01226343-345<br>GSE_T 01606445-556<br>GSE_T 01698627-628<br>GSE_T 01698633-634<br>GSE_T 01698638-639<br>GSE_T 01698949-950<br>GSE_T 01704472-473<br>GSE_T 01704477-479 | Produce e-mail dated September 27, 2005 at 1:00 p.m. from Chow, Judy to gss-sl-trading-dom-ny and gs-sl-trading-intl-ny to make consistent with production on GSE_T 01698643-644. |
| GSE_T -1226539-540 | Produce entire e-mail chain. |

| | |
|---|---|
| GSE_T 01226851-853 | Produce (1) e-mail dated July 23, 2007 at 3:36 p.m. from Cheuk, Simon K. to Qaurtermaine, Michele and (2) e-mail dated July 23, 2007 at 4:49 p.m. from Chow, Judy to Fodera, Giovannie and Maiello, James. |
| GSE_T 01235455<br>GSE_T 01235478<br>GSE_T 01235501 | Produce entire attachment to make consistent with production on GSE_T 01235457. |
| GSE_T 01236629.0001-.0002 | Produce e-mail dated February 23, 2009 at 5:29 p.m. from Michael Bautz [mail to MBautz@nyx.com] to Schulz, Christina. |
| GSE_T 01243800<br>GSE_T 01243944 | Produce entire e-mail chain. |
| GSE_T 01243878 | Produce entire e-mail chain. |
| GSE_T 01243951 | Produce entire e-mail chain. |
| GSE_T 01244166 | Produce entire e-mail chain. |
| GSE_T 01244461-463 | Produce e-mail dated August 21, 2007 at 3:01 p.m. from Meys, Paul to Nassau, Brad. |

| | |
|---|---|
| GSE_T 01247930-932 | Produce e-mail dated July 5, 2007 at 3:44 p.m. from Miller, Guy M. to eq-listedtraders; eq-nasdaq-trading-east; eq-ptst et al. to make consistent with production on GSE_T 01247933-935. |
| GSE_T 01255562-564 | Produce entire e-mail chain. |
| GSE_T 01255671 | Produce e-mail dated February 9, 2005 at 12:34 p.m. from Jack, Kathleen to Kaplan, Gary et al. |
| GSE_T 01266546A.0001-.0002 | Produce entire e-mail chain. |
| GSE_T 01273648.0001-.0003 | Produce entire e-mail chain. |
| GSE_T 01420823-825<br>GSE_T 01420826-828<br>GSE_T 01420829-831<br>GSE_T 01420832-834 | Produce e-mail dated June 28, 2007 at 12:10 p.m. from Campion, Kevin J. to undisclosed recipients. |
| GSE_T 01573798-802 | Produce e-mail dated September 20, 2007 at 5:08 p.m. from Wescott, Amanda to Liberopoulos, George et al. to make consistent with production on GSE_T 01573795.0001-797.0001. |

| | |
|---|---|
| GSE_T 01586772-777 | Produce (1) e-mail dated September 23, 2008 at 9:26 a.m. from Roopnarine, Amelia to Berton, John et al. and (2) e-mail dated September 23, 2008 at 9:28 a.m. from Berton, John to Roopnarine, Amelia et al. to make consistent with production on GSE_T 01586766-771. |
| GSE_T 01605364-367 | Produce e-mail dated May 22, 2007 at 10:25 a.m. from Kalla, Srikant to Ahearn, Kevin C. |
| GSE_T 01607104.0001-105.0001 | Produce e-mail dated December 23, 2004 at 9:42 a.m. from Jimmy Hutchinson [mailto: Jimmy.Hutchinson@group1.com] to Higgins, Denise et al. |
| GSE_T 01607292 | Produce attachment in its entirety. |
| GSE_T 01633529A.0001 GSE_T 01633597-598 | Produce e-mail dated December 1, 2006 at 5:48 p.m. from Wong, Stephen (Compliance) to Roopnarine, Amelia et al. |
| GSE_T 01644182 | Produce e-mail dated August 12, 2005 at 2:18 p.m. from Nelson, Leslie, S. to Masterson, John J. (GSS). |
| GSE_T 01645614.0001-621.0001 | Produce e-mail dated March 6, 2006 at 10:09 a.m. from Asatur, Kyrill to Wondrack, Jon to make consistent with production on GSE_T 01645628.0001-636.0001. |

| | |
|---|---|
| GSE_T 01645904-906 | Produce e-mail dated January 11, 2007 at 12:15 p.m. from Boorujy, Beverly to Edwards, Denver et al. |
| GSE_T 01654519.0001-521.0001 | Produce entire e-mail chain. |
| GSE_T 01654528.0001-529.0001 | Produce entire e-mail chain. |
| GSE_T 01665511-512 | Produce e-mail dated September 8, 2005 at 10:15 p.m. from Bonn, Ralane to Breckenridge, Jonathan E. to make consistent with production on GSE_T 01665513-515. |
| GSE_T 01666393-398 | Produce (1) e-mail dated March 15, 2007 at 12:20 p.m. from Cornelius, Ashleigh to eq-ops-EC&AE-setts; eq-ops-paneruro-buyins et al., (2) e-mail dated March 15, 2007 at 2:03 p.m. from Salmen, Mark to eq-ln-trading-compliance, (3) e-mail dated March 15, 2007 at 11:38 a.m. from Bennett, Sarah to Roopnarine, Amelia, and (4) e-mail dated March 16, 2007 at 9:44 a.m. from Budzinska-Warne, Aleksandra B. to Berton, John et al. |
| GSE_T 01666948 | Produce entire e-mail chain. |
| GSE_T 01666953-954 | Produce entire e-mail chain. |

| | |
|---|---|
| GSE_T 01666955-956<br>GSE_T 01666962-963<br>GSE_T 01666964-966<br>GSE_T 01666967-970 | Produce e-mail dated December 1, 2006 at 5:48 p.m. from Wong, Stephen (Compliance) to Roopnarine, Amelia et al. |
| GSE_T 01668558-559 | Produce entire e-mail chain. |
| GSE_T 01668870-872 | Produce (1) e-mail dated June 1, 2005 at 1:24 p.m. from Kim, Yeenee to Ceremsak, Robert J. et al., (2) e-mail dated June 3, 2005 at 9:47 a.m. from Ceremsak, Robert J. to Kim, Yeenee et al, (3) the first three sentences of e-mail dated June 3, 2005 at 11:57 from Ceremsak, Robert J. to Ostroff, Larry et al. to make consistent with production on GSE_T 01668867-869. |
| GSE_T 01668906 | Produce entire e-mail chain. |
| GSE_T 01669042-044 | Produce e-mail dated June 26, 2006 at 3:18 p.m. from Rusoff, David to Miller, Guy M. |
| GSE_T 01698637 | Produce entire attachment. |
| GSE_T 01699084-085 | Produce (1) e-mail dated April 2, 2003 at 4:23 p.m. from Quartermaine, Michele to Breckenridge, Jonathan E. et al. and (2) e-mail dated August 19, 2003 at 4:54 p.m. from Bonn, Ralane to Mchugh, Sean et al. to make consistent with production on GSE_T 01699086. |

| | |
|---|---|
| GSE_T 01701711-712 | Produce entire e-mail chain. |
| GSE_T 01703896-898 | Produce entire e-mail chain. |
| GSE_T 01704745-747 | Produce e-mail dated February 16, 2006 at 8:04 a.m. from D'Esposito, Tony to Brody, Shawn et al. to make consistent with production on GSE_T 01704748-750. |
| GSE_T 01704755-759 | Produce e-mail dated July 5, 2007 at 4:36 p.m. from Ribaudo, Debra to Miller, Guy M. et al. |
| GSE_T 01706842-845 | Produce entire e-mail chain. |
| GSE_T 01706929-931 | Produce (1) e-mail dated October 9, 2008 at 21:23:35 from Costello, Ann to Kelton, Annette et al. and (2) e-mail dated October 9, 2008 at 21:54:13 from William, John to Kelton, Annette et al. |
| GSE_T 01706955 | Produce entire e-mail chain. |
| GSE_T 01707101-105 | Produce entire e-mail chain. |
| GSE_T 01707107-108 | Produce entire e-mail chain. |

| | |
|---|---|
| GSE_T 01701736-739<br>GSE_T 01701740-744 | Produce entire e-mail chain. |

## SIFMA DOCUMENTS

| BATES NUMBER | EXPLANATION |
|---|---|
| GSE_T 01563659 | Produce entire attachment. |
| GSE_T 01563660 | Produce entire attachment. |
| GSE_T 01568333-345 | Produce e-mail dated May 25, 2006 at 8:08 a.m. from Amal Aly to Nicholas Chapekis et al. |
| GSE_T 01574110.0001 | Produce entire attachment. |
| GSE_T 01574114 | Produce entire attachment. |
| GSE_T 01644855-856 | Produce entire e-mail chain. |
| GSE_T 01644891 | Produce entire e-mail chain. |
| GSE_T 01644892 | Produce entire attachment. |
| GSE_T 01644893-899 | Produce entire e-mail chain. |
| GSE_T 01644901-902 | Produce entire e-mail chain. |
| GSE_T 01644937 | Produce entire e-mail chain. |

| | |
|---|---|
| GSE_T 01644938 | Produce entire attachment. |
| GSE_T 01644939-945 | Produce entire e-mail chain. |
| GSE_T 01645896-903 | Produce entire e-mail chain except for e-mail dated February 1, 2007 at 8:21 p.m. from Miller, Guy M. to eq-reg-nms. |
| GSE_T 01652084 | Produce entire e-mail chain. |
| GSE_T 01654623-624 | Produce entire e-mail chain. |
| GSE_T 01654625-626 | Produce entire e-mail chain. |
| GSE_T 01655224 | Produce entire e-mail chain. |
| GSE_T 01663801-802 | Produce e-mail dated November 19, 2003 at 7:32 p.m. from Kessler, Steven to 'Aaly@sia.com.' |
| GSE_T 01663803 | Produce entire attachment. |
| GSE_T 01663804 | Produce entire attachment. |
| GSE_T 01663805 | Produce entire attachment. |

| GSE_T 01664068-069 | Produce entire e-mail chain. |
|---|---|
| GSE_T 01664104 | Produce entire e-mail chain. |
| GSE_T 01664106-112 | Produce entire e-mail chain. |
| GSE_T 01664114-115 | Produce entire e-mail chain. |
| GSE_T 01664150 | Produce entire e-mail chain. |
| GSE_T 01664152-158 | Produce entire e-mail chain. |
| GSE_T 01664159-171 | Produce entire e-mail chain except for e-mail dated November 22, 2005 at 2:04 p.m. from Breckenridge, Jonathan E. to Sidd, Susan et al. |
| GSE_T 01665942 | Produce entire attachment. |
| GSE_T 01665946 | Produce entire attachment. |
| GSE_T 01666899-901 | Produce entire e-mail chain except for e-mail dated June 29, 2006 at 4:11 p.m. from Breckenridge, Jonathan E. to Nelson, Leslie S. et al. |
| GSE_T 01667890.0001 | Produce entire e-mail chain. |

| | |
|---|---|
| GSE_T 01667893.0001 | Produce entire e-mail chain. |
| GSE_T 0168933 | Produce entire attachment. |
| GSE_T 0168934 | Produce entire attachment. |
| GSE_T 0168935 | Produce entire attachment. |
| GSE_T 01668936 | Produce entire attachment. |
| GSE_T 01702647 | Produce entire e-mail chain. |
| GSE_T 01703901 | Produce entire attachment. |
| GSE_T 01703905-906 | Produce entire e-mail chain. |
| GSE_T 01703950-956 | Produce e-mail dated March 4, 2008 at 1:44 p.m. from Campion, Kevin J. to Campion, Kevin J. et al. |
| GSE_T 01703957-963 | Produce e-mail dated March 4, 2008 at 1:44 p.m. from Campion, Kevin J. to Campion, Kevin J. et al. |
| GSE_T 01703964-971 | Produce e-mail dated March 4, 2008 at 1:44 p.m. from Campion, Kevin J. to Campion, Kevin J. et al. |