**EXHIBIT "F"**
**MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED'S**
**REVISED LOG OF DOCUMENTS WITHHELD FROM PRODUCTION**
**(MARCH 4, 2011)**

| BATES NUMBER | EXPLANATION |
|---|---|
| ALLOTTA_J00018563 | Produce entire e-mail chain. |
| BABBITT_K00417342<br>BABBITT_K00417343 | Produce entire e-mail chain. |
| BASTEDO_D00000913 | Produce entire e-mail chain. |
| MESSINGER_L00091315<br>(e-mail)<br>MESSINGER_L00091315<br>(attachment) | Produce entire e-mail chain and attachment. |
| MESSINGER_L00435268 | Produce entire e-mail chain.  (Note: although the log indicates that the e-mail has an attachment, we cannot locate an attachment to this e-mail.) |
| MESSINGER_L00638817<br>(e-mail)<br>MESSINGER_L00638818<br>(attachment)<br>MESSINGER_L00638819<br>(attachment) | Produce entire e-mail chain except for first five lines (i.e. e-mail dated April 17, 2007 at 3:43 p.m. from Messinger, Linda (GEF-Americas) to kcampion@sidley.com. Produce attachments. |

| | |
|---|---|
| MESSINGER_L00640697 (e-mail) MESSINGER_L00640716 (attachment) | Produce entire e-mail chain and attachment. |
| MESSINGER_L00642229 (e-mail) MESSINGER_L00642230 (attachment) MESSINGER_L00642231 (e-mail) MESSINGER_L00642231 (attachment) | Produce entire e-mail chains and attachments. |
| MESSINGER_L00658073 (e-mail) MESSINGER_L00658074 (attachment) | Produce entire e-mail chain and attachment.  Author of e-mail, Aileen MacGahan, is not identified on the appendices provided by Merrill Lynch. |
| MESSINGER_L00660399 (e-mail) MESSINGER_L00660400 (attachment) | Produce entire e-mail chain and attachment. |
| MESSINGER_L00662847 (e-mail) MESSINGER_L00662848 (attachment) MESSINGER_L00662849 (attachment) | Produce entire e-mail chain and attachments.  Author of e-mail, Gary Singer, is not identified on the appendices provided by Merrill Lynch. |

| | |
|---|---|
| MESSINGER_L00667023 | Produce entire e-mail chain.  (Note: although the log indicates that the e-mail has an attachment, we cannot locate an attachment to this e-mail.) |
| MESSINGER_L00691812 | Produce entire e-mail chain. |
| MESSINGER_L00714335 | Produce entire e-mail chain. (Note: although the log indicates that the e-mail has an attachment, we cannot locate an attachment to this e-mail.) |
| SANTANGELO_R00010032 (e-mail) SANTANGELO_R00010033 (attachment) SANTANGELO_R00010034 (attachment) SANTANGELO_R00010035 (attachment) SANTANGELO_R00010036 (attachment) | Produce entire e-mail chain and attachments. |

## SIFMA DOCUMENTS

| BATES NUMBER | EXPLANATION |
|---|---|
| ALEXANDER_R00022361 (e-mail) ALEXANDER_R00022362 (attachment) ALEXANDER_R00022363 (attachment) ALEXANDER_R00022364 (attachment) | Produce entire e-mail chain and attachments. |
| ALEXANDER_R00022386 (e-mail) ALEXANDER_R00022387 (attachment) ALEXANDER_R00022388 (attachment) | Produce entire e-mail chain and attachments. |
| BABBITT_K00417248 (e-mail) BABBITT_K00417249 (attachment) | Produce entire e-mail chain and attachment. |
| BABBITT_K00417574 (e-mail) BABBITT_K00417575 (attachment) BABBITT_K00417577 (attachment) | Produce entire e-mail chain and attachments. |

| | |
|---|---|
| BABBITT_K00417579 (e-mail) BABBITT_K00417580 (attachment) | Produce entire e-mail chain and attachment. |
| BABBITT_K00417583 (e-mail) BABBITT_K00417584 (attachment) BABBITT_K00417585 (attachment) | Produce entire e-mail chain and attachments. |
| BABBITT_K00417588 (e-mail) BABBITT_K00417589 (attachment) BABBITT_K00417590 (attachment) BABBITT_K00417591 (attachment) BABBITT_K00417592 (attachment) | Produce entire e-mail chain and attachments. |
| BABBITT_K00417595 (e-mail) BABBITT_K00417596 (attachment) | Produce entire e-mail chain and attachment. |
| BABBITT_K00417615 (e-mail) BABBITT_K00417616 (attachment) | Produce entire e-mail chain and attachment. |

| | |
|---|---|
| BABBITT_K00417618 | Produce entire e-mail chain. |
| BABBITT_K00417619 (e-mail) BABBITT_K00417620 (attachment) | Produce entire e-mail chain and attachment. |
| BABBITT_K00417621 (e-mail) BABBITT_K00417622 (attachment) | Produce entire e-mail chain and attachment. |
| BABBITT_K00417623 (e-mail) BABBITT_K00417624 (attachment) | Produce entire e-mail chain and attachment. |
| BABBITT_K00417631 | Produce entire e-mail chain. |
| BABBITT_K00417633 (e-mail) BABBITT_K00417634 (attachment) BABBITT_K00417635 (attachment) BABBITT_K00417636 (attachment) BABBITT_K00417637 (attachment) | Produce entire e-mail chain and attachments. |

| | |
|---|---|
| BABBITT_K00417641 (e-mail) BABBITT_K00417642 (attachment) | Produce entire e-mail chain and attachment. |
| BABBITT_K00417653 (e-mail) BABBITT_K00417654 (attachment) | Produce entire e-mail chain and attachment. |
| BABBITT_K00417660 (e-mail) BABBITT_K00417661 (attachment) BABBITT_K00417662 (attachment) BABBITT_K00417663 (attachment) BABBITT_K00417664 (attachment) BABBITT_K00417665 (attachment) | Produce entire e-mail chain and attachments. |
| BABBITT_K00417669 (e-mail) BABBITT_K00417670 (attachment) BABBITT_K00417671 (attachment) BABBITT_K00417672 (attachment) BABBITT_K00417673 (attachment) | Produce entire e-mail chain and attachments. |

| | |
|---|---|
| BABBITT_K00417688 (e-mail) BABBITT_K00417689 (attachment) BABBITT_K00417690 (attachment) | Produce entire e-mail chain and attachments. |
| BABBITT_K00417699 (e-mail) BABBITT_K00417700 (attachment) BABBITT_K00417701 (attachment) | Produce entire e-mail chain and attachments. |
| BABBITT_K00417702 | Produce entire e-mail chain. |
| BABBITT_K00417733 (e-mail) BABBITT_K00417734 (attachment) | Produce entire e-mail chain and attachment. |
| BABBITT_K00417739 (e-mail) BABBITT_K00417740 (attachment) BABBITT_K00417741 (attachment) | Produce entire e-mail chain and attachments. |
| BABBITT_K00417745 (e-mail) BABBITT_K00417746 (attachment) | Produce entire e-mail chain. |

| | |
|---|---|
| BABBITT_K00417747 (e-mail) BABBITT_K00417748 (attachment) BABBITT_K00417749 (attachment) BABBITT_K00417750 (attachment) BABBITT_K00417751 (attachment) | Produce entire e-mail chain and attachments. |
| CLEASBY_R00011045 (e-mail) CLEASBY _R00011046 (attachment) | Produce entire e-mail chain and attachment. |
| CLEASBY _R00011047 (e-mail) CLEASBY _R00011048 (attachment) CLEASBY _R00011049 (attachment) | Produce entire e-mail chain and attachments. |
| HOWELL_A00088814 | Produce entire e-mail chain. |
| LEE_J00012160 | Produce entire e-mail chain. |

| | |
|---|---|
| LEE_J00012177 (e-mail)<br>LEE_J00012178 (attachment)<br>LEE_J00012179 (attachment)<br>LEE_J00012180 (attachment)<br>LEE_J00012181 (attachment)<br>LEE_J00012182 (attachment) | Produce entire e-mail chain and attachments. |
| LEE_J00012195 | Produce entire e-mail chain. |
| LEE_J00012212 | Produce entire e-mail chain. |
| MELZ_P01081047 (e-mail)<br>MELZ_P01081048 (attachment)<br>MELZ_P01081049 (attachment)<br>MELZ_P01081050 (attachment)<br>MELZ_P01081051 (attachment) | Produce entire e-mail chain and attachments. |

| | |
|---|---|
| MELZ_P01081052 (e-mail) MELZ_P01081053 (attachment) | Produce entire e-mail chain and attachment. |
| MELZ_P01081080 (e-mail) MELZ_P01081081 (attachment) MELZ_P01081082 (attachment) MELZ_P01081083 (attachment) MELZ_P01081084 (attachment) MELZ_P01081085 (attachment) | Produce entire e-mail chain and attachments. |
| MELZ_P01081113 (e-mail) MELZ_P01081114 (attachment) MELZ_P01081115 (attachment) MELZ_P01081116 (attachment) MELZ_P01081117 (attachment) | Produce entire e-mail chain and attachments. |

| | |
|---|---|
| MELZ_P01081211 (e-mail) MELZ_P01081212 (attachment) MELZ_P01081213 (attachment) | Produce entire e-mail chain and attachments. |
| MELZ_P01081541 (e-mail) MELZ_P01081542 (attachment) MELZ_P01081543 (attachment) | Produce entire e-mail chain and attachments. |
| MELZ_P01081609 (e-mail) MELZ_P01081610 (attachment) | Produce entire e-mail chain and attachment. |
| MELZ_P01081611 (e-mail) MELZ_P01081612 (attachment) | Produce entire e-mail chain and attachment. |
| MELZ_P01094312 (e-mail) MELZ_P01094313 (attachment) | Produce entire e-mail chain and attachment. |

| | |
|---|---|
| MELZ_P011100852 (e-mail) MELZ_P011100853 (attachment) MELZ_P011100854 (attachment) | Produce entire e-mail chain and attachments. |
| MELZ_P011100855 | Produce entire e-mail chain. |
| MESSINGER_L00615673 (e-mail) MESSINGER_L00615675 (attachment) MESSINGER_L00615676 (attachment) | Produce entire e-mail chain and attachments. |
| MESSINGER_L00616093 (e-mail) MESSINGER_L00616094 (attachment) MESSINGER_L00616095 (attachment) MESSINGER_L00616096 (attachment) | Produce entire e-mail chain and attachments. |
| MESSINGER_L00653351 (e-mail) MESSINGER_L00653352 (attachment) | Produce entire e-mail chain and attachment. |

| | |
|---|---|
| MESSINGER_L00653380 (e-mail) MESSINGER_L00653381 (attachment) | Produce entire e-mail chain and attachment. |
| MESSINGER_L00653485 (e-mail) MESSINGER_L00653486 (attachment) MESSINGER_L00653487 (attachment) | Produce entire e-mail chain and attachments. |
| MESSINGER_L00653564 (e-mail) MESSINGER_L00653565 (attachment) | Produce entire e-mail chain and attachment. |
| MESSINGER_L00655598 (e-mail) MESSINGER_L00655599 (attachment) | Produce entire e-mail chain and attachment. |
| MESSINGER_L00701508 | Produce entire e-mail chain. |
| MESSINGER_L00701885 | Produce entire e-mail chain. |
| MESSINGER_L00701887 | Produce entire e-mail chain. |

| | |
|---|---|
| MESSINGER_L00702093 (e-mail) MESSINGER_L00702094 (attachment) MESSINGER_L00702095 (attachment) MESSINGER_L00702096 (attachment) | Produce entire e-mail chain and attachments. |
| MESSINGER_L00764550 (e-mail) MESSINGER_L00764551 (attachment) | Produce entire e-mail chain and attachment. |
| MESSINGER_L00765031 (e-mail) MESSINGER_L00765032 (attachment) | Produce entire e-mail chain and attachment. |
| MESSINGER_L00765264 (e-mail) MESSINGER_L00765265 (attachment) | Produce entire e-mail chain and attachment. |
| MESSINGER_L00765382 (e-mail) MESSINGER_L00765383 (attachment) | Produce entire e-mail chain and attachment. |

| | |
|---|---|
| MESSINGER_L00765384<br>(e-mail)<br>MESSINGER_L00765385<br>(attachment) | Produce entire e-mail chain and attachment. |
| MESSINGER_L00776796<br>(e-mail)<br>MESSINGER_L00776797<br>(attachment) | Produce entire e-mail chain and attachment. |
| MESSINGER_L00776960 | Produce entire e-mail chain. |
| MESSINGER_L00776961 | Produce entire e-mail chain. |
| MESSINGER_L00779413 | Produce entire e-mail chain. |
| MESSINGER_L00781802<br>(e-mail)<br>MESSINGER_L00781803<br>(attachment)<br>MESSINGER_L00781804<br>(attachment)<br>MESSINGER_L00781805<br>(attachment)<br>MESSINGER_L00781806<br>(attachment) | Produce entire e-mail chain and attachments. |
| MESSINGER_L00797556<br>(e-mail)<br>MESSINGER_L00797557<br>(attachment) | Produce entire e-mail chain and attachment. |

| | |
|---|---|
| MESSINGER_L00809669 | Produce entire e-mail chain. |
| MESSINGER_L00815089 | Produce entire e-mail chain. |
| MESSINGER_L00817196 | Produce entire e-mail chain. |
| MESSINGER_L00817197 (e-mail) MESSINGER_L00817198 (attachment) | Produce entire e-mail chain and attachment. |
| MESSINGER_L00822152 (e-mail) MESSINGER_L00822153 (attachment) | Produce entire e-mail chain and attachment. |
| MESSINGER_L00827796 (e-mail) MESSINGER_L00827797 (attachment) | Produce entire e-mail chain and attachment. |
| MESSINGER_L00827882 (e-mail) MESSINGER_L00827883 (attachment) | Produce entire e-mail chain and attachment. |
| MESSINGER_L00828013 (e-mail) MESSINGER_L00828014 (attachment) | Produce entire e-mail chain and attachment. |

| | |
|---|---|
| MESSINGER_L00832696 (e-mail) MESSINGER_L00832697 (attachment) | Produce entire e-mail chain and attachment. |
| MESSINGER_L00834379 | Produce entire e-mail chain. |
| MESSINGER_L00835113 | Produce entire e-mail chain. |
| MESSINGER_L00835181 | Produce entire e-mail chain. |
| MESSINGER_L00835182 (e-mail) MESSINGER_L00835183 (attachment) | Produce entire e-mail chain and attachment. |
| MESSINGER_L00835202 | Produce entire e-mail chain. |
| MESSINGER_L00835203 | Produce entire e-mail chain. |
| MESSINGER_L00835204 | Produce entire e-mail chain. |
| MESSINGER_L00835267 | Produce entire e-mail chain. |
| MESSINGER_L00835291 | Produce entire e-mail chain. |
| MESSINGER_L00835349 | Produce entire e-mail chain. |

| | |
|---|---|
| MESSINGER_L00835362 | Produce entire e-mail chain. |
| MESSINGER_L00835380 | Produce entire e-mail chain. |
| MESSINGER_L00836027 | Produce entire e-mail chain. |
| MESSINGER_L00836028 (e-mail) MESSINGER_L00836029 (attachment) | Produce entire e-mail chain and attachment. |
| MESSINGER_L00836189 (e-mail) MESSINGER_L00836190 (attachment) | Produce entire e-mail chain and attachment. |
| MESSINGER_L00836191 | Produce entire e-mail chain. |
| MESSINGER_L00842724 (e-mail) MESSINGER_L00842725 (attachment) | Produce entire e-mail chain and attachment. |
| MESSINGER_L00843010 (e-mail) MESSINGER_L00843011 (attachment) | Produce entire e-mail chain and attachment. |

| | |
|---|---|
| MESSINGER_L00848337 (e-mail) MESSINGER_L00848338 (attachment) | Produce entire e-mail chain and attachment. |
| MESSINGER_L00849322 (e-mail) MESSINGER_L00849323 (attachment) MESSINGER_L00849324 (attachment) | Produce entire e-mail chain and attachments. |
| MESSINGER_L00850680 (e-mail) MESSINGER_L00850681 (attachment) | Produce entire e-mail chain and attachment. |
| MESSINGER_L00851009 | Produce entire e-mail chain. |
| MESSINGER_L00851169 | Produce entire e-mail chain. |
| MESSINGER_L00851253 | Produce entire e-mail chain. |
| MESSINGER_L00851295 | Produce entire e-mail chain. |
| MESSINGER_L00851298 | Produce entire e-mail chain. |
| MESSINGER_L00851299 | Produce entire e-mail chain. |

| | |
|---|---|
| MESSINGER_L00851417 | Produce entire e-mail chain. |
| MESSINGER_L00851442 | Produce entire e-mail chain. |
| MESSINGER_L00856184 (e-mail) MESSINGER_L00856185 (attachment) | Produce entire e-mail chain and attachment. |
| MESSINGER_L00856395 | Produce entire e-mail chain. |
| MESSINGER_L00856396 | Produce entire e-mail chain. |
| MESSINGER_L00860934 | Produce entire e-mail chain. |
| MESSINGER_L00864612 (e-mail) MESSINGER_L00864613 (attachment) | Produce entire e-mail chain and attachment. |
| MESSINGER_L00864622 | Produce entire e-mail chain. |
| MESSINGER_L00864637 | Produce entire e-mail chain. |
| MESSINGER_L00865050 | Produce entire e-mail chain. |

| | |
|---|---|
| MESSINGER_L00865431 (e-mail) MESSINGER_L00865432 (attachment) MESSINGER_L00865433 (attachment) | Produce entire e-mail chain and attachments. |
| MESSINGER_L00866264 (e-mail) MESSINGER_L00866265 (attachment) MESSINGER_L00866266 (attachment) | Produce entire e-mail chain and attachments. |
| MESSINGER_L00876087 (e-mail) MESSINGER_L00876088 (attachment) | Produce entire e-mail chain and attachment. |
| MESSINGER_L00876298 (e-mail) MESSINGER_L00876299 (attachment) | Produce entire e-mail chain and attachment. |
| MESSINGER_L00876300 (e-mail) MESSINGER_L00876301 (attachment) | Produce entire e-mail chain and attachment. |
| MESSINGER_L00876596 | Produce entire e-mail chain. |
| MESSINGER_L00876608 | Produce entire e-mail chain. |

| | |
|---|---|
| MESSINGER_L00876854 | Produce entire e-mail chain. |
| MESSINGER_L00882568<br>(e-mail)<br>MESSINGER_L00882569<br>(attachment) | Produce entire e-mail chain and attachment. |
| MESSINGER_L00884057<br>(e-mail)<br>MESSINGER_L00884058<br>(attachment) | Produce entire e-mail chain and attachment. |
| MESSINGER_L00884059 | Produce entire e-mail chain. |
| MESSINGER_L00884060 | Produce entire e-mail chain. |
| MESSINGER_L00906912<br>(e-mail)<br>MESSINGER_L00906913<br>(attachment) | Produce entire e-mail chain and attachment. |
| MESSINGER_L00907174<br>(e-mail)<br>MESSINGER_L00907175<br>(attachment)<br>MESSINGER_L00907176<br>(attachment)<br>MESSINGER_L00907177<br>(attachment)<br>MESSINGER_L00907178<br>(attachment) | Produce entire e-mail chain and attachments. |

| | |
|---|---|
| MESSINGER_L00908283 (e-mail) MESSINGER_L00908284 (attachment) | Produce entire e-mail chain and attachment. |
| MESSINGER_L00908437 (e-mail) MESSINGER_L00908438 (attachment) MESSINGER_L00908439 (attachment) | Produce entire e-mail chain and attachments. |
| MESSINGER_L00908571 (e-mail) MESSINGER_L00908572 (attachment) | Produce entire e-mail chain and attachment. |
| MESSINGER_L00908634 (e-mail) MESSINGER_L00908635 (attachment) | Produce entire e-mail chain and attachment. |
| MESSINGER_L00909183 (e-mail) MESSINGER_L00909184 (attachment) MESSINGER_L00909185 (attachment) | Produce entire e-mail chain and attachments. |
| MESSINGER_L00910026 (e-mail) MESSINGER_L00910027 (attachment) | Produce entire e-mail chain and attachment. |

| | |
|---|---|
| MESSINGER_L00910031 (e-mail) MESSINGER_L00910032 (attachment) | Produce entire e-mail chain and attachment. |
| MESSINGER_L00910046 | Produce entire e-mail chain. |
| MESSINGER_L00910362 | Produce entire e-mail chain. |
| MESSINGER_L00910364 | Produce entire e-mail chain. |
| MESSINGER_L00910365 (e-mail) MESSINGER_L00910366 (attachment) MESSINGER_L00910367 (attachment) | Produce entire e-mail chain and attachments. |
| MESSINGER_L00911015 (e-mail) MESSINGER_L00911016 (attachment) | Produce entire e-mail chain and attachment. |
| MESSINGER_L00918992 (e-mail) MESSINGER_L00918993 (attachment) MESSINGER_L00918994 (attachment) | Produce entire e-mail chain and attachments. |

| | |
|---|---|
| MESSINGER_L00919182 | Produce entire e-mail chain. |
| MESSINGER_L00919789 | Produce entire e-mail chain. |
| MESSINGER_L00919790 (e-mail) MESSINGER_L00919791 (attachment) MESSINGER_L00919792 (attachment) MESSINGER_L00919793 (attachment) | Produce entire e-mail chain and attachments. |
| MESSINGER_L00920012 | Produce entire e-mail chain. |
| MESSINGER_L00920107 (e-mail) MESSINGER_L00920108 (attachment) | Produce entire e-mail chain and attachment. |
| MESSINGER_L00920266 | Produce entire e-mail chain. |
| MESSINGER_L00920267 (e-mail) MESSINGER_L00920268 (attachment) MESSINGER_L00920269 (attachment) | Produce entire e-mail chain and attachments. |

| | |
|---|---|
| MESSINGER_L00921004<br>(e-mail)<br>MESSINGER_L00921005<br>(attachment) | Produce entire e-mail chain and attachment. |
| MESSINGER_L00921025<br>(e-mail)<br>MESSINGER_L00921026<br>(attachment) | Produce entire e-mail chain and attachment. |
| ORAM_T0000294 | Produce entire e-mail chain. |
| ORAM_T0000423 | Produce entire e-mail chain. |
| ORAM_T0000424 | Produce entire e-mail chain. |
| ORAM_T0000428 | Produce entire e-mail chain. |
| ORAM_ T0001570<br>(e-mail)<br>ORAM_T0001571<br>(attachment) | Produce entire e-mail chain and attachment. |
| ORAM_T0001574<br>(e-mail)<br>ORAM_T0001575<br>(attachment)<br>ORAM_T0001576<br>(attachment) | Produce entire e-mail chain and attachments. |

| | |
|---|---|
| ORAM_T0001577 (e-mail) ORAM_T0001578 (attachment) ORAM_T0001579 (attachment) | Produce entire e-mail chain and attachments. |
| ORAM_T0001580 (e-mail) ORAM_T0001581 (attachment) ORAM_T0001582 (attachment) | Produce entire e-mail chain and attachments. |
| ORAM_T0001595 | Produce entire e-mail chain. |
| ORAM_T0001596 | Produce entire e-mail chain. |
| ORAM_T0001597 | Produce entire e-mail chain. |
| ORAM_T0001598 | Produce entire e-mail chain. |
| ORAM_T0001599 | Produce entire e-mail chain. |
| ORAM_T0001601 | Produce entire e-mail chain. |
| ORAM_T0001602 | Produce entire e-mail chain. |

| | |
|---|---|
| ORAM_T0001607 (e-mail) ORAM_T0001608 (attachment) ORAM_T0001609 (attachment) | Produce entire e-mail chain and attachments. |
| ORAM_T0001610 (e-mail) ORAM_T0001611 (attachment) | Produce entire e-mail chain and attachment. |
| ORAM_T0001612 | Produce entire e-mail chain. |
| ORAM_T0001615 | Produce entire e-mail chain. |
| ORAM_T0001617 | Produce entire e-mail chain. |
| ORAM_T0001621 (e-mail) ORAM_T0001622 (attachment) | Produce entire e-mail chain and attachment. |
| ORAM_T0001623 | Produce entire e-mail chain. |
| ORAM_T0001624 (e-mail) ORAM_T0001625 (attachment) | Produce entire e-mail chain and attachment. |

| | |
|---|---|
| ORAM_T0001626 | Produce entire e-mail chain. |
| ORAM_T0001627 | Produce entire e-mail chain. |
| ORAM_T0001628 | Produce entire e-mail chain. |
| ORAM_T0001629 (e-mail) ORAM_T0001630 (attachment) | Produce entire e-mail chain and attachment. |
| ORAM_T0001636 (e-mail) ORAM_T0001637 (attachment) | Produce entire e-mail chain and attachment. |
| ORAM_T0001638 (e-mail) ORAM_T0001639 (attachment) | Produce entire e-mail chain and attachment. |
| ORAM_T0001640 | Produce entire e-mail chain. |
| ORAM_T0001641 (e-mail) ORAM_T0001642 (attachment) | Produce entire e-mail chain and attachment. |

| | |
|---|---|
| ORAM_T0001643<br>(e-mail)<br>ORAM_T0001644<br>(attachment) | Produce entire e-mail chain and attachment. |
| SANTANGELO_R00007536 | Produce entire e-mail chain. |
| SANTANGELO_R00007540 | Produce entire e-mail chain. |
| SANTANGELO_R00007542 | Produce entire e-mail chain. |
| SANTANGELO_R00007546<br>(e-mail)<br>SANTANGELO_R00007547<br>(attachment) | Produce entire e-mail chain and attachment. |
| SANTANGELO_R00007551 | Produce entire e-mail chain. |
| SANTANGELO_R00007552<br>(e-mail)<br>SANTANGELO_R00007553<br>(attachment) | Produce entire e-mail chain and attachment. |
| SANTANGELO_R00007584 | Produce entire e-mail chain. |

| | |
|---|---|
| SANTANGELO_R00007585 | Produce entire e-mail chain. |
| SANTANGELO_R00007591 | Produce entire e-mail chain. |
| SANTANGELO_R00007600 | Produce entire e-mail chain. |
| SANTANGELO_R00007601 | Produce entire e-mail chain. |
| SANTANGELO_R00007604 | Produce entire e-mail chain. |
| SANTANGELO_R00007606 | Produce entire e-mail chain. |
| SANTANGELO_R00007616 | Produce entire e-mail chain. |
| SANTANGELO_R00007619 (e-mail) SANTANGELO_R00007620 (attachment) | Produce entire e-mail chain and attachment. |
| SANTANGELO_R00007621 (e-mail) SANTANGELO_R00007622 (attachment) | Produce entire e-mail chain and attachment. |
| SANTANGELO_R00007624 | Produce entire e-mail chain. |

| | |
|---|---|
| SANTANGELO_R00007636<br>(e-mail)<br>SANTANGELO_R00007637<br>(attachment) | Produce entire e-mail chain and attachment. |
| SANTANGELO_R00007642 | Produce entire e-mail chain. |
| SANTANGELO_R00007643<br>(e-mail)<br>SANTANGELO_R00007644<br>(attachment) | Produce entire e-mail chain and attachment. |
| SANTANGELO_R00007645 | Produce entire e-mail chain. |
| SANTANGELO_R00007646 | Produce entire e-mail chain. |
| SANTANGELO_R00007647 | Produce entire e-mail chain. |
| SANTANGELO_R00007649 | Produce entire e-mail chain. |
| SANTANGELO_R00007650<br>(e-mail)<br>SANTANGELO_R00007651<br>(attachment) | Produce entire e-mail chain and attachment. |
| SANTANGELO_R00007686 | Produce entire e-mail chain. |