**EXHIBIT "G"**
**MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED'S**
**REVISED LOG OF DOCUMENTS REDACTED FOR PRIVILEGE**

| BATES NUMBER | EXPLANATION |
|---|---|
| ML-TSINTL-ESI9907296-302<br>ML-TSINTL-ESI9907308-314<br>ML-TSINTL-ESI9907315-320 | Produce email dated June 12, 2006 at 10:21 a.m. from Scortino, Cara [mailto: Cara.Sciortino@ASBAI.com] to MacGillis, Greg (Equity – NY International Sales Trading).  The author of the email Cara.Sciortino@ASBAI.com is not identified on the appendices provided by Merril Lynch, Pierce, Fenner & Smith Incorporated. |
| ML-TSINTL-ESI9907435-436 | Produce entire attachment. |
| ML-TSINTL-ESI9912344-345 | Produce entire e-mail chain. |
| ML-TSINTL-ESI9914596-597 | Produce entire e-mail chain. |
| ML-TSINTL-ESI9915036-037<br>ML-TSINTL-ESI9915038-039<br>ML-TSINTL-ESI9915041-041 | Produce entire e-mail chain. |

1

2

| | |
|---|---|
| ML-TSINTL-ESI9917043 | Produce e-mail dated May 10, 2005 at 12:45 p.m. from Nass, Colin (TCS, BUS DEV 6 SIGM) to Allotta, Joseph (TCS, US STLMNT SRVS) et al. to be consistent with the production on ML-TSINTL-ESI9917046. |

**SIFMA DOCUMENTS**

| BATES NUMBER | EXPLANATION |
|---|---|
| ML-TSINTL-ESI9913959-964 | Produce entire e-mail chain. |
| ML-TSINTL-ESI9914564-569 | Produce e-mail dated November 30, 2005 at 11:58 p.m. from Campion, Kevin J. to Campion, Kevin J. et al. |
| ML-TSINTL-ESI9925646-648 (e-mail) ML-TSINTL-ESI9925679-681 (attachment) | Produce entire e-mail chain and attachment. |
| ML-TSINTL-ESI9925698-699 | Produce entire e-mail chain. |
| ML-TSINTL-ESI9925796-797 | Produce entire e-mail chain. |
| ML-TSINTL-ESI9925861-863 | Produce entire e-mail chain. |
| ML-TSINTL-ESI9925864-867 | Produce entire e-mail chain. |
| ML-TSINTL-ESI9925868-872 | Produce entire e-mail chain. |
| ML-TSINTL-ESI9925873-874 | Produce entire e-mail chain. |
| ML-TSINTL-ESI9925878 | Produce entire e-mail chain. |

| | |
|---|---|
| ML-TSINTL-ESI9925894-895 | Produce entire e-mail chain. |
| ML-TSINTL-ESI9925900-903 | Produce entire e-mail chain. |
| ML-TSINTL-ESI9925904 | Produce entire e-mail chain. |
| ML-TSINTL-ESI9925970-973 | Produce entire e-mail chain. |
| ML-TSINTL-ESI9925974-978 | Produce entire e-mail chain. |
| ML-TSINTL-ESI9925979-984 | Produce entire e-mail chain. |
| ML-TSINTL-ESI9925985-991 | Produce entire e-mail chain. |
| ML-TSINTL-ESI99259992-998 | Produce entire e-mail chain. |
| ML-TSINTL-ESI9925998-005 | Produce entire e-mail chain. |
| ML-TSINTL-ESI9926013-019 | Produce entire e-mail chain. |
| ML-TSINTL-ESI9926020-026 | Produce entire e-mail chain. |
| ML-TSINTL-ESI9926028-035 | Produce entire e-mail chain. |
| ML-TSINTL-ESI9926036-044 | Produce entire e-mail chain. |

| | |
|---|---|
| ML-TSINTL-ESI9926243-246 | Produce e-mail dated June 13, 2007 at 12:37 p.m. from Campion, Kevin J. to Campion, Kevin J. et al. |
| ML-TSINTL-ESI9926247-250 | Produce e-mail dated June 13, 2007 at 12:37 p.m. from Campion, Kevin J. to Campion, Kevin J. et al. |
| ML-TSINTL-ESI9926251-254 | Produce entire e-mail chain. |
| ML-TSINTL-ESI9926255-259 | Produce entire e-mail chain. |
| ML-TSINTL-ESI9926260-266 (e-mail) ML-TSINTL-ESI9926267-269 (attachment) | Produce (1) e-mail dated June 27, 2007 at 11:45 a.m. from Vicek, Ann to (list deleted), (2) e-mail dated June 28, 2007 at 9:10 a.m. from Campion, Kevin to (list deleted), (3) e-mail dated June 28, 2007 at 4:31 p.m. from Vicek, Ann to Campion, Kevin J. et al., and (4) produce attachment. |
| ML-TSINTL-ESI9926270-276 ML-TSINTL-ESI9926277-284 ML-TSINTL-ESI9926285-291 | Produce (1) e-mail dated June 27, 2007 at 11:45 a.m. from Vicek, Ann to (list deleted), (2) e-mail dated June 28, 2007 at 9:10 a.m. from Campion, Kevin to (list deleted), and (3) e-mail dated June 28, 2007 at 4:31 p.m. from Vicek, Ann to Campion, Kevin J. et al. |
| ML-TSINTL-ESI9926300-304 | Produce entire e-mail chain. |

| | |
|---|---|
| ML-TSINTL-ESI9926310-312 | Produce entire e-mail chain. |
| ML-TSINTL-ESI9926314-315 | Produce entire e-mail chain. |
| ML-TSINTL-ESI9926435-437 | Produce entire e-mail chain. |
| ML-TSINTL-ESI9926770-771 | Produce entire e-mail chain. |
| ML-TSINTL-ESI9926890-898 | Produce entire e-mail chain. |
| ML-TSINTL-ESI9926934-937 | Produce entire e-mail chain. |
| ML-TSINTL-ESI9926946-947 | Produce entire e-mail chain. |
| ML-TSINTL-ESI9926948-950 | Produce entire e-mail chain. |
| ML-TSINTL-ESI9926952-964 | Produce entire attachment. |