**EXHIBIT "H"**
**BANC OF AMERICA SECURITIES LLC – REVISED LOG OF**
**DOCUMENTS WITHHELD FOR PRIVILEGE (MARCH 4, 2011)**

| BATES NUMBER | EXPLANATION |
|---|---|
| AVENA_V01760405 | Produce entire e-mail chain. (Note: log lists document type as "E-mail with attachment(s);" however, no attachments were produced for in camera review.) |
| FIDUCCIA_F00185940<br>FIDUCCIA_F00185941 (attachment) | Produce entire e-mail chain and attachment. |
| FIDUCCIA_F00186001<br>FIDUCCIA_F00186002 (attachment)<br>FIDUCCIA_F00186003 (attachment) | Produce entire e-mail chain and attachments. (Note: attachment at F00186002 states "Not Responsive Document.") |
| FIDUCCIA_F00186420<br>FIDUCCIA_F00186421 (attachment) | Produce entire e-mail chain and attachment. (Note: attachment at F00186421 states "Not Responsive Document.") |
| FIDUCCIA_F00186844 | Produce entire e-mail chain. |
| FIDUCCIA_F00187410<br>FIDUCCIA_F00187411 (attachment) | Produce entire e-mail chain and attachment. |
| FIDUCCIA_F00188302 | Produce entire e-mail chain. |

| | |
|---|---|
| YEE_K00017135<br>YEE_K00017136 (attachment)<br>YEE_K00017137 (attachment)<br>YEE_K00017138 (attachment)<br>YEE_K00017139 (attachment)<br>YEE_K00017140 (attachment)<br>YEE_K00017141 (attachment)<br>YEE_K00017143 (attachment)<br>YEE_K00017144 (attachment)<br>YEE_K00017145 (attachment)<br>YEE_K00017593 (attachment)<br>YEE_K00017595 (attachment)<br>YEE_K00017596 (attachment)<br>YEE_K00017597 (attachment)<br>YEE_K00017599 (attachment)<br>YEE_K00018047 (attachment) | Produce entire e-mail chain and attachments. (Note: attachments at K00017136, K00017143, K00017144, K00017595, K00018047 state "Not Responsive Document.") |
| YEE_K00031251<br>YEE_K00031252 (attachment) | Produce entire e-mail chain and attachment. (Note: attachment at K00031252 states "Not Responsive Document.") |
| YEE_K00031329<br>YEE_K00031330 (attach)<br>YEE_K00031331 (attach)<br>YEE_K00031332 (attach)<br>YEE_K00031333 (attach) | Produce entire e-mail chain and attachments. (Note: attachments at K00031330 and K00031331 state "Not Responsive Document.") |