IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.*<br><br>   Plaintiffs,<br><br>v.<br><br>MORGAN STANLEY & CO., INC., *et al.*<br><br>   Defendants. | CIVIL ACTION NUMBER:<br>1:10-CV-03108-JEC |

### **DEFENDANTS' NOTICE OF MANUAL FILING UNDER SEAL**

Pursuant to the Stipulation and Protective Order Regarding Confidential Information jointly submitted by the parties to the State Court of Fulton County, Georgia, on August 27, 2009, and approved by the State Court on April 15, 2010 (the "Protective Order"), Defendants Morgan Stanley & Co. Incorporated; Goldman, Sachs & Co.; Goldman Sachs Execution & Clearing, L.P.; Merrill Lynch, Pierce, Fenner & Smith, Inc.; and Banc of America Securities LLC hereby give notice of the manual filing under seal of DEFENDANTS' MOTION TO ENFORCE THE SPECIAL MASTER'S FEBRUARY 7, 2011 ORDER DIRECTING PLAINTIFFS TO ANSWER INTERROGATORY NOS. 1, 2, AND

4 IN DEFENDANTS' SECOND SET OF INTERROGATORIES, AND MEMORANDUM OF LAW IN SUPPORT THEREOF.[1]

Respectfully submitted, this 7th day of June, 2011.

/s/ *Richard H. Sinkfield*

Richard H. Sinkfield
Georgia Bar No. 649100
rsinkfield@rh-law.com

Dan F. Laney III
Georgia Bar No. 435290
dlaney@rh-law.com

ROGERS & HARDIN LLP
229 Peachtree Street, N.E.
2700 International Tower
Atlanta, Georgia 30303
Tel.: 404-522-4700
Fax: 404-525-2224

*Attorneys for Defendants Morgan Stanley & Co. Incorporated; Goldman, Sachs & Co.; Goldman Sachs Execution & Clearing, L.P.; Merrill Lynch, Pierce, Fenner & Smith, Inc.; and Banc of America Securities LLC*

---

[1] Defendant Merrill Lynch Professional Clearing Corporation does not join in this filing.

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> MORGAN STANLEY & CO., INC., *et al.* <br><br> Defendants. | CIVIL ACTION NUMBER: <br> 1:10-CV-03108-JEC |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2011, I caused a copy of the foregoing **DEFENDANTS' NOTICE OF MANUAL FILING UNDER SEAL** to be filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to the following attorneys of record:

>Melissa Aoyagi, Esq.
>melissa.aoyagi@davispolk.com
>
>Robert L. Ashe, III, Esq.
>ashe@bmelaw.com
>
>Michael A. Caplan, Esq.
>caplan@bmelaw.com
>
>Justin J. DeCamp, Esq.
>decampj@sullcrom.com

Elizabeth G. Eager, Esq.
eager@bmelaw.com

Brad M. Elias, Esq.
belias@omm.com

Henry D. Fellows, Jr., Esq.
hfellows@fellab.com

Heather L. Fesnak, Esq.
heather.fesnak@cwt.com

John E. Floyd, Esq.
floyd@bmelaw.com

Andrew J. Frackman, Esq.
afrackman@omm.com

Mia N. Gonzalez, Esq.
mgonzalez@omm.com

Jason M. Halper, Esq.
Jason.Halper@cwt.com

Tracy Richelle High, Esq.
hight@sullcrom.com

Fraser L. Hunter, Jr., Esq.
fraser.hunter@wilmerhale.com

Nicole G. Iannarone, Esq.
iannarone@bmelaw.com

Peter Isajiw, Esq.
peter.isajiw@cwt.com

Brad E. Konstandt, Esq.
brad.konstandt@wilmerhale.com

Jeffrey A. Kopczynski, Esq.
jkopczynski@omm.com

Gregory A. Markel, Esq.
Greg.Markel@cwt.com

John G. McCarthy, Esq.
mccarthyj@sullcrom.com

Robin L. Nunn, Esq.
nunnr@sullcrom.com

Richard C. Pepperman, Esq.
peppermanr@sullcrom.com

Jill A. Pryor, Esq.
pryor@bmelaw.com

David M.J. Rein, Esq.
reind@sullcrom.com

Steven J. Rosenwasser, Esq.
rosenwasser@bmelaw.com

Abby F. Rudzin, Esq.
arudzin@omm.com

Robert F. Wise, Jr., Esq.
robert.wise@davispolk.com

Israel Dahan, Esq.
CADWALADER, WICKERSHAM
& TAFT LLP
One World Financial Center
New York, NY  10281

James W. Christian, Esq.
Gary M. Jewell, Esq.
CHRISTIAN, SMITH & JEWELL
LLP
2302 Fannin, Suite 500
Houston, TX  77002

Andrew B. Clubok, Esq.
Daniel J. Gomez, Esq.
Jeffrey G. Landis, Esq.
Jeffrey M. Gould, Esq.
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC  20005

Allen W. Burton, Esq.
Jacqueline V. Roeder, Esq.
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY  10036

Harry Frischer, Esq.
Stephen L. Ratner, Esq.
Brian L. Friedman, Esq.
PROSKAUER ROSE LLP
1585 Broadway
New York, NY  10036

4

5

Richard H. Klapper, Esq.
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498

Douglas F. Curtis, Esq.
J. David Zetlin-Jones, Esq.
WILMER CUTLER PICKERING
HALE AND DORR LLP
399 Park Avenue
New York, NY 10022

/s/ *Richard H. Sinkfield*
Richard H. Sinkfield
Georgia Bar No. 649100
rsinkfield@rh-law.com

5