**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.*, <br>     Plaintiffs, <br> v. <br> MORGAN STANLEY & CO., INC., *et al.*, <br>     Defendants. | Civil Case No. <br> 1:10-CV-03108-JEC |

**DEFENDANT'S NOTICE OF FILING CERTIFICATE OF SERVICE**

Defendant Merrill Lynch Professional Clearing Corporation hereby gives notice that it has this day filed the attached Certificate of Service for the MERRILL LYNCH PROFESSIONAL CLEARING CORP.'S SECOND SET OF INTERROGATORIES TO PLAINTIFFS.

This 7th day of June, 2011.

    /s/ Richard H. Sinkfield
    Richard H. Sinkfield
    Georgia Bar No. 649100
    rsinkfield@rh-law.com

    Dan F. Laney III
    Georgia Bar No. 435290
    dlaney@rh-law.com

    ROGERS & HARDIN LLP
    2700 International Tower
    229 Peachtree Street, N.E.
    Atlanta, Georgia 30303
    Phone: 404-522-4700
    Fax:  404-525-2224

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> MORGAN STANLEY & CO., INC., *et al.* <br><br> Defendants. | CIVIL ACTION NUMBER: <br> 1:10-CV-03108-JEC |

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2011, I caused a copy of the foregoing

DEFENDANT'S NOTICE OF FILING CERTIFICATE OF SERVICE to be filed

with the Clerk of Court using the CM/ECF system, which will automatically send

notification of such filing to the following attorneys of record:

>Melissa Aoyagi, Esq.
>melissa.aoyagi@davispolk.com
>
>Robert L. Ashe, III, Esq.
>ashe@bmelaw.com
>
>Michael A. Caplan, Esq.
>caplan@bmelaw.com
>
>Justin J. DeCamp, Esq.
>decampj@sullcrom.com

Elizabeth G. Eager, Esq.
eager@bmelaw.com

Brad M. Elias, Esq.
belias@omm.com

Henry D. Fellows, Jr., Esq.
hfellows@fellab.com

Heather L. Fesnak, Esq.
heather.fesnak@cwt.com

John E. Floyd, Esq.
floyd@bmelaw.com

Andrew J. Frackman, Esq.
afrackman@omm.com

Mia N. Gonzalez, Esq.
mgonzalez@omm.com

Jason M. Halper, Esq.
Jason.Halper@cwt.com

Tracy Richelle High, Esq.
hight@sullcrom.com

Fraser L. Hunter, Jr., Esq.
fraser.hunter@wilmerhale.com

Nicole G. Iannarone, Esq.
iannarone@bmelaw.com

Peter Isajiw, Esq.
peter.isajiw@cwt.com

Brad E. Konstandt, Esq.
brad.konstandt@wilmerhale.com

Jeffrey A. Kopczynski, Esq.
jkopczynski@omm.com

Gregory A. Markel, Esq.
Greg.Markel@cwt.com

John G. McCarthy, Esq.
mccarthyj@sullcrom.com

Robin L. Nunn, Esq.
nunnr@sullcrom.com

Richard C. Pepperman, Esq.
peppermanr@sullcrom.com

Jill A. Pryor, Esq.
pryor@bmelaw.com

David M.J. Rein, Esq.
reind@sullcrom.com

Steven J. Rosenwasser, Esq.
rosenwasser@bmelaw.com

Abby F. Rudzin, Esq.
arudzin@omm.com

Robert F. Wise, Jr., Esq.
robert.wise@davispolk.com

Israel Dahan, Esq.
CADWALADER, WICKERSHAM &
TAFT LLP
One World Financial Center
New York, NY  10281

James W. Christian, Esq.
Gary M. Jewell, Esq.
CHRISTIAN, SMITH & JEWELL LLP
2302 Fannin, Suite 500
Houston, TX  77002

Andrew B. Clubok, Esq.
Daniel J. Gomez, Esq.
Jeffrey G. Landis, Esq.
Jeffrey M. Gould, Esq.
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC  20005

Allen W. Burton, Esq.
Jacqueline V. Roeder, Esq.
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY  10036

Harry Frischer, Esq.
Stephen L. Ratner, Esq.
Brian L. Friedman, Esq.
PROSKAUER ROSE LLP
1585 Broadway
New York, NY  10036

Richard H. Klapper, Esq.
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY  10004-2498

Douglas F. Curtis, Esq.
J. David Zetlin-Jones, Esq.
WILMER CUTLER PICKERING
HALE AND DORR LLP
399 Park Avenue
New York, NY  10022

/s/ Richard H. Sinkfield
Richard H. Sinkfield
Georgia Bar No. 649100
rsinkfield@rh-law.com