IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.*, <br> Plaintiffs, <br> v. <br> MORGAN STANLEY & CO., INC., *et al.*, <br> Defendants. | Civil Case No. <br> 1:10-CV-03108-JEC |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of June, 2011, a true and correct copy of MERRILL LYNCH PROFESSIONAL CLEARING CORP.'S SECOND SET OF INTERROGATORIES TO PLAINTIFFS was served via U.S. mail upon the following attorney of record:

ATTORNEYS FOR PLAINTIFFS

> Steven J. Rosenwasser, Esq.
> Bondurant, Mixson & Elmore, LLP
> 3900 One Atlantic Center
> 1201 West Peachtree Street, N.W.
> Atlanta, Georgia  30309

And via electronic mail upon the following attorneys of record:

## ATTORNEYS FOR DEFENDANTS

Melissa Aoyagi, Esq.  
Davis Polk & Wardwell LLP  
450 Lexington Avenue  
New York, NY  10017  
melissa.aoyagi@dpw.com  

Brian L. Friedman, Esq.  
Proskauer Rose LLP  
1585 Broadway  
New York, NY  10036  
blfriedman@proskauer.com  

Gregory Markel, Esq.  
Cadwalader, Wickersham & Taft LLP  
One World Financial Center  
New York, NY  10281  
greg.markel@cwt.com  

Richard Pepperman, Esq.  
Sullivan & Cromwell LLP  
125 Broad Street  
New York, NY  10004  
peppermanr@sullcrom.com  

Richard H. Sinkfield, Esq.  
Rogers & Hardin LLP  
2700 International Tower  
Atlanta, GA  30303  
rsinkfield@rh-law.com  

Fraser L. Hunter, Jr., Esq.  
Wilmer Cutler Pickering Hale and Dorr LLP  
399 Park Avenue  
New York, NY  10022  
fraser.hunter@wilmerhale.com  

Andrew B. Clubok, Esq.  
Kirkland & Ellis LLP  
655 Fifteenth Street, N.W.  
Washington, DC 20005  
aclubok@kirkland.com

Dated: June 6, 2011

                                      /s/ Brad M. Elias
                                      Brad M. Elias

O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036
Ph: (212) 326-2000
Fax: (212) 326-2061

Richard H. Sinkfield, Esq.
Georgia Bar No. 649100
Dan F. Laney, III
Georgia Bar No. 435290
ROGERS & HARDIN LLP
2700 International Tower
229 Peachtree St, NW
Atlanta, Georgia 30307
Ph: (404) 522-4700
Fax: (404) 525-2224

NY1:1846758.1

3