### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.*,<br>　　　Plaintiffs,<br>v.<br>MORGAN STANLEY & CO., INC., *et al.*,<br>　　　Defendants. | Civil Case No.<br>1:10-CV-03108-JEC |

### **DEFENDANTS' NOTICE OF FILING**

Defendants Morgan Stanley & Co. Incorporated; Goldman, Sachs & Co.; Goldman Sachs Execution & Clearing, L.P.; Merrill Lynch, Pierce, Fenner & Smith, Inc.; and Banc of America Securities LLC hereby give notice that they have this day filed the attached AMENDED CERTIFICATE OF SERVICE.

This 8th day of June, 2011.

　　　　　　　　　　　　　　　　　　/s/ Richard H. Sinkfield
　　　　　　　　　　　　　　　　　　Richard H. Sinkfield
　　　　　　　　　　　　　　　　　　Georgia Bar No. 649100
　　　　　　　　　　　　　　　　　　rsinkfield@rh-law.com

　　　　　　　　　　　　　　　　　　Dan F. Laney III
　　　　　　　　　　　　　　　　　　Georgia Bar No. 435290
　　　　　　　　　　　　　　　　　　dlaney@rh-law.com

　　　　　　　　　　　　　　　　　　ROGERS & HARDIN LLP
　　　　　　　　　　　　　　　　　　2700 International Tower
　　　　　　　　　　　　　　　　　　229 Peachtree Street, N.E.
　　　　　　　　　　　　　　　　　　Atlanta, Georgia 30303
　　　　　　　　　　　　　　　　　　Phone: 404-522-4700
　　　　　　　　　　　　　　　　　　Fax:  404-525-2224