IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.*<br><br>　　　Plaintiffs,<br><br>v.<br><br>MORGAN STANLEY & CO., INC., *et al.*<br><br>　　　Defendants. | CIVIL ACTION NUMBER:<br>1:10-CV-03108-JEC |

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2011, I caused a copy of DEFENDANTS' MOTION TO ENFORCE THE SPECIAL MASTER'S FEBRUARY 7, 2011 ORDER DIRECTING PLAINTIFFS TO ANSWER INTERROGATORY NOS. 1, 2, AND 4 IN DEFENDANTS' SECOND SET OF INTERROGATORIES, AND MEMORANDUM OF LAW IN SUPPORT THEREOF (the "Motion") to be served by hand on the following attorneys of record:

>John E. Floyd, Esq.
>Steven J. Rosenwasser, Esq.
>Nicole G. Iannarone, Esq.
>Jill A. Pryor, Esq.
>Robert L. Ashe, III, Esq.
>Michael A. Caplan, Esq.
>Elizabeth G. Eager, Esq.
>BONDURANT, MIXON & ELMORE LLP

763716.2

      3900 One Atlantic Center
      1201 West Peachtree Street, N.W.
      Atlanta, Georgia 30309

and that I caused a copy of the Motion to be served by U.S. Mail on the following attorney of record:

      James W. Christian, Esq.
      CHRISTIAN, SMITH & JEWELL LLP
      2302 Fannin, Suite 500
      Houston, TX  77002

  The original Certificate of Service attached to the Motion incorrectly described the method of service as filing with the Court's CM/ECF system.

      /s/ Richard H. Sinkfield
      Richard H. Sinkfield
      Georgia Bar No. 649100
      rsinkfield@rh-law.com