IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>MORGAN STANLEY & CO., INC., *et al.*,<br><br>    Defendants. | Civil Case No.<br>1:10-CV-03108-JEC |

**MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS RELATED TO PLAINTIFFS' CLAIM FOR ATTORNEYS' FEES**

Defendants Morgan Stanley & Co. Incorporated; Goldman, Sachs & Co.; Goldman Sachs Execution & Clearing, L.P.; Merrill Lynch, Pierce, Fenner & Smith, Inc.; and Banc of America Securities LLC hereby move the Court for an order requiring Plaintiffs to (i) produce Plaintiffs' counsel's fee agreement, (ii) produce documents sufficient to show the amount of attorneys' fees and costs that Plaintiffs have incurred and/or paid to date in this litigation, and (iii) provide Defendants with updated attorneys' fees and cost information on a monthly basis for the duration of this litigation.

In support of this Motion, Defendants rely on their Memorandum of Law in Support of Their Motion to Compel the Production of Documents Related to Plaintiffs' Claim for Attorneys' Fees, filed simultaneously herewith, the arguments of counsel, and all other pleadings and papers filed in this action.

Respectfully submitted, this 10th day of June, 2011.

      /*s*/ Richard H. Sinkfield
Richard H. Sinkfield
Georgia Bar No. 649100
RSinkfield@rh-law.com

Dan F. Laney III
Georgia Bar No. 435290
DLaney@rh-law.com

ROGERS & HARDIN LLP
229 Peachtree Street, N.E.
2700 International Tower
Atlanta, Georgia  30303
Tel.:  404-522-4700
Fax:  404-525-2224

*Attorneys for Defendants*