# EXHIBIT B

Page 1

1          IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF GEORGIA
2                      ATLANTA DIVISION
3
4   TASER INTERNATIONAL, INC., et al.  )
                                       )
5             Plaintiffs,              )
                                       )
6        vs.                           )  CIVIL ACTION
                                       )     FILE NO.:
7                                      ) 1:10-CV-03108-JOF
    MORGAN STANLEY & CO., INC., et al. )
8                                      )
              Defendants.              )
9
10
11            VIDEOTAPED DEPOSITION OF
                   DONNA T. CULVER
12              DECEMBER 15, 2010
                    9:30 A.M.
13
14          BONDURANT, MIXSON & ELMORE
          1201 WEST PEACHTREE STREET, NW
15                  SUITE 3900
                 ATLANTA, GEORGIA
16
17         CONTAINS CONFIDENTIAL PORTIONS
           PURSUANT TO PROTECTIVE ORDER
18
19
20
21
22
23  REPORTED BY:
           STEVEN S. HUSEBY, RPR
24              CCR-B-1372
25

Page 74

| | | |
|---|---|---|
| 1 | Q. Just names, right? | 10:53:42 |
| 2 | A. Yeah, just names. | 10:53:43 |
| 3 | Q. How did you come into contact with | 10:53:44 |
| 4 | them? | 10:53:47 |
| 5 | A. Through my husband. | 10:53:47 |
| 6 | Q. Other than the deposition preparation | 10:53:48 |
| 7 | that we discussed, how many meetings have you | 10:53:57 |
| 8 | had with your attorneys in this action? | 10:54:00 |
| 9 | A. Just the one yesterday. | 10:54:02 |
| 10 | Q. Did you have any other contacts with | 10:54:05 |
| 11 | these attorneys -- | 10:54:07 |
| 12 | A. No. | 10:54:08 |
| 13 | Q. -- besides the meeting yesterday? | 10:54:08 |
| 14 | A. No. | 10:54:10 |
| 15 | Q. Do you have an engagement letter with | 10:54:10 |
| 16 | your lawyers, or retainer agreement? | 10:54:14 |
| 17 | A. You would have to ask my husband. I | 10:54:17 |
| 18 | personally don't, unless I'm included in it | 10:54:19 |
| 19 | with my husband. | 10:54:24 |
| 20 | Q. Do you recall signing any engagement | 10:54:25 |
| 21 | letter? | 10:54:27 |
| 22 | A. I think I did. | 10:54:27 |
| 23 | Q. What type of fee arrangement do you | 10:54:28 |
| 24 | have with your lawyers? | 10:54:33 |
| 25 | MS. GONYEA: Objection, | 10:54:35 |

Page 75

| | | |
|---|---|---|
| 1 | attorney-client privilege. I'll instruct the | 10:54:35 |
| 2 | witness not to answer. | 10:54:37 |
| 3 | MS. HIGH: What's the basis for | 10:54:38 |
| 4 | the claim that this is a question that invades | 10:54:39 |
| 5 | the attorney-client privilege? | 10:54:43 |
| 6 | MS. GONYEA: The agreement between | 10:54:44 |
| 7 | us and what it is is privileged, and I believe | 10:54:46 |
| 8 | expanding on what Mr. Caplan said yesterday, | 10:54:50 |
| 9 | there's been effort on our part to confer with | 10:54:52 |
| 10 | defendants in discussing this, and no good | 10:54:56 |
| 11 | faith effort has been made or returned at this | 10:54:58 |
| 12 | point, so we're instructing her not to answer. | 10:55:01 |
| 13 | If you would like to continue those | 10:55:04 |
| 14 | conversations between attorneys, we can do | 10:55:06 |
| 15 | that, but at this time I instruct the witness | 10:55:08 |
| 16 | not to answer. | 10:55:09 |
| 17 | MS. HIGH: Well, as you know, I | 10:55:10 |
| 18 | disagree with your characterization in every | 10:55:12 |
| 19 | respect. I'm curious, though, the type of fee | 10:55:15 |
| 20 | arrangement, ask the question whether lawyers | 10:55:19 |
| 21 | are being paid on an hourly basis, whether | 10:55:25 |
| 22 | there's some contingency fee. Can you explain | 10:55:28 |
| 23 | to me any case law of which you are aware that | 10:55:30 |
| 24 | provides under Georgia, or federal law now | 10:55:34 |
| 25 | that we're here, that such arrangements would | 10:55:37 |

Page 76

| | | |
|---|---|---|
| 1 | be covered and protected by the | 10:55:42 |
| 2 | attorney-client privilege or any privilege? | 10:55:44 |
| 3 | MS. GONYEA: Ms. High, at this | 10:55:46 |
| 4 | time I do not. I reiterate what I've | 10:55:48 |
| 5 | explained earlier; if we would like to take a | 10:55:51 |
| 6 | break off the record we can continue these | 10:55:53 |
| 7 | discussions, but I'm instructing the witness | 10:55:55 |
| 8 | not to answer. | 10:55:56 |
| 9 | MS. HIGH: I don't need to take | 10:55:57 |
| 10 | the break off the record. I would like to get | 10:55:59 |
| 11 | an understanding of what it is you all are | 10:56:01 |
| 12 | actually claiming. I still don't feel that I | 10:56:03 |
| 13 | do that. As you know we've contested this | 10:56:05 |
| 14 | point in every deposition. | 10:56:08 |
| 15 | I will ask Mrs. Culver whether she can or | 10:56:10 |
| 16 | is willing to answer the question, | 10:56:14 |
| 17 | notwithstanding your attorney's instruction. | 10:56:16 |
| 18 | THE WITNESS: I prefer not to | 10:56:19 |
| 19 | answer. | 10:56:21 |
| 20 | BY MS. HIGH: | 10:56:22 |
| 21 | Q. Okay. And I just want to put you on | 10:56:22 |
| 22 | notice that this is an issue that we will | 10:56:24 |
| 23 | obviously have to take up outside of this | 10:56:28 |
| 24 | context, and if we take it up and are | 10:56:31 |
| 25 | successful, we may need to recall you to come | 10:56:36 |

Page 77

| | | |
|---|---|---|
| 1 | back to continue this line of questioning. Do | 10:56:38 |
| 2 | you understand that? | 10:56:40 |
| 3 | A. Yes. | 10:56:40 |
| 4 | Q. And that will be at your expense, do | 10:56:42 |
| 5 | you understand that? | 10:56:45 |
| 6 | A. Yes. | 10:56:46 |
| 7 | Q. Okay. Have you ever paid any money to | 10:56:47 |
| 8 | your lawyers in connection with this lawsuit? | 10:56:51 |
| 9 | MS. GONYEA: Object to the form. | 10:56:53 |
| 10 | BY MS. HIGH: | 10:56:58 |
| 11 | Q. You can answer. | 10:56:58 |
| 12 | A. I -- you would have to ask my husband. | 10:56:59 |
| 13 | MS. JONES: Can we take a quick | 10:57:08 |
| 14 | break? | 10:57:09 |
| 15 | MS. GONYEA: Sure. | 10:57:10 |
| 16 | THE VIDEOGRAPHER: The time is | 10:57:11 |
| 17 | 10:57 a.m. We're now off the record. | 10:57:13 |
| 18 | (Brief recess). | 10:57:18 |
| 19 | THE VIDEOGRAPHER: The time is | 10:57:19 |
| 20 | 11:04 a.m., we're back on the record. | 11:04:48 |
| 21 | BY MS. HIGH: | 11:04:48 |
| 22 | Q. Have you had any contact with anyone | 11:04:52 |
| 23 | at Banc of America Securities? | 11:04:54 |
| 24 | A. Would it be -- I mean, I do have a | 11:05:00 |
| 25 | Banc of America checking account, savings | 11:05:02 |