# EXHIBIT C

Page 1

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

TASER INTERNATIONAL, INC., et al.,  )
                                    )
            Plaintiffs,             )
                                    )
     vs.                            )  CIVIL ACTION
                                    )     FILE NO.:
                                    ) 2008-EV-004739-b
MORGAN STANLEY & CO., INC., et al., )
                                    )
            Defendants.             )


VIDEOTAPED DEPOSITION OF
STEPHEN A. LISENBY
SEPTEMBER 8, 2010
9:00 A.M.

BONDURANT, MIXSON & ELMORE
1201 WEST PEACHTREE STREET NW
SUITE 3900
ATLANTA, GEORGIA


REPORTED BY:
STEVEN S. HUSEBY, RPR
CCR-B-1372

```
                                                        Page 231
 1         Q.   Okay.                                   03:11:15
 2         A.   I really don't know.                    03:11:16
 3         Q.   Is it possible that someone entered     03:11:21
 4   into such an agreement on your behalf?             03:11:23
 5         A.   No, no, not without my authorization.   03:11:25
 6         Q.   What type of fee arrangement do you     03:11:28
 7   have with your lawyers?                            03:11:31
 8              MR. ROSENWASSER:  Object, calls         03:11:32
 9   for privileged information.  I'll instruct the     03:11:34
10   witness not to answer.                             03:11:36
11              THE WITNESS:  Okay.                     03:11:37
12              MR. SINKFIELD:  Could we ask your       03:11:38
13   basis for that, please?                            03:11:40
14              MR. ROSENWASSER:  Our fee               03:11:41
15   arrangement?  You're not entitled --               03:11:42
16              MR. SINKFIELD:  Basis for the           03:11:45
17   claim that it's privileged.                        03:11:46
18              MR. ROSENWASSER:  Sure.  Our fee        03:11:47
19   agreement is privileged information.  Do you       03:11:49
20   have basis that it's not?                          03:11:51
21              MR. SINKFIELD:  Yes.  You're            03:11:53
22   seeking attorney's fees in the case; is that       03:11:54
23   correct?                                           03:11:56
24              MR. ROSENWASSER:  Correct, but I        03:11:56
25   don't think that's discoverable now.  If and       03:11:59
```

Page 232

| | | |
|---|---|---|
| 1 | when there's a time and award, we can provide | 03:12:02 |
| 2 | the information then. | 03:12:04 |
| 3 | MR. SINKFIELD: There's no | 03:12:05 |
| 4 | sequencing. It's an issue in the case. | 03:12:06 |
| 5 | MR. ROSENWASSER: I don't agree | 03:12:11 |
| 6 | with your position. However, what I am | 03:12:12 |
| 7 | willing to do is have a conversation about it | 03:12:17 |
| 8 | and we can come to some agreement as to | 03:12:22 |
| 9 | whether that's correct. We can talk about how | 03:12:28 |
| 10 | to deal with it, but at the moment we'll stand | 03:12:30 |
| 11 | on the privilege. | 03:12:32 |
| 12 | MR. SINKFIELD: I think we can | 03:12:33 |
| 13 | make it subject to confidentiality within the | 03:12:35 |
| 14 | case. | 03:12:37 |
| 15 | MR. ROSENWASSER: I'm not worried | 03:12:37 |
| 16 | about that. I think it's privileged, but I'm | 03:12:39 |
| 17 | happy to double-check behind that. | 03:12:40 |
| 18 | MR. SINKFIELD: And it may be | 03:12:42 |
| 19 | subject to some redactions, but the basic | 03:12:43 |
| 20 | terms are subject to discovery. | 03:12:46 |
| 21 | MR. ROSENWASSER: At this moment | 03:12:49 |
| 22 | I'm standing on my objection. I don't agree | 03:12:50 |
| 23 | with that, but we can talk about it. | 03:12:52 |
| 24 | MR. SINKFIELD: Thank you. | 03:12:54 |
| 25 | MS. AOYAGI: I have no further | 03:12:56 |