# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TASER INTERNATIONAL, INC., *et al.*, ) | |
| ) | Case No.: 1:10-CV-03108-JOF |
| Plaintiffs, ) | |
| ) | [On removal from the State |
| v. ) | Court of Fulton County, |
| ) | Georgia Case No.: |
| MORGAN STANLEY & CO., INC., *et al.*, ) | 2008-EV-004739-B] |
| ) | |
| Defendants. ) | |
| _____) | |

## JOINT MOTION TO STAY

Plaintiffs and Defendants are pleased to report that they have reached a binding settlement in the above-referenced case. The parties are currently drafting a written settlement agreement to further document the terms of their agreement. Upon execution of the written settlement agreement and completion of certain conditions, Plaintiffs will file a Notice of Dismissal of this action. Until that Notice is filed, the parties jointly request that this matter be stayed in all respects.

889360.1

Jointly submitted this 20th day of June, 2011.

/s/ Steven J. Rosenwasser
Steven J. Rosenwasser
Georgia Bar No. 614908
Email: rosenwasser@bmelaw.com

John E. Floyd
Georgia Bar No. 266413
Email: floyd@bmelaw.com

Nicole G. Iannarone
Georgia Bar No. 382510
Email: iannarone@bmelaw.com

Elizabeth G. Eager
Georgia Bar No. 644007
Email: eager@bmelaw.com

BONDURANT, MIXSON &
ELMORE LLP
3900 One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, GA 30309
Tel.: 404-881-4100
Fax: 404-881-4111

*Attorneys for Plaintiffs*

/s/ Richard H. Sinkfield
RICHARD H. SINKFIELD
Georgia Bar No. 649100
Email: rsinkfield@rh-law.com

Dan F. Laney III
Georgia Bar No. 435290
Email: dlaney@rh-law.com

ROGERS & HARDIN LLP
229 Peachtree Street, N.E.
2700 International Tower
Atlanta, Georgia 30303
Tel.: 404-522-4700
Fax: 404-525-2224

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of June, 2011, a true and correct copy of the foregoing **JOINT MOTION TO STAY** was electronically filed with the Clerk of Court using the Court's electronic filing system which will automatically send an email notification of such filing to the following attorneys of record who are registered participants in the Court's electronic notice and filing system:

    Richard H. Sinkfield, Esq.
    Rogers & Hardin
    2700 International Tower, Peachtree Center
    229 Peachtree Street, N.E.
    Atlanta, GA  30303-1601

    Andrew J. Frackman, Esq.
    Brad Elias, Esq.
    O'Melveny & Myers LLP
    7 Times Square
    New York, NY  10036

    Robert F. Wise, Jr., Esq.
    William J. Fenrich, Esq.
    Melissa T. Aoyagi, Esq.
    Davis Polk & Wardwell
    450 Lexington Avenue
    New York, NY  10017

    Fraser L. Hunter, Jr., Esq.
    Wilmer Cutler Pickering Hale & Dorr LLP
    399 Park Avenue
    New York, NY  10022

Richard C. Pepperman II, Esq.
Richard H. Klapper, Esq.
Tracy Richelle High, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

Heather L. Fesnak, Esq.
Peter J. Isajiw, Esq.
Gregory A. Markel, Esq.
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Andrew B. Clubok, Esq.
Jeffrey G. Landis, Esq.
Daniel Gomez, Esq.
Kirkland & Ellis LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, DC 20005-5793

James W. Christian, Esq.
Gary M. Jewell, Esq.
Christian, Smith & Jewell, LLP
2302 Fannin, Suite 500
Houston, TX 77002

Stephen L. Ratner, Esq.
Harry Frischer, Esq.
Brian L. Friedman, Esq.
Proskauer Rose LLP
11 Times Square
New York, NY 10036-8299

      /s/ Steven J. Rosenwasser
      Steven J. Rosenwasser
      Georgia Bar No. 614908