## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| TASER INTERNATIONAL, INC., et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action File No.: 1:10-CV-03108-JEC |
| MORGAN STANLEY & CO., INC., et al., | ) ) ) | |
| | ) | **CERTIFICATE OF CONSENT** |
| Defendants. | ) ) | **TO WITHDRAW AS COUNSEL** |

COME NOW John M. O'Quinn & Associates, L.L.P. and the O'Quinn Law

Firm and pursuant to Local Rule 83.1(E), file this Certificate of Consent to

withdraw as counsel of record for all Plaintiffs in this action (Taser International,

Inc., David Batchelor, Natalie Batchelor, Dr. Thomas Collentine, Judith

Collentine, Charles Faires, Sandra Faires, Masaji Kelly, Kelly Kelley, Stephen

Lisenby, Patricia Lisenby, Richard D. Almeroth, Constance L. Almeroth, James

Baker, Jr., Robert Baker, William Burnside, Donna C. Cash, as Personal

Representative of the Estate of Dorothy A. Connelly, Southeast Eye Surgery

Clinic, Inc. Employee PSP, James Dunagin, Jr., Emily Dunagin, Richard C.

Haskell, Susan Haskell, Richard C. Haskell, Jr., Amy Haskell, Mary Richardson,

Pamela Lewis, Jane Maj, Margaret Roche, Rosemary Scott, as Personal

Representative of the Estate of Chet Scott, John Scott, Peter Scott, Michelle Scott, Mary Rose Stucker, Michael Boyer, Phillips Waller Smith, Patrick W. Smith, Thomas P. Smith, Deanna M. Smith, Bruce Culver, and Donna T. Culver).

Bondurant Mixson & Elmore, LLP and Christian, Smith & Jewell, LLP remain as counsel for the Plaintiffs.  As evidenced by their signatures below, Plaintiffs consent to the requested withdrawal of counsel.

This ~~13th~~ 21st day of June, 2011.

WITHDRAWING ATTORNEYS:

s/ Christian A. Steed
Christian A. Steed
for John M. O'Quinn & Associates, L.L.P.
and the O'Quinn Law Firm

Texas State Bar No. 00792857
2300 Lyric Centre, 440 Louisiana
Houston, Texas  77002
(713) 223-1000 Tel.
(713) 222-6903 Fax

REMAINING ATTORNEYS:

s/ John E. Floyd
John E. Floyd
Georgia State Bar No. 266413
floyd@bmelaw.com

Steven J. Rosenwasser
Georgia Bar No. 614908
rosenwasser@bmelaw.com
Robert L. Ashe
Georgia Bar No. 208077
ashe@bmelaw.com

BONDURANT, MIXSON & ELMORE, LLP
3900 One Atlantic Center
1201 W. Peachtree Street, NW
Atlanta, Georgia 30309
Telephone: (404) 881-4100
Facsimile: (404) 881-411

/s/ James W. Christian
James W. Christian
*Pro Hac Vice*

Christian, Smith & Jewell, LLP
2302 Fannin
Suite 500
Houston, Texas 77002
Telephone: (713) 659-7616
Facsimile: (713) 659-7641

PLAINTIFFS:

Taser International, Inc.
By Douglas Klint, as President

_____
David Batchelor

_____
Natalie Batchelor

878792.1

3

Steven J. Rosenwasser
Georgia Bar No. 614908
rosenwasser@bmelaw.com
Robert L. Ashe
Georgia Bar No. 208077
ashe@bmelaw.com

BONDURANT, MIXSON & ELMORE, LLP
3900 One Atlantic Center
1201 W. Peachtree Street, NW
Atlanta, Georgia 30309
Telephone:  (404) 881-4100
Facsimile:  (404) 881-411

/s/ James W. Christian
James W. Christian
*Pro Hac Vice*

Christian, Smith & Jewell, LLP
2302 Fannin
Suite 500
Houston, Texas 77002
Telephone:  (713) 659-7616
Facsimile:  (713) 659-7641

PLAINTIFFS:

_____
Taser International, Inc.
By _____, as _____

_____
David Batchelor

Natalie Batchelor

_Dr. Thomas Collentine_

_Judith Collentine_

_____

Charles Faires

_____

Sandra Faires

_____

Masaji Kelly

_____

Kelly Kelley

_____

Stephen Lisenby

_____

Patricia Lisenby

_____

Richard D. Almeroth

_____

Constance L. Almeroth

878792.1

_____
Dr. Thomas Collentine


_____
Judith Collentine


_____
Charles Faires


_____
Sandra Faires


_____
Masaji Kelly


_____
Kelly Kelley


_____
Stephen Lisenby


_____
Patricia Lisenby


_____
Richard D. Almeroth


_____
Constance L. Almeroth

_____
Dr. Thomas Collentine


_____
Judith Collentine


_____
Charles Faires

_Sand Faires_
_____
Sandra Faires


_____
Masaji Kelly


_____
Kelly Kelley


_____
Stephen Lisenby


_____
Patricia Lisenby


_____
Richard D. Almeroth


_____
Constance L. Almeroth

878792.1

---
Dr. Thomas Collentine


---
Judith Collentine


---
Charles Faires


---
Sandra Faires

*[signature: Masaji Kelley]*
---
Masaji Kelly


---
Kelly Kelley


---
Stephen Lisenby


---
Patricia Lisenby


---
Richard D. Almeroth


---
Constance L. Almeroth

_____
Dr. Thomas Collentine


_____
Judith Collentine


_____
Charles Faires


_____
Sandra Faires


_____
Masaji Kelly

_____
Kelly Kelley


_____
Stephen Lisenby


_____
Patricia Lisenby


_____
Richard D. Almeroth


_____
Constance L. Almeroth

_____
Dr. Thomas Collentine


_____
Judith Collentine


_____
Charles Faires


_____
Sandra Faires


_____
Masaji Kelly


_____
Kelly Kelley

_____
Stephen Lisenby


_____
Patricia Lisenby


_____
Richard D. Almeroth


_____
Constance L. Almeroth

878792.1

4

_____
Dr. Thomas Collentine


_____
Judith Collentine


_____
Charles Faires


_____
Sandra Faires


_____
Masaji Kelly


_____
Kelly Kelley


_____
Stephen Lisenby

_____
Patricia Lisenby


_____
Richard D. Almeroth


_____
Constance L. Almeroth

_____
Dr. Thomas Collentine


_____
Judith Collentine


_____
Charles Faires


_____
Sandra Faires


_____
Masaji Kelly


_____
Kelly Kelley


_____
Stephen Lisenby


_____
Patricia Lisenby

*Richard D. Almeroth*
_____
Richard D. Almeroth


_____
Constance L. Almeroth

878792.1

4

_____

Dr. Thomas Collentine


_____

Judith Collentine


_____

Charles Faires


_____

Sandra Faires


_____

Masaji Kelly


_____

Kelly Kelley


_____

Stephen Lisenby


_____

Patricia Lisenby


_____

Richard D. Almeroth

*Constance L. Almeroth*

Constance L. Almeroth

_____
James Baker, Jr.

_____
Robert Baker

_____
William Burnside

_____
Donna C. Cash, *as Personal*
*Representative of the Estate*
*of Dorothy A. Connelly*

_____
Southeast Eye Surgery Clinic, Inc.
Employee PSP

_____
James Dunagin, Jr.

_____
Emily Dunagin

_____
Richard C. Haskell

878792.1

5

_____
James Baker, Jr.

_____
Robert Baker


_____
William Burnside


_____
Donna C. Cash, *as Personal Representative of the Estate of Dorothy A. Connelly*


_____
Southeast Eye Surgery Clinic, Inc. Employee PSP


_____
James Dunagin, Jr.


_____
Emily Dunagin


_____
Richard C. Haskell

878792.1

5

---
James Baker, Jr.

---
Robert Baker

*William Burnside*
William Burnside

---
Donna C. Cash, *as Personal Representative of the Estate of Dorothy A. Connelly*

---
Southeast Eye Surgery Clinic, Inc. Employee PSP

---
James Dunagin, Jr.

---
Emily Dunagin

---
Richard C. Haskell

878792.1

5

_____
James Baker, Jr.


_____
Robert Baker


_____
William Burnside

*Donna C Cash*, PR
Donna C. Cash, *as Personal*
*Representative of the Estate*
*of Dorothy A. Connelly*


_____
Southeast Eye Surgery Clinic, Inc.
Employee PSP


_____
James Dunagin, Jr.


_____
Emily Dunagin


_____
Richard C. Haskell

878792.1

_____

James Baker, Jr.


_____

Robert Baker


_____

William Burnside


_____

Donna C. Cash, *as Personal
Representative of the Estate
of Dorothy A. Connelly*

_____

Southeast Eye Surgery Clinic, Inc.
Employee PSP


_____

James Dunagin, Jr.


_____

Emily Dunagin


_____

Richard C. Haskell

_____

James Baker, Jr.


_____

Robert Baker


_____

William Burnside


_____

Donna C. Cash, *as Personal
Representative of the Estate
of Dorothy A. Connelly*


_____

Southeast Eye Surgery Clinic, Inc.
Employee PSP


_____

James Dunagin, Jr.


_____

Emily Dunagin


_____

Richard C. Haskell


878792.1

5

_____

James Baker, Jr.


_____

Robert Baker


_____

William Burnside


_____

Donna C. Cash, *as Personal Representative of the Estate of Dorothy A. Connelly*


_____

Southeast Eye Surgery Clinic, Inc. Employee PSP


_____

James Dunagin, Jr.


_____

Emily Dunagin


_____

Richard C. Haskell

_____
Susan Haskell

_____
Richard C. Haskell, Jr.

_____
Amy Haskell

_____
Mary Richardson

_____
Pamela Lewis

_____
Jane Maj

_____
Margaret Roche

_____
Rosemary Scott, *as Personal Representative of the Estate of Chet Scott*

_____
John Scott

_____
Susan Haskell


_____
Richard C. Haskell, Jr.


_____
Amy Haskell


_____
Mary Richardson


_____
Pamela Lewis


_____
Jane Maj


_____
Margaret Roche


_____
Rosemary Scott, *as Personal Representative of the Estate of Chet Scott*


_____
John Scott

_____
Susan Haskell


_____
Richard C. Haskell, Jr.

_____
Amy Haskell


_____
Mary Richardson


_____
Pamela Lewis


_____
Jane Maj


_____
Margaret Roche


_____
Rosemary Scott, *as Personal
Representative of the Estate of
Chet Scott*


_____
John Scott

878792.1

6

_____
Susan Haskell


_____
Richard C. Haskell, Jr.


_____
Amy Haskell

_____
Mary Richardson


_____
Pamela Lewis


_____
Jane Maj


_____
Margaret Roche


_____
Rosemary Scott, *as Personal Representative of the Estate of Chet Scott*


_____
John Scott

878792.1

6

_____
Susan Haskell


_____
Richard C. Haskell, Jr.


_____
Amy Haskell


_____
Mary Richardson


_____
Pamela Lewis


_____
Jane Maj


_____
Margaret Roche


_____
Rosemary Scott, *as Personal Representative of the Estate of Chet Scott*


_____
John Scott

878792.1

_____
Susan Haskell


_____
Richard C. Haskell, Jr.


_____
Amy Haskell


_____
Mary Richardson


_____
Pamela Lewis


_____
Jane Maj


_____
Margaret Roche


_____
Rosemary Scott, *as Personal Representative of the Estate of Chet Scott*


_____
John Scott

878792.1

_____

Susan Haskell


_____

Richard C. Haskell, Jr.


_____

Amy Haskell


_____

Mary Richardson


_____

Pamela Lewis


_____

Jane Maj


_____

Margaret Roche


_____

Rosemary Scott, *as Personal
Representative of the Estate of
Chet Scott*


_____

John Scott

_____

Susan Haskell


_____

Richard C. Haskell, Jr.


_____

Amy Haskell


_____

Mary Richardson


_____

Pamela Lewis


_____

Jane Maj


_____

Margaret Roche


*Rosemary S Scott*
_____

Rosemary Scott, *as Personal Representative of the Estate of Chet Scott*


_____

John Scott

_____
Susan Haskell


_____
Richard C. Haskell, Jr.


_____
Amy Haskell


_____
Mary Richardson


_____
Pamela Lewis


_____
Jane Maj


_____
Margaret Roche


_____
Rosemary Scott, *as Personal
Representative of the Estate of
Chet Scott*


_____
John Scott

878792.1

6

_____

Peter Scott

_____

Michelle Scott

_____

Mary Rose Stucker

_____

Michael Boyer

_____

Phillips Waller Smith

_____

Patrick W. Smith

_____

Thomas P. Smith

_____

Deanna M. Smith

_____

Bruce Culver

_____

Donna T. Culver

878792.1

7

_____
Peter Scott


_____
Michelle Scott

_____
Mary Rose Stucker


_____
Michael Boyer


_____
Phillips Waller Smith


_____
Patrick W. Smith


_____
Thomas P. Smith


_____
Deanna M. Smith


_____
Bruce Culver


_____
Donna T. Culver

_____

Peter Scott

_____

Michelle Scott

_____

Mary Rose Stucker

_____

Michael Boyer

_____

Phillips Waller Smith

_____

Patrick W. Smith

_____

Thomas P. Smith

_____

Deanna M. Smith

_____

Bruce Culver

_____

Donna T. Culver

878792.1

7

_____
Peter Scott


_____
Michelle Scott


_____
Mary Rose Stucker


_____
Michael Boyer


_____
Phillips Waller Smith


_____
Patrick W. Smith


_____
Thomas P. Smith


_____
Deanna M. Smith


_____
Bruce Culver


_____
Donna T. Culver

878792.1

7

_____

Peter Scott


_____

Michelle Scott


_____

Mary Rose Stucker


_____

Michael Boyer


_____

Phillips Waller Smith


_____

Patrick W. Smith


_____

Thomas P. Smith


_____

Deanna M. Smith


_____

Bruce Culver


_____

Donna T. Culver

878792.1

7

_____
Peter Scott


_____
Michelle Scott


_____
Mary Rose Stucker


_____
Michael Boyer


_____
Phillips Waller Smith


_____
Patrick W. Smith

_____
Thomas P. Smith


_____
Deanna M. Smith


_____
Bruce Culver


_____
Donna T. Culver

878792.1

7

_____
Peter Scott


_____
Michelle Scott


_____
Mary Rose Stucker


_____
Michael Boyer


_____
Phillips Waller Smith


_____
Patrick W. Smith


_____
Thomas P. Smith


_____
Deanna M. Smith


_____
Bruce Culver


_____
Donna T. Culver

878792.1

7

_____
Peter Scott


_____
Michelle Scott


_____
Mary Rose Stucker


_____
Michael Boyer


_____
Phillips Waller Smith


_____
Patrick W. Smith


_____
Thomas P. Smith


_____
Deanna M. Smith


_____
Bruce Culver


_____
Donna T. Culver

878792.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of June, 2011, a true and correct copy

of the foregoing **CERTIFICATE OF CONSENT TO WITHDRAW AS**

**COUNSEL** was served by filing it with the Court's electronic filing system, which

should deliver a copy to:

> **Attorneys for Defendants:**
> Richard H. Sinkfield, Esq.
> Rogers & Hardin
> 2700 International Tower, Peachtree Center
> 229 Peachtree Street, N.E.
> Atlanta, GA 30303-1601
>
> **Attorneys for Bank of America Securities, LLC**
> **and Merrill Lynch, Pierce, Fenner & Smith, Inc:**
> Andrew J. Frackman, Esq.
> O'Melveny & Myers, LLP
> 7 Times Square
> New York, NY 10036
>
> **Attorneys for Morgan Stanley & Co. Incorporated:**
> Robert F. Wise, Jr., Esq.
> William J. Fenrich, Esq.
> Melissa T. Aoyagi, Esq.
> Davis Polk & Wardwell LLP
> 450 Lexington Avenue
> New York, NY 10017

**Attorneys for Bear Stearns:**
Stephen L. Ratner, Esq.
Harry Frischer, Esq.
Brian L. Friedman, Esq.
Proskauer Rose LLP
1585 Broadway
New York, NY 10036

**Attorneys for the Goldman Sachs Group, Inc.:**
Richard C. Pepperman II, Esq.
Richard H. Klapper, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

**Attorneys for Deutsche Bank Securities, Inc.:**
Heather L. Fesnak, Esq.
Peter J. Isajiw, Esq.
Gregory A. Markel, Esq.
Martin L. Seidel, Esq.
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

**Attorneys for UBS Securities, LLC:**
Andrew B. Clubok, Esq.
Jeffrey G. Landis, Esq.
Daniel Gomez, Esq.
Kirkland & Ellis LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, DC 20005-5793

Maria Ginzburg, Esq.
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611

**Attorneys for Credit Suisse USA, Inc.:**
Fraser L. Hunter, Jr. Esq.
Wilmer Cutler Pickering Hale & Dorr LLP
399 Park Avenue
New York, NY 10022

This ~~13th~~ 21st day of June, 2011.

s/ John E. Floyd
John E. Floyd
Georgia State Bar No. 266413
floyd@bmelaw.com

BONDURANT, MIXSON & ELMORE, LLP
3900 One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, GA 30309-3417
Tel.: (404) 881-4100
Fax: (404) 881-4111

3260917v.1