IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TASER INTERNATIONAL, INC., et al.,

      Plaintiffs,

v.

MORGAN STANLEY & CO., INC., et al.,

      Defendants.

CIVIL ACTION NO.
1:10-CV-3108-JEC

## O R D E R

This case is before the Court on the parties' Joint Motion to Stay [341]. The parties indicate that they have reached a binding settlement in the case and are currently taking steps to draft and execute a written settlement agreement and to complete certain conditions. After they have accomplished the above, the parties will file a Notice of Dismissal. Accordingly, they ask for a stay of this action.

The Court is happy to stay the action and appreciates counsel's timely notification of settlement, which has prevented the Court from expending additional, unnecessary time on the numerous, complex motions now pending. The Court has orally inquired when a notice of dismissal might be filed and has learned that it could be the end of the summer before the parties are ready to do so. Many of the

motions now pending in the case are reportable on the September 30, 2011 Civil Justice Reform Act (CJRA) list. It would be foolish for the Court to work on these motions given the settlement agreement. On the other hand, leaving them pending would require the Court to begin work nonetheless, given the demands of the CJRA list.

Accordingly, the Court **GRANTS** the parties' Joint Motion to Stay [341]. Further, the Court **DENIES WITHOUT PREJUDICE** all pending motions. In the unlikely event that a settlement is not consummated, the parties may file a notice indicating that fact and requesting the reactivation of all motions terminated via this Order.[1]

SO ORDERED, this 28 day of June, 2011.

JULIE E. CARNES
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Some of the pending motions may have been ruled on already by Special Master Henry D. Fellows, Jr. The Court does not intend to undo any of those rulings. Again, should the case not be dismissed, the Court and parties can sort all of this out at the time that decision is communicated.

AO 72A
(Rev.8/82)