# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

TASER INTERNATIONAL, INC., *et al.*,   )
                                        )       Case No.: 1:10-CV-03108-JEC
    Plaintiffs,        )
                                        )       [On removal from the State
v.                                      )       Court of Fulton County,
                                        )       Georgia Case No.:
MORGAN STANLEY & CO., INC., *et al.*,   )       2008-EV-004739-B]
                                        )
    Defendants.        )
_____ )

## STIPULATION DISMISSING ACTION

All Plaintiffs and Defendants, through their undersigned counsel, hereby

STIPULATE AND AGREE that this action is dismissed with prejudice and that

each party shall bear its own costs and attorneys' fees.

Jointly submitted this 27th day of July, 2011.

| | |
|---|---|
| */s/ John E. Floyd* | */s/ Richard H. Sinkfield* |
| JOHN E. FLOYD | RICHARD H. SINKFIELD |
| Georgia Bar No. 266413 | Georgia Bar No. 6491000 |
| E-mail: floyd@bmelaw.com | E-mail: rsinkfield@rh-law.com |
| BONDURANT, MIXSON & ELMORE LLP | DAN F. LANEY III |
| 3900 One Atlantic Center | E-mail: dlaney@rh-law.com |
| 1201 West Peachtree Street, N.W. | ROGERS & HARDIN LLP |
| Atlanta, Georgia 30309 | 229 Peachtree Street, N.E. |
| Tel.: 404-881-4100 | 2700 International Tower |
| Fax: 404-881-4111 | Atlanta, Georgia 30303 |
| | Tel.: 404-522-4700 |
| *Attorneys for all Plaintiffs* | Fax: 404-525-2224 |
| | *Attorneys for all Defendants* |

900697.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of July, 2011, a true and correct copy of

the foregoing **STIPULATION DISMISSING ACTION** was electronically filed

with the Clerk of Court using the Court's electronic filing system which will

automatically send an email notification of such filing to the following attorneys of

record who are registered participants in the Court's electronic notice and filing

system:

> **Attorneys for Defendants:**
> Richard H. Sinkfield, Esq.
> Dan F. Laney, III, Esq.
> Kristina M. Jones, Esq.
> Stefanie H. Jackman, Esq.
> James W. Cobb, Esq.
> Rogers & Hardin
> 2700 International Tower, Peachtree Center
> 229 Peachtree Street, N.E.
> Atlanta, GA  30303-1601
>
> **Attorneys for Banc of America Securities, LLC;**
> **Merrill Lynch, Pierce, Fenner & Smith, Inc.; and Merrill Lynch**
> **Professional Clearing Corporation:**
> Andrew J. Frackman, Esq.
> Brad Elias, Esq.
> O'Melveny & Myers LLP
> 7 Times Square
> New York, NY  10036

900697.1

**Attorneys for Morgan Stanley & Co. Incorporated:**
Melissa T. Aoyagi, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY  10017

**Attorneys for Goldman, Sachs & Co. and Goldman Sachs Execution & Clearing, L.P.:**
Richard C. Pepperman II, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY  10004

**Attorneys for Deutsche Bank Securities Inc.:**
Heather L. Fesnak, Esq.
Peter J. Isajiw, Esq.
Gregory A. Markel, Esq.
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY  10281

**Attorneys for Credit Suisse Securities (USA), LLC.:**
Fraser L. Hunter, Jr., Esq.
Wilmer Cutler Pickering Hale & Dorr LLP
399 Park Avenue
New York, NY  10022

Further, I hereby certify that on this day, I caused to be served a true and

correct copy of the foregoing by United States mail on:

900697.1

**Attorneys for Bear Stearns & Co., Inc. and Bear Stearns Securities Corp.:**
Stephen L. Ratner, Esq.
Harry Frischer, Esq.
Brian L. Friedman, Esq.
Proskauer Rose LLP
11 Times Square
New York, New York  10036-8299

**Attorneys for UBS Securities, LLC:**
Andrew B. Clubok, Esq.
Jeffrey G. Landis, Esq.
Daniel Gomez, Esq.
Kirkland & Ellis LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, DC  20005-5793

This 27th day of July, 2011.


*/s/ Elizabeth G. Eager*
Elizabeth G. Eager
Georgia Bar No. 644007